IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-cv-00112

AT&T CORP., a New York Corporation,

    Plaintiff

v.

LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company

    Defendant.

_____

**CORPORATE DISCLOSURE STATEMENT**
_____

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, AT&T Corp. ("AT&T"), by and through the undersigned counsel, respectfully submits the following corporate disclosure statement:

AT&T is a wholly owned subsidiary of AT&T Inc.  AT&T Inc. is a publicly traded corporation that has no parent company, and no publicly held company owns 10 percent or more of its stock.

DATED this 16th day of January, 2018.

        Respectfully submitted,

        */s/ Rebecca B. DeCook*
        Rebecca B. DeCook
        Andrew T. Flynn
        Moye White LLP
        1400 16th Street, 6th Floor
        Denver Colorado 80202
        Telephone:  (303) 292-2900
        Facsimile:  (303) 292-4510
        Email:  becky.decook@moyewhite.com
        Email:  andrew.flynn@moyewhite.com

        Attorneys for Plaintiff AT&T Corp.