IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-MEH

AT&T CORP., a New York Corporation,

    Plaintiff

v.

LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company

    Defendant.

---

**ENTRY OF APPEARANCE**

---

    TO ALL PARTIES:

Please take notice that Andrew T. Flynn, of the law firm Moye White LLP, hereby enters his appearance on behalf of Plaintiff AT&T CORP. in the above-captioned matter.

    DATED this 22nd day of January, 2018.

    Respectfully submitted,

    *s/Andrew T. Flynn*
    Andrew T. Flynn, #43843
    Moye White LLP
    16 Market Square, 6th Floor
    1400 16th Street
    Denver Colorado 80202-1486
    Telephone:  303 292 2900
    Email:    andrew.flynn@moyewhite.com

    ATTORNEYS FOR PLAINTIFF AT&T CORP.

2

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 22, 2018, a copy of the foregoing was filed on this Court's CM/ECF system:

      *s/Mindy Glenn*