AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▾

|  |  |
|---|---|
| AT&T CORP., a New York Corporation, | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 18-CV-00112-MEH |
|  | ) ) |
| LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company | ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Level 3 Communications, LLC
c/o The Corporation Company
7700 E. Arapahoe Road
Suite 220
Centennial, CO  80112-1268

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rebecca B. DeCook, Esq.
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO  80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  16 January 2018

s/ C. Madrid

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   18-cv-00112

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Level 3 Communications, LLC

was received by me on *(date)*   1-16-18   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Emily Rowsen   , who is

designated by law to accept service of process on behalf of *(name of organization)*  The Corporation Company

as the  Registered Agent for   on *(date)*  1-16-18   ; or
Level 3 Communications, LLC

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $   50.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:   1-16-18

_____
Server's signature

Earl E. Schorck
*Printed name and title*


951 20th St #791 Denver Co 80202
*Server's address*

Additional information regarding attempted service, etc: