**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:18-cv-00112

AT&T.,

    Plaintiff,

v.

Level 3 Communications, LLC,

    Defendant.

**NOTICE OF ENTRY OF APPEARANCE**

Charles W. Steese of the law firm Armstrong Teasdale, LLP hereby enters his appearance on behalf of Defendant, Level 3 Communications, LLC in the above-captioned action and requests that he receive copies of all filings in this case.

Respectfully submitted this 26th day of January, 2018.

                                        *s/ Charles W.Steese*
                                        Charles W.Steese

                                        ARMSTRONG TEASDALE LLP
                                        4643 S. Ulster St., Suite 800
                                        Denver, CO 80237
                                        Main Office: (720) 200-0676
                                        Fax: (720) 200-0677
                                        Email: csteese@armstrongteasdale.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of January, 2018, a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

**Rebecca B. DeCook**
Moye White LLP
1400 16th Street
Denver, CO 80202
Telephone: (303) 292- 7917
Fax: (303) 292-4510
Email: becky.decook@moyewhite.com


**Andrew T. Flynn**
Moye White LLP
1400 16th Street
Denver, CO 80202
Telephone: (303) 292- 7908
Fax: (303) 292-4510
Email: andrew.flynn@moyewhite.com


              *s/ Elizabeth L. Alavi*
              ELIZABETH L. ALAVI