IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2018**.

      The above-captioned case has been directly assigned to Magistrate Judge Michael E. Hegarty pursuant to D.C. Colo. LCivR 40.1(c). The parties shall complete and file the consent form (ECF No. 7) **on or before February 28, 2018**.