# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

---

## STIPULATION TO EXTEND TIME

---

Plaintiff AT&T Corporation ("Plaintiff") and Defendant Level 3 Communications, LLC ("Defendant") hereby respectfully stipulate and agree that the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended by ten (10) days to February 16, 2018 pursuant to D.C.Colo.L.Civ.R. 6.1.

Dated: February 2, 2018

    By: */s/ Charles W. Steese*
    Charles W. Steese, #26924
    Douglas N. Marsh, #45964
    Martin J. Estevao, #46260
    ARMSTRONG TEASDALE LLP
    4643 South Ulster Street, Suite 800
    Denver, Colorado 80237
    Telephone: (720) 200-0676
    csteese@armstrongteasdale.com
    dmarsh@armstrongteasdale.com
    mestevao@armstrongteasdale.com

    *Attorneys for Defendant Level 3 Communications, LLC*

2

        By: */s/ Rebecca B. DeCook*
Rebecca B. DeCook, #14590
Andrew T. Flynn, #43843
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202-1027
Telephone: (303) 292-2900
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

*Attorneys for Plaintiff AT&T Corporation*