**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

     Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

     Defendant.

---

**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Fed. R. Civ. P. 7.1, Defendant Level 3 Communications, LLC ("Level 3"), by and through its undersigned counsel, hereby respectfully submits the following corporate disclosure statement:

Level 3 is an indirect wholly-owned subsidiary of CenturyLink, Inc., a publicly traded corporation.

Respectfully submitted this 15th day of February, 2018.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3
Communications, LLC*