IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 15, 2018**.

      Defendant's Motion to Restrict Public Access to Motion to Dismiss and Supporting Materials [filed February 14, 2018; ECF No. 16] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1(a), which states,

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

The motion does not fall under any exception listed in D.C. Colo. LCivR 7.1(b). The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1(a). *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1(a) requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).

      The Court also notes that the documents Defendant seeks to restrict were not actually filed under restriction in accordance with the Court's electronic procedures. The Clerk of the Court has corrected this error, and the Court directs that the Clerk of the Court maintain the documents at ECF Nos. 14, 15, 15-1, 15-2, and 15-3 under Restriction Level One for ten business days to allow the Defendant sufficient time to file a renewed motion to restrict. The Clerk may remove from restriction the present motion at ECF No. 16.