IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**UNOPPOSED RENEWED MOTION TO RESTRICT PUBLIC
ACCESS TO MOTION TO DISMISS AND SUPPORTING MATERIALS**

Defendant, Level 3 Communications, LLC ("Level 3" or "Defendant"), respectfully renews its Motion for an Order restricting public access to its Motion to Dismiss the Complaint of AT&T Corporation ("AT&T") and supporting materials in order to maintain the confidentiality of the information contained therein. Counsel for Level 3 has conferred with counsel for AT&T regarding this motion in compliance with D.C. Colo. LCivR 7.1 and is authorized to state that AT&T does not oppose this motion.

In support of its Motion, and in compliance with D.C. Colo. LCivR 7.2, Level 3 states as follows:

1. Level 3 seeks to place its Motion to Dismiss (Dkt. No. 14), the Declaration of Douglas N. Marsh in Support of Level 3's Motion to Dismiss (Dkt. No. 15), and each of the three exhibits attached to Mr. Marsh's Declaration (Dkt. Nos. 15-1, 15-2, and 15-3) under restriction.

2. Public access to these documents must be restricted because the documents contain sensitive material which Level 3 is obligated to maintain as confidential. Specifically:

    a. Exhibit 1 to Mr. Marsh's Declaration is a confidential settlement agreement executed by Level 3 and AT&T. As set forth in Section 8 of the agreement, the Parties agreed that the terms of the agreement would remain confidential between them. This settlement agreement is at the heart of the controversy between Level 3 and AT&T, and key terms and provisions of the agreement are by necessity the subject of discussion in Level 3's Motion to Dismiss.

    b. Exhibit 2 to Mr. Marsh's Declaration is a Term Sheet sent to Level 3 by AT&T, setting forth terms by which the parties would resolve their dispute. As part of the settlement discussions between the parties, AT&T designated this Term Sheet as confidential.

    c. Exhibit 3 to Mr. Marsh's Declaration is an email sent to Level 3 by AT&T sending the Term Sheet to Level 3, and, as part of the settlement discussions between the parties, was designated as confidential.

3. If access is not restricted, Level 3 will be unable to fulfill its contractual obligation to maintain this material as confidential.

4. Level 3 is willing to redact the confidential language from the exhibits in a public version of the Motion. However, no alternative to restriction of the exhibits themselves is practicable, as the confidential material in the restricted documents is at the heart of the arguments set forth in Level 3's Motion to Dismiss. In particular, resolving the Motion will require the Court to review and interpret the language of the agreement.

5. The appropriate level of restriction is Level 1—i.e., access should be limited to the parties and the Court.

Respectfully submitted this 21st day of February, 2018.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3
Communications, LLC*

## CERTIFICATE OF SERVICE

    I, Charles W. Steese, hereby certify that on February 21, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

*Attorneys for Plaintiff AT&T Corp.*

                                                                            /s/ Charles W. Steese
                                                                            Charles W. Steese