**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

---

**UNOPPOSED MOTION TO VACATE AND
RESCHEDULE SCHEDULING CONFERENCE**

---

Defendant Level 3 Communications, LLC ("Level 3"), by and through undersigned counsel, submit the following Unopposed Motion to Vacate and Extend the Scheduling Conference, and in support thereof states as follows:

1. On January 17, 2018, the Court entered an Order setting the Scheduling Conference for 11:00 a.m. on March 19, 2018. This Order also states in part, "[i]f this date is not convenient, the parties shall confer and contact my Chambers to obtain an alternate date. All parties must be present if they wish to change the conference date by telephone; otherwise, any party seeking to change the conference date must file a motion." Minute Order Setting Scheduling Conference – Dkt. No. 6.

2. The current March 19, 2018 date for the Scheduling Conference presents scheduling conflicts for lead defense counsel. Counsel for Level 3 respectfully requests that the

Court vacate the March 19, 2018 Scheduling Conference and reschedule it to either April 9, 2018 or April 10, 2018, as convenient for the Court.

3. Counsel for Level 3 certifies that it has conferred with counsel for Plaintiff AT&T Corp. and is authorized to state that counsel for AT&T agrees with this request and is available during the requested dates. *See* D.COLO.L.CIV.R. 7.1(a); Judge Hegarty Practice Standards (III)(A).

4. This is the first request by Level 3 to vacate and reschedule the Scheduling Conference in this Action and a copy of this Motion is being served contemporaneously on Level 3's in-house counsel. *See* D.C.COLO.L.CIV.R. 6.1(b) and (c). AT&T and Level 3 previously stipulated to a ten-day extension of time for Level 3 to respond to AT&T's Complaint. *See* Stipulation to Extend Time – Dkt. No. 13.

5. Level 3 respectfully requests that the Court enter an Order vacating the March 19, 2018 Scheduling Conference and the conference to either April 9, 2018 or April 10, 2018, as convenient for the Court's schedule.

Respectfully submitted this 21st day of February, 2018.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

2

## CERTIFICATE OF SERVICE

  I, Charles W. Steese, hereby certify that on February 21, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Rebecca B. DeCook
  Andrew T. Flynn
  Moye White LLP
  1400 16th Street, 6th Floor
  Denver, CO 80202-1027
  becky.decook@moyewhite.com
  andrew.flynn@moyewhite.com

  *Attorneys for Plaintiff AT&T Corp.*

              /s/ Charles W. Steese
              Charles W. Steese