IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2018**.

    For good cause shown, Defendant's Unopposed Motion to Vacate and Reschedule Scheduling Conference [filed February 21, 2018; ECF No. 22] is **granted**. The Scheduling Conference currently set for March 19, 2018, is **vacated and rescheduled** to **April 10, 2018 at 9:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    All other aspects of the Court's January 16, 2018 order remain in effect.