IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2018**.

      In accordance with D.C. Colo. LCivR 7.2, Defendant's Unopposed Renewed Motion to Restrict Public Access to Motion to Dismiss and Supporting Materials [filed February 21, 2018; ECF No. 21] is **granted**. The Clerk of the Court shall maintain under Restriction Level One those documents located at ECF Nos. 14, 15, 15-1, 15-2, and 15-3 until further order of the Court.