**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

| | |
|---|---|
| **WILEY Y. DANIEL** | TELEPHONE: (303) 335-2170 |
| UNITED STATES SENIOR DISTRICT JUDGE | TELECOPIER: (303)335-2178 |

# M E M O R A N D U M

**TO:** Jeffrey P. Colwell, Clerk
Attn: Senior Judge Team

**FROM:** Judge Wiley Y. Daniel

**DATE:** March 5, 2018

**RE:** Civil Action No. **18-cv-00112-WYD**
**AT&T CORP., a New York Corporation v. LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.