**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T Corp.,

    Plaintiff,

v.

Level 3 Communications,

    Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff AT&T Corp.

    DATED at Washington, D.C. this 6th day of March, 2018.

    Michael J. Hunseder

    Sidley Austin, LLP
    1501 K Street, NW
    Washington, D.C. 20005
    202-736-8000

    Primary CM/ECF E-mail Address:
    mhunseder@sidley.com

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

>Charles W. Steese, #26924
>Douglas N. Marsh, #45964
>Martin J. Estevao, #46260
>ARMSTRONG TEASDALE LLP
>4643 South Ulster Street, Suite 800
>Denver, Colorado 80237
>Telephone: (720) 200-0676
>csteese@armstrongteasdale.com
>dmarsh@armstrongteasdale.com
>mestevao@armstrongteasdale.com

Attorneys for Defendant Level 3 Communications, LLC

*s/*   Michael J. Hunseder