**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP.,

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO MOTION TO DISMISS**

---

Plaintiff AT&T Corp. ("Plaintiff") hereby respectfully moves for an order that extends the deadline for Plaintiff to file its opposition and response to the Motion to Dismiss filed by Defendant Level 3 Communications, LLC ("Defendant").   Under D.C. Colo.L.CivR7.1, the opposition is currently due on March 7, 2018, and Plaintiff seeks an extension of time of ten (10) days, until March 19, 2018.  Pursuant to D.C. Colo.LCivR6.1, the extension is necessary because additional counsel is concurrently entering an appearance on behalf of Plaintiff; Plaintiff requests the extension because of conflicts in the schedule of its additional counsel, and to allow its additional counsel sufficient time to review Plaintiff's response to the Defendant's motion to dismiss.   Further, the motion to dismiss raises multifaceted jurisdictional and procedural arguments, and the underlying dispute involves a detailed regulatory regime.

Plaintiff has requested no prior extensions to this deadline.  Defendant has stated that it has no objection to the requested extension.

2

This Motion is being served contemporaneously on the client, AT&T.

Respectfully submitted this 6th day of March, 2018.


By: /s/ Rebecca B. DeCook
Rebecca B. DeCook, #14590
Andrew T. Flynn, #43843
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202-1027
Telephone: (303) 292-2900
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Attorneys for Plaintiff AT&T Corp.

2

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 6, 2018, a copy of the foregoing was filed on this Court's CM/ECF system.

In addition, a copy of the foregoing was served via email on AT&T's counsel:

Letty Friesen
Assistant Vice President – Senior Legal Counsel
AT&T Services, Inc.
161 Inverness Drive West
Englewood, CO 80112
lf2562@att.com

*s/Mindy Glenn*