# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP.,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

---

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Response to Motion to Dismiss ("Motion"), and the Court being fully advised in the premises, hereby

ORDERS, that the Motion is **GRANTED**. Plaintiff shall have up to and including March 19, 2018 to submit its response to Defendant's Motion to Dismiss.

SIGNED _____, 2018.

_____
UNITED STATES DISTRICT JUDGE