IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 7, 2018**.

      For good cause shown, Plaintiff's Unopposed Motion for Extension of Time to File Response to Motion to Dismiss [filed March 6, 2018; ECF No. 35] is **granted**. Plaintiff shall file a response to the pending motion to dismiss on or before March 19, 2018.