**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

## UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO COUNTERCLAIMS

Defendant Level 3 Communications, LLC ("Level 3"), by and through undersigned counsel, submit the following Unopposed Motion for an order restricting public access to its Counterclaims in order to maintain the confidentiality of the information contained therein. Counsel for Level 3 has conferred with counsel for AT&T regarding this motion in compliance with D.C. Colo. LCivR 7.1 and is authorized to state that AT&T takes no position with respect to this motion.

In support of this Motion, and in compliance with D.C. Colo. LCivR 7.2, Level 3 states as follows:

    1.    Level 3 seeks to place its Counterclaims (Dkt. No. 38) under restriction.

    2.    Public access to the Counterclaims must be restricted because they contain sensitive material which Level 3 is obligated to maintain as confidential. Central to the Counterclaims are terms of a settlement agreement, the terms of which the parties agreed to keep

confidential, and communications made between the parties as part of the dispute resolution process leading to the execution of the agreement which were designated as confidential.

3. If access is not restricted, Level 3 will be unable to fulfill its contractual obligation to maintain this material as confidential.

4. Level 3 does not believe an alternative to restriction of the Counterclaims is practicable, as the confidential language cited in the Counterclaims forms the basis of the Counterclaims. Summarization or redaction of the language at issue would likely be insufficient as resolution of the Counterclaims will require the Court to interpret the exact language of the parties' confidential agreement and correspondence.

5. The appropriate level of restriction is Level 1—i.e., access should be limited to the parties and the Court.

Respectfully submitted this 19th day of March, 2018.

> By: */s/ Charles W. Steese*
> Charles W. Steese, #26924
> Douglas N. Marsh, #45964
> Martin J. Estevao, #46260
> ARMSTRONG TEASDALE LLP
> 4643 South Ulster Street, Suite 800
> Denver, Colorado 80237
> Telephone: (720) 200-0676
> csteese@armstrongteasdale.com
> dmarsh@armstrongteasdale.com
> mestevao@armstrongteasdale.com
>
> *Attorneys for Defendant Level 3*
> *Communications, LLC*

**CERTIFICATE OF SERVICE**

I, Charles W. Steese, hereby certify that on March 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Micahel J. Hunseder
Justin A. Benson
Sidley Austin, LLP
1501 K Street, NW
Washington, D.C. 20005
202-736-8000
mhunseder@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

/s/ Charles W. Steese
Charles W. Steese