IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

## AT&T CORP.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO ITS OPPOSITION TO MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, AT&T Corp. ("AT&T"), respectfully moves this Court for an Order restricting public access to its Opposition to Defendant Level 3 Communications, LLC's ("Level 3") Motion to Dismiss and its Motion for Partial Summary Judgment (the "Opposition and Motion for Partial Summary Judgment") in order to maintain the confidentiality of the information contained therein. Counsel for AT&T has conferred with counsel for Level 3 regarding this motion in compliance with D. Colo. L. Civ. R 7.1 and is authorized to state that Level 3 does not oppose this Motion. In support of its Motion, and in compliance with D. Colo. L. Civ. R. 7.2, AT&T states as follows:

    1.    AT&T seeks to place its Opposition its Motion for Partial Summary Judgment under restriction.

2. Public access to this document should be restricted because the document discusses sensitive material to which AT&T is obligated to maintain as confidential. Specifically:

    a. The document contains references to a confidential settlement agreement executed by AT&T and Level 3. *See* Doc. 15-1. As set forth in Section 8 of the agreement, the Parties agreed that the terms of the agreement would remain confidential. The Tenth Circuit has recognized that such agreements may be filed under restriction. *See Friedland v. TIC-The Indus. Co.*, 566 F.3d 1203, 1205 nn. 1-2 (10th Cir. 2009).

3. If access is not restricted, AT&T will be unable to fulfill its contractual obligation to maintain this material as confidential.

4. As to whether there are less restrictive alternatives to restriction, while AT&T believes that its Opposition and Motion for Partial Summary Judgment could be filed on the public docket in whole or in part with appropriate redactions, Level 3 has previously moved to restrict its substantive filings made thus far in the present litigation, *see, e.g.*, Doc. 21, and this Court has granted Level 3's Motion. *See* Doc. 24. Therefore, out of an abundance of caution, AT&T has decided to file the present Motion to Restrict.

5. The appropriate level of restriction is Level 1 – i.e., access should be limited to the parties and the Court.

Dated: March 19, 2018                                          Respectfully Submitted,

                                                                     *s/ Rebecca B. DeCook*
                                                                     Rebecca B. DeCook, #14590
                                                                     Andrew T. Flynn, #43843

MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202-1027
Telephone: (303) 292-2900
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff*

4830-2362-4799.v1

## CERTIFICATE OF SERVICE

I, Rebecca B. DeCook, hereby certify that on March 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Charles W. Steese, #26924
>Douglas N. Marsh, #45964
>Martin J. Estevao, #46260
>ARMSTRONG TEASDALE LLP
>4643 South Ulster Street, Suite 800
>Denver, Colorado 80237
>Telephone: (720) 200-0676
>csteese@armstrongteasdale.com
>dmarsh@armstrongteasdale.com
>mestevao@armstrongteasdale.com
>
>*Attorneys for Defendant Level 3 Communications, LLC*

>*s/ Rebecca B. DeCook*
>Rebecca B. DeCook, #14590

4