# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T Corp.,

    Plaintiff,

v.

Level 3 Communications,

    Defendant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff AT&T Corp.

DATED at Washington, D.C. this 26th day of March, 2018.

    /s/ Michael D. Warden

    Michael D. Warden

    Sidley Austin, LLP
    1501 K Street, NW
    Washington, D.C. 20005
    202-736-8000

    Primary CM/ECF E-mail Address:
    mwarden@sidley.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Charles W. Steese, #26924
>Douglas N. Marsh, #45964
>Martin J. Estevao, #46260
>ARMSTRONG TEASDALE LLP
>4643 South Ulster Street, Suite 800
>Denver, Colorado 80237
>Telephone: (720) 200-0676
>csteese@armstrongteasdale.com
>dmarsh@armstrongteasdale.com
>mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

                                                               /s/   Michael D. Warden

2