IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:18-cv-00112-RM-MEH | Date: | April 10, 2018 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                         *Counsel:*

AT&T CORP.,                                                              Michael Hunseder
                                                                                      Michael Warden
                                                                                      Rebecca DeCook

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC.,                        Douglas Marsh
                                                                                      Charles Steese

    Defendant/Counter Claimant.

---

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

---

**Court in session:**     **9:55 a.m.**

Court calls case.   Appearances of counsel.   Michael Hunseder and Michael Warden appeared by telephone.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Fact Discovery Deadline:**         **December 14, 2018**
**Expert Discovery Deadline;**       **April 19, 2019**
**Dispositive Motion Deadline:**     **May 31, 2019**

**Final Pretrial Conference:**   **July 15, 2019 at 10:00 a.m.** before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Court in recess:**     **10:05 a.m.**     (Hearing concluded)
**Total time in Court: 0:10**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.