**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP.

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

---

## STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER

---

    Plaintiff AT&T Corp. ("AT&T") and Defendant Level 3 Communications, LLC ("Level 3") respectfully move this Court to enter their Stipulated Protective Order Governing Confidential Information ("Stipulated Protective Order"), submitted contemporaneously herewith. In support of their Motion, the Parties jointly state as follows:

    1.    The Parties' respective counsel have agreed to the entry of the Stipulated Protective Order as set forth in the form attached hereto as Exhibit 1, and as explained in greater detail below, affirmatively state that there is good cause supporting the entry of the Order.

    2.    The Parties anticipate that discovery in this matter may involve the disclosure of confidential information, including but not limited to the financial documents, internal company policies and communications, and other proprietary and/or confidential business information.

    3.    Upon a showing of good cause and as justice may require to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, a court may, among other things, enter a protective order providing that the discovery not be had or be had

only on specified terms or conditions.  Fed. R. Civ. P. 26(c)(1) and (2); *Gillard v. Boulder County Sch. Dist. Re-2*, 196 F.R.D. 382, 385 (D. Colo. 2000).

4. The entry of the proposed Stipulated Protective Order will serve to protect the discovery and dissemination of confidential information from annoyance, embarrassment, oppression, or undue burden and expense that may attend the discovery process. Fed. R. Civ. P. 26(c)(1); *Gillard*, supra, at 386 ("[b]lanket protective orders serve the interests, of a just, speedy, and less expensive determination of complex disputes alleviating the need for and delay occasioned by extensive and repeated judicial intervention").

WHEREFORE, the Parties request that the Court grant and enter the Stipulated Protective Order, submitted herewith.

Respectfully submitted this 15th day of June, 2018.

| | |
|---|---|
| /s/ Michael J. Hunseder | /s/ Charles W. Steese |
| Rebecca B. DeCook | Charles W. Steese, #26924 |
| Moye White LLP | Douglas N. Marsh, #45964 |
| 1400 16th Street, 6th Floor | Martin J. Estevao, #46260 |
| Denver, CO 80202-1027 | ARMSTRONG TEASDALE LLP |
| becky.decook@moyewhite.com | 4643 South Ulster Street, Suite 800 |
| | Denver, Colorado 80237 |
| Michael D. Warden | Telephone: (720) 200-0676 |
| Michael J. Hunseder | csteese@armstrongteasdale.com |
| Justin A. Benson | dmarsh@armstrongteasdale.com |
| Sidley Austin, LLP | mestevao@armstrongteasdale.com |
| 1501 K Street, NW | |
| Washington, D.C. 20005 | *Attorneys for Level 3 Communications, LLP* |
| 202-736-8000 | |
| mwarden@sidley.com | |
| mhunseder@sidley.com | |
| jbenson@sidley.com | |

*Attorneys for AT&T Corp.*

## CERTIFICATE OF SERVICE

I, Charles W. Steese, hereby certify that on June 15, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael D. Warden
Michael J. Hunseder
Justin A. Benson
Sidley Austin, LLP
1501 K Street, NW
Washington, D.C. 20005
202-736-8000
mhunseder@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

/s/ Charles W. Steese
Charles W. Steese

3