IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

      Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant / Counter Claimant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2018.**

      The Stipulated Motion for Entry of Protective Order [filed June 15, 2018; ECF No. 56] is **denied without prejudice**. The parties are granted leave to re-file their motion and submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a ***specific*** mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. The proposed order places the burden of filing a motion on the party disputing the information as confidential, which improperly allows the party with the burden of persuasion only a response brief, and which contravenes *Gillard* and Fed. R. Civ. P. 26(c).

      If the parties decide to re-file the motion for protective order in accordance with this order, they shall provide the Court with a copy of the proposed order in editable format (Word or Word Perfect) by sending it via email to hegarty_chambers@cod.uscourts.gov.