IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

      Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant / Counter Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 21, 2018.**

      For good cause shown, the Renewed Stipulated Motion for Entry of Protective Order [filed June 20, 2018; ECF No. 59] is **granted**. The parties' proposed Stipulated Protective Order Governing Confidential Information is accepted and filed contemporaneously with this minute order.