**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

     Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,
a

     Defendant.

---

**AT&T CORP.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO ITS**
**OBJECTIONS TO**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

Plaintiff, AT&T Corp. ("AT&T"), respectfully moves this Court for an Order restricting public access to portions of its Objections to the Recommendation of United States Magistrate Judge (the "Objections") in order to maintain the confidentiality of information contained therein. Counsel for AT&T has conferred with counsel for Level 3 regarding this motion in compliance with D. Colo. L. Civ. R. 7.1 and is authorized to state that Level 3 does not oppose this Motion. In support of its Motion, and in compliance with D. Colo. L. Civ. R. 7.2, AT&T states as follows:

    1.     AT&T seeks to place portions of the Objections under restriction.

    2.     Public access to these portions of the Objections should be restricted because the they discuss sensitive material to which AT&T is obligated to maintain as confidential. Specifically:

1

    a.  The document contains references to, and sensitive quotations from, a confidential settlement agreement executed by AT&T and Level 3. *See* Doc. 15-1. As set forth in Section 8 of the agreement, the Parties agreed that the terms of the agreement would remain confidential. The Tenth Circuit has recognized that such agreements may be filed under restriction. *See Friedland v. TIC-The Indus. Co.*, 566 F.3d 1203, 1205 nn. 1-2 (10th Cir. 2009).

3.    If access is not restricted, AT&T will be unable to fulfill its contractual obligation to maintain this material as confidential.

4.    As to whether there are less restrictive alternatives to restriction, AT&T is filing concurrently with this motion, on the public docket, the Objections with appropriate redactions.

5.    The appropriate level of restriction is Level 1 – i.e., access should be limited to the parties and the Court.

Dated: August 15, 2018                      Respectfully Submitted,

/s/ Rebecca B. DeCook
Rebecca B. DeCook, #14590
Andrew T. Flynn, #43843
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202-1027
Telephone: (303) 292-2900
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000

mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Rebecca B. DeCook, hereby certify that on August 15, 2018, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will send notification of such

filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com
Email: mestevao@armstrongteasdale.com

Attorneys for Defendant Level 3
Communications, LLC

/s/ Rebecca B. DeCook
Rebecca B. DeCook, #14590
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202-1027
Telephone: (303) 292-2900
E-mail: becky.decook@moyewhite.com

Attorney for Plaintiff AT&T Corp.