**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

Defendant.

---

**UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO RESPONSE TO AT&T CORP.'S OBJECTIONS TO RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

Defendant Level 3 Communications, LLC ("Level 3"), by and through undersigned counsel, submit the following Unopposed Motion for an order restricting public access to its Response to the Objections of AT&T Corp. ("AT&T") to the Recommendation of the United States Magistrate Judge (ECF No. 65) in order to maintain the confidentiality of the information contained therein. Counsel for Level 3 has conferred with counsel for AT&T regarding this motion in compliance with D.C. Colo. L. Civ. R 7.1 and is authorized to state that AT&T does not oppose this motion.

In support of this Motion, and in compliance with D.C. Colo. L. Civ. R. 7.2, Level 3 states as follows:

1. Level 3 seeks to place portions of its Response to AT&T's Objections under restriction.

2. Public access to these portions of the Response must be restricted because they contain sensitive material which Level 3 is obligated to maintain as confidential. Specifically, the Response discusses in detail the parties' Settlement Agreement, the terms of which the parties agreed to keep confidential, and communications made between the parties as part of the dispute resolution process leading to the execution of the agreement which were also designated as confidential.

3. If access is not restricted, Level 3 will be unable to fulfill its contractual obligation to maintain this material as confidential.

4. Level 3 is filing a public version of the Response on the public docket, with sensitive language redacted, concurrently with this motion. Level 3 does not believe any less-restrictive alternative is practicable, as the confidential language cited in the Objections and the Response are fundamental to the claims at issue.

5. The appropriate level of restriction is Level 1—*i.e.*, access should be limited to the parties and the Court.

Respectfully submitted this 31st day of August, 2018.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

**CERTIFICATE OF SERVICE**

I, Charles W. Steese, hereby certify that on August 31, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Micahel J. Hunseder
Justin A. Benson
Sidley Austin, LLP
1501 K Street, NW
Washington, D.C. 20005
202-736-8000
mhunseder@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

*/s/ Charles W. Steese*
Charles W. Steese