IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO AMENDED COUNTERCLAIMS

Before the Court is Level 3 Communications, LLC's ("defendant") Unopposed Motion to Restrict Public Access to Amended Counterclaims (ECF No. 77), which the Court **GRANTS**. Exhibit A (ECF No. 79) and Exhibit B (ECF No. 79-1) to defendant's Motion for Leave to Amend its Counterclaims shall remain under Level 1 restriction. The Clerk is instructed to file ECF No. 77-1 and ECF No. 77-2 as public versions of, respectively, ECF No. 79 and ECF No. 79-1.

In the event defendant's Motion for Leave to Amend its Counterclaims (ECF No. 78) is granted, defendant may file its Amended Counterclaims under Level 1 restriction *provided* that the public version of its Amended Counterclaims approved herein is also filed.

**SO ORDERED.**

Dated this 27th day of September, 2018.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge