**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP.,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

---

**JOINT STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**

---

    Plaintiff AT&T Corp. ("AT&T") and Defendant Level 3 Communications, LLC ("Level 3"), by and through undersigned counsel, submit this Joint Stipulated Motion to Extend Discovery Deadlines. The parties collectively certify that they have conferred with each other regarding this Motion and jointly agree that the relief requested herein should be granted.

    In support of this Motion, and in compliance with D.C. Colo. LCivR 6.1(b), the parties stipulate and jointly move as follows:

    1.    An extension of the discovery deadlines is necessary because of the complexity of the underlying issues and the anticipated volume of discovery to be produced; the additional causes of action Level 3 seeks to raise, as described in its recent Motion to Amend its Counterclaims; medical procedures which counsel has scheduled prior to the current discovery deadlines; and scheduling conflicts in other matters, including a trial in another case that is scheduled to be completed prior to the current discovery deadline and an identical discovery deadline of December 14, 2018 in yet another case.

2. The parties respectfully request an extension of time of four months for all discovery deadlines, thereby extending the deadlines presently set forth in the Court's April 10, 2018 Scheduling Order (ECF No. 55) as follows:

| Event | Current Deadline (ECF No. 55) | Proposed Deadline |
|---|---|---|
| Interrogatories Deadline | October 26, 2018 | February 26, 2019 |
| Requests for Production and/or Admissions Deadline | October 26, 2018 | February 26, 2019 |
| Fact Discovery Deadline | December 14, 2018 | April 15, 2019 |
| Expert Disclosures | February 1, 2019 | June 3, 2019 |
| Rebuttal Expert Disclosures | March 15, 2019 | July 15, 2019 |
| Expert Deposition Deadline | April 19, 2019 | August 19, 2019 |
| Dispositive Motion Deadline | May 31, 2019 | September 30, 2019 |
| Pretrial Conference | July 15, 2019 | On or around November 15, 2019, as convenient to Court |
| Submission of Final Pretrial Order | Seven days prior to final pretrial conference | Seven days prior to final pretrial conference |

3. This is the first extension of the discovery deadlines requested by either party. The parties previously requested an extension of ten days to the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (*see* ECF No. 13) and an extension of ten days for Plaintiff to respond to Defendant's Motion to Dismiss (*see* ECF No. 35); both requests were agreed to by all parties and were granted by the Court.

For the foregoing reasons, the parties jointly move that the Court extend the discovery deadlines previously set by the Court as set forth above.

Respectfully submitted this 22nd day of October, 2018.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

By: */s/ Michael J. Hunseder*
Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael D. Warden
Michael J. Hunseder
Justin A. Benson
Sidley Austin, LLP
1501 K Street, NW
Washington, D.C. 20005
202-736-8000
mwarden@sidley.com
mhunseder@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

## CERTIFICATE OF SERVICE

I, Charles W. Steese, hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael D. Warden
Michael J. Hunseder
Justin A. Benson
Sidley Austin, LLP
1501 K Street, NW
Washington, D.C. 20005
202-736-8000
mwarden@sidley.com
mhunseder@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

                                              */s/ Charles W. Steese*
                                              Charles W. Steese