# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP.,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

## [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES

Before the Court is the Joint and Stipulated Motion of Plaintiff AT&T Corp. ("AT&T") and Defendant Level 3 Communications, LLC ("Level 3") to Extend Discovery Deadlines. Upon consideration of the Motion and the entire record, and good cause appearing therein, it is hereby ordered that the Motion be **GRANTED**.

It is further **ORDERED** that the Scheduling Order, ECF No. 55, be amended as follows:

| Event | Current Deadline (ECF No. 55) | Proposed Deadline |
|---|---|---|
| Interrogatories Deadline | October 26, 2018 | February 26, 2019 |
| Requests for Production and/or Admissions Deadline | October 26, 2018 | February 26, 2019 |
| Fact Discovery Deadline | December 14, 2018 | April 15, 2019 |
| Expert Disclosures | February 1, 2019 | June 1, 2019 |
| Rebuttal Expert Disclosures | March 15, 2019 | July 15, 2019 |
| Expert Deposition Deadline | April 19, 2019 | August 19, 2019 |
| Dispositive Motion Deadline | May 31, 2019 | September 30, 2019 |
| Pretrial Conference | July 15, 2019 | On or around November 15, 2019 |
| Submission of Final Pretrial Order | Seven days prior to final pretrial conference | Seven days prior to final pretrial conference |

It is SO ORDERED this _____ of _____, 2018.

The Honorable Raymond P. Moore
U.S. District Court Judge

2

Submitted by:

    Charles W. Steese, #26924
    Douglas N. Marsh, #45964
    Martin J. Estevao, #46260
    Armstrong Teasdale LLP
    4643 South Ulster Street, Suite 800
    Denver, Colorado 80237
    Telephone: (720) 200-0676
    csteese@armstrongteasdale.com
    dmarsh@armstrongteasdale.com
    mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*