IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP.,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**JOINT STIPULATED MOTION FOR TEMPORARY STAY OF DISCOVERY AND EXTENTION OF DEADLINES PENDING IMPLEMENATION OF PARTIAL SETTLEMENT**

Plaintiff AT&T Corp. ("AT&T") and Defendant Level 3 Communications, LLC ("Level 3"), by and through undersigned counsel, respectfully submit this Joint Stipulated Motion, which requests a temporary stay of discovery and extension of discovery and other deadlines in this case. Specifically, the parties request a 70-day stay of discovery and a 100-day extension of all other deadlines to allow the parties to attempt to resolve all claims between them at issue in this case.

The parties have reached an agreement in principle to settle a portion of this case, and are in the process of finalizing a written agreement to document that agreement. The parties are also continuing settlement negotiations that could result in resolution of the entirety of their disputes in this case. A temporary stay would allow the parties to focus on settlement of this matter, to avoid unnecessary litigation expense as to matters that have been settled in principle, and to conserve the resources of the Court. The parties collectively certify that they have conferred with each other regarding this Motion and jointly agree that the relief requested herein should be granted.

In support of this Motion, and in compliance with D.C. Colo. LCivR 6.1(b), the parties stipulate and jointly move as follows:

1.      For the past several weeks, the parties have been engaged in settlement discussions to resolve a number of disputes between them, including the issues in this case. The parties have reached an agreement in principle to resolve their disputes as to amounts owed under the parties' 2015 Settlement Agreement (and/or Level 3's tariffs) for the period prior to January 1, 2019, and they are currently exchanging drafts of a final, written settlement agreement. The parties are continuing negotiations that, if successful, would result in a complete settlement and dismissal of the case.

2.      The parties have been engaged in extensive fact discovery, and, absent any stay, would be engaged in additional, substantial discovery up to the fact discovery cut-off of April 15, 2019. The parties wish to avoid additional litigation costs related to the matters that have been settled in principle. Further, as to certain discovery issues, the parties have discovery disputes that, absent a settlement or stay, would need to be resolved by the Court. The parties do not wish to burden the Court with discovery disputes that may become moot once a final written settlement is executed. The temporary stay of 70 days would enable the parties time to finalize their draft written agreement, while avoiding unnecessary discovery costs and disputes.

3.      Further, because the parties are continuing to negotiate, a temporary stay of 70 days would also facilitate the parties' resolution of all issues in this case, which could result in a complete dismissal of this action. Absent the stay, the parties—and the Court—would need to evaluate the effect of the partial settlement on the claims and defenses at issue.[1] This likely

---

[1] *See* Judge Raymond P. Moore, Practice Standards in Civil Case at II.E.2, II.F ("If fewer than all

would require an assessment of how the partial settlement affects the existing claims and defenses, including in light of the Court's ruling on Level 3's motion to dismiss. ECF No. 76. The parties respectfully suggest that a more efficient path would be to stay this matter for 70 days, so as to allow the parties to negotiate a resolution that would result in a complete dismissal of the action. In the event the parties are unable to resolve the remaining issues within this 70-day period, the additional 30-day extension of deadlines in this action will permit them to resume with and complete discovery in preparation for trial.

4. The parties previously requested, and the Court granted, one extension of the discovery deadlines. ECF No. 87. The parties previously requested an extension of ten days to the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (*see* ECF No. 13) and an extension of ten days for Plaintiff to respond to Defendant's Motion to Dismiss (*see* ECF No. 35); both requests were agreed to by all parties and were granted by the Court.

## CONCLUSION

For the foregoing reasons, the Court should enter the attached proposed order, which grants a temporary stay of discovery of 70 days and an extension of all deadlines for 100 days. At the conclusion of the 70-day period, if the matter is settled in part but not in its entirety, the parties will confer in good faith and advise the Court on any matters that remain in dispute, and resume with the completion of discovery by the extended deadlines specified in the attached

---

claims or defenses are resolved by a settlement, a motion requesting approval of the same shall specify what claims, defenses and parties will be affected by the settlement/dismissal and which will remain. The parties shall also advise the Court if such settlement renders any motion or other paper, or portions thereof, moot. The proposed order shall set out a proposed revised caption, deleting parties whose claims have been resolved, to be used on all subsequent filings.").

proposed order.

Dated this 22nd day of March, 2019.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

By: */s/ Michael J. Hunseder*
Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com
Michael J. Hunseder
Justin A. Benson
Sidley Austin, LLP
1501 K Street, NW
Washington, D.C. 20005
202-736-8000
mhunseder@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff AT&T Corporation*