IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-MEH

AT&T CORP.,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION FOR TEMPORARY STAY OF DISCOVERY
PENDING IMPLEMENATION OF PARTIAL SETTLEMENT**

Before the Court is the Joint and Stipulated Motion of Plaintiff AT&T Corp. ("AT&T") and Defendant Level 3 Communications, LLC ("Level 3") for Temporary Stay of Discovery Pending Implementation of Partial Settlement.  Upon consideration of the Motion and the entire record, and good cause appearing therein, it is hereby ordered that the Motion be **GRANTED**.

It is further **ORDERED** that all discovery in this case be STAYED for 70 days as of the date of this Order, and the amended Scheduling Order, ECF No. 89, be modified to extend all deadlines by 100 days as follows:

| Event | Current Deadline (ECF No. 55) | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | April 15, 2019 | [July 25, 2019] |
| Expert Disclosures | June 1, 2019 | [September 10, 2019] |
| Rebuttal Expert Disclosures | July 15, 2019 | [October 24, 2019] |
| Expert Deposition Deadline | August 19, 2019 | [November 28, 2019] |
| Dispositive Motion Deadline | September 30, 2019 | [January 8, 2020] |
| Pretrial Conference | On or around November 15, 2019 | [On or around February 25, 2020] |
| Submission of Final Pretrial | Seven days prior to final pretrial | Seven days prior to final |

| Order | conference | pretrial conference |

It is SO ORDERED this _____ of _____, 2019.

_____
The Honorable Raymond P. Moore
U.S. District Court Judge