IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant / Counter Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2019**.

    For good cause shown, the Joint Stipulated Motion for Temporary Stay of Discovery ... Pending Implementation of Partial Settlement [filed March 22, 2019; ECF No. 90] is **granted** as follows. All deadlines set forth in this Court's October 23, 2018 order are vacated. The Court will hold a Status Conference on **June 10, 2019 at 10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Counsel shall be prepared to discuss the status of settlement negotiations and the progression of this case. If a settlement is reached before the date of the Status Conference, the Court will entertain a motion to vacate the conference.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).