IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:18-cv-00112-RM-MEH | Date: | June 10, 2019 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                          *Counsel:*

AT&T CORP.,                                                                                  Michel Hunseder
                                                                                                        Rebecca DeCook

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,                                          Charles Steese

    Defendant/Counter Claimant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

---

**Court in session:**    **10:33 a.m.**

The Court calls case.   Appearances of counsel.

Discussion was held regarding the status of settlement discussion, the status of this case, the status of a proposed agreement

Defendant advised the Court that they intend to withdraw [78] Motion to Amend/Correct/Modify [46] Claim *Counterclaims* and file an Amended Motion to Amend before the end of next week.

**ORDERED:**    Defendant shall advise the plaintiff of the status of the pending agreement on or before June 21, 2019 as stated on the record.

**ORDERED:**    Parties shall file a proposed Scheduling Order on or before June 21, 2019. **The proposed Scheduling Order is also to be submitted in a useable format (i.e., Word or WordPerfect only) by email to Magistrate Judge Hegarty at** *hegarty_chambers@cod.uscourts.gov*.

**ORDERED:**    The stay on discovery is lifted.

**Court in recess:**     **11:03 a.m.**     (Hearing concluded)
Total time in court:    0:30

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.