**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant.

---

**JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiff, AT&T Corp. ("AT&T"), and Defendant, Level 3 Communications, LLC ("Level 3"), by and through undersigned counsel, submit this Joint Stipulated Motion to Amend Scheduling Order, ECF No. 55. The parties collectively certify that they have conferred with each other regarding this Motion and jointly agree that the relief requested herein should be granted.

In support of this Motion, and in compliance with Fed. R. Civ. P. 16(b)(4), the parties stipulate and jointly move as follows:

1.    Pursuant to the Court's Order (ECF No. 93), the parties respectfully submit a proposed revised scheduling order as follows:

| Event | Proposed Deadline |
|---|---|
| Fact Discovery Deadline | September 27, 2019 |
| Expert Disclosures | October 17, 2019 |
| Rebuttal Expert Disclosures | November 22, 2019 |
| Expert Deposition Deadline | December 20, 2019 |
| Dispositive Motion Deadline | January 31, 2020 |
| Pretrial Conference | On or around February 14, 2020 |
| Submission of Final Pretrial Order | Seven days prior to final pretrial conference |

For the foregoing reasons, the parties jointly move that the Court amend the Scheduling Order as set forth above.

2

Respectfully submitted this 21st day of June, 2019.

By: */s/ Charles W. Steese*____

Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

By: */s/ Rebecca B. DeCook*_____

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

3

## CERTIFICATE OF SERVICE

I, Rebecca B. DeCook, hereby certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

                                                  */s/ Rebecca B. DeCook*_____