**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

---

**[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER**

---

Before the Court is the Joint Stipulated Motion of Plaintiff, AT&T Corp. ("AT&T"), and Defendant, Level 3 Communications, LLC ("Level 3"), to amend Scheduling Order, ECF. No 55. Upon consideration of the Motion and the entire record, and good cause appearing therein, it is hereby ordered that the Motion be **GRANTED**.

It is further **ORDERED** that the Scheduling Order, ECF No. 55, be amended as follows:

| Event | Proposed Deadline |
|---|---|
| Fact Discovery Deadline | September 27, 2019 |
| Expert Disclosures | October 17, 2019 |
| Rebuttal Expert Disclosures | November 22, 2019 |
| Expert Deposition Deadline | December 20, 2019 |
| Dispositive Motion Deadline | January 31, 2020 |
| Pretrial Conference | On or around February 14, 2020 |
| Submission of Final Pretrial Order | Seven days prior to final pretrial conference |

1

It is SO ORDERED this _____ of _____, 2019.

                                                                                                                                _____
                                                                                                                              The Honorable Michael E. Hegarty
                                                                                                                              United States Magistrate Judge

Submitted by:

    Rebecca B. DeCook
    Andrew T. Flynn
    Moye White LLP
    1400 16th Street, 6th Floor
    Denver, CO 80202-1027
    becky.decook@moyewhite.com
    andrew.flynn@moyewhite.com

    Michael J. Hunseder
    Michael D. Warden
    Justin A. Benson
    SIDLEY AUSTIN LLP
    1501 K ST NW
    Washington, DC 20005
    Telephone: (202) 736-8000
    mhunseder@sidley.com
    mwarden@sidley.com
    jbenson@sidley.com

    *Attorneys for Plaintiff AT&T Corp.*