**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**[PROPOSED] ORDER GRANTING LEVEL 3'S MOTION TO
RESTRICT PUBLIC ACCESS TO ITS AMENDED COUNTERCLAIMS**

    Before the Court is Level 3 Communications, LLC's Motion to Restrict Public Access to its Amended Counterclaims. Upon consideration of the Motion and the entire record herein, it is hereby ordered that the Motion be **GRANTED**. Exhibit A and Exhibit B to Level 3's Motion for Leave to Amend its Counterclaims shall be placed under Level 1 restriction. Level 3's Motion for Leave to Amend its Counterclaims being taken under advisement, in the event that Motion is granted, Level 3 is further granted leave to file and serve its Amended Counterclaims under Level 1 restriction and to file a public version of its Amended Counterclaims.

    It is SO ORDERED this _____ of _____, 2019.

                                        The Honorable Raymond P. Moore
                                        U.S. District Court Judge

Submitted by:

    Charles W. Steese, #26924
    Douglas N. Marsh, #45964
    Martin J. Estevao, #46260
    Armstrong Teasdale LLP
    4643 South Ulster Street, Suite 800
    Denver, Colorado 80237
    Telephone: (720) 200-0676
    csteese@armstrongteasdale.com
    dmarsh@armstrongteasdale.com
    mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*