**Exhibit 1**

| | |
|---|---|
| **From:** | Douglas N. Marsh |
| **To:** | Hunseder, Michael; Benson, Justin; "becky.decook@moyewhite.com" (becky.decook@moyewhite.com) |
| **Cc:** | Chuck Steese |
| **Subject:** | Counterclaims [IWOV-iDocs.FID3266695] |
| **Date:** | Friday, June 21, 2019 12:55:33 PM |

Mike/Justin,

We are preparing to file our motion for leave to amend our counterclaims to add TCG as we have discussed.  Our client has asked that we also include Doe defendants in our counterclaims, consisting of other AT&T affiliates who handle billing for OTT-VoIP traffic.  At present we do not know that there are any such defendants, but if there are other entities similarly situated to TCG we want to make sure our claims include them.

I tried to call both Mike and Justin to ask if you would stipulate to that portion of our motion for leave to amend as well as our efforts to add TCG, but wasn't able to reach either of you (I know Mike has conflicts today—my apologies).  Please let me know if we have your approval to add these Doe Defendants.  Otherwise, I will note in our motion for leave to amend that we were unable to reach you on that point and will follow up once we know your position.

Thanks,
Doug



Armstrong Teasdale LLP
**Douglas N. Marsh** | Associate
4643 South Ulster Street, Suite 800, Denver, CO 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720.722.7199 | Extension: 3839 | CELL: 801.556.4145
dmarsh@armstrongteasdale.com
www.armstrongteasdale.com

Always exceed expectations through teamwork and excellent client service.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**