# Exhibit 1

| OCN_NAME | Row Labels |
|---|---|
| TELEPORT COMMUNICATIONS AMERICA, LLC - TN | AT&T - LOCAL - AR |
| TELEPORT COMMUNICATIONS AMERICA - NM - LLC | AT&T - LOCAL - DE |
| TELEPORT COMMUNICATIONS AMERICA - MS - LLC | AT&T - LOCAL - FL |
| TELEPORT COMMUNICATIONS AMERICA, LLC - VA | AT&T - LOCAL - KS |
| TELEPORT COMMUNICATIONS AMERICA - OK- LLC | AT&T - LOCAL - MD |
| TELEPORT COMMUNICATIONS AMERICA, LLC - NV | AT&T - LOCAL - MO |
| AT&T COMMUNICATIONS OF CALIFORNIA, INC. - CA | AT&T - LOCAL - NJ |
| TELEPORT COMMUNICATIONS AMERICA, LLC - MO | AT&T - LOCAL - NY |
| AT&T - LOCAL - AR | AT&T - LOCAL - OK |
| TELEPORT COMMUNICATIONS AMERICA - SC - LLC | AT&T - LOCAL - PA |
| TELEPORT COMMUNICATIONS AMERICA LA - LLC | AT&T - LOCAL - TX |
| TELEPORT COMMUNICATIONS AMERICA - SD - LLC | AT&T - LOCAL - VA |
| AT&T CORP - MA | AT&T - LOCAL - WV |
| AT&T CORP. - WI | AT&T COMMUNICATIONS OF CALIFORNIA, INC. - CA |
| TELEPORT COMMUNICATIONS GROUP | AT&T COMMUNICATIONS OF INDIANA, LLC |
| TC SYSTEMS, INC. | AT&T CORP - MA |
| TELEPORT COMMUNICATIONS AMERICA, LLC - IL | AT&T CORP - ME |
| TELEPORT COMMUNICATIONS AMERICA, LLC - TX | AT&T CORP. - AL |
| TELEPORT COMMUNICATIONS GROUP - LOS ANGELES | AT&T CORP. - AZ |
| TC SYSTEMS,INC. - NY | AT&T CORP. - CO |
| TELEPORT COMMUNICATIONS GROUP - NEW YORK - NJ | AT&T CORP. - GA |
| TELEPORT COMMUNICATIONS AMERICA, LLC - CT | AT&T CORP. - IA |
| TELEPORT COMMUNICATIONS AMERICA, LLC - NE | AT&T CORP. - ID |
| TELEPORT COMMUNICATIONS GROUP - SAN FRANCISCO | AT&T CORP. - KY |
| TELEPORT COMMUNICATIONS AMERICA, LLC - WA | AT&T CORP. - LA |
| TELEPORT COMMUNICATIONS AMERICA, LLC - CA | AT&T CORP. - MI |
| TELEPORT COMMUNICATIONS GROUP - DALLAS | AT&T CORP. - MN |
| TELEPORT COMMUNICATIONS GROUP AMERICA - MI | AT&T CORP. - MS |
| TELEPORT COMMUNICATIONS AMERICA, LLC - WI | AT&T CORP. - NC |
| TELEPORT COMMUNICATIONS AMERICA, LLC - AZ | AT&T CORP. - ND |
| TELEPORT COMMUNICATIONS GROUP - ST. LOUIS | AT&T CORP. - NE |
| TELEPORT COMMUNICATIONS AMERICA, LLC - DE | AT&T CORP. - NM |
| TCG NEW JERSEY, INC. - PA | AT&T CORP. - NV |
| TELEPORT COMMUNICATIONS AMERICA, LLC - NJ | AT&T CORP. - OH |
| TELEPORT COMMUNICATIONS AMERICA, LLC - IN | AT&T CORP. - OR |
| TELEPORT COMMUNICATIONS AMERICA, LLC - PA | AT&T CORP. - SC |
| TELEPORT COMMUNICATIONS AMERICA, LLC - MD | AT&T CORP. - SD |
| TELEPORT COMMUNICATIONS AMERICA, LLC - RI | AT&T CORP. - TN |
| TELEPORT COMMUNICATIONS AMERICA, LLC - CO | AT&T CORP. - UT |
| AT&T LOCAL | AT&T CORP. - WA |
| TELEPORT COMMUNICATIONS AMERICA, LLC - DC | AT&T CORP. - WI |
| TELEPORT COMMUNICATIONS AMERICA, LLC - UT | AT&T CORP. IL |
| TELEPORT COMMUNICATIONS AMERICA, LLC - OR | AT&T LOCAL |
| TELEPORT COMMUNICATIONS AMERICA, LLC - OH | AT&T, INC. - PR |
| TCG AMERICA, INC. - TN | TC SYSTEMS, INC. |
| AT&T CORP. - AL | TC SYSTEMS,INC. - NY |
| AT&T CORP. - GA | TCG AMERICA, INC. - TN |
| AT&T - LOCAL - DE | TCG NEW JERSEY, INC. - PA |
| AT&T - LOCAL - TX | TELEPORT COMMUNICATIONS AMERICA - ID - LLC |
| AT&T CORP. - IA | TELEPORT COMMUNICATIONS AMERICA - MS - LLC |
| AT&T COMMUNICATIONS OF INDIANA, LLC | TELEPORT COMMUNICATIONS AMERICA - MT - LLC |
| AT&T - LOCAL - KS | TELEPORT COMMUNICATIONS AMERICA - ND - LLC |
| AT&T CORP. - KY | TELEPORT COMMUNICATIONS AMERICA - NM - LLC |
| AT&T CORP - ME | TELEPORT COMMUNICATIONS AMERICA - OK- LLC |
