IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant / Counter Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 1, 2019**.

    At the request of the parties, the Court will hold a Discovery Conference in this case today, **August 1, 2019, at 12:30 p.m.** in in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Counsel for the parties may appear at the conference by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.