IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 18-cv-112-RM | Date: 8/1/2019 |
| Courtroom Deputy: Chris Thompson/Monique Ortiz | FTR:   Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| AT&T Corp. | Michael Hunseder by phone |
|    Plaintiff, Counter Defendant | |
| v. | |
| Level 3 Communications, LLC | Douglas Marsh and Charles Steese by phone |
|    Defendant, Counter Claimant | |

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session: 12:31 p.m.**

Court calls case.  Appearances of counsel by telephone.

This matter is before the court regarding the disputes as set forth in the letters provided by the parties to the Court.

For the reasons stated on the record, it is;

**ORDERED:** In light of the discussions on the record today, Mr. Steese shall redraft the language of the topics upon which deposition examination is requested. Mr. Steese shall then provide those topics to Mr. Hunseder for review. If the parties are still unable to resolve the issues regarding these topics, they are to contact the Court to schedule a hearing before the judge.

**Court in recess: 12:51 p.m.**      Hearing concluded.
Total in-court time    00:20

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.