**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

---

**UNOPPOSED MOTION TO RESTRICT
PUBLIC ACCESS TO AMENDED COUNTERCLAIMS**

---

Defendant Level 3 Communications, LLC ("Level 3"), by and through undersigned counsel, submits the following Unopposed Motion for an order restricting public access to its proposed Amended Counterclaims in order to maintain the confidentiality of the information contained therein. Counsel for Level 3 has conferred with counsel for AT&T regarding this motion in compliance with D.C. Colo. LCivR 7.1 and is authorized to state that AT&T does not oppose this motion.

In support of this Motion, and in compliance with D.C. Colo. L. Civ. R. 7.2, Level 3 states as follows:

1. Level 3's Counterclaims, as filed with the Court on March 15, 2018 (ECF No. 38), contain sensitive language from the parties' Settlement Agreement which Level 3 is obligated to maintain as confidential. Level 3's request to restrict access to that sensitive material was granted. *See* ECF Nos. 44, 46.

2. As detailed in its Motion for Leave to Add Level 3 Affiliates as Counterclaimants ("Motion for Leave"), submitted contemporaneously herewith, Level 3 seeks leave to amend its Counterclaims to include its affiliates Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications LLC as Counterclaimants.

3. As Exhibit A to its Motion for Leave, Level 3 submits a copy of its proposed Amended Counterclaims. As Exhibit B to the Motion, pursuant to D.C.Colo.LCivR 15.1(b), Level 3 also submits a copy of the proposed Amended Counterclaims with changes marked to show edits made to the proposed Amended Counterclaims currently pending before the Court (ECF No. 99).

4. Both exhibits—the clean copy of the proposed Amended Counterclaims, and the copy with marked changes—retain the confidential information the Court previously restricted.

5. If access to this sensitive information is not restricted, Level 3 will be unable to fulfill its contractual obligation to maintain this material as confidential.

6. Level 3 is filing a public version of these two exhibits on the public docket, with sensitive language redacted, concurrently with this motion. Level 3 is mindful of the Court's recent orders regarding the scope of the material the parties may restrict, and has limited the extent of the requested restrictions in conformance with the Court's instructions.

7. Level 3 also notes that, pursuant to D.C.Colo.LCivR 15.1(b), upon granting of Level 3's Motion for Leave, it must file and serve the Amended Counterclaims. Level 3 requests that the Court grant leave to file the Amended Counterclaims under the same restriction and to file a public version of the Amended Counterclaims.

8. Level 3 does not believe any less-restrictive alternative is practicable, as the confidential language cited in the proposed Amended Counterclaims is fundamental to the claims at issue.

9. The appropriate level of restriction is Level 1—i.e., access should be limited to the parties and the Court.

For the foregoing reasons, Level 3 respectfully requests that the Court restrict public access to Exhibit A (its proposed Amended Counterclaims) and Exhibit B (the proposed Amended Counterclaims, with edits marked) to its Motion for Leave. Level 3 further requests, if and when its Motion for Leave is granted, that it be given leave to submit the Amended Counterclaims under the same restriction and to file a public version of the Amended Counterclaims.

Respectfully submitted this 5th day of August, 2019.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

3

## CERTIFICATE OF SERVICE

I, Charles W. Steese, hereby certify that on August 5th, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Micahel J. Hunseder
Justin A. Benson
Sidley Austin, LLP
1501 K Street, NW
Washington, D.C. 20005
202-736-8000
mhunseder@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

/s/ *Charles W. Steese*
Charles W. Steese