IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RPM-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**[PROPOSED] ORDER GRANTING LEVEL 3'S MOTION FOR
LEAVE TO ADD LEVEL 3 AFFILIATES AS COUNTERCLAIMANTS**

    Before the Court is Level 3 Communications, LLC's Motion for Leave to Add Level 3 Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC as Counterclaimants. Upon consideration of the Motion and the entire record herein, its is hereby ordered that the Motion be **GRANTED**. Level 3 shall file and serve its proposed Amended Counterclaim (attachment A to its Motion) within 14 days of the entry of this order. In addition, pursuant to Level 3's Motion to Restrict Public Access to its Amended Counterclaims, Level 3 is granted leave to file and serve its Amended Counterclaims under Level 1 restriction and to file a public version of its Amended Counterclaims.

    It is SO ORDERED this _____ of _____, 2019.


                                                                                   _____
                                                                                   The Honorable Michael E. Hegarty
                                                                                   U.S. Magistrate Judge

Submitted by:

    Charles W. Steese, #26924
    Douglas N. Marsh, #45964
    Martin J. Estevao, #46260
    Armstrong Teasdale LLP
    4643 South Ulster Street, Suite 800
    Denver, Colorado 80237
    Telephone: (720) 200-0676
    csteese@armstrongteasdale.com
    dmarsh@armstrongteasdale.com
    mestevao@armstrongteasdale.com

    *Attorneys for Defendant Level 3 Communications, LLC*