IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant / Counter Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 12, 2019.**

    In accordance with D.C. Colo. LCivR 7.2, Defendant's Unopposed Motion to Restrict Public Access to Amended Counterclaims [filed August 5, 2019; ECF No. 109] is **granted**. The Clerk of the Court shall maintain under Restriction Level One the documents located at ECF 111 and 111-1 until further order of the Court. The redacted versions of these documents are located at ECF 109-1 and 109-2.