# EXHIBIT 1

Message

**From**: Stocker, Edwin [/O=LEVEL3/OU=DENVER/CN=RECIPIENTS/CN=STOCKER.EDWIN]
**Sent**: 12/19/2017 8:01:11 AM
**To**: 'MEOLA, KIMBERLY A' [km1274@att.com]; 'NOLAN, JOHN C' [jn696a@att.com]
**CC**: Riederer, Mike [/O=LEVEL3/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Riederer, Mike2bb]; Andrews, Shaun [/O=LEVEL3/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Andrews, Shaun9b4]; Torres, Jennifer [/O=LEVEL3/OU=DENVER/cn=Recipients/cn=olinger.jennifer]
**Subject**: RE: Proposed construct of settlement

Kim,

This looks like a framework we can work with and have a few proposed changes below. This would settle out past OTT and set a plan for accurate measurement and treatment for prospective OTT traffic. Instead of an estimate, we would prefer to use the third party OTT percentage as the standard measure from June 2017 forward and make the treatment similar for each company based on its own OTT traffic percentage. We are open to clearing all of the ▇▇▇▇▇ in voice disputes and LERG routing issues between our companies along with this settlement, but working thru the details of each could easily extend beyond this week and into next year.  Did you have a proposal developed to review?

Item 1 - OTT retro dispute resolution  (OTT charges from June 2015 – May 2017)
▇% of ▇% of End Office charges - $▇▇▇▇▇▇▇; to be settled at ▇% - $▇▇▇▇▇▇▇; our numbers are about ~$▇▇ different for these.
Reasonable LPC \ Interest to begin accruing 30 days past May 2017 – starting in July and running thru December; please share the calculation on this amount.

Item 2 - OTT prospective resolution (OTT Charges from June 2017 – December 2019)
Agree to a third party investigator to measure OTT traffic across each network and split the costs.
Over the Top (OTT) VoIP service is when an end user's call uses a carrier's VoIP service utilizing a broadband connection from an entity that is not affiliated with the carrier providing the VoIP service
Updated initially from June 2017 and used to determine OTT amounts to be credited, instead of estimating the amount from June 2017 until the auditor completes their review; and then as requested by either party up to once per 12 months.
CenturyLink will use the third party percentage to calculate OTT charges and reduce billing via credits after monthly invoices, starting with June of 2017.
AT&T will initially  credit to CenturyLink ▇▇% of ▇▇% of OTT charges calculated using the third party percentage from June 2015 – May 2017.
AT&T will use the third party percentage to calculate OTT charges and reduce billing via credits after monthly invoices, starting with June of 2017.

Item 3 – Other Billing Disputes
Open to combining all disputes into one settlement, does AT&T have a proposal on each of them individually or in bulk?
Any settlement for them must also include AT&T recognizing and routing via the LERG identified carrier in any situation where a tandem is utilized by AT&T.
Combining all $▇▇▇▇▇▇ in open disputes and the LERG routing issues will present serious roadblocks to completing this exercise in the next week.
CenturyLink would like to continue working through open disputes, focusing next on the DEOT and LERG routing disputes between our companies as soon as we have finalized this OTT dispute.

Edwin Stocker
Director
Wholesale Local Voice Services
CenturyLink
1025 Eldorado Boulevard
Broomfield, Colorado 80021