# EXHIBIT 2



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

MHUNSEDER@SIDLEY.COM
+1 202 736 8236

July 12, 2019

**By Email**

Charles W. Steese
Douglas N. Marsh
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237

> Re:  *AT&T Corp. v. Level 3 et al.*, Civ. Action No. 18-cv-00112-RM-MEH
>      Level 3's counterclaims against AT&T Corp. and TCG

Dear Counsel:

I am writing with regard to Level 3's counterclaims against AT&T Corp. and TCG.

AT&T Corp. does not bill any access charges for any products involving over-the-top VoIP services, and AT&T Corp. therefore is not a proper counterclaim defendant. TCG has billed access charges in connection with two services that can have an over-the-top VoIP component. The two services are AT&T Collaborate and AT&T Hosted Voice Service ("HVS"). TCG has examined the minutes of use associated with Collaborate and HVS, compared those minutes with its total volume of minutes for business VoIP services, and determined that Collaborate and HVS represent approximately 2 percent of the total volume of minutes of use for business VoIP services billed by TCG.

Even though Collaborate and HVS include both facilities-based and over-the-top VoIP calling, because of the relatively small volumes of traffic associated with these products, TCG has decided to bill these two services as though all of the minutes of use are over-the-top VoIP and accordingly bill those services at tandem switching rates. Further, as to amounts billed after July, 2016 (two years from the date on which Level 3 filed its amended counterclaims alleging overcharges on Collaborate), TCG is willing to issue credits for access charges billed, again based on the assumption that all of the minutes of use for Collaborate and HVS are over-the-top VoIP. On the originating side, the credit amounts to approximately $11,071. On the terminating side, the credit amounts to approximately $9.

By separate letter, TCG will shortly be producing documents, specifically spreadsheets that reflect TCG's calculations of these credits.

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

**SIDLEY**

Charles W. Steese
Douglas N. Marsh
Armstrong Teasdale LLP
Page 2

Sincerely,

/s/ Michael J. Hunseder

Michael Hunseder

MJH:snm