# EXHIBIT 3

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Thursday, August 22, 2019 11:54 AM |
| **To:** | Benson, Justin; Douglas N. Marsh |
| **Cc:** | Warden, Michael D.; Moore, Joshua; Hunseder, Michael |
| **Subject:** | RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling [IWOV-iDocs.FID3266695] |

Justin,

Our position, consistent with the supplementary interrogatory responses we served on August 14, is that the parties have understood Level 3 to be acting on behalf of its affiliates as to the matters at issue in this action since before this action began, going back to the 2015 Settlement Agreement and beyond. As such, we do not believe the limitations period for the claims by the Level 3 affiliates runs to the date the proposed amendments were filed. We believe it goes back long before.

Regarding damages from TCG, this will be the subject of our expert disclosures that are not yet due. In contrast, we propounded written discovery on TCG. To that end, we ask you: when can we expect documents responsive to our written discovery/document subpoena to TCG?

We will give those names to security and look forward to seeing you next week. Please note that the conference room is going to be extremely crowded.

Finally, you have had the names of those we want to depose for months. The statement that people are busy in August rings hollow. We need dates and we need them immediately. If you will not have names/subjects/proposed dates for the 30(b)(6) depositions and proposed dates for the personal depositions by tomorrow, we request a meet and confer. At this stage, we must consider involving the Magistrate. As you know, I have a multi-week trial starting November 4 in Boston, and deadlines in this case are quickly approaching. As I told you weeks ago, I wanted to take depositions this week (August 20-23), which has now come and gone. We are now relegated to September 12 or 13 (where we hope to also take the topics on tariff interpretation), and the weeks of September 23 and September 30. Please find proposed dates within those windows.

Sincerely,



Armstrong Teasdale LLP
**Chuck Steese** | Partner
4643 South Ulster, Suite 800, Denver, Colorado 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679

1

DIRECT: 720-200-0677 | Extension: 3805 | CELL: 303-919-0075
csteese@armstrongteasdale.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

---

**From:** Benson, Justin [mailto:jbenson@sidley.com]
**Sent:** Wednesday, August 21, 2019 3:53 PM
**To:** Douglas N. Marsh
**Cc:** Chuck Steese; Warden, Michael D.; Moore, Joshua; Hunseder, Michael
**Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling [IWOV-iDocs.FID3266695]

Doug –

Thank you for your email.  We have asked AT&T for dates on the outstanding 30(b)(6) deposition topics, and on the personal depositions.  Given that it is the middle of August (when many people are out), and Level 3's new disputes/discovery responses, it has been hard to get dates scheduled.  We will continue to press for dates and for the names of individuals who can testify on the outstanding topics and will let you know as soon we can.

On a separate topic, we need to know Level 3's position on AT&T's proposal regarding the Motion for Leave to Add Level 3 Affiliates as Counterclaimants, which we first raised with you on August 9th.  As you know, our brief in opposition is due on Monday – accordingly, we need to know Level 3's position today.

In addition, please let us know when Level 3 will supplement its discovery responses in regards to damages from TCG.  Given that Level 3 has recently provided approximately 1800 dispute notices to TCG related to OTT end office billing, and that you have indicated that Level 3 believes its damages from TCG are approximately $1,000,000, Level 3 must provide supplemental interrogatory responses and produce documents responsive to AT&T's Second Set of Requests for Production of Documents.  As of today, Level 3 has not produced any responsive documents to our Second Set of Requests for Production.  When can we expect supplemental interrogatory responses and additional documents from Level 3?

Finally, please add the following individuals to the security list for the Torres/McClure depositions next week in Denver: Letty Friesen, Kimberly Meola, Ardell Burgess and Melanie Giamarco (the court reporter).  These individuals will be attending, in addition to myself and Mike Warden.

