**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counterclaim Defendant

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant.

---

**JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER**

---

    Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T"), Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3"), and Counterclaim Defendant Teleport Communications Group ("TCG"),[1] by and through undersigned counsel, submit this Joint Stipulated Motion to Amend Scheduling Order. The parties collectively certify that they have conferred with each other regarding this Motion and jointly agree that the relief requested herein should be granted.

    In support of this Motion, and in compliance with Fed. R. Civ. P. 16(b)(4) and D.C. Colo. LCivR 6.1(b), the parties stipulate and jointly move as follows:

---

[1] Level 3 has moved to add TCG and Doe Corporations 1–5 as Counterclaim Defendants, as well as to add some of its affiliates as Counterclaimants. *See* ECF Nos. 78, 98. Both motions are still pending. While AT&T opposes adding the Doe Corporations and Level 3 affiliates as parties, it does not object to adding TCG.

1. The parties submitted, at the direction of the Court, a Stipulated Joint Motion to Amend the Scheduling Order on June 21, 2019 (ECF No. 94), which the Court granted on June 21, 2019 (ECF No. 96). Pursuant to the Court's Order, the Fact Discovery deadline is currently scheduled for September 27, 2019.

2. The parties have worked together in an expeditious fashion in an effort to complete fact discovery by the current deadline. In fact, since August, the parties have taken four depositions pursuant to Rule 30(b)(6) and two personal depositions. These depositions were held in locations across the country and have required significant travel and coordination by counsel for both parties. The parties are currently scheduled to conduct an additional deposition on September 24, 2019.

3. Despite the best efforts of both parties, however, it is not feasible to complete the remaining fact discovery by the current September 27, 2019 deadline. While the parties have worked to narrow the scope of the factual issues for which discovery must still be taken, both parties must still take a number of depositions. These remaining depositions will also take place in locations across the country and will also require counsel for both parties to travel and coordinate dates. Furthermore, additional Rule 30(b)(6) deponents will need to testify on topics in Rule 30(b)(6) notices that the parties served recently. Both parties have worked diligently to schedule these remaining depositions by the current Fact Discovery deadline. However, due to the above mentioned factors, they are unable to identify mutually acceptable dates by that deadline.

4. The parties first requested an extension of time of four months for all discovery deadlines on October 22, 2018, (ECF No. 87), which request was granted by the Court on October 23, 2018 (ECF No. 89). The parties also jointly moved for a stay of discovery and extension of

discovery deadlines on March 22, 2019 to allow for settlement discussions (ECF No. 90). The Court granted that request on March 25, 2019 (ECF No. 92). After the stay was lifted, the parties jointly moved, pursuant to the Court's Order (ECF No. 93), to amend the scheduling order on June 21, 2019 (ECF No. 94). This joint motion was granted by the Court that same day (ECF No. 96).

5.  In addition, the parties previously requested an extension of ten days to the deadline for Defendant to answer, move, or otherwise to respond to Plaintiff's Complaint (ECF No. 13) and an extension of ten days for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 35); both requested were agreed to by all parties and were granted by the Court.

6.  Accordingly, and with good cause being shown, the parties respectfully request an extension of time of approximately 60 days for all discovery deadlines, thereby extending the deadlines presently set forth in the Court's June 21, 2019 Minute Order (ECF No. 96) as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Discovery Deadline | September 27, 2019 | November 22, 2019 |
| Expert Disclosures | October 17, 2019 | December 20, 2019 |
| Rebuttal Expert Disclosures | November 22, 2019 | January 31, 2020 |
| Expert Discovery Deadline | December 20, 2019 | February 28, 2020 |
| Dispositive Motion Deadline | January 31, 2020 | March 31, 2020 |
| Pretrial Conference | On or around March 30, 2020 | On or around May 15, 2020 |
| Submission of Final Pretrial Order | Seven days prior to final pretrial conference | Seven days prior to final pretrial conference |

For the foregoing reasons, the parties jointly move that the Court amend the Scheduling Order as set forth above.

Respectfully submitted this 20th day of September, 2019.

3

By: /s/ Charles W. Steese

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

By: /s/ Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

4

## CERTIFICATE OF SERVICE

I, Justin A. Benson, hereby certify that on September 20, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com
*Attorneys for Defendant Level 3 Communications, LLC*

/s/ Justin A. Benson