IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant / Counter Claimant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2019.**

For good cause shown, the third Joint Stipulated Motion to Amend Scheduling Order [filed September 20, 2019; ECF 118] is **granted**. The governing Scheduling Order is amended as follows.

| | |
|---|---|
| Fact Discovery deadline: | November 22, 2019 |
| Initial Expert Disclosures due: | December 20, 2019 |
| Rebuttal Expert Disclosures due: | January 31, 2020 |
| Expert Discovery deadline: | February 28, 2020 |
| Dispositive Motion deadline: | March 31, 2020 |

In addition, the Final Pretrial Conference currently set for March 30, 2020 is **vacated and rescheduled** to **May 28, 2020**, at **10:15 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall prepare a proposed pretrial order in accordance with the form, which may be downloaded from the Forms section of the Court's website.

The parties shall file their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than five business days** prior to the pretrial conference.

In addition, a copy of the proposed pretrial order must be submitted to the Magistrate Judge in a useable format (i.e., WordPerfect or Word only) by email at *hegarty_chambers@cod.uscourts.gov*.

Attorneys and pro se parties not participating in ECF shall file the proposed pretrial order on paper at the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).