IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counter Claimant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Defendant/Counter Claimant Level 3 Communications, LLC (Level 3) has filed a Motion for Leave to Amend its Counterclaims (ECF 98), which has been referred to me. The Motion is unopposed except to the extent Level 3 seeks to include Doe Defendants in the counterclaims. Level 3 has previously alleged that AT&T Corporation (AT&T) inappropriately assessed "switched access charges" to Level 3. AT&T asserted to Level 3 that AT&T itself did not assess such charges and, to the extent any such charges (appropriate or not) were assessed by an AT&T affiliate, it was done by AT&T's affiliate Teleport Communications Group, Inc. (TCG). Neither AT&T nor TCG oppose the amended pleading which would add TCG as a party. However, Level 3 believes other AT&T affiliates may have engaged in the same conduct as TCG; that discovery will likely prove this; and upon proof, Level 3 will substitute any such known affiliate for the Doe Defendants. AT&T asserts that it has provided complete information regarding such charges to Level 3; that TCG is the only such affiliate; and that, therefore, the addition of Doe Defendants is inappropriate. I agree. Doe defendants are disfavored, and I see no need to add them at this point. As both AT&T and Level

3 acknowledge in their papers, neither of them has information to identify any such additional affiliate.  In the event discovery discloses one or more additional affiliates that have engaged in the same conduct at TCG, then an additional amendment at that point (assuming a motion is timely made and the trial is not impending) would seem to me, absent evidence to the contrary, supported by good cause.

Thus, Level 3 Communications, LLC's Motion for Leave to Amend its Counterclaims (ECF 98) is **granted in part** and **denied in part.**  Level 3 is permitted to edit its currently proposed Amended Counterclaims of Defendant Level 3 Communications by omitting claims against Doe Defendants and to file the same on or before October 11, 2019.

Dated at Denver, Colorado, this 4th day of October, 2019.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge