IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counter Claimant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Defendant/Counter Claimant Level 3 Communications, LLC (Level 3) has filed a Motion for Leave to Add Level 3 Affiliates as Counterclaimants (ECF 110), which has been referred to me. The Motion is opposed. Level 3 has previously alleged that AT&T Corporation (AT&T) inappropriately assessed "switched access charges" to Level 3. AT&T asserted to Level 3 that AT&T itself did not assess such charges and, to the extent any such charges (appropriate or not) were assessed by an AT&T affiliate, it was done by AT&T's affiliate Teleport Communications Group, Inc. (TCG). By separate order, the Court has granted Level 3's request that TCG be added as a counterclaim defendant in this action, an outcome that AT&T did not oppose. Level 3 asserts that after this lawsuit began, and more specifically during Level 3's and AT&T's discussions concerning the involvement of TCG, Level 3 discovered that its own affiliates have allegedly been assessed the same sort of charges by TCG (and perhaps other unnamed AT&T affiliates). Thus, in order to litigate all related issues and to ensure a potentially complete recovery for switched access charges

assessed to the entire Level 3 family of companies, Level 3 seeks to add those entities as counterclaimants here. AT&T opposes on the following grounds: First, that Level 3 knew or should have known about charges made to Level 3's affiliates (which are of the same nature as those made to Level 3 itself) long before this Motion was filed and, thus, has not been diligent in seeking to raise these claims. Second, AT&T asserts that permitting the addition of Level 3's affiliates will unduly prolong this case (for which discovery, at the time of AT&T's opposition, ended September 27, 2019; the discovery cutoff has now been extended to November 22, 2019).

For purposes of judicial efficiency in avoiding a separate lawsuit by Level 3's affiliates, and because I will assure AT&T that it will be given the time it needs to conduct discovery regarding any new claims or claimants, Level 3 Communications, LLC's Motion for Leave to Add Level 3 Affiliates as Counterclaimants (ECF 110) is **granted**. Level 3 is permitted to edit its currently proposed Amended Counterclaims of Defendant Level 3 Communications by omitting claims against Doe Defendants (decided under separate order) and by including the three affiliates and their claims; Level 3 shall file the same on or before October 11, 2019.

Dated at Denver, Colorado, this 4th day of October, 2019.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge