**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,
      Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,
      Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING
TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC
      Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,
      Counterclaim Defendant.

---

### MOTION TO WITHDRAW AS COUNSEL (MARTIN J. ESTEVAO)

---

COMES NOW, Martin J. Estevao, an attorney in good standing with this court and an associate of the law firm Armstrong Teasdale LLP, hereby moves this Court pursuant to D.C.COLO.LAttyR 5(b) for an Order granting permission to withdraw as counsel representing Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC ("Defendant/Counterclaimants") in this matter, and states in support thereof as follows:

    1.    Charles W. Steese and Douglas N. Marsh currently are, and will continue to be, active counsel for Defendant/Counterclaimants in this matter;

2. As of October 11, 2019, I will no longer be an associate at the firm of Armstrong Teasdale LLP;

3. As of October 10, 2019, I have notified Defendant/Counterclaimants of the intent to withdraw in this matter.

Respectfully submitted this 10th day of October, 2019.

By: /s/ Martin J. Estevao
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Martin J. Estevao, #46260
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*

## CERTIFICATE OF SERVICE

    I, Martin J. Estevao, hereby certify that on October 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Micahel J. Hunseder
Justin A. Benson
Sidley Austin, LLP
1501 K Street, NW
Washington, D.C. 20005
202-736-8000
mhunseder@sidley.com
jbenson@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant TCG.*

                                            */s/ Martin J. Estevao*
                                            Martin J. Estevao