IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,
    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC
    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,
    Counterclaim Defendant.

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (MARTIN J. ESTEVAO)

Upon consideration of the Motion to Withdraw as Counsel, it is hereby ordered that the Motion be **GRANTED**. Martin J. Estevao is hereby withdrawn as counsel for Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC.

It is SO ORDERED this _____ of _____, 2019.

_____
The Honorable Michael E. Hegarty
U.S. Magistrate Judge