IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant / Counter Claimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC., and
WILTEL COMMUNICATIONS, LLC,

    Counter Claimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counter Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 11, 2019**.

    For good cause shown, the Motion to Withdraw as Counsel (Martin J. Estevao) [filed October 10, 2019; ECF 125] is **granted**. Mr. Estevao's representation of the Level 3 parties (Am. Countercl. ¶ 10) in this case is terminated. The Level 3 parties will continue to be represented by Charles Steese and Douglas Marsh of Armstrong Teasdale LLP.