**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

      *Plaintiff/Counter Defendant,*

v.

LEVEL 3 COMMUNICATIONS, LLC,

      *Defendant/Counterclaimant,*

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING
TELECOMMUNCATIONS, INC., and WILTEL COMMUNICATIONS, LLC

      *Counterclaimants,*

v.

TELEPORT COMMUNICATIONS GROUP, INC.

      *Counterclaim Defendant*

---

**JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER**

---

      Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T"), Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3"), Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommuncations, Inc., Wiltel Communications, LLC ("Affiliates"), and Counterclaim Defendant Teleport Communications Group ("TCG"), by and through undersigned counsel, submit this Joint Stipulated Motion to Amend Scheduling Order.  The

parties collectively certify that they have conferred with each other regarding this Motion and jointly agree that the relief requested herein should be granted.

In support of this Motion, and in compliance with Fed. R. Civ. P. 16(b)(4) and D.C. Colo. LCivR 6.1(b), the parties stipulate and jointly move as follows:

1.     The parties submitted a Stipulated Joint Motion to Amend the Scheduling Order on September 20, 2019 (ECF No. 118), which the Court granted on September 23, 2019 (ECF No. 120).  Pursuant to the Court's Order, the Fact Discovery deadline is currently scheduled for November 22, 2019.

2.     On October 4, 2019, the Court further granted Level 3's Motion to Add Level 3 Affiliates as Counterclaimants (ECF No. 110).  As part of that Order, the Court noted that it would, "assure AT&T that it will be given the time it needs to conduct discovery regarding any new claims or claimants."  ECF No. 122 at 2.  Level 3 amended its Counterclaims to add several new claimants and claims on October 7, 2019 (ECF No. 124).

3.     Given the additional counterclaimants and claims, the parties have worked together in an expeditious fashion in an effort to complete fact discovery by the current deadline. In recent weeks, the parties have taken multiple depositions, including corporate depositions involving multiple witnesses, personal depositions, and a deposition of a witness employed by a third party.  These depositions were held in locations across the country, and have required significant travel and coordination by counsel for both parties.

4.     Despite the best efforts of both parties, AT&T still has one outstanding deposition to take place that could not be scheduled prior to the deadline.  Further, Level 3 still has one

aspect of its corporate deposition of an AT&T/TCG witness that the parties could not complete prior to the deadline.

5.      Accordingly, and with good cause being shown, the parties respectfully request this Court to allow for the parties to conduct these final depositions beyond the current fact discovery deadline of November 22, 2019.  The parties jointly anticipate that these final two depositions will be scheduled in December, 2019.

6.      Further, on November 21, 2019, the Federal Communications Commission ("FCC") released a draft Order on Remand and Declaratory Ruling, FCC-CIRC1912-04 (F.C.C. Nov. 19, 2019) that addresses the ruling in *AT&T Corp. v. FCC*, 841 F.3d 1047 (D.C. Cir. 2016) and will directly impact issues in this case.  The FCC is expected to issue a final order in mid-December.

7.      The FCC's final order is likely to affect the expert opinions and reports that the parties expect to offer in this case.  The current deadline for initial expert disclosures is December 20, 2019.  Because it is reasonable to provide the parties' experts with time to consider the FCC's final order (once released), the parties are in agreement that it is reasonable to extend the current deadline for expert disclosures by 60 days, until February 18, 2020.  All other deadlines would move by 60 days as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | November 22, 2019 | December 20, 2019 |
| Expert Disclosures | December 20, 2019 | February 18, 2020 |
| Rebuttal Expert Disclosures | January 31, 2020 | March 31, 2020 |
| Expert Discovery Deadline | February 28, 2020 | May 8, 2020[1] |
| Dispositive Motion Deadline | March 31, 2020 | June 1, 2020 |
| Pretrial Conference | On or around May 15, 2020 | On or around July 14, 2020 |
| Submission of Final Pretrial Order | Seven days prior to final pretrial conference | Seven days prior to final pretrial conference |

For the foregoing reasons, and with good cause being shown, the parties jointly move that

the Court amend the Scheduling Order as set forth above.

Respectfully submitted this 22nd day of November, 2019.

By: /s/ Charles W. Steese

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3*
*Communications, LLC and Counterclaimants*
*Broadwing Communications, LLC, Global*
*Crossing Telecommuncations, Inc., and Wiltel*
*Communications, LLC.*

By: /s/ Michael J. Hunseder

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

---

[1] Level 3 counsel has a four week trial starting March 23, 2020. As a result, Level 3 needs a few extra days for the expert depositions and other discovery.

4

*Attorneys for Plaintiff AT&T Corp. and
Counterclaim Defendant Teleport
Communications Group*

**CERTIFICATE OF SERVICE**

I, Charles W. Steese, hereby certify that on November 22, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all parties on record.

/s/ Charles W. Steese
Charles W. Steese