IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant / Counter Claimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC., and
WILTEL COMMUNICATIONS, LLC,

    Counter Claimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counter Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2020**.

    At the request of the parties, the Court will hold a Discovery Conference on Monday, **April 13, 2020 at 1:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Counsel for the parties shall first teleconference together, then call my chambers at 303-844-4507 at the appointed time.

    The parties shall submit any information/documents they believe may be helpful to the resolution of the issue(s) on or before April 10, 2020 at noon to hegarty_chambers@cod.uscourts.gov.