IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | |
|---|---|---|
| Civil Action No:  18-cv-112-RM-MEH | Date: | April 13, 2020 |
| Courtroom Deputy: Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

AT&T CORP.,  Justin Benson
  Michael Hunseder
  Michael Warden

   Plaintiff & Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,   Douglas Marsh
  Charles Steese

   Defendant & Counter Claimant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**   1:32 p.m.

Court calls case. Appearances of counsel by telephone. The parties argue discovery disputes with the Courts rulings made on the record.

Discussion held regarding the Defendant and Counter Claimant Level 3 Communications, LLC's want to depose Plaintiff and Counter Defendant AT&T's expert more than once.

Discussion held regarding Plaintiff's issues with Defendant's expert disclosures related to not meeting the standards under 26(A)(2)(c) as stated on the record. The Defendant's state they will clarify the spreadsheets in questions for the Plaintiffs and provide information on how the numbers were calculated.

The Court will grant an extension of time for discovery dates if needed as stipulated by all the parties, as stated on the record.

**Court in recess:**   2:17 p.m.   Hearing concluded.
Total in-court time:   00:45

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.