**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNCATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

**JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T"), Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3"), Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., Wiltel Communications, LLC ("Affiliates"), and Counterclaim Defendant Teleport Communications Group ("TCG"), by and through undersigned counsel, submit this Joint Stipulated Motion to Amend Scheduling Order. The

parties collectively certify that they have conferred with each other regarding this Motion and jointly agree that the relief requested herein should be granted.

In support of this Motion, and in compliance with Fed. R. Civ. P. 16(b)(4) and D.C. Colo. LCivR 6.1(b), the parties stipulate and jointly move as follows:

1. The parties submitted a Stipulated Joint Motion to Amend the Scheduling Order on November 22, 2019 (ECF No. 129), which the Court granted on November 25, 2019 (ECF No. 131). Pursuant to the Court's Order, the Expert Discovery deadline is currently May 8, 2020.

2. On April 13, 2020, the Court held a discovery conference, during which the Court heard the Parties' arguments regarding certain disputes relating to expert discovery. At the conclusion of the hearing, the Court noted that it would be receptive to a joint request from the Parties to extend the remaining expert discovery deadlines in light of the Covid-19 pandemic.

3. Accordingly, and with good cause being shown, the Parties respectfully request that this Court extend the remaining expert discovery deadlines and the dispositive motion deadline as follows:

| Event | Proposed Deadline |
| --- | --- |
| Rebuttal Expert Disclosures | May 15, 2020 |
| Expert Discovery Deadline | June 5, 2020 |
| Dispositive Motion Deadline | June 29, 2020 |

For the foregoing reasons, and with good cause being shown, the parties jointly move that the Court amend the Scheduling Order as set forth above.

Respectfully submitted this 15th day of April, 2020.

| | |
|---|---|
| By: /s/ Charles W. Steese | By: /s/ Justin A. Benson |

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and Wiltel Communications, LLC.*

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

3

CERTIFICATE OF SERVICE

I, Justin A. Benson, hereby certify that on April 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all parties on record.

/s/ Justin A. Benson
Justin A. Benson