**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBITS TO MOTION TO PRECLUDE EXPERT TESTIMONY REGARDING CHARGES ON CALLS ORIGINATING FROM OR TERMINATING TO LEVEL 3 TELEPHONE NUMBERS**

    Defendant/Counterclaimant, Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), respectfully submits the following Unopposed Motion for an order restricting public access to portions of its Exhibits to its Motion to Preclude Expert Testimony Regarding Charges on Calls Originating From or Terminating to Level 3

Telephone Numbers in order to maintain the confidentiality of the information contained therein. Counsel for Level 3 has conferred with counsel for AT&T regarding this motion in compliance with D.C. Colo. LCivR 7.1 and is authorized to state that AT&T does not oppose this motion.

In support of this Motion, and in compliance with D.C. Colo. L. Civ. R. 7.2, Level 3 states as follows:

1. Exhibits 1 through 3 to Level 3's Motion contain sensitive language which Level 3 is obligated to maintain as confidential pursuant to the Court's Protective Order, ECF No. 62. Level 3 has conferred with AT&T regarding these materials and AT&T has specifically identified certain provisions, which concern proprietary information and other information about AT&T's customers, that it requests be submitted with restriction from public access. In addition, paragraph 21 of Exhibit 2 concerns confidential information regarding practices of a third party.

2. If access to this sensitive information is not restricted, Level 3 will be unable to fulfill its obligations to maintain this proprietary material as confidential.

3. Level 3 is filing a public version of these three exhibits on the public docket, with solely the specifically identified sensitive language redacted, concurrently with this motion. Level 3 is mindful of the Court's orders regarding the scope of the material the parties may restrict, and has limited the extent of the requested restrictions in conformance with the Court's instructions to proprietary materials AT&T and/or third parties have requested be maintained as confidential.

4. Level 3 has attempted to minimize the restriction of public access as narrowly as possible and does not believe any less-restrictive alternative will (a) allow for the use of the materials and (b) protect the confidential nature of the information.

5. The appropriate level of restriction is Level 1—i.e., access should be limited to the parties and the Court.

For the foregoing reasons, Level 3 respectfully requests that the Court restrict public access to Exhibits 1, 2, and 3 to its Motion to Preclude Expert Testimony Regarding Charges on Calls Originating From or Terminating to Level 3 Telephone Numbers.

Respectfully submitted this 15th day of June, 2020.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*

3

## CERTIFICATE OF SERVICE

I, Charles W. Steese, hereby certify that on June 15th, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael D. Warden
Michael J. Hunseder
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mwarden@sidley.com
mhunseder@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

/s/ *Charles W. Steese*
Charles W. Steese