IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RPM-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**[PROPOSED] ORDER GRANTING LEVEL 3'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBITS TO MOTION TO PRECLUDE EXPERT TESTIMONY REGARDING CHARGES ON CALLS ORIGINATING FROM OR TERMINATING TO LEVEL 3 TELEPHONE NUMBERS**

Before the Court is Defendant/Counterclaimant, Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC's Unopposed Motion to Restrict Public Access to Exhibits to Motion to Preclude Expert Testimony Regarding Charges on Calls Originating From or Terminating to Level 3 Telephone Numbers. Upon consideration of the Motion and the entire record herein, it is hereby ordered that the Motion be **GRANTED**. Exhibits 1, 2, and 3 to Level 3's Motion shall be placed under Level 1 restriction.

It is SO ORDERED this _____ of _____, 2020.

                                                    The Honorable Michael E. Hegarty
                                                  U.S. Magistrate Judge

Submitted by:

    Charles W. Steese, #26924
    Douglas N. Marsh, #45964
    Armstrong Teasdale LLP
    4643 South Ulster Street, Suite 800
    Denver, Colorado 80237
    Telephone: (720) 200-0676
    csteese@armstrongteasdale.com
    dmarsh@armstrongteasdale.com

    *Attorneys for Defendant/Counterclaimants*