**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**JOINT UNOPPOSED MOTION TO EXTEND PAGE
LIMITS FOR MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Rule (C)(2)(j) of the Court's Practice Standards, Plaintiff/Counterclaim Defendant AT&T Corp. and Counterclaim Defendant Teleport Communications Group, Inc. (collectively, "AT&T") and Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), respectfully submit the following Joint Unopposed Motion to Extend Page Limits for Motions for Summary Judgment.

Specifically, the parties requests that the page limit for summary judgment motions and responses thereto be extended from twenty pages to twenty-five pages.

This extension is necessary due to the number and complexity of the issues involved. For example, Level 3 intends to move for summary judgment as to the meaning of the parties' 2015 Settlement Agreement; whether AT&T has improperly withheld payment from Level 3 on the basis that up to 65 percent of Level 3's traffic is OTT; and whether AT&T, through its affiliate TCG, has itself improperly assessed end office charges on OTT traffic. Level 3 has made earnest efforts to restrict the amount of discussion and materials necessary to set forth its argument, and expects to be able to comply with both the limit of 80 or fewer statements of undisputed material fact and the limit of fifteen pages for its reply. However, Level 3 respectfully submits that there is good cause to extend the page limit on the motion in order to allow a complete discussion of the underlying facts and disputes at issue, which Level 3 believes will be helpful to the Court in reviewing its Motion.[1]

Similarly, AT&T intends to move for summary judgment as to Level 3's improper billing of services, the meaning of the parties' 2015 Settlement Agreement, and potentially other issues. *See supra* note 1. AT&T has made significant effort to raise only legal issues that can be resolved on summary judgment, but these legal issues are governed by a complex federal

---

[1] The parties are also mindful of the Court's instruction that permission to exceed the page limitations shall be sought "well in advance of the deadline for filing the motion or brief." The parties have been engaged in discussions on issues that were potentially the subject of summary judgment motions in a good-faith effort to resolve those issues without further action from the Court. The parties reached a preliminary agreement on the day of this filing that will resolve at least some of the points of contention such that it will not likely be necessary to submit them to the Court for its review and judgment. The extension requested herein is necessary to adequately address the remaining points of contention.

regulatory regime. AT&T also respectfully submits that the Court's resolution of the legal issues will be materially aided by the modest increase in pages to the opening and response briefs. AT&T does not expect that it will have substantial numbers of undisputed material fact.

For the foregoing reasons, the parties jointly request that they be given leave to file summary judgment motions of up to 25 pages, and opposition briefs of up to 25 pages.

Respectfully submitted this 24th day of June, 2020.

By:/s/ *Michael J. Hunseder*
Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael D. Warden
Michael J. Hunseder
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mwarden@sidley.com
mhunseder@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*

## CERTIFICATE OF SERVICE

I, Charles W. Steese, hereby certify that on June 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael D. Warden
Michael J. Hunseder
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mwarden@sidley.com
mhunseder@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

/s/ *Charles W. Steese*
Charles W. Steese