**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**[PROPOSED] ORDER GRANTING JOINT UNOPPOSED MOTION TO EXTEND
PAGE LIMITS FOR MOTIONS FOR SUMMARY JUDGMENT**

Before the Court is the Joint Unopposed Motion of Plaintiff/Counterclaim Defendant AT&T Corp. and Counterclaim Defendant Teleport Communications Group, Inc. (collectively, "AT&T") and Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), to Extend Page Limits for Motions for

Summary Judgment. Specifically, the parties requests that the page limit for summary judgment motions and responses thereto be extended from twenty pages to twenty-five pages.

On review of the Joint Motion, the Court finds good cause for the requested extension. Wherefore, the parties' Motion is **GRANTED**. The parties are given leave to file summary judgment motions of up to 25 pages, and opposition briefs of up to 25 pages. All other limitations, including limitations on page limits for reply briefs and on the number of statements of undisputed fact, shall remain.

IT IS SO ORDERED this _____ day of June, 2020.

_____
The Honorable Raymond P. Moore
U.S. District Court Judge

Submitted by:

*/s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*