Exhibit 3

Level 3 Communications, LLC

Tariff F.C.C. No. 4
First Revised Title Page
Replaces Original Title Page

REGULATIONS AND SCHEDULE OF

CHARGES APPLICABLE TO INTERSTATE AND INTERNATIONAL

SWITCHED ACCESS SERVICES

FURNISHED BY LEVEL 3 COMMUNICATIONS, LLC

AND ITS CONCURRING CARRIERS BETWEEN

POINTS IN THE UNITED STATES AND

BETWEEN POINTS IN THE UNITED STATES AS SPECIFIED HEREIN

Issued: May 7, 2002                                                                                                    Effective: May 8, 2002

Issued by:   Thomas C. Stortz, Group Vice President and General Counsel
             Level 3 Communications, LLC
             1025 Eldorado Boulevard
             Broomfield, CO 80021

Level 3 Communications, LLC                                              Tariff F.C.C. No. 4
                                                                          First Revised Page 6.1
                                                                       Replaces Original Page 6.1

---

**SECTION 1 - DEFINITION OF TERMS (CONT'D)**

End Office:  The term "End Office" denotes the switching system office or serving wire center (or functionally equivalent or analogous facilities) from which End Users receive exchange service.  By way of example, system(s) or facility (ies) in a carrier's network which host telephone numbers listed in the database of the Number Portability Administration Center as assigned to the carrier, constitute an "End Office."

End Office Access Service:  For the purpose of this tariff, End Office Access Service shall mean: (1) The switching of access traffic at the carrier's end office switch and the delivery of such traffic to or from the called party's premises; (2) The routing of interexchange telecommunications traffic to or from the called party's premises, either directly or via contractual or other arrangements with an affiliated or unaffiliated entity, regardless of the specific functions provided or facilities used; or (3) Any  functional equivalent of the incumbent local exchange carrier access service provided by Company including local switching, the carrier common line rate elements, and intrastate access services.  End Office Access Service rate elements for Company includes any functionally equivalent access service. (4)  The origination and termination of interexchange telecommunications traffic to any end user, either directly or via contractual or other arrangements with an affiliated or unaffiliated provider of interconnected VoIP service, as defined in 47 U.S.C. § 153(25), or a non-interconnected VoIP service, as defined in 47 U.S.C. § 153(36), that does not itself seek to collect reciprocal compensation charges prescribed by this subpart for that traffic, regardless of the specific functions provided or facilities used.    (N)

End User: For purposes of this Tariff, the term "End User" means any person, corporation, partnership, or any other entity that purchases a service or facility from a Local Exchange Carrier (including the Company) that has one or more North American Numbering Plan numbers associated with the service, which numbers are listed in the database of the Number Portability Administration Center as assigned to the Local Exchange Carrier, and which are used to switch traffic to and/or from the service.  By way of example and not limitation, an End User may include an individual, a small or medium-sized business, a business that purchases connection(s) for a PBX or functionally equivalent or analogous equipment, a dial-up Internet Service Provider, and/or a provider of interconnected VoIP service (as that term is defined in the Commission's rules) that obtains its Connection to the PSTN from the Local Exchange Carrier.

Entrance Facility:  The term "Entrance Facility" refers to any service or arrangement provided by the Company that, in the context of the Company's network configuration, is functionally equivalent to facilities and/or services normally referred to as "entrance facilities" when purchased in connection with switched access services provided by an incumbent local exchange carrier.  The term generally refers to transport from the Customer's point of demarcation to the Serving Wire Center (or functionally equivalent facility/location on the Company's network).   Depending on the specific arrangements provided to a customer, an Entrance Facility may consist of a connection between the Customer's location and a Company tandem switch.  Under this Tariff an Entrance Facility will normally be purchased in connection with Direct Trunked Transport.

Certain material previously appearing on this page now appears on Original Page 6.2.

