Exhibit 4

2015 AT&T and Level 3 Settlement Agreement (ECF Doc. No 15-1, Filed Under Seal)