Exhibit 6

Excerpts from 2019 AT&T and CenturyLink Settlement Agreement (Filed Under Seal)