Exhibit 7

2015 AT&T and Level 3 Term Sheet (ECF Doc. No 15-2, Filed Under Seal)