Exhibit 8

CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2

    _____
3                                   )
    AT&T CORP.,                     )
4                                   )
    Plaintiff,                      )
5                                   )
    vs.                             )  Case No.
6                                   )  18-cv-00112-RM
    LEVEL 3 COMMUNICATIONS,         )
7   LLC,                            )
                                    )
8   Defendant.                      )
    _____)
9
10
11
                       ** CONFIDENTIAL **
12
13
14      30(b)(6) DEPOSITION OF LEVEL 3 COMMUNICATIONS
15           THROUGH ITS DESIGNATED REPRESENTATIVE
16                      JENNIFER TORRES
17                     Denver, Colorado
18                     August 28, 2019
19
20
21
22
23  Reported by:
24  MELANIE L. GIAMARCO, RMR, CRR, RPR, CSR
25  JOB NO.:  166465

CONFIDENTIAL

Page 2

1          J. Torres

2        August 28, 2019

3          9:43 a.m.

4

5        30(b)(6) DEPOSITION OF LEVEL 3

6    COMMUNICATIONS THROUGH ITS DESIGNATED

7    REPRESENTATIVE JENNIFER TORRES, taken by the

8    Plaintiff, held at the law offices of Moye White,

9    1400 Sixteenth Street, 16 Market Square, Denver,

10   Colorado, before Melanie L. Giamarco, a Registered

11   Professional Reporter, Registered Merit Reporter,

12   Certified Realtime Reporter and Notary Public of

13   the State of Colorado.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 3

1            J. Torres
2  APPEARANCES:
3  SIDLEY AUSTIN
   Attorneys for Plaintiff:
4       1501 K Street, N.W.
        Washington, D.C.  20005
5  BY:   JUSTIN BENSON, ESQ.
         MICHAEL WARDEN, ESQ.
6
7  ARMSTRONG TEASDALE
   Attorneys for Defendant:
8       4643 South Ulster Street
        Denver, Colorado  80237
9  BY:   CHARLES STEESE, ESQ.
         DOUGLAS MARSH, ESQ.
10
11
   ALSO PRESENT:
12
         Carmel Gill, CenturyLink
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 50

1  J. Torres

2     Q. Yeah. So begin with the first two
3 words, "Seventy-five," which is on the second line
4 of that paragraph.
5     A. So we're focusing on section B still?
6     Q. Mm-hmm. That's correct.
7     A. So "Seventy-five percent of the amount
8 of the switched access usage charges for traffic
9 that is subject of the OTT Dispute billed by
10 Level 3."
11     Q. Okay. So it says, "the amount of the
12 switched access usage charges"; is that correct?
13     A. Yes.
14     Q. And then after the comma, it says,
15 "which has historically been approximately
16 sixty-five percent of overall billing for end
17 office switching"; is that correct?
18     MR. STEESE: Objection; form.
19     A. That's what the words say, yes.
20     Q. Are those the words that Level 3 agreed
21 to?
22     A. Yes.
23     Q. So now I'd like to ask a little bit
24 about the process that Level 3 did to come to an
25 agreement with AT&T on this language.

CONFIDENTIAL

Page 214

1      REPORTER'S CERTIFICATE

2  STATE OF COLORADO    ) ss.

3  COUNTY OF DENVER     )

4      I, MELANIE L. GIAMARCO, do hereby certify
5  that I am a Registered Professional Reporter and
6  Notary Public within the State of Colorado; that
7  previous to the commencement of the examination,
8  the deponent was duly sworn by me.

9      I further certify that this deposition was
10 taken in machine shorthand by me at the time and
11 place herein set forth, that it was thereafter
12 reduced to typewritten form, and that the foregoing
13 constitutes a true and correct transcript of the
14 proceedings had.

15     I further certify that I am not employed by,
16 related to, nor of counsel for any of the parties
17 herein, nor otherwise interested in the result of
18 the within litigation.

19     In witness whereof, I have affixed my
20 signature this 9th day of September, 2019.

21

22     _____
            Melanie L. Giamarco, CSR RPR CRR
23

   My commission expires: August 21, 2021.
24 Notary ID: 20014025991

25