Exhibit 9

**Confidential**

1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
---------------------------------------------X
AT&T CORPORATION,

        Plaintiff/Counterclaim Defendant,

             v.

LEVEL 3 COMMUNICATIONS, LLC.,

        Defendant/Counterclaimant,

             and

BROADWING COMMUNICATIONS, LLC, GLOBAL
CROSSING TELECOMMUNICATIONS, INC., and
WILTEL COMMUNICATIONS, LLC.

        Counterclaimants,

             v.

TELEPORT COMMUNICATIONS GROUP, INC.

        Counterclaim Defendant.
---------------------------------------------X
              ***CONFIDENTIAL***


   DEPOSITION OF ANDREW McCLURE

          Thursday, June 11, 2020
```

Reported by:

Rebecca Schaumloffel, CLR, RPR, CCR-NJ

Job No:  2020-86250

**Confidential**

2

June 11, 2020

11:08 a.m.

     Deposition of ANDREW McCLURE, held remotely via Webex, before Rebecca Schaumloffel, a Certified Livenote Reporter, Registered Professional Reporter, Certified Court Reporter of New Jersey, and Notary Public of the States of New York, New Jersey, Delaware, and Pennsylvania.

Confidential

                                                                    3

 1

 2       A P P E A R A N C E S:

 3

 4         SIDLEY AUSTIN
                Attorneys for the Plaintiff
 5              1501 K. Street, N.W.
                Washington, D.C. 20005
 6              BY:  MICHAEL HUNSEDER, ESQ.
                     JUSTIN BENSON, ESQ.
 7                   JOSH MOORE, ESQ.

 8

 9

10         ARMSTRONG TEASDALE
                Attorneys for the Defendant
11              4643 South Ulster Street
                Denver, Colorado 80202
12              BY:  CHARLES STEESE, ESQ.

13

14

15

16

17
           ALSO PRESENT:
18

19              Mark W. Lewis, Esq., AT&T

20              Christian Ruiz, Lexitas

21
                *         *         *
22

23

24

25

| | | |
|---|---|---|
| | 1 | A. MCCLURE |
| 05:48PM | 2 | something where a customer like ▇ or ▇ |
| 05:48PM | 3 | or ▇ could come back and say this is |
| 05:48PM | 4 | our OTT given this information or given the |
| 05:48PM | 5 | understanding of what constitutes OTT and you |
| 05:48PM | 6 | were given that and I could take that same |
| 05:48PM | 7 | information and ask them, then I think that |
| 05:48PM | 8 | that's acceptable if the industry agrees to |
| 05:49PM | 9 | the question and the stated purpose of it. |
| 05:49PM | 10 | But, again, it's -- you know, those are |
| 05:49PM | 11 | hypotheticals. |
| 05:49PM | 12 | Q.   Well, let me ask the question this |
| 05:49PM | 13 | way:  Suppose, Mr. McClure, you accept your |
| 05:49PM | 14 | dream job and go off to work for whoever in |
| 05:49PM | 15 | whatever country and you are no longer |
| 05:49PM | 16 | available to testify on behalf of Level 3. |
| 05:49PM | 17 | Is there anyone else at Level 3 |
| 05:49PM | 18 | that can replicate what you do to determine |
| 05:49PM | 19 | the percent of OTT in column E? |
| 05:49PM | 20 | A.   Not unless they went back to 2017 |
| 05:50PM | 21 | and contacted the same people, no. |
| 05:50PM | 22 | Q.   A couple quick questions back on |
| 05:50PM | 23 | Exhibit 63 that I want to take care of before |
| 05:50PM | 24 | we adjourn. |
| 05:50PM | 25 | I want to ask you, this is again |

Confidential

```
                                                          224
 1

 2            C E R T I F I C A T E

 3

 4       STATE OF NEW YORK      )
                           :  SS.:
 5       COUNTY OF NASSAU       )

 6

 7            I, REBECCA SCHAUMLOFFEL, a Notary

 8       Public for and within the State of New York,

 9       do hereby certify:

10            That the witness whose examination

11       is hereinbefore set forth was duly sworn and

12       that such examination is a true record of the

13       testimony given by that witness.

14            I further certify that I am not

15       related to any of the parties to this action

16       by blood or by marriage and that I am in no

17       way interested in the outcome of this matter.

18            IN WITNESS WHEREOF, I have hereunto

19       set my hand this 21st day of June

20       _____

21            REBECCA SCHAUMLOFFEL

22

23

24

25
```