# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RPM-MEH

AT&T CORPORATION,

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant.

---

**[PROPOSED] ORDER GRANTING
LEVEL 3'S UNOPPOSED MOTION TO RESTRICT
PUBLIC ACCESS TO EXHIBITS TO MOTION FOR SUMMARY JUDGMENT**

---

Before the Court is Defendant/Counterclaimant, Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC's Unopposed Motion to Restrict Public Access to Exhibits to Motion to Preclude Expert Testimony Regarding Charges on Calls Originating From or Terminating to Level 3 Telephone Numbers. Upon consideration of the Motion and the entire record herein, it is hereby ordered that the Motion be **GRANTED**. Level 3's Motion for Summary Judgment; its Movant's Statement of Undisputed Material Facts; and its Exhibits 1, 6, 10, 11, 12, 13, 14, 15, 16, 17, 18, 24, 25, 26, 27, 28, 29, 30, 31, and 32 to Level 3's Motion shall be subject to Level 1 restriction. *See* D.C.COLO.LCivR 7.2(e).

It is SO ORDERED this _____ of _____, 2020.

 

                                                     _____
                                                     The Honorable Raymond P. Moore
                                                     U.S. District Court Judge

Submitted by:

       Charles W. Steese, #26924
       Douglas N. Marsh, #45964
       Armstrong Teasdale LLP
       4643 South Ulster Street, Suite 800
       Denver, Colorado 80237
       Telephone: (720) 200-0676
       csteese@armstrongteasdale.com
       dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*