# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**DECLARATION OF CHARLES W. STEESE IN
SUPPORT OF LEVEL 3'S MOTION FOR SUMMARY JUDGMENT**

I, CHARLES W. STEESE, do depose on oath and state as follows in support of the Motion of Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), for Summary Judgment:

1. I am a Partner in the law firm of Armstrong Teasdale LLP, and am lead counsel for Level 3 in this action.

2. I have personal knowledge of the following facts and affirm that they are all true and correct.

3. Exhibit 1 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of the Settlement Agreement executed by Level 3 and AT&T in May 2015, regarding the dispute between the parties as to billing of end-office switching access charges for over-the-top ("OTT") VoIP calls.

4. Exhibit 2 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of Level 3's Interstate Access Tariff, Tariff F.C.C. No. 4.

5. This declaration is submitted as Exhibit 3 to Level 3's Movant's Statement of Undisputed Material Facts.

6. Exhibit 4 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the deposition of AT&T's expert Dr. Penn Pfautz.

7. Exhibit 5 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the deposition of Kim Meola.

8. Exhibit 6 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 10 as used in the deposition of Kim Meola.

9. Exhibit 7 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 14 as used in the deposition of Kim Meola.

10. Exhibit 8 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the deposition of Mike Riederer.

11. Exhibit 9 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the deposition of George Sloan.

12. Exhibit 10 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 18 as used in the deposition of Kim Meola.

13. Exhibit 11 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the deposition of Ardell Burgess.

14. Exhibit 13 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 20 as used in the deposition of George Sloan.

15. Exhibit 14 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 19 as used in the deposition of Kim Meola.

16. Exhibit 15 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 92 as used in the deposition of George Sloan.

17. Exhibit 16 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 22 as used in the deposition of Kim Meola.

18. Exhibit 17 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibits 90 and 91 as used in the deposition of George Sloan.

19. Exhibit 18 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 23 as used in the deposition of Kim Meola.

20. Exhibit 19 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 24 as used in the deposition of Kim Meola.

21. Exhibit 20 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of The November 2016 D.C. Circuit Court of Appeals decision used as Exhibit 26 in the deposition of Kim Meola.

22. Exhibit 21 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the deposition of Jennifer Torres taken on December 12, 2019.

23. Exhibit 22 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of CenturyLink's May 11, 2018 Petition for Declaratory Ruling.

24. Exhibit 23 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of the FCC's December 17, 2019 Order on Remand, 2019 WL 7018968.

25. No one appealed the FCC's December 17, 2019 Order on Remand, which therefore became final by operation of law on February 19, 2020.

26. Exhibit 24 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the deposition of Jennifer Torres taken on August 28, 2019.

27. Exhibit 25 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 6 as used in the deposition of Kim Meola.

28. Exhibit 26 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Andrew McClure's Responsive Disclosure provided under Rule 26(a)(2)(C).

29. Exhibit 27 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 23 as used in the deposition of Jennifer Torres.

30. Exhibit 28 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the deposition of Andrew McClure taken on August 29, 2019.

31. Exhibit 29 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of the declaration of Melissa Kellow.

32. Exhibit 30 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of the Declaration of Andrew McClure.

33. Exhibit 31 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of the Opening Disclosure of AT&T Expert Penn Pfautz.

34. Exhibit 32 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the deposition of Andrew McClure taken on June 11, 2020.

35. Exhibit 33 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of Exhibit 2 to Level 3's Rule 26(a)(2)(C) Disclosure.

36. Exhibit 34 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the first volume of the deposition of Janice Gallagher.

37. Exhibit 35 to Level 3's Movant's Statement of Undisputed Material Facts is a true and correct copy of excerpts of the second volume of the deposition of Janice Gallagher.

38. In light of the Parties' settlement as to charges rising prior to January 1, 2019, for purposes of Level 3's Motion, only traffic from January 1, 2019 and after is at issue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June, 2020 in Denver, Colorado.

By: /s/ *Charles W. Steese*
Charles W. Steese, #26924
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com

5