# EXHIBIT 6

**Message**

| | |
|---|---|
| From: | BURGESS, ARDELL [ab3696@att.com] |
| Sent: | 4/9/2015 12:54:04 AM |
| To: | Ross, Steve [Steve.Ross@level3.com]; Andrews, Shaun [Shaun.Andrews@level3.com] |
| CC: | MEOLA, KIMBERLY A [km1274@att.com] |
| Subject: | L3 / ATT Dispute Settlement |
| Importance: | High |

EXHIBIT AT+T 70 2-749

**CONFIDENTIAL SETTLEMENT OFFER PURSUANT TO FRE 408 AND STATE EQUIVALENTS**

*Steve / Shawn,*

*Per our discussion with Kim last week, I wanted to extent the attached settlement offer to Level3 for your review and consideration.*

*The offer addresses both the past and prospective aspects of the OTT dispute and the Tandem Connect dispute between our firms. The details included in this settlement captures the spirit and intent discussed in last week's meeting.*

*AT&T is very serious about its desire to work with Level3 both as a supplier and a customer in a fashion that more accurately reflects our total business relationship. In that respect, this offer considers both aspects of our relationship and values the continuance and growth of our respective businesses.*

*I am hopeful that Level3 finds this offer to be fair and reasonable and believes we can bring these matters to closure quickly. Please note that this offer does expire Thursday, April 23, 2015.*

*I look forward to working through the settlement details with Level3 over the next 2 weeks.*

*Thank you.*

Ardell Burgess
Carrier Relations Director
ATT Global Connetion Management
Office:  908-234-5513
Mobile:  908-432-4879
Email:   ab3696@att.com

"This email and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited."

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0011771

CONFIDENTIAL SETTLEMENT OFFER PURSUANT TO FRE 408 AND STATE EQUIVALENTS

### Level3 Term Sheet Settlement Proposal
### Offer Date: April 8, 2015
### Offer Expires: April 23, 2015

*Key Discussion Points*

- Settlement addresses both the OTT dispute and the Tandem Connect dispute between AT&T and Level3.
- ATT proposes one settlement that provides both a retro and prospective solution that mitigates L3 tandem tariffed service concerns.
- Enables both firms to aggressively move new business relationships forward:
    - Removes any impediment to awarding the POP to LSO /Prem business to L3.
    - Complete and execute an IP Traffic Exchange Agreement for CVoIP.
    - Expand and grow LCR program.
    - Trial L3 8YY Tandem Service Program
    - Finalize assessment associated with L3 Terminating Market opportunity
    - Evaluate AT&T Mobility / L3 Rehome opportunity

*Retro and Prospective Settlement Terms – Tandem Connect and OTT VoIP (thru January 2015)*

- Retro Dispute Value = ■
- Retro Offer = ■

- Settlement principals:

    - AT&T will pay L3 Tandem Connect billing in full on a prospective basis. L3 will credit the value of the facility billing on the usage invoices enabled by filing a contract tariff. The average monthly invoice = ■ monthly credit amount = ■
    - AT&T will pay L3 local switching for both originating and terminating OTT traffic on a prospective basis.
    - L3 will only bill tandem switching on a prospective basis associated with domestic originated OTT 8YY traffic not reflecting an L3 CPN or such traffic that is CPNless.
    - LPC charges associated with either of these disputes will be credited by L3. Value = ■ (thru Jan'15)
    - AT&T will recover retro settlement for OTT if appeal successful.
    - L3 will credit in full all charges for erroneously invoiced DEOTs that AT&T ordered and L3 did not complete ■

This is not an offer or proposal capable of acceptance, and is instead provided for conceptual purposes only. A final proposal may not include all items referenced in this document, and neither party is under any obligation to propose or agree to any of the terms, conditions, or structures presented in this document. This document does not cover all terms and conditions that may be included in a final proposal or in any final agreement. No terms are binding until in final, formal written agreement mutually executed by the parties.

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0011772