# EXHIBIT 7

| | |
|---|---|
| Message | |
| From: | Ross, Steve [Steve.Ross@level3.com] |
| Sent: | 4/15/2015 4:39:59 PM |
| To: | BURGESS, ARDELL [ab3696@att.com]; Andrews, Shaun [Shaun.Andrews@level3.com] |
| CC: | MEOLA, KIMBERLY A [km1274@att.com]; Umiker, Daniel [Dan.Umiker@level3.com]; Torres, Jennifer [jennifer.torres@level3.com] |
| Subject: | L3 / ATT Dispute Settlement |

**EXHIBIT AT+T 14**
2-7-19

Ardell,

Thanks again for your settlement offer.

Below are some comments/thoughts to discuss on our call today. I also understand our attorneys, Debbi and Rick, are talking separately (which is fine).

I think the biggest business item worth covering off today is the proposed concept of settlement of OTT, with the condition that the appeal would over-ride whatever we agree. Initially, we see that as simply a transfer of retro and prospective reserved/unrecognized monies from AT&T to Level 3, and held in escrow (conceptually at least) until the appeal is concluded.

We're not clear that this approach will really solve much for either party at this stage given the subsequent uncertainty?

Our preference therefore, would be full and final settlement – we should discuss whether that is an option here and/or whether we're missing any potential benefit from your original proposal.

If full and final settlement of OTT isn't an option (pre-appeal ruling) that would be an understandable position from AT&T for obvious reasons (ongoing appeal), and our efforts may be best focused on resolution of the fixed tandem dispute in the short-term – we can discuss your thoughts on this today.

In parallel, we are evaluating the impact of the proposed carve out of Level 3-owned CPN's, and the direct financial impact, as well as broader impact on other agreements/arrangements we have in place today, and the uncertainty of any future FCC ruling.

As such, we should probably calibrate today on how best to structure any counter offer from Level 3 i.e. all-in or break out Tandem, and from there we can get into some more specific details on your proposal...waiver or LPC's, structure of any fixed tandem related credits etc.

Look forward to talking to you shortly.

Regards.......Steve.


**From:** BURGESS, ARDELL [mailto:ab3696@att.com]
**Sent:** Wednesday, April 08, 2015 8:54 PM
**To:** Ross, Steve; Andrews, Shaun
**Cc:** MEOLA, KIMBERLY A
**Subject:** L3 / ATT Dispute Settlement
**Importance:** High

CONFIDENTIAL SETTLEMENT OFFER PURSUANT TO FRE 408 AND STATE EQUIVALENTS

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0011781

*Steve / Shawn,*

*Per our discussion with Kim last week, I wanted to extent the attached settlement offer to Level3 for your review and consideration.*

*The offer addresses both the past and prospective aspects of the OTT dispute and the Tandem Connect dispute between our firms. The details included in this settlement captures the spirit and intent discussed in last week's meeting.*

*AT&T is very serious about its desire to work with Level3 both as a supplier and a customer in a fashion that more accurately reflects our total business relationship. In that respect, this offer considers both aspects of our relationship and values the continuance and growth of our respective businesses.*

*I am hopeful that Level3 finds this offer to be fair and reasonable and believes we can bring these matters to closure quickly. Please note that this offer does expire Thursday, April 23, 2015.*

*I look forward to working through the settlement details with Level3 over the next 2 weeks.*

*Thank you.*

Ardell Burgess
Carrier Relations Director
ATT Global Connetion Management
Office:  908-234-5513
Mobile: 908-432-4879
Email:  ab3696@att.com

"This email and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this mecsage immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited."

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0011782