# EXHIBIT 10

Message

**From:** Riederer, Mike [/O=LEVEL3/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RIEDERER, MIKE2BB]
**Sent:** 5/8/2015 7:24:17 AM
**To:** Ross, Steve [/O=LEVEL3/OU=DENVER/cn=Recipients/cn=ross.steve]; gs8388@att.com [gs8388@att.com]; wh2647@att.com; Andrews, Shaun [/O=LEVEL3/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Andrews, Shaun9b4]
**Subject:** Fwd: OTT/Tandem Next Steps
**Attachments:** Level3 Term Sheet~Counter Offer 042415.docx; ATT00001.htm

EXHIBIT
AT+T 18
2-7-19

George & Bill

Great to meet you yesterday and I look forward to getting back together to progress the other items we discussed.

On OTT, we have been working both of these items with John's team to-date.

I have copied Shaun Andrews and Steve Ross, who are best positioned to walk thru the AR details today. When I get to the office I'll see if I can get a time set with Shaun and Steve and get back to you.

Here's a summary: I got from them

Attached is our last offer to AT&T for settlement of the Tandem/OTT. It was sent to Kim Meola's team (Ardell Burgess), and Ardell's team has reviewed the open balances and agreed the amounts outstanding, at least through January. We will prepare an updated balance through May and re-send by Monday at the latest for review.

The late payment fees are included in the balances quoted, and the proposed settlement amount. We are working off of a ▬ payment amount of total LPC's, which parallel's a settlement being worked between my team and Marc Cathy including LPC's that Level 3 will pay AT&T.

The attached settlement also references a deal for 700 x DS3 circuits. This was the deal I referenced earlier that we have been working with Parley Casto on John's team. The exact deal value ▬ ▬ until

CONFIDENTIAL

CTL_0004195

the final circuit list is agreed. This circuit deal has a separate term sheet that Parley and his team are redlining right now, and I believe it is close to being finalized.

Mike

> **From:** "SLOAN, GEORGE B" <gs8388@att.com>
> **Date:** May 7, 2015 at 6:53:03 PM MDT
> **To:** "mike.riederer@level3.com" <mike.riederer@level3.com>
> **Cc:** "HAGUE, WILLIAM W" <wh2647@att.com>
> **Subject: OTT/Tandem Next Steps**
>
> Mike:
>
> It was nice to meet you today. I'm hopeful that we can close on the OTT/Tandem language tomorrow. I've got two requests:
>
> (1) Can you send me the details around the ▮▮▮▮ John Nolan deal" that we may tie to the prospective Tandem deal? I talked to John and he was't sure which deal we were talking about.
>
> (2) Is there a time late morning tomorrow when we could get on the phone to (a) walk through the late payment math with our experts and (b) walk through proposed language to close the OTT/Tandem disputes?
>
> Thanks.
>
> George Sloan

CONFIDENTIAL

███████████████████████

<u>Level3 Term Sheet Settlement Proposal</u>
<u>Offer Date: April 8, 2015</u>
<u>Offer Expires: April 23, 2015</u>
<u>Level 3 response date: April 24th, 2015</u> – <u>valid for 30-days</u>

*Key Discussion Points*

- Settlement addresses both the OTT dispute and the Tandem Connect dispute between AT&T and Level3.
- ATT proposes one settlement that provides both a retro and prospective solution that mitigates L3 tandem tariffed service concerns.
- Enables both firms to aggressively move new business relationships forward:
    - Removes any impediment to awarding the POP to LSO /Prem business to L3.
    - Complete and execute an IP Traffic Exchange Agreement for CVoIP
        - *Level 3 would like both parties to commit to a time-frame to complete this/remedy if missed*
    - Expand and grow LCR program.
        - *Agreed. Will likely leave this out of any settlement, but would welcome feedback on N+1 opportunity. Service has now been in place ~30-days. Are service levels acceptable, and is it ready to scale through 2H15? If so, what potential volumes can be forecasted?*
    - Trial L3 8YY Tandem Service Program
    - Finalize assessment associated with L3 Terminating Market opportunity
    - Evaluate AT&T Mobility / L3 Rehome opportunity
        - *AT&T's ongoing consideration of all of the above opportunities is much appreciated*

