# EXHIBIT 12



EXHIBIT
AT+T 20

**Message**

**From:** MEOLA, KIMBERLY A [km1274@att.com]
**Sent:** 5/8/2015 1:42:25 AM
**To:** BURGESS, ARDELL [ab3696@att.com]
**Subject:** Fwd: OTT & Tandem Deal

I'll send out an official in a few but wanted you to see. Might be an opportunity with item #4

-------- Original Message --------
From: "SLOAN, GEORGE B" <gs8388@att.com>
Date: Thu, May 7, 2015, 7:45 PM
To: "MEOLA, KIMBERLY A" <km1274@att.com>
CC: "HAGUE, WILLIAM W" <wh2647@att.com>, "NOLAN, JOHN C" <jn696a@att.com>
Subject: OTT & Tandem Deal

Kim:

Thanks for stepping out of LWD today to help. Below I've captured the construct of the OTT/Tandem deal we agreed to with L3 today. I'd appreciate you doing two things: (a) Double check that this deal works for you, and (b) please have the appropriate attorney review/enhance the language. I want to send this construct language over to Mike Riederer Friday AM.

(1) AT&T agrees to pay 75% of L3's retrospective claims on OTT and Tandem through the end of May 2015. ACTION: I'll set up some time with us and Mike Riederer tomorrow to run through the math on the late payments together. Our intent is to pay in the 25% range as discussed.

(2) Regardless of whether AT&T wins or loses its FCC appeal, neither AT&T or L3 can clawback additional amounts for OTT/Tandem claims for any period prior to June 2015.

(3) If AT&T wins its FCC appeal, AT&T can only clawback 50% of the disputed amount starting June 2015 through the date of the FCC ruling.

(4) AT&T and L3 agree to pricing that is 75% of L3's asking price (need help with this language) for Tandem moving forward.

(5) L3 wants to tie a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to #4 above. I'm getting the details from Mike and can explain to you tomorrow.

Thanks.

Call my cell tomorrow 206-890-2279 when you can talk. I'll be out of office.

George

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0011854