# EXHIBIT 14

**Message**
**From:** SLOAN, GEORGE B [gs8388@att.com]
**Sent:** 5/11/2015 1:26:28 PM
**To:** MEOLA, KIMBERLY A [km1274@att.com]
**CC:** NOLAN, JOHN C [jn696a@att.com]; BURGESS, ARDELL [ab3696@att.com]
**Subject:** Re: For Monday AM

Δ π EXHIBIT 92
Deponent Sloan
Date 9-24-19  Rptr VB
WWW.DEPOBOOK.COM

Well he caped it at ▮▮▮▮ in late fees Fri night so let's not offer more.  Thanks.

On May 11, 2015, at 8:23 AM, "MEOLA, KIMBERLY A" <km1274@att.com> wrote:

George
Although I don't have a confirmation from billing yet I suspect this value is a month short of what was agreed to.   We agreed through may usage.

-------- Original Message --------
From: "SLOAN, GEORGE B" <gs8388@att.com>
Date: Sun, May 10, 2015, 3:53 PM
To: "MEOLA, KIMBERLY A" <km1274@att.com>
CC: "NOLAN, JOHN C" <jn696a@att.com>
Subject: For Monday AM

Kin:
For our call at 10:30 ET tomorrow with Reiderer and his team.  I agreed to 75% of payments due for OTT/Tandem through end of May including paying 75% on the late payments which Reiderer commits will be no more than ▮▮▮▮   Although we were hoping to pay somewhere less than the 75% on the late payments he made this a really big deal Friday PM and was about to derail the peering deal.  Please invite to the call whoever you need to help from our side.  I'll forward his meeting invite next.  Thanks.
George

**From:** Riederer, Mike [mailto:Mike.Riederer@level3.com]
**Sent:** Friday, May 08, 2015 4:17 PM
**To:** SLOAN, GEORGE B
**Subject:** Re: Settlement Proposal - Confidential
**Importance:** High

Here is what has been and will be on your invoice when you get you get the May bill.  Usage for april which hasn't been billed or paid would not have an LPC but the other months previously are still included as they are unpaid.

Hopefully this clears up the issue and what we left the meeting with was 75% of the Total AR which includes the below

| Thru 1/15 - LPC | ▮▮▮▮▮▮▮▮ | Original Settlement Date |
| 2/15-5/15 | ▮▮▮▮▮▮▮▮ | Extended Amounts Through May invoices |
| | ▮▮▮▮▮▮▮▮ | |

**From:** <SLOAN>, GEORGE B <gs8388@att.com>
**Date:** Friday, May 8, 2015 at 12:54 PM
**To:** Level 3 Communications <mike.riederer@level3.com>
**Subject:** Settlement Proposal - Confidential

Mike:
Here is our attempt to capture our agreement construct. Two items you will notice:  (a) The late fees are separated

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0011862

out. I know you guys don't want it recorded this way. If the math works out, Monday morning, I'll support the flat 75%. (b) The team added an additional item they believe is closed and can be formalized in this document. I look forward to discussing more Monday morning. I'll have Kim Meola with me from John Nolan's team. Thanks.
George

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0011863