# EXHIBIT 20

CONFIDENTIAL

Page 216

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
AT&T CORP.,                       )
                                  )
     Plaintiff/                   )
Counterclaim Defendant,           )
                                  )
vs.                               )    Case No.
                                  ) 18-cv-00112-RM
LEVEL 3 COMMUNICATIONS,           )
LLC,                              )
                                  )
     Defendant/                   )
Counterclaim Plaintiff,           )
                                  )
and                               )
                                  )
BROADWING COMMUNICATIONS,         )
LLC; GLOBAL CROSSING              )
TELECOMMUNICATIONS,               )
INC.; and WILTEL                  )
COMMUNICATIONS, LLC,              )
                                  )
Counterclaim Plaintiff,           )
                                  )
vs.                               )
                                  )
TELEPORT COMMUNICATIONS           )
GROUP, INC.,                      )
                                  )
Counterclaim Defendant.           )
```

         * * * CONFIDENTIAL * * *
            30(b)(6) DEPOSITION OF
         LEVEL 3 COMMUNICATIONS, LLC
 by and through their corporate representative
              JENNIFER TORRES
                  VOLUME 2
         Thursday, December 19, 2019
Reported by: LISA A. KNIGHT, RDR, CRR, RSA
Job No. 173629

CONFIDENTIAL

Page 217

December 19, 2019

7:51 a.m.

30(b)(6) deposition of Level 3 Communications, LLC, by and through their corporate representative JENNIFER TORRES, held at the law offices of Armstrong Teasdale LLP, 4643 South Ulster Street, Suite 800, Denver, Colorado, before Lisa A. Knight, Registered Diplomate Reporter, Certified Realtime Reporter, Realtime Systems Administrator, and Notary Public in and for the State of Colorado.

CONFIDENTIAL

Page 218

```
 1
 2   A P P E A R A N C E S:
 3
 4      SIDLEY AUSTIN
 5      Attorneys for Plaintiff AT&T Corp.
        and Counterclaim Defendant Teleport
 6      Communications Group, Inc.:
 7          1501 K Street, Northwest
            Washington, D.C. 20005
 8      BY:  JUSTIN BENSON, ESQ.
             JOSHUA MOORE, ESQ.
 9           (Via videoconference)
10
11
12      ARMSTRONG TEASDALE
13      Attorneys for Defendant
        Level 3 Communications, LLC:
14
            4643 South Ulster Street
15          Denver, Colorado 80237
        BY:  CHARLES STEESE, ESQ.
16
17
18
19
20   ALSO PRESENT:
21       CARMEL GILL, Comcast
22       AMY PAULI
23
24
25
```

CONFIDENTIAL

Page 265

1  J. Torres - Volume 2
2  the question whether or not, when the
3  DC Circuit issued its opinion in Exhibit 7,
4  number 6 is satisfied in Exhibit 40?
5      A.   So I'm not a lawyer, but my
6  understanding would be no because I don't
7  have direction of how to bill OTT.  And
8  until I have direction of how to bill OTT
9  traffic, I cannot satisfy number 6.
10     Q.   Okay.  Let's now look at what I'm
11 going to ask -- first off, Ms. Torres, based
12 on Exhibit 7, did Level 3 appeal the
13 decision of the DC Circuit to the Supreme
14 Court of the United States?
15        MR. STEESE:  We'll stipulate that
16    that did not happen.
17        MR. BENSON:  Okay.  That's fine.
18    AT&T accepts that stipulation.  Thank
19    you.
20 BY MR. BENSON:
21     Q.   Let's turn to what I'd like the
22 court reporter to now mark as the next
23 exhibit.
24        MR. BENSON:  I've lost track --
25    I apologize -- but it's the next

CONFIDENTIAL

Page 318

1      J. Torres - Volume 2
2          (Previously marked Deposition
3      Exhibit 17, E-mail string, top e-mail to
4      am7149@att.com from Stocker, 5/19/17,
5      Subject:  RE:  Level 3 OTT Traffic
6      Follow-Up, Bates CTL_0014078 to -4079,
7      tendered to the deponent.)
8  BY MR. BENSON:
9      Q.   Ms. Torres, the court reporter
10 has hopefully placed in front of you what's
11 been previously marked as Exhibit 17; is
12 that correct?
13     A.   Yes.
14     Q.   Okay.  Exhibit 17 is an e-mail
15 that Mr. Ed Stocker sent to a series of
16 folks at AT&T, including Kim Meola and
17 Ardell Burgess, on May 19th, 2017, with a
18 subject line:  RE:  Level 3 OTT Traffic
19 Follow-Up.
20          Do you see that?
21     A.   I do.
22     Q.   Okay.  I'm going to instruct you
23 to please look at Bates -14078, which is the
24 first page, and then on to Bates -14079.
25          And you'll see that it's an

CONFIDENTIAL

Page 319

1    J. Torres - Volume 2
2    e-mail from Alison Miller at AT&T that was
3    sent to various people at Level 3 and Kim
4    Meola and Ardell Burgess on May 17th, 2017.
5             And it notes the following.  "As
6    a follow-up to my May 5th e-mail, pursuant
7    to the terms and conditions of the June 2015
8    release and settlement (Section 1(a)(iv)),
9    Level 3 must issue a refund for the OTT
10   dispute within 30 days of when the
11   DC Circuit's order became final on May 8th
12   and apply the 65 percent OTT factor to any
13   end office billing after that date."
14             Do you see that language,
15   Ms. Torres?
16        A.   I do.
17        Q.   Okay.  Level 3, personified by
18   Mr. Ed Stocker, responds that Level 3 will
19   refund 50 percent of the disputed charges if
20   the FCC's decision is, quote, overturned.
21            "The DC Circuit's order did not
22   overturn the FCC's decision; it simply
23   remanded the issue to the FCC to better
24   explain its reasoning.  The FCC's rule
25   remains the same, and it is Level 3's