# EXHIBIT 27

Confidential - Attorneys' Eyes Only

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 2

    _____
 3                                 )
    AT&T CORP.,                    )
 4                                 )
    Plaintiff,                     )
 5                                 )
    vs.                            )  Case No.
 6                                 )  18-cv-00112-RM
    LEVEL 3 COMMUNICATIONS,        )
 7  LLC,                           )
                                   )
 8  Defendant.                     )
    _____)
 9
10
11
            ** CONFIDENTIAL - ATTORNEYS' EYES ONLY **
12
13
14
15     30(b)(6) DEPOSITION OF LEVEL 3 COMMUNICATIONS
16         THROUGH ITS DESIGNATED REPRESENTATIVE
17                    ANDREW McCLURE
18                   Denver, Colorado
19                   August 29, 2019
20
21
22
23  Reported by:
24  MELANIE L. GIAMARCO, RMR, CRR, RPR, CSR
25  JOB NO.:   166466
```

Confidential - Attorneys' Eyes Only

Page 2

1          A. McClure

2          August 29, 2019

3             9:05 a.m.

4

5       30(b)(6) DEPOSITION OF LEVEL 3

6    COMMUNICATIONS THROUGH ITS DESIGNATED

7    REPRESENTATIVE ANDREW McCLURE, taken by the

8    Plaintiff, held at the law offices of Moye White,

9    1400 Sixteenth Street, 16 Market Square, Denver,

10   Colorado, before Melanie L. Giamarco, a Registered

11   Professional Reporter, Registered Merit Reporter,

12   Certified Realtime Reporter and Notary Public of

13   the State of Colorado.

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Attorneys' Eyes Only

```
                                                        Page 3
 1                       A. McClure
 2        APPEARANCES:
 3        SIDLEY AUSTIN
          Attorneys for Plaintiff:
 4              1501 K Street, N.W.
                Washington, D.C.  20005
 5        BY:   MICHAEL WARDEN, ESQ.
                JUSTIN BENSON, ESQ.
 6

          ARMSTRONG TEASDALE
 7        Attorneys for Defendant:
                4643 South Ulster Street
 8              Denver, Colorado  80202
          BY:   CHARLES STEESE, ESQ.
 9              DOUGLAS MARSH, ESQ.
10

11        ALSO PRESENT:
12              Carmel Gill, CenturyLink
                Kim Meola, AT&T
13              Letty S. Friesen, AT&T
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorneys' Eyes Only

Page 80

1      A. McClure
2           A.   Correct.
3           Q.   And had you ever noticed that some of
4      the ▮▮▮▮ entries in your spreadsheet were zero
5      percent?
6           A.   On the original spreadsheet, yes.
7           Q.   And there are some zeros on your more
8      recent spreadsheet as well, for ▮▮▮▮
9           A.   For the current period -- for the
10     current period that I did, they're not.  So the
11     period of that latest spreadsheet which was used to
12     calculate against the invoice, it was not used.  So
13     if you go back to the period of 201707, they should
14     be all a hundred percent.
15          Q.   But you used all the periods to
16     calculate an overall factor for over-the-top
17     percentage, right?
18          A.   For what was used, I used the latest
19     period and the latest period only.  I did not
20     factor all periods together to come up with a
21     percentage.  So they're broken out individually.
22          Q.   So looking at . . .
23          A.   ▮ percent, ▮ percent, those are the
24     factors that I used against the invoice.
25          Q.   So based on the work that you did, what

Confidential - Attorneys' Eyes Only

Page 81

1  　　　　　　　　　A. McClure

2  do you believe is the percentage of over-the-top

3  traffic for originating 8YY calls?

4  　　　　　A.  For what period?

5  　　　　　Q.  Overall.

6  　　　　　A.  It changes.  And it's going to change

7  over time.  And it will continue to change.

8  　　　　　Q.  Is there an average -- so just for the

9  record, we're looking at -- I believe it's 30A,

10 14135, the tab "Pivot EO Invoiced MOU," rows 18

11 through 31; do you see that?

12 　　　　　A.  I do.

13 　　　　　Q.  And is there an average for originating

14 8YY traffic?

15 　　　　　A.  The average was ■ percent.

16 　　　　　Q.  And what about terminating inbound long

17 distance?  Is there an average?

18 　　　　　A.  ■ percent.

19 　　　　　Q.  And so what do you think the appropriate

20 factor is that should be applied for over-the-top

21 traffic for purposes of this dispute?

22 　　　　　A.  So the intent of the -- sorry.

23 　　　　　MR. STEESE:  I was going to ask a question.

24 　　　　The only reason I'm saying this is there's

25 been a settlement up through January -- December 31

Confidential - Attorneys' Eyes Only

Page 82

1        A. McClure
2  of '18.  Are you asking from that point forward, or
3  are you asking --
4         MR. WARDEN:  I'm asking the general
5  question.
6         MR. STEESE:  Okay.
7         MR. WARDEN:  I mean, I'm not trying to
8  restrict it as to time frame.
9         Q.  Just based on your work.
10        A.  So for that period of 201707, I believe
11 that was the most accurate -- from the data that I
12 had available to me, that was the most accurate
13 percentages, ■ percent for originating and ■
14 percent for terminating inbound long distance.
15        So that work encapsulated feedback from
16 AT&T, product, others as well.  And I believe that
17 was accurate for that period of time.
18        MR. WARDEN:  Can I have the question read
19 back, please?
20        (The last question was read back as follows:
21        "Question:  And so what do you think the
22 appropriate factor is that should be applied for
23 over-the-top traffic for purposes of this
24 dispute?")
25        A.  So for the purposes of this dispute,