# EXHIBIT 28

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**CONFIDENTIAL DECLARATION OF MELISSA L. KELLOW IN
SUPPORT OF LEVEL 3'S MOTION FOR SUMMARY JUDGMENT**

I, MELISSA L. KELLOW, do depose on oath and state as follows in support of the Motion of Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), for Summary Judgment:

    1.    I am a Billing Manager for Level 3 Communications, LLC.

    2.    I have personal knowledge of the following facts and affirm that they are all true and correct.

3. My day-to-day job functions include analyzing data underlying Level 3's switched access invoices and working with vendors, such as AT&T, to resolve disputes.

4. I have studied Level 3's switched access billings to AT&T Corp. from February 2019 through April 2020 for January 2019 through March 2019 usage. I worked closely with Jennifer Torres in creating detailed spreadsheets on several key elements of Level 3's billings and the payments received from AT&T on those billings. *See, e.g., Confidential Exhibit A*.

5. In analyzing Level 3's switched access billings to AT&T Corp. from January 2019 through April 2020, I uncovered several key items.

6. First, Level 3 bills long distance carriers, including AT&T, from its interstate access tariff by rate elements. The two principal end office rate elements are local switching (otherwise known as end office switching) and common trunk port. I looked at the amount that Level 3 billed AT&T for local switching and common trunk port, and between February 2019 and April 2020, AT&T has withheld more from Level 3 than the total end office charges Level 3 has invoiced to AT&T.

7. Second, I calculated the total end office charges for each month, and assuming ▇ percent of the calling is Over-the-Top Voice over Internet Protocol ("OTT") traffic, and assuming that (a) Level 3 must refund 50 percent of end office charges on OTT calls through February 18, 2020; (b) Level 3 must refund 100 percent of the end office charges from February 19, 2020 and thereafter; and (c) Level 3 must replace these refunded OTT minutes with a tandem switching rate element instead of end office rate elements (which AT&T agrees is correct), the total OTT offset from January 2019 through April 2020 is ▇▇▇▇▇.

2

8.      Third, I calculated that AT&T has withheld over ▇▇▇▇▇▇ from Level 3 due to the OTT dispute. *See* Confidential Exhibit A, Column I. AT&T has not historically told Level 3 what amounts it is withholding due to the OTT dispute. However, I concluded that these withholdings are due to the OTT dispute by excluding amounts that AT&T has identified for all other disputes, leaving me to conclude that the ▇▇▇▇▇▇ plus is due to the OTT dispute.

9.      I have also reviewed AT&T's billings to Level 3 and the credits that AT&T has provided to Level 3. In July, August, and September 2019, Global Crossing Telecommunications, Inc., Broadwing Communications, LLC, and Wiltel Communications, LLC received small credits from AT&T and TCG on local switching charges. All of these credits combined totaled ▇▇▇▇▇▇. Level 3 Communications, LLC did not receive any such credit. Since September 2019, Level 3 (as defined above in the introductory paragraph) has not received any switched access credits from AT&T or TCG.

Executed this 26th day of June, 2020 in Denver, Colorado.

By:     /s/ Melissa L. Kellow
        Melissa L. Kellow
        CenturyLink
        1025 Eldorado Blvd
        Broomfield, CO 80021-8254
        melissa.kellow@centurylink.com

3