# EXHIBIT 28-A

Filed Under Seal