# EXHIBIT 31

**In The Matter Of:**

*AT&T Corporation v.*
*Level 3 Communications, LLC*

---

*Andrew McClure*
*June 11, 2020*
*Confidential*

---



*Min-U-Script® with Word Index*

**Confidential**

1

1

2          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
3          ---------------------------------------------X
           AT&T CORPORATION,
4
                      Plaintiff/Counterclaim Defendant,
5
                           v.
6
           LEVEL 3 COMMUNICATIONS, LLC.,
7
                      Defendant/Counterclaimant,
8
                           and
9
           BROADWING COMMUNICATIONS, LLC, GLOBAL
10         CROSSING TELECOMMUNICATIONS, INC., and
           WILTEL COMMUNICATIONS, LLC.
11
                      Counterclaimants,
12
                           v.
13
           TELEPORT COMMUNICATIONS GROUP, INC.
14
                      Counterclaim Defendant.
15         ---------------------------------------------X
                      ***CONFIDENTIAL***
16

17            DEPOSITION OF ANDREW McCLURE

18                 Thursday, June 11, 2020

19

20

21

22

23         Reported by:

24         Rebecca Schaumloffel, CLR, RPR, CCR-NJ

25         Job No:  2020-86250

**Confidential**

2

1

2

3                          June 11, 2020

4                          11:08 a.m.

5

6

7

8                  Deposition of ANDREW McCLURE, held

9        remotely via Webex, before Rebecca

10       Schaumloffel, a Certified Livenote Reporter,

11       Registered Professional Reporter, Certified

12       Court Reporter of New Jersey, and Notary

13       Public of the States of New York, New Jersey,

14       Delaware, and Pennsylvania.

15

16

17

18

19

20

21

22

23

24

25

**Confidential**

3

1

2        A P P E A R A N C E S:

3

4           SIDLEY AUSTIN
                Attorneys for the Plaintiff
5               1501 K. Street, N.W.
                Washington, D.C. 20005
6               BY:  MICHAEL HUNSEDER, ESQ.
                     JUSTIN BENSON, ESQ.
7                    JOSH MOORE, ESQ.

8

9

10          ARMSTRONG TEASDALE
                Attorneys for the Defendant
11              4643 South Ulster Street
                Denver, Colorado 80202
12              BY:  CHARLES STEESE, ESQ.

13

14

15

16

17          ALSO PRESENT:

18

19              Mark W. Lewis, Esq., AT&T

20              Christian Ruiz, Lexitas

21              *          *          *

22

23

24

25

Andrew McClure - June 11, 2020
**Confidential**

108

|     |         |                                                      |
|-----|---------|------------------------------------------------------|
| 1   |         | A. MCCLURE                                           |
| 2   | 03:12PM | A.    Correct.  Just the click to chats              |
| 3   | 03:12PM | and the calls, and there is some notes that I        |
| 4   | 03:13PM | wrote down for certain customers, I believe,         |
| 5   | 03:13PM | ███ might have been one and there might have         |
| 6   | 03:13PM | been a couple others.                                |
| 7   | 03:13PM | Q.    And you were -- again, you were                |
| 8   | 03:13PM | questioned at length on that.  I don't want          |
| 9   | 03:13PM | to redo that.                                        |
| 10  | 03:13PM | As far as you can recall, your                       |
| 11  | 03:13PM | testimony was accurate at the time; is that          |
| 12  | 03:13PM | fair?                                                |
| 13  | 03:13PM | A.    Yes.                                            |
| 14  | 03:13PM | Q.    So going to line 8, there is a                 |
| 15  | 03:13PM | company ███ and do you have an                       |
| 16  | 03:13PM | understanding of what they do, Mr. McClure?          |
| 17  | 03:13PM | A.    I do not.                                       |
| 18  | 03:14PM | Q.    Do you know if you considered them             |
| 19  | 03:14PM | an enterprise or wholesale customer?                 |
| 20  | 03:14PM | A.    I don't have any recollection or               |
| 21  | 03:14PM | knowledge of them.                                   |
| 22  | 03:14PM | Q.    Again, you don't have any                      |
| 23  | 03:14PM | documentation in your possession as to the 0%        |
| 24  | 03:14PM | figure in column E; is that correct, other           |
| 25  | 03:14PM | than this spreadsheet?                               |

**Andrew McClure - June 11, 2020**
**Confidential**

1                          A. MCCLURE

03:14PM   2          A.      Correct.   The percentages here

03:14PM   3      were all used from the original

03:14PM   4      investigation.

