# EXHIBIT 33

Page 1

1               IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF COLORADO
3
4       TRANSCRIPT DESIGNATED AS HIGHLY CONFIDENTIAL
5
6
    AT&T CORPORATION,            )    Civil Action No.
7                                )    18-cv-00112-RM-MEH
                                 )
8              Plaintiff,        )
                                 )    TCG 30(b)(6)
9        -vs-                    )    DEPOSITION OF:
                                 )
10   LEVEL 3 COMMUNICATIONS,     )    JANICE MAUREEN
     LLC,                        )    GALLAGHER
11                               )    (Volume I)
                                 )
12             Defendant.        )
13   _____
14
15             TRANSCRIPT of the stenographic notes of
16   the proceedings in the above-entitled matter, as
17   taken by and before LINDA M. JORRITSMA, a Certified
18   Court Reporter and Notary Public of the State of New
19   Jersey, held at the office of AT&T CORPORATION, One
20   AT&T Way, Bedminster, New Jersey, on Thursday,
21   September 12, 2019, commencing at 2:07 p.m.
22
23
24
25   Job No. CS3495724

```
                                                            Page 2

 1    A P P E A R A N C E S:
 2     SIDLEY AUSTIN LLP
       BY: JUSTIN A. BENSON, ESQ.
 3         JOSH MOORE, ESQ.
       1501 K Street, N.W.
 4     Washington, DC 20005
       201-736-8757
 5     jbenson@sidley.com
       joshua.more@sidley.com
 6     Attorneys for Plaintiff
 7
       ARMSTRONG TEASDALE LLP
 8     BY: CHARLES W. STEESE, ESQ.
           DOUGLAS N. MARSH, ESQ.
 9     4643 South Ulster Street
       Suite 800
10     Denver, Colorado 80237
       720-722-7199
11     csteese@ArmstrongTeasdale.com
       dmarsh@ArmstrongTeasdale.com
12     Attorneys for Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Gallagher - by Mr. Steese - HIGHLY CONFIDENTIAL

Page 34

1       A.      Um-um, no, no.
2               MR. STEESE:  Can we go off the record
3    and step outside for a second?
4               MR. BENSON:  Yeah.
5               (A discussion is held off the record.)
6       Q.      If a call hits -- I'm going to try and
7    do this in reverse.
8               I thought I heard you say earlier that
9    currently there's no marker in a CDR to identify
10   whether or not a call is or is not OTT.  Correct?
11      A.      Correct.  None that I'm aware of,
12   um-hum.
13      Q.      Okay.  And so historically, up until
14   very recently, all calls that hit the long distance
15   network that were VoIP were being billed end-office
16   switching charges to the extent permissible under the
17   law, meaning I know that termination went to zero,
18   for example, in 2017.  Is that fair?
19      A.      Yes.
20      Q.      And recently, meaning summer of '19,
21   AT&T went through a process that we'll get through in
22   detail to try and identify calls connected
23   with -- call volumes connected with two products, HVS
24   and Collaborate.  Is that correct?
25      A.      That is correct.

Page 78

1  of if there was some way to identify an over-the-top
2  call within the Call Detail Records, I could respond
3  with a definitive answer.
4          So knowing of no indicator, I thought at
5  that time that perhaps they could be identified by
6  the telephone number that appeared in the record.
7  So, yes, I was asking for some means by which I could
8  look through Call Detail Records and identify those
9  which were Collaborate versus those which were not.
10     Q.    Let me show you what I'm marking as
11  Exhibit 66.
12          (AT&T-66, E-Mail String,
13  ATT_PROD_0014477 - ATT_PROD_0014479, marked for
14  identification.)
15     Q.    And Exhibit 66 is just a few days later,
16  a detailed e-mail from you.
17     A.    Okay.
18     Q.    And you are focusing on the usage for
19  BVoIP.
20     A.    Okay.
21     Q.    Do you see that?
22     A.    Yes.
23     Q.    Why did you focus on BVoIP?
24          MR. BENSON:  Object to form.
25     A.    I believe by that time it would have

1   been clarified that the other VoIP product we bill,
2   we call CVoIP for Consumer VoIP, that doesn't have
3   over-the-top capabilities.
4           So by this point in time, the data
5   requesters had narrowed their request to specify
6   "only give me BVoIP data."
7        Q.   So BVoIP is Business VoIP.
8        A.   Yes.
9        Q.   And CVoIP is Consumer VoIP.
10       A.   Yes.  That's our internal terminology.
11       Q.   I'm just trying to understand it.
12       A.   Yeah.
13       Q.   That's fine.
14       A.   Yeah.
15       Q.   So in terms of -- how do you distinguish
16  between biz and consumer?
17       A.   How do I?  They are distinguishable.
18  CVoIP, Consumer VoIP, I understand it may be
19  associated with the U-verse product, but I don't know
20  that firsthand.  But CVoIP usually is identifiable
21  because they have distinct unique switch CLLIs.  The
22  CLLI code that identifies the switch is unique.  And
23  the owner, as identified in the local exchange
24  routing guide and other products, is identified
25  specifically as Operating Company No. 516-C, which is