# EXHIBIT 34

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

TRANSCRIPT DESIGNATED HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| AT&T CORPORATION, | ) | Civil Action No. |
| | ) | 18-cv-00112-RM-MEH |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONTINUED |
| -vs- | ) | TCG 30(b)(6) |
| | ) | DEPOSITION OF: |
| LEVEL 3 COMMUNICATIONS, | ) | |
| LLC, | ) | JANICE MAUREEN |
| | ) | GALLAGHER |
| | ) | (Volume II) |
| Defendant. | ) | |

______________________

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before LINDA M. JORRITSMA, a Certified Court Reporter and Notary Public of the State of New Jersey, held at the office of AT&T CORPORATION, One AT&T Way, Bedminster, New Jersey, on Friday, September 13, 2019, commencing at 9:06 a.m.

Job No. CS3495719

A P P E A R A N C E S:

SIDLEY AUSTIN LLP
BY: JUSTIN A. BENSON, ESQ.
JOSH MOORE, ESQ.
1501 K Street, N.W.
Washington, DC 20005
201-736-8757
jbenson@sidley.com
joshua.more@sidley.com
Attorneys for Plaintiff

ARMSTRONG TEASDALE LLP
BY: CHARLES W. STEESE, ESQ.
DOUGLAS N. MARSH, ESQ.
4643 South Ulster Street
Suite 800
Denver, Colorado 80237
720-722-7199
csteese@ArmstrongTeasdale.com
dmarsh@ArmstrongTeasdale.com
Attorneys for Defendant

records.

Q. That was helpful. Thank you.

Do you know Michael James?

A. No, I do not.

Q. Okay.

MR. STEESE: You can turn on that projector.

MR. BENSON: Just so the court reporter is clear, I would like to keep this highly confidential, too.

Q. Exhibit 79, AT&T14662.

(AT&T-79, Spreadsheet on Flash Drive, Bates AT&T14662, marked for identification.)

Q. And this is a spreadsheet that has total billed BVoIP 8YY minutes, and then it has of that the HVS minutes, the total Collaborate minutes and it comes up with a 2.13 percent. Do you see that?

A. Yes, I see that.

Q. If you look at the spreadsheet and you look at the properties, it shows that you, Ms. Gallagher, are the creator of this document. You created it on July 25th, 2019. Does that sound about right? Right here.

A. July 25th, 2019. Perhaps that particular version of that.