**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSES TO *DAUBERT* MOTIONS**

Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), respectfully moves for an order to extend the deadline for the parties to file their responses to AT&T & TCG's *Daubert* Motion to Exclude Certain Testimony of Andrew McClure ("McClure *Daubert* Motion") (ECF No. 141), and Level 3's Motion to Preclude Expert Testimony regarding Charges on Calls Originating from or

Terminating to Level 3 Telephone Numbers (ECF No. 139), filed on June 16, 2020. Counsel for Level 3 has conferred with counsel for AT&T and TCG regarding this motion in compliance with D.C. Colo. L. Civ. R. 7.1, and is authorized to state that neither AT&T nor TCG oppose this motion.

In support of this Motion, Level 3 states as follows:

1. The deadline to respond to the *Daubert* motions is currently due on July 6, 2020.

2. Pursuant to D.C. Colo. L. Civ. R. 6.1, Level 3 seeks an extension of time of ten (10) days, until July 16, 2020.

3. Level 3 requests the extension because of conflicts in the schedule of counsel; namely, multiple depositions in the week leading up to July 6, as well as the wedding of counsel's son the week of July 6.

4. The parties previously requested, and the Court granted, a stay of discovery to allow the parties to attempt to resolve the matters in dispute (ECF No. 90); an extension of discovery deadlines (ECF No. 87); a ten-day extension of the deadline for Level 3 to answer, move, or otherwise respond to Plaintiffs' Complaint (ECF No. 13); and a ten-day extension for Plaintiff to respond to Defendant's motion to dismiss (ECF No. 35).

5. Pursuant to Local Rule 6.1(c), this Motion is being served contemporaneously on Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC.

For the foregoing reasons, Level 3 respectfully requests that the Court grant this Motion as set forth in the proposed order submitted contemporaneously herewith, and extend the deadline for the parties to respond to the pending *Daubert* motions to July 16, 2020.

Respectfully submitted this 30th day of June, 2020.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*

3

## CERTIFICATE OF SERVICE

  I, Charles W. Steese, hereby certify that on June 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Rebecca B. DeCook
  Andrew T. Flynn
  Moye White LLP
  1400 16th Street, 6th Floor
  Denver, CO 80202-1027
  becky.decook@moyewhite.com
  andrew.flynn@moyewhite.com

  Michael D. Warden
  Michael J. Hunseder
  Justin A. Benson
  Joshua W. Moore
  SIDLEY AUSTIN LLP
  1501 K ST NW
  Washington, DC 20005
  Telephone: (202) 736-8000
  mwarden@sidley.com
  mhunseder@sidley.com
  jbenson@sidley.com
  joshua.moore@sidley.com

  *Attorneys for Plaintiff AT&T Corp.*

  In addition, a copy of the foregoing was served via email on counsel for Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC:

  Timothy Boucher
  Timothy.boucher@centurylink.com

            /s/ *Charles W. Steese*
            Charles W. Steese