**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RPM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

---

**[PROPOSED] ORDER GRANTING LEVEL 3'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO *DAUBERT* MOTIONS**

---

Before the Court is Defendant/Counterclaimant, Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC's Unopposed Motion for Extension of Time to File Responses to *Daubert* Motions. Upon consideration of the Motion and the entire record herein, it is hereby ordered that the Motion is **GRANTED**. The deadline for the parties to file their

responses to the *Daubert* motions (ECF Nos. 139 and 141) is extended up to and including **July 16, 2020**.

It is SO ORDERED this _____ of _____, 2020.

_____
The Honorable Michael E. Hegarty
U.S. Magistrate Judge

Submitted by:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*