**EXHIBIT 2**

**Confidential**

```
                                                                    1

   1

   2       IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
   3       ----------------------------------------------X
           AT&T CORPORATION,
   4
                   Plaintiff/Counterclaim Defendant,
   5
                       v.
   6
           LEVEL 3 COMMUNICATIONS, LLC.,
   7
                   Defendant/Counterclaimant,
   8
                       and
   9
           BROADWING COMMUNICATIONS, LLC, GLOBAL
  10       CROSSING TELECOMMUNICATIONS, INC., and
           WILTEL COMMUNICATIONS, LLC.
  11
                   Counterclaimants,
  12
                       v.
  13
           TELEPORT COMMUNICATIONS GROUP, INC.
  14
                   Counterclaim Defendant.
  15       ----------------------------------------------X
                       ***CONFIDENTIAL***
  16

  17           DEPOSITION OF ANDREW McCLURE

  18              Thursday, June 11, 2020

  19

  20

  21

  22

  23       Reported by:

  24       Rebecca Schaumloffel, CLR, RPR, CCR-NJ

  25       Job No:   2020-86250
```

www.LexitasLegal.com/Premier     Lexitas      888-267-1200

**Confidential**

2

3      June 11, 2020

4      11:08 a.m.

8      Deposition of ANDREW McCLURE, held
9   remotely via Webex, before Rebecca
10  Schaumloffel, a Certified Livenote Reporter,
11  Registered Professional Reporter, Certified
12  Court Reporter of New Jersey, and Notary
13  Public of the States of New York, New Jersey,
14  Delaware, and Pennsylvania.

Confidential

3

```
 1
 2      A P P E A R A N C E S:
 3
 4         SIDLEY AUSTIN
                Attorneys for the Plaintiff
 5              1501 K. Street, N.W.
                Washington, D.C. 20005
 6              BY:  MICHAEL HUNSEDER, ESQ.
                     JUSTIN BENSON, ESQ.
 7                   JOSH MOORE, ESQ.
 8
 9
10         ARMSTRONG TEASDALE
                Attorneys for the Defendant
11              4643 South Ulster Street
                Denver, Colorado 80202
12              BY:  CHARLES STEESE, ESQ.
13
14
15
16
17
           ALSO PRESENT:
18
19              Mark W. Lewis, Esq., AT&T
20              Christian Ruiz, Lexitas
21
                   *          *          *
22
23
24
25
```

53

```
                1                       A. MCCLURE
12:23PM         2           Q.    Right.  And then column G, which
12:23PM         3    is OTT revenue, is column D times column E?
12:23PM         4           A.    Correct.
12:23PM         5           Q.    Okay.  And then if you move over a
12:23PM         6    little bit on the spreadsheet, there is a
12:23PM         7    column J, K, and L.
12:23PM         8                 Do you see that?
12:24PM         9           A.    I do.
12:24PM        10           Q.    So there is -- in column J --
12:24PM        11    let's start with -- starts in column J, row
12:24PM        12    1.  It says "2019 to Current AT&T OTT
12:24PM        13    Summarized."
12:24PM        14                 Can you tell me what that means?
12:24PM        15           A.    So this is summarizing the total
12:24PM        16    end-office minutes that we would have billed
12:24PM        17    based upon the traffic that it was
12:24PM        18    originating outbound toll-free to AT&T using
12:24PM        19    Level 3 TNs, and then in column K is the
12:24PM        20    total amount of minutes that we believed to
12:24PM        21    be OTT from our research of, you know, using
12:24PM        22    a percentage of each of those carriers to
12:24PM        23    then come to a final percentage.
12:24PM        24           Q.    So in cell J3, there is a very
12:25PM        25    large number, about 2.37 billion.  Do I have
```

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | A. MCCLURE                                         |
| 12:25PM  | 2  | that right?                                        |
| 12:25PM  | 3  | A. Yes.                                            |
| 12:25PM  | 4  | Q. Am I correct that that figure is                |
| 12:25PM  | 5  | the sum of all of the minutes depicted in          |
| 12:25PM  | 6  | column C?                                          |
| 12:25PM  | 7  | A. Correct.                                        |
| 12:25PM  | 8  | Q. Okay. And then in column K you                  |
| 12:25PM  | 9  | have OTT total minutes of use and that is the      |
| 12:25PM  | 10 | minutes of use -- that's the sum of all of         |
| 12:25PM  | 11 | the minutes that are shown in column F; is         |
| 12:25PM  | 12 | that correct?                                      |
| 12:25PM  | 13 | A. Correct.                                        |
| 12:25PM  | 14 | Q. And then just to -- to come up                  |
| 12:25PM  | 15 | with the 16%, then you simply divide J -- you      |
| 12:26PM  | 16 | divided K3 by J3, correct?                         |
| 12:26PM  | 17 | A. Correct.                                        |
| 12:26PM  | 18 | Q. And that's what formed the basis                |
| 12:26PM  | 19 | of your opinion that the OTT percentage for        |
| 12:26PM  | 20 | Level 3 in this period on the originating 8YY      |
| 12:26PM  | 21 | traffic to AT&T is 16%; is that correct?           |
| 12:26PM  | 22 | A. That's correct.                                 |
| 12:26PM  | 23 | Q. And this is essentially the high                |
| 12:26PM  | 24 | level -- that's the opinion you expect later       |
| 12:26PM  | 25 | in the proceeding if there is a trial in the       |

170

1            A. MCCLURE
04:45PM  2        Q.   And it's a Level 3 telephone
04:45PM  3   number?
04:45PM  4        A.   Yes.
04:45PM  5        Q.   You are saying end-office is
04:45PM  6   applicable, correct?
04:45PM  7        A.   Yes.
04:45PM  8        Q.   And then if that facility is
04:45PM  9   removed and then suddenly Comcast is
04:45PM 10   providing that facility, then it's
04:45PM 11   over-the-top and only tandem charges are
04:45PM 12   appropriate under the Settlement Agreement
04:45PM 13   and under the rules?
04:45PM 14        A.   Correct.  We would not bill tandem
04:45PM 15   on that call.  Well, it depends on the
04:45PM 16   location, but, yes, in theory, what you are
04:45PM 17   saying is correct.
04:45PM 18        Q.   Okay.  I would like to discuss, if
04:46PM 19   you flip over to paragraph 6, and you -- you
04:46PM 20   have two sentences there I want to talk
04:46PM 21   about.  It says, Dr. Pfautz stated that input
04:46PM 22   from a customer on its percent OTT must be
04:46PM 23   verifiable," and it has a citation in his
04:46PM 24   report.  It says, "On this point, I
04:46PM 25   disagree."