## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

      Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING
TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

      Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

      Counterclaim Defendant.

---

## LEVEL 3'S UNOPPOSED MOTION TO RESTRICT
## PUBLIC ACCESS TO ITS RESPONSE TO AT&T & TCG'S
## MOTION TO EXCLUDE CERTAIN TESTIMONY OF ANDREW McCLURE

---

Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants
Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel
Communications, LLC (collectively, "Level 3"), respectfully submits the following Unopposed
Motion for an order restricting public access to portions of its Response to AT&T & TCG's
Motion to Exclude Certain Testimony of Andrew McClure in order to maintain the

confidentiality of the information contained therein. Counsel for Level 3 has conferred with counsel for AT&T regarding this motion in compliance with D.C. Colo. LCivR 7.1 and is authorized to state that AT&T does not oppose this motion.

In support of this Motion, and in compliance with D.C. Colo. L. Civ. R. 7.2, Level 3 states as follows:

1. Level 3's Response to AT&T & TCG's Motion to Exclude Certain Testimony of Andrew McClure which contains sensitive proprietary information such as customer names and traffic volumes.

2. Level 3 is filing a public version of its Motion on the public docket, with solely the specifically identified sensitive language redacted, concurrently with this motion. Level 3 is mindful of the Court's orders regarding the scope of the material the parties may restrict, and has limited the extent of the requested restrictions in conformance with the Court's instructions to proprietary materials that must be maintained as confidential.

3. Level 3 has attempted to minimize the restriction of public access as narrowly as possible and does not believe any less-restrictive alternative will (a) allow for the use of the materials and (b) protect the confidential nature of the information.

5. The appropriate level of restriction is Level 1—i.e., access should be limited to the parties and the Court.

For the foregoing reasons, Level 3 respectfully requests that the Court restrict public access to portions of its Response to AT&T's Motion to Exclude Certain Testimony of Andrew McClure.

Respectfully submitted this 16th day of July, 2020.

By: /s/ *Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3*
*Communications, LLC, Broadwing*
*Communications, LLC, Global Crossing*
*Telecommunications, Inc., and WilTel*
*Communications, LLC*

## CERTIFICATE OF SERVICE

I, Charles W. Steese, hereby certify that on July 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael D. Warden
Michael J. Hunseder
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mwarden@sidley.com
mhunseder@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

*/s/Charles W. Steese*