**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**DECLARATION OF ANDREW McCLURE IN**
**SUPPORT OF LEVEL 3'S RESPONSE TO AT&T & TCG'S MOTION TO EXCLUDE**
**CERTAIN TESTIMONY OF ANDREW McCLURE**

    I, ANDREW MCCLURE, do depose on oath and state as follows in support of the response of Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3") to the Motion of AT&T and TCG to exclude Certain Testimony of Andrew McClure:

    1.    I am Manager of Revenue Assurance for Level 3 Communications, LLC.

2. I have personal knowledge of the following facts and affirm that they are all true and correct.

3. My day-to-day job functions include ensuring that voice revenue streams are invoiced accurately and correctly from order, quote, contract, or tariff to bill. In other words, I work to identify and correct underbilling and overbilling.

4. Level 3 disclosed me as a non-retained expert in its Rule 26(a)(2)(C) disclosure, as supplemented on April 22, 2020. As explained in various pleadings Level 3 has submitted, as part of the testimony I am providing in this case, I am providing an analysis of Level 3's traffic to determine what percentage of that traffic is OTT.

5. In conducting this analysis, I gathered data from Level 3's database on all calls from January 1, 2019 through February 2020 which contained a Level 3 telephone number and was destined for AT&T. All of these calls are toll free calls, otherwise known as 8YY calls. The data set created represented over 373 million calls accounting for 2.37 billion minutes of traffic.

6. For many of these calls, an individual customer originates calls over a known facility, or trunk group. For each instance where a specific customer was associated with a trunk group, I identified the exact number of calls and related minutes of use on a customer-by-customer basis.

7. When a call was not associated with an individual customer, I collected these calls into one category which I called "NULL." The minutes of use associated with the NULL and individual customer categories combined accounted for over 99 percent of Level 3's traffic to AT&T.

8. To determine whether any "NULL" traffic was OTT, I ran queries against the database so I could identify where that traffic was coming from. After going through the largest trunk groups constituting 90 percent of the "NULL" traffic, I determined that they were network trunk groups associated with older legacy Level 3 networks—*i.e.*, networks Level 3 had acquired such as Time Warner, Global Crossing, or WilTel.

9. The vast majority of these trunk groups are TDM circuit-switched networks, and are almost exclusively (over 99 percent) used for enterprise-class customers. As such, these networks are not capable of hosting "nomadic" telephone numbers or originating OTT traffic. This traffic is therefore appropriately classified as zero percent OTT.

10. I explained all of this in my June 11, 2020 deposition, a true and correct copy of excerpts of which is attached hereto as *Exhibit A*. *See* in particular pages 82:25–91:17.

11. I note further that AT&T has made similar conclusions in calculating its own OTT percentage, determining that only calls that flow over its "BVoIP" network are capable of supporting OTT calls.

12. Likewise, based on my review of the information in the database regarding "NULL" traffic—all of which is easily repeatable based on readily available information in the database—it is essentially impossible for traffic originating over these "NULL" trunk groups to be OTT.

Executed this 16th day of June, 2020 in Denver, Colorado.

By: /s/ *Andrew McClure*
 Andrew McClure
 CenturyLink
 1025 Eldorado Blvd
 Broomfield, CO 80021-8254
 andrew.mcclure@centurylink.com