# EXHIBIT A

To Declaration of Andrew McClure

# In The Matter Of:

*AT&T Corporation v.*
*Level 3 Communications, LLC*

*Andrew McClure*
*June 11, 2020*
*Confidential*



*Min-U-Script® with Word Index*

**Confidential**

```
                                                                    1

 1

 2      IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO
 3      ----------------------------------------------X
        AT&T CORPORATION,
 4
               Plaintiff/Counterclaim Defendant,
 5
                    v.
 6
        LEVEL 3 COMMUNICATIONS, LLC.,
 7
               Defendant/Counterclaimant,
 8
                    and
 9
        BROADWING COMMUNICATIONS, LLC, GLOBAL
10      CROSSING TELECOMMUNICATIONS, INC., and
        WILTEL COMMUNICATIONS, LLC.
11
               Counterclaimants,
12
                    v.
13
        TELEPORT COMMUNICATIONS GROUP, INC.
14
               Counterclaim Defendant.
15      ----------------------------------------------X
                    ***CONFIDENTIAL***
16

17         DEPOSITION OF ANDREW McCLURE

18              Thursday, June 11, 2020

19

20

21

22

23      Reported by:

24      Rebecca Schaumloffel, CLR, RPR, CCR-NJ

25      Job No:   2020-86250
```

Confidential

2

3     June 11, 2020

4     11:08 a.m.

8         Deposition of ANDREW McCLURE, held
9     remotely via Webex, before Rebecca
10    Schaumloffel, a Certified Livenote Reporter,
11    Registered Professional Reporter, Certified
12    Court Reporter of New Jersey, and Notary
13    Public of the States of New York, New Jersey,
14    Delaware, and Pennsylvania.

Confidential

3

         A P P E A R A N C E S:


     SIDLEY AUSTIN
          Attorneys for the Plaintiff
          1501 K. Street, N.W.
          Washington, D.C. 20005
          BY:  MICHAEL HUNSEDER, ESQ.
               JUSTIN BENSON, ESQ.
               JOSH MOORE, ESQ.



     ARMSTRONG TEASDALE
          Attorneys for the Defendant
          4643 South Ulster Street
          Denver, Colorado 80202
          BY:  CHARLES STEESE, ESQ.





     ALSO PRESENT:

          Mark W. Lewis, Esq., AT&T

          Christian Ruiz, Lexitas

          *         *         *

|  |  |  |
|---|---|---|
|  | 1 | A. MCCLURE |
| 02:50PM | 2 | A. Correct. |
| 02:50PM | 3 | Q. Okay. Well, we will have to |
| 02:50PM | 4 | consider what we want to do with that. |
| 02:50PM | 5 | Then what did you do, if anything, |
| 02:50PM | 6 | to make sure that the person placing the |
| 02:50PM | 7 | call, the 800 call that you described in your |
| 02:50PM | 8 | prior answer was using a facilities-paid |
| 02:50PM | 9 | connection to get to that end-office? |
| 02:50PM | 10 | A. So these are primarily enterprise |
| 02:50PM | 11 | networks, so they don't offer mobility. They |
| 02:51PM | 12 | don't offer pneumatic capability. So I |
| 02:51PM | 13 | didn't feel the need to investigate that. |
| 02:51PM | 14 | Q. Okay. So the answer is you did |
| 02:51PM | 15 | nothing to investigate that, you just -- |
| 02:51PM | 16 | because of your prior answer, you assumed |
| 02:51PM | 17 | that it was 0% OTT VoIP in the facilities |
| 02:51PM | 18 | space; is that correct? |
| 02:51PM | 19 | MR. STEESE: Objection to form. |
| 02:51PM | 20 | You can answer. |
| 02:51PM | 21 | A. Yes, I made the assumption that |
| 02:51PM | 22 | because it was mostly enterprise and that |
| 02:51PM | 23 | there wasn't pneumatic TN capability, there |
| 02:51PM | 24 | is no application-based products or services |
| 02:51PM | 25 | that we offer on any of those networks, that |

93

1        A. MCCLURE

02:51PM  2    any of it would be OTT.
02:51PM  3        Q.    Let me try to -- the company --
02:51PM  4    the networks that you mentioned, I think, in
02:51PM  5    your testimony just now were Time Warner
02:51PM  6    which is, I think, was Time Warner Telecom
02:52PM  7    formerly; is that correct?
02:52PM  8        A.    Yes.
02:52PM  9        Q.    And then you mentioned Broadwing;
02:52PM 10    is that right?
02:52PM 11        A.    Correct.
02:52PM 12        Q.    And then you mentioned Wiltel?
02:52PM 13        A.    Correct.
02:52PM 14        Q.    Are there any others that are --
02:52PM 15    that you recall being included in the NULL
02:52PM 16    set that you examined for row 2?
02:52PM 17        A.    I believe there was some Global
02:52PM 18    Crossing and some Telcove.
02:52PM 19        Q.    And on Global Crossing, for
02:52PM 20    example, on my spreadsheet they are also in
02:52PM 21    row 24.
02:52PM 22              Do you see that?
02:52PM 23        A.    Yep.
02:52PM 24        Q.    And why is Global Crossing shown
02:52PM 25    in row 24 yet also apparently included in row