# EXHIBIT B

## To Declaration of Charles W. Steese

Confidential - Attorneys' Eyes Only

Page 1

1           UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
2

    _____
3                                  )
    AT&T CORP.,                    )
4                                  )
    Plaintiff,                     )
5                                  )
    vs.                            )   Case No.
6                                  )   18-cv-00112-RM
    LEVEL 3 COMMUNICATIONS,        )
7   LLC,                           )
                                   )
8   Defendant.                     )
    _____)
9
10
11
              ** CONFIDENTIAL - ATTORNEYS' EYES ONLY **
12
13
14
15      30(b)(6) DEPOSITION OF LEVEL 3 COMMUNICATIONS
16           THROUGH ITS DESIGNATED REPRESENTATIVE
17                      ANDREW McCLURE
18                     Denver, Colorado
19                     August 29, 2019
20
21
22
23  Reported by:
24  MELANIE L. GIAMARCO, RMR, CRR, RPR, CSR
25  JOB NO.: 166466

Confidential - Attorneys' Eyes Only

Page 2

1                    A. McClure

2                 August 29, 2019

3                    9:05 a.m.

4

5         30(b)(6) DEPOSITION OF LEVEL 3

6    COMMUNICATIONS THROUGH ITS DESIGNATED

7    REPRESENTATIVE ANDREW McCLURE, taken by the

8    Plaintiff, held at the law offices of Moye White,

9    1400 Sixteenth Street, 16 Market Square, Denver,

10   Colorado, before Melanie L. Giamarco, a Registered

11   Professional Reporter, Registered Merit Reporter,

12   Certified Realtime Reporter and Notary Public of

13   the State of Colorado.

Confidential - Attorneys' Eyes Only

Page 3

```
 1                    A. McClure
 2       APPEARANCES:
 3       SIDLEY AUSTIN
         Attorneys for Plaintiff:
 4            1501 K Street, N.W.
              Washington, D.C.  20005
 5       BY:  MICHAEL WARDEN, ESQ.
              JUSTIN BENSON, ESQ.
 6

         ARMSTRONG TEASDALE
 7       Attorneys for Defendant:
              4643 South Ulster Street
 8            Denver, Colorado  80202
         BY:  CHARLES STEESE, ESQ.
 9            DOUGLAS MARSH, ESQ.
10
11       ALSO PRESENT:
12            Carmel Gill, CenturyLink
              Kim Meola, AT&T
13            Letty S. Friesen, AT&T
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorneys' Eyes Only

Page 47

1        A. McClure
2  in terms of populating this column in this
3  spreadsheet; is that right?
4        A.   That's correct.
5        Q.   And is this a calculation or an
6  assumption?
7        A.   These are the best data that we had by
8  reaching out to our customers.  So what I did was I
9  essentially went through the top 90 percent of
10 traffic.
11       Q.   And so you got this information from
12 your customers?
13       A.   Correct.
14       Q.   Doesn't Level 3 know what telephone
15 number's owned by it or used by various customers?
16       A.   We know the TNs, but we don't know the
17 OTT.  We don't know -- we don't know their business
18 model, so we have to ask them, just like a PIU or
19 PVU --
20       Q.   But the business model is L, right?  F
21 is phone numbers.  TN is telephone numbers.  That's
22 what you told me.
23       A.   F is phone numbers, correct.
24       Q.   Right.
25       A.   And that was provided by product.  And

Confidential - Attorneys' Eyes Only

Page 51

1                    A. McClure

2      that we use for everything else.

3           Q.  And that standard -- what you claim is a

4      standard is based on an assumption that these

5      minutes of use -- withdrawn.

6           This calculation of the 7.3 million OTT

7      usage is based on the assumption that the 36.8

8      million minutes of use are evenly distributed

9      across the Vonage retail phone numbers, correct?

10          MR. STEESE:  Objection; asked and answered.

11          A.  I'm simply doing the same factoring and

12     the same calculations that are done with other

13     factors as the FCC has stated for PIU, PLU, PVU.

14          Q.  There are calculations in this

15     spreadsheet and there are assumptions, right?

16          A.  I would say no different than any

17     other --

18          Q.  I'm not -- sir, with all due respect, my

19     question is:  Are there calculations in this

20     spreadsheet?

21          A.  Yes, there are calculations in this

22     spreadsheet.

23          Q.  And there are also assumptions, right?

24          A.  Reasonable assumptions.

25          Q.  Right.  You consider the assumptions