## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNCATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

### AT&T & TCG'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO ITS OPPOSITION TO LEVEL 3's MOTION FOR SUMMARY JUDGMENT, RESPONSE AND ADDITIONAL FACTS AND SUPPORTING EVIDENCE, AND EXHIBITS IN SUPPORT

---

Plaintiff/Counterclaim Defendant AT&T Corp. and Counterclaim Defendant Teleport Communications Group (collectively, "AT&T"), by and through undersigned counsel, respectively moves this Court for an Order restricting public access to all or portions of its Opposition to Level 3's Motion for Summary Judgment (the "Opposition"), Response and Additional Facts and Supporting Evidence ("OSUMF"), and exhibits in support of the Opposition

1

(the "Exhibits") in order to maintain the confidentiality of information contained therein. Counsel for AT&T has conferred with counsel for Level 3 Communications, LLC ("Level 3") regarding this motion in compliance with D. Colo. L. Civ. R. 7.1 and is authorized to state that Level 3 does not oppose this Motion. In support of its Motion, and in compliance with D. Colo. L. Civ. R. 7.2, AT&T states as follows:

1. AT&T seeks to place all or portions of the Opposition, OSUMF, and the Exhibits under restriction.

2. Public access to all or portions of these documents should be restricted because they discuss sensitive material to which AT&T is obligated to maintain as confidential pursuant to the Stipulated Protective Order Governing Confidential Information, ECF No. 62, ¶ 18 ("Protective Order"),[1] the terms of a 2015 confidential settlement agreement between the parties ("2015 Settlement Agreement"), the terms of a 2019 confidential settlement agreement between the parties ("2019 Settlement Agreement"), and this Court's prior Orders.

3. AT&T's Opposition, its OSUMF, and its Exhibits A, B, C, E, G, H, I, J, L, M, N, O, P, Q, R, S, T, W, and X to AT&T's Opposition contain sensitive language and/or business and client proprietary information, such as information on customers, traffic volumes, and monetary payments, which AT&T seeks to maintain as confidential and/or is obligated to maintain as confidential pursuant to the Court's Protective Order, ECF No. 62, the terms of the 2015 Settlement Agreement, 2019 Settlement Agreement, and/or this Court's prior Orders.

---

[1] The Protective Order requires that "[i]n the event it is necessary for the Parties to file Confidential or Highly Confidential Documents with the Court, the Documents shall be filed in accordance with the requirements of D.C.Colo.LCivR 7.2." Protective Order ¶ 18.

2

4. If access is not restricted, AT&T will be unable to fulfill both its contractual obligation under the 2015 Settlement Agreement and 2019 Settlement Agreement, its obligation under the Protective Order to maintain this material as confidential, and the Court's previous Order (ECF No. 24), which maintains certain of these documents under restriction.

5. As to whether there are less restrictive alternatives to restriction, AT&T is filing concurrently with this motion, on the public docket, the Opposition, the OSUMF, and the Exhibits with appropriate redactions where possible. Certain documents (exhibits A, G, H, I, J, and X) are being redacted in full pursuant to either this Court's prior Order (ECF No. 24) or the terms of the document. Counsel for AT&T and Level 3 have cooperated to make these redactions.

6. The appropriate level of restriction is Level One – i.e., access should be limited to the parties and the Court.

Respectfully submitted this 20th day of July, 2020.

By: /s/ Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com

3

jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

4

## CERTIFICATE OF SERVICE

      I, Justin A. Benson, hereby certify that on July 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

/s/ Justin A. Benson
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: jbenson@sidley.com

*Attorney for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*