# EXHIBIT A

## Excerpts from 2019 AT&T and CenturyLink Settlement Agreement

## (Filed Under Seal)