# EXHIBIT D

CONFIDENTIAL

Page 1

```
 1            IN THE UNITED STATES DISTRICT
 2             FOR THE DISTRICT OF COLORADO
 3
 4    AT&T CORPORATION,
 5              Plaintiff,
                                  CIVIL ACTION FILE
 6         vs.                    NO.  18-cv-00112-RM-MEH
 7    LEVEL 3 COMMUNICATIONS, LLC,
 8              Defendant.
 9
10
11
12              VIDEOTAPED DEPOSITION OF
                      GEORGE SLOAN
13
                  September 24, 2019
14                   11:39 a.m.
15         1025 Lenox Park Boulevard, NE
                   Atlanta, Georgia
16
17       Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC
18
19
20
21
22
23
24
25    Job No. CS3532263
```

CONFIDENTIAL

Page 2

1        APPEARANCES OF COUNSEL
2
3    On behalf of Plaintiff:
4        MICHAEL J. HUNSEDER, ESQ.
         JUSTIN A. BENSON, ESQ.
5        SIDLEY AUSTIN LLP
         1501 K Street, N.W.
6        Washington, D.C.  20005
         202.736.8236
7        202.736.8711 (facsimile)
         mhunseder@sidley.com
8        jbenson@sidley.com
9    - and -
10       CARL MICKENS, ESQ.
         AT&T
11       675 West Peachtree Street, NW
         Atlanta, Georgia
12       404.216.5233
13
14   On behalf of the Defendant:
15       CHUCK STEESE, ESQ.
         ARMSTRONG TEASDALE LLP
16       4643 South Ulster Street, Suite 800
         Denver, Colorado  80237
17       720.200.0676+720.200.0679 (facsimile)
         csteese@armstrongteasdale.com
18
19   Also Present:
20       Jess Wiggins, Videographer
21
22
23
24
25

CONFIDENTIAL

Page 3

1              INDEX OF EXAMINATION

2      WITNESS:   GEORGE SLOAN

3      EXAMINATION                                    PAGE

       By Mr. Steese                                    6

4      By Mr. Hunseder                                 75

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               A.      Okay.
2               Q.      And can you -- it's -- it's somewhat
3       small, but can you review and read out loud the
4       language at the bottom of that page.
5               A.      Sure.
6                       It says, "This is not an offer or
7       proposal" -- "or proposal capable of acceptance, and
8       instead provided for conceptual purposes only.  A
9       final proposal may not include all items referenced
10      in this document, and neither party is under any
11      obligation to propose or agree to any of the terms,
12      conditions, or structures presented in this
13      document.  This document does not cover all terms
14      and conditions that may be included in the final
15      proposal or in any final agreement.  No terms are
16      binding until in final, formal written agreement
17      mutually executed by the parties."
18              Q.      And as a business person, does that
19      language have any meaning to you?
20              A.      It has a lot of meaning to me.
21              Q.      And what is that?
22              A.      It -- it means that the only terms that
23      matter are those that are in the final, signed
24      document between the two parties.
25                      And as we all know in negotiations, ideas

CONFIDENTIAL

Page 77

1    are thrown out by both parties, and this is very
2    important language pointing out that the only thing
3    that matters is what gets signed by both parties.
4            MR. HUNSEDER:  I have no further
5        questions.
6            MR. STEESE:  I don't have any redirect.
7            VIDEOGRAPHER:  The time is 1:14 p.m.
8            This concludes the videotaped deposition.
9            We are off the video record.
10           (Deposition concluded at 1:14 p.m.)
11           (Pursuant to Rule 30(e) of the Federal
12       Rules of Civil Procedure and/or O.C.G.A.
13       9-11-30(e), signature of the witness has been
14       reserved.)
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 78

1      C E R T I F I C A T E
2
3
       STATE OF GEORGIA:
4
       COUNTY OF FULTON:
5
6
       I hereby certify that the foregoing transcript was
7      taken down, as stated in the caption, and the
       questions and answers thereto were reduced to
8      typewriting under my direction; that the foregoing
       pages represent a true, complete, and correct
9      transcript of the evidence given upon said hearing,
       and I further certify that I am not of kin or
10     counsel to the parties in the case; am not in the
       regular employ of counsel for any of said parties;
11     nor am I in anywise interested in the result of said
       case.
12
13
14
15     *Lee Ann Barnes* (signature)
16
       LEE ANN BARNES, CCR B-1852, RPR, CRR, CRC
17
18
19
20
21
22
23
24
25