# EXHIBIT F

Page 1

1               IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF COLORADO

2

3

4    AT&T CORPORATION,           )    Civil Action No.

                                 )    18-cv-00112-RM-MEH

5                                )

                 Plaintiff,      )

6                                )

        -vs-                     )    DEPOSITION OF:

7                                )

     LEVEL 3 COMMUNICATIONS,     )    CRAIG ROBERT JOHN

8    LLC,                        )

                                 )

9                 Defendant.     )

                                 )

10

     _____

11

12

13            TRANSCRIPT of the stenographic notes of

14   the proceedings in the above-entitled matter, as

15   taken by and before LINDA M. JORRITSMA, a Certified

16   Court Reporter and Notary Public of the State of New

17   Jersey, held at the office of AT&T CORPORATION, One

18   AT&T Way, Bedminster, New Jersey, on Friday,

19   September 13, 2019, commencing at 10:51 a.m.

20

21

22

23

24

25   Job No. CS3495719

```
1    A P P E A R A N C E S:

2      SIDLEY AUSTIN LLP
       BY: JUSTIN A. BENSON, ESQ.
3          JOSH MOORE, ESQ.
       1501 K Street, N.W.
4      Washington, DC 20005
       201-736-8757
5      jbenson@sidley.com
       joshua.more@sidley.com
6      Attorneys for Plaintiff

7
       ARMSTRONG TEASDALE LLP
8      BY: CHARLES W. STEESE, ESQ.
           DOUGLAS N. MARSH, ESQ.
9      4643 South Ulster Street
       Suite 800
10     Denver, Colorado 80237
       720-722-7199
11     csteese@ArmstrongTeasdale.com
       dmarsh@ArmstrongTeasdale.com
12     Attorneys for Defendant
13
14
15
16
17
18
19
20
21
22
23
24
25
```

John - by Mr. Marsh

Page 90

1    whatever percent of their numbers are Level 3

2    numbers, secret shopper studies is what you use to

3    describe that.  Is that correct?

4          A.    Yes.

5          Q.    Does -- do secret shopper studies entail

6    more than that?

7          A.    No.

8          Q.    Then turning to that next page.  And we

9    see two -- we see three columns.  Column 1 is the

10   name of the VoIP provider.  Column 2 is the

11   name -- it's listed "Percent Telephone Numbers 2015."

12   Column 3 is, "Percent Telephone Numbers 2017."

13               Do you see that?

14         A.    Yes.

15         Q.    So there are at least two times that you

16   did this secret shopper study to try to determine

17   what percentage of those VoIP providers' numbers were

18   Level 3 numbers.  Is that correct?

19         A.    Yes.

20         Q.    Do you recall if there are any other

21   instances where you did this?

22         A.    Yes.

23         Q.    How many other times?

24         A.    I can't recall exactly how many other

25   times.

John - by Mr. Benson

Page 143

1              MR. BENSON:  Can we take a quick pause?

2              MR. MARSH:  I'll do you one better.  I

3    think that's going to have to be it.

4              MR. BENSON:  Okay.  Can I have two or

5    three minutes to cross the witness?

6              MR. MARSH:  Go for it.

7    CROSS-EXAMINATION BY MR. BENSON:

8         Q.    Mr. John, can you please turn to

9    Bates -- it's the second sheet from what is AT&T

10   Exhibit 19.  So it's the one that Mr. Marsh asked you

11   to take out of the binder.

12              So it's Bates 11325.  Can you read at the

13   very bottom of the document, the language at the

14   bottom of this page?  It's the very small print, and

15   I apologize that it's small.

16        A.    Okay.  The entire text?

17        Q.    If you can.

18        A.    "This is not an offer or proposal

19   capable of acceptance and is instead provided for

20   conceptual purposes only.  A final proposal may not

21   include all items referenced in this document and

22   neither party is under any obligation to propose or

23   agree to any of the terms, conditions, or structures

24   present in the document.  This document does not

25   cover all terms and conditions that may be included

John - by Mr. Benson

Page 144

1    in a final proposal or in any final agreement.  No

2    terms are binding until a final formal written

3    agreement mutually executed by the parties."

