# EXHIBIT G

John Deposition Exhibits 90 and 91

(Filed Under Seal)