# EXHIBIT H

Meola Deposition Exhibit 23

(Filed Under Seal)