# EXHIBIT I

Meola Deposition Exhibit 24

(Filed Under Seal)