# EXHIBIT J

Meola Deposition Exhibit 22

(Filed Under Seal)