# EXHIBIT K

CONFIDENTIAL

Page 1

1         UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO
2

3  _____
                                   )
   AT&T CORP.,                     )
4                                  )
   Plaintiff,                      )
5                                  )
   vs.                             )  Case No.
6                                  )  18-cv-00112-RM
   LEVEL 3 COMMUNICATIONS,         )
7  LLC,                            )
                                   )
8  Defendant.                      )
   _____)
9
10
11
                    ** CONFIDENTIAL **
12
13
14    30(b)(6) DEPOSITION OF LEVEL 3 COMMUNICATIONS
15       THROUGH ITS DESIGNATED REPRESENTATIVE
16                  JENNIFER TORRES
17                  Denver, Colorado
18                  August 28, 2019
19
20
21
22
23  Reported by:
24  MELANIE L. GIAMARCO, RMR, CRR, RPR, CSR
25  JOB NO.: 166465

CONFIDENTIAL

Page 2

1       J. Torres

2       August 28, 2019

3       9:43 a.m.

4

5       30(b)(6) DEPOSITION OF LEVEL 3

6   COMMUNICATIONS THROUGH ITS DESIGNATED

7   REPRESENTATIVE JENNIFER TORRES, taken by the

8   Plaintiff, held at the law offices of Moye White,

9   1400 Sixteenth Street, 16 Market Square, Denver,

10  Colorado, before Melanie L. Giamarco, a Registered

11  Professional Reporter, Registered Merit Reporter,

12  Certified Realtime Reporter and Notary Public of

13  the State of Colorado.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 3

1        J. Torres
2   APPEARANCES:
3   SIDLEY AUSTIN
    Attorneys for Plaintiff:
4        1501 K Street, N.W.
         Washington, D.C.  20005
5   BY:   JUSTIN BENSON, ESQ.
          MICHAEL WARDEN, ESQ.
6
7   ARMSTRONG TEASDALE
    Attorneys for Defendant:
8        4643 South Ulster Street
         Denver, Colorado  80237
9   BY:   CHARLES STEESE, ESQ.
          DOUGLAS MARSH, ESQ.
10
11
    ALSO PRESENT:
12
         Carmel Gill, CenturyLink
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 50

1              J. Torres

2          Q.  Yeah.  So begin with the first two

3    words, "Seventy-five," which is on the second line

4    of that paragraph.

5          A.  So we're focusing on section B still?

6          Q.  Mm-hmm.  That's correct.

7          A.  So "Seventy-five percent of the amount

8    of the switched access usage charges for traffic

9    that is subject of the OTT Dispute billed by

10   Level 3."

11         Q.  Okay.  So it says, "the amount of the

12   switched access usage charges"; is that correct?

13         A.  Yes.

14         Q.  And then after the comma, it says,

15   "which has historically been approximately

16   sixty-five percent of overall billing for end

17   office switching"; is that correct?

18         MR. STEESE:  Objection; form.

19         A.  That's what the words say, yes.

20         Q.  Are those the words that Level 3 agreed

21   to?

22         A.  Yes.

23         Q.  So now I'd like to ask a little bit

24   about the process that Level 3 did to come to an

25   agreement with AT&T on this language.

CONFIDENTIAL

Page 214

1         REPORTER'S CERTIFICATE

2   STATE OF COLORADO    ) ss.

3   COUNTY OF DENVER     )

4        I, MELANIE L. GIAMARCO, do hereby certify

5   that I am a Registered Professional Reporter and

6   Notary Public within the State of Colorado; that

7   previous to the commencement of the examination,

8   the deponent was duly sworn by me.

9        I further certify that this deposition was

10  taken in machine shorthand by me at the time and

11  place herein set forth, that it was thereafter

12  reduced to typewritten form, and that the foregoing

13  constitutes a true and correct transcript of the

14  proceedings had.

15       I further certify that I am not employed by,

16  related to, nor of counsel for any of the parties

17  herein, nor otherwise interested in the result of

18  the within litigation.

19       In witness whereof, I have affixed my

20  signature this 9th day of September, 2019.

21

22       _____

            Melanie L. Giamarco, CSR RPR CRR

23

    My commission expires:  August 21, 2021.

24  Notary ID:  20014025991

25