# EXHIBIT Q

**In The Matter Of:**

*AT&T Corporation v.*
*Level 3 Communications, LLC*

*Andrew McClure*
*June 11, 2020*
*Confidential*



*Min-U-Script® with Word Index*

**Confidential**

1

1

2       IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO
3       ---------------------------------------------X
        AT&T CORPORATION,
4
                Plaintiff/Counterclaim Defendant,
5
                        v.
6
        LEVEL 3 COMMUNICATIONS, LLC.,
7
                Defendant/Counterclaimant,
8
                        and
9
        BROADWING COMMUNICATIONS, LLC, GLOBAL
10      CROSSING TELECOMMUNICATIONS, INC., and
        WILTEL COMMUNICATIONS, LLC.
11
                Counterclaimants,
12
                        v.
13
        TELEPORT COMMUNICATIONS GROUP, INC.
14
                Counterclaim Defendant.
15      ---------------------------------------------X
                        ***CONFIDENTIAL***
16

17          DEPOSITION OF ANDREW McCLURE

18              Thursday, June 11, 2020

19

20

21

22

23      Reported by:

24      Rebecca Schaumloffel, CLR, RPR, CCR-NJ

25      Job No:  2020-86250

**Confidential**

2

June 11, 2020

11:08 a.m.

Deposition of ANDREW McCLURE, held

remotely via Webex, before Rebecca

Schaumloffel, a Certified Livenote Reporter,

Registered Professional Reporter, Certified

Court Reporter of New Jersey, and Notary

Public of the States of New York, New Jersey,

Delaware, and Pennsylvania.

**Confidential**

3

1

2       A P P E A R A N C E S:

3

4           SIDLEY AUSTIN
                Attorneys for the Plaintiff
5               1501 K. Street, N.W.
                Washington, D.C. 20005
6               BY:  MICHAEL HUNSEDER, ESQ.
                     JUSTIN BENSON, ESQ.
7                    JOSH MOORE, ESQ.

8

9

10          ARMSTRONG TEASDALE
                Attorneys for the Defendant
11              4643 South Ulster Street
                Denver, Colorado 80202
12              BY:  CHARLES STEESE, ESQ.

13

14

15

16

17

18          ALSO PRESENT:

19              Mark W. Lewis, Esq., AT&T

20              Christian Ruiz, Lexitas

21              *          *          *

22

23

24

25

**Andrew McClure - June 11, 2020**
**Confidential**

59

|  |  |  |
|--|--|--|
| | 1 | A. MCCLURE |
| 12:31PM | 2 | closely.  It shouldn't -- I felt that |
| 12:31PM | 3 | retaining those, because it's a proprietary |
| 12:31PM | 4 | system, I didn't need to keep those.  If |
| 12:31PM | 5 | that's something that would have to become |
| 12:31PM | 6 | discoverable, then that's absolutely |
| 12:32PM | 7 | possible.  We can grab all of the queries, |
| 12:32PM | 8 | and we can grab the database.  I wasn't sure |
| 12:32PM | 9 | about the proprietary nature of our own |
| 12:32PM | 10 | internal database for revenue assurance that |
| 12:32PM | 11 | we own and operate.  If there were any |
| 12:32PM | 12 | secrets in there that we were -- you know, |
| 12:32PM | 13 | give us an advantage on whether we are |
| 12:32PM | 14 | billing accurately or not.  It could be used, |
| 12:32PM | 15 | obviously, for other customers or companies. |
| 12:32PM | 16 | Q.    Okay.  I understand.  Thank you. |
| 12:32PM | 17 | Again, I'm just here to cover the |
| 12:32PM | 18 | bases and ask the questions.  So we will take |
| 12:32PM | 19 | that under advisement, but I just wanted to |
| 12:32PM | 20 | know what you had. |
| 12:32PM | 21 | A.    Sure. |
| 12:33PM | 22 | Q.    So what we just discussed with the |
| 12:33PM | 23 | Level 3 telephone numbers is obviously a |
| 12:33PM | 24 | difference in your approach in Exhibit 63 |
| 12:33PM | 25 | than with the 2017 analysis, you would agree? |

Andrew McClure - June 11, 2020
Confidential

60

|  | 1 | A. MCCLURE |
| 12:33PM | 2 | A.    Yes. |
| 12:33PM | 3 | Q.    Are there any -- |
| 12:33PM | 4 | MR. STEESE:  Mike, you cut out |
| 12:33PM | 5 | here.  Can I have that last question |
| 12:33PM | 6 | and answer just reread?  I just didn't |
| 12:33PM | 7 | hear.  Sorry. |
| 12:33PM | 8 | (Record read.) |
| 12:33PM | 9 | Q.    What other -- are there other |
| 12:33PM | 10 | differences in your 2017 analysis than -- and |
| 12:34PM | 11 | I am not talking about the results, I am |
| 12:34PM | 12 | talking about your process, are there other |
| 12:34PM | 13 | significant -- are there other differences in |
| 12:34PM | 14 | how you approach the calculation of OTT |
| 12:34PM | 15 | percentage? |
| 12:34PM | 16 | A.    No.  That is the, I think, the |
| 12:34PM | 17 | primary change that I have made. |
| 12:34PM | 18 | Q.    Okay.  So I want to turn |
| 12:34PM | 19 | surprisingly to column E of the percentage of |
| 12:34PM | 20 | OTT VoIP.  Can you tell me, again, and I |
| 12:34PM | 21 | know, this may get an objection, but can you |
| 12:34PM | 22 | tell me at a high level what you did to |
| 12:35PM | 23 | develop the percentages in column E? |
| 12:35PM | 24 | A.    So I have reached out to customers |
| 12:35PM | 25 | from the top down in 2017.  Sometimes I would |

**Andrew McClure - June 11, 2020**
**Confidential**

61

1          A. MCCLURE

12:35PM  2      -- IM them.  Sometimes would be voice

12:35PM  3      conversation.  I went onto their websites and

12:35PM  4      tried to investigate them, figure out if they

12:35PM  5      were advertising an application-based product

12:35PM  6      that could be used, it would create no OTT

12:35PM  7      call, and then I would reach out to them and

12:35PM  8      ask them, you know, what kind of percentages

12:35PM  9      of your customers use this application versus

12:35PM  10     the traditional type of, you know,

12:35PM  11     TDM-dedicated circuit to a PBX and, in

12:35PM  12     general, that was my process, was to try to

12:35PM  13     investigate like that.

