# EXHIBIT W

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNCATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

**DECLARATION OF JANICE GALLAGHER**

---

I, Janice Gallagher, hereby declare and certify under oath as follows:

1. My name is Janice Gallagher. I am employed by AT&T Services, Inc. as a Billing Ops Analyst. As part of my responsibilities, I am responsible for updating billing tables, reporting billing results and generating bills that are sent to customers and for ensuring those bills are accurate. In addition, I am also responsible for responding to customer billing questions and disputes.

2. I am generally familiar with the switched access service bills that AT&T affiliate Teleport Communications Group, Inc. ("TCG") issues to carriers, including Level 3 Communications, LLC; Broadwing Communications, LLC; Global Crossing Telecommunications, Inc.; and Wiltel Communications, LLC ("Level 3"). I also am familiar with the issue of certain end office access charges that TCG previously billed to Level 3 on over-the-top Voice over Internet Protocol ("OTT VoIP") calls. I was also deposed in this case, and served as a corporate representative of TCG on certain issues, including the end office charges TCG billed to Level 3. Also, in making this declaration, I have reviewed the Declaration of Melissa L. Kellow that Ms. Kellow executed on June 26, 2020.

3. TCG bills switched access services for several types of calling products offered by AT&T Corp. ("AT&T"). The categories of calling products include a variety of business VoIP and residential VoIP calling products. I learned in about 2019 that AT&T offered a product—known as ▮▮▮▮▮▮▮—that allowed AT&T's customers in at least some circumstances to place calls using broadband connections provided by third parties. Ultimately, after an investigation into a number of VoIP products offered by AT&T, TCG learned of one other similar product, called ▮▮▮▮▮▮▮▮▮▮▮▮, or ▮▮▮, which allows callers to place OTT VoIP calls.

4. In some cases, users of these two products may also purchase a broadband facility from AT&T, and in those cases, my understanding is that the calls would not be considered OTT VoIP, and end office charges could be billed. However, AT&T did not have an easy way to determine which calls were placed using an AT&T broadband facility, and which calls were placed using a third party broadband connection. For these reasons, and because the volumes of traffic on these two products were relatively small, TCG elected to treat all of the calls for these two

2

products as though they involved OTT VoIP calls.

5. After I reviewed data that I was provided by AT&T on the total minutes of use for these two products in various periods, I determined the percentage of minutes for these two products compared to TCG's overall business VoIP services—which turned out to be about ███ ███.

6. Beginning in July, 2019, TCG started issuing contemporaneous credits to Level 3 and other customers on TCG's access service bills to reflect the end office charges for minutes of use on these two VoIP products, *i.e.*, ███████ and ███. As a technical matter, it is easier for TCG initially to bill end office access charges on all business VoIP products, but then to issue a credit based on the ████████. Because of the credit, TCG's customers are not billed end office switching charges on OTT VoIP calls associated with ███████ and ███. In fact, because some of the calling associated with these two products is not OTT VoIP traffic, the customers are likely being underbilled for end office access charges.

7. In reviewing the declaration of Ms. Kellow, she contends that since September 2019, Level 3 has not received any switched access credits from TCG. This is incorrect. I have re-reviewed TCG's billing records to Level 3, and TCG continues to issue such credits, including on the most recent bills. For TCG's bills in July and August of 2019 bills, the credits appeared in a section of the bill entitled "Detail of Adjustments" and they were labeled as an "Adjustment Of VoIP Usage." For TCG's bills in September of 2019, the credits appeared in a section of the bill entitled "Detail of Other Charges and Credits" and were labeled as an "Adjustment of VoIP Usage". After that time, the credits appeared in a section of the bill entitled "Detail of Other Charges and Credits," with a new label of "Adjustment of ██████████ Usage." It is possible

3

that Ms. Kellow did not see the credits after the label (CABS Phrase Code) was changed. However, TCG continues to provide the billing credits to Level 3.

8.  I am also familiar with disputes that Level 3 sent to AT&T, and Level 3's withholding of payments apparently connected with the disputes. In around August, 2019, Level 3 provided AT&T with over 11,000 thousands bill disputes for September 2016 through July 2019 invoices, and also declared their intention to short-pay the disputed amounts beginning with the July 2019 invoices. The disputes were equal to ▇▇▇ of TCG's and AT&T CORP's total end office switching and common trunk port charges (*i.e.*, not merely on the business VoIP products) until the May 2020 invoices at which time the disputed amounts were reduced to ▇▇▇

9.  As I understand it, Level 3 is making a claim for end office charges billed on OTT VoIP traffic for the period going back to September 2016. However, even if TCG extended the ▇▇▇ credit to Level 3's end office charges for this period, Level 3 will still owe TCG unpaid end office charges, and TCG will not owe any refund to Level 3. That is because the amount of Level 3's withholding exceeds the amount of any credit. I have made a calculation of the applicable credits due for September 2016 through May 2019 invoices, and a preliminary estimate of past due balances on invoices with OTT VoIP disputes. As of July 15, 2020, I estimate Level 3 would owe TCG approximately ▇▇▇▇▇ .

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2020

/s/ Janice Gallagher<br>
Janice Gallagher

5