# EXHIBIT X

Torres Deposition Exhibit 18

(Filed Under Seal)