**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**[PROPOSED] ORDER GRANTING LEVEL 3'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO ITS RESPONSE TO AT&T'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Before the Court is Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC's Unopposed Motion to Restrict Public Access to Level 3's Response to AT&T's Motion for Partial Summary Judgment and supporting materials. Upon consideration of the Motion and the entire record herein, it is hereby ordered that the Motion be

**GRANTED**. Level 3's Response to AT&T's Motion for Partial Summary Judgment, its Statement of Undisputed Material Facts, and two exhibits thereto shall be subject to Level 1 restriction. *See* D.C.COLO.LCivR 7.2(e).

It is SO ORDERED this _____ of _____, 2020.

_____
The Honorable Raymond P. Moore
U.S. District Court Judge

Submitted by:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*