**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**DECLARATION OF CHARLES
W. STEESE IN SUPPORT OF LEVEL 3'S RESPONSE
TO AT&T'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

    I, CHARLES W. STEESE, do depose on oath and state as follows in support of the response of Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3") to the Motion for Partial Summary Judgment filed by Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T").

1. I am a Partner in the law firm of Armstrong Teasdale LLP, and am lead counsel for Level 3 in this action.

2. I have personal knowledge of the following facts and affirm that they are all true and correct.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the June 11, 2020 Deposition of Andrew McClure.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of the August 29, 2019 Deposition of Andrew McClure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of July, 2020 in Denver, Colorado.

By: /s/ *Charles W. Steese*
Charles W. Steese, #26924
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com