# EXHIBIT B

Confidential - Attorneys' Eyes Only

Page 1

1          UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
2

   _____
3                                  )
   AT&T CORP.,                     )
4                                  )
   Plaintiff,                      )
5                                  )
   vs.                             ) Case No.
6                                  ) 18-cv-00112-RM
   LEVEL 3 COMMUNICATIONS,         )
7  LLC,                            )
                                   )
8  Defendant.                      )
   _____)
9
10
11
         ** CONFIDENTIAL - ATTORNEYS' EYES ONLY **
12
13
14
15     30(b)(6) DEPOSITION OF LEVEL 3 COMMUNICATIONS
16         THROUGH ITS DESIGNATED REPRESENTATIVE
17                   ANDREW McCLURE
18                  Denver, Colorado
19                  August 29, 2019
20
21
22
23  Reported by:
24  MELANIE L. GIAMARCO, RMR, CRR, RPR, CSR
25  JOB NO.:  166466

Confidential - Attorneys' Eyes Only

Page 2

1      A. McClure

2      August 29, 2019

3      9:05 a.m.

4

5      30(b)(6) DEPOSITION OF LEVEL 3

6   COMMUNICATIONS THROUGH ITS DESIGNATED

7   REPRESENTATIVE ANDREW McCLURE, taken by the

8   Plaintiff, held at the law offices of Moye White,

9   1400 Sixteenth Street, 16 Market Square, Denver,

10  Colorado, before Melanie L. Giamarco, a Registered

11  Professional Reporter, Registered Merit Reporter,

12  Certified Realtime Reporter and Notary Public of

13  the State of Colorado.

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Attorneys' Eyes Only

Page 3

1                    A. McClure
2        APPEARANCES:
3        SIDLEY AUSTIN
         Attorneys for Plaintiff:
4             1501 K Street, N.W.
              Washington, D.C.  20005
5        BY:   MICHAEL WARDEN, ESQ.
               JUSTIN BENSON, ESQ.
6

         ARMSTRONG TEASDALE
7        Attorneys for Defendant:
              4643 South Ulster Street
8             Denver, Colorado  80202
         BY:   CHARLES STEESE, ESQ.
9              DOUGLAS MARSH, ESQ.
10
11       ALSO PRESENT:
12            Carmel Gill, CenturyLink
              Kim Meola, AT&T
13            Letty S. Friesen, AT&T
14
15
16
17
18
19
20
21
22
23
24
25

Confidential - Attorneys' Eyes Only

Page 52

1  A. McClure
2  that were made to be reasonable, right?
3  A. Conservative and reasonable, yes.
4  Q. And one of the assumptions in this
5  spreadsheet is that these 36.8 million minutes of
6  use are evenly distributed across the phone numbers
7  of ▮▮▮▮▮ retail?
8  A. Yes.
9  Q. Thank you.
10  MR. WARDEN: Let's take a break.
11  (Recess taken from 10:18 a.m. until
12  10:34 a.m.)
13  Q. (By Mr. Warden) Mr. McClure, in
14  Exhibit 29A, the most recent period surveyed in
15  terms of usage periods is January of 2017; is that
16  correct?
17  A. Yes.
18  Q. And then in 30A, the most recent period
19  surveyed is July of 2017; is that correct?
20  A. Just to confirm, that's 4135; is that
21  correct? The spreadsheet?
22  Q. Yes, sir.
23  A. Yes.
24  Q. And there are some other differences
25  that you testified about before the break; is that

Confidential - Attorneys' Eyes Only

1       A. McClure

2       A.  Correct.

3       Q.  And had you ever noticed that some of
4   the ███ entries in your spreadsheet were zero
5   percent?

6       A.  On the original spreadsheet, yes.

7       Q.  And there are some zeros on your more
8   recent spreadsheet as well, for ███?

9       A.  For the current period -- for the
10  current period that I did, they're not.  So the
11  period of that latest spreadsheet which was used to
12  calculate against the invoice, it was not used.  So
13  if you go back to the period of 201707, they should
14  be all a hundred percent.

15      Q.  But you used all the periods to
16  calculate an overall factor for over-the-top
17  percentage, right?

18      A.  For what was used, I used the latest
19  period and the latest period only.  I did not
20  factor all periods together to come up with a
21  percentage.  So they're broken out individually.

22      Q.  So looking at . . .

23      A.  ██ percent, ██ percent, those are the
24  factors that I used against the invoice.

25      Q.  So based on the work that you did, what

Confidential - Attorneys' Eyes Only

Page 81

1                     A. McClure

2       do you believe is the percentage of over-the-top

3       traffic for originating 8YY calls?

4              A.  For what period?

5              Q.  Overall.

6              A.  It changes.  And it's going to change

7       over time.  And it will continue to change.

8              Q.  Is there an average -- so just for the

9       record, we're looking at -- I believe it's 30A,

10      14135, the tab "Pivot EO Invoiced MOU," rows 18

11      through 31; do you see that?

12             A.  I do.

13             Q.  And is there an average for originating

14      8YY traffic?

15             A.  The average was ▌ percent.

16             Q.  And what about terminating inbound long

17      distance?  Is there an average?

18             A.  ▌ percent.

19             Q.  And so what do you think the appropriate

20      factor is that should be applied for over-the-top

21      traffic for purposes of this dispute?

22             A.  So the intent of the -- sorry.

23             MR. STEESE:  I was going to ask a question.

24             The only reason I'm saying this is there's

25      been a settlement up through January -- December 31