**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

      Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING
TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

      Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

      Counterclaim Defendant.

---

**UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBITS TO LEVEL
3'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

---

      Defendant/Counterclaimant, Level 3 Communications, LLC and Counterclaimants

Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel

Communications, LLC (collectively, "Level 3"), respectfully submit the following Unopposed

Motion for an order restricting public access to portions of Exhibits to their Reply in Support of

their Motion for Summary Judgment in order to maintain the confidentiality of the information

contained therein. Counsel for Level 3 has conferred with Counsel for AT&T regarding this

motion in compliance with D.C. Colo. LCivR 7.1 and is authorized to state that AT&T does not oppose this motion.

In support of this Motion, and in compliance with D.C. Colo. LCivR 7.2, Level 3 states as follows:

1.      Level 3's Reply in Support of its Motion for Summary Judgment, its Movant's Reply and Supporting Evidence ("RSUMF"), and its Exhibits 36, 39, 42, and 43 to Level 3's Reply contain sensitive language and information, such as information on customers and traffic volumes, which Level 3 seeks to maintain as confidential and/or is obligated to maintain as confidential pursuant to the Court's Protective Order, ECF No. 62.

2.      If access to this sensitive information is not restricted, Level 3 will be unable to preserve this sensitive and proprietary information as confidential or fulfill its obligations to maintain this sensitive and proprietary material as confidential.

3.      Level 3 is filing a public version of these documents on the public docket, with solely the specifically identified sensitive language redacted, concurrently with this motion. Exhibits 39 and 43 are confidential in their entirety and therefore Level 3 seeks to seal the documents in their entirety. Level 3 is mindful of the Court's Orders and Local Rules regarding the scope of the material the parties may restrict and the need to use only the least restrictive measures necessary, and has limited the extent of the requested restrictions in conformance with the Court's instructions to include solely the sensitive information to which public access should be restricted.

4.     In light of Level 3's efforts to minimize the restriction of public access as narrowly as possible, Level 3 does not believe any less-restrictive alternative will (a) allow for the use of the materials and (b) protect the confidential nature of the information.

5.     The appropriate level of restriction is Level 1—i.e., access should be limited to the parties and the Court.

For the foregoing reasons, Level 3 respectfully requests that the Court restrict public access to its Reply in Support of its Motion for Summary Judgment, its Movant's Reply and Supporting Evidence ("RSUMF"), and its Exhibits 36, 39, 42, and 43 to Level 3's Reply, allowing for public filing with redactions for all but Exhibits 39 and 43, which Level 3 requests be sealed in their entirety.

Respectfully submitted this 3rd day of August, 2020.

By:     /s/ Charles W. Steese
        Charles W. Steese, #26924
        Douglas N. Marsh, #45964
        Armstrong Teasdale LLP
        4643 South Ulster Street, Suite 800
        Denver, Colorado 80237
        Telephone: (720) 200-0676
        csteese@armstrongteasdale.com
        dmarsh@armstrongteasdale.com

        *Attorneys for Defendant/Counterclaimant, Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*

## CERTIFICATE OF SERVICE

I, Charles W. Steese, hereby certify that on August 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael D. Warden
Michael J. Hunseder
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: mwarden@sidley.com
E-mail: mhunseder@sidley.com
E-mail: jbenson@sidley.com
E-mail: joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

/s/ Charles W. Steese
Charles W. Steese