**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**[PROPOSED] ORDER GRANTING
LEVEL 3'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO
EXHIBITS TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

    Before the Court is Defendant/Counterclaimant, Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC's Unopposed Motion to Restrict Public Access to Exhibits to their Reply in Support of their Motion for Summary Judgment. Upon consideration of the Motion and the entire record herein, it is hereby ordered that the Motion be GRANTED. Level 3's Reply in Support of its Motion for Summary Judgment; its Movant's Reply and

Supporting Evidence ("RSUMF"); and its Exhibits 36, 39, 42, and 43 to Level 3's Reply shall be subject to Level 1 restriction, with Exhibits 39 and 43 sealed in their entirety. *See* D.C.COLO.LCivR 7.2(e).

It is SO ORDERED this _____ of _____, 2020.

 

_____
The Honorable Raymond P. Moore
U.S. District Court Judge

Submitted by:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimant,*
*Level 3 Communications, LLC and*
*Counterclaimants Broadwing Communications, LLC,*
*Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*