**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**DECLARATION OF CHARLES W. STEESE IN**
**SUPPORT OF LEVEL 3'S MOTION FOR SUMMARY JUDGMENT**

I, CHARLES W. STEESE, do depose on oath and state as follows in support of the Motion of Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3") for Summary Judgment:

1. I am a Partner in the law firm of Armstrong Teasdale LLP, and am lead counsel for Level 3 in this action.

2. I have personal knowledge of the following facts and affirm that they are all true and correct.

3. Exhibit 35 to Level 3's Movant's Reply ("RSUMF") is a true and correct copy of excerpts of the deposition of Kim Meola.

4. Exhibit 36 to Level 3's RSUMF is a true and correct copy of excerpts of the deposition of Jennifer Torres taken on December 19, 2019.

5. Exhibit 37 to Level 3's RSUMF is a true and correct copy of excerpts of the deposition of Craig John.

6. Exhibit 38 to Level 3's RSUMF is a true and correct copy of excerpts of the deposition of Jennifer Torres taken on August 28, 2019.

7. Exhibit 39 to Level 3's RSUMF is a true and correct copy of Exhibit 6 as used in the deposition of Jennifer Torres taken on August 28, 2019.

8. Exhibit 40 to Level 3's RSUMF is a true and correct copy of excerpts of the deposition of AT&T's expert Dr. Penn Pfautz.

9. Exhibit 41 to Level 3's RSUMF is a true and correct copy of Exhibit 17 as used in the deposition of Jennifer Torres taken on December 19, 2019.

10. Exhibit 42 to Level 3's RSUMF is a true and correct copy of excerpts of the deposition of Andrew McClure taken on June 11, 2020.

11. Exhibit 43 Level 3's RSUMF is a true and correct copy of the Declaration of Melissa Kellow.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August, 2020 in Denver, Colorado.


                    By:     /s/ *Charles W. Steese*
                              Charles W. Steese, #26924
                              Armstrong Teasdale LLP
                              4643 South Ulster Street, Suite 800
                              Denver, Colorado 80237
                              Telephone: (720) 200-0676
                              csteese@armstrongteasdale.com