# EXHIBIT 38

CONFIDENTIAL

Page 1

1        UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO
2

   _____
3                                  )
   AT&T CORP.,                     )
4                                  )
   Plaintiff,                      )
5                                  )
   vs.                             )  Case No.
6                                  )  18-cv-00112-RM
   LEVEL 3 COMMUNICATIONS,         )
7  LLC,                            )
                                   )
8  Defendant.                      )
   _____)
9
10
11
                  ** CONFIDENTIAL **
12
13
14     30(b)(6) DEPOSITION OF LEVEL 3 COMMUNICATIONS
15         THROUGH ITS DESIGNATED REPRESENTATIVE
16                    JENNIFER TORRES
17                    Denver, Colorado
18                    August 28, 2019
19
20
21
22
23  Reported by:
24  MELANIE L. GIAMARCO, RMR, CRR, RPR, CSR
25  JOB NO.:  166465

CONFIDENTIAL

Page 2

1       J. Torres

2       August 28, 2019

3       9:43 a.m.

4

5       30(b)(6) DEPOSITION OF LEVEL 3
6  COMMUNICATIONS THROUGH ITS DESIGNATED
7  REPRESENTATIVE JENNIFER TORRES, taken by the
8  Plaintiff, held at the law offices of Moye White,
9  1400 Sixteenth Street, 16 Market Square, Denver,
10 Colorado, before Melanie L. Giamarco, a Registered
11 Professional Reporter, Registered Merit Reporter,
12 Certified Realtime Reporter and Notary Public of
13 the State of Colorado.
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 3

1      J. Torres
2  APPEARANCES:
3  SIDLEY AUSTIN
   Attorneys for Plaintiff:
4       1501 K Street, N.W.
        Washington, D.C.  20005
5  BY:   JUSTIN BENSON, ESQ.
         MICHAEL WARDEN, ESQ.
6
7  ARMSTRONG TEASDALE
   Attorneys for Defendant:
8       4643 South Ulster Street
        Denver, Colorado  80237
9  BY:   CHARLES STEESE, ESQ.
         DOUGLAS MARSH, ESQ.
10
11
   ALSO PRESENT:
12
         Carmel Gill, CenturyLink
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 96

1         J. Torres

2         Q.  That's right.

3         A.  "I think that was based on our FCC Form 477 in which we state that 65 percent of our lines are OTT subscriptions."

6         Q.  Was the Form 477 consulted by Level 3 during the 2015 settlement negotiation?

8         A.  I don't -- for the settlement negotiation?  I would assume it was only looked at to get an understanding of what was on there, but there's no information within the Form 477 that can definitively say what is OTT and what is not.  And I believe, after looking at the Form 477 recently, that I have misspoken in this statement, or in this sentence.

16        Q.  Let's explore that.

17        MR. BENSON:  I'm going to hand to the court reporter what I'd like marked as Level 3 Exhibit 6. And if the court reporter can hand that to the witness, please.

21        (Exhibit 6 was marked for identification.)

22        A.  Can I add on why I think it's misstated?

23        Q.  No, we'll get to that.

24        So I'm not as concerned about the e-mail at the top of that.  I'd like you to take a look at

CONFIDENTIAL

Page 97

1         J. Torres
2    the attachment, which is what I believe is
3    Level 3's Form 477.  So that begins on Bates -- and
4    just about what Bates numbers are, Ms. Torres.
5         Are you familiar with that term, "Bates
6    numbers"?
7         A.  "Bates numbers."  I am not.
8         Q.  So notice on the Form 477 at the bottom,
9    in the bottom-right corner, there's a stamp there.
10        A.  Okay.
11        Q.  It says "CTL" underscore and then a
12   series of numbers.
13        A.  Okay.
14        Q.  Just for purposes of -- so we're on the
15   same page, literally speaking, I'll use that as a
16   reference, okay?
17        So the first page of the Form 477 ends with
18   2007 at the bottom; do you see that?
19        A.  I see that.
20        Q.  Okay.  Have you seen this document
21   before?
22        A.  I don't know if I've seen this
23   particular document.  I don't recall.
24        Q.  Do you believe that this is Level 3's
25   Form 477?

CONFIDENTIAL

Page 98

1        J. Torres

2        A.  Based on the filer identification, it
3   looks like our names are here in the "Response"
4   section.
5        Q.  So just to confirm, it says, "Filer
6   Information, Provider Name, Level 3 Communications,
7   LLC"; is that correct?
8        A.  Correct.
9        Q.  Ms. Torres, please flip to Bates number
10  12028.  So it's near the back of this document.
11       A.  Okay.  I'm there.
12       Q.  The first full table says, "Fixed Voice
13  Subscription (iVoIP)," and then, "Over-the-top
14  voice Subscriptions by State and End-user Type"; do
15  you see that?
16       A.  I do.
17       Q.  Do you see any numbers on this table
18  other than zero?
19       A.  I do not.
20       Q.  And you mentioned a little bit earlier,
21  when we were looking at Exhibit 5, that you believe
22  you misspoke as to the 65 percent.
23            Is that because you had reviewed this
24  document?
25       A.  I don't know if I reviewed this

CONFIDENTIAL

Page 99

1       J. Torres
2  particular document, but I do know, after looking
3  at Form 477 recently with Nancy, that we have never
4  filed -- that we have OTT subscriptions on our
5  Forms 477.
6       Q.  Nancy was the person in the tax
7  department; is that right?
8       A.  Correct.
9       Q.  What was her last name again?
10      A.  McCarty.
11      Q.  Okay.  So you reviewed a Form 477.
12 You're not sure if it's this particular one which
13 was filed.  I'll represent, based on the document,
14 this is dated as of December 31st, 2016.
15      You reviewed a Form 477 with Nancy, and it
16 had zeros in this table; is that correct?
17      A.  Correct.
18      Q.  Has Level 3 ever filed a Form 477 where
19 this table included numbers different than zero?
20      A.  I believe, after talking with Nancy,
21 that there was a misfiling that we provided in the
22 December 2014 time frame that did put OTT
23 subscription lines in the report.  And the FCC
24 questioned Level 3 on it.  And after getting advice
25 from the FCC on how to accurately fill out the