**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

      *Plaintiff/Counter Defendant,*

v.

LEVEL 3 COMMUNICATIONS, LLC,

      *Defendant/Counterclaimant,*

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING
TELECOMMUNCATIONS, INC., and WILTEL COMMUNICATIONS, LLC

      *Counterclaimants,*

v.

TELEPORT COMMUNICATIONS GROUP, INC.

      *Counterclaim Defendant*

---

**AT&T & TCG'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO ITS**
**REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT,**
**REPLY AND SUPPORTING EVIDENCE, AND EXHIBITS IN SUPPORT**

---

Plaintiff/Counterclaim Defendant AT&T Corp. and Counterclaim Defendant Teleport

Communications Group (collectively, "AT&T"), by and through undersigned counsel,

respectively moves this Court for an Order restricting public access to all or portions of its Reply

in Support of its Motion for Partial Summary Judgment (the "Reply"), Reply and Supporting

Evidence ("RSUMF"), and an exhibit in support of the Reply (the "Exhibit") in order to maintain

the confidentiality of information contained therein.  Counsel for AT&T has conferred with counsel for Level 3 Communications, LLC ("Level 3") regarding this motion in compliance with D. Colo. L. Civ. R. 7.1 and is authorized to state that Level 3 does not oppose this Motion.  In support of its Motion, and in compliance with D. Colo. L. Civ. R. 7.2, AT&T states as follows:

1.      AT&T seeks to place portions of the Reply, RSUMF, and the Exhibit under restriction.

2.      Public access to portions of these documents should be restricted because they discuss sensitive material to which AT&T is obligated to maintain as confidential pursuant to the Stipulated Protective Order Governing Confidential Information, ECF No. 62, ¶ 18 ("Protective Order"),[1] the terms of a 2015 confidential settlement agreement between the parties ("2015 Settlement Agreement"), and/or this Court's prior Orders.

3.      AT&T's Reply, its RSUMF, and the Exhibit to AT&T's Reply contain sensitive language and/or business and client proprietary information, such as information on customers, traffic volumes, and monetary payments, which AT&T seeks to maintain as confidential and/or is obligated to maintain as confidential pursuant to the Court's Protective Order, ECF No. 62, the terms of the 2015 Settlement Agreement, and/or this Court's prior Orders.

4.      If access is not restricted, AT&T will be unable to fulfill both its contractual obligation under the 2015 Settlement Agreement, its obligation under the Protective Order to maintain this material as confidential, and/or the Court's previous Order (ECF No. 24), which maintains certain of these documents under restriction.

---

[1] The Protective Order requires that "[i]n the event it is necessary for the Parties to file Confidential or Highly Confidential Documents with the Court, the Documents shall be filed in accordance with the requirements of D.C.Colo.LCivR 7.2."  Protective Order ¶ 18.

5.     As to whether there are less restrictive alternatives to restriction, AT&T is filing

concurrently with this motion, on the public docket, the Reply, the RSUMF, and the Exhibit with

appropriate redactions where possible.

6.     The appropriate level of restriction is Level One – i.e., access should be limited to

the parties and the Court.

Respectfully submitted this 3rd day of August, 2020.

By: /s/ Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp. and
Counterclaim Defendant Teleport
Communications Group*

## CERTIFICATE OF SERVICE

I, Justin A. Benson, hereby certify that on August 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3
Communications, LLC*

/s/ Justin A. Benson
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: jbenson@sidley.com

*Attorney for Plaintiff AT&T Corp. and
Counterclaim Defendant Teleport
Communications Group*