# EXHIBIT 10

**EXHIBIT** 4
**WIT:** Level 3
**DATE:** 8/28/19
**MLG**

### Message

| | |
|---|---|
| **From:** | Mcclure, Andrew [/o=Level3/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Andrew.Mcclure] |
| **on behalf of** | Mcclure, Andrew |
| **Sent:** | 8/3/2016 10:34:29 AM |
| **To:** | Robles, Mike [/o=Level3/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Michael.Robles] |
| **CC:** | Abeyta, Jamie [/o=Level3/ou=DENVER/cn=Recipients/cn=abeyta.jamie] |
| **Subject:** | FCC OTT Risk Analysis |

Hi Mike,

Not sure if you are familiar with the OTT.

If so skip this the following: At a high level Over The Top refers to providers like Vonage, Ooma, and Skype. In the inter carrier compensation space we charge end office switching where we own the CPN in NPAC. When we resell these to providers and other resellers or even enterprise customers we cannot guarantee that the call originated in our end office as they are potentially mobile. Today the FCC has ruled that as long as the CPN is Level 3 in NPAC we can charge EO, but AT&T has appealed the decision and if the FCC were to change the ruling in favor of not being able to charge EO for OTT providers we would need to stop billing EO for OTT calls.

We are looking for a list of customers that would be considered OTT. Or any TN that could initiate a call on the internet as opposed to an IP phone in an office with VOIP PBX.

Let me know if you have questions.

Thanks,
Andrew McClure
Manager, Revenue Assurance
Address: 1025 Eldorado Blvd
Broomfield, CO. 80021
Office (720)888-4576
Mobile (303)906-0460

Level(3)

CONFIDENTIAL

CTL_0007023