# EXHIBIT 11

CONFIDENTIAL

Page 1

1      UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO
2

3    _____
                                    )
     AT&T CORP.,                    )
4                                   )
     Plaintiff,                     )
5                                   )
     vs.                            )  Case No.
6                                   )  18-cv-00112-RM
     LEVEL 3 COMMUNICATIONS,        )
7    LLC,                           )
                                    )
8    Defendant.                     )
     _____)
9
10
11
                  ** CONFIDENTIAL **
12
13
14    30(b)(6) DEPOSITION OF LEVEL 3 COMMUNICATIONS
15        THROUGH ITS DESIGNATED REPRESENTATIVE
16                  JENNIFER TORRES
17                  Denver, Colorado
18                  August 28, 2019
19
20
21
22
23   Reported by:
24   MELANIE L. GIAMARCO, RMR, CRR, RPR, CSR
25   JOB NO.: 166465

CONFIDENTIAL

Page 2

1          J. Torres

2        August 28, 2019

3          9:43 a.m.

4

5      30(b)(6) DEPOSITION OF LEVEL 3

6  COMMUNICATIONS THROUGH ITS DESIGNATED

7  REPRESENTATIVE JENNIFER TORRES, taken by the

8  Plaintiff, held at the law offices of Moye White,

9  1400 Sixteenth Street, 16 Market Square, Denver,

10 Colorado, before Melanie L. Giamarco, a Registered

11 Professional Reporter, Registered Merit Reporter,

12 Certified Realtime Reporter and Notary Public of

13 the State of Colorado.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 3

```
1                  J. Torres
2    APPEARANCES:
3    SIDLEY AUSTIN
     Attorneys for Plaintiff:
4         1501 K Street, N.W.
          Washington, D.C.  20005
5    BY:   JUSTIN BENSON, ESQ.
           MICHAEL WARDEN, ESQ.
6
7    ARMSTRONG TEASDALE
     Attorneys for Defendant:
8         4643 South Ulster Street
          Denver, Colorado  80237
9    BY:   CHARLES STEESE, ESQ.
           DOUGLAS MARSH, ESQ.
10
11
     ALSO PRESENT:
12
           Carmel Gill, CenturyLink
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 66

1                J. Torres

2    been purchased by a carrier.

3         A.   The call really can't be on our network

4    unless it's provided by a product we offer.  So

5    it'd have to be -- a call -- calls are coming in,

6    let's say, from AT&T to Level 3.  A call coming

7    into our network had to be terminating to one of

8    our telephone numbers or it had to be originated by

9    one of our telephone numbers and going to the

10   carrier.  So the calls have to be on our network at

11   some point.  So, yes, we can see the TNs in our

12   network and who the calls are being made to or

13   from.

14        Q.   Okay.  So let's just take a

15   hypothetical.  And first I'm going to ask some

16   questions about how the relationship between

17   Level 3 and its OTT partners work, its VoIP

18   partners.

19        A.   VoIP partners.

20        Q.   So let's just use ▮▮▮▮▮▮ as an example.

21   ▮▮▮▮▮▮ enters into an agreement with

22   Level 3; is that correct?

23        MR. STEESE:  Objection; foundation.

24        MR. BENSON:  I'll restate the question.

25        Q.   Does Level 3 have a customer

Page 67

1        J. Torres

2  relationship with ▇▇▇▇, or an agreement?

3        A.  A commercial agreement.

4        Q.  Okay.  And as part of that agreement, is

5  ▇▇▇▇ purchasing telephone numbers from Level 3?

6        A.  I do not know the terms of those

7  agreements.

8        Q.  Let's take a hypothetical, then.  So

9  putting aside ▇▇▇▇.

10       Is one of the services that Level 3 offers

11 to VoIP providers telephone numbers that they can

12 purchase?

13       A.  Yes.

14       Q.  So if a VoIP provider purchases a

15 telephone number from Level 3, that VoIP provider

16 likely then offers the telephone number to one of

17 its customers; is that correct?

18       A.  That is correct.

19       Q.  So -- and this is -- this might be my

20 ignorance.

21       If that customer who's been assigned what is

22 in reality a Level 3 number by its VoIP provider

23 makes a telephone call, the call-detail record --

24 would Level 3 have a call-detail record of that

25 telephone call?

CONFIDENTIAL

Page 214

1          REPORTER'S CERTIFICATE

2  STATE OF COLORADO    ) ss.

3  COUNTY OF DENVER     )

4          I, MELANIE L. GIAMARCO, do hereby certify

5  that I am a Registered Professional Reporter and

6  Notary Public within the State of Colorado; that

7  previous to the commencement of the examination,

8  the deponent was duly sworn by me.

9          I further certify that this deposition was

10 taken in machine shorthand by me at the time and

11 place herein set forth, that it was thereafter

12 reduced to typewritten form, and that the foregoing

13 constitutes a true and correct transcript of the

14 proceedings had.

15         I further certify that I am not employed by,

16 related to, nor of counsel for any of the parties

17 herein, nor otherwise interested in the result of

18 the within litigation.

19         In witness whereof, I have affixed my

20 signature this 9th day of September, 2019.

21

22        _____

           Melanie L. Giamarco, CSR RPR CRR

23

   My commission expires:  August 21, 2021.

24 Notary ID:  20014025991

25