# EXHIBIT B

# In The Matter Of:

*AT&T Corporation v.*
*Level 3 Communications, LLC*

*Andrew McClure*
*June 11, 2020*
*Confidential*



*Min-U-Script® with Word Index*

**Confidential**

```
                                                              1

  1

  2      IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO
  3      -----------------------------------------X
         AT&T CORPORATION,
  4
                  Plaintiff/Counterclaim Defendant,
  5
                       v.
  6
         LEVEL 3 COMMUNICATIONS, LLC.,
  7
                  Defendant/Counterclaimant,
  8
                       and
  9
         BROADWING COMMUNICATIONS, LLC, GLOBAL
 10      CROSSING TELECOMMUNICATIONS, INC., and
         WILTEL COMMUNICATIONS, LLC.
 11
                  Counterclaimants,
 12
                       v.
 13
         TELEPORT COMMUNICATIONS GROUP, INC.
 14
                  Counterclaim Defendant.
 15      -----------------------------------------X
                      ***CONFIDENTIAL***
 16

 17         DEPOSITION OF ANDREW McCLURE

 18               Thursday, June 11, 2020

 19

 20

 21

 22

 23      Reported by:

 24      Rebecca Schaumloffel, CLR, RPR, CCR-NJ

 25      Job No:   2020-86250
```

Confidential

2

June 11, 2020

11:08 a.m.

　　　　Deposition of ANDREW McCLURE, held remotely via Webex, before Rebecca Schaumloffel, a Certified Livenote Reporter, Registered Professional Reporter, Certified Court Reporter of New Jersey, and Notary Public of the States of New York, New Jersey, Delaware, and Pennsylvania.

Confidential

3

A P P E A R A N C E S:

    SIDLEY AUSTIN
        Attorneys for the Plaintiff
        1501 K. Street, N.W.
        Washington, D.C. 20005
        BY:  MICHAEL HUNSEDER, ESQ.
            JUSTIN BENSON, ESQ.
            JOSH MOORE, ESQ.

    ARMSTRONG TEASDALE
        Attorneys for the Defendant
        4643 South Ulster Street
        Denver, Colorado 80202
        BY:  CHARLES STEESE, ESQ.

    ALSO PRESENT:

        Mark W. Lewis, Esq., AT&T

        Christian Ruiz, Lexitas

        *       *       *

85

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | A. MCCLURE                                                 |
| 02:41PM  | 2  | Q.   What's the difference between NULL                   |
| 02:41PM  | 3  | and unknown?                                               |
| 02:41PM  | 4  | A.   The NULL is known, it's just not a                   |
| 02:41PM  | 5  | customer spec trunk group.  The unknown is                 |
| 02:41PM  | 6  | essentially a broken call record.  So in                   |
| 02:41PM  | 7  | Level 3, the way we collect switch records                 |
| 02:41PM  | 8  | and we correlate those switch records from                 |
| 02:41PM  | 9  | the beginning of the call leg to the end of                |
| 02:41PM  | 10 | the call leg and then correlate them                       |
| 02:42PM  | 11 | together, sometimes those records break for                |
| 02:42PM  | 12 | whatever reason, if a switch is delayed in                 |
| 02:42PM  | 13 | releasing its record or if the data is                     |
| 02:42PM  | 14 | corrupt from either the originating source or              |
| 02:42PM  | 15 | whatever have you, the terminating source,                 |
| 02:42PM  | 16 | the correlation engine or program cannot                   |
| 02:42PM  | 17 | correlate the two ones together and the call               |
| 02:42PM  | 18 | breaks.  So these come into us and the                     |
| 02:42PM  | 19 | originating side of the call, we cannot -- we              |
| 02:42PM  | 20 | don't know what it is because the call is                  |
| 02:42PM  | 21 | broken.                                                    |
| 02:42PM  | 22 | Q.   And then on the NULL, how does                       |
| 02:42PM  | 23 | that contrast with the NULL; do you know                   |
| 02:42PM  | 24 | where that particular call originates from?                |
| 02:42PM  | 25 | A.   We do.                                               |

