**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO
LEVEL 3 COMMUNICATIONS, LLC'S SURREPLY TO AT&T & TCG'S
MOTION TO EXCLUDE CERTAIN TESTIMONY OF ANDREW McCLURE**

Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), respectfully submit the following Unopposed Motion for an order restricting public access to portions of Exhibits to their Surreply to AT&T & TCG's Motion to Exclude Certain Testimony of Andrew McClure in order to maintain the confidentiality of the information contained therein.

Counsel for Level 3 has conferred with Counsel for AT&T regarding this motion in compliance with D.C. Colo. LCivR 7.1 and is authorized to state that AT&T does not oppose this motion.

In support of this Motion, and in compliance with D.C. Colo. LCivR 7.2, Level 3 states as follows:

1. Level 3's Surreply to AT&T & TCG's Motion to Exclude Certain Testimony of Andrew McClure, and Exhibit B to Level 3's Surreply, contain sensitive language and information, such as information on customers and traffic volumes, which Level 3 seeks to maintain as confidential.

2. If access to this sensitive information is not restricted, Level 3 will be unable to preserve this sensitive and proprietary information as confidential or fulfill its obligations to maintain this sensitive and proprietary material as confidential.

3. Level 3 is filing a public version of this document on the public docket, with solely the specifically identified sensitive language redacted, concurrently with this motion. Level 3 is mindful of the Court's Orders and Local Rules regarding the scope of the material the parties may restrict and the need to use only the least restrictive measures necessary, and has limited the extent of the requested restrictions in conformance with the Court's instructions to include solely the sensitive information to which public access should be restricted.

4. In light of Level 3's efforts to minimize the restriction of public access as narrowly as possible, Level 3 does not believe any less-restrictive alternative will (a) allow for the use of the materials and (b) protect the confidential nature of the information.

5. The appropriate level of restriction is Level 1—i.e., access should be limited to the parties and the Court.

For the foregoing reasons, Level 3 respectfully requests that the Court restrict public access to its Surreply to AT&T & TCG's Motion to Exclude Certain Testimony of Andrew McClure, and Exhibit B to Level 3's Surreply, allowing for public filing with redactions.

Respectfully submitted this 5th day of August, 2020.

By: /s/ *Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*

**CERTIFICATE OF SERVICE**

  I, Charles W. Steese, hereby certify that on August 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Rebecca B. DeCook
  Andrew T. Flynn
  Moye White LLP
  1400 16th Street, 6th Floor
  Denver, CO 80202-1027
  becky.decook@moyewhite.com
  andrew.flynn@moyewhite.com

  Michael D. Warden
  Michael J. Hunseder
  Justin A. Benson
  Joshua W. Moore
  SIDLEY AUSTIN LLP
  1501 K ST NW
  Washington, DC 20005
  Telephone: (202) 736-8000
  E-mail: mwarden@sidley.com
  E-mail: mhunseder@sidley.com
  E-mail: jbenson@sidley.com
  E-mail: joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

                /s/ *Charles W. Steese*
                Charles W. Steese

4