**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**[PROPOSED] ORDER GRANTING LEVEL 3'S
UNOPPOSED MOTION TO RESTRICT PUBLIC
ACCESS TO ITS SURREPLY TO AT&T & TCG'S MOTION
TO EXCLUDE CERTAIN TESTIMONY OF ANDREW McCLURE**

Before the Court is Defendant/Counterclaimant, Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC's Unopposed Motion to Restrict Public Access to their Surreply to AT&T & TCG's Motion to Exclude Certain Testimony of Andrew McClure. Upon consideration of the Motion and the entire record herein, it is hereby ordered that the Motion be GRANTED. Level 3's Surreply to AT&T & TCG's Motion to Exclude Certain Testimony of

Andrew McClure, and Exhibit B to Level 3's Surreply shall be subject to Level 1 restriction. *See* D.C.COLO.LCivR 7.2(e).

It is SO ORDERED this _____ of _____, 2020.

_____
The Honorable Raymond P. Moore
U.S. District Court Judge

Submitted by:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
*Attorneys for Defendant/Counterclaimant,*
*Level 3 Communications, LLC and*
*Counterclaimants Broadwing Communications, LLC,*
*Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*