IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 18-cv-112-RM-MEH | Date: | September 8, 2020 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

AT&T CORP.,      Michael J. Hunseder
                      Rebecca B. DeCook

    Plaintiff & Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,      Douglas N. Marsh
                                                        Charles W. Steese

    Defendant & Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER
FINAL PRETRIAL CONFERENCE**

**Court in session: 11:06 a.m.**

Court calls case.   Appearances of counsel.

The proposed Final Pretrial Order [197] was reviewed.

**ORDERED:   The Final Pretrial Order is approved.**

Parties discuss the potential to have a Settlement Conference.

Parties discuss the procedures for Bench Trials in light of the COVID-19 pandemic.

Parties should together email Judge Moore's chambers for trial dates for a four-day bench trial.

**Court in recess: 11:13 a.m.   (Hearing concluded)
Total time in court: 00:07**

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.