**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

      Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant / Counter Claimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC., and
WILTEL COMMUNICATIONS, LLC,

      Counter Claimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

      Counter Defendant.

---

**ORDER SETTING CASE FOR TRIAL**

---

This matter has been scheduled for a **four-day** trial to the court on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **June 8, 2021 at 9:00 a.m.**

A Trial Preparation Conference is set for **May 28, 2021 at 10:00 a.m.** Counsel who will try the case shall attend in person.

**Seven days** before the trial preparation conference, the parties shall file via CM/ECF their witness lists and their exhibit lists.  Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/.  Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

Motions in limine shall be filed no later than **seven days** before the trial preparation conference.  Civil Practice Standard IV.L.  Any response brief shall be filed within 14 days after service of a motion in limine and any reply brief shall be filed within 10 days of the service of the response brief.

Not less than **two business days** before the trial preparation conference, counsel **and any pro se party** shall file proposed findings of fact, conclusions of law, and orders.  A copy shall also be emailed to chambers.  Counsel and any pro se party are requested to state their proposed findings of fact in the same order as their anticipated order of proof at trial.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) sequestration of witnesses;

2) timing of presentation of witnesses and evidence;

3) anticipated evidentiary issues;

4) any stipulations as to fact; and

5) any other issue affecting the duration or course of the trial.

SO ORDERED.

DATED this 22nd day of September, 2020.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge