IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

       Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

       Defendant / Counter Claimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC., and
WILTEL COMMUNICATIONS, LLC,

       Counter Claimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

       Counter Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2020**.

At the request of the parties, this Court will hold a settlement conference in this case on **November 17, 2020 at 10:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The litigants (counsel and parties) are permitted to appear at the conference either in person or by video. Anyone appearing in person must comply with General Order 2020-10 (modified in part by General Order 2020-16) governing Court Operations During the COVID-19 Pandemic, which may be accessed at www.cod.uscourts.gov. Anyone appearing by video shall provide the Court with a meeting ID and password using the Zoom platform; this information may be emailed to hegarty_chambers@cod.uscourts.gov.

Counsel shall have all parties present, including, but not limited to, an adjustor if an insurance company is involved, who shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement. "Full authority" means

that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case  without consulting with some other person, committee or agency.  If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."  **This requirement is not fulfilled by the presence of counsel or an insurance adjustor alone**.

In exceptional circumstances only, the appearance of an insurance representative by telephone may be approved in advance of the conference.  Any party seeking such relief should file the appropriate motion with the Court.

No person is ever required to settle a case on any particular terms or amounts.  However, if any person attends the settlement conference without full authority, or if a party or insurance representative fails to attend the settlement conference without prior Court approval, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side. Furthermore, if, prior to the conference, one or both parties believe that the matter may not be ripe for negotiations, the parties may contact my chambers to reschedule the conference to a more appropriate time.

So that we may hold productive settlement discussions on the day of the conference, **counsel and any pro se party(ies) shall prepare and submit two** position statements: one to be submitted to the other party or parties, and the other to be submitted by email only to the magistrate judge.  The Court will examine carefully whether the statements indicate a true intent to attempt settlement and also whether, in its discretion, the Court believes a settlement conference would be productive. Based on its consideration of these aspects, the Court will decide whether to vacate or to proceed with the conference.

The statement(s) presented to the opposing party or counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which supports that side's claims, and may present a demand or offer.  These statements should be intended to persuade the opposing clients and counsel.

The second statement shall be emailed to the magistrate judge (not submitted for filing to the court) at *hegarty_chambers@cod.uscourts.gov*.  This document shall contain the content or copies of the first statement along with any confidential comments the party or counsel wishes to make, including any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the Court in assisting the parties to negotiate a settlement.

The settlement statements shall be submitted **no later than November 10, 2020**.  Statements and exhibits consisting of more than thirty pages are to be submitted to Chambers in hard copy via regular mail or hand delivery.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b). Also, please know that the courthouse is not equipped with wireless access.