**MINUTE ENTRY FOR SETTLEMENT**

| | |
|---|---|
| TO: | Docketing |
| FROM: | Magistrate Judge Michael E. Hegarty |
| DATE: | November 17, 2020 |
| RE: | ***AT&T Corp. v. Level 3 Communications, LLC, et al.,* 18-cv-00112-RM-MEH** |

   __X__      A settlement conference was held on this date. No settlement was reached as to any claims in this action.

   _____      A settlement conference was held on this date, and the parties have agreed to a settlement for all claims in this case. The parties shall submit a motion to dismiss this case on or before November 30, 2020.

Settlement discussions, preparation, and travel time involved: __4.5 hours__.

_____ A record was made        __X__ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

   _____      Supplemental settlement proceedings were held in the above-captioned case, including a video conference, phone calls, and emails.

Preparation, negotiation and travel time involved: __ hours __ minutes.