# EXHIBIT A

## To Declaration of Charles W. Steese

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP.,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

## AT&T CORP.'S DISCLOSURE OF PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION

Pursuant to Rule 26(a)(1)(A)(i), and the parties' proposed agreement on initial disclosures as set forth in the Proposed Scheduling Order, Plaintiff AT&T Corp. ("AT&T") hereby provides this list of persons likely to have discoverable information, based upon the information currently and reasonably available to it.

These disclosures are based on AT&T's current understanding of the claims and defenses at issue. AT&T hereby reserves the right to amend or supplement its disclosures as appropriate should AT&T's understanding of the claims and defenses change. By making these disclosures, AT&T does not represent that it has identified every witness possibly relevant to this action. Rather, AT&T's disclosures represent a good faith effort at this stage of the litigation to identify persons likely to have discoverable information, based upon the information currently and reasonably available to AT&T.

**AT&T**

Kim Meola, Assistant Vice President, Domestic Access Management

Ardell Burgess, Director, AT&T Global Connection Management

Alison Miller, Lead Carrier Relations Manager, AT&T Global Connection Management

Craig John, Lead Carrier Relations Manager

1

**Level 3**

Steve Ross, VP – Global Accounts Division, Wholesale

Jennifer Torres, Director Business Operations

Shaun Andrews, SVP, IP and Real-time Communications

Edwin Stocker, Director, Wholesale Local Voice Services

|  |  |
|---|---|
| Dated: April 2, 2018 | Respectfully Submitted, |
|  | /s/ Michael J. Hunseder<br>Rebecca B. DeCook, #14590<br>MOYE WHITE LLP<br>1400 16th Street, 6th Floor<br>Denver, Colorado 80202-1027<br>Telephone: (303) 292-2900<br>E-mail: becky.decook@moyewhite.com<br>E-mail: andrew.flynn@moyewhite.com |
|  | Michael D. Warden<br>Michael J. Hunseder<br>Justin A. Benson<br>SIDLEY AUSTIN LLP<br>1501 K ST NW<br>Washington, DC 20005<br>Telephone: (202) 736-8000<br>E-mail: mwarden@sidley.com<br>E-mail: mhunseder@sidley.com<br>E-mail: jbenson@sidley.com |
|  | *Attorneys for Plaintiff AT&T Corp.* |