# EXHIBIT C

## To Declaration of Charles W. Steese

# Credit and Debit

| BILL DATE | RATE ID | MOU | REVENUE | OTT % | 50% of OTT - Credit |
|---|---|---|---|---|---|
| 19/02 | EOCTP | 104,498,218 | $ 121,029 | 16% | $ (9,682.29) |
| 19/02 | EOLS2 | 104,597,619 | $ 275,380 | 16% | $ (22,030.42) |
| 19/03 | EOCTP | 89,017,673 | $ 100,852 | 16% | $ (8,068.12) |
| 19/03 | EOLS2 | 89,099,500 | $ 236,307 | 16% | $ (18,904.54) |
| 19/04 | EOCTP | 99,839,413 | $ 116,453 | 16% | $ (9,316.23) |
| 19/04 | EOLS2 | 99,939,506 | $ 263,057 | 16% | $ (21,044.60) |
| 19/05 | EOCTP | 73,143,010 | $ 97,437 | 16% | $ (7,794.95) |
| 19/05 | EOLS2 | 73,304,699 | $ 185,666 | 16% | $ (14,853.28) |
| 19/06 | EOCTP | 80,081,290 | $ 105,699 | 16% | $ (8,455.93) |
| 19/06 | EOLS2 | 80,272,547 | $ 204,690 | 16% | $ (16,375.17) |
| 19/07 | EOCTP | 88,244,113 | $ 110,361 | 16% | $ (8,828.91) |
| 19/07 | EOLS2 | 88,353,186 | $ 229,211 | 16% | $ (18,336.84) |
| 19/08 | CCL2 | 720 | $ 2 | 16% | $ (0.17) |
| 19/08 | EOCTP | 105,177,058 | $ 121,665 | 16% | $ (9,733.23) |
| 19/08 | EOLS2 | 105,331,784 | $ 280,878 | 16% | $ (22,470.25) |
| 19/09 | CCL2 | 908 | $ 3 | 16% | $ (0.21) |
| 19/09 | EOCTP | 110,319,263 | $ 138,177 | 16% | $ (11,054.15) |
| 19/09 | EOLS2 | 110,491,263 | $ 289,354 | 16% | $ (23,148.34) |
| 19/10 | EOCTP | 58,498,128 | $ 83,561 | 16% | $ (6,684.86) |
| 19/10 | EOLS2 | 58,657,171 | $ 148,901 | 16% | $ (11,912.10) |
| 19/11 | EOCTP | 77,703,676 | $ 109,990 | 16% | $ (8,799.16) |
| 19/11 | EOLS2 | 77,925,526 | $ 197,042 | 16% | $ (15,763.33) |
| 19/12 | CCL2 | 381 | $ 3 | 16% | $ (0.28) |
| 19/12 | EOCTP | 78,712,518 | $ 109,402 | 16% | $ (8,752.16) |
| 19/12 | EOLS2 | 79,047,215 | $ 199,633 | 16% | $ (15,970.65) |
| 20/01 | CCL | 193,708 | $ 3,145 | 16% | $ (251.57) |
| 20/01 | CCL2 | 1,276,677 | $ 18,175 | 16% | $ (1,454.04) |
| 20/01 | EOCTP | 78,422,244 | $ 110,475 | 16% | $ (8,838.04) |
| 20/01 | EOLS2 | 78,747,226 | $ 198,206 | 16% | $ (15,856.48) |
| 20/02 | EOCTP | 94,218,295 | $ 132,274 | 16% | $ (10,581.92) |
| 20/02 | EOLS2 | 94,715,029 | $ 238,955 | 16% | $ (19,116.38) |
| 20/03 | CCL2 | 1,222 | $ 4 | 16% | $ (0.33) |
| 20/03 | EOCTP | 95,482,154 | $ 134,113 | 16% | $ (10,729.04) |
| 20/03 | EOLS2 | 59,426,812 | $ 150,022 | 16% | $ (12,001.80) *March Billing is calculated using 18 days for February (2/1 through 2/18) |
| | | | **Total Credit Due** | $ | **(376,809.75)** |

