# EXHIBIT F

## To Declaration of Charles W. Steese

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC,

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**DEFENDANT/COUNTERCLAIMANTS'
CONFIDENTIAL SUPPLEMENTAL AND RESPONSIVE
RULE 26(a)(2)(C) DISCLOSURE**

Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), by and through its counsel, hereby submits the following supplement to the disclosure of its non-retained expert Jennifer Torres pursuant to Federal Rule of Civil Procedure 26(a)(2). Pursuant to Federal Rule of Civil Procedure

26(a)(2)(C), Level 3 states that, in addition to the opinions set forth in Level 3's prior disclosures on its damages, Jennifer Torres will testify regarding the contents of two spreadsheets attached hereto, which supplement her opinions in light of the April 28, 2020 deposition testimony and expert disclosure of AT&T Expert Dr. Penn Pfautz.

Respectfully submitted this 15th day of May, 2020.

By: /s/ Charles W. Steese

Charles W. Steese, #26924
Douglas N. Marsh, #45964
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants*

**CERTIFICATE OF SERVICE**

I, Charles W. Steese, hereby certify that on May 15, 2020, I emailed the foregoing document upon the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Justin A. Benson
Michael D. Warden
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: mhunseder@sidley.com
E-mail: jbenson@sidley.com
Email: mwarden@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

/s/ Charles W. Steese
Charles W. Steese