# EXHIBIT G

## To Declaration of Charles W. Steese



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

+1 202 736 8236
MHUNSEDER@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

May 15, 2020

**BY E-MAIL**

Chuck Steese
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, CO 80237

    Re:    *AT&T Corp. v. Level 3*, No. 18-cv-0112-RM-MEH – Expert Rebuttal and Damages

Dear Chuck:

    I am attaching a rebuttal expert report for Dr. Penn Pfautz, which relates to the disclosures of Andrew McClure that Level 3 provided on March 16 and April 22. As to the disclosures of Jennifer Torres, relating to Level 3's claimed damages, AT&T does not agree with all of Ms. Torres's calculations, but the differences between the parties' positions reflect legal or factual issues. Accordingly, AT&T is not providing rebuttal expert disclosure in response to Ms. Torres. Rather, AT&T is providing a supplemental disclosure that sets forth the areas of disagreement. AT&T is willing to work with Level 3, including on a business-to-business basis, to narrow or resolve any of these differences. Please call me if you would like to discuss these matters.

    Sincerely,

    /s/ Michael J. Hunseder

    Michael Hunseder

cc:    Michael D. Warden
        Justin A. Benson

Enclosures

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.