# EXHIBIT I

## To Declaration of Charles W. Steese

| | |
|---|---|
| **From:** | Benson, Justin <jbenson@sidley.com> |
| **Sent:** | Monday, August 31, 2020 3:35 PM |
| **To:** | Douglas N. Marsh |
| **Cc:** | Chuck Steese; Vanessa R. Sanchez; Hunseder, Michael; Moore, Joshua; Warden, Michael D. |
| **Subject:** | RE: Draft Final Pretrial Order [IWOV-IDOCS.FID3266695] |
| **Attachments:** | Draft Joint Final Pretrial Order 260725230_7.DOCX; Redline.pdf |

Doug –

Thanks.  Please see below for AT&T's response to the points you raise in your email from this afternoon.  I have attached a further revised draft of the Final Pretrial Order and a redline that compares the draft you sent (with all edits accepted) to the current draft that I am circulating.  I noticed that Level 3 is not stipulating to a fair number of documents that were introduced as deposition exhibits.  Is it Level 3's position that these documents are inadmissible on Rule 408 grounds?

I also want to note that while, as I explain below, AT&T is not willing to stipulate to various matters, the parties can always amend the pretrial order to include additional stipulations that are agreed to in the future.  As such, a lack of agreement today does not mean that the parties won't continue to work towards additional stipulations – where possible.

Thanks, and let me know if you have any questions or have further revisions.

Justin


**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8757
jbenson@sidley.com


> **From:** Douglas N. Marsh <DMarsh@ArmstrongTeasdale.com>
> **Sent:** Monday, August 31, 2020 2:42 PM
> **To:** Benson, Justin <jbenson@sidley.com>
> **Cc:** Chuck Steese <CSteese@ArmstrongTeasdale.com>; Vanessa R. Sanchez <VSanchez@atllp.com>; Hunseder, Michael <mhunseder@sidley.com>; Moore, Joshua <joshua.moore@sidley.com>
> **Subject:** RE: Draft Final Pretrial Order [IWOV-IDOCS.FID3266695]
>
> Justin,
>
> Our comments and edits to the version you sent to us are attached.
>
> On the jurisdiction paragraph, AT&T doesn't have any claims against Level 3 alleging violations of the Communications Act. As your footnote observes, the Court dismissed those claims and has not yet reinstated them. The footnote is sufficient to address the jurisdictional question if that changes.

*[Benson, Justin] This is fine.  However, AT&T reserves its right to amend the pretrial order if and when the Court grants its motion to reinstate.*

> We see you are proposing to remove the stipulation regarding invoices and summaries. We think the proposal is sensible and would like to discuss whatever concerns led to your removing it.

*[Benson, Justin] As we discussed during our call on August 19th, AT&T does not believe the summaries provided by Level 3 regarding the billing dispute are sufficient. The Level 3 employee who put together the summary looked at material to draft the spreadsheet.  We have not been told what this material is, nor have we been provided the material.  AT&T will not make the proposed stipulation at this time.*

> We also see that your more recent revisions remove the stipulation that AT&T began withholding payment on a portion of Level 3's end office charges after the D.C. Circuit's order. Yet AT&T's own statement of the facts states that "After the D.C. Circuit ruled in AT&T's favor, AT&T began withholding a portion of end office charges billed by Level 3." There should be no reason the parties cannot stipulate to the fact that AT&T began withholding payment on a portion of Level 3's end office charges after the D.C. Circuit vacated and remanded the 2015 Declaratory Ruling.

*[Benson, Justin] As written, the stipulation is vague ("mid-2017").  AT&T will not stipulate to the language as currently written.  But AT&T would be willing to make a stipulation along the lines of what was written in the statement of facts.*

> Next, we note that while you did not stipulate to our offering Exhibits 1 and 2 to our Rule 26(a)(2)(C) disclosure you have those documents in your own exhibit list. Given that, may we note that the exhibits are stipulated into evidence?

*[Benson, Justin] No.  AT&T will not stipulate to the admissibility of Exhibits 1 and 2 to Level 3's Rule 26(a)(2)(C).  As we made clear in our motion to exclude the testimony of Mr. McClure, AT&T does not believe that Mr. McClure's analysis in exhibit 2  is admissible.  And as noted above, Level 3 has not provided the foundational data that was used to put together Exhibit 1.*

> Finally, we note that you have included a witness, Bob Hayes, that was not previously disclosed. Please provide us with the information required under 26(a)(1)(A), including the subject of his expected testimony. We reserve all rights and objections in connection with his untimely disclosure.

