# EXHIBIT J

## To Declaration of Charles W. Steese

|          |                                                                                                      |
|----------|------------------------------------------------------------------------------------------------------|
| **From:** | Chuck Steese                                                                                         |
| **Sent:** | Tuesday, March 09, 2021 8:17 AM                                                                      |
| **To:**   | mhunseder@sidley.com; jbenson@sidley.com                                                             |
| **Cc:**   | Douglas N. Marsh                                                                                     |
| **Subject:** | FW: Privileged: AT&T OTT Data - Updates Through January 2021 Invoice [IWOV-IDOCS.FID3280511]     |
| **Attachments:** | ATT 2019_2020_2021 OTT Analysis_Final - Revised 3-2-2021 (2).xlsx                            |

Mike and Justin:

Attached is Level 3's updated damages analysis through January 2021 traffic. As you can see, Level 3's damages continue to increase by several hundred thousand dollars every month. In stark contrast, AT&T's damages are static, as Level 3 stopped withholding anything for OTT traffic in September 2020. We plan to update these numbers one more time shortly before trial.

AT&T's position remains curious, as it owes Level 3 millions of dollars under every scenario—even if you win finality (and we believe we have the better argument), and AT&T convinces the Court to apply a 65% OTT factor (something we believe has essentially no chance of succeeding). We believe that AT&T's significant over-withholding in and of itself (let alone the mandatory language in the Level 3 tariff) will lead the Court to award Level 3 significant LPCs.

We are also planning our motions in limine, and would like to discuss them in a meet and confer session. Please provide some times that you are available during the week of March 15 to discuss.

Please let us know if AT&T wants to renew its settlement discussions. We stand ready to discuss settlement, but please know that Level 3 will continue to prepare for trial.

Regards,



Armstrong Teasdale LLP
**Chuck Steese** | Partner
4643 South Ulster, Suite 800, Denver, Colorado 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720-200-0677 | Extension: 3805 | CELL: 303-919-0075
csteese@armstrongteasdale.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

