# EXHIBIT M

## To Declaration of Charles W. Steese

Level 3 Communications, LLC                                    Tariff F.C.C No. 4
                                                              First Revised Title Page
                                                              Replaces Original Title Page

REGULATIONS AND SCHEDULE OF

CHARGES APPLICABLE TO INTERSTATE AND INTERNATIONAL

SWITCHED ACCESS SERVICES

FURNISHED BY LEVEL 3 COMMUNICATIONS, LLC

AND ITS CONCURRING CARRIERS BETWEEN

POINTS IN THE UNITED STATES AND

BETWEEN POINTS IN THE UNITED STATES AS SPECIFIED HEREIN

Issued: May 7, 2002                                           Effective: May 8, 2002

Issued by:    Thomas C. Stortz, Group Vice President and General Counsel
              Level 3 Communications, LLC
              1025 Eldorado Boulevard
              Broomfield, CO   80021

Level 3 Communications, LLC                              Tariff F.C.C. No. 4
                                                    Twenty-second Revised Page 1
                                                 Replaces Twenty-first Revised Page 1

## CHECK SHEET

Current pages in this tariff are as follows:

| Page | Revision | Page | Revision | Page | Revision |
|---|---|---|---|---|---|
| 1* | 22nd Revised | 26* | 3rd Revised | 53 | 4th Revised |
| 2 | 1st Revised | 26.1* | Original | 54 | 3rd Revised |
| 3 | 3rd Revised | 27 | 2nd Revised | 55 | 6th Revised |
| 4 | 1st Revised | 28 | 2nd Revised | 56 | 2nd Revised |
| 5 | 1st Revised | 29 | 1st Revised | 57 | 6th Revised |
| 6 | 3rd Revised | 30 | 3rd Revised | 58 | 9th Revised |
| 6.1* | 1st Revised | 31 | 1st Revised | 59 | 9th Revised |
| 6.2* | Original | 32 | 1st Revised | 60 | 11th Revised |
| 7* | 2nd Revised | 33 | 1st Revised | 61 | 11th Revised |
| 7.1* | 1st Revised | 34 | 1st Revised | 62 | 9th Revised |
| 8 | 2nd Revised | 35 | 2nd Revised | 63 | 11th Revised |
| 9 | 2nd Revised | 36 | 2nd Revised | 64 | 13th Revised |
| 10 | 1st Revised | 37 | 2nd Revised | 65 | 9th Revised |
| 11 | 1st Revised | 38 | 2nd Revised | 66 | 8th Revised |
| 12 | 1st Revised | 39 | 2nd Revised | 67 | 8th Revised |
| 13 | 1st Revised | 40 | 2nd Revised | 68 | 10th Revised |
| 14 | 1st Revised | 41 | 2nd Revised | 69 | 10th Revised |
| 15 | 1st Revised | 42 | 1st Revised | 70 | 9th Revised |
| 16 | 1st Revised | 43 | 1st Revised | 71 | 9th Revised |
| 17 | 1st Revised | 44 | 2nd Revised | 72 | 8th Revised |
| 18 | 1st Revised | 45 | 3rd Revised | 73 | 9th Revised |
| 19* | 2nd Revised | 46 | 2nd Revised | 74 | 11th Revised |
| 19.1* | Original | 47 | 1st Revised | 75 | 12th Revised |
| 19.2* | Original | 48 | 1st Revised | 76 | 9th Revised |
| 20 | 2nd Revised | 49 | 3rd Revised | 77 | 10th Revised |
| 21 | 3rd Revised | 50 | 3rd Revised | 78 | 9th Revised |
| 21.1 | Original | 50.1 | 2nd Revised | 79 | 8th Revised |
| 21.2 | 1st Revised | 50.2 | 2nd Revised | 80 | 8th Revised |
| 21.3 | Original | 50.3 | Original | 81 | 8th Revised |
| 21.4 | 1st Revised | 51 | 3rd Revised | 82 | 8th Revised |
| 22 | 3rd Revised | 52 | 5th Revised | 83 | 7th Revised |
| 23 | 2nd Revised | 52.1 | 3rd Revised | 84 | 6th Revised |
| 24 | 2nd Revised | 52.2 | 1st Revised | 85 | 4th Revised |
| 25 | 2nd Revised | 52.3 | 1st Revised | 86 | 2nd Revised |
|  |  |  |  | 87 | Original |

*Indicates revised pages.

