# EXHIBIT Q

## To Declaration of Charles W. Steese

| | |
|---|---|
| **From:** | Warden, Mike <mwarden@sidley.com> |
| **Sent:** | Thursday, April 22, 2021 1:38 PM |
| **To:** | Chuck Steese; Douglas N. Marsh |
| **Cc:** | Zambrano, Angela; Hunseder, Michael; Benson, Justin |
| **Subject:** | AT&T v. Level 3 |
| **Attachments:** | ATT Rule 26(a)(2) Disclosure.pdf; Supplemental Rule 26(e) Disclosure.pdf; Exhibit 1.xlsx |

**CAUTION:** **EXTERNAL EMAIL**

Chuck and Doug –

Thanks again for taking the time to talk.

As you know and as we discussed, AT&T and Level 3 have been attempting to reach a stipulation regarding damages for almost a year. Level 3's summary judgment brief notes as much, as does the Final Pretrial Order. As part of that effort, both parties have disclosed data regarding amounts billed, paid and withheld on OTT VoIP traffic at issue in this litigation. Depositions on these issues have been deferred in the interest of attempting to reach a stipulation. Now that the Court has entered its order on summary judgment, and absent a stipulation, the parties need to move forward. As such, attached is AT&T's supplemental Rule 26(e) disclosure and a protective Rule 26(a)(2) disclosure. AT&T will make Ms. Miller available for deposition relating to this disclosure. Please let us know if you intend to take her deposition and we will provide available dates for a Zoom deposition. Likewise, we would like to take Jennifer Torres' deposition on Level 3's damage calculation. We think this deposition should take a half day or less and should be conducted by Zoom.

Please provide dates when Ms. Torres can be available. Also let us know about the schedule and whether and how you want to proceed on the "TCG issues."

Best, Mike

**MICHAEL D. WARDEN**

**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
+1 202 736 8080
mwarden@sidley.com
www.sidley.com

**SIDLEY**

*******************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*