## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

### DECLARATION OF JUSTIN A. BENSON IN SUPPORT AT&T'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LEVEL 3'S CLAIMED LATE PAYMENT CHARGES, OR, IN THE ALTERNATIVE, AT&T MOTION TO STRIKE

---

I, Justin A. Benson, do depose on oath and state as follows in support of the Motion of Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") to exclude evidence of Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3") claimed late payment charges or, in the alternative, AT&T Motion to Strike ("Motion"):

1

1. I am an associate in the law firm of Sidley Austin LLP, and am counsel for AT&T in this action.

2. I have personal knowledge of the following facts and, to the best of my knowledge, affirm that they are all true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of a PDF version of the Excel damages disclosure Level 3 provided to AT&T by email on March 9, 2021. Through the use of an automatic document conversion program, AT&T converted the Level 3 damages disclosure spreadsheet into a PDF file (such that each Excel "tab" became a separate PDF page). The substance of the disclosure has not been modified in anyway.

4. Attached hereto as Exhibit 2 is a true and correct copy of Level 3's Tariff No. 4. The Tariff was downloaded from the Federal Communications Commission's website on May 7, 2021. Aside from highlighting the tariff provisions most applicable to the instant Motion, the Tariff has not been modified in anyway.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2021 in Washington, D.C.

By: /s/ Justin A. Benson

SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
jbenson@sidley.com