IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,
  Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,
  Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNCATIONS, INC., and WILTEL COMMUNICATIONS, LLC

  Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

  Counterclaim Defendant

_____

**JOINT MOTION FOR STATUS CONFERENCE**[1]
_____

Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") and Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3") (AT&T and Level 3, collectively the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Motion for Status Conference and, as grounds therefore, state as follows:

---

[1] **Certificate of Conferral:** Per D.C. COLO. LCivR 7.1 all counsel of record conferred regarding the relief requested in this Motion. All parties join in this Motion and no party opposes this Motion.

1. As a result of the Court's March 25, 2021 Order (ECF No. 204) (the "Order"), the primary issues remaining for trial relate to damages. Following the Order, the Parties reached agreement on certain issues that will further narrow the scope of trial and are working toward reaching agreement on others. In addition, both parties have filed motions in limine (ECF Nos. 205, 207, 209), and the Court's rulings on those motions have the potential to narrow the scope of trial further.

2. The Parties respectfully request the Court's guidance as to whether the case will be tried in-person or via a virtual format, or a combination of these. AT&T believes that, given the nature of the case—namely, that testimony and evidence is likely to center on the Parties' damages calculations as presented through Excel spreadsheets—a virtual trial would be more effective than an in-person proceeding. AT&T also believes that a virtual trial would better account for the fact that some of its witnesses are at a high-risk of significantly negative health consequences were they to contract COVID-19. Level 3 has no objection to presenting via remote presentation witnesses who are unable to travel due to COVID or other health concerns. However, Level 3 would prefer to present its witnesses in person, which will be especially important in navigating through the damages spreadsheets and other exhibits relating to the elements that are included in Level 3's damages claims.

3. In light of the remaining issues necessary for trial following the Order and because trial is now less than a month away, the Parties respectfully seek guidance from the Court on this subject in advance of the Final Trial Preparation Conference currently scheduled for May 28, 2021. This is especially so because each of AT&T's witnesses and trial-counsel are out-of-state, and given the uncertainties and ongoing risks surrounding out-of-state travel, the Parties would benefit

from advance notice on how the Court wishes to conduct trial in order to make appropriate arrangements.

4.  Moreover, because some of the Parties' attorneys would need to travel out-of-state to attend, the Parties respectfully request that the Court virtually conduct the May 28, 2021 Final Trial Preparation Conference.

WHEREFORE, the Parties respectfully request that the Court (i) schedule a telephonic status conference at the Court's earliest convenience; and (ii) order that the Final Trial Preparation Conference on May 28, 2021 be conducted virtually such that no counsel is required to attend in person.

Respectfully submitted this 17th day of May, 2021.

| By: _s/ Charles W. Steese_____ | By: _s/ Rebecca B. DeCook_____ |
|---|---|
| Charles W. Steese, #26924<br>Douglas N. Marsh, #45964<br>ARMSTRONG TEASDALE LLP<br>4643 South Ulster Street, Suite 800<br>Denver, Colorado 80237<br>Telephone: (720) 200-0676<br>csteese@armstrongteasdale.com<br>dmarsh@armstrongteasdale.com<br><br>*Attorneys for Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and Wiltel Communications, LLC* | Rebecca B. DeCook<br>Andrew T. Flynn<br>Moye White LLP<br>1400 16th Street, 6th Floor<br>Denver, CO 80202-1027<br>becky.decook@moyewhite.com<br>andrew.flynn@moyewhite.com<br><br>Michael J. Hunseder<br>Michael D. Warden<br>Justin A. Benson<br>Joshua W. Moore<br>SIDLEY AUSTIN LLP<br>1501 K ST NW<br>Washington, DC 20005<br>Telephone: (202) 736-8000<br>mhunseder@sidley.com<br>mwarden@sidley.com<br>jbenson@sidley.com<br>joshua.moore@sidley.com |

3

*Attorneys for Plaintiff AT&T Corp. and
Counterclaim Defendant Teleport
Communications Group*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

    *s/ Carolyn M. Lux*