# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

## DECLARATION OF JUSTIN A. BENSON IN SUPPORT OF AT&T'S OPPOSITION TO LEVEL 3'S MOTION IN LIMINE TO EXCLUDE UNDISCLOSED WITNESSES AND DAMAGES OPINIONS

    I, Justin A. Benson, do depose on oath and state as follows in support of the Opposition of Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") to Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3") Motion In Limine To Exclude Undisclosed Witnesses And Damages Opinions ("Motion"):

1

1. I am an associate in the law firm of Sidley Austin LLP, and am counsel for AT&T in this action.

2. I have personal knowledge of the following facts and, to the best of my knowledge, affirm that they are all true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email sent from Alison Miller to Scott Erickson on May 5, 2017 (ATT_PROD_0003786).

4. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of the transcript of a deposition taken of Jennifer Torres on August 28, 2019.

5. Attached hereto as Exhibit 3 is a true and correct copy of AT&T's initial disclosures, submitted on April 2, 2018.

6. Attached hereto as Exhibit 4 is a true and correct copy of a transcript of an excerpt of a deposition taken of Alison Miller on September 12, 2019.

7. Attached hereto as Exhibit 5 is a true and correct copy of Level 3's Rule 26(a)(2)(C) disclosures, submitted on March 16, 2020.

8. Attached hereto as Exhibit 6 is a true and correct copy of AT&T's Rule 26(e) disclosures, submitted on May 15, 2020.

9. Attached hereto as Exhibit 7 is a true and correct copy of AT&T's Rule 26(e) disclosures, submitted on April 23, 2021.

10. Attached hereto as Exhibit 8 is a true and correct copy of AT&T's Rule 26(a)(2) disclosures, submitted on April 23, 2021.

11. Attached hereto as Exhibit 9 is a true and correct copy of an email from Chuck Steese to Mike Warden, sent on April 27, 2021.

12. Attached hereto as Exhibit 10 is a true and correct copy of a letter from Michael Hunseder to Chuck Steese, dated June 10, 2020.

13. Attached hereto as Exhibit 11 is a true and correct copy of Level 3's supplemental Rule 26(a)(1) disclosures, submitted on January 3, 2020.

14. Attached hereto as Exhibit 12 is a true and correct copy of a letter from Alison Miller to Craig Davis, sent on March 12, 2021.

15. Further, during discovery, Level 3 produced hundreds of emails between Ms. Miller and Level 3. The earliest of these emails was sent on or around July 15, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of May, 2021 in Washington, D.C.

By: /s/ Justin A. Benson

SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
jbenson@sidley.com