# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNCATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

**AT&T & TCG'S SUPPLEMENTAL DISCLOSURE**

---

    Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") and Counterclaim Defendant Teleport Communications Group ("TCG"), by and through undersigned counsel, hereby submit the following supplemental disclosure pursuant to Federal Rule of Civil Procedure 26(e). AT&T and TCG (collectively "AT&T") incorporate by reference the disclosure that AT&T made, pursuant to Rule 26(e), which was served on May 15, 2020.

1

AT&T further states that, in response to the damages analysis provided by Level 3 on March 9, 2021 (the "March 9 Damage Analysis"), it does not plan to submit any testimony that it considers to be admissible based solely upon Federal Rules of Evidence 702, 703, or 705.

For the avoidance of doubt, however, AT&T does not accept all of the assumptions, calculations, and conclusions contained in the March 9 Damage Analysis. Accordingly, AT&T has prepared its own factual analysis, which is attached as Exhibit 1 to this supplemental disclosure.

April 23, 2021.

By: /s/ Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

2

## CERTIFICATE OF SERVICE

I, Justin A. Benson, hereby certify that on April 23, 2021, I served a copy of the foregoing document upon the following via email and U.S. mail:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

/s/ Justin A. Benson
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: jbenson@sidley.com

*Attorney for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*