**EXHIBIT 8**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNCATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

**AT&T'S RULE 26(a)(2) DISCLOSURE**

---

    Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T"), by and through undersigned counsel, hereby submits the following disclosure pursuant to Federal Rule of Civil Procedure 26(a)(2).

    AT&T has disclosed that employee Alison Miller may offer testimony at trial regarding (i) amounts billed by Level 3 for end-office switching charges (including for over-the-top (OTT) Voice over Internet Protocol (VoIP) calls), (ii) amounts AT&T paid for such charges, (iii) amounts

1

AT&T withheld from billed amounts for such services, and (iv) any amounts AT&T may now owe for such charges. Any such testimony, should it be offered at trial, is quintessential fact testimony as it reflects historic facts known to AT&T and certain calculations Ms. Miller makes in the regular course of her work. AT&T previously designated Ms. Miller as a fact witness in its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i) dated April 2, 2018, and in the Final Pretrial Order entered by the Court on September 8, 2020, *see* ECF No. 199. Following AT&T's initial disclosures, Level 3 deposed Ms. Miller on September 12, 2019.

As AT&T disclosed in its May 15, 2020 Rule 26(e) disclosure, it did "not plan to submit any testimony that [it] consider[s] to be admissible based solely upon Federal Rules of Evidence 702, 703, or 705." However, Level 3 has since taken the position that testimony from Ms. Miller on the above-described topics constitutes expert testimony pursuant to Rules of Evidence 702, 703, or 705. While AT&T disagrees with Level 3's contentions and maintains its position that Ms. Miller's testimony is fact testimony, AT&T hereby submits this disclosure to pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) regarding Ms. Miller's anticipated testimony in order to moot Level 3's objections and remedy any supposed prejudice that Level 3 might claim. AT&T will also make Ms. Miller available for deposition.

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), AT&T states:

Ms. Miller will testify regarding the amounts AT&T was billed by Level 3 for end-office switching charges (including for over-the-top (OTT) Voice over Internet Protocol (VoIP) calls), Level 3's end office OTT VoIP overcharges (as calculated in accordance with the Court's ruling on summary judgment (ECF No. 204)), and the amounts paid and withheld by AT&T resulting from the OTT VoIP dispute as described in Exhibit 1 to this disclosure.

2

Ms. Miller has not been retained or specially employed to provide expert testimony in this case, and her duties as the AT&T's employee do not regularly involve giving expert testimony. Therefore, Ms. Miller is not required to provide a written report pursuant to Federal Rule of Civil Procedure 26(a)(2)(B).

AT&T reserves the right to supplement this disclosure.

April 23, 2021.

By: /s/ Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

# CERTIFICATE OF SERVICE

      I, Justin A. Benson, hereby certify that on April 23, 2021, I served a copy of the foregoing document upon the following vial email and U.S. mail:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

      /s/ Justin A. Benson
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: jbenson@sidley.com

*Attorney for Plaintiff AT&T Corp.*

4

267021444v.5