# EXHIBIT 10



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

+1 202 736 8236
MHUNSEDER@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

June 10, 2020

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**By Email**

Chuck Steese
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, CO 80237

      Re:    *AT&T Corp. v. Level 3*, No. 18-cv-0112-RM-MEH – Calculations Related to Billings

Dear Chuck:

      Pursuant to our prior telephone discussions, I am writing to provide Level 3 with data from AT&T relating to the amounts billed, paid, and withheld for the over-the-top VoIP traffic at issue. Enclosed is a spreadsheet showing these amounts.

      AT&T's summary data is shown in the first tab. Due to AT&T's systems and records, the data is presented in a somewhat different format than the spreadsheet previously provided by Level 3. AT&T also separately accounted for the 4 different plaintiffs. There has been minimal withholding from amounts billed by Broadwing, Global Crossing and WilTel, and the amounts that have been withheld do not relate to over-the-top VoIP calling.

      The second tab of the spreadsheet contains backup information for the first spreadsheet. The third tab of the spreadsheet relates to prejudgment interest/late payment penalties. As you know, AT&T's position is that no such interest/penalties are warranted here. Without waiving or changing that position, if such penalties were appropriate, the amount of any penalties could be no more than about ███████, due in large part to the previous partial settlement that released amounts due before January 2019. AT&T seeks clarification from Level 3 as to how it calculated its claim for late payment penalties.

      As we discussed, AT&T is hopeful that the parties can narrow or eliminate issues relating to damages—in particular, as to the amounts billed by Level 3 and the amounts paid and withheld by AT&T. Once Level 3 has reviewed this data, please reach out to discuss the differences in the numbers and how best to reconcile them. AT&T prefers a business-to-business discussion to reconcile any detailed data regarding amounts billed and paid. As we discussed, if either party

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Chuck Steese
April 23, 2020
Page 2

believes that it will not be fruitful to engage in a reconciliation process, then the parties will schedule depositions relating to the disputed data and calculations.

      Please let me know when you would like to discuss these matters. Thank you.

      Sincerely,

      /s/ Michael J. Hunseder

      Michael Hunseder

cc:    Justin A. Benson

Enclosure