**EXHIBIT 12**



