**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

---

**[PROPOSED] ORDER GRANTING LEVEL 3'S
UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO
EXHIBITS TO ITS RESPONSE IN OPPOSITION TO AT&T'S MOTION IN LIMINE
TO EXCLUDE EVIDENCE OF LEVEL 3'S CLAIMED LATE PAYMENT CHARGES**

---

    Before the Court is Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC's Unopposed Motion to Restrict Public Access to Exhibits to Its Response in Opposition to AT&T's Motion Limine to Exclude Evidence of Level 3's Claimed Late Payment Charges. Upon consideration of the Motion and the entire record

herein, it is hereby ordered that the MOTION be GRANTED. Exhibit C to Level 3's Response in Opposition to AT&T's Motion *in Limine* to Exclude Evidence of Level 3's Claimed Late Payment Charges shall be subject to Level 1 restriction. *See* D.C.COLO.LCivR 7.2(e).

IT IS SO ORDERED this _____ day of _____, 2021.

_____
The Honorable Raymond P. Moore
U.S. District Court Judge

Submitted by:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*