**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

**DECLARATION OF CHARLES W. STEESE IN SUPPORT OF
LEVEL 3'S RESPONSE IN OPPOSITION TO AT&T'S MOTION IN
LIMINE TO EXCLUDE EVIDENCE OF LEVEL 3'S CLAIMED LATE
PAYMENT CHARGES OR, IN THE ALTERNATIVE, AT&T MOTION TO STRIKE**

    I, Charles W. Steese, do depose on oath and state as follows in support of Level 3's Response in Opposition to AT&T's Motion *in Limine* to Exclude Evidence of Level 3's Claimed Late Payment Charges or, in the Alternative, AT&T Motion to Strike:

    1.    I am a Partner in the law firm of Armstrong Teasdale, LLP, and am lead trial counsel for Level 3 in this action.

2. I have personal knowledge of the following facts and affirm that they are all true and correct.

3. Exhibit A to Level 3's Opposition is a true and correct copy of excerpts of the CenturyLink Competitive Operating Companies' Tariff F.C.C. No. 4, the operative Tariff that applies to Level 3's traffic.

4. Exhibit B to Level 3's Opposition is a true and correct copy of Level 3's December 11, 2018 Transmittal No. 1.

5. Exhibit C to Level 3's Opposition is a true and correct copy of an email sent by Level 3 employee Steve Ross on April 24, 2015 to AT&T employee Kimberly Meola, among others, and attachment thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2021 in Denver, Colorado.

By: */s/Charles W. Steese*
Charles W. Steese, #26924
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com