# EXHIBIT A

**CenturyLink Competitive Operating Companies**     **TARIFF F.C.C. NO. 4\***
                                                         **Original Title Page**

## ACCESS SERVICE

REGULATIONS AND SCHEDULE OF

CHARGES APPLICABLE TO INTERSTATE AND INTERNATIONAL

SWITCHED ACCESS SERVICES

FURNISHED BY LEVEL 3 COMMUNICATIONS, LLC

AND ITS CONCURRING CARRIERS BETWEEN

POINTS IN THE UNITED STATES AND

BETWEEN POINTS IN THE UNITED STATES AS SPECIFIED HEREIN

\*     CenturyLink Competitive Operating Companies Tariff F.C.C. No. 4 is being issued on not less than one day's notice under authority of Special Permission No. 18-06 of the Federal Communications Commission and contains rates and regulations previously found in Level 3 Communications, LLC Tariff F.C.C. No. 4.

(Filed under Transmittal No. 1.)

Issued:  December 11, 2018                          Effective:  December 12, 2018
Issued By:  Regulatory and Public Policy
1025 Eldorado Boulevard
Broomfield, CO 80021

**CenturyLink Competitive Operating Companies**                    **TARIFF F.C.C. NO. 4**
                                                                    **Original Page 4-1**

## ACCESS SERVICE

### 4. PAYMENT ARRANGEMENTS

#### 4.1    PAYMENT FOR SERVICE

The Customer is responsible for the payment of all charges for facilities and services furnished by the Company to the Customer and to all Users authorized by the Customer, regardless of whether those services are used by the Customer itself or are resold or shared with other persons.

#### 4.2    BILLING AND COLLECTION OF CHARGES

4.2.1    Nonrecurring charges are due and payable within 30 days after the date an invoice is mailed to the Customer by the Company.

4.2.2    The Company shall present invoices for Recurring Charges monthly to the Customer, in advance of the month in which service is provided, and Recurring Charges shall be due and payable within 30 days after the invoice is mailed.

4.2.3    Charges based on measured usage will be included on the next invoice rendered following the end of the month in which the usage occurs and will be due and payable within 30 days after the invoice is mailed.

4.2.4    When service does not begin on the first day of the month, or end on the last day of the month, the charge for the fraction of the month in which service was furnished will be calculated on a pro rata basis. For this purpose, every month is considered to have 30 days.

4.2.5    Billing of the Customer by the Company will begin on the Service Commencement Date, billing accrues through and includes the day that the service, circuit, arrangement or component is discontinued.

4.2.6    With respect to Business Customers only, if any portion of the payment is received by the Company after the date due, or if any portion of the payment is received by the Company in funds which are not immediately available, then a late payment penalty shall be due to the Company. The late payment penalty shall be the portion of the payment not received by the date due, net of taxes, not compounded, multiplied by a monthly late factor of 1.5%.

4.2.7    For any check returned to the Company due to insufficient funds, uncollected funds, or closed account, a $25.00 fee will be assessed per check returned.

(Filed under Transmittal No. 1.)

Issued:  December 11, 2018                    Effective:  December 12, 2018
Issued By:   Regulatory and Public Policy
1025 Eldorado Boulevard
Broomfield, CO 80021