# EXHIBIT B

Level 3 Communications, LLC                                              Tariff F.C.C. No. 4
                                                                         Supplement No. 1

Effective December 12, 2018, Level 3 Communications, LLC F.C.C. No. 4 is canceled in its entirety.  The regulations, rates and charges for interstate access service previously provided under this tariff are now contained in CenturyLink Competitive Operating Companies Tariff F.C.C. No. 4.

Issued:  December 11, 2018

Issued by:     General Counsel – Regulatory Policy
               Level 3 Communications, LLC
               1025 Eldorado Boulevard
               Broomfield, CO 80021                                      Transmittal No. 1

Level 3 Communications, LLC                                         Tariff F.C.C. No. 4
                                                          Twenty-Eighth Revised Page 1
                                                    Replaces Twenty-Seventh Revised Page 1

## CHECK SHEET

Current pages in this tariff are as follows:

| PAGE | REVISION | PAGE | REVISION | PAGE | REVISION |
|------|----------|------|----------|------|----------|
| Title | 1st Revised | 20 | 2nd Revised | 45 | 3rd Revised |
| 1 | 28th Revised * | 21 | 4th Revised | 46 | 2nd Revised |
| 1.1 | Original | 21.1 | Original | 47 | 2nd Revised |
| 2 | 4th Revised | 21.2 | 1st Revised | 48 | 2nd Revised |
| 2.1 | Original | 21.3 | Original | 49 | 3rd Revised |
| 3 | 4th Revised | 21.4 | 1st Revised | 50 | 4th Revised |
| 3.1 | Original | 22 | 3rd Revised | 50.1 | 3rd Revised |
| 4 | 1st Revised | 23 | 2nd Revised | 50.2 | 3rd Revised |
| 5 | 1st Revised | 24 | 2nd Revised | 50.3 | 1st Revised |
| 6 | 3rd Revised | 25 | 2nd Revised | 50.4 | Original |
| 6.1 | 1st Revised | 26 | 3rd Revised | 50.5 | Original |
| 6.2 | 1st Revised | 26.1 | Original | 50.6 | Original |
| 7 | 5th Revised | 27 | 2nd Revised | 51 | 3rd Revised |
| 7.1 | Original | 28 | 3rd Revised | 52 | 6th Revised |
| 8 | 3rd Revised | 29 | 1st Revised | 52.1 | 3rd Revised |
| 9 | 3rd Revised | 30 | 3rd Revised | 52.2 | 1st Revised |
| 10 | 1st Revised | 31 | 1st Revised | 52.3 | 1st Revised |
| 11 | 1st Revised | 32 | 1st Revised | 53 | 4th Revised |
| 12 | 1st Revised | 33 | 1st Revised | 54 | 4th Revised |
| 13 | 1st Revised | 34 | 1st Revised | 55 | 7th Revised |
| 14 | 1st Revised | 35 | 2nd Revised | 55.1 | Original |
| 15 | 1st Revised | 36 | 2nd Revised | 56 | 3rd Revised |
| 16 | 1st Revised | 37 | 2nd Revised | 57 | 6th Revised |
| 17 | 1st Revised | 38 | 2nd Revised | 58 | 10th Revised |
| 18 | 2nd Revised | 39 | 2nd Revised | 59 | 14th Revised |
| 19 | 3rd Revised | 40 | 2nd Revised | 60 | 16th Revised |
| 19.1 | 1st Revised | 41 | 2nd Revised | 61 | 14th Revised |
| 19.2 | 1st Revised | 42 | 1st Revised | 62 | 14th Revised |
| 19.3 | Original | 43 | 1st Revised | 63 | 12th Revised |
| 19.4 | Original | 44 | 2nd Revised | 64 | 12th Revised |

* - indicates those pages included with this filing

Issued: December 11, 2018                                       Effective: December 12, 2018

Issued by:   General Counsel – Regulatory Policy
             Level 3 Communications, LLC
             1025 Eldorado Boulevard
             Broomfield, CO 80021                              Filed Under Transmittal No. 1