**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

---

**LEVEL 3'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO ITS RESPONSE IN OPPOSITION TO AT&T'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LEVEL 3'S DAMAGES CLAIMS**

---

    Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), respectfully submit the following Unopposed Motion for an order restricting public access to portions of its Response in Opposition to AT&T's Motion *in Limine* to Exclude Evidence of Level 3's Damages Claims, certain portions

of the Declaration of Jennifer Torres, and certain exhibits in order to maintain the confidentiality of the information contained therein. Counsel for Level 3 has conferred with counsel for AT&T regarding this motion in compliance with D.C. Colo. LCivR 7.1 and is authorized to state that AT&T does not oppose this motion.

In support of this Motion, and in compliance with D.C. Colo. L. Civ. R. 7.2, Level 3 states as follows:

1. Level 3's Response in Opposition to AT&T's Motion *in Limine* to Exclude Evidence of Level 3's Damages Claims, the Declaration of Jennifer Torres in support thereof, and Exhibits A, B, C, E, and G to Level 3's Response contain sensitive business and customer proprietary information as well as information which Level 3 is obligated to maintain as confidential pursuant to the Court's Protective Order, ECF No. 62. In addition, these documents contain dollar amounts which AT&T has specifically requested be redacted.

2. If access to this sensitive information is not restricted, Level 3 will be unable to fulfill its obligations to maintain this proprietary material as confidential.

3. With the exception of Exhibit G, Level 3 is filing a public version of these exhibits on the public docket, with solely the specifically identified sensitive language redacted, concurrently with this motion. Exhibit G is confidential in its entirety and therefore, Level 3 seeks to seal the document in its entirety. Level 3 is mindful of the Court's orders regarding the scope of the material the parties may restrict, and has limited the extent of the requested restrictions in conformance with the Court's instructions to proprietary materials and information AT&T and/or third parties have requested be maintained as confidential.

4.     Level 3 has attempted to minimize the restriction of public access as narrowly as possible and does not believe any less-restrictive alternative will (a) allow for the use of the materials and (b) protect the confidential nature of the information.

5.     The appropriate level of restriction is Level 1—i.e., access should be limited to the parties and the Court.

For the foregoing reasons, Level 3 respectfully requests that the Court restrict public access to its Response in Opposition to AT&T's Motion *in Limine* to Exclude Evidence of Level 3's Damages Claims, the Declaration of Jennifer Torres in support thereof, and Exhibits A, B, C, E, and G to Level 3's Response, allowing for public filing with redactions for all but Exhibit G, which Level 3 requests be sealed in its entirety.

Respectfully submitted this 18th day of May, 2021.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*

## CERTIFICATE OF SERVICE

I, Charles W. Steese, hereby certify that on May 18th, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael D. Warden
Michael J. Hunseder
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mwarden@sidley.com
mhunseder@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp.*

/s/ *Charles W. Steese*
Charles W. Steese

4