IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

## DECLARATION OF CHARLES W. STEESE IN SUPPORT OF LEVEL 3'S RESPONSE IN OPPOSITION TO AT&T'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LEVEL 3'S DAMAGES CLAIMS

I, Charles W. Steese, do depose on oath and state as follows in support of Level 3's Response in Opposition to AT&T's Motion *in Limine* to Exclude Evidence of Level 3's Damages Claims:

1. I am a Partner in the law firm of Armstrong Teasdale, LLP, and am lead trial counsel for Level 3 in this action.

2. I have personal knowledge of the following facts and affirm that they are all true and correct.

3. Attached hereto as Exhibit A is a true and correct copy of an email thread sent by Jennifer Torres on August 7, 2017 to Melissa Kellow and others, which was produced in this action as CTL_0001896–914.

4. Attached hereto as Exhibit B is a true and correct copy of an email thread sent by Jennifer Torres on August 22, 2017 to Alison Miller and others, which was produced in this action as ATT_PROD_0005346–52.

5. Attached hereto as Exhibit C is a true and correct copy of an email thread sent by Jennifer Torres on August 11, 2017 to Ed Stocker, which was produced in this action as CTL_0001586–91.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts of the CenturyLink Competitive Operating Companies' Tariff F.C.C. No. 4.

7. Attached hereto as Exhibit E is a true and correct copy of an email sent by Ardell Burgess on August 9, 2017 to Alison Miller, which was produced in this action as ATT_PROD_0005170–87.

8. Attached hereto as Exhibit F is a true and correct copy of Level 3's supplemental damages calculations, which were served to AT&T on May 17, 2021.

9. Attached hereto as Exhibit G is a true and correct copy of a rate element summary showing specific rate elements assessed to AT&T between January 2019 and April 2021.

10. Attached hereto as Exhibit H is a true and correct copy of an email I sent to Mike Warden, counsel for AT&T, on April 27, 2021.

11. Attached hereto as Exhibit I is a true and correct copy of excerpts of the November 21, 2019 30(b)(6) deposition of AT&T employee Marc Cathy.

12. Attached hereto as Exhibit J is a true and correct copy of excerpts of the February 11, 2020 30(b)(6) deposition of AT&T employee Marc Cathy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2021 in Denver, Colorado.

By: */s/Charles W. Steese*
Charles W. Steese, #26924
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com