# EXHIBIT A

Message

**From:** Torres, Jennifer [/O=LEVEL3/OU=DENVER/CN=RECIPIENTS/CN=OLINGER.JENNIFER]
**Sent:** 8/7/2017 3:14:56 PM
**To:** Kellow, Melissa [/O=LEVEL3/OU=DENVER/cn=Recipients/cn=morris.melissa]
**CC:** Stocker, Edwin [/O=LEVEL3/OU=DENVER/cn=Recipients/cn=stocker.edwin]
**Subject:** RE: L3 Email requesting separation of EO & Tandem billing

Just AT&T.

**Jennifer Torres**
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

 

---

**From:** Kellow, Melissa
**Sent:** Monday, August 07, 2017 2:55 PM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Cc:** Stocker, Edwin <Edwin.Stocker@Level3.com>
**Subject:** RE: L3 Email requesting separation of EO & Tandem billing

Is this something we are just considering for AT&T?  No one else has requested this but I wanted to clarify the ask.  I don't know if ▓▓▓ can just make this change to AT&T BANS (maybe even at a CIC level) or if this change is something that would need to go in effect across all our switched access billing.  If so, the extent of change will be massive and then we have the issue with delays in invoice processing and confusion.

---

**From:** Torres, Jennifer
**Sent:** Monday, August 07, 2017 2:39 PM
**To:** Kellow, Melissa <Melissa.Kellow@Level3.com>
**Cc:** Stocker, Edwin <Edwin.Stocker@Level3.com>
**Subject:** RE: L3 Email requesting separation of EO & Tandem billing

Ok, can you follow up with ▓▓▓ and get the specifics from them on timing?

Thanks!

**Jennifer Torres**
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

 

CONFIDENTIAL
CTL_0001896

**From:** Kellow, Melissa
**Sent:** Monday, August 07, 2017 2:37 PM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Cc:** Stocker, Edwin <Edwin.Stocker@Level3.com>
**Subject:** RE: L3 Email requesting separation of EO & Tandem billing

I don't know if this was ever asked of ▮ back when Jamie was still here.  We would have to create new BANS if they can separate out the usage.  We can always ask but we will need time to test if this is something they can do.

**From:** Torres, Jennifer
**Sent:** Monday, August 07, 2017 2:30 PM
**To:** Kellow, Melissa <Melissa.Kellow@Level3.com>
**Cc:** Stocker, Edwin <Edwin.Stocker@Level3.com>
**Subject:** FW: L3 Email requesting separation of EO & Tandem billing

Hi Melissa,

Alison is wondering the status of their request to bill end office charges and tandem charges on separate invoices.  Is that possible for ▮ to do?

Thanks,

**Jennifer Torres**
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

 

**From:** MILLER, ALISON L [mailto:am7149@att.com]
**Sent:** Monday, August 07, 2017 2:10 PM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Cc:** Stocker, Edwin <Edwin.Stocker@Level3.com>; BURGESS, ARDELL <ab3696@att.com>
**Subject:** FW: L3 Email requesting separation of EO & Tandem billing

Jennifer,

Thanks for your emails on Friday; I am currently reviewing them.

I know Kim and Shaun also discussed the need for L3 to separate End Office and Tandem billing to help avoid future billing issues.   Can you please let me know the latest with this request per my email below?

Thanks,
*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

*This message and any attachments to it contain confidential business information intended solely for recipients.  If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.*

**From:** MILLER, ALISON L
**Sent:** Thursday, June 29, 2017 12:53 PM
**To:** 'Kellow, Melissa' <Melissa.Kellow@level3.com>
**Cc:** Wood, Diane <Diane.Wood@level3.com>; OSWALD, TERESA W <to8120@att.com>; Geraghty, Michael <Michael.Geraghty@level3.com>; HAYES, BOB <rh1472@att.com>; 'jennifer.torres@level3.com' <jennifer.torres@level3.com>; BURGESS, ARDELL <ab3696@att.com>
**Subject:** RE: Connectivity Disputes

Melissa,

I think there is some confusion still between what is withheld and what is disputed.   To clarify:

**Withholding**
The "Connectivity Dispute Withholding" has been reconciled between both companies at the ▮▮▮▮▮ value.  This withholding was a result of: 1) BAU rate disputes for non-Level companies (e.g. – Global Crossing, Broadwing, etc.), and 2) a percentage being implemented on EO to care for the EO/CPN dispute for the Level 3 entity.  There was no withholding action taken for the OTT dispute, but there is withholding above the current dispute value for the EO/CPN issue due to: 1)  Level 3's billing containing both EO and tandem billing on same BAN, which complicated the mechanized rate based withholding, and 2) AT&T and Level 3 (i.e. – Steve Ross) agreeing that the EO/CPN withholding would not be corrected in our payment systems until such time as the issue was fully corrected.  As of April, Steve Ross had noted the EO/CPN issue was still ongoing.

Note:  We had previously requested Level 3 to separate tandem and end office billing in order to try to avoid the complication noted in #1.  It would be great if Level 3 could separate EO and tandem billing on a prospective basis to mitigate issues in the future.

