# EXHIBIT B

**Message**

**From**: Torres, Jennifer [jennifer.torres@level3.com]
**Sent**: 8/22/2017 10:56:21 PM
**To**: MILLER, ALISON L [am7149@att.com]
**CC**: Stocker, Edwin [Edwin.Stocker@level3.com]
**Subject**: RE: OTT

HI Alison, a couple questions. If I look at the DEOT line the "Withheld" + "Paid & Disputed" doesn't total the "Total Dispute Value". Can you validate? Also, the ▮▮▮▮▮▮▮ listed in connectivity disputes doesn't match the sum of the detail in the Connectivity Detail section, they're ▮▮▮▮ off. Can you also validate that? Thanks!

AT&T View

| Dispute | Total Dispute Value | SUM | Withheld | Paid & Disputed | AT&T Notes |
|---|---|---|---|---|---|
| IntraMTA | | | | | Agreeing to net pamounts thru June invoices resulting in L3 making payment to T *(Adjustments of ▮▮▮▮▮▮ through July 2017 invoices + back bill (usage section) of ▮▮▮▮)* |
| DEOT (Tandem Usage) | | | | | Negotiating *(▮▮ through July 2107 invoices)* |
| 8YY DIP Back bill | | | | | Splitting 50/50 |
| 8YY DIP Double Billing | | | | | Level 3 to credit full amount. |
| Connectivity Disputes (EO/CPN, OTT, BAU disputes) | | | | | |
| TOTAL Disputes | | | | | |

| Connectivity Breakdown | Total Dispute Value | SUM | Withheld | Paid & Disputed | AT&T Notes |
|---|---|---|---|---|---|
| OTT | | | | | ▮▮▮▮ value was thru April; value updated applying 65% thru June invoice. Additional offsets caused by L3 bill format have been allocated towards OTT dispute. |
| CPN | | | | | AT&T has agreed to L3's offer of ▮▮▮▮ credit. |
| BAU Rate Disputes | | | | | BAU Rate disputes were actually valued at ▮▮▮▮ thru March; not ▮▮▮▮ as previously noted. |

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005346

p: 720-888-2133
e: Jennifer.Torres@level3.com



---

**From:** MILLER, ALISON L [mailto:am7149@att.com]
**Sent:** Friday, August 18, 2017 1:08 PM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@Level3.com>; MEOLA, KIMBERLY A <km1274@att.com>; BURGESS, ARDELL <ab3696@att.com>
**Subject:** RE: OTT

Jennifer,

Attached is AR report updated to include AT&T's view, including a break-out for the Connectivity Disputes.

Thanks,
*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

*This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.*

---

**From:** MILLER, ALISON L
**Sent:** Friday, August 11, 2017 4:59 PM
**To:** 'Torres, Jennifer' <jennifer.torres@level3.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@level3.com>; MEOLA, KIMBERLY A <km1274@att.com>
**Subject:** RE: OTT

Jennifer,

I just sent a follow-up message to Bob Hayes in our billing group requesting the status of his reconciliation of the withheld values you identified through June.

I've attached the breakout I had provided to Melissa Kellow in late June for the ▮▮▮▮▮ of Connectivity Disputes that were reconciled previously through the March invoice. As you can see, ▮▮▮▮▮ was allocated to the EO/CPN claim, and ▮▮▮▮▮ for BAU rate disputes. We had not taken action to withhold for the OTT dispute, but we did have additional offsets due to the format of the L3 invoices that were allocated towards the ▮▮▮▮▮ OTT dispute. This same logic would also be applied to the updated withholding amounts through June.

Thanks,
*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

*This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.*

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005347

**From:** Torres, Jennifer [mailto:jennifer.torres@level3.com]
**Sent:** Friday, August 11, 2017 4:14 PM
**To:** MILLER, ALISON L <am7149@att.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@level3.com>; MEOLA, KIMBERLY A <km1274@att.com>
**Subject:** RE: OTT

Thank you for the feedback Alison, I will review.

Do you have any updates on the total outstanding AR email I sent last week (see attached)? I just want to make sure we're all on the same page as we march towards closing some items out.

