# EXHIBIT D

**CenturyLink Competitive Operating Companies**        **TARIFF F.C.C. NO. 4\***
                                                        **Original Title Page**

## ACCESS SERVICE

REGULATIONS AND SCHEDULE OF

CHARGES APPLICABLE TO INTERSTATE AND INTERNATIONAL

SWITCHED ACCESS SERVICES

FURNISHED BY LEVEL 3 COMMUNICATIONS, LLC

AND ITS CONCURRING CARRIERS BETWEEN

POINTS IN THE UNITED STATES AND

BETWEEN POINTS IN THE UNITED STATES AS SPECIFIED HEREIN

\*   CenturyLink Competitive Operating Companies Tariff F.C.C. No. 4 is being issued on not less than one day's notice under authority of Special Permission No. 18-06 of the Federal Communications Commission and contains rates and regulations previously found in Level 3 Communications, LLC Tariff F.C.C. No. 4.

(Filed under Transmittal No. 1.)

Issued:  December 11, 2018                                Effective:  December 12, 2018
                        Issued By:   Regulatory and Public Policy
                                     1025 Eldorado Boulevard
                                     Broomfield, CO 80021

**CenturyLink Competitive Operating Companies**         **TARIFF F.C.C. NO. 4**
                                                        **Original Page 4-17**

## ACCESS SERVICE

### 4. PAYMENT ARRANGEMENTS

**4.8   TAXES**

The Customer is responsible for the payment of Federal excise taxes, gross receipts, access, state and local sales and use taxes and all taxes, fees, surcharges (however designated) and other exactions imposed on the Company or its services by governmental jurisdictions, other than taxes imposed generally on corporations. Any taxes imposed by a local jurisdiction (e.g. county and municipal taxes) will only be recovered from Customers in accordance with applicable tax laws. All such taxes, fees, and charges shall be separately designated on the Company's invoices and are not included in the tariffed rates. It should be the responsibility of the Customer to pay any such taxes that subsequently become applicable retroactively.

**4.9   DISPUTED BILLS**

(1)   The Customer may dispute a bill in good faith only by written notice to the Company. Unless such notice is received within 90 days (commencing 5 days after such bills have been mailed or otherwise rendered per the Company's normal course of business), the bill statement shall be deemed to be correct and payable in full by Customer. Any Customer who has a dispute shall be advised by the Company that the Customer may file a formal or informal complaint with the Commission. Such claim must identify in detail the basis for the dispute, and if the Customer withholds disputed amounts, it must identify the account number under which the bill has been rendered, the date of the bill, and the specific items on the bill being disputed to permit the Company to investigate the merits of the dispute.

(Filed under Transmittal No. 1.)

Issued:  December 11, 2018                              Effective:  December 12, 2018
                        Issued By:   Regulatory and Public Policy
                                     1025 Eldorado Boulevard
                                     Broomfield, CO 80021