# EXHIBIT F

**Level 3 Billing to AT&T**

| BILL DATE | RATE ID | MOU | REVENUE | OTT % | OTT - Credit |
|---|---|---|---|---|---|
| 19/02 | EOCTP | | $ | 21% | $ |
| 19/02 | EOLS2 | | $ | 21% | $ |
| 19/03 | EOCTP | | $ | 21% | $ |
| 19/03 | EOLS2 | | $ | 21% | $ |
| 19/04 | EOCTP | | $ | 21% | $ |
| 19/04 | EOLS2 | | $ | 21% | $ |
| 19/05 | EOCTP | | $ | 21% | $ |
| 19/05 | EOLS2 | | $ | 21% | $ |
| 19/06 | EOCTP | | $ | 21% | $ |
| 19/06 | EOLS2 | | $ | 21% | $ |
| 19/07 | EOCTP | | $ | 21% | $ |
| 19/07 | EOLS2 | | $ | 21% | $ |
| 19/08 | CCL2 | | $ | 21% | $ |
| 19/08 | EOCTP | | $ | 21% | $ |
| 19/08 | EOLS2 | | $ | 21% | $ |
| 19/09 | CCL2 | | $ | 21% | $ |
| 19/09 | EOCTP | | $ | 21% | $ |
| 19/09 | EOLS2 | | $ | 21% | $ |
| 19/10 | EOCTP | | $ | 21% | $ |
| 19/10 | EOLS2 | | $ | 21% | $ |
| 19/11 | EOCTP | | $ | 21% | $ |
| 19/11 | EOLS2 | | $ | 21% | $ |
| 19/12 | CCL2 | | $ | 21% | $ |
| 19/12 | EOCTP | | $ | 21% | $ |
| 19/12 | EOLS2 | | $ | 21% | $ |
| 20/01 | CCL | | $ | 21% | $ |
| 20/01 | CCL2 | | $ | 21% | $ |
| 20/01 | EOCTP | | $ | 21% | $ |
| 20/01 | EOLS2 | | $ | 21% | $ |
| 20/02 | EOCTP | | $ | 21% | $ |
| 20/02 | EOLS2 | | $ | 21% | $ |
| 20/03 | CCL2 | | $ | 21% | $ |
| 20/03 | EOCTP | | $ | 21% | $ |
| 20/03 | EOLS2 | | $ | 21% | $ |
| 20/03 | CCL2 | | $ | 21% | $ |
| 20/03 | EOCTP | | $ | 21% | $ |
| 20/03 | EOLS2 | | $ | 21% | $ |
| 20/04 | CCL2 | | $ | 21% | $ |
| 20/04 | EOCTP | | $ | 21% | $ |
| 20/04 | EOLS2 | | $ | 21% | $ |
| 20/05 | CCL | | $ | 21% | $ |
| 20/05 | CCL2 | | $ | 21% | $ |
| 20/05 | EOCTP | | $ | 21% | $ |
| 20/05 | EOLS2 | | $ | 21% | $ |
| 20/06 | CCL | | $ | 21% | $ |
| 20/06 | CCL2 | | $ | 21% | $ |
| 20/06 | EOCTP | | $ | 21% | $ |
| 20/06 | EOLS2 | | $ | 21% | $ |
| 20/07 | CCL | | $ | 21% | $ |
| 20/07 | CCL2 | | $ | 21% | $ |
| 20/07 | EOCTP | | $ | 21% | $ |
| 20/07 | EOLS2 | | $ | 21% | $ |
| 20/08 | CCL | | $ | 21% | $ |
| 20/08 | CCL2 | | $ | 21% | $ |
| 20/08 | EOCTP | | $ | 21% | $ |
| 20/08 | EOLS2 | | $ | 21% | $ |
| 20/09 | CCL | | $ | 21% | $ |
| 20/09 | CCL2 | | $ | 21% | $ |
| 20/09 | EOCTP | | $ | 21% | $ |
| 20/09 | EOLS2 | | $ | 21% | $ |
| 20/10 | CCL | | $ | 21% | $ |
| 20/10 | CCL2 | | $ | 21% | $ |
| 20/10 | EOCTP | | $ | 21% | $ |
| 20/10 | EOLS2 | | $ | 21% | $ |
| 20/11 | CCL | | $ | 21% | $ |
| 20/11 | CCL2 | | $ | 21% | $ |
| 20/11 | EOCTP | | $ | 21% | $ |
| 20/11 | EOLS2 | | $ | 21% | $ |
| 20/12 | CCL | | $ | 21% | $ |
| 20/12 | CCL2 | | $ | 21% | $ |
| 20/12 | EOCTP | | $ | 21% | $ |
| 20/12 | EOLS2 | | $ | 21% | $ |
| 21/01 | CCL | | $ | 21% | $ |
| 21/01 | CCL2 | | $ | 21% | $ |
| 21/01 | EOCTP | | $ | 21% | $ |
| 21/01 | EOLS2 | | $ | 21% | $ |
| 21/02 | CCL | | | 21% | $ |
| 21/02 | CCL2 | | | 21% | $ |
| 21/02 | EOCTP | | | 21% | $ |
| 21/02 | EOLS2 | | | 21% | $ |
| 21/03 | CCL | | | 21% | $ |
| 21/03 | CCL2 | | | 21% | $ |
| 21/03 | EOCTP | | | 21% | $ |
| 21/03 | EOLS2 | | | 21% | $ |
| 21/04 | CCL | | | 21% | $ |
| 21/04 | CCL2 | | | 21% | $ |
| 21/04 | EOCTP | | | 21% | $ |
| 21/04 | EOLS2 | | | 21% | $ |
| | | | **Total Credit Due** | | $ |

