IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

      Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant / Counter Claimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC., and
WILTEL COMMUNICATIONS, LLC,

      Counter Claimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

      Counter Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2021**.

      Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Plaintiff's Unopposed Motion to Restrict [filed May 7, 2021; ECF 206] is **granted**. The Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 207 until further order of the Court. (A redacted version of that same filing is attached to ECF 206.)

      Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Plaintiff's Unopposed Motion to Restrict [filed May 7, 2021; ECF 208] also is **granted**. The Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 209 until further order of the Court. (A redacted version of that same filing is attached to ECF 208.)