**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

---

**DECLARATION OF DOUGLAS N. MARSH
IN SUPPORT OF LEVEL 3'S MOTION IN LIMINE TO
EXCLUDE EVIDENCE ON ISSUES RESOLVED ON SUMMARY JUDGMENT**

---

I, Douglas N. Marsh, do depose on oath and state as follows in support of the Motion *in limine* of Defendant Level 3 Communications, LLC ("Level 3") to Exclude Evidence on Issues Resolved on Summary Judgment:

1. I am a partner in the law firm of Armstrong Teasdale LLP, which represents Level 3 in this action. I have personal knowledge of the following facts and affirm that they are all true and correct.

2. Attached hereto as Exhibit A is a true and correct copy of an email sent by Justin Benson, counsel for AT&T, on May 18, 2021, and containing in the same thread an email from Mr. Benson on May 17, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of the exhibit list AT&T served on Level 3 on May 17, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of Deposition Designations AT&T served on Level 3 on May 17, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of the Witness List AT&T served on Level 3 on May 13, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of May, 2021 in Denver, Colorado.


By: */s/ Douglas N. Marsh*
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
dmarsh@atllp.com