# EXHIBIT A

| | |
|---|---|
| **From:** | Benson, Justin <jbenson@sidley.com> |
| **Sent:** | Tuesday, May 18, 2021 12:08 PM |
| **To:** | Douglas N. Marsh; Chuck Steese |
| **Cc:** | Warden, Mike; Zambrano, Angela; Hunseder, Michael; Moore, Joshua; Sirio, Alex E.; Cade, Nancy; Becky DeCook |
| **Subject:** | RE: AT&T Exhibit List and Deposition Designations [IWOV-IDOCS.FID3266695] |

Counsel –

In an abundance of caution, and given Level 3's penchant for claiming surprise, these materials are being proffered in order to ensure an adequate record that fully preserves AT&T's arguments for appeal.  Such a proffer is a normal procedure for appellate practice.  Level 3 need not do anything in response to the proffered material, other than perhaps to note an overarching objection like the one in your email below.   At an appropriate point, AT&T will proffer the material for the Court, so that the record reflects evidence that AT&T would have presented had the Court not granted Level 3's summary judgment motion as to those issues.  Raising all this for the Court now is not necessary.   We are happy to discuss further if you would like

Justin

**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8757
jbenson@sidley.com

> **From:** Douglas N. Marsh <DMarsh@atllp.com>
> **Sent:** Tuesday, May 18, 2021 10:19 AM
> **To:** Benson, Justin <jbenson@sidley.com>; Chuck Steese <CSteese@atllp.com>
> **Cc:** Warden, Mike <mwarden@sidley.com>; Zambrano, Angela <angela.zambrano@sidley.com>; Hunseder, Michael <mhunseder@sidley.com>; Moore, Joshua <joshua.moore@sidley.com>; Sirio, Alex E. <asirio@sidley.com>; Cade, Nancy <ncade@sidley.com>; Becky DeCook <becky.decook@moyewhite.com>
> **Subject:** RE: AT&T Exhibit List and Deposition Designations [IWOV-IDOCS.FID3266695]
>
> Justin,
>
> We respectfully ask AT&T to withdraw deposition designations and any exhibits relating to the issues the Court decided in its order on the parties' summary judgment motions. The whole point of the summary judgment motions was to narrow the issues for trial, which the Court has done. AT&T is effectively ignoring the Court's ruling and requiring the parties to spend trial preparation time on issues the Court has already placed out of contention. (We note too that several of the designated witnesses—Ardell Burgess, Craig John, Andrew McClure, Penn Pfautz, Mike Riederer, and George Sloan—were not on AT&T's witness list, and that Jennifer Torres will be present to testify at trial, which makes their deposition designations doubly inappropriate.)
>
> If AT&T does not voluntarily withdraw these deposition designations, and any exhibits that are proffered for the sole purpose of contesting issues the Court decided on summary judgment, Level 3 will promptly move to preclude their presentation. Please let us know if you will agree with this request or if

1

you would like to meet and confer to discuss further. We request a prompt response to this email to facilitate filing a motion no later than tomorrow.

Sincerely,
Doug

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.**

**Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 200 Strand, London WC2R 1DJ. Please review our International Legal Notices.**

---

**From:** Benson, Justin <jbenson@sidley.com>
**Sent:** Monday, May 17, 2021 9:56 PM
**To:** Chuck Steese <CSteese@atllp.com>; Douglas N. Marsh <DMarsh@atllp.com>
**Cc:** Warden, Mike <mwarden@sidley.com>; Zambrano, Angela <angela.zambrano@sidley.com>; Hunseder, Michael <mhunseder@sidley.com>; Moore, Joshua <joshua.moore@sidley.com>; Sirio, Alex E. <asirio@sidley.com>; Cade, Nancy <ncade@sidley.com>; Becky DeCook <becky.decook@moyewhite.com>
**Subject:** AT&T Exhibit List and Deposition Designations

**CAUTION:**  **EXTERNAL EMAIL**

AT&T v. Level 3, No. 18-cv-00112 (D. Colo.)

Chuck and Doug –

In accordance with the agreement reached by the Parties in the above referenced litigation, please find attached AT&T's exhibit list and list of deposition designations (along with highlighted transcripts in accordance with Judge Moore's preferences).  AT&T reserves the right to use any other documents for purposes of impeachment or rebuttal or any other purpose permitted by the Federal Rules of Evidence.  We suggest that the parties agree to provide the other side demonstrative exhibits 24 hours before their intended use.

Please note that AT&T's deposition designations relate to a proffer of evidence that AT&T will make at trial relating to the factor issue that Judge Moore previously ruled upon.  To the extent that the Court decides to revisit rulings related to the factor, AT&T reserves the right to use any of these exhibits or any other trial exhibits.

Finally, AT&T's exhibit list and deposition designations remain subject to revision, including additional exhibits or deposition designations, subject to the Parties' agreement on a stipulation regarding TCG damages.  AT&T further reserves the right to introduce any exhibit on Level 3's list of exhibits.

Best,

Justin


**JUSTIN A. BENSON**
Associate

**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
+1 202 736 8757
jbenson@sidley.com
www.sidley.com



****************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************

3