| AT&T CORP. - MN | TELEPORT COMMUNICATIONS AMERICA - SC - LLC |
| AT&T CORP. - NC | TELEPORT COMMUNICATIONS AMERICA - SD - LLC |
| AT&T CORP. - NE | TELEPORT COMMUNICATIONS AMERICA - WY - LLC |
| AT&T - LOCAL - NJ | TELEPORT COMMUNICATIONS AMERICA LA - LLC |
| AT&T CORP. - NV | TELEPORT COMMUNICATIONS AMERICA, LLC - AL |
| AT&T - LOCAL - NY | TELEPORT COMMUNICATIONS AMERICA, LLC - AR |

| OCN_NAME | Row Labels |
|---|---|
| AT&T CORP. - OH | TELEPORT COMMUNICATIONS AMERICA, LLC - AZ |
| AT&T CORP. - OR | TELEPORT COMMUNICATIONS AMERICA, LLC - CA |
| AT&T CORP. - SC | TELEPORT COMMUNICATIONS AMERICA, LLC - CO |
| AT&T CORP. - SD | TELEPORT COMMUNICATIONS AMERICA, LLC - CT |
| AT&T CORP. - TN | TELEPORT COMMUNICATIONS AMERICA, LLC - DC |
| TELEPORT COMMUNICATIONS AMERICA, LLC - MI | TELEPORT COMMUNICATIONS AMERICA, LLC - DE |
| TELEPORT COMMUNICATIONS AMERICA - MT - LLC | TELEPORT COMMUNICATIONS AMERICA, LLC - FL |
| TELEPORT COMMUNICATIONS AMERICA - ND - LLC | TELEPORT COMMUNICATIONS AMERICA, LLC - GA |
| AT&T - LOCAL - MO | TELEPORT COMMUNICATIONS AMERICA, LLC - IA |
| AT&T CORP. - AZ | TELEPORT COMMUNICATIONS AMERICA, LLC - IL |
| AT&T CORP. IL | TELEPORT COMMUNICATIONS AMERICA, LLC - IN |
| AT&T CORP. - LA | TELEPORT COMMUNICATIONS AMERICA, LLC - KS |
| AT&T CORP. - MI | TELEPORT COMMUNICATIONS AMERICA, LLC - KY |
| AT&T CORP. - ND | TELEPORT COMMUNICATIONS AMERICA, LLC - MD |
| AT&T - LOCAL - OK | TELEPORT COMMUNICATIONS AMERICA, LLC - MI |
| AT&T - LOCAL - PA | TELEPORT COMMUNICATIONS AMERICA, LLC - MN |
| AT&T - LOCAL - WV | TELEPORT COMMUNICATIONS AMERICA, LLC - MO |
| AT&T CORP. - ID | TELEPORT COMMUNICATIONS AMERICA, LLC - NC |
| AT&T CORP. - NM | TELEPORT COMMUNICATIONS AMERICA, LLC - NE |
| AT&T - LOCAL - MD | TELEPORT COMMUNICATIONS AMERICA, LLC - NH |
| AT&T CORP. - MS | TELEPORT COMMUNICATIONS AMERICA, LLC - NJ |
| AT&T - LOCAL - VA | TELEPORT COMMUNICATIONS AMERICA, LLC - NV |
| AT&T - LOCAL - FL | TELEPORT COMMUNICATIONS AMERICA, LLC - OH |
| AT&T CORP. - UT | TELEPORT COMMUNICATIONS AMERICA, LLC - OR |
| AT&T CORP. - CO | TELEPORT COMMUNICATIONS AMERICA, LLC - PA |
| AT&T CORP. - WA | TELEPORT COMMUNICATIONS AMERICA, LLC - RI |
| TELEPORT COMMUNICATIONS AMERICA, LLC - AR | TELEPORT COMMUNICATIONS AMERICA, LLC - TN |
| TELEPORT COMMUNICATIONS AMERICA - ID - LLC | TELEPORT COMMUNICATIONS AMERICA, LLC - TX |
| TELEPORT COMMUNICATIONS AMERICA, LLC - AL | TELEPORT COMMUNICATIONS AMERICA, LLC - UT |
| TELEPORT COMMUNICATIONS AMERICA, LLC - NH | TELEPORT COMMUNICATIONS AMERICA, LLC - VA |
| TELEPORT COMMUNICATIONS AMERICA, LLC - FL | TELEPORT COMMUNICATIONS AMERICA, LLC - WA |
| AT&T, INC. - PR | TELEPORT COMMUNICATIONS AMERICA, LLC - WI |
| TELEPORT COMMUNICATIONS AMERICA, LLC - IA | TELEPORT COMMUNICATIONS GROUP |
| TELEPORT COMMUNICATIONS AMERICA, LLC - NC | TELEPORT COMMUNICATIONS GROUP - DALLAS |
| TELEPORT COMMUNICATIONS AMERICA, LLC - GA | TELEPORT COMMUNICATIONS GROUP - LOS ANGELES |
| TELEPORT COMMUNICATIONS AMERICA, LLC - MN | TELEPORT COMMUNICATIONS GROUP - NEW YORK - NJ |
| TELEPORT COMMUNICATIONS AMERICA, LLC - KY | TELEPORT COMMUNICATIONS GROUP - SAN FRANCISCO |
| TELEPORT COMMUNICATIONS AMERICA - WY - LLC | TELEPORT COMMUNICATIONS GROUP - ST. LOUIS |
| TELEPORT COMMUNICATIONS AMERICA, LLC - KS | TELEPORT COMMUNICATIONS GROUP AMERICA - MI |