Best regards,

Justin


**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8757
jbenson@sidley.com

---

> **From:** Douglas N. Marsh <DMarsh@ArmstrongTeasdale.com>
> **Sent:** Tuesday, August 20, 2019 10:26 PM
> **To:** Benson, Justin <jbenson@sidley.com>; Chuck Steese <CSteese@ArmstrongTeasdale.com>
> **Cc:** Warden, Michael D. <mwarden@sidley.com>; Moore, Joshua <joshua.moore@sidley.com>; Hunseder, Michael <mhunseder@sidley.com>
> **Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling [IWOV-iDocs.FID3266695]

2

Justin,

Respectfully, we need responses to our requests for deposition dates, which have been pending for several weeks now. We are getting ready for a trial in another matter in the fall and it is becoming increasingly difficult to make scheduling arrangements when we have significant open matters in this case that have yet to be set. We respectfully ask you to give us dates for the remaining depositions, and names for the remaining topics, before the end of this week.

Sincerely,
Doug



Armstrong Teasdale LLP
**Douglas N. Marsh** | Associate
4643 South Ulster Street, Suite 800, Denver, CO 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720.722.7199 | Extension: 3839 | CELL: 801.556.4145
dmarsh@armstrongteasdale.com
www.armstrongteasdale.com

Always exceed expectations through teamwork and excellent client service.

---

**From:** Benson, Justin [mailto:jbenson@sidley.com]
**Sent:** Thursday, August 15, 2019 5:24 PM
**To:** Chuck Steese
**Cc:** Warden, Michael D.; Moore, Joshua; Hunseder, Michael; Douglas N. Marsh
**Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling [IWOV-iDocs.FID3266695]

Chuck –

Thanks for your email.  As to the tariff topics, AT&T is reviewing the transcript of the hearing held before the Magistrate Judge, which we just received today.  While we have identified some potential deponents who will be able to testify as to the topics discussed by the Court, we are still reviewing the transcript and we expect that within the next few days, we can determine who the appropriate deponent will be, and will promptly let you know who and where that individual is located.

As to George Sloan, we indicated to you that he is a high level executive who no longer has any responsibility in this area.  Nevertheless, we as outside counsel are speaking with Mr. Sloan next week and we will get back to you promptly after that conversation.

As to the other topics, we just received Level 3's supplemental interrogatory responses, and it is our understanding that Level 3 (and related entities) have provided approximately 1800 dispute notices to TCG related to OTT end office billing, including for new AT&T products.  In light of the new information contained in the supplemental interrogatory responses, and the dispute notices, AT&T needs a few more days to determine which individual(s) will be the most appropriate witness.

Best regards,

Justin

3

**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8757
jbenson@sidley.com

---

**From:** Chuck Steese <CSteese@ArmstrongTeasdale.com>
**Sent:** Wednesday, August 14, 2019 7:38 PM
**To:** Benson, Justin <jbenson@sidley.com>; Douglas N. Marsh <DMarsh@ArmstrongTeasdale.com>
**Cc:** Warden, Michael D. <mwarden@sidley.com>; Moore, Joshua <joshua.moore@sidley.com>; Hunseder, Michael <mhunseder@sidley.com>
**Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling [IWOV-iDocs.FID3266695]

Justin:

Thank you for the email. During the September 12-13 timeframe, we were also hoping to cover AT&T topics 16-17 as well as TCG Topic 11, which concern tariff application. Is this possible?

We also still await dates for the other deponents/30(b)(6) topics; when can we expect to get those dates?



Armstrong Teasdale LLP
Chuck Steese | Partner
4643 South Ulster, Suite 800, Denver, Colorado 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720-200-0677 | Extension: 3805 | CELL: 303-919-0075
csteese@armstrongteasdale.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

---

**From:** Benson, Justin [mailto:jbenson@sidley.com]
**Sent:** Wednesday, August 14, 2019 3:23 PM
**To:** Douglas N. Marsh
**Cc:** Warden, Michael D.; Moore, Joshua; Chuck Steese; Hunseder, Michael
**Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling [IWOV-iDocs.FID3266695]

Doug –

Our client is reviewing a draft of the letter to the magistrate judge advising the Court of the parties' partial settlement agreement.  We will share the draft with you once we have client approval.