---

Issued:  December 28, 2011                                              Effective:  December 29, 2011

Issued by:     Vice President of Public Policy
               Level 3 Communications, LLC
               1025 Eldorado Boulevard
               Broomfield, CO 80021                                     Filed under Transmittal No. 1

Level 3 Communications, LLC                                     Tariff F.C.C. No. 4
                                                                Third Revised Page 26
                                                     Replaces Second Revised Page 26

**SECTION 4 - PAYMENT ARRANGEMENTS (CONT'D)**

    4.6.3  Where the Company incurs any expense in connection with special construction, or where special arrangements of facilities or equipment have begun, before the Company receives a cancellation notice, a charge equal to the costs incurred, less net salvage, applies. In such cases, the charge will be based on such elements as the cost of the equipment, facilities, and material, the cost of installation, engineering, labor, and supervision, general and administrative expense, other disbursements, depreciation, maintenance, taxes, provision for return on investment, and any other costs associated with the special construction or arrangements.

    4.6.4  The special charges described in paragraphs 4.6.1 through 4.6.3, above, will be calculated and applied on a case-by-case basis.

4.7  Changes in Service Requested

If the Customer makes or requests material changes in circuit engineering, equipment specifications, service parameters, premises locations, or otherwise materially modifies any provision of the application for service, the Customer's installation fee shall be adjusted accordingly.

4.8  Taxes

The Customer is responsible for the payment of Federal excise taxes, gross receipts, access, state and local sales and use taxes and all taxes, fees, surcharges (however designated) and other exactions imposed on the Company or its services by governmental jurisdictions, other than taxes imposed generally on corporations. Any taxes imposed by a local jurisdiction (e.g. county and municipal taxes) will only be recovered from Customers in accordance with applicable tax laws. All such taxes, fees, and charges shall be separately designated on the Company's invoices, and are not included in the tariffed rates. It should be the responsibility of the Customer to pay any such taxes that subsequently become applicable retroactively.

4.9  Disputed Bills

(1)  The Customer may dispute a bill in good faith only by written notice to the Company. Unless such notice is received within 90 days (commencing 5 days after such bills have been mailed or otherwise rendered per the Company's normal course of business), the bill statement shall be deemed to be correct and payable in full by Customer. Any Customer who has a dispute shall be advised by the Company that the Customer may file a formal or informal complaint with the Commission. Such claim must identify in detail the basis for the dispute, and if the Customer withholds disputed amounts, it must identify the account number under which the bill has been rendered, the date of the bill, and the specific items on the bill being disputed to permit the Company to investigate the merits of the dispute.  (T)(T)(N)(N)

---

Issued: December 28, 2011                                    Effective: December 29, 2011

Issued by:    Vice President of Public Policy
              Level 3 Communications, LLC
              1025 Eldorado Boulevard
              Broomfield, CO 80021                        Filed under Transmittal No. 1

Level 3 Communications, LLC                                    Tariff F.C.C. No. 4
                                                              Seventh Revised Page 55
                                                         Replaces Sixth Revised Page 55

**SECTION 15 – RATES AND CHARGES**

15.1   Rates for Switched Access Services

There are three types of rates and charges that apply to Switched Access Service. These are Monthly Recurring Charges, usage rates and Non-Recurring Charges.

Monthly Recurring Charges: Monthly Recurring Charges are flat rates for facilities that apply each month or fraction thereof that a specific rate element is provided.

Usage Rates: Usage rates are rates that are applied on a per access minute or per query basis. Usage rates are accumulated over a monthly period.

Non-Recurring Charges: Non-Recurring charges are one time charges that apply for a specific work activity (i.e., installation of new service or change to an existing service).

(a) Installation of Service: Non-Recurring charges apply to each Switched Access Service installed. The charge is applied per line or trunk.

15.1.1   Application of Rates

    15.1.1.1   Local Connect:

The rates that apply for Local Connect Switched Access Service are: (i) charges for Entrance Facilities/Direct Trunked Transport and DS1 Switch Ports (at the customer side of the end office switch); (ii) if applicable, a charge for multiplexing traffic from one data rate to another; (iii) a per-minute local switching charge; (iv) a per-minute carrier common line charge; and (v) where applicable, a toll-free database query charge (for outbound toll-free calls where Level 3 provides the query function): and (vi) if applicable due to overflow, tandem switching and transport charges  These charges are set out in Section 15.1.3.4.11 of this Tariff.                                                                         (C)
                                                                                                                                                                                                                                                                                                                                                                                                                       (C)