*Retro and Prospective Settlement Terms – Tandem Connect and OTT VoIP (thru January 2015)*

- Retro Dispute Value = ███
- Retro Offer = ███

*Level 3's response to AT&T's proposal is detailed below in blue:*

*Level 3 shows outstanding balances of* ███████ *through January 2015 invoices per the attached spreadsheet.*

*Level 3 will offer a credit of* ██████, *provided the remainder of the above balance* ██████ *is paid in full on or before 6/30/2015, and the parties agree that this is a full and final settlement of all disputes and balances associated with the BAN's listed.*

- Settlement principals:

This is not an offer or proposal capable of acceptance, and is instead provided for conceptual purposes only. A final proposal may not include all items referenced in this document, and neither party is under any obligation to propose or agree to any of the terms, conditions, or structures presented in this document. This document does not cover all terms and conditions that may be included in a final proposal or in any final agreement. No terms are binding until in final, formal written agreement mutually executed by the parties.

- AT&T will pay L3 Tandem Connect billing in full on a prospective basis. L3 will credit the value of the facility billing on the usage invoices enabled by filing a contract tariff. The average monthly invoice = ▮▮▮▮; monthly credit amount = ▮▮▮▮

*AT&T will pay L3 Tandem Connect billing on a prospective basis for amounts equal to the DS1 fixed charges pursuant to Level 3's tariffs. AT&T agrees to submit appropriate ASRs for prospective circuits, whether a DS3 or DS1 is required, as traffic volumes increase to ensure there is sufficient capacity for forecasted volumes.*

- AT&T will pay L3 local switching for both originating and terminating OTT traffic on a prospective basis.

*Full switched access would be due according to Level 3's tariffs on all OTT traffic (not just the local switching rate element; and is not subject to any claw-back as a result of AT&T's appeal against the recent FCC ruling).*

- L3 will only bill tandem switching on a prospective basis associated with domestic originated OTT 8YY traffic not reflecting an L3 CPN or such traffic that is CPNless.

*On a prospective basis Level 3 will not bill any EO elements associated with domestic originated OTT 8YY traffic not reflecting a Level 3 owned CPN or CPNLess traffic that is not served by a Level 3 end office. Level 3 will continue to bill full switched access on Level 3 owned TNs.*

- LPC charges associated with either of these disputes will be credited by L3. Value = ▮▮▮▮ (thru Jan'15)

*Above settlement amount addresses LPC's through settlement date.*

- AT&T will recover retro settlement for OTT if appeal successful.

*Level 3 requires a full and final settlement of all disputes and balances through date of settlement*

L3 will credit in full all charges for erroneously invoiced DEOTs that AT&T ordered and L3 did not complete ▮▮▮▮

*Level 3 will credit ▮▮▮▮▮▮ of the DEOT dispute through the date of the settlement. Level 3 will work with AT&T to address any disputes arising post-settlement.*

Additional settlement principals:

*The parties agree to execute a separate agreement on or before the settlement date for new, incremental data services comprising no less than 700 circuits.*

This is not an offer or proposal capable of acceptance, and is instead provided for conceptual purposes only. A final proposal may not include all items referenced in this document, and neither party is under any obligation to propose or agree to any of the terms, conditions, or structures presented in this document. This document does not cover all terms and conditions that may be included in a final proposal or in any final agreement. No terms are binding until in final, formal written agreement mutually executed by the parties.

CONFIDENTIAL

CTL_0004198

*Level 3 acknowledges AT&T's footnotes re: proposal being for conceptual purposes only. The above response(s) are provided under the same non-binding principles.*

This is not an offer or proposal capable of acceptance, and is instead provided for conceptual purposes only. A final proposal may not include all items referenced in this document, and neither party is under any obligation to propose or agree to any of the terms, conditions, or structures presented in this document. This document does not cover all terms and conditions that may be included in a final proposal or in any final agreement. No terms are binding until in final, formal written agreement mutually executed by the parties.

CONFIDENTIAL

CTL_0004199