03:14PM   5          Q.      I am going to skip Start to Start

03:14PM   6      in row 9 because that is a 100% OTT.  So you

03:14PM   7      obviously concluded, based on your prior

03:14PM   8      analysis in 2017, that they were fully over

03:14PM   9      the top VoIP, correct?

03:14PM   10         A.      Correct.

03:15PM   11         Q.      So Cable One is a cable company,

03:15PM   12     correct?

03:15PM   13         A.      Correct.

03:15PM   14         Q.      And you have in the OTT percentage

03:15PM   15     column in row E, you have 5%, right?

03:15PM   16         A.      Correct.

03:15PM   17         Q.      What's the basis for that 5%?

03:15PM   18         A.      With some of the cable companies

03:15PM   19     that offered an application based, it was

03:15PM   20     determined that those calls are very minimal

03:15PM   21     but they still originate on their networks.

03:15PM   22     So they are providing them the application

03:15PM   23     base to use the number elsewhere on an

03:15PM   24     application-based software on their phone or

03:15PM   25     something of that nature, but, in general,

**Andrew McClure - June 11, 2020**
**Confidential**

110

                              A. MCCLURE

03:15PM   2    they own the cable and the facilities all the

03:15PM   3    way to the customer's house.  So that 5% may

03:15PM   4    be high.  It might be much smaller than that.

03:15PM   5    I was attempting to be conservative.

03:16PM   6         Q.    And do you have an understanding

03:16PM   7    of the -- well, let me ask it this way:  Why

03:16PM   8    would Cable One be using Level 3 telephone

03:16PM   9    numbers?

03:16PM  10         A.    It's pretty common, same with

03:16PM  11    Sprint, when wholesalers are essentially

03:16PM  12    either reselling voice services or they are

03:16PM  13    -- essentially, they are providing, you know,

03:16PM  14    the connection to their end user or in times

03:16PM  15    they are leasing it.  But they are -- their

03:16PM  16    core function as a cable company is not

03:16PM  17    voice.  So they are relying on us to provide

03:16PM  18    the functionality and the capability for

03:16PM  19    voice.  So they use our telephone numbers.

03:16PM  20    You know, if they have toll-free numbers,

03:16PM  21    they are relying on us to be the responsibile

03:16PM  22    organization as well.

03:16PM  23              So, in many cases, with cable

03:16PM  24    companies or other types of communication

03:16PM  25    companies that are reselling, they are

**Andrew McClure - June 11, 2020**
**Confidential**

114

|  |  |  |
|---|---|---|
| | 1 | A. MCCLURE |
| 03:20PM | 2 | spreadsheets, in this spreadsheet in the 2017 |
| 03:20PM | 3 | analysis, did you provide AT&T with any |
| 03:20PM | 4 | documentation whatsoever to indicate the |
| 03:21PM | 5 | percentage of OTT VoIP were used? |
| 03:21PM | 6 | MR. STEESE:  Objection to form. |
| 03:21PM | 7 | A.    No, I have not. |
| 03:21PM | 8 | Q.    Okay.  What about in row 12, you |
| 03:21PM | 9 | have ███████.  Do you see that? |
| 03:21PM | 10 | A.    I do. |
| 03:21PM | 11 | Q.    Do you know what ██████ is? |
| 03:21PM | 12 | A.    Not off the top of my head, no. |
| 03:21PM | 13 | Q.    Again, did you do anything for |
| 03:21PM | 14 | purposes of creating Exhibit 63 to validate |
| 03:21PM | 15 | the view that 0% of the minutes from ███████ |
| 03:21PM | 16 | are over-the-top VoIP? |
| 03:22PM | 17 | A.    No. |
| 03:22PM | 18 | Q.    Do you have any documentation |
| 03:22PM | 19 | other than the spreadsheet supporting the |
| 03:22PM | 20 | figure in row E for ███████, that it's 0%? |
| 03:22PM | 21 | A.    No. |
| 03:22PM | 22 | Q.    Sorry, the answer was? |
| 03:22PM | 23 | A.    No. |
| 03:22PM | 24 | Q.    Okay.  In row 13, it's ████████ |
| 03:22PM | 25 | ████.  ████████████ is a carrier, correct? |