4         Q.    Okay.  Thank you.

5             Can you please turn to what's been

6    marked previously as AT&T Exhibit 21, please?  So I

7    think that's 21 in your binder, Mr. John.

8             (AT&T-21, Previously Marked, was

9    introduced.)

10            This document appears to be what's a

11   Release and Settlement Agreement.  Is that what's

12   stamped at the top of the first page?

13        A.    Yes.

14        Q.    Okay.  Can you flip to the page that is

15   Bates numbered 1572?  It's the tenth page of the

16   document, so a little bit before where you are.

17        A.    Um-hum.

18        Q.    You see that this has been executed by a

19   representative from Level 3?  I believe it's Mike

20   Riederer?  Is that correct?

21        A.    Yes.

22        Q.    Do you see that this document has been

23   executed by a representative of AT&T?  I believe it's

24   Kim Meola.  Is that correct?

25        A.    Correct, yes.

John - by Mr. Benson

Page 145

1      Q.      You see these are both dated in May of

2   2015?

3      A.      Yes.

4      Q.      Okay.

5              If you can turn to Bates No. 1565,

6   please, page 3 of the document.

7      A.      Yes, I'm there.

8      Q.      Could you look at subparagraph Roman

9   (iv).  Do you see that?  It begins with the word

10  "although."

11     A.      Yes.

12     Q.      Can you read for the record the final

13  sentence of that paragraph?

14     A.      "Further, the parties agree that any

15  billing and payments for OTT traffic exchanged after

16  such final Appellate order becomes final shall be in

17  compliance with the terms of that order."

18     Q.      Okay.

19             Can you also read the language that

20  begins with the word "therefore."  So I believe it's

21  the second sentence of that paragraph.

22     A.      Um-hum.  "Therefore, in the event the

23  OTT Declaratory Order is overturned, either in whole

24  or in part, and the applicable order on appeal

25  becomes final and is no longer subject to further

John - by Mr. Benson

Page 146

1   appeal or other judicial review" --

2        Q.     That's good.  Does the word "FCC" appear

3   in that sentence?

4        A.     No.

5        Q.     Okay.

6               And then let's look to Bates 1568, which

7   is page 6.  Do you see subparagraph 3?  What does the

8   bold language say?

9        A.     "Entire Agreement Regarding the

10  Disputes."

11       Q.     What does the first sentence of that

12  paragraph say?

13       A.     "This agreement is the entire and

14  complete agreement of the parties regarding the

15  subject matter hereof."

16       Q.     Okay.  And what does the language that

17  begins with the word "there" say?

18       A.     "There are no oral or written collateral

19  agreements."

20       Q.     And please read for the record the final

21  sentence in this paragraph.

22       A.     "All prior discussions and negotiations

23  regarding the disputes have been and are merged and

24  integrated into and are superseded by this

25  agreement."

Page 150

1                          CERTIFICATE

2

3          I, LINDA M. JORRITSMA, a Notary Public and

4     Certified Court Reporter of the State of New Jersey,

5     License No. 30XI00099500, do hereby certify that

6     prior to the commencement of the examination, CRAID

7     ROBERT JOHN was duly sworn by me to testify the

8     truth, the whole truth and nothing but the truth.

9          I DO FURTHER CERTIFY that the foregoing is a

10    true and accurate transcript of the testimony as

11    taken stenographically by and before me at the time,

12    place and on the date hereinbefore set forth.

13         I DO FURTHER CERTIFY that I am neither a

14    relative nor employee nor attorney nor counsel of any

15    of the parties to this action, and that I am neither

16    a relative nor employee of such attorney or counsel,

17    and that I am not financially interested in the

18    action.

19    *Linda M. Jorritsma*

20

21    _____

22    Notary Public of the State of New Jersey

23    My Commission expires December 14, 2023

24

25    Dated:  September 22, 2019

Veritext Legal Solutions

800-567-8658                                   973-410-4098