12:35PM  14          Q.   And in the answer that you just

12:35PM  15     gave, the process that you are talking about,

12:35PM  16     did you do that in 2017 only?

12:36PM  17          A.    Correct.

12:36PM  18          Q.    So none of the numbers in column

12:36PM  19     E, in Exhibit 63, are the result of inquiries

12:36PM  20     that you made in 2020 or 2019?

12:36PM  21          A.    I made no inquiries because we

12:36PM  22     couldn't agree upon a standardized process.

12:36PM  23     The industry hasn't come to a standardized

12:36PM  24     process.  The FCC hasn't given a standardized

12:36PM  25     process, and I felt that it was, A, would be

**Andrew McClure - June 11, 2020**
**Confidential**

62

1                          A. MCCLURE

12:36PM  2      burdensome on the customer's relationship

12:36PM  3      with us, and I also felt that if AT&T

12:36PM  4      couldn't agree to a method that I was going

12:36PM  5      to use, then it seemed like extra work that

12:36PM  6      wouldn't necessarily result in a result that

12:36PM  7      we can agree on.

12:36PM  8                  MR. HUNSEDER:  Could the Court

12:37PM  9          Reporter just read that back, please.

12:37PM  10                 (Record read.)

12:37PM  11         Q.    Earlier, Mr. McClure, you

12:37PM  12     testified that when -- that a Level 3 will

12:38PM  13     ask wholesale customers for PIUs for purposes

12:38PM  14     of taxation; is that correct?

12:38PM  15         A.    Correct.

12:38PM  16         Q.    And is that burdensome on those

12:38PM  17     wholesale customers?

12:38PM  18         A.    It's required and it's industry

12:38PM  19     standard.  So whether a customer comes to

12:38PM  20     Level 3 or AT&T, they are going to be

12:38PM  21     required to provide those same factors.

12:38PM  22         Q.    So that's an industry standard

12:38PM  23     with respect to PIU, correct?

12:38PM  24         A.    Correct.

12:38PM  25         Q.    And did you consider whether that

**Andrew McClure - June 11, 2020**
**Confidential**

91

1           A. MCCLURE

02:48PM  2      that's why, it's coming into our network when

02:48PM  3      it's an outbound out of our tandem because we

02:48PM  4      used the Level 3 tandems.  So it made sense

02:48PM  5      that a Level 3 TN had been used on a

02:49PM  6      customer, on one of our older networks, and

02:49PM  7      they had made this outbound toll-free call,

02:49PM  8      and that it had bridged into our network and

02:49PM  9      then traversed to AT&T.

02:49PM 10              So just understanding that that

02:49PM 11      was indeed what I was seeing in that the

02:49PM 12      reason why those call record's originating

02:49PM 13      trunk group is only showing the correlation

02:49PM 14      of the red switches made sense.  So I didn't

02:49PM 15      investigate any further because that seemed

02:49PM 16      to be a pretty easy solid straightforward

02:49PM 17      answer.

02:49PM 18          Q.   Did you retain any of the material

02:49PM 19      that you reviewed and that you just discussed

02:49PM 20      relating to your examination of the NULL

02:49PM 21      telephone calls in row 2?

02:49PM 22          A.   No, but it's easily repeatable.

02:50PM 23          Q.   So you did look at it in creating

02:50PM 24      and validating Exhibit 63, but you didn't

02:50PM 25      retain it?

**Andrew McClure - June 11, 2020**
**Confidential**

92

                              A. MCCLURE

02:50PM  2        A.    Correct.

02:50PM  3        Q.    Okay.  Well, we will have to

02:50PM  4   consider what we want to do with that.

02:50PM  5              Then what did you do, if anything,

02:50PM  6   to make sure that the person placing the

02:50PM  7   call, the 800 call that you described in your

02:50PM  8   prior answer was using a facilities-paid

02:50PM  9   connection to get to that end-office?

02:50PM  10       A.    So these are primarily enterprise

02:50PM  11  networks, so they don't offer mobility.  They

02:51PM  12  don't offer pneumatic capability.  So I

02:51PM  13  didn't feel the need to investigate that.

02:51PM  14       Q.    Okay.  So the answer is you did

02:51PM  15  nothing to investigate that, you just --

02:51PM  16  because of your prior answer, you assumed

02:51PM  17  that it was 0% OTT VoIP in the facilities

02:51PM  18  space; is that correct?

02:51PM  19             MR. STEESE:  Objection to form.

02:51PM  20       You can answer.

02:51PM  21       A.    Yes, I made the assumption that

02:51PM  22  because it was mostly enterprise and that

02:51PM  23  there wasn't pneumatic TN capability, there

02:51PM  24  is no application-based products or services

02:51PM  25  that we offer on any of those networks, that

Andrew McClure - June 11, 2020
Confidential

107

1              A. MCCLURE

03:10PM  2      these customers a questionnaire to say what's

03:11PM  3      your OTT, then I could come back and plug it

03:11PM  4      in and put it in.

03:11PM  5           Q.    So apart from -- so let me ask

03:11PM  6      this, do you have any documentation in your

03:11PM  7      possession that corroborates the figure in

03:11PM  8      column E that ████████████████████

03:12PM  9           A.    I do not.

03:12PM  10          Q.    Going back, did you review your

03:12PM  11     2017 -- strike that.

03:12PM  12              Did you review your prior

03:12PM  13     deposition testimony in this case in

03:12PM  14     preparation for this deposition?

03:12PM  15          A.    I may have at a high level, but I

03:12PM  16     don't recall.

03:12PM  17          Q.    Okay.  In general, I think, you --

03:12PM  18     so in 2017, when you did the review of, I

03:12PM  19     think you said the top 90% of minutes; is

03:12PM  20     that fair?

03:12PM  21          A.    Yes.

03:12PM  22          Q.    You have no documentation from

03:12PM  23     that analysis or investigation, correct?  I

03:12PM  24     mean, you did not have at the time and you

03:12PM  25     still do not have; is that correct?