Andrew McClure - June 11, 2020
Confidential

106

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | A. MCCLURE                                         |
| 03:09PM  | 2  | Q.    So -- let me ask you then, in -- I           |
| 03:09PM  | 3  | know you don't remember -- I assume you don't      |
| 03:09PM  | 4  | remember specifically what you did in 2017         |
| 03:09PM  | 5  | for ▮▮▮▮▮▮▮▮ fair?                                 |
| 03:09PM  | 6  | A.    Fair.                                        |
| 03:09PM  | 7  | Q.    But in 2017 -- strike that.                  |
| 03:10PM  | 8  | What was the generalized process                   |
| 03:10PM  | 9  | you were referring to in your prior answer         |
| 03:10PM  | 10 | about how -- what you did to determine             |
| 03:10PM  | 11 | whether ▮▮▮▮▮▮▮▮ was 0% or not?                    |
| 03:10PM  | 12 | A.    So in the first -- in the first              |
| 03:10PM  | 13 | round of investigating customers, it was -- I      |
| 03:10PM  | 14 | was using 95% of the volume. So if they were       |
| 03:10PM  | 15 | in that 95% of the volume, I would have            |
| 03:10PM  | 16 | researched them, looking at the website,           |
| 03:10PM  | 17 | trying to determine if that was something          |
| 03:10PM  | 18 | that they offer, readily advertisable on           |
| 03:10PM  | 19 | their web page, if they had some sort of           |
| 03:10PM  | 20 | application-based pneumatic capability.            |
| 03:10PM  | 21 | As far as, you know, putting in a                  |
| 03:10PM  | 22 | percentage in this time, I used what was           |
| 03:10PM  | 23 | existing from the old spreadsheet. You know,       |
| 03:10PM  | 24 | again, I go back to, until there is a              |
| 03:10PM  | 25 | documented and agreed upon way to send all         |

Andrew McClure - June 11, 2020
Confidential

125

| | | |
|---|---|---|
| | 1 | A. MCCLURE |
| 03:35PM | 2 | Q.    It's a printout from a web page by |
| 03:35PM | 3 | ▮▮▮▮▮▮▮.  I will just ask you to take a |
| 03:35PM | 4 | quick look at it.  I am really just going to |
| 03:35PM | 5 | ask about the first page. |
| 03:35PM | 6 | A.    Okay. |
| 03:35PM | 7 | Q.    Again, the printout came out |
| 03:35PM | 8 | somewhat garbled due to trying to print an |
| 03:35PM | 9 | Internet page.  Just let me know when you are |
| 03:36PM | 10 | finished.  I am really going to ask about the |
| 03:36PM | 11 | first page. |
| 03:36PM | 12 | A.    Sure, go ahead. |
| 03:36PM | 13 | Q.    So you will see the first page, in |
| 03:36PM | 14 | the very upper left-hand corner, it says |
| 03:36PM | 15 | "▮▮▮▮▮▮▮" and says "▮▮▮▮▮▮▮▮▮▮," right, |
| 03:36PM | 16 | correct? |
| 03:36PM | 17 | A.    Correct. |
| 03:36PM | 18 | Q.    Is that -- having reviewed that, |
| 03:36PM | 19 | does that give you any pause as to whether |
| 03:36PM | 20 | the minutes associated with ▮▮▮▮▮▮▮ in row |
| 03:36PM | 21 | 16 are 0% over-the-top? |
| 03:36PM | 22 | A.    Had I -- on the original analysis, |
| 03:37PM | 23 | had they been in my top 90% or top of minutes |
| 03:37PM | 24 | of use, I would have saw that web page and |
| 03:37PM | 25 | reached out to them and done Click to Chat or |