| BILL DATE | RATE ID | MOU | REVENUE | Composit Rate | Tandem Add-Back - Debit |
|---|---|---|---|---|---|
| 19/02 | LTTAN | 119,445,217 | $ 138,296 | $ 0.00115782 | $ 19,376.89 |
| 19/03 | LTTAN | 100,551,873 | $ 116,518 | $ 0.00115879 | $ 16,519.56 |
| 19/04 | LTTAN | 113,602,466 | $ 132,083 | $ 0.00116268 | $ 18,591.64 |
| 19/05 | LTTAN | 85,528,585 | $ 100,274 | $ 0.00117240 | $ 13,750.80 |
| 19/06 | LTTAN | 92,621,235 | $ 108,048 | $ 0.00116655 | $ 14,982.74 |
| 19/07 | LTTAN | 113,958,555 | $ 116,584 | $ 0.00102304 | $ 14,462.15 |
| 19/08 | LTTAN | 130,333,420 | $ 132,829 | $ 0.00101914 | $ 17,175.72 |
| 19/09 | LTTAN | 138,695,423 | $ 142,644 | $ 0.00102847 | $ 18,181.89 |
| 19/10 | LTTAN | 82,197,289 | $ 78,137 | $ 0.00095060 | $ 8,921.49 |
| 19/11 | LTTAN | 105,157,002 | $ 103,371 | $ 0.00098302 | $ 12,256.32 |
| 19/12 | LTTAN | 90,350,907 | $ 107,943 | $ 0.00119471 | $ 15,110.10 |
| 20/01 | LTTAN | 90,405,459 | $ 109,395 | $ 0.00121005 | $ 15,246.10 |
| 20/02 | LTTAN | 106,645,312 | $ 127,722 | $ 0.00119763 | $ 18,149.44 |
| 20/03 | LTTAN | 76,556,284 | $ 80,132 | $ 0.00104671 | $ 6,177.34 *March Billing is calculated using 18 days for February (2/1 through 2/18) |
| | | | | **Total Debit Due** | **$ 208,902.17** |

**Difference - Credit** $ **(167,907.58)**

# AR Summary

| Invoice Date | New Charges | Total DEOT Usage Credits/Debit | Total DEOT LPC Credits | Total Payments | Balance Due | Total OTT LPC | Balance Due Less LPC | OTT Net Credit | Total Damages | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019-02-01 | $ 2,448,695 | $ (426,825) | $ (166,024) | $ (1,250,824) | $ 605,021 | $ 212,439 | $ 392,582 | $ (12,336) | $ 592,686 | |
| 2019-03-01 | $ 2,067,693 | $ (364,396) | $ (143,808) | $ (1,001,840) | $ 557,649 | $ 204,596 | $ 353,053 | $ (10,453) | $ 547,196 | |
| 2019-04-01 | $ 2,421,056 | $ (409,744) | $ (158,047) | $ (1,209,732) | $ 643,533 | $ 244,151 | $ 399,381 | $ (11,769) | $ 631,764 | |
| 2019-05-01 | $ 2,087,423 | $ (349,445) | $ (152,906) | $ (1,045,354) | $ 539,718 | $ 249,145 | $ 290,573 | $ (8,897) | $ 530,821 | |
| 2019-06-01 | $ 2,242,759 | $ (372,151) | $ (158,047) | $ (1,179,766) | $ 532,796 | $ 276,906 | $ 255,890 | $ (9,848) | $ 522,947 | |
| 2019-07-01 | $ 2,293,309 | $ (338,462) | $ (109,317) | $ (1,111,934) | $ 733,597 | $ 326,696 | $ 406,901 | $ (12,704) | $ 720,893 | |
| 2019-08-01 | $ 2,096,343 | $ (344,488) | $ (82,711) | $ (1,192,547) | $ 476,596 | $ 137,100 | $ 339,497 | $ (15,028) | $ 461,568 | |
| 2019-09-01 | $ 2,155,512 | $ (346,151) | $ (59,783) | $ (2,075,097) | $ (325,519) | $ 74,919 | $ (400,438) | $ (16,021) | $ (341,540) | |
| 2019-10-01 | $ 1,755,330 | $ (226,943) | $ (63,557) | $ (119,298) | $ 1,345,531 | $ 79,559 | $ 1,265,972 | $ (9,675) | $ 1,335,856 | |
| 2019-11-01 | $ 1,971,937 | $ 143,789 | $ (16,676) | $ (800,126) | $ 1,298,925 | $ 133,624 | $ 1,165,301 | $ (12,306) | $ 1,286,619 | |
| 2019-12-01 | $ 1,895,938 | $ 142,400 | $ (18,064) | $ (1,279,513) | $ 740,761 | $ 131,854 | $ 608,908 | $ (9,613) | $ 731,148 | |
| 2020-01-01 | $ 1,991,546 | $ 138,924 | $ (21,541) | $ (1,338,910) | $ 770,020 | $ 162,357 | $ 607,663 | $ (11,154) | $ 758,866 | |
| 2020-02-01 | $ 2,201,760 | $ 131,988 | $ (28,477) | $ (953,327) | $ 1,351,944 | $ 192,650 | $ 1,159,294 | $ (11,549) | $ 1,340,395 | |
| 2020-03-01 | $ 701,990 | $ - | $ - | $ (728,036) | $ (26,047) | $ 208,045 | $ (234,091) | $ (16,554) | $ (42,600) | |
| | $ 28,331,291 | $ (2,621,505) | $ (1,178,956) | $ (15,286,304) | $ 9,244,526 | $ 2,634,041 | $ 6,610,485 | $ (167,908) | $ 9,076,618 | *this is the balance owed, less the OTT Net Credit |