*[Benson, Justin] Bob Hayes is a current employee of AT&T.  Mr. Hayes can be contacted through counsel for AT&T.  We note that the parties have been working to reach a stipulation regarding the "billing dispute."  if the need arises, Mr. Hayes will provide testimony regarding Level 3's bills and AT&T's payments*.  *We understand that Level 3 is reserving its rights.*

> Sincerely,
> Doug



Armstrong Teasdale LLP
**Douglas N. Marsh** | Partner
4643 South Ulster Street, Suite 800, Denver, CO 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720.722.7199 | Extension: 3839 | CELL: 801.556.4145
dmarsh@armstrongteasdale.com
www.armstrongteasdale.com

Always exceed expectations through teamwork and excellent client service.

---

**From:** Benson, Justin [mailto:jbenson@sidley.com]
**Sent:** Monday, August 31, 2020 8:24 AM
**To:** Douglas N. Marsh
**Cc:** Chuck Steese; Vanessa R. Sanchez; Hunseder, Michael; Moore, Joshua
**Subject:** RE: Draft Final Pretrial Order [IWOV-IDOCS.FID3266695]

Doug –

See attached for a further revised version of the Final Pretrial Order.  The redline shows changes that were made to the draft that I sent to you on August 27th.

Justin

**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8757
jbenson@sidley.com

**From:** Douglas N. Marsh <DMarsh@ArmstrongTeasdale.com>
**Sent:** Friday, August 28, 2020 12:50 PM
**To:** Benson, Justin <jbenson@sidley.com>
**Cc:** Chuck Steese <CSteese@ArmstrongTeasdale.com>; Vanessa R. Sanchez <VSanchez@atllp.com>; Hunseder, Michael <mhunseder@sidley.com>; Moore, Joshua <joshua.moore@sidley.com>
**Subject:** RE: Draft Final Pretrial Order [IWOV-IDOCS.FID3266695]

Thanks Justin. Chuck is out on vacation this week but we will review and have edits back to you no later than noon Monday.



Armstrong Teasdale LLP
**Douglas N. Marsh** | Partner
4643 South Ulster Street, Suite 800, Denver, CO 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720.722.7199 | Extension: 3839 | CELL: 801.556.4145
dmarsh@armstrongteasdale.com
www.armstrongteasdale.com

Always exceed expectations through teamwork and excellent client service.

---

**From:** Benson, Justin [mailto:jbenson@sidley.com]
**Sent:** Thursday, August 27, 2020 3:20 PM
**To:** Douglas N. Marsh
**Cc:** Chuck Steese; Vanessa R. Sanchez; Hunseder, Michael; Moore, Joshua
**Subject:** RE: Draft Final Pretrial Order [IWOV-IDOCS.FID3266695]

**CAUTION:** EXTERNAL EMAIL

Doug –

See attached for a revised draft of the Final Pretrial Order. I have also attached a redline that compares our revised version with the version that you sent this past Monday. While our client is still reviewing this draft, I wanted to let you start to review this draft as well.

Thanks, and let me know if you have any questions.

Justin


**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8757
jbenson@sidley.com


> **From:** Douglas N. Marsh <DMarsh@ArmstrongTeasdale.com>
> **Sent:** Monday, August 24, 2020 6:28 PM
> **To:** Hunseder, Michael <mhunseder@sidley.com>; Benson, Justin <jbenson@sidley.com>
> **Cc:** Chuck Steese <CSteese@ArmstrongTeasdale.com>; Vanessa R. Sanchez <VSanchez@atllp.com>
> **Subject:** Draft Final Pretrial Order [IWOV-IDOCS.FID3266695]
>
> Mike and Justin,
>
> Attached please see a draft Final Pretrial Order. There are a few points we may need to revise pending further client review but we wanted to get this to you for your review and comments, especially on the sections that are to be jointly drafted and where AT&T may be willing to stipulate the admissibility of our exhibits. Please review and send us your comments and suggested revisions if any.
>
> Thanks,
> Doug
>
>
> 
>
> Armstrong Teasdale LLP
> **Douglas N. Marsh** | Partner
> 4643 South Ulster Street, Suite 800, Denver, CO 80237
> MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
> DIRECT: 720.722.7199 | Extension: 3839 | CELL: 801.556.4145
> dmarsh@armstrongteasdale.com
> www.armstrongteasdale.com
>
> Always exceed expectations through teamwork and excellent client service.

4

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*