**Level 3 Billing to AT&T**

| BILL DATE | RATE ID | MOU | REVENUE | OTT % | OTT - Credit | | BILL DATE | RATE ID | MOU | REVENUE | Composite Rate | Tandem Add-Back - Debit | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19/02 | EOCTP | 104,498,218 | $ 121,029 | 21% | $ (12,708.01) | | 19/02 | LTTAN | 119,445,217 | $ 138,296 | 0.00115782 | $ 12,716.09 | |
| 19/02 | EOLS2 | 104,597,619 | $ 275,380 | 21% | $ (28,914.93) | | 19/03 | LTTAN | 100,551,873 | $ 116,518 | 0.00115879 | $ 10,840.96 | |
| 19/03 | EOCTP | 89,017,673 | $ 100,852 | 21% | $ (10,589.41) | | 19/04 | LTTAN | 113,602,466 | $ 132,083 | 0.00116268 | $ 12,200.76 | |
| 19/03 | EOLS2 | 89,099,500 | $ 236,307 | 21% | $ (24,812.20) | | 19/05 | LTTAN | 85,528,585 | $ 100,274 | 0.00117240 | $ 9,023.96 | |
| 19/04 | EOCTP | 99,839,413 | $ 116,453 | 21% | $ (12,227.55) | | 19/06 | LTTAN | 92,621,235 | $ 108,048 | 0.00116655 | $ 9,832.42 | |
| 19/04 | EOLS2 | 99,939,506 | $ 263,057 | 21% | $ (27,621.03) | | 19/07 | LTTAN | 113,958,555 | $ 116,584 | 0.00102304 | $ 9,490.78 | |
| 19/05 | EOCTP | 73,143,010 | $ 97,437 | 21% | $ (10,230.87) | | 19/08 | LTTAN | 130,333,420 | $ 132,829 | 0.00101914 | $ 11,271.57 | |
| 19/05 | EOLS2 | 73,304,699 | $ 185,666 | 21% | $ (19,494.93) | | 19/09 | LTTAN | 138,695,423 | $ 142,644 | 0.00102847 | $ 11,931.87 | |
| 19/06 | EOCTP | 80,081,290 | $ 105,699 | 21% | $ (11,098.40) | | 19/10 | LTTAN | 82,197,289 | $ 78,137 | 0.00095060 | $ 5,854.73 | |
| 19/06 | EOLS2 | 80,272,547 | $ 204,690 | 21% | $ (21,492.41) | | 19/11 | LTTAN | 105,157,002 | $ 103,371 | 0.00098302 | $ 8,043.21 | |
| 19/07 | EOCTP | 88,244,113 | $ 110,361 | 21% | $ (11,587.95) | | 19/12 | LTTAN | 90,350,907 | $ 107,943 | 0.00119471 | $ 9,916.00 | |
| 19/07 | EOLS2 | 88,353,186 | $ 229,211 | 21% | $ (24,067.10) | | 20/01 | LTTAN | 90,405,459 | $ 109,395 | 0.00121005 | $ 10,005.25 | |
| 19/08 | CCL2 | 720 | $ 2 | 21% | $ (0.23) | | 20/02 | LTTAN | 106,645,312 | $ 127,722 | 0.00119763 | $ 11,910.57 | |
| 19/08 | EOCTP | 105,177,058 | $ 121,665 | 21% | $ (12,774.87) | | 20/03 | LTTAN | 76,556,284 | $ 80,132 | 0.00104671 | $ 4,053.88 | Feb Usage 1-18 |
| 19/08 | EOLS2 | 105,331,784 | $ 280,878 | 21% | $ (29,492.21) | | 20/03 | LTTAN | 46,784,395 | $ 48,969 | 0.00104671 | $ 3,027.90 | Feb Usage 19-29 |
| 19/09 | CCL2 | 908 | $ 3 | 21% | $ (0.28) | | 20/04 | LTTAN | 102,068,573 | $ 120,350 | 0.00117911 | $ 22,751.47 | |
| 19/09 | EOCTP | 110,319,263 | $ 138,177 | 21% | $ (14,508.57) | | 20/05 | LTTAN | 81,935,728 | $ 88,624 | 0.00108163 | $ 14,399.41 | |