Filed under Transmittal No. 1

Issued:  December 28, 2011                                   Effective:  December 29, 2011

Issued by:      Vice President of Public Policy
                Level 3 Communications, LLC
                1025 Eldorado Boulevard
                Broomfield, CO   80021

Level 3 Communications, LLC                                          Tariff F.C.C. No. 4
                                                                      Third Revised Page 2
                                                                Replaces Second Revised Page 2

## TABLE OF CONTENTS

**DESCRIPTION**                                                       **PAGE NUMBER**

Title Page ............................................................................................................................. Title Page
Check Sheet ..................................................................................................................................... 1
Table of Contents ............................................................................................................................. 2
Explanation of Symbols .................................................................................................................... 4
Application of Tariff ........................................................................................................................ 5

**SECTION**

SECTION 1 - DEFINITION OF TERMS ....................................................................................... 6
SECTION 2 - UNDERTAKING OF THE COMPANY .................................................................. 8
    2.1     General ............................................................................................................................ 8
    2.2     Description of Service ..................................................................................................... 8
    2.3     Application for Service ................................................................................................... 8
    2.4     Shortage of Equipment or Facilities ............................................................................... 8
    2.5     Terms and Conditions ..................................................................................................... 9
    2.6     Liability of the Company ................................................................................................ 9
    2.7     Notification of Service-Affecting Activities ................................................................ 11
    2.8     Provision of Equipment and Facilities ......................................................................... 11
    2.9     Nonroutine Installation ................................................................................................. 13
    2.10    Ownership of Facilities ................................................................................................ 13
    2.11    Optional Rates and Information Provided to the Public .............................................. 13
    2.12    Continuity of Service ................................................................................................... 13
    2.13    Governmental Authorizations ...................................................................................... 13
SECTION 3 - OBLIGATIONS OF THE CUSTOMER ................................................................ 15
    3.1     General .......................................................................................................................... 15
    3.2     Prohibited Uses ............................................................................................................. 16
    3.3     Claims ........................................................................................................................... 17
    3.4     Jurisdictional Reporting ............................................................................................... 17
SECTION 4 - PAYMENT ARRANGEMENTS ........................................................................... 20
    4.1     Payment for Service ...................................................................................................... 20
    4.2     Billing and Collection of Charges ................................................................................. 20
    4.3     Advance Payments ........................................................................................................ 22
    4.4     Deposits ......................................................................................................................... 22
    4.5     Discontinuance of Service ............................................................................................. 24
    4.6     Cancellation of Application for Service ....................................................................... 25
    4.7     Changes in Service Requested ..................................................................................... 26
    4.8     Taxes ............................................................................................................................. 26
    4.9     Disputed Bills ............................................................................................................... 26
SECTION 5 - USE OF CUSTOMER'S SERVICE BY OTHERS ................................................ 27
    5.1     Resale and Sharing ....................................................................................................... 27
    5.2     Joint Use Arrangements ................................................................................................ 27
    5.3     Transfers and Assignments .......................................................................................... 27

Issued: December 23, 2010                                        Effective: December 24, 2010

Issued by:        Vice President of Public Policy
                  Level 3 Communications, LLC
                  1025 Eldorado Boulevard
                  Broomfield, CO   80021

Level 3 Communications, LLC	Tariff F.C.C. No. 4
Third Revised Page 3
Replaces Second Revised Page 3