**Disputes**
We have now identified 3 disputes associated with the same traffic included in the "Connectivity Dispute Withholding":  1) BAU Rate Disputes = ▮▮▮▮) EO/CPN Dispute = ▮▮▮▮, and 3) OTT Dispute = ▮▮▮▮.  Bob Hayes' team sends out a dispute notice each month when there is a withholding activity, so you should have received dispute notices for the entire ▮▮▮▮▮▮  These dispute notices, along with the details I noted about rates not matching tariff, should provide you the information needed to research with issues for the $400K dispute associated with the non-Level 3 companies.   Additionally, sometimes there are more specific disputes filed from Access Management, as was the case for the ▮▮▮▮ EO/CPN and ▮▮▮▮ OTT disputes.

The 3 disputes, along with all of the others (i.e. -IntraMTA, DEOT, Backbill, Teoco) are what are currently being discussed by Kim and Shaun.  It does not make sense to spend more time trying to break down the withholding value, and our efforts should instead be focused on reconciling the dispute values.

I know that you and Jennifer are working to provide the EO/CPN details I requested, so hopefully we will be able to reconcile that dispute shortly.  I believe the methodology I used to get to the ▮▮▮▮▮ dispute value was solid, since it was based on the data showing that the L3 end user TN volumes stayed at a consistent level over the period.  I used that consistent volume as the amount by which to determine the over-billing, and by using this methodology, the analysis did care for the fact that the incorrectly billed 3rd party volumes reduced over time.

Thanks,
*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

CONFIDENTIAL
CTL_0001898

This message and any attachments to it contain confidential business information intended solely for recipients.  If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.

**From:** Kellow, Melissa [mailto:Melissa.Kellow@level3.com]
**Sent:** Monday, June 26, 2017 3:51 PM
**To:** MILLER, ALISON L <am7149@att.com>
**Cc:** Wood, Diane <Diane.Wood@level3.com>; OSWALD, TERESA W <to8120@att.com>; Geraghty, Michael <Michael.Geraghty@level3.com>; HAYES, BOB <rh1472@att.com>
**Subject:** RE: Connectivity Disputes

Alison,

Thank you for the detail provided below and I apologize for the delayed response as I have been out of the office all last week and I am finally catching up.

I am a little surprised to hear that you are withholding ▮▮▮▮ in payment for OTT disputes.  On page three of the attached May 2015 settlement, section (ii),  AT&T agreed to pay for OTT traffic starting with the June 1, 2015 usage and to continue doing so until the OTT Declaratory Order becomes final and is no longer subject to further appeal or other judicial review as outlined in section (iv) .  As of now, there is an appeal pending.  Therefore, I need to know why AT&T withhold payment for OTT since the settlement states that it will be paid. Also, I need to know the timeframe of the ▮▮▮▮ and if it is based upon usage month or invoice month?

If I add up the following disputes that make up these connectivity disputes, I get a total of ▮▮▮▮ as outlined below.

▮▮▮▮         OTT
              EO/CPN – you listed ▮▮▮▮ in withheld but I have an email stating that ▮▮▮▮ is paid and disputed which wouldn't be withheld payment
▮▮▮▮         BAU Rate Disputes
              AT&T Total

▮▮▮▮         AT&T Connectivity Total
              Difference between the two AT&T Totals

This difference suggests that the OTT and EO/CPN disputes may overlap.  I don't think this overlap is limited to these two disputes and I wonder if IntraMTA is also overlaps with these two as well.

However, we still have a difference between what Level 3 has received in connectivity disputes and what AT&T has reported via the email chain below.

▮▮▮▮         AT&T Connectivity Total Thru 3/17
              Level 3 Received Connectivity Total Thru 3/17
              Difference between AT&T Connectivity and Level 3 Received Connectivity Totals

Do you have a spreadsheet of the connectivity disputes we can work from?  Could it be possible that you have a lower amount due to possible credits that were issued?  Unless we have spreadsheet detail to work from I don't see how we are going to be able to reconcile this difference.

As for the BAU rate disputes, we only have ▮▮▮▮ on record (filed disputes) for rates.  You will need to provide detail of the entire ▮▮▮▮ as we have not received these disputes from AT&T.  Since Jamie is no longer with the company, would you please send over the email or emails you sent to her that you mentioned below along with any documentation regarding the dispute?  This way Diane and I can begin researching.

The billing has been corrected for the EO/CPN/LRN dispute as of the December 2016 invoice.

CONFIDENTIAL

If you feel we need to have a call to discuss the above items please let me know of available times to meet and I will send a calendar invite.

Thank you,
Melissa


**Melissa Kellow**
**Manager, Customer Care - Carrier**
**Customer Financial Services**
Level 3 Communications
1025 Eldorado Blvd
Broomfield, CO 80021
p: 720.888.9565
e: melissa.kellow@level3.com




**From:** MILLER, ALISON L [mailto:am7149@att.com]
**Sent:** Tuesday, June 13, 2017 10:33 AM
**To:** Kellow, Melissa <Melissa.Kellow@Level3.com>
**Cc:** Wood, Diane <Diane.Wood@Level3.com>; OSWALD, TERESA W <to8120@att.com>; Geraghty, Michael <Michael.Geraghty@Level3.com>; HAYES, BOB <rh1472@att.com>
**Subject:** RE: Connectivity Disputes

Melissa,

It is not possible to exactly match the withholding for the Level 3 entity billing to a specific dispute, due to the fact that Level 3 is billing both tandem and end office traffic on the same BAN.  Had Level 3 agreed to separate out the tandem and end office traffic billing when AT&T had requested, it would have been much easier to implement withholding for our disputes more accurately.  Therefore, the view I had previously provided is the lowest level I would be able to provide in terms of the withholding/dispute breakout:

Total withheld: ▬▬▬ thru 03/17.  Disputes related to usage associated with this withholding:  EO/CPN = ▬▬▬ BAU Rate Disputes = ▬▬▬ and OTT = ▬▬▬   Total of all 3 disputes is therefore more than the current withholding amount.