Thanks,

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

 

---

**From:** MILLER, ALISON L [mailto:am7149@att.com]
**Sent:** Friday, August 11, 2017 10:01 AM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@Level3.com>; MEOLA, KIMBERLY A <km1274@att.com>
**Subject:** RE: OTT

Jennifer,

Kim is out of the office today, so she asked me to provide the following feedback in red (added to your second email below) on her behalf.

Have a nice weekend!

Thanks,
Alison Miller
Lead Carrier Relations Manager
AT&T Global Connection Management
908-234-4015

This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.

---

**From:** Torres, Jennifer [mailto:jennifer.torres@level3.com]
**Sent:** Thursday, August 10, 2017 3:59 PM
**To:** MEOLA, KIMBERLY A <km1274@att.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@level3.com>; MILLER, ALISON L <am7149@att.com>
**Subject:** RE: OTT

Hi Kim, thank you for clarifying. I've added comments to your email in line below.

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005348

Below is the updated IntraMTA language with the AT&T amounts and the Level 3 amounts through the June invoices:

**Settlement Payments and Credits**

As it concerns Level 3 withholding payments to AT&T and filing disputes that AT&T invalidly assessed originating or terminating switched access charges for intraMTA traffic, Level 3 shall pay AT&T withheld amounts through June 2017 invoices of ▮▮▮▮▮▮ and withdraw the dispute for amounts not currently withheld ▮▮▮▮▮

As it concerns AT&T withholding payments to Level 3 and filing disputes that Level 3 invalidly assessed originating or terminating switched access charges for intraMTA traffic, AT&T shall pay Level 3 withheld amounts through June 2017 invoices of ▮▮▮▮▮▮ and withdraw the dispute for the amounts paid under protest, ▮▮▮▮▮

Late Payment Charges (LPCs) and attorney's fees will be forgiven, and AT&T's lawsuit against Level 3 will be dismissed.

**Prospective Commitments**

Level 3 and AT&T will no longer dispute and withhold payment for intraMTA charges going forward.

However, if the FCC or a court of competent jurisdiction reverses the conclusions of the Memorandum Opinion and Order dated November 17, 2015 in the multi-district intraMTA litigation, the parties will abide by that decision and will refund any amounts paid to each other for intraMTA traffic back to the effective date of the settlement.

Thank you,

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com



---

**From:** MEOLA, KIMBERLY A [mailto:km1274@att.com]
**Sent:** Wednesday, August 09, 2017 5:11 PM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@Level3.com>; MILLER, ALISON L <am7149@att.com>
**Subject:** RE: OTT

Jennifer,
Thank you for the reply.
Bullet 1 - We did review the L3 methodology. Our concern stems from the fact that we cannot validate this methodology.
Bullet 2 - If you can provide TN level info with CDR's that should provide a solution for bullet 1.*[Torres, Jennifer]* I want to make sure I'm understanding the request. Is AT&T requesting a CDR for every BAN for a one month period? Or are you requesting to see, for a one month period, what customers are assigned to those TNs? See the attached deck from April, page 4, is this getting close to what you're asking for? I think the view on slide 4 is interesting but it doesn't give you context to the overall traffic volume, it just shows which of the customers have the highest OTT which is not related to which of our customers have the highest MOU. AT&T had reviewed this deck previously, but we did not find the file helpful in explaining the drop in OTT %. As you note, it only provided a sample of the customers chosen by L3 to identify the highest OTT %s, but we also could not understand how the OTT% assigned to a company were determined. For example, ▮▮▮▮ is a cloud company, yet this chart only identified their volumes as being weighted as 75% OTT. We are

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005349

hoping that a month's worth of CDRs, along with a list of the TNs that L3 is attributing to OTT, would enable us to validate L3's claim that the percentage of OTT traffic has dropped to 13%.
Bullet 3 - The value I was looking to get updated was not the LRN, but thank for validating the $$.
What we need is the IAMTA value through June.  I believe you provided a value through April previously. What I provided to you was through June.   We need to sync up with the same month's view. *[Torres, Jennifer]*  See above language  Thank you; we will review.

There were a few other items that Shaun was going to follow-up on.  I know he was in the car, so may have been lost.