Feb Usage 1-18

Feb Usage 19-29

| BILL DATE | RATE ID | MOU | REVENUE | Composite Rate | Tandem Add-Back - Debit |
|---|---|---|---|---|---|
| 19/02 | LTTAN | | $ | $ 0.00115782 | $ |
| 19/03 | LTTAN | | $ | $ 0.00115879 | $ |
| 19/04 | LTTAN | | $ | $ 0.00116268 | $ |
| 19/05 | LTTAN | | $ | $ 0.00117240 | $ |
| 19/06 | LTTAN | | $ | $ 0.00116655 | $ |
| 19/07 | LTTAN | | $ | $ 0.00102304 | $ |
| 19/08 | LTTAN | | $ | $ 0.00101914 | $ |
| 19/09 | LTTAN | | $ | $ 0.00102847 | $ |
| 19/10 | LTTAN | | $ | $ 0.00095060 | $ |
| 19/11 | LTTAN | | $ | $ 0.00098302 | $ |
| 19/12 | LTTAN | | $ | $ 0.00119471 | $ |
| 20/01 | LTTAN | | $ | $ 0.00121005 | $ |
| 20/02 | LTTAN | | $ | $ 0.00119763 | $ |
| 20/03 | LTTAN | | $ | $ 0.00104671 | $ |
| 20/03 | LTTAN | | $ | $ 0.00104671 | $ |
| 20/04 | LTTAN | | $ | $ 0.00117911 | $ |
| 20/05 | LTTAN | | $ | $ 0.00108163 | $ |
| 20/06 | LTTAN | | $ | $ 0.00108834 | $ |
| 20/07 | LTTAN | | $ | $ 0.00108142 | $ |
| 20/08 | LTTAN | | $ | $ 0.00106447 | $ |
| 20/09 | LTTAN | | $ | $ 0.00108703 | $ |
| 20/10 | LTTAN | | $ | $ 0.00111553 | $ |
| 20/11 | LTTAN | | $ | $ 0.00110531 | $ |
| 20/12 | LTTAN | | $ | $ 0.00125694 | $ |
| 21/01 | LTTAN | | $ | $ 0.00107623 | $ |
| 21/02 | LTTAN | | $ | $ 0.00107387 | $ |
| 21/03 | LTTAN | | $ | $ 0.00110455 | $ |
| 21/04 | LTTAN | | $ | $ 0.00110602 | $ |
| | | | **Total Debit Due** | | $ |
| | | | **Difference - Credit** | | $ |