We can confirm that Craig John and Allison Miller will be available for their personal depositions on September 12 and 13th.  Janice Gallagher will also be available those days for the TCG 30(b)(6) deposition as to Topic Nos. 2, 3, 4, and 5.  We would propose to hold these depositions at AT&T's facility at One AT&T Way, Bedminster, NJ.  Chuck will recall that this is the same location that the Meola and

4

Burgess depositions were held. If this works for you, please let us know the names of the people who will be attending the deposition so we can have their names added to the security list.

We can again confirm that AT&T intends to take the 30(b)(6) depositions of Jennifer Torres on August 28, 2019 and Andrew McClure on August 29, 2019 in downtown Denver. We expect each of these depositions to take a full day.

Justin


**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8757
jbenson@sidley.com

---

**From:** Douglas N. Marsh <DMarsh@ArmstrongTeasdale.com>
**Sent:** Tuesday, August 13, 2019 6:57 PM
**To:** Benson, Justin <jbenson@sidley.com>; Hunseder, Michael <mhunseder@sidley.com>
**Cc:** Warden, Michael D. <mwarden@sidley.com>; Moore, Joshua <joshua.moore@sidley.com>; Chuck Steese <CSteese@ArmstrongTeasdale.com>
**Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling [IWOV-iDocs.FID3266695]

Mike and Justin,

I am writing to follow up on a few items we discussed in last week's call.

First, you suggested sending a letter to the magistrate judge to advise the Court of the parties' partial settlement agreement. We are willing to consider submitting a joint statement. Please provide your suggestions for language so we can run it by our client.

Second, we are still waiting for confirmed dates for deposing AT&T's witnesses. As we discussed in our call, we are available on September 12 and 13, we are unavailable the week following (the week of September 16), and can be available again the week after that (the week of September 23). Please follow up on availability so we can schedule these depositions.

Third, we are considering the point you raised as to relating back the claims in our proposed Amended Counterclaims. We do not have an answer yet but will get one for you as soon as we can.

Finally, our understanding is that you are taking the deposition of Jennifer Torres on August 28, 2019 and Andrew McClure on August 29, 2019 in downtown Denver. Please confirm whether that is still your intention and whether you expect the depositions to last the full day each day.

Thanks,
Doug



Armstrong Teasdale LLP
**Douglas N. Marsh** | Associate
4643 South Ulster Street, Suite 800, Denver, CO 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720.722.7199 | Extension: 3839 | CELL: 801.556.4145
dmarsh@armstrongteasdale.com
www.armstrongteasdale.com

Always exceed expectations through teamwork and excellent client service.

**From:** Benson, Justin [mailto:jbenson@sidley.com]
**Sent:** Thursday, August 08, 2019 5:35 PM
**To:** Chuck Steese
**Cc:** Douglas N. Marsh; Hunseder, Michael; Warden, Michael D.; Moore, Joshua
**Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling

Thanks, Chuck.  That will work.  We will call you then.  Have a good evening.


**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8757
jbenson@sidley.com

---

**From:** Chuck Steese <CSteese@ArmstrongTeasdale.com>
**Sent:** Thursday, August 08, 2019 7:14 PM
**To:** Benson, Justin <jbenson@sidley.com>
**Cc:** Douglas N. Marsh <DMarsh@ArmstrongTeasdale.com>; Hunseder, Michael <mhunseder@sidley.com>; Warden, Michael D. <mwarden@sidley.com>; Moore, Joshua <joshua.moore@sidley.com>
**Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling

Justin:

The address is 931 14th Street, Denver, CO 80202.

I am in meetings all day tomorrow, but will be driving between 8 and 9am Mountain.  Would a call at 8:15 Mountain/10:15 EST work?  If so, please call my mobile (303-919-0075).