(M)

(M)

(M)   Material moved to Page 55.1

Issued: July 17, 2018                                                      Effective: July 18, 2018

Issued by:   General Counsel – Regulatory Policy
             Level 3 Communications, LLC
             1025 Eldorado Boulevard
             Broomfield, CO 80021                                       Filed Under Transmittal No. 6

Level 3 Communications, LLC                                      Tariff F.C.C. No. 4
                                                                 Original Page 55.1

**SECTION 15 – RATES AND CHARGES**

15.2   Rates for Switched Access Services (Cont'd)

      15.1.1.2   Tandem Connect:                                            (M)

The rates that apply for Tandem Connect Switched Access Service are: (i) charges for Entrance Facilities/Direct Trunked Transport and DS1 Switch Ports (at the customer side of the tandem switch); (ii) if applicable, a charge for multiplexing traffic from one data rate to another; (iii) a per-minute Tandem Switching charge; and (iv) a per-minute Tandem Switched transport charge (capped at 10 miles of transport between the Tandem Switch and the end office switch); (v) if applicable, a toll free database query charge (for the outbound toll free calls where Level 3 provides the query function); and (vi) if applicable end office rate elements.  These charges are set out in Section 15.1.3.4.12 of this Tariff.  These charges are in addition to any applicable end office charges from the Company, as set out in Section 14.2.3.1, or the third-party network whose end office subtends the Company's tandem, as the case may be.  If a third party that subtends the Company's network provides the End User with Connection to the PSTN, then billing by the Company and the third party shall be as specified in 4.2.9 above.                                (C)

(C)

(M)

(M)   Material moved from Page 55.

Issued: July 17, 2018                                            Effective: July 18, 2018

Issued by:    General Counsel – Regulatory Policy
              Level 3 Communications, LLC
              1025 Eldorado Boulevard
              Broomfield, CO 80021                               Filed Under Transmittal No. 6

Level 3 Communications, LLC                              Tariff F.C.C. No. 4
                                                         Third Revised Page 56
                                              Replaces Second Revised Page 56

**SECTION 15 – RATES AND CHARGES (Cont'd)**

  15.1.1.2  Third-Party Tandem Connect:

    The rates that apply for Third-Party Tandem Connect service are: (i) a tandem switched transport rate, as set out in section 15.1.3.4.5, determined in accordance with Section 4.2.9 of this tariff; and (ii) all applicable end office rates, as specified in Section 15.1.1.1 above (but not including entrance facility, direct trunk transport, or multiplexing charges where Company is not providing these functions). (C) (C)

15.1.2 Billing of Access Minutes:

  When recording originating calls over FGD with SS7 signaling, usage measurement begins with the transmission of the initial address message by the switch for Trunk groups associated with Local Connect Switched Access Service and with the receipt of an exit message by the switch for Trunk groups associated with Tandem Connect Switched Access Service or Third Party Tandem Connect Switched Access Service. The measurement of originating FGD usage ends when the entry switch receives or sends a release message, whichever occurs first.

  For terminating calls over FGD with SS7 signaling, the measurement of access minutes begins when the terminating recording switch receives the initial address message from the Customer's network.  The Company switch receives the initial address message and sends the indication to the Customer in the form of an answer message. The measurement of termination FGD call usage ends when the entry switch receives or sends a release message, whichever occurs first.

  15.1.3 Rates and Charges
    15.1.3.1  Service Implementation
      A. Installation Charge – Per Trunk

|  | Non-recurring Charge |
|---|---|
| DS0-Voice Grade | $99.00 |
| DS1 | $482.00 |
| DS3 | $528.00 |

    15.1.3.2  Change Charges (Per Order)

|  |  | Per Occurrence |
|---|---|---|
| A. | Service Date | $10.00 |
| B. | Design Changes | $25.00 |
| C. | Expedite Charge | $60.00 |

    15.1.3.3  Cancellation Charges (Per Order)  $25.00

Issued:  July 17, 2018                 Effective:  July 18, 2018

Issued by:  General Counsel – Regulatory Policy
      Level 3 Communications, LLC
      1025 Eldorado Boulevard
      Broomfield, CO 80021          Filed Under Transmittal No. 6