Andrew McClure - June 11, 2020
**Confidential**

121

|        |    |                                              |
|--------|----|----------------------------------------------|
|        | 1  | A. MCCLURE                                   |
| 03:30PM | 2  | network.  It will hit ████████              |
| 03:30PM | 3  | application server, their partition of that, |
| 03:30PM | 4  | and create the call from there inside of     |
| 03:30PM | 5  | Level 3's network.                           |
| 03:30PM | 6  | Q.    Okay.  So just to answer the          |
| 03:30PM | 7  | question, it would or would not be an        |
| 03:31PM | 8  | over-the-top call, in your opinion?          |
| 03:31PM | 9  | A.    Those TNs are accounted for in the    |
| 03:31PM | 10 | mobility.  So that ████████ mobility is     |
| 03:31PM | 11 | accounted for.                               |
| 03:31PM | 12 | Q.    In other words, it's part of the      |
| 03:31PM | 13 | ██?                                          |
| 03:31PM | 14 | A.    Correct.                              |
| 03:31PM | 15 | Q.    Okay.  Going back to Exhibit 63,      |
| 03:31PM | 16 | ██████████, do you have an understanding    |
| 03:31PM | 17 | of what they are?                            |
| 03:31PM | 18 | A.    Not off the top of my head, no.       |
| 03:31PM | 19 | Q.    Do you know if they are a             |
| 03:31PM | 20 | wholesale or an enterprise customer?         |
| 03:31PM | 21 | A.    I do not recall.  I seem to recall    |
| 03:31PM | 22 | something about they may be a -- no, I don't |
| 03:31PM | 23 | recall.  I don't know if that's accurate.    |
| 03:31PM | 24 | Q.    All right.  One brief question and    |
| 03:31PM | 25 | we will take a short break.  Did you consider |

Andrew McClure - June 11, 2020
Confidential

125

1                              A. MCCLURE

03:35PM  2          Q.    It's a printout from a web page by

03:35PM  3    ██████████.  I will just ask you to take a

03:35PM  4    quick look at it.  I am really just going to

03:35PM  5    ask about the first page.

03:35PM  6          A.    Okay.

03:35PM  7          Q.    Again, the printout came out

03:35PM  8    somewhat garbled due to trying to print an

03:35PM  9    Internet page.  Just let me know when you are

03:36PM 10    finished.  I am really going to ask about the

03:36PM 11    first page.

03:36PM 12          A.    Sure, go ahead.

03:36PM 13          Q.    So you will see the first page, in

03:36PM 14    the very upper left-hand corner, it says

03:36PM 15    ██████████ and says ██████████████ right,

03:36PM 16    correct?

03:36PM 17          A.    Correct.

03:36PM 18          Q.    Is that -- having reviewed that,

03:36PM 19    does that give you any pause as to whether

03:36PM 20    the minutes associated with ██████████ in row

03:36PM 21    16 are 0% over-the-top?

03:36PM 22          A.    Had I -- on the original analysis,

03:37PM 23    had they been in my top 90% or top of minutes

03:37PM 24    of use, I would have saw that web page and

03:37PM 25    reached out to them and done Click to Chat or

**Andrew McClure - June 11, 2020**
**Confidential**

1          A. MCCLURE

03:37PM  2      called them and asked for what percentage of

03:37PM  3      their customers work remotely and, you know,

03:37PM  4      given now that it's, you know, more based

03:37PM  5      upon the providing a circuit to those

03:37PM  6      customers, that would be another question

03:37PM  7      that I would probably ask is, you know, do

03:37PM  8      you provide circuits to most of these

03:37PM  9      customers and is the working from anywhere a

03:37PM  10     supplement to this physical location, but,

03:37PM  11     from this, I would definitely investigate

03:37PM  12     them, but given that they are zero on that

03:37PM  13     spreadsheet, it means that, in 2017, either

03:37PM  14     they didn't have the volume for me to go and

03:37PM  15     investigate or, perhaps, in 2017 this web

03:37PM  16     page was far different or didn't exist and

03:37PM  17     didn't show that they had this kind of

03:37PM  18     capability.