**Andrew McClure - June 11, 2020**
**Confidential**

108

| | |
|---|---|
| | 1 |
| 03:12PM | 2 |
| 03:12PM | 3 |
| 03:13PM | 4 |
| 03:13PM | 5 |
| 03:13PM | 6 |
| 03:13PM | 7 |
| 03:13PM | 8 |
| 03:13PM | 9 |
| 03:13PM | 10 |
| 03:13PM | 11 |
| 03:13PM | 12 |
| 03:13PM | 13 |
| 03:13PM | 14 |
| 03:13PM | 15 |
| 03:13PM | 16 |
| 03:13PM | 17 |
| 03:14PM | 18 |
| 03:14PM | 19 |
| 03:14PM | 20 |
| 03:14PM | 21 |
| 03:14PM | 22 |
| 03:14PM | 23 |
| 03:14PM | 24 |
| 03:14PM | 25 |

1       A. MCCLURE

2   A.  Correct.  Just the click to chats

3 and the calls, and there is some notes that I

4 wrote down for certain customers, I believe,

5 ████ might have been one and there might have

6 been a couple others.

7   Q.  And you were -- again, you were

8 questioned at length on that.  I don't want

9 to redo that.

10     As far as you can recall, your

11 testimony was accurate at the time; is that

12 fair?

13   A.  Yes.

14   Q.  So going to line 8, there is a

15 company ████, and do you have an

16 understanding of what they do, Mr. McClure?

17   A.  I do not.

18   Q.  Do you know if you considered them

19 an enterprise or wholesale customer?

20   A.  I don't have any recollection or

21 knowledge of them.

22   Q.  Again, you don't have any

23 documentation in your possession as to the ██

24 figure in column E; is that correct, other

25 than this spreadsheet?

Andrew McClure - June 11, 2020
Confidential

109

1                          A. MCCLURE

03:14PM  2          A.    Correct.  The percentages here

03:14PM  3      were all used from the original

03:14PM  4      investigation.

03:14PM  5          Q.    I am going to skip ████████

03:14PM  6      in row 9 because that is a ██████.  So you

03:14PM  7      obviously concluded, based on your prior

03:14PM  8      analysis in 2017, that they were fully over

03:14PM  9      the top VoIP, correct?

03:14PM 10          A.    Correct.

03:15PM 11          Q.    So ████████ is a cable company,

03:15PM 12      correct?

03:15PM 13          A.    Correct.

03:15PM 14          Q.    And you have in the OTT percentage

03:15PM 15      column in row E, you have ██, right?

03:15PM 16          A.    Correct.

03:15PM 17          Q.    What's the basis for that ██?

03:15PM 18          A.    With some of the cable companies

03:15PM 19      that offered an application based, it was

03:15PM 20      determined that those calls are very minimal

03:15PM 21      but they still originate on their networks.

03:15PM 22      So they are providing them the application

03:15PM 23      base to use the number elsewhere on an

03:15PM 24      application-based software on their phone or

03:15PM 25      something of that nature, but, in general,

Andrew McClure - June 11, 2020
Confidential

111

|   |   |   |
|---|---|---|
| | 1 | A. MCCLURE |
| 03:17PM | 2 | relying on us to perform all of its |
| 03:17PM | 3 | functionalities. |
| 03:17PM | 4 | Q.   All right, well, on row -- let me |
| 03:17PM | 5 | move forward to row 11 where we have the |
| 03:17PM | 6 | company ███   It's your opinion, reflected |
| 03:17PM | 7 | in this spreadsheet, that ██ of the calls |
| 03:17PM | 8 | bridging via ███ are over the top; is that |
| 03:17PM | 9 | correct? |
| 03:17PM | 10 | A.   The original -- when I originally |
| 03:17PM | 11 | looked this up, this was an enterprise |
| 03:17PM | 12 | customer, and in doing so, you know, looking |
| 03:17PM | 13 | at it now because of the question that was |
| 03:17PM | 14 | posed by Dr. Pfautz, they are sort of the |
| 03:18PM | 15 | mixed customer.  They have some wholesale. |
| 03:18PM | 16 | They have some enterprise.  That ██ number |
| 03:18PM | 17 | was from the 2017 review.  When I looked at |
| 03:18PM | 18 | that customer originally, they were |
| 03:18PM | 19 | enterprise.  They do now have wholesale. |
| 03:18PM | 20 | They have software delivered and they have |
| 03:18PM | 21 | OTT.  I don't know if that number is |
| 03:18PM | 22 | accurate, the ██.  I would guess that it's |
| 03:18PM | 23 | probably not.  But if you change it to 100%, |
| 03:18PM | 24 | you know, it goes -- it increases total OTT |
| 03:18PM | 25 | percent by 2%. |

Andrew McClure - June 11, 2020
Confidential

114

<pre>
                              A. MCCLURE
</pre>

1                              A. MCCLURE

03:20PM  2    spreadsheets, in this spreadsheet in the 2017

03:20PM  3    analysis, did you provide AT&T with any

03:20PM  4    documentation whatsoever to indicate the

03:21PM  5    percentage of OTT VoIP were used?

03:21PM  6              MR. STEESE:   Objection to form.

03:21PM  7         A.    No, I have not.

03:21PM  8         Q.    Okay.  What about in row 12, you

03:21PM  9    have ██████████   Do you see that?

03:21PM  10        A.    I do.

03:21PM  11        Q.    Do you know what ████████ is?

03:21PM  12        A.    Not off the top of my head, no.

03:21PM  13        Q.    Again, did you do anything for

03:21PM  14   purposes of creating Exhibit 63 to validate

03:21PM  15   the view that ████████████████████

03:21PM  16   are over-the-top VoIP?

03:22PM  17        A.    No.

03:22PM  18        Q.    Do you have any documentation

03:22PM  19   other than the spreadsheet supporting the

03:22PM  20   figure in row E for ████████████████

03:22PM  21        A.    No.

03:22PM  22        Q.    Sorry, the answer was?

03:22PM  23        A.    No.

03:22PM  24        Q.    Okay.  In row 13, it's ████████

03:22PM  25   ████  ████████████████████████

**Andrew McClure - June 11, 2020**
**Confidential**

115

|  |  |
|---|---|
| | 1 |

                          A. MCCLURE

03:22PM  2          A.    Correct.

03:22PM  3          Q.    And, again, what, if anything, did

03:22PM  4     you do to determine whether all of the calls

03:22PM  5     from ███████████ to Level 3 were provided

03:23PM  6     over facilities-based products or services?