|          |                                                    |
|----------|----------------------------------------------------|
| 1        | A. MCCLURE                                         |
| 03:37PM 2  | called them and asked for what percentage of     |
| 03:37PM 3  | their customers work remotely and, you know,    |
| 03:37PM 4  | given now that it's, you know, more based       |
| 03:37PM 5  | upon the providing a circuit to those           |
| 03:37PM 6  | customers, that would be another question       |
| 03:37PM 7  | that I would probably ask is, you know, do      |
| 03:37PM 8  | you provide circuits to most of these           |
| 03:37PM 9  | customers and is the working from anywhere a    |
| 03:37PM 10 | supplement to this physical location, but,     |
| 03:37PM 11 | from this, I would definitely investigate      |
| 03:37PM 12 | them, but given that they are zero on that     |
| 03:37PM 13 | spreadsheet, it means that, in 2017, either    |
| 03:37PM 14 | they didn't have the volume for me to go and   |
| 03:37PM 15 | investigate or, perhaps, in 2017 this web      |
| 03:37PM 16 | page was far different or didn't exist and     |
| 03:37PM 17 | didn't show that they had this kind of         |
| 03:37PM 18 | capability.                                    |
| 03:37PM 19 |     Q.   Right.  Okay.  And so I mean,         |
| 03:38PM 20 | obviously, if you go down the page, it says:   |
| 03:38PM 21 | We take the tools you'd typically use at the   |
| 03:38PM 22 | office, like a phone and the apps on your      |
| 03:38PM 23 | desktop, and deliver them from a single        |
| 03:38PM 24 | portal that users can access on any device."   |
| 03:38PM 25 |         So that seems to suggest that          |

|   |   |
|---|---|
|   | 138 |

```
              1                  A. MCCLURE
04:03PM       2      that's ▮▮▮▮▮▮▮▮▮▮, that's the ▮▮▮▮▮▮
04:03PM       3      user, correct?
04:03PM       4           A.   The person on the screen -- oh, on
04:03PM       5      the monitor.
04:03PM       6           Q.   On the monitor, yes.
04:03PM       7           A.   Gotcha.  So there is two people on
04:03PM       8      the monitor.
04:03PM       9           Q.   Right.
04:04PM      10           A.   So, yes, so I see as one of them
04:04PM      11      as being the, you know, in this instance it
04:04PM      12      could be two people that are impaired, I
04:04PM      13      don't know why you would have two people, but
04:04PM      14      according to the documentation above, it's
04:04PM      15      saying to a traditional voice.  So in this
04:04PM      16      picture it depicts two people.  So I think
04:04PM      17      that this is a different scenario than what
04:04PM      18      is being depicted in the words above, but
04:04PM      19      that's just my opinion.
04:04PM      20           Q.   Okay.  I would like to move on --
04:04PM      21      the next line in, going back to Exhibit 63,
04:04PM      22      we discussed this very briefly so hopefully
04:04PM      23      we can get through it quickly but it was
04:04PM      24      unknown?
04:04PM      25           A.   Correct.
```

139

1      A. MCCLURE

04:04PM  2      Q.   And I think, I don't want to --
04:04PM  3   you were saying that these occur when there
04:05PM  4   is difficulties with the call detail records.
04:05PM  5           Is that a fair summary of what you
04:05PM  6   testified to?
04:05PM  7      A.   Yes.  Yes, that's correct.  Less
04:05PM  8   than 1% but it's about 1% we have fallout of
04:05PM  9   bad correlated calls.
04:05PM 10      Q.   Right.  So we are talking about
04:05PM 11   21.3 million minutes, right?
04:05PM 12      A.   Correct.
04:05PM 13      Q.   So in this particular -- these
04:05PM 14   particular minutes, Level 3 truly does not
04:05PM 15   know either the telephone number from which
04:05PM 16   the call originated or originating TG
04:05PM 17   customer.
04:05PM 18           Is that fair?
04:05PM 19      A.   We know the telephone number.  We
04:05PM 20   know that it's ours.  We can probably trace
04:05PM 21   back to where it came from.  This report was
04:05PM 22   really gaged at the trunk group that it
04:05PM 23   originated on, and the reason I say that and
04:05PM 24   the importance for that is because there are
04:06PM 25   many times where we get telephone numbers