| 19/09 | EOLS2 | 110,491,263 | $ 289,354 | 21% | $ (30,382.19) | | 20/06 | LTTAN | 76,620,025 | $ 83,388 | 0.00108834 | $ 13,414.48 | |
| 19/10 | EOCTP | 58,498,128 | $ 83,561 | 21% | $ (8,773.88) | | 20/07 | LTTAN | 80,964,680 | $ 87,557 | 0.00108142 | $ 13,853.33 | |
| 19/10 | EOLS2 | 58,657,171 | $ 148,901 | 21% | $ (15,634.63) | | 20/08 | LTTAN | 90,445,333 | $ 96,276 | 0.00106447 | $ 15,044.06 | |
| 19/11 | EOCTP | 77,703,676 | $ 109,990 | 21% | $ (11,548.90) | | 20/09 | LTTAN | 90,833,309 | $ 98,739 | 0.00108703 | $ 16,162.83 | |
| 19/11 | EOLS2 | 77,925,526 | $ 197,042 | 21% | $ (20,689.37) | | 20/10 | LTTAN | 84,948,316 | $ 94,763 | 0.00111553 | $ 15,302.10 | |
| 19/12 | CCL2 | 381 | $ 3 | 21% | $ (0.36) | | 20/11 | LTTAN | 97,771,815 | $ 108,068 | 0.00110531 | $ 15,674.60 | |
| 19/12 | EOCTP | 78,712,518 | $ 109,402 | 21% | $ (11,487.21) | | 20/12 | LTTAN | 220,479,923 | $ 277,129 | 0.00125694 | $ 14,827.11 | |
| 19/12 | EOLS2 | 79,047,215 | $ 199,633 | 21% | $ (20,961.48) | | 21/01 | LTTAN | 78,250,495 | $ 84,216 | 0.00107623 | $ 11,900.31 | |
| 20/01 | CCL | 193,708 | $ 3,145 | 21% | $ (330.18) | | | | | | | | |
| 20/01 | CCL2 | 1,276,677 | $ 18,175 | 21% | $ (1,908.42) | | | | | **Total Debit Due** | $ 293,449.64 | | |
| 20/01 | EOCTP | 78,422,244 | $ 110,475 | 21% | $ (11,599.93) | | | | | | | | |
| 20/01 | EOLS2 | 78,747,226 | $ 198,206 | 21% | $ (20,811.62) | | | | | **Difference - Credit** | $ (795,279.09) | | |
| 20/02 | EOCTP | 94,218,295 | $ 132,274 | 21% | $ (13,888.77) | | | | | | | | |
| 20/02 | EOLS2 | 94,715,029 | $ 238,955 | 21% | $ (25,090.24) | | | | | | | | |
| 20/03 | CCL2 | 758 | $ 3 | 21% | $ (0.27) | Feb Usage 1-18 | | | | | | | |
| 20/03 | EOCTP | 59,264,785 | $ 83,243 | 21% | $ (8,740.47) | | | | | | | | |
| 20/03 | EOLS2 | 59,426,812 | $ 150,022 | 21% | $ (15,752.36) | | | | | | | | |
| 20/03 | CCL2 | 464 | $ 2 | 21% | $ (0.33) | Feb Usage 19-29 | | | | | | | |
| 20/03 | EOCTP | 36,217,369 | $ 50,870 | 21% | $ (10,682.79) | | | | | | | | |
| 20/03 | EOLS2 | 36,316,385 | $ 91,680 | 21% | $ (19,252.88) | | | | | | | | |
| 20/04 | CCL2 | 416 | $ 4 | 21% | $ (0.79) | | | | | | | | |
| 20/04 | EOCTP | 91,420,141 | $ 137,503 | 21% | $ (28,875.67) | | | | | | | | |
| 20/04 | EOLS2 | 91,883,512 | $ 232,016 | 21% | $ (48,723.27) | | | | | | | | |
| 20/05 | CCL | 4 | $ 0 | 21% | $ (0.01) | | | | | | | | |
| 20/05 | CCL2 | 310 | $ 3 | 21% | $ (0.59) | | | | | | | | |