SECTION 6 - CANCELLATION OF SERVICE ........................................................................................ 28
SECTION 7 - NOTICES AND COMMUNICATIONS .............................................................................. 29
SECTION 8 - CUSTOMER EQUIPMENT AND CHANNELS ................................................................. 30
    8.1	General ........................................................................................................................................ 30
    8.2	Station Equipment ....................................................................................................................... 30
    8.3	Interconnection of Facilities ........................................................................................................ 30
    8.4	Tests and Adjustments ................................................................................................................ 31
    8.5	Inspections .................................................................................................................................. 31
SECTION 9 - ALLOWANCES FOR INTERRUPTIONS IN SERVICE .................................................. 32
    9.1	General ........................................................................................................................................ 32
    9.2	No credit allowance will be made for: ........................................................................................ 33
SECTION 10 - APPLICATION OF RATES ............................................................................................ 34
    10.1	Distance-Based Charges ............................................................................................................. 34
SECTION 11 - SPECIAL CONSTRUCTION AND SPECIAL ARRANGEMENTS .............................. 35
    11.1	Special Construction ................................................................................................................... 35
    11.2	Basis for Charges ........................................................................................................................ 35
    11.3	Basis for Cost Computation ........................................................................................................ 35
    11.4	Termination Liability .................................................................................................................. 36
SECTION 12 – ORDERING OPTIONS FOR SWITCHED ACCESS SERVICE ................................... 38
    12.1	General ........................................................................................................................................ 38
    12.2	Access Order ............................................................................................................................... 39
SECTION 13 – CARRIER COMMON LINE SERVICE ........................................................................ 45
    13.1	General Description .................................................................................................................... 45
    13.2	Limitations .................................................................................................................................. 45
    13.3	Undertaking of the Company ...................................................................................................... 45
    13.4	Obligations of the Customer ....................................................................................................... 46
    13.5	Determination of Usage Subject to Carrier Common Line Access Charges .......................... 46
    13.6	Measuring and Recording of Call Detail .................................................................................... 46
    13.7	Billing of Charges ....................................................................................................................... 47
    13.8	Determination of Charges ........................................................................................................... 47
SECTION 14 - SWITCHED ACCESS SERVICE .................................................................................... 49
    14.1	General ........................................................................................................................................ 49
    14.2	Provision and Description of Switched Access Service Agreements ..................................... 49
    14.3	Obligations of Company ............................................................................................................. 53
    14.3	Obligations of the Customer ....................................................................................................... 54
SECTION 15 – RATES AND CHARGES ................................................................................................ 55
    15.1	Rates for Switched Access Services ........................................................................................... 55
SECTION 15 – RATES AND CHARGES (Cont'd) .................................................................................. 56
    15.2	Non-routine Installation/Maintenance Charges .......................................................................... 86
    15.3	Individual Case Basis Arrangements .......................................................................................... 86

*Effective December 24, 2010, "National Feature Group D Access" service, offered under Section 14.2 of this Tariff, is no longer available to any customer who is not a customer of that service as of December 24, 2010.  Effective December 24, 2010, existing customesr of "National Feature Group D Access" service may not make additions, moves or changes this service or submit any new orders for this service.	[N]

[N]

Issued:  December 23, 2010	Effective: December 24, 2010

Issued by:	Vice President of Public Policy
               Level 3 Communications, LLC
               1025 Eldorado Boulevard
               Broomfield, CO   80021

Level 3 Communications, LLC                                        Tariff F.C.C. No. 4
                                                                    First Revised Page 4
                                                                 Replaces Original Page 4

## EXPLANATION OF SYMBOLS

The following symbols shall be used in this tariff for the purposes indicated below.

    C -    To signify a changed regulation

    D -    To signify a discontinued rate or regulation

    I  -    To signify a rate increase

    M -    To signify a matter moved or relocated without change

    N -    To signify a new rate or regulation

    R -    To signify a rate reduction

    S -    To signify a reissued matter

    T -    To signify a change in text but no change in rate, regulation or charge

    Z -    To signify a correction


Issued: May 7, 2002                                                Effective: May 8, 2002

Issued by:    Thomas C. Stortz, Group Vice President and General Counsel
              Level 3 Communications, LLC
              1025 Eldorado Boulevard
              Broomfield, CO   80021

Level 3 Communications, LLC                                         Tariff F.C.C. No. 4
                                                                    Third Revised Page 26
                                                           Replaces Second Revised Page 26

**SECTION 4 - PAYMENT ARRANGEMENTS (CONT'D)**

    4.6.3    Where the Company incurs any expense in connection with special construction, or where special arrangements of facilities or equipment have begun, before the Company receives a cancellation notice, a charge equal to the costs incurred, less net salvage, applies. In such cases, the charge will be based on such elements as the cost of the equipment, facilities, and material, the cost of installation, engineering, labor, and supervision, general and administrative expense, other disbursements, depreciation, maintenance, taxes, provision for return on investment, and any other costs associated with the special construction or arrangements.