The ▬▬▬ in BAU rate disputes are associated with the billing/withholding for the Level 3 affiliates (i.e. – not Level 3 entity).  On June 21, 2016, I sent the following inquiry to Jamie regarding some of the offsets that were occurring for the affiliate traffic.  I never did receive a response to my inquiry, and the noted issues have not been corrected, resulting in ongoing offsets/disputes:

"Additionally, I have just begun my investigation for the Level 3 affiliates to try to determine the cause of the offsets.  My initial review has found instances where the offsets were caused by rates being billed that do not match the appropriate tariff rate.  For example:

- For Broadwing MA (OCN 8924) an originating intrastate Local Switching rate of $0.013436 being billed, yet the rate identified in the Broadwing MA tariff is $0.002124.
- For Global Crossing NY (OCN 8824) a terminating rate of $0.003874 is being billed vs. the $0.001906 rate that would be appropriate for UNE direct transport.

CONFIDENTIAL

Has a review been completed of the Level 3 affiliate billing to verify the appropriate tariff rates are currently being billed?"

Are you saying you only show ▮▮▮ of withholding for the non-Level 3 entities?

I don't see a reply to my question about whether the EO/CPN/LRN issue has finally been corrected; can you please let me know what the status is?

The Release and Settlement Agreement executed in May, 2015 is the agreement that supports both the EO/CPN and OTT disputes.  The OTT follow-up email was also sent to Scott and Dan.

Thanks,
*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

*This message and any attachments to it contain confidential business information intended solely for recipients.  If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.*

---

**From:** Kellow, Melissa [mailto:Melissa.Kellow@level3.com]
**Sent:** Thursday, June 08, 2017 4:43 PM
**To:** MILLER, ALISON L <am7149@att.com>
**Cc:** Wood, Diane <Diane.Wood@level3.com>; OSWALD, TERESA W <to8120@att.com>; Geraghty, Michael <Michael.Geraghty@level3.com>; HAYES, BOB <rh1472@att.com>
**Subject:** RE: Connectivity Disputes

Alison,

Thank you for providing the information below.  Based upon the detail you provided, I have further questions especially around OTT as this seems to be the area where the discrepancy lies.  Please see my comments in red below.

- EO/CPN dispute of ▮▮▮▮ through 1/17 invoice.
    - The details associated with this value were provided via email to Steve Ross and Dan Umiker on 3/31.   <span style="color:red">I want to confirm the short paid/withheld amount of this dispute, not just the paid and dispute amount.  Right now we have a *total* of ▮▮▮▮ in dispute for this issue. ▮▮▮▮▮▮▮▮ is paid and dispute and ▮▮▮▮▮▮ is withheld.  Please confirm you do *not* have any additional short paid/withheld amounts beyond the ▮▮▮▮▮▮▮.</span>
    - On 4/19, we received a response from Steve that acknowledged  "Level 3 was incorrectly inserting its LRN on wireless and wireline calls causing end office charges to be billed to AT&T", and stated that a "Small amount of traffic still passing will be corrected via an IT update, planned for 2Q, to our usage collection system".  <span style="color:red">Has this issue now been fully corrected, and if so, effective when?</span>
- Ongoing BAU rate issue disputes (I believe latest total was somewhere in the ▮▮▮▮ range) associated with incorrect rates that are being billed for the non-Level 3 entities.  <span style="color:red">As of today, we only have a total of ▮▮▮ in BAU rate disputes.  Diane can provide a list of these but we need the details of the ▮▮▮ difference so we can start researching unless the difference has already been addressed by Level 3 and resolved.</span>
- OTT dispute of ▮▮▮▮ through 5/8/17.
    - Numerous discussions took place with Steve Ross and Rick Ratliff regarding this dispute prior to their departure from Level 3.
    - Email sent to Scott Erickson and Dan Umiker on 5/5 with ▮▮▮▮ value and details. <span style="color:red">**– Please confirm if this ▮▮▮▮▮ has been short paid/withheld by AT&T.**</span>
        - Per terms of Release and Settlement Agreement, credit is due by 06/07. <span style="color:red">– What settlement agreement are you referring to?</span>

CONFIDENTIAL
CTL_0001901

- Follow-up email sent on 5/17. **– To whom at Level 3 was the follow-up email addressed?**

Thank you again,
Melissa

**Melissa Kellow**
Manager, Customer Care - Carrier
Customer Financial Services
Level 3 Communications
1025 Eldorado Blvd
Broomfield, CO 80021
p: 720.888.9565
e: melissa.kellow@level3.com