1)      To avoid future disputes, AT&T is requesting EO billing and Tandem billing on separate BAN's.   Can L3 support this?*[Torres, Jennifer]*   Our billing vendor is unable to support this.  However, we can provide a report monthly that shows by BAN, the elements, direction, rate, MOU, etc. that would be in an excel file that would be easy to determine what billed for end office elements and what billed by tandem elements.  Would that monthly report solve for your need?  AT&T's mechanized payment system does not have the ability to recognize the difference between L3's billing that is associated with L3 operating as a tandem vs. the billing associated with L3 operating as an EO when both are included on the same BAN.  The excel file unfortunately will not help fix this issue for the mechanized payment process in order to prevent additional offsets in the future.  If you could please let us know what other alternatives exist to avoid future disputes and extensive analysis, that would be appreciated.

2)      We have been told the LRN issue has been corrected in all switches.  Therefore, I do not believe we need a prospective methodology to reconcile in our settlement.   Please confirm.*[Torres, Jennifer]*  All LRN issues were corrected in Feb 2017. Thanks for the confirmation.



Thanks for your help in bringing these items to closure.
Kim


From: Torres, Jennifer [mailto:jennifer.torres@level3.com]
Sent: Wednesday, August 09, 2017 5:32 PM
To: MEOLA, KIMBERLY A <km1274@att.com>
Cc: Andrews, Shaun <Shaun.Andrews@level3.com>
Subject: RE: OTT

Hello Kim,

Shaun asked me to follow up on 3 items:
1.      Send the methodology used to determine OTT.  The outline of the analysis we performed is detailed in the below email (see yellow highlighted portion).
2.      Can we provide TN level information we can share to support our OTT traffic calculation.  I am looking into what we can share and will get back to you as soon as possible.

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005350

3.     Send updated amounts for LRN through June: for this item, the billing was correct with in February so the  does not change if you take it through June.

I will get back with you on the TN level info.

Thank you,

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

**From:** Andrews, Shaun
**Sent:** Friday, August 04, 2017 10:36 AM
**To:** MEOLA, KIMBERLY A <km1274@att.com>
**Cc:** Torres, Jennifer <jennifer.torres@Level3.com>
**Subject:** OTT

After review of the outstanding OTT treatment post settlement Level 3 is offering a credit of  through July 2017 invoices. This includes a credit for 50% of 65% of end office charges up through Nov 2016 and a 13% credit of end office charges from Dec 2016 to July 2017 invoices. After Level 3's detailed OTT analysis (laid out below), we believe the true OTT traffic to be 13%.

The ▓▓▓▓ include:
- June 2015 – November 2016: a credit of ▓▓▓▓▓▓▓ for 50% of 65% of end office charges
- December 2016 – July 2017: a credit ▓▓▓▓▓▓ for 13% of end office charges

In order to determine prospective view of OTT, we need to agree on the OTT definition and how to calculate OTT volumes.

OTT Definition: Over The Top (OTT) traffic is when a provider delivers traffic to their end user, over the internet on a connection that is not supplied by the provider. There is no marker in a call that identifies it as OTT.

Calculation of OTT: Level 3 performed a detailed analysis of the post-settlement OTT traffic to determine the actual OTT traffic on the Level 3 network.
- The methodology started by measuring traffic at 4 different points in time since the settlement, updating the data every 6 months.
  o   July 2015, January 2016, July 2016, January 2017
- Pulled the actual End Office minutes by Level 3 customer for each of those four months.
- Estimated, by level 3 customer, the percentage of traffic that would be OTT and calculated the total OTT minutes.
  o   When the customer business model was in question, Level 3 reached out to the customer to get their estimate of OTT traffic terminating to the end users.
- Divided OTT Minutes by total EO minutes to determine the OTT traffic %.
- Applied that OTT traffic percentage to the monthly volumes to determine the OTT traffic volume by month

Does AT&T use a different methodology to determine OTT traffic that you can describe?

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005351

Once we agree on the definition and the methodology to calculate OTT traffic we should be able to come to an agreement on the treatment of OTT go forward.

Thanks for your patience while I herded cats to get this out.  I'm hoping you see this as something we can close out quickly now.

Shaun


Shaun Andrews
SVP, IP and Real-time Communications
Level 3 Communications
1025 Eldorado Blvd.
Broomfield, CO  80021
p: 720.888.7796
f: 720.567.3664
e: shaun.andrews@level3.com



CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005352