Feb Usage 1-18
Feb Usage 19-29

**Balances Owed by AT&T to Level 3**

| Invoice Date | New Charges* | Total DEOT Usage Credits/Debit | Total DEOT LPC Credits | OTT Credit Using 21% OTT factor less Tandem Switching Debit | Total Payments | Balance Due | LPC Balance** | LPC Balance to Account for 2019 Settlement | Balance Due Less LPC From Column G | OTT Net Credit | Total Damages*** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19/02 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | | $ [redacted] | $ [redacted] | $ [redacted] |
| 19/03 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 19/04 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 19/05 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 19/06 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 19/07 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted]) | $ [redacted] |
| 19/08 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 19/09 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted]) | $ [redacted] |
| 19/10 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 19/11 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 19/12 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 20/01 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted]) | $ [redacted] |
| 20/02 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 20/03 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 20/04 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 20/05 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted]) | $ [redacted] |
| 20/06 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted]) | $ [redacted] |
| 20/07 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted]) | $ [redacted] | $ [redacted] | $ ([redacted] | $ [redacted]) | $ [redacted]) |
| 20/08 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted]) | $ [redacted] |
| 20/09 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted] |
| 20/10 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ [redacted] | $ [redacted]) | $ [redacted] |
| 20/11 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ [redacted] | $ [redacted] | $ ([redacted] | $ [redacted]) | $ [redacted] |
| 20/12 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted]) | $ [redacted] | $ [redacted] | $ ([redacted] | $ [redacted]) | $ [redacted]) |
| 21/01 | $ [redacted] | [redacted] | [redacted] | $ - | $ [redacted] | [redacted] | $ - | $ [redacted] | $ [redacted] | $ [redacted]) | $ [redacted] |
| 21/02 | $ [redacted] | [redacted] | [redacted] | $ [redacted] | $ [redacted] | [redacted]) | $ - | $ [redacted] | $ ([redacted] | $ - | $ [redacted] |
| 21/03 | $ [redacted] | [redacted] | [redacted] | $ [redacted] | $ [redacted] | [redacted] | $ - | $ [redacted] | $ [redacted] | $ - | $ [redacted] |
| 21/04 | $ [redacted] | [redacted] | [redacted] | $ [redacted] | $ [redacted] | [redacted] | $ - | $ [redacted] | $ [redacted] | $ - | $ [redacted] |
| | **$ [redacted]** | [redacted] | [redacted] | **$ [redacted]** | **$ [redacted]** | [redacted] | **$ [redacted]** | **$ [redacted]** | **$ [redacted]** | **$ [redacted]** | **$ [redacted]** |

All amounts on this row are through 3/2021 bill date (row 29

**Total Overwithholding to AT&T - See "ATT to CTL" tab** $ [redacted]

**Damages In Total for Level 3** $ [redacted]

**New Charges: Only for Level 3, and does include LPC*

***Billed LPC balance from invoice less DEOT LPC credit. This overstates the LPC amount because it doesn't reflect the 2019 Settlement*

****Balance owed, less the OTT Net Credit*

**AT&T Billing to CenturyLink/Level 3***

| Rate Element Billed by AT&T | Amounts Billed by AT&T | Total Disputed by Level 3 | Amount Disputed, but Paid Under Protest by Level 3 | Amount Disputed and Withheld by Level 3 | Credits Received from AT&T | AT&T Claimed OTT % for AT&T Traffic |
|---|---|---|---|---|---|---|
| EO - Local Switching | $ | | $ | | | 0.5443% |
| 2016 | $ | | $ | | | |
| 2017 | $ | | $ | | | |
| 2018 | $ | | $ | | | |
| 2019 | $ | | $ | | | |
| 2020 | $ | | $ | | | |
| 2021 | $ | | $ | | | |
| SCAB - Local switch | $ | | $ | | | |
| 2016 | $ | | $ | | | |
| 2017 | $ | | $ | | | |
| 2018 | $ | | $ | | | |
| 2019 | $ | | $ | | | |
| Shared (Common) | $ | | $ | | | |
| 2019 | $ | | $ | | | |
| 2020 | $ | | $ | | | |
| 2021 | $ | | $ | | | |
| **Grand Total** | $ | | $ | | | |

*\*Includes Broadwing, Global Crossing and WilTel*