Regards,



Armstrong Teasdale LLP
**Chuck Steese** | Partner

6

4643 South Ulster, Suite 800, Denver, Colorado 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720-200-0677 | Extension: 3805 | CELL: 303-919-0075
csteese@armstrongteasdale.com

www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

---

**From:** Benson, Justin [mailto:jbenson@sidley.com]
**Sent:** Thursday, August 08, 2019 2:32 PM
**To:** Chuck Steese
**Cc:** Douglas N. Marsh; Hunseder, Michael; Warden, Michael D.; Moore, Joshua
**Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling

Chuck –

Mike Warden and myself will be conducting the depositions on behalf of AT&T.  I will provide the name of the court reporter once I have it.  In that regard, can you please provide the address for CenturyLink's office?

We would like to have a call tomorrow to discuss the other topics below.  More specifically, we would propose to discuss the outstanding deposition dates and the remaining deposition topics.  We would also like to discuss Level 3's recent Motion for Leave to Add Level 3 Affiliates as Counterclaimants.   We can be available for this call from 9:00 am to 11:00 am and from 2:00 pm to 5:00 pm (all eastern).  Please let me know a time that works and I will send a conference code.

Justin

**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8757
jbenson@sidley.com

---

**From:** Chuck Steese <CSteese@ArmstrongTeasdale.com>
**Sent:** Tuesday, August 06, 2019 7:29 PM
**To:** Benson, Justin <jbenson@sidley.com>
**Cc:** Douglas N. Marsh <DMarsh@ArmstrongTeasdale.com>; Hunseder, Michael <mhunseder@sidley.com>; Warden, Michael D. <mwarden@sidley.com>; Moore, Joshua <joshua.moore@sidley.com>
**Subject:** RE: AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling

Justin:

Thank you for the email.  We need to know who will be attending the depositions in Denver on behalf of AT&T so we can alert security.  Please provide the names.

As far as the AT&T depositions, I will let you know the best dates very soon. However, we have two additional depositions (Florida and

7

Atlanta or preferably both in one of those cities) that your email did not address. When will they be available. Hopefully this month. We need proposed dates ASAP.

In addition, we need to know (a) who the 30(b)(6) witnesses will be on the topics that AT&T objected to that the Court overruled (i.e., tariff interpretation), (b) whether our recasting of the technology topics in our new deposition notices alleviated your concerns and if so who the witness(es) will be and where; and (c) we added a new topic on telephone numbers for both TCG and AT&T and want to make sure that you saw this and whether AT&T/TCG will object or provide a witness, and if the latter who and where.

Regards,



Armstrong Teasdale LLP
Chuck Steese | Partner
4643 South Ulster, Suite 800, Denver, Colorado 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720-200-0677 | Extension: 3805 | CELL: 303-919-0075
csteese@armstrongteasdale.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

***********************PRIVATE AND CONFIDENTIAL***********************
**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**

**From:** Benson, Justin [mailto:jbenson@sidley.com]
**Sent:** Tuesday, August 06, 2019 5:16 PM
**To:** Chuck Steese
**Cc:** Douglas N. Marsh; Hunseder, Michael; Warden, Michael D.; Moore, Joshua
**Subject:** AT&T v. Level 3, No. 18-cv-00112 - Deposition scheduling

**CAUTION: External Email - Verify sender before clicking links or opening attachments.**

AT&T v. Level 3, No. 18-cv-00112 (D. Colo.)

Chuck –

AT&T accepts your proposal to hold the Rule 30(b)(6) depositions of Jennifer Torres and Andrew McClure on August 28th and 29th, respectively.  In terms of location, we think it makes sense to hold these depositions at CenturyLink's offices in downtown Denver.  Thank you for making this space available.

We are still working to schedule two consecutive days for Level 3 to take the personal depositions of Allison Miller, Craig John, and Janice Gallagher.  Mr. John is out of the country from the middle of August until September 9th.  Accordingly, AT&T proposes that Level 3 take the three depositions in Bedminster, NJ on either September 12-13 or various days the week of Sept. 16.  If these dates work for you, let us know and we will make sure that the deponents block off their calendars.

Thanks,

Justin


**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
+1 202 736 8757
jbenson@sidley.com
www.sidley.com



******************************************************************
*********************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

******************************************************************
*********************************