03:37PM  19          Q.   Right.   Okay.   And so I mean,

03:38PM  20     obviously, if you go down the page, it says:

03:38PM  21     We take the tools you'd typically use at the

03:38PM  22     office, like a phone and the apps on your

03:38PM  23     desktop, and deliver them from a single

03:38PM  24     portal that users can access on any device."

03:38PM  25          So that seems to suggest that

**Andrew McClure - June 11, 2020**
**Confidential**

127

                          A. MCCLURE

03:38PM  2   consistent with what you just said, that

03:38PM  3   there is at least the potential for users of

03:38PM  4   ██████ services to be anywhere using any

03:38PM  5   broadband network; is that correct?

03:38PM  6        A.    Certainly.

03:38PM  7             MR. STEESE:  Object to form.

03:38PM  8             MR. HUNSEDER:  Let's take a

03:38PM  9   short break.

03:38PM  10            (Whereupon, a recess was held.)

03:50PM  11  BY MR. HUNSEDER:

Andrew McClure - June 11, 2020
Confidential

128

1                    A. MCCLURE

03:51PM  2

03:52PM  16        Q.    What are you looking at, sorry?

03:52PM  17        A.    My rebuttal of Dr. --

03:52PM  18        Q.    We can introduce that into the

03:52PM  19    record.  I don't want to prevent you from

03:52PM  20    look at something.  I think that this is --

03:52PM  21    in your exhibits, I think it's going to be

03:52PM  22    tab D, so we will go ahead and mark -- that

03:52PM  23    will be marked as Exhibit 65.

03:52PM  24            Is that what you are referring to,

03:52PM  25    Mr. McClure, if you take a quick look at it?



**Andrew McClure - June 11, 2020**
**Confidential**

129

1          A. MCCLURE

2              (Whereupon, McClure Exhibit 65,

3          Defendant/Counterclaimants'

4          Confidential Responsive Rule 26(a)(C)

5          Disclosure was marked for

6          identification as of this date by the

03:52PM  7          Reporter.)

03:52PM  8          A.    That's correct.

03:53PM  9

**Andrew McClure - June 11, 2020**
**Confidential**

130



Andrew McClure - June 11, 2020
Confidential

131

A. MCCLURE



**Andrew McClure - June 11, 2020**
**Confidential**

132

A. MCCLURE



Andrew McClure - June 11, 2020
Confidential

133



**Andrew McClure - June 11, 2020**
**Confidential**



**Andrew McClure - June 11, 2020**
**Confidential**

135

A. MCCLURE



Andrew McClure - June 11, 2020
Confidential



**Andrew McClure - June 11, 2020**
**Confidential**

137

```
 1                    A. MCCLURE

 2  ██████████████████████████████████

 3  ██████████████████████████████████

 4  █████████████████████████████████

 5  █████████████████████████████████

 6  █████████████████████████████████

 7  ██████████████████████████████████

 8  ███████████████████

 9     Q.    Can you turn to the next page?

10     A.    Sure.

11           MR. STEESE:  Of Exhibit 66?

12           MR. HUNSEDER:  Yes, of the

13  ████████.  Thank you.

14           MR. STEESE:  Is it next Page 2

15  or 3?

16           MR. HUNSEDER:  I am sorry, what

17  I am referring to, there is a picture.

18           MR. STEESE:  Okay.

19     Q.    I will hold it up.

20  ███  █████████████████████████

21  ██████████████████████████████████

22  ██████████████████████████████████

23  ████████████████████

24  ███  ████████████████████████

25  ██████████████████████████████████
```