03:23PM  7          A.    For this exhibit, none.

03:23PM  8          Q.    Okay.  And row 14, do you know

03:23PM  9     what internal enterprise VoIP is, is that a

03:23PM  10    company or is that some other designation?

03:23PM  11         A.    That is our internal telephone

03:23PM  12    numbers, customer telephone number --

03:23PM  13    employee telephone numbers, my telephone

03:23PM  14    number, for instance.

03:23PM  15         Q.    Okay.  I was wondering because I

03:23PM  16    had -- I could not find a company named

03:23PM  17    internal enterprise which would be sort of an

03:23PM  18    odd name, but there are a lot of odd names in

03:23PM  19    the telecom area.

03:23PM  20              Just so I am clear and I

03:23PM  21    understand, you, Andrew McClure, sitting at

03:23PM  22    your -- when you are in the office, you are

03:23PM  23    sitting at your desk, you have a telephone

03:23PM  24    number that Level 3 allows you to use at your

03:23PM  25    office and you place an 800 call, say, to the

Andrew McClure - June 11, 2020
Confidential

121

1        A. MCCLURE

03:30PM 2    network.  It will hit ███████████

03:30PM 3    application server, their partition of that,

03:30PM 4    and create the call from there inside of

03:30PM 5    Level 3's network.

03:30PM 6        Q.    Okay.  So just to answer the

03:30PM 7    question, it would or would not be an

03:31PM 8    over-the-top call, in your opinion?

03:31PM 9        A.    Those TNs are accounted for in the

03:31PM 10   mobility.  So that ███████████ mobility is

03:31PM 11   accounted for.

03:31PM 12       Q.    In other words, it's part of the

03:31PM 13   ████

03:31PM 14       A.    Correct.

03:31PM 15       Q.    Okay.  Going back to Exhibit 63,

03:31PM 16   ████████████████, do you have an understanding

03:31PM 17   of what they are?

03:31PM 18       A.    Not off the top of my head, no.

03:31PM 19       Q.    Do you know if they are a

03:31PM 20   wholesale or an enterprise customer?

03:31PM 21       A.    I do not recall.  I seem to recall

03:31PM 22   something about they may be a -- no, I don't

03:31PM 23   recall.  I don't know if that's accurate.

03:31PM 24       Q.    All right.  One brief question and

03:31PM 25   we will take a short break.  Did you consider

**Andrew McClure - June 11, 2020**
**Confidential**

122

1                    A. MCCLURE

03:32PM  2      any relationship in putting together

03:32PM  3      Exhibit 63 between the numbers in column B

03:32PM  4      which are the call detail record and the sum

03:32PM  5      of the MOUs in column C, meaning the ratio,

03:32PM  6      did you look at that or evaluate that at all?

03:32PM  7          A.   So we actually have a -- in our

03:32PM  8      contracts, we have a billing which is

03:32PM  9      considered short duration, surcharges.  So

03:32PM  10     that is kind of the ratio that you are

03:32PM  11     speaking to.  So I didn't contemplate that as

03:32PM  12     far as OTT is concerned.  But, yes, in

03:32PM  13     general, we look at that for short durations

03:32PM  14     surcharges.

03:32PM  15         Q.   So, obviously, just in general, I

03:32PM  16     am not going to ask a lot of specific

03:32PM  17     questions about this, but there is -- would

03:32PM  18     you agree there is a lot of variation in the

03:32PM  19     ration between column C depending on the

03:32PM  20     customer?

03:32PM  21         A.   Absolutely.

03:32PM  22         Q.   That's consistent -- that's

03:33PM  23     explained by whether this is a customer that

03:33PM  24     has -- uses a short duration surface of some

03:33PM  25     kind; is that fair?

**Andrew McClure - June 11, 2020**
**Confidential**

123

1              A. MCCLURE

03:33PM   2        A.    That could be fair.  So it could

03:33PM   3   be.  So with ████, what I was going to say,

03:33PM   4   which I don't know is true, there are some --

03:33PM   5   we do have some wholesalers that provide

03:33PM   6   services to like doctors' offices, dentists,

03:33PM   7   things of that nature.  So they, in turn,

03:33PM   8   have a messaging system that would, you know,

03:33PM   9   send a message to a doctor or send it to a

03:33PM  10   customer and vice-versa.

03:33PM  11           So those are applications

03:33PM  12   sometimes that have very short duration;

03:33PM  13   maybe the call doesn't complete but they are

03:33PM  14   automated in some fashion.  It could be

03:33PM  15   political, but I don't know what that

03:33PM  16   particular one is, but it could be legitimate

03:33PM  17   traffic is where I'm going, but without

03:33PM  18   looking at it specifically, I don't know.

03:34PM  19        Q.    Okay.  So -- but, in your opinion,

03:34PM  20   the ratio of -- in between column B and C

03:34PM  21   likely have no relationship to whether the

03:34PM  22   call is over-the-top or not?

03:34PM  23        A.    No.

03:34PM  24        Q.    In other words, no, there is no

03:34PM  25   relationship that you are aware of?

**Andrew McClure - June 11, 2020**
**Confidential**

124

|  |  |  |
|---|---|---|
| | 1 | A. MCCLURE |
| 03:34PM | 2 | A.    I have not looked at that.  I |
| 03:34PM | 3 | think that you -- the reason is that there is |
| 03:34PM | 4 | a danger in making that kind of assumption |
| 03:34PM | 5 | because, again, there is a lot of short |
| 03:34PM | 6 | duration that is very legitimate traffic, and |
| 03:34PM | 7 | it wouldn't be considered OTT where others |
| 03:34PM | 8 | maybe it is.  But, again, when you make that |
| 03:34PM | 9 | differentiation at a high level, you can make |
| 03:34PM | 10 | big errors either way. |
| 03:34PM | 11 | Q.    Yep, I understand that.  Makes |
| 03:34PM | 12 | sense.  Okay.  Let me do one more column, |
| 03:34PM | 13 | excuse me, row 16 ████ |
| 03:34PM | 14 | Do you know anything about ████ |
| 03:34PM | 15 | ████ |
| 03:34PM | 16 | A.    I do not. |
| 03:35PM | 17 | Q.    Let me briefly, if you go to your |
| 03:35PM | 18 | -- if you go to your list of exhibits that we |
| 03:35PM | 19 | provided, there is one tab L.  If you can |
| 03:35PM | 20 | open that, and I am going to mark that as |
| 03:35PM | 21 | Exhibit 64, I believe. |
| 03:35PM | 22 | (Whereupon, McClure Exhibit 64, |
| 03:35PM | 23 | ████████ was marked for identification |
| 03:35PM | 24 | ████ was marked for identification |
| 03:35PM | 25 | as of this date by the Reporter.) |

**Andrew McClure - June 11, 2020**
**Confidential**

125

1              A. MCCLURE

03:35PM  2          Q.    It's a printout from a web page by

03:35PM  3    ████████    I will just ask you to take a

03:35PM  4    quick look at it.  I am really just going to

03:35PM  5    ask about the first page.