140

1          A. MCCLURE
2  that come in on trunk groups that are not the
3  owner.  They are not the same.
4          So, for instance, ███████████
5  will hand us outbound toll-free calls that
6  come from TCG numbers.  So AT&T VoIP B
7  network, and they will hand us calls for
8  toll-free, and so the importance for this
9  exercise is to really look at the trunk group
10 and look at the owner of that trunk group
11 because that is ultimately the owner of that
12 traffic.  The TN, as far as we know that it's
13 ours, so we are trying to account for the TN,
14 but as far as who owns that TN, no.  Because
15 that call was broken, we can figure out who
16 we are provisioning it to, but because the
17 call detail record didn't say where it came
18 in on, I don't want to make that assumption.
19      Q.   But you did make an assumption
20 that all of the calls from this unknown
21 category are 100% not over-the-top?
22      A.   Correct; fair.
23      Q.   You don't have any documentation,
24 though, one way or the other as to how those
25 calls are being placed, right?

Andrew McClure - June 11, 2020
**Confidential**

155

| | | |
|---|---|---|
| | 1 | A. MCCLURE |
| 04:25PM | 2 | Q. And the first one is in number or |
| 04:25PM | 3 | letter A, correct? |
| 04:25PM | 4 | A. Correct. |
| 04:25PM | 5 | Q. The second exception is letter B, |
| 04:25PM | 6 | correct? |
| 04:25PM | 7 | A. Correct. |
| 04:25PM | 8 | Q. Is the third exception labeled |
| 04:25PM | 9 | number 2? |
| 04:25PM | 10 | A. Yes. |
| 04:25PM | 11 | Q. So it says, "For enterprise |
| 04:25PM | 12 | customers - specifically ▮▮▮▮▮▮▮▮ - |
| 04:25PM | 13 | Mr. McClure used the percentage of mobility |
| 04:25PM | 14 | based deployed TNs by Level 3 as a basis for |
| 04:25PM | 15 | calculating his OTT percentage." |
| 04:25PM | 16 | Is that accurate? |
| 04:25PM | 17 | A. That is accurate. |
| 04:25PM | 18 | Q. Okay. And that's reflected, |
| 04:25PM | 19 | again, going back to Exhibit 63, that's |
| 04:25PM | 20 | reflected in row 3? |
| 04:25PM | 21 | A. Correct. Yes, correct. |
| 04:25PM | 22 | Q. When it's sorted? |
| 04:25PM | 23 | A. Yes. As we sorted it. |
| 04:26PM | 24 | Q. Going back again, I am going to |
| 04:26PM | 25 | flip back to Exhibit 69, number 2. It says, |

Andrew McClure - June 11, 2020
**Confidential**

156

```
                    1                   A. MCCLURE
04:26PM             2       "For enterprise class customers."
04:26PM             3                 Can you tell me what your
04:26PM             4       understanding of that term is in terms of
04:26PM             5       this disclosure?
04:26PM             6          A.     Enterprise -- I am specifically
04:26PM             7       stating that enterprise customers are
04:26PM             8       customers whose core functionality is not to
04:26PM             9       sell telecommunications.  So their core
04:26PM            10       function, [redacted]   is [redacted]
04:26PM            11       [redacted]            is an [redacted] right,
04:26PM            12       they are not in the business of
04:26PM            13       telecommunications.  There are some small
04:26PM            14       exceptions of enterprise customers that their
04:26PM            15       specific job is to provide telecommunications
04:26PM            16       for other enterprise customers, but it is for
04:26PM            17       a service, not for traditional reselling,
04:26PM            18       right.
04:26PM            19                 So in the case that we talked
04:26PM            20       about with [redacted]                     ,
04:27PM            21       things of that nature, I consider those to be
04:27PM            22       service based, not telecom based although
04:27PM            23       there is a telecommunications functionality
04:27PM            24       to them.
04:27PM            25          Q.     Okay.  Then going back to
```