| 20/05 | EOCTP | 61,480,579 | $ 108,934 | 21% | $ (22,876.05) | | | | | | | | |
| 20/05 | EOLS2 | 63,393,951 | $ 162,871 | 21% | $ (34,202.87) | | | | | | | | |
| 20/06 | CCL | 3 | $ 0 | 21% | $ (0.01) | | | | | | | | |
| 20/06 | CCL2 | 286 | $ 3 | 21% | $ (0.54) | | | | | | | | |
| 20/06 | EOCTP | 56,991,621 | $ 96,097 | 21% | $ (20,180.28) | | | | | | | | |
| 20/06 | EOLS2 | 58,693,596 | $ 146,634 | 21% | $ (30,793.13) | | | | | | | | |
| 20/07 | CCL | 55 | $ 1 | 21% | $ (0.19) | | | | | | | | |
| 20/07 | CCL2 | 305 | $ 3 | 21% | $ (0.58) | | | | | | | | |
| 20/07 | EOCTP | 59,487,136 | $ 101,318 | 21% | $ (21,276.73) | | | | | | | | |
| 20/07 | EOLS2 | 61,001,687 | $ 152,036 | 21% | $ (31,927.58) | | | | | | | | |
| 20/08 | CCL | 27 | $ 1 | 21% | $ (0.21) | | | | | | | | |
| 20/08 | CCL2 | 404 | $ 4 | 21% | $ (0.77) | | | | | | | | |
| 20/08 | EOCTP | 65,648,916 | $ 111,685 | 21% | $ (23,453.92) | | | | | | | | |
| 20/08 | EOLS2 | 67,299,799 | $ 167,339 | 21% | $ (35,141.25) | | | | | | | | |
| 20/09 | CCL | 24 | $ 1 | 21% | $ (0.14) | | | | | | | | |
| 20/09 | CCL2 | 404 | $ 4 | 21% | $ (0.76) | | | | | | | | |
| 20/09 | EOCTP | 69,174,592 | $ 117,220 | 21% | $ (24,616.26) | | | | | | | | |
| 20/09 | EOLS2 | 70,803,763 | $ 175,565 | 21% | $ (36,868.69) | | | | | | | | |
| 20/10 | CCL | 31 | $ 1 | 21% | $ (0.17) | | | | | | | | |
| 20/10 | CCL2 | 421 | $ 4 | 21% | $ (0.80) | | | | | | | | |
| 20/10 | EOCTP | 63,739,394 | $ 101,570 | 21% | $ (21,329.70) | | | | | | | | |
| 20/10 | EOLS2 | 65,320,556 | $ 161,770 | 21% | $ (33,971.72) | | | | | | | | |
| 20/11 | CCL | 48 | $ 1 | 21% | $ (0.23) | | | | | | | | |
| 20/11 | CCL2 | 184 | $ 2 | 21% | $ (0.35) | | | | | | | | |
| 20/11 | EOCTP | 65,801,418 | $ 107,114 | 21% | $ (22,493.86) | | | | | | | | |
| 20/11 | EOLS2 | 67,529,326 | $ 168,352 | 21% | $ (35,353.83) | | | | | | | | |
| 20/12 | CCL | 616 | $ 11 | 21% | $ (2.23) | | | | | | | | |
| 20/12 | CCL2 | 153 | $ 1 | 21% | $ (0.29) | | | | | | | | |
| 20/12 | EOCTP | 54,609,549 | $ 95,882 | 21% | $ (20,135.16) | | | | | | | | |
| 20/12 | EOLS2 | 56,172,519 | $ 141,166 | 21% | $ (29,644.94) | | | | | | | | |
| 21/01 | CCL | 734 | $ 13 | 21% | $ (2.65) | | | | | | | | |
| 21/01 | CCL2 | 99 | $ 1 | 21% | $ (0.19) | | | | | | | | |
| 21/01 | EOCTP | 51,130,195 | $ 93,748 | 21% | $ (19,687.19) | | | | | | | | |
| 21/01 | EOLS2 | 52,654,321 | $ 133,371 | 21% | $ (28,007.89) | | | | | | | | |
| | | | **Total Credit Due** | $ | **(1,088,728.73)** | | | | | | | | |