    4.6.4    The special charges described in paragraphs 4.6.1 through 4.6.3, above, will be calculated and applied on a case-by-case basis.

4.7    <u>Changes in Service Requested</u>

If the Customer makes or requests material changes in circuit engineering, equipment specifications, service parameters, premises locations, or otherwise materially modifies any provision of the application for service, the Customer's installation fee shall be adjusted accordingly.

4.8    <u>Taxes</u>

The Customer is responsible for the payment of Federal excise taxes, gross receipts, access, state and local sales and use taxes and all taxes, fees, surcharges (however designated) and other exactions imposed on the Company or its services by governmental jurisdictions, other than taxes imposed generally on corporations. Any taxes imposed by a local jurisdiction (e.g. county and municipal taxes) will only be recovered from Customers in accordance with applicable tax laws. All such taxes, fees, and charges shall be separately designated on the Company's invoices, and are not included in the tariffed rates.  It should be the responsibility of the Customer to pay any such taxes that subsequently become applicable retroactively.

4.9    <u>Disputed Bills</u>

(1)    The Customer may dispute a bill in good faith only by written notice to the Company. Unless such notice is received within 90 days (commencing 5 days after such bills have been mailed or otherwise rendered per the Company's normal course of business), the bill statement shall be deemed to be correct and payable in full by Customer. Any Customer who has a dispute shall be advised by the Company that the Customer may file a formal or informal complaint with the Commission.  Such claim must identify in detail the basis for the dispute, and if the Customer withholds disputed amounts, it must identify the account number under which the bill has been rendered, the date of the bill, and the specific items on the bill being disputed to permit the Company to investigate the merits of the dispute.   [T] | [T] [N] | | [N]

Filed under Transmittal No. 1

Issued: December 28, 2011                                   Effective: December 29, 2011

Issued by:    Vice President of Public Policy
              Level 3 Communications, LLC
              1025 Eldorado Boulevard
              Broomfield, CO   80021

**SECTION 4 - PAYMENT ARRANGEMENTS (CONT'D)**

4.9     <u>Disputed Bills</u> (Cont'd)                                                    [N]

   (2)  The date of the dispute shall be the date on which the Customer furnishes the Company the following account information:
        - A clear explanation of the basis of the dispute, including what the Customer believes is incorrect (e.g., nonrecurring charge; mileage; circuit identification) and the reason why the Customer believes the bill is incorrect (e.g., monthly rate billed not same as in tariff; facility not ordered; service not received);
        - The account number under which the bill was rendered;
        - The date of the bill;
        - The invoice number;
        - The exact dollar amount in dispute;
        - The universal service order code(s)(USOCs) and/or rate element associated with the service;
        - Details sufficient to identify the specific amount(s) and item(s) in dispute;
        - The name of the person initiating the Customer's dispute;
        - Additional data as the Company reasonably requests from the Customer to resolve the dispute. The request for such additional information shall not affect the Customer's dispute date as set forth preceding.

   (3)  The date of resolution is the date the Company completes the investigation and credits the Customer account or confirms the billing as accurate and denies the dispute.

   (4)  In the event that a billing dispute concerning any charges billed to the Customer by the Company is resolved in favor of the Company, any payments withheld pending settlement of the dispute shall be subject to the late payment penalty set forth in 4.2.6 preceding.  [N]

                                                               Filed under Transmittal No. 1

Issued: December 28, 2011                                      Effective: December 29, 2011


Issued by:      Vice President of Public Policy
                Level 3 Communications, LLC
                1025 Eldorado Boulevard
                Broomfield, CO  80021