---

**From:** MILLER, ALISON L [mailto:am7149@att.com]
**Sent:** Friday, June 02, 2017 1:59 PM
**To:** Kellow, Melissa <Melissa.Kellow@Level3.com>
**Cc:** Wood, Diane <Diane.Wood@Level3.com>; OSWALD, TERESA W <to8120@att.com>; Geraghty, Michael <Michael.Geraghty@Level3.com>; HAYES, BOB <rh1472@att.com>
**Subject:** RE: Connectivity Disputes

Melissa,

The following disputes have been filed associated with the ▇▇▇▇:

- EO/CPN dispute of ▇▇▇▇ through 1/17 invoice.
    - The details associated with this value were provided via email to Steve Ross and Dan Umiker on 3/31.
    - On 4/19, we received a response from Steve that acknowledged "Level 3 was incorrectly inserting its LRN on wireless and wireline calls causing end office charges to be billed to AT&T", and stated that a "Small amount of traffic still passing will be corrected via an IT update, planned for 2Q, to our usage collection system". Has this issue now been fully corrected, and if so, effective when?
- Ongoing BAU rate issue disputes (I believe latest total was somewhere in the  range) associated with incorrect rates that are being billed for the non-Level 3 entities.
- OTT dispute of ▇▇▇▇ through 5/8/17.
    - Numerous discussions took place with Steve Ross and Rick Ratliff regarding this dispute prior to their departure from Level 3.
    - Email sent to Scott Erickson and Dan Umiker on 5/5 with ▇▇▇▇ value and details.
        - Per terms of Release and Settlement Agreement, credit is due by 06/07.
    - Follow-up email sent on 5/17.

*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.

**From:** Kellow, Melissa [mailto:Melissa.Kellow@level3.com]
**Sent:** Friday, June 02, 2017 10:31 AM
**To:** HAYES, BOB <rh1472@att.com>; MILLER, ALISON L <am7149@att.com>
**Cc:** Wood, Diane <Diane.Wood@level3.com>; OSWALD, TERESA W <to8120@att.com>; Geraghty, Michael <Michael.Geraghty@level3.com>
**Subject:** RE: Connectivity Disputes
**Importance:** High

Alison and Teresa,

I received Bob's out of office notice and am hoping that one or both of you will be able to provide some of the requested information below or direct me to someone who can assist me.

Thanks,
Melissa

**Melissa Kellow**
Manager, Customer Care - Carrier
Customer Financial Services
Level 3 Communications
1025 Eldorado Blvd
Broomfield, CO 80021
p: 720.888.9565
e: melissa.kellow@level3.com



---

**From:** Kellow, Melissa
**Sent:** Thursday, June 01, 2017 2:15 PM
**To:** HAYES, BOB <rh1472@att.com>
**Cc:** Wood, Diane <Diane.Wood@Level3.com>; OSWALD, TERESA W <to8120@att.com>; MILLER, ALISON L <am7149@att.com>; Geraghty, Michael <Michael.Geraghty@Level3.com>
**Subject:** RE: Connectivity Disputes

Bob,

Thank you for the information as it confirms we match on the IntraMTA, DEOT and 8YY back bill disputes based upon your detail below.

From here, there are two points we need to focus on:

1. **The discrepancy in the ▓▓▓▓▓ Rate Disputes – Usage:** We have received detail from AT&T to support the ▓▓▓▓▓▓ in withheld amounts for the EO/CPN/LRN dispute. If this is included in your ▓▓▓▓▓ Rate Disputes – Usage amount, then we must reconcile what the difference of ▓▓▓▓▓▓ is. As of today, we still do not have detail as to what this amount represents or any documentation for us to be able to research your disputes.
2. **The EO/CPN/LRN dispute amount of** ▓▓▓▓▓ I still do not have an answer as to what invoice date this amount is through or if there are additional disputes against in 2017 charges. If Alison has all of the details for this dispute then it should be a quick one to resolve.

Will you be able to start sending information to support the ▇▇▇ early next week?  Since this is a significant gap, we need to receive this detail quickly due to the executive level discussions to work through these disputed amounts.

Please let me know if you want to discuss further and I will set up some time for us in the next day or two.

Thank you,
Melissa



**Melissa Kellow**
**Manager, Customer Care - Carrier**
**Customer Financial Services**
**Level 3 Communications**
**1025 Eldorado Blvd**
**Broomfield, CO 80021**
**p: 720.888.9565**
**e:** melissa.kellow@level3.com

---

**From:** HAYES, BOB [mailto:rh1472@att.com]
**Sent:** Thursday, June 01, 2017 7:16 AM
**To:** Kellow, Melissa <Melissa.Kellow@Level3.com>
**Cc:** Wood, Diane <Diane.Wood@Level3.com>; OSWALD, TERESA W <to8120@att.com>; MILLER, ALISON L <am7149@att.com>; Geraghty, Michael <Michael.Geraghty@Level3.com>
**Subject:** RE: Connectivity Disputes

Melissa,

This message follows yesterday's voice message.  In general I agree with the value provided by Diane in the aging report attached to her May 12th email message, approximately ▇▇▇ balance due less ▇▇▇ in un-posted payments.  My breakdown of the balance due follows;

| ▇▇▇ | Rate Disputes - Usage |
| --- | --- |
| ▇▇▇ | IntraMTA Back Bill - Usage |
| ▇▇▇ | IntraMTA - Adjustments |
| ▇▇▇ | DEOT - Adjustments |
| ▇▇▇ | 8YY Back Bill - Adjustments |
| ▇▇▇ |  |
| ▇▇▇ |  |