03:35PM  6          A.    Okay.

03:35PM  7          Q.    Again, the printout came out

03:35PM  8    somewhat garbled due to trying to print an

03:35PM  9    Internet page.  Just let me know when you are

03:36PM  10   finished.  I am really going to ask about the

03:36PM  11   first page.

03:36PM  12         A.    Sure, go ahead.

03:36PM  13         Q.    So you will see the first page, in

03:36PM  14   the very upper left-hand corner, it says

03:36PM  15   ███████████████████████  right,

03:36PM  16   correct?

03:36PM  17         A.    Correct.

03:36PM  18         Q.    Is that -- having reviewed that,

03:36PM  19   does that give you any pause as to whether

03:36PM  20   the minutes associated with███████████████

03:36PM  21   ██████████  over-the-top?

03:36PM  22         A.    Had I -- on the original analysis,

03:37PM  23   had they been in my top 90% or top of minutes

03:37PM  24   of use, I would have saw that web page and

03:37PM  25   reached out to them and done Click to Chat or

**Andrew McClure - June 11, 2020**
**Confidential**

126

1            A. MCCLURE

03:37PM    2    called them and asked for what percentage of

03:37PM    3    their customers work remotely and, you know,

03:37PM    4    given now that it's, you know, more based

03:37PM    5    upon the providing a circuit to those

03:37PM    6    customers, that would be another question

03:37PM    7    that I would probably ask is, you know, do

03:37PM    8    you provide circuits to most of these

03:37PM    9    customers and is the working from anywhere a

03:37PM   10    supplement to this physical location, but,

03:37PM   11    from this, I would definitely investigate

03:37PM   12    them, but given that they are zero on that

03:37PM   13    spreadsheet, it means that, in 2017, either

03:37PM   14    they didn't have the volume for me to go and

03:37PM   15    investigate or, perhaps, in 2017 this web

03:37PM   16    page was far different or didn't exist and

03:37PM   17    didn't show that they had this kind of

03:37PM   18    capability.

03:37PM   19         Q.    Right.   Okay.   And so I mean,

03:38PM   20    obviously, if you go down the page, it says:

03:38PM   21    We take the tools you'd typically use at the

03:38PM   22    office, like a phone and the apps on your

03:38PM   23    desktop, and deliver them from a single

03:38PM   24    portal that users can access on any device."

03:38PM   25         So that seems to suggest that

Andrew McClure - June 11, 2020
Confidential

127

1              A. MCCLURE

03:38PM  2    consistent with what you just said, that

03:38PM  3    there is at least the potential for users of

03:38PM  4    ███████ services to be anywhere using any

03:38PM  5    broadband network; is that correct?

03:38PM  6         A.    Certainly.

03:38PM  7              MR. STEESE:  Object to form.

03:38PM  8              MR. HUNSEDER:  Let's take a

03:38PM  9         short break.

03:38PM  10             (Whereupon, a recess was held.)

03:50PM  11   BY MR. HUNSEDER:

03:50PM  12        Q.    I am going to do a few more lines

03:50PM  13   from Exhibit 63.  I would like to call your

03:50PM  14   attention to ████████████ row 17.

03:50PM  15   'And are you familiar with ███████

03:50PM  16        A.    I am vaguely familiar, yes.

03:50PM  17        Q.    What's your understanding of what

03:50PM  18   they do?

03:50PM  19        A.    They provide service to

03:50PM  20   hearing-impaired people.

03:50PM  21        Q.    Right.  And so if you are a

03:50PM  22   hearing-impaired person, you can purchase

03:50PM  23   service from ██████ and then place calls

03:50PM  24   and their product helps people with hearing

03:51PM  25   impairments make those calls; is that fair?

**Andrew McClure - June 11, 2020**
**Confidential**

140

|         |    |                                                    |
|---------|----|----------------------------------------------------|
|         | 1  | A. MCCLURE                                         |
| 04:06PM | 2  | that come in on trunk groups that are not the      |
| 04:06PM | 3  | owner.  They are not the same.                     |
| 04:06PM | 4  | So, for instance, ████████████                     |
| 04:06PM | 5  | will hand us outbound toll-free calls that         |
| 04:06PM | 6  | come from TCG numbers.  So AT&T VoIP B             |
| 04:06PM | 7  | network, and they will hand us calls for           |
| 04:06PM | 8  | toll-free, and so the importance for this          |
| 04:06PM | 9  | exercise is to really look at the trunk group      |
| 04:06PM | 10 | and look at the owner of that trunk group          |
| 04:06PM | 11 | because that is ultimately the owner of that       |
| 04:06PM | 12 | traffic.  The TN, as far as we know that it's      |
| 04:06PM | 13 | ours, so we are trying to account for the TN,      |
| 04:06PM | 14 | but as far as who owns that TN, no.  Because       |
| 04:06PM | 15 | that call was broken, we can figure out who        |
| 04:06PM | 16 | we are provisioning it to, but because the         |
| 04:06PM | 17 | call detail record didn't say where it came        |
| 04:06PM | 18 | in on, I don't want to make that assumption.       |
| 04:06PM | 19 | Q.    But you did make an assumption              |
| 04:07PM | 20 | that all of the calls from this unknown            |
| 04:07PM | 21 | category are ████ not over-the-top?                |
| 04:07PM | 22 | A.    Correct; fair.                              |
| 04:07PM | 23 | Q.    You don't have any documentation,           |
| 04:07PM | 24 | though, one way or the other as to how those       |
| 04:07PM | 25 | calls are being placed, right?                     |