www.LexitasLegal.com/Premier    Lexitas    888-267-1200

|  |  |
|---|---|
| 1 | A. MCCLURE |
| 04:27PM 2 | Exhibit 69, number 2, so the adjustment that |
| 04:27PM 3 | you described there of using a percentage of |
| 04:27PM 4 | mobility base deployed TNs, did you do that |
| 04:27PM 5 | for all enterprise customers or just for |
| 04:27PM 6 | ▇▇▇▇▇▇▇? |
| 04:27PM 7 | A.   I did that for the top 100 |
| 04:27PM 8 | customers.  There is some very small ones if |
| 04:27PM 9 | I -- that may not have showed up as anything |
| 04:27PM 10 | greater, just because it was below .5%.  So |
| 04:27PM 11 | they could have been rounded down.  But, in |
| 04:27PM 12 | general, the assumptions were still the same |
| 04:28PM 13 | with mobility TNs that we had for the |
| 04:28PM 14 | original document which was when a TN was -- |
| 04:28PM 15 | had the capability for pneumatic use, I |
| 04:28PM 16 | assigned 100% OTT to the traffic for that TN. |
| 04:28PM 17 | Now, that is most likely not true, |
| 04:28PM 18 | but I think that that is a conservative way |
| 04:28PM 19 | to approach that. |
| 04:28PM 20 | Q.   Let me just understand because I |
| 04:28PM 21 | am not sure I am following. |
| 04:28PM 22 | A.   Sure. |
| 04:28PM 23 | Q.   For any of the enterprise |
| 04:28PM 24 | customers that are listed in Exhibit 63, you |
| 04:28PM 25 | examined whether they had mobility based TNs? |

158

|  |  |
|---|---|
| 1 | A. MCCLURE |
| 04:28PM  2 | A.    I took the telephone numbers for |
| 04:28PM  3 | enterprise customers and bounced them to our |
| 04:28PM  4 | billing system to see if it had mobility.  If |
| 04:28PM  5 | they had mobility, they were marked as so, |
| 04:28PM  6 | and then the usage that those TNs had would |
| 04:28PM  7 | have been marked as OTT.  In some cases, it |
| 04:29PM  8 | wasn't enough to change the percentage even |
| 04:29PM  9 | though they had a mobility TN.  The TN might |
| 04:29PM 10 | not have made, you know, ten calls or 100 |
| 04:29PM 11 | calls a month and didn't register. |
| 04:29PM 12 | So there is some, you know, |
| 04:29PM 13 | obviously, we are going to dollars here so |
| 04:29PM 14 | when you are talking about small volumes of |
| 04:29PM 15 | TNs making telephone numbers, likely it |
| 04:29PM 16 | doesn't round to a dollar. |
| 04:29PM 17 | Q.    So, did you create documentation? |
| 04:29PM 18 | A.    That is built into my process. |
| 04:29PM 19 | Q.    When you say it's built into your |
| 04:29PM 20 | process, what do you mean by that? |
| 04:29PM 21 | A.    So in our -- in my package or my |
| 04:29PM 22 | program, the query, part of the queries that |
| 04:29PM 23 | run are bouncing these TNs to MPAC.  The |
| 04:29PM 24 | other part of these are bouncing.  When we |
| 04:29PM 25 | have enterprise customers, they are bouncing |

```
                                                                    185

         1                          A. MCCLURE
05:17PM  2            A.    Yes.
05:17PM  3            Q.    There it says, and you are talking
05:17PM  4       here about the method used to obtain the
05:17PM  5       percent OTT from Level 3 telephone customers
05:17PM  6       which is in Exhibit 63, that was column E,
05:18PM  7       correct?
05:18PM  8            A.    Correct.
05:18PM  9            Q.    And so, in your opinion today, the
05:18PM 10       method that you used to calculate that
05:18PM 11       percent OTT from the Level 3 customers, is
05:18PM 12       that still the best, in your opinion, the
05:18PM 13       best method available to you?
05:18PM 14            A.    Yes.  Until customers are mandated
05:18PM 15       to or required to fill out a percent
05:18PM 16       over-the-top form, I would probably do the
05:18PM 17       same thing and reach out and go look customer
05:18PM 18       by customer at their web page and determine
05:18PM 19       if it looks like they have something that
05:18PM 20       could potentially have OTT, and then I would
05:18PM 21       reach out, either through calls or Click to
05:18PM 22       Chat, to try to obtain information.
05:18PM 23            Q.    And you -- is it your opinion you
05:18PM 24       would still use the Click to Chat?
05:18PM 25            A.    Yes.  Although I think I would
```