**Balances Owed by AT&T to Level 3**

| Invoice Date | New Charges* | Total DEOT Usage Credits/Debit | Total DEOT LPC Credits | Total Payments | Balance Due | LPC Balance** | LPC Balance to Account for 2019 Settlement | Balance Due Less LPC From Column G | OTT Net Credit | Total Damages*** |
|---|---|---|---|---|---|---|---|---|---|---|
| 19/02 | $ 2,430,261 | $ (260,801) | $ (166,024) | $ (1,247,736) | $ 755,699 | $ 203,100 | | $ 552,598 | $ (28,907) | $ 523,692 |
| 19/03 | $ 2,053,019 | $ (220,589) | $ (143,808) | $ (1,179,881) | $ 508,742 | $ 196,111 | $ 12,176 | $ 312,631 | $ (24,561) | $ 300,247 |
| 19/04 | $ 2,406,910 | $ (251,698) | $ (158,047) | $ (1,240,938) | $ 756,228 | $ 234,696 | $ 19,585 | $ 521,532 | $ (27,648) | $ 513,469 |
| 19/05 | $ 2,071,609 | $ (196,539) | $ (152,906) | $ (1,001,755) | $ 720,409 | $ 239,792 | $ 26,483 | $ 480,617 | $ (20,702) | $ 486,399 |
| 19/06 | $ 2,227,075 | $ (214,105) | $ (158,047) | $ (1,338,492) | $ 516,431 | $ 267,078 | $ 29,882 | $ 249,353 | $ (22,758) | $ 256,477 |
| 19/07 | $ 2,278,303 | $ (229,145) | $ (109,317) | $ (1,502,083) | $ 437,758 | $ 317,034 | $ 31,301 | $ 120,724 | $ (26,164) | $ 125,861 |
| 19/08 | $ 2,086,544 | $ (261,778) | $ (82,711) | $ (1,188,758) | $ 553,297 | $ 133,296 | $ 37,136 | $ 420,002 | $ (30,996) | $ 426,142 |
| 19/09 | $ 2,150,483 | $ (286,369) | $ (59,783) | $ (1,192,547) | $ 611,785 | $ 73,614 | $ 44,714 | $ 538,171 | $ (32,959) | $ 549,925 |
| 19/10 | $ 1,747,545 | $ (163,386) | $ (63,557) | $ (1,285,674) | $ 234,928 | $ 78,239 | $ 46,786 | $ 156,689 | $ (18,554) | $ 184,921 |
| 19/11 | $ 1,964,405 | $ 143,789 | $ (16,676) | $ (911,398) | $ 1,180,121 | $ 132,226 | $ 62,142 | $ 1,047,895 | $ (24,195) | $ 1,085,842 |
| 19/12 | $ 1,889,304 | $ 142,400 | $ (18,064) | $ (1,274,409) | $ 739,231 | $ 130,486 | $ 70,935 | $ 608,745 | $ (22,533) | $ 657,147 |
| 20/01 | $ 1,998,420 | $ 138,924 | $ (21,541) | $ (1,333,865) | $ 781,939 | $ 160,885 | $ 79,881 | $ 621,054 | $ (24,645) | $ 676,290 |
| 20/02 | $ 2,194,319 | $ 131,988 | $ (28,477) | $ (1,879,726) | $ 418,103 | $ 191,174 | $ 82,879 | $ 226,930 | $ (27,068) | $ 282,740 |
| 20/03 | $ 2,241,397 | $ (260,279) | $ - | $ (1,689,940) | $ 291,178 | $ 206,643 | $ 83,437 | $ 84,535 | $ (47,347) | $ 120,624 |
| 20/04 | $ 2,644,428 | $ (262,299) | $ - | $ (1,606,087) | $ 776,042 | $ 238,742 | $ 90,673 | $ 537,300 | $ (54,848) | $ 573,125 |
| 20/05 | $ 2,857,072 | $ (190,907) | $ - | $ (1,946,045) | $ 720,120 | $ 202,806 | $ 97,793 | $ 517,314 | $ (42,680) | $ 572,427 |
| 20/06 | $ 2,476,512 | $ (170,662) | $ - | $ (1,856,259) | $ 449,591 | $ 206,905 | $ 100,870 | $ 242,686 | $ (37,559) | $ 305,996 |
| 20/07 | $ 2,278,271 | $ (180,693) | $ - | $ (2,271,711) | $ (174,134) | $ 214,191 | $ 94,455 | $ (388,324) | $ (39,352) | $ (333,221) |
| 20/08 | $ 2,416,026 | $ (201,160) | $ - | $ (1,372,534) | $ 842,332 | $ 220,846 | $ 103,124 | $ 621,486 | $ (43,552) | $ 681,057 |
| 20/09 | $ 2,288,903 | $ (214,646) | $ - | $ (1,208,086) | $ 866,171 | $ 225,164 | $ 112,059 | $ 641,007 | $ (45,323) | $ 707,743 |
| 20/10 | $ 1,829,329 | $ (214,646) | $ - | $ (1,225,534) | $ 389,150 | $ 235,532 | $ 113,763 | $ 153,618 | $ (40,000) | $ 227,381 |
| 20/11 | $ 1,810,362 | $ (191,439) | $ - | $ (1,387,623) | $ 231,300 | $ 249,045 | $ 112,864 | $ (17,745) | $ (42,174) | $ 52,946 |
| 20/12 | $ 1,933,654 | $ (197,153) | $ - | $ (2,070,904) | $ (334,404) | $ 249,114 | $ 103,587 | $ (583,517) | $ (34,956) | $ (514,886) |
| 21/01 | $ 1,378,472 | $ (175,187) | $ - | $ (1,048,511) | $ 154,775 | $ - | $ 105,372 | $ 154,775 | $ (35,798) | $ 224,349 |
| | $ 51,652,621 | $ (3,786,378) | $ (1,178,956) | $ (34,260,494) | $ 12,426,792 | $ 4,606,717 | $ 1,661,896 | $ 7,820,075 | $ (795,279) | $ 8,686,692 |