The difference you show for "Connectivity Emails" is most likely due to the fact we offset back billed intraMTA traffic in the usage section of Level 3 invoices.  I've confirmed related offset dollars were included in the dispute letters associated with the December 2016 and January 2017 bill cycles.  Given we also reported these disputes separately I apologize for possible double counting of these disputed dollars in your numbers.  I'm not familiar with the valuation you have for End Office / CPN / LRN but would agree those issues are included in the ▇▇▇ rate dispute category.  I understand these issues along with impact from the recent OTT ruling were discussed with Steve Ross who was supplied additional information.  AT&T has provided Level 3 with BAN – Bill Date specifics concerning disputed monthly intraMTA expense, back billed intraMTA expense, disputed monthly DEOT expense and disputed back billed 8YY query expense.  I can provide a BAN level comparison of the balance due if that would assist your reconciliation.

Thanks,

Bob



**Bob Hayes**
Associate Director

**AT&T Corp.  Finance Billing Operations**
300 North Point Parkway, Room 158B03
Alpharetta, GA  30005
770-750-3835

**Keep your eyes on the road, not on your phone.
Take the pledge...It Can Wait.**


"This e-mail and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed.  If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."


**From:** Kellow, Melissa [mailto:Melissa.Kellow@level3.com]
**Sent:** Thursday, May 25, 2017 2:31 PM
**To:** HAYES, BOB <rh1472@att.com>
**Cc:** Wood, Diane <Diane.Wood@level3.com>; OSWALD, TERESA W <to8120@att.com>; MILLER, ALISON L <am7149@att.com>; Geraghty, Michael <Michael.Geraghty@level3.com>
**Subject:** RE: Connectivity Disputes

Good afternoon Bob,

I am following up on Diane's requests below since there is a matter of urgency surrounding the discrepancy we have between the disputed amounts between what AT&T is showing and what Level 3 has received.  Right now, we have received the following disputes which have been withheld/short-paid (I am not including PUP/paid and dispute amounts) through the March 2017 invoice from AT&T:

| Issue | Level 3 Shows - Withheld/Short-Paid Amounts Thru March 2017 Inv | AT&T Shows - Withheld/Short-Paid Amounts Thru March 2017 Inv | Difference |
|---|---|---|---|
| 8YY Back bill | | | |
| DEOT Usage | | | |
| End Office/CPN/LRN | | | |
| Incorrect Rate | | | |
| IntraMTA | | | |
| Totals | | | |

A couple of points on the above chart –

- End Office/CPN/LRN
    - We have requested what date this amount is through.  We have been told it is December 2016 but is that December usage or the December invoice?  I need to get this answered as well as if there are disputes for 2017 invoices.  We have no additional detail beyond this withheld amount.
- DEOT Usage

- o  The amount AT&T listed in the chain below is ▮▮▮▮ please verify that the amount Level 3 shows is correct.
- IntraMTA ▮▮▮▮▮▮▮▮
  - o  The amount AT&T listed in the chain below is ▮▮▮, please verify that the amount Level 3 shows is correct.

Next are the issues surrounding the Connectivity emails.  Below is the breakout below:

| Issue | Level 3 Received - Withheld/Short-Paid Amount Thru March 2017 Inv | AT&T Shows - Withheld/Short-Paid Amount Thru March 2017 Inv | Difference |
|---|---|---|---|
| Connectivity Emails | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

We have been told that the Connectivity emails are a combination of disputes, however, we have never received detail that breaks out the dispute type by BAN and month.  The dispute amount arrives one BAN at a time per month via email to Level 3.  We then manually log the detail from 50-100 emails each month so we can properly track the amounts.  That being said, we have logged ▮▮▮▮▮▮▮▮▮ in actual *unknown* disputes.  The detail AT&T provided below lists a total of ▮▮▮▮▮▮ which makes a difference of ▮▮▮▮▮▮.  Due to this difference, there is concern that we do not balance across the board for all disputed amounts, not just on the connectivity email amounts.  We must therefore reconcile not only the difference of ▮▮▮▮▮▮, but what in fact makes up the Connectivity amounts quickly as discussions at executive levels are occurring and we need to have our two amounts tie.

The last issue to address is the open balance difference.  Comparing the ▮▮▮▮▮▮▮▮ in disputed amounts provided to Level 3 with the Level 3 open balance of ▮▮▮▮▮▮▮▮ this leaves ▮▮▮▮▮▮▮ in unknown open AR that needs reconciled too.

In order to start the reconciliation, Level 3 needs a complete list of disputed charges and the dispute type broken out by month and BAN.  From the emails, it appears that the disputes may be housed in a system.  If so, is there a way to pull the detail into a spreadsheet and have the disputed amounts labeled with the dispute type?  This will be required in order for our two teams to reconcile the amounts.

*Unless we have the detail needed to reconcile the above by 5/31*, we will go with the ▮▮▮▮▮▮▮▮ withheld amount we have detail for and relay this to our executive team and request payment for the open AR balance.

Please reach out to me to discuss further.