Andrew McClure - June 11, 2020
Confidential

141

| | | |
|---|---|---|
| | 1 | A. MCCLURE |
| 04:07PM | 2 | A.    Correct. |
| 04:07PM | 3 | Q.    The next entity is ████████████ |
| 04:07PM | 4 | ████████████████.  Do you have any |
| 04:07PM | 5 | understanding of what they do? |
| 04:07PM | 6 | A.    No. |
| 04:07PM | 7 | Q.    Sorry, the answer is no? |
| 04:07PM | 8 | A.    No. |
| 04:07PM | 9 | Q.    Let me pull up very briefly again |
| 04:07PM | 10 | one of the exhibits that we provided. |
| 04:07PM | 11 | A.    It's tab Q. |
| 04:08PM | 12 | Q.    That's it.  You are getting good |
| 04:08PM | 13 | at this. |
| 04:08PM | 14 | MR. HUNSEDER:  So that is number |
| 04:08PM | 15 | 67. |
| 04:08PM | 16 | (Whereupon, McClure Exhibit 67, |
| 04:08PM | 17 | ████████████████████  was marked |
| 04:08PM | 18 | for identification as of this date by |
| 04:08PM | 19 | the Reporter.) |
| 04:08PM | 20 | Q.    I just want you to take a look at |
| 04:08PM | 21 | the first paragraph under "Extend Your Cloud |
| 04:08PM | 22 | Communications to LTE and WiFi." |
| 04:08PM | 23 | Do you see that? |
| 04:08PM | 24 | A.    I do. |
| 04:08PM | 25 | Q.    And let me ask you, with respect |

**Andrew McClure - June 11, 2020**
**Confidential**

142

A. MCCLURE

04:08PM 2    to ████, is this one another example,

04:08PM 3    perhaps like you use ████ where if you were

04:08PM 4    taking a second look at this you might do it

04:08PM 5    somewhat differently?

04:08PM 6        A.    I would reach out to them.  They

04:08PM 7    would definitely be on my list to reach out

04:09PM 8    if I was investigating them and, you know,

04:09PM 9    originally if they were in the top 90% of

04:09PM 10   volume, by customer, I would have reached out

04:09PM 11   to them.

04:09PM 12        So, again, I understand that they

04:09PM 13   say this, but I also want to, you know, state

04:09PM 14   that even according to AT&T's VoIP B network

04:09PM 15   there is only ██ mobility.  These customers

04:09PM 16   might be in the same adoption rate; just as

04:09PM 17   we are very small as well for our mobility

04:09PM 18   adoption rate.  So just because somebody

04:09PM 19   offers it doesn't mean that it's going to be

04:09PM 20   a high rate.

04:09PM 21        Typically, when you are looking at

04:09PM 22   ████████████████, those are specifically

04:09PM 23   stated in their -- when they are listing

04:09PM 24   there.  They are not saying we offer Cloud or

04:09PM 25   that it is this.  They are simply saying, you

**Andrew McClure - June 11, 2020**
**Confidential**

143

1          A. MCCLURE

04:09PM  2     know, you can get this, you don't need our

04:09PM  3     Internet, and they are stating it.  Most of

04:09PM  4     these customers that, you know, we reviewed

04:09PM  5     and that I have reviewed in the past, if they

04:10PM  6     offer it and they offer fixed VoIP, which is

04:10PM  7     in here, that tells me that it's not their

04:10PM  8     whole business.  It's a part of their

04:10PM  9     business and, typically, when you are

04:10PM  10    offering that, there is licensed costs to

04:10PM  11    have those mobility.  There is extra costs.

04:10PM  12    So you charge that.

04:10PM  13              So customers typically only adopt

04:10PM  14    that or take that if they really need it and

04:10PM  15    if it's a value to them.  So without -- you

04:10PM  16    know, again, I am not this customer, but if

04:10PM  17    there was a document that I could give them

04:10PM  18    and say you have to fill this out, the FCC,

04:10PM  19    the whole industry requires this from all

04:10PM  20    customers, then I would absolutely do that,

04:10PM  21    yes.

04:10PM  22         Q.    All right.  But in your

04:10PM  23    spreadsheet and your opinion today is that

04:10PM  24    it's ███ correct?

04:10PM  25         A.    According to the original 2017

**Andrew McClure - June 11, 2020**
**Confidential**

144

| | | |
|--|--|--|
| | 1 | A. MCCLURE |
| 04:10PM | 2 | research for whatever reason, that is -- |
| 04:10PM | 3 | whether it was, didn't have the volume or |
| 04:11PM | 4 | whether it is they -- that at the time they |
| 04:11PM | 5 | didn't have that service or that this web |
| 04:11PM | 6 | page wasn't there, I can't speak to it, but, |
| 04:11PM | 7 | yes. |
| 04:11PM | 8 | Q.   Right.  What I'm saying is in |
| 04:11PM | 9 | 2020, when you put together this spreadsheet |
| 04:11PM | 10 | and entered ▉, you didn't make the inquiry. |
| 04:11PM | 11 | So it's possible that it could be 5%, right, |
| 04:11PM | 12 | that's what you are saying? |
| 04:11PM | 13 | A.   Right, it's possible that it could |
| 04:11PM | 14 | be, yes. |
| 04:11PM | 15 | Q.   But it's also possible it could be |
| 04:11PM | 16 | 90% and you didn't ask; is that fair? |
| 04:11PM | 17 | A.   That is completely fair.  And that |
| 04:11PM | 18 | would be true with all of the ones that are |
| 04:11PM | 19 | -- |
| 04:11PM | 20 | Q.   0%? |
| 04:11PM | 21 | A.   Or even stated at 75 or 100% or 5. |
| 04:11PM | 22 | Those are all from 2017. |
| 04:11PM | 23 | Q.   And they all could have gone up or |
| 04:11PM | 24 | down is what you are saying? |
| 04:11PM | 25 | A.   Exactly.  And the original stance |