Total Overwithholding to AT&T - See "ATT to CTL" tab  $ 517,147

**Damages In Total for Level 3  $ 8,169,545**

*New Charges: Only for Level 3, and does include LPC

**Billed LPC balance from invoice less DEOT LPC credit. This overstates the LPC amount because it doesn't reflect the 2019 Settlement

***Balance owed, less the OTT Net Credit

**AT&T Billing to CenturyLink/Level 3***

| Rate Element Billed by AT&T | Amounts Billed by AT&T | Total Disputed by Level 3 | Amount Disputed, but Paid Under Protest by Level 3 | Amount Disputed and Withheld by Level 3 | Credits Received from AT&T | AT&T Claimed OTT % for AT&T Traffic |
|---|---|---|---|---|---|---|
| EO - Local Switching | $ 11,094,297.14 | $ 893,883.42 | $ 495,355.73 | $ 398,527.69 | $ (85,987.04) | 0.5144% |
| 2016 | $ 646,740.70 | $ 64,674.07 | $ 64,674.07 | $ - | $ - | |
| 2017 | $ 1,540,798.11 | $ 154,079.81 | $ 154,079.81 | $ - | $ - | |
| 2018 | $ 1,413,961.42 | $ 141,396.14 | $ 141,396.14 | $ - | $ - | |
| 2019 | $ 3,698,658.29 | $ 369,865.83 | $ 135,205.71 | $ 234,660.12 | $ (25,925.19) | |
| 2020 | $ 3,527,570.36 | $ 163,867.57 | $ - | $ 163,867.57 | $ (57,498.15) | |
| 2021 | $ 266,568.26 | $ - | $ - | $ - | $ (2,563.70) | |
| SCAB - Local switch | $ 5,621,123.32 | $ 562,112.33 | $ 562,112.33 | $ - | $ - | |
| 2016 | $ 769,933.19 | $ 76,993.32 | $ 76,993.32 | $ - | $ - | |
| 2017 | $ 2,173,632.29 | $ 217,363.23 | $ 217,363.23 | $ - | $ - | |
| 2018 | $ 2,049,192.46 | $ 204,919.25 | $ 204,919.25 | $ - | $ - | |
| 2019 | $ 628,365.38 | $ 62,836.54 | $ 62,836.54 | $ - | $ - | |
| Shared (Common) | $ 2,114,372.56 | $ 142,797.78 | $ 24,178.23 | $ 118,619.54 | $ - | |
| 2019 | $ 929,373.05 | $ 92,937.31 | $ 24,178.23 | $ 68,759.07 | $ - | |
| 2020 | $ 1,100,868.73 | $ 49,860.47 | $ - | $ 49,860.47 | $ - | |
| 2021 | $ 84,130.78 | $ - | $ - | $ - | $ - | |
| **Grand Total** | **$ 18,829,793.02** | **$ 1,598,793.53** | **$ 1,081,646.30** | **$ 517,147.23** | **$ (85,987.04)** | |

*Includes Broadwing, Global Crossing and WilTel