Thank you,
Melissa


*Melissa Kellow*

**Manager, Customer Care - Carrier**
**Customer Financial Services**
Level 3 Communications
1025 Eldorado Blvd
Broomfield, CO 80021
p: 720.888.9565
e: melissa.kellow@level3.com

**From:** Wood, Diane
**Sent:** Monday, May 22, 2017 8:54 AM
**To:** HAYES, BOB <rh1472@att.com>
**Cc:** OSWALD, TERESA W <to8120@att.com>; MILLER, ALISON L <am7149@att.com>; Kellow, Melissa <Melissa.Kellow@Level3.com>; Wood, Diane <Diane.Wood@Level3.com>
**Subject:** RE: Connectivity Disputes

Hi Bob – Hope you had a good weekend.  I wanted to follow-up with and Alison on the below in red.  Can you provide an update by tomorrow morning?

If you need anything, please don't hesitate to ask.

Thanks,
Diane



Diane Wood
Billing Coordinator II
Customer Financial Services
Level 3 Communications
1025 Eldorado Blvd
Broomfield, CO 80021
p: 720.888.8725
e: diane.wood@level3.com



---

**From:** Wood, Diane
**Sent:** Thursday, May 18, 2017 9:53 AM
**To:** HAYES, BOB <rh1472@att.com>
**Cc:** OSWALD, TERESA W <to8120@att.com>; MILLER, ALISON L <am7149@att.com>; Kellow, Melissa <Melissa.Kellow@Level3.com>; Wood, Diane <Diane.Wood@Level3.com>
**Subject:** RE: Connectivity Disputes

Hi Bob,

Please see my comments below in red.

Thanks!
Diane

---

**From:** HAYES, BOB [mailto:rh1472@att.com]
**Sent:** Thursday, May 18, 2017 4:45 AM
**To:** Wood, Diane <Diane.Wood@Level3.com>
**Cc:** OSWALD, TERESA W <to8120@att.com>; MILLER, ALISON L <am7149@att.com>; Kellow, Melissa <Melissa.Kellow@Level3.com>
**Subject:** RE: Connectivity Disputes

Diane,

My comments are captured below.

Bob

CONFIDENTIAL
CTL_0001907

**Bob Hayes**
Associate Director

**AT&T Corp.  Finance Billing Operations**
300 North Point Parkway, Room 158B03
Alpharetta, GA  30005
770-750-3835

**Keep your eyes on the road, not on your phone.
Take the pledge...It Can Wait.**

"This e-mail and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."

---

**From:** Wood, Diane [mailto:Diane.Wood@level3.com]
**Sent:** Wednesday, May 17, 2017 3:59 PM
**To:** HAYES, BOB <rh1472@att.com>
**Cc:** OSWALD, TERESA W <to8120@att.com>; MILLER, ALISON L <am7149@att.com>; Kellow, Melissa <Melissa.Kellow@level3.com>
**Subject:** RE: Connectivity Disputes

Hi Bob –

Again thank you for reviewing so quickly and meeting our tight deadline.

I do have a few questions/comments for you and/or Alison:

Rate Disputes
- To confirm, these are Connectivity disputes correct? *[HAYES, BOB] For this dispute group Level 3 receives an email message at the BAN level that quantifies disputed usage charges.*
- Of the ███████ does this include CPN/LRN?  If so how much of this is CPN/LRN?  As mentioned in prior communications, we have ████ through Dec.  If any of this is not CPN/LRN, do you send in separate disputes other than these Connectivity notices with detailed information?  *[HAYES, BOB] All usage based disputes are included in this category (CPN/LRN, billed rates exceeding tariff determined at the composite level, etc.) and noticed in the same manner.*
*[Wood, Diane ]  Through March invoices, we have ██████ in Connectivity which is significantly more than what you show.  Why is there such a big variance? Please refer to my previous spreadsheet if you need details of where we have the ██████ applied on our end if needed.*

*How much of the ██████ consists of LRN/CPN?  As mentioned, we have ████ through Dec. What is the amounts (by month if possible) through April invoices?  Also, please confirm if the ████ for CPN/LRN is through Dec invoice or Dec usage.*


Property Tax

- We do not charge property tax surcharges on ICC accounts.  We are aware of this on the wholesale accounts but this is not valid for ICC bans.  Did you intend this # to be for the wholesale accounts?*[HAYES, BOB] Please include BAN ████████ in your review.[Wood, Diane ]  this is not an ICC Ban.  Please provide an invoice if you believe otherwise.*

Rating Point

- What do you have for this dispute?  It is a ████████ claim.  We show ████ with the potential to file more but we haven't received any further disputes. *[HAYES, BOB]* ██████ *claims are filed and managed by* ██████ *[Wood, Diane ] To confirm,* ██████ *claims are NOT included in the connectivity disputes?*

Other
- What about other ██████ filed claims.  I show we have ████ in other rate disputes that were noted in the spreadsheet. Do those fall under the Connectivity disputes?*[HAYES, BOB] Please see previous comment.*

Thanks!
Diane


**From:** HAYES, BOB [mailto:rh1472@att.com]
**Sent:** Wednesday, May 17, 2017 1:04 PM
**To:** Wood, Diane <Diane.Wood@Level3.com>
**Cc:** OSWALD, TERESA W <to8120@att.com>; MILLER, ALISON L <am7149@att.com>; Kellow, Melissa <Melissa.Kellow@Level3.com>
**Subject:** RE: Connectivity Disputes

Diane,

Sorry for the delay.  The aging file you provide showed a balance of approximately ██████.  Timing, un-posted payments, inclusion of invoices not paid by my organization, etc. may exist but I show we withheld an approximate comparative value of ████████.  During my quick review I did find a few un-posted payments in your data (BAN ████████████ and ████████████), there might be others but I wouldn't expect them to be very large.  The breakdown by dispute group follows.

| Rate Disputes | | |
|---|---|---|
| 8YY Back Bill | | |
| IntraMTA | | |
| DEOT | | |
| Property Tax | | |
| | | |

I'm available to discuss these values at your convenience.