Andrew McClure - June 11, 2020
Confidential

145

| | | |
|---|---|---|
| | 1 | A. MCCLURE |
| 04:11PM | 2 | was based upon application, not connectivity |
| 04:11PM | 3 | to the customer.  So, again, some could go |
| 04:11PM | 4 | down and you are right, some could go up. |
| 04:12PM | 5 | Q.    A couple more questions and we |
| 04:12PM | 6 | will -- up on number 21, ███████ |
| 04:12PM | 7 | ███████ |
| 04:12PM | 8 | Do you have any idea what they |
| 04:12PM | 9 | are? |
| 04:12PM | 10 | A.    I recall looking at them, but I |
| 04:12PM | 11 | don't recall what it is. |
| 04:12PM | 12 | Q.    Hypothetically, if they were -- |
| 04:12PM | 13 | sorry, didn't mean to interrupt your answer. |
| 04:12PM | 14 | I apologize. |
| 04:12PM | 15 | A.    No, go ahead. |
| 04:12PM | 16 | Q.    Were you finished?  Okay. |
| 04:12PM | 17 | Hypothetically, I looked at them.  I think |
| 04:12PM | 18 | they are a cable company.  Hypothetically, if |
| 04:12PM | 19 | they were a cable company, would it be |
| 04:12PM | 20 | appropriate to give them a 5% figure like |
| 04:12PM | 21 | Media -- like ███████ |
| 04:12PM | 22 | A.    If they have -- |
| 04:12PM | 23 | Q.    In row 10. |
| 04:12PM | 24 | A.    ███████ and Row 10 was research |
| 04:12PM | 25 | because their volume was significant at the |

Andrew McClure - June 11, 2020
Confidential

147

1          A. MCCLURE

04:14PM  2      Solution."

04:14PM  3          A.    Okay.

04:14PM  4              MR. STEESE:  Wait, I need a

04:14PM  5          moment to switch.  One second.  Okay,

04:14PM  6          ready.

04:14PM  7              MR. HUNSEDER:  And my colleague

04:14PM  8          reminds me that we failed to mark this

04:14PM  9          as an exhibit number so I think this

04:14PM  10          is number 68.

04:14PM  11          Q.    So what was tab M is now

04:14PM  12      Exhibit 68, and I am focused on, again, the

04:14PM  13      material underneath the banner, "████████

04:15PM  14      ████████████████

04:15PM  15              You see there is three bullet

04:15PM  16      points?  Do you see that, Mr. McClure?

04:15PM  17          A.    I do.

04:15PM  18          Q.    And, again, it indicates --

04:15PM  19      looking at the third bullet point in

04:15PM  20      particular, it says "Ability to take your

04:15PM  21      business phone and plug it into any internet

04:15PM  22      connection anywhere, your business won't miss

04:15PM  23      a beat."

04:15PM  24              Do you see that?

04:15PM  25          A.    I do.

**Andrew McClure - June 11, 2020**
**Confidential**

148

|   |   |
|---|---|
| | 1 |

1         A. MCCLURE

04:15PM   2         Q.    And, again, just as we have

04:15PM   3    discussed ███████████ and others, does

04:15PM   4    this give you any change that ██████

04:15PM   5    ██████████████ you might handle

04:15PM   6    differently given information about how they

04:15PM   7    offer their services?

04:15PM   8         A.    Absolutely.  Looking at, you know,

04:15PM   9    top to bottom lists now, as far as volumes

04:15PM   10   go, they would have been in that, and I would

04:16PM   11   have reached out to them.  What this doesn't

04:16PM   12   say is this new, did it not exist before.

04:16PM   13   This is new.  Did it have high adoption, did

04:16PM   14   it have a low adoption.  This is, obviously,

04:16PM   15   you know, marketing, and I totally agree this

04:16PM   16   is the place to start.  This is where it

04:16PM   17   indeed started.  So this is definitely the

04:16PM   18   exact kind of research that I did.

04:16PM   19        Q.    Okay.  I don't know if we can

04:16PM   20   totally put away Exhibit 63 for the day, but

04:16PM   21   I would like to just move on to -- and I

04:16PM   22   would like to ask a few questions about your

04:16PM   23   -- Level 3's supplemental disclosure which if

04:16PM   24   I -- that is tab -- I believe that is tab C

04:17PM   25   as in Cathy.

**Andrew McClure - June 11, 2020**
**Confidential**

154

1         A. MCCLURE

04:23PM   2    OTT percent for all customers of ████

04:23PM   3            And that summarizes essentially

04:23PM   4    what's shown in, again, in Exhibit 63, that

04:24PM   5    cell, L3?

04:24PM   6        A.    Yes.

04:24PM   7        Q.    Okay.  Again, when you say -- when

04:24PM   8    it says you went through the same exercise,

04:24PM   9    you are not referring to the -- you are not

04:24PM   10   -- it's not stating in this document that you

04:24PM   11   went back and contacted the customers?

04:24PM   12       A.    I can see the confusion.  Yes --

04:24PM   13       Q.    You are saying -- we keep talking

04:24PM   14   over each other.  Can you explain what you

04:24PM   15   meant by that?

04:24PM   16       A.    Yes, I can see the confusion.  I

04:24PM   17   am stating that I am applying those same

04:24PM   18   percentages in a manner to the traffic.

04:24PM   19       Q.    Right.  That's understood.  Then,

04:24PM   20   again, turning back to Exhibit 69 again, I

04:24PM   21   don't know if this is an alignment error, but

04:24PM   22   in number 1 you talk about three notable

04:25PM   23   exceptions.

04:25PM   24            Do you see that?

04:25PM   25       A.    Yep.

Andrew McClure - June 11, 2020
Confidential

193

1            A. MCCLURE

05:27PM  2            relied on it.  But I am instructing

05:27PM  3            you not to answer unless you relied on

05:27PM  4            it.

05:27PM  5                 THE WITNESS:  Okay.

05:27PM  6            A.    I did not rely on that.  That's

05:27PM  7       correct.

05:27PM  8                 Q.    Okay.  So what I am understanding

05:27PM  9       you hearing is, what you are relying on

05:27PM 10       entirely for your view that discussing the

05:27PM 11       percent OTT with the Level 3 customers is

05:27PM 12       your conversation with Mr. Stocker and

05:27PM 13       nothing else; is that fair?

05:27PM 14            A.    That is fair.

05:27PM 15                 Q.    Okay.  So your basis for that

05:27PM 16       opinion is your one discussion with

05:28PM 17       Mr. Stocker; is that correct?

05:28PM 18            A.    Correct.  And the reason --

05:28PM 19                 Q.    And Mr. Stocker -- go ahead,

05:28PM 20       sorry.