Thanks,

Bob



**Bob Hayes**
Associate Director

**AT&T Corp.  Finance Billing Operations**
300 North Point Parkway, Room 158B03
Alpharetta, GA  30005
770-750-3835

**Keep your eyes on the road, not on your phone.**
**Take the pledge...It Can Wait.**

"This e-mail and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."

**From:** Wood, Diane [mailto:Diane.Wood@level3.com]
**Sent:** Wednesday, May 17, 2017 10:02 AM
**To:** HAYES, BOB <rh1472@att.com>
**Cc:** Kellow, Melissa <Melissa.Kellow@level3.com>; OSWALD, TERESA W <to8120@att.com>; Wood, Diane <Diane.Wood@level3.com>
**Subject:** RE: Connectivity Disputes

Hi Bob – Just wanted to touch base and see how this was coming along. I know you have been working on it. Do you have an ETA of when you might have this analysis completed?

If you have any questions, please let me know.

Thanks!
Diane

**From:** HAYES, BOB [mailto:rh1472@att.com]
**Sent:** Monday, May 15, 2017 6:08 AM
**To:** Wood, Diane <Diane.Wood@Level3.com>
**Cc:** GRAVES, RHONDA <RG4788@att.com>; Kellow, Melissa <Melissa.Kellow@Level3.com>; OSWALD, TERESA W <to8120@att.com>
**Subject:** RE: Connectivity Disputes

Diane,

I have a few questions about the data and do not have your contact information.  Please call me.

Thanks,

Bob


**Bob Hayes**
Associate Director

**AT&T Corp.  Finance Billing Operations**
300 North Point Parkway, Room 158B03
Alpharetta, GA  30005
770-750-3835


**Keep your eyes on the road, not on your phone.**
**Take the pledge...It Can Wait.**


"This e-mail and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."

**From:** Wood, Diane [mailto:Diane.Wood@level3.com]
**Sent:** Friday, May 12, 2017 4:44 PM
**To:** HAYES, BOB <rh1472@att.com>; MILLER, ALISON L <am7149@att.com>
**Cc:** GRAVES, RHONDA <RG4788@att.com>; Kellow, Melissa <Melissa.Kellow@level3.com>; Wood, Diane

CONFIDENTIAL
CTL_0001910

&lt;Diane.Wood@level3.com&gt;; OSWALD, TERESA W &lt;to8120@att.com&gt;
**Subject:** RE: Connectivity Disputes

Hi Bob – I have attached the AR to Dispute details through March invoices for your review.  As mentioned, we show  in Connectivity disputes which doesn't match with what you have.

I apologize this isn't updated with April but that will take me some time and I didn't want to hold this up any longer.

Thanks again for your responsiveness to this matter.  It's greatly appreciated.

Let me know if you have any questions.

Have a good weekend!
Diane

**From:** HAYES, BOB [mailto:rh1472@att.com]
**Sent:** Friday, May 12, 2017 6:45 AM
**To:** Wood, Diane &lt;Diane.Wood@Level3.com&gt;; MILLER, ALISON L &lt;am7149@att.com&gt;
**Cc:** GRAVES, RHONDA &lt;RG4788@att.com&gt;; Kellow, Melissa &lt;Melissa.Kellow@Level3.com&gt;; OSWALD, TERESA W &lt;to8120@att.com&gt;
**Subject:** RE: Connectivity Disputes

Diane,

The detail you are requesting is not available from my team.  My team can verify withheld amounts and provide high level descriptions of open disputes.  To get below the surface I refer you to the person who initiated the dispute or who has identified themselves as the issue owner in correspondence.  For detail below amounts withheld associated with "Connectivity" disputes please engage AT&T Carrier Relations - Alison Miller.  For updates on prospective disputes I would also need to refer you to Alison.

Sorry,

Bob



**Bob Hayes**
Associate Director

**AT&T Corp.  Finance Billing Operations**
300 North Point Parkway, Room 158B03
Alpharetta, GA  30005
770-750-3835

**Keep your eyes on the road, not on your phone.**
**Take the pledge...It Can Wait.**


"This e-mail and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."

**From:** Wood, Diane [mailto:Diane.Wood@level3.com]
**Sent:** Thursday, May 11, 2017 4:19 PM
**To:** HAYES, BOB &lt;rh1472@att.com&gt;; OSWALD, TERESA W &lt;to8120@att.com&gt;; MILLER, ALISON L &lt;am7149@att.com&gt;
**Cc:** GRAVES, RHONDA &lt;RG4788@att.com&gt;; Kellow, Melissa &lt;Melissa.Kellow@level3.com&gt;; Wood, Diane

<Diane.Wood@level3.com>
**Subject:** RE: Connectivity Disputes

Bob - Thank you very much for the prompt response.  Please see my added comments in blue.