05:28PM 21            A.    The reason being I have a

05:28PM 22       relationship with Mr. Stocker.  Not only did

05:28PM 23       he work for us, I actually used to be an

05:28PM 24       employee of his.  So just knowing that I had

05:28PM 25       that relationship, I actually fully expected

Andrew McClure - June 11, 2020
Confidential

204

1    A. MCCLURE

05:44PM 2    think that it should all be verifiable.

05:44PM 3    There should all be -- there should all be a

05:44PM 4    way to validate that everybody is playing by

05:44PM 5    the rules.

05:44PM 6            Now, whether that's by a third

05:44PM 7    party or however it may be decided, but

05:44PM 8    obviously taking somebody's word for it is

05:45PM 9    probably not the best option.

05:45PM 10       Q.    Okay.  Let me turn back, then, to

05:45PM 11   Exhibit 63 which is your spreadsheet that you

05:45PM 12   disclosed in May, the main spreadsheet.  In

05:45PM 13   column E, which is your percent OTT for each

05:45PM 14   customer, right?

05:45PM 15           Do you see that?

05:45PM 16       A.    I do.

05:45PM 17       Q.    Other than this spreadsheet and

05:45PM 18   other than the information in this

05:45PM 19   spreadsheet, is there any documentation in

05:45PM 20   the spreadsheet itself or otherwise that

05:45PM 21   corroborates the numbers in column E?

05:45PM 22       A.    No, this goes back to the original

05:45PM 23   documentation, the original report and the

05:45PM 24   original method and how I documented what

05:45PM 25   company's percent.

1                          A. MCCLURE

05:48PM  2        something where a customer like ██████████

05:48PM  3        ██████████ could come back and say this is

05:48PM  4        our OTT given this information or given the

05:48PM  5        understanding of what constitutes OTT and you

05:48PM  6        were given that and I could take that same

05:48PM  7        information and ask them, then I think that

05:48PM  8        that's acceptable if the industry agrees to

05:49PM  9        the question and the stated purpose of it.

05:49PM  10       But, again, it's -- you know, those are

05:49PM  11       hypotheticals.

05:49PM  12            Q.    Well, let me ask the question this

05:49PM  13       way:  Suppose, Mr. McClure, you accept your

05:49PM  14       dream job and go off to work for whoever in

05:49PM  15       whatever country and you are no longer

05:49PM  16       available to testify on behalf of Level 3.

05:49PM  17            Is there anyone else at Level 3

05:49PM  18       that can replicate what you do to determine

05:49PM  19       the percent of OTT in column E?

05:49PM  20            A.    Not unless they went back to 2017

05:50PM  21       and contacted the same people, no.

05:50PM  22            Q.    A couple quick questions back on

05:50PM  23       Exhibit 63 that I want to take care of before

05:50PM  24       we adjourn.

05:50PM  25            I want to ask you, this is again

**Andrew McClure - June 11, 2020**
**Confidential**

208

1               A. MCCLURE

05:50PM  2        your spreadsheet.  I just want to ask you

05:50PM  3        some housekeeping questions on the different

05:50PM  4        tabs.

05:50PM  5              A.    Sure.

05:50PM  6              Q.    To make sure that I understand --

05:50PM  7              A.    Sure.

05:50PM  8              Q.    -- at a high level.  I am not,

05:50PM  9        frankly, since we are at the end of the day

05:50PM  10       here, I am not going to ask any -- I don't

05:50PM  11       think I am going to ask any detailed

05:50PM  12       questions about them, but I would just like

05:50PM  13       to make sure I go through and understand

05:50PM  14       them.

05:50PM  15              So the second tab in Exhibit 63 is

05:50PM  16       called OTT percentage MOM2019 to current?

05:50PM  17              A.    Yes, OTT percentage, month over

05:50PM  18       month, 2019 to current, yes.

05:50PM  19              Q.    And those are just -- is it fair

05:50PM  20       to characterize those as summaries of the

05:51PM  21       data in the prior tab aggregated on a monthly

05:51PM  22       basis?

05:51PM  23              A.    I believe so, yes.

05:51PM  24              Q.    I don't want to mischaracterize.

05:51PM  25       I am just trying to summarize it in a way

**Andrew McClure - June 11, 2020**
**Confidential**

214

1                     A. MCCLURE

05:58PM  2          Q.    Is that correct?  Do you consider

05:58PM  3     that an outlier, let me say that?

05:58PM  4          A.    Yes, I did see that as an outlier,

05:58PM  5     and I did investigate that.  There was some

05:58PM  6     usage that I was not able to obtain that

05:58PM  7     build.  I believed that it was out of period.

05:59PM  8     I don't recall the exact reason why it was

05:59PM  9     off, but I believe that usage that build

05:59PM  10    might have been out of period and, hence, the

05:59PM  11    difference between -- the difference between

05:59PM  12    the invoice and what I collected.

05:59PM  13         Q.    And then the last, I think the

05:59PM  14    last tab is Journal 2019, and is this just

05:59PM  15    the detailed backup of the -- from the bills?

05:59PM  16         A.    Correct.

05:59PM  17         Q.    Okay.  Other than these tabs in

05:59PM  18    the spreadsheet, did you create any other

05:59PM  19    work papers in creating Exhibit 63?

05:59PM  20         A.    No, I did not.

05:59PM  21              MR. HUNSEDER:  Let me take a

05:59PM  22         short break, and then we can hopefully

05:59PM  23         adjourn pretty quickly after that.

05:59PM  24              (Whereupon, a recess was held.)

06:07PM  25              MR. HUNSEDER:  I don't have any

**Confidential**

224

C E R T I F I C A T E

STATE OF NEW YORK        )
                         : SS.:
COUNTY OF NASSAU         )


     I, REBECCA SCHAUMLOFFEL, a Notary

Public for and within the State of New York,

do hereby certify:

     That the witness whose examination

is hereinbefore set forth was duly sworn and

that such examination is a true record of the

testimony given by that witness.

     I further certify that I am not

related to any of the parties to this action

by blood or by marriage and that I am in no

way interested in the outcome of this matter.

     IN WITNESS WHEREOF, I have hereunto

set my hand this 21st day of June

_____

     REBECCA SCHAUMLOFFEL