I look forward to talking to you tomorrow.

Diane

**From:** HAYES, BOB [mailto:rh1472@att.com]
**Sent:** Thursday, May 11, 2017 12:04 PM
**To:** Wood, Diane <Diane.Wood@Level3.com>; OSWALD, TERESA W <to8120@att.com>; MILLER, ALISON L <am7149@att.com>
**Cc:** GRAVES, RHONDA <RG4788@att.com>; Kellow, Melissa <Melissa.Kellow@Level3.com>
**Subject:** RE: Connectivity Disputes

Diane,

I will answer what I can on your bulleted questions below.  We will need to discuss your data questions during tomorrow's meeting.

Bob

**Bob Hayes**
Associate Director

**AT&T Corp.  Finance Billing Operations**
300 North Point Parkway, Room 158B03
Alpharetta, GA  30005
770-750-3835

**Keep your eyes on the road, not on your phone.
Take the pledge...It Can Wait.**

"This e-mail and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."

**From:** Wood, Diane [mailto:Diane.Wood@level3.com]
**Sent:** Thursday, May 11, 2017 11:34 AM
**To:** HAYES, BOB <rh1472@att.com>; OSWALD, TERESA W <to8120@att.com>
**Cc:** GRAVES, RHONDA <RG4788@att.com>; Kellow, Melissa <Melissa.Kellow@level3.com>; Wood, Diane <Diane.Wood@level3.com>
**Subject:** Connectivity Disputes

Hi Bob/Teresa – For tomorrow's meeting, I would like to clarify a few things regarding the Connectivity Disputes and open balances. ***Our Executives are questioning and I have to have an answer no later than Tuesday of next week***.

Per the attached email, the Connectivity disputes are for usage related disputes that are auto-generated and does NOT include IntraMTA, DEOT, or 8YY.

Can you confirm and provide a written response to below:

- No overlap between the Connectivity and ▬▬▬ claims, IntraMTA, DEOT or 8YY. *[HAYES, BOB]* *No overlap is intended or expected.*
- Where do Rating Point disputes fall? They are ▬▬▬ claims so don't believe that they are included in the Connectivity disputes. *[HAYES, BOB]* *Correct, not included.*
- Is LRN/CPN dispute included in the Connectivity disputes? Based on the email attached, I believe so.*[HAYES, BOB]* *To my knowledge, correct. I would want Alison to confirm.**[Wood, Diane ]* *Can we get an updated total for this dispute? I only have the amount through Dec 2016 totaling ▬▬▬ with ▬▬▬ PUP'd and ▬▬▬ short paid. Are these short-paid other than what was already paid?*
- Are other rate discrepancies included in the Connectivity disputes? I assume so but need to confirm. If so, do you submit a separate dispute claim with detailed information? *[HAYES, BOB]* *Our usage based disputes (Connectivity) reflect all disputes born out of a comparison of a derived billed unit cost against our expected unit cost. I don't understand your reference "are other rate disputes included". Our comparison is done at the OCN, BAN, jurisdiction and direction level for MOU and message based switched access expense.**[Wood, Diane ]* *We have ▬▬▬ in Connectivity disputes through 12/2016 of which LRN is ▬▬▬ which means that you have ▬▬▬ in other usage based disputes. Since this is so large, could you provide an example of a BAN that has usage based disputes other than LRN that we can walk through? To my knowledge, separate disputes have not been filed with specific details for us to research/resolve.*
    - *Additionally, are these non LRN usage disputes typically short-paid by the dispute amount?*
    - *Is there a way to confirm if these non LRN usage disputes are still open disputes? I'm assuming so as we don't have details to work them but not sure if there is a way to verify this in your system?*

For discussion, reviewing the open balances through March invoice and based on the attached email, I have put together a few examples to review of questionable items:

Example 1 : Why are the below dispute totals greater than balance due?

| Row Labels | Sum of New Charges | Sum of Total Payments | Sum of Balance Due | Sum of Total Disputes | Sum of Total Disputes w/o Connectivity | Sum of Balance Due less Disputes | Sum of ATT Connectivity Dispute $ Filed | Sum of IntraMTA Dispute $ | Sum of DEOT | Sum of 8yy Backbill | Sum of Rating Point |
|---|---|---|---|---|---|---|---|---|---|---|---|

Example 2: Why are the below balances not paid? Are we missing disputes?

| Row Labels | Sum of New Charges | Sum of Total Payments | Sum of Balance Due | Sum of Total Disputes | Sum of Total Disputes w/o Connectivity | Sum of Balance Due less Disputes | Sum of ATT Connectivity Dispute $ Filed | Sum of IntraMTA Dispute $ | Sum of DEOT | Sum of 8yy Backbill | Sum of Rating Point | Sum of TEOCO - OH TWT RATE | Sum of TEOCO - CA TWT RATE | Sum of TEOCO - NY TWT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Again, this is just a few examples that I thought we could focus on to shed some light.

Let me know if you have any questions or need more information on your end.

Thanks,
Diane

CONFIDENTIAL CTL_0001914