# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**JUDGE RAYMOND P. MOORE**

Case No. __18-cv-00112__      Date:_____

Case Title: AT&T Corp. v. Level 3 Communications

_____AT&T Corp._____ EXHIBIT LIST
(Plaintiff/Defendant)

**EXHIBITS**

I.     Exhibits to be offered by AT&T (with exhibits to be stipulated into evidence identified)

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 01 | | 2015 Release and Settlement Agreement between AT&T and Level 3 | Yes | | | | |
| 02 | | *AT&T Corp. v. FCC*, 841 F.3d 1047 (D.C. Cir. 2016) | Yes | | | | |

---

[1] Exhibit numbers subject to revision after the Parties meet and confer on their respective exhibit lists.

1

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 03 | | October 27, 2017 Email from E. Stocker to A. Burgess and S. Andrews re: OTT Demand Letter | No as to cover e-mail; Yes as to attached letter. | | | | |
| 04 | | March 17, 2014 Email from A. Pierantozzi to M. Kellow re: AT&T Discussions | No | | | | |
| 05 | | May 9, 2011 Correspondence from A. Burgess to R. Ducloo and M. Green re: Bill Dispute Notification | Yes | | | | |
| 06 | | February 16, 2017 Email from E. Stocker to M. Kellow, T. Fleischman, A. McClure, M. Walker, and K. Sena re: AT&T Dispute Talks | Yes | | | | |
| 07 | | April 19, 2017 Email from S. Ross to A. Miller re: Revised Level 3 Settlement Offer | No | | | | |
| 08 | | May 19, 2017 Email from E. Stocker to A. Miller, A. Burgess, and K. Meola re: Level 3 OTT Traffic Follow- Up | Yes | | | | |

2

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 09 | | July 28, 2017 Email from J. Torres to E. Stocker and S. Andrews re: AT&T OTT Dispute | No | | | | |
| 10 | | August 9, 2017 Email from J. Torres to E. Stocker re: AT&T Dispute Settlement 1Q 2017 V3 (002).pptx | Yes | | | | |
| 11 | | OTT Estimate Trending Data AT&T April, 2017 – (CTL_0008413) | Yes | | | | |
| 12 | | OTT Estimate Trending Data AT&T October, 2017 (CTL_0003829) | Yes[2] | | | | |
| 13 | | November 28, 2017 Email from A. McClure to E. Stocker and J. Torres re: OTT Estimate Trending Data AT&T 201701023.xlsx | Yes | | | | |
| 14 | | OTT Estimate Trending Data AT&T November, 2017 (CTL_0014135) | Yes | | | | |

---

[2] Level 3 stipulates that the document produced as CTL_0003829 may be entered into evidence in the form it was produced. To the extent the document has been modified or altered since production CenturyLink objects to its use.

3

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 15 | | March 3, 2017 Email from E. Stocker to R. Ratliff, K. Sena and A. McClure re: OTT Measurement | Yes | | | | |
| 16 | | August 17, 2017 Email from E. Stocker to A. McClure re: OTT | Yes | | | | |
| 17 | | June 5, 2017 Email from M. Riederer to G. Black and S. Andrews re: AT&T / Level 3 Follow Up Items | No | | | | |
| 18 | | Email from J. Torres to S. Johnson, R. Tounget re: AT&T/OTT | Yes | | | | |
| 19 | | May 26, 2017 letter from D. Waldbaum to S. Erickson and E. Stocker re Failure to Comply with Terms of May 27, 2015 Release and Settlement | | | | | |
| 20 | | May 17, 2017 Email from D. Umiker to E. Stocker re: Level 3 OTT Traffic Response | Yes | | | | |
| 21 | | August 17, 2017 Email from E. Stocker to J. Torres, K. Meola and A. Miller re: OTT | No | | | | |

4

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 22 | | AT&T Corp. and Teleport Communications Group, Inc.'s Notice of Rule 30(b)(6) Deposition | Yes | | | | |
| 23 | | FCC Order on Remand and Declaratory Ruling Released December 17, 2019 | Yes | | | | |
| 24 | | December 14, 2017 Email from E. Stocker to S. Johnson, J. Torres, R. Tounget re: AT&T / OTT | No | | | | |
| 25 | | March 16, 2020 Level 3 Rule 26(a)(2)(C) Disclosure | Yes | | | | |
| 26 | | April 22, 2020 Level 3 Rule 26(a)(2)(C) Supplemental Disclosure | Yes | | | | |
| 27 | | May 15, 2020 Level 3 Rule 26(a)(2)(C) Responsive Disclosure – A. McClure | Yes | | | | |
| 28 | | May 15, 2020 Level 3 Rule 26(a)(2)(C) Responsive Disclosure – J. Torres and accompanying exhibits | Yes | | | | |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 29 | | Level 3 FCC Tariff No. 4 | Yes | | | | |
| 30 | | May 15, 2020 AT&T and TCG Rule 26(e) Disclosure | No | | | | |
| 31 | | November 4, 2017 Email from A. Burgess to A. Miller re: OTT Proposal | No | | | | |
| 32 | | January 13, 2017 Email from A. Burgess to A. Miller re: AT&T/Level 3 settlement discussion | No | | | | |
| 33 | | October 30, 2017 Email from A. Miller to A. Burgess re: Level 3 settlement offer | No | | | | |
| 34 | | October 10, 2017 Email from A. Burgess to A. Miller, K. Meola re: OTT | No | | | | |
| 35 | | May 15, 2020 Correspondence from M. Hunseder to C. Steese regarding Expert Rebuttal and Damages | No | | | | |
| 36 | | June 10, 2020 Correspondence from M. Hunseder to C. Steese regarding Calculations related to | No | | | | |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
|  |  | billings and enclosed spreadsheet |  |  |  |  |  |
| 37 |  | 2019 Settlement Agreement |  |  |  |  |  |
| 38 |  | March 16, 2020 Level 3 - Rule 26(a)(2)(C) Disclosure of Non-retained Experts and accompanying exhibits |  |  |  |  |  |
| 39 |  | March 9, 2021 Level 3 Damages Analysis (through Jan. 2021) |  |  |  |  |  |
| 40 |  | April 23, 2021 AT&T Rule 26(a)(2) Disclosure of A. Miller and accompanying exhibit |  |  |  |  |  |
| 41 |  | April 23, 2021 AT&T Rule 26(e) disclosure |  |  |  |  |  |
| 42 |  | February 21, 2014 Craig John email to Ardell Burgess |  |  |  |  |  |
| 43 |  | June 25, 2020 Level 3 Damages Analysis (through March 2020, LPC Amount reduced) |  |  |  |  |  |
| 44 |  | June 26, 2020 Declaration of Melissa Kellow |  |  |  |  |  |
| 45 |  | Exhibit A to June 26, 2020 Declaration of Melissa Kellow |  |  |  |  |  |
| 46 |  | March 12, 2021 AT&T Letter to Level 3 re non OTT disputes |  |  |  |  |  |

7

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 47 | | April 2, 2018 AT&T Initial Disclosure Persons with Knowledge | | | | | |
| 48 | | April 30, 2018 Level 3 Rule 26(a)(1) Disclosure | | | | | |
| 49 | | May 2, 2018 AT&T Rule 26(a)(1) Disclosure | | | | | |
| 50 | | January 8, 2019 Level 3 Production Cover Email | | | | | |
| 51 | | May 7, 2021 Level 3 Production Cover Email | | | | | |
| 52 | | Aug. 8, 2012 Email from A. Burgess re Aug_6_12_L3_tlkpts.pptx | | | | | |
| 53 | | June 1, 2017 email from B. Hayes re Connectivity Disputes (ATT_PROD_0003931) | | | | | |
| 54 | | August 7, 2017 email from A. Miller re L3 Email requesting separation of EO & Tandem billing (ATT_PROD_0005051) | | | | | |
| 55 | | January 5, 2018 email from J. Torres re FW: OTT; Re: OTT (CTL_0012796) | | | | | |
| 56 | | August 22, 2017 email from J. Torres re Copy of Outstanding AR Summary_TviewthruJune.xlsx (CTL_0012799) | | | | | |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 57 | | Copy of Outstanding AR Summary_TviewthruJune.xlsx (CTL_0012805) | | | | | |
| 58 | | August 29, 2017 email from A. Miller re RE: OTT (CTL_0012806) | | | | | |
| 59 | | April 19, 2018 email from E. Stocker re ICC Financial Tracker_Jan 2018.xlsx (CTL_0015989) | | | | | |
| 60 | | ICC Financial Tracker_Jan 2018.xlsx (CTL_0015991) | | | | | |
| 61 | | AT&T Corp.'s Notice of Rule 30(b)(6) Deposition | Yes | | | | |
| | | Additional website materials as necessary | | | | | |
| | | Any unobjectionable exhibit designated by Level 3 | Yes | | | | |
| | | Any document relied upon by any expert designated by the parties | | | | | |
| | | Summaries of evidence, including charts, tables, or timelines | | | | | |
| | | Demonstrative Exhibits | | | | | |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| | | Rebuttal Exhibits | | | | | |
| | | Impeachment Exhibits | | | | | |

II. **Exhibits related to a proffer of evidence that AT&T will make at trial relating to the factor issue that Judge Moore previously ruled upon (with exhibits to be stipulated into evidence identified)**

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 62 | | June 28, 2017 Email from J. Torres to S. Andrews re: Level 3 Form 477 | Yes | | | | |
| 63 | | October 31, 2014 Email from E. Stocker to J. Torres re: Big favor!!! Please | Yes | | | | |
| 64 | | March 9, 2017 Email from A. Miller to K. Meola and A. Burgess re: Quick update | Yes | | | | |
| 65 | | October 12, 2017 Email from J. Torres to E. Stocker re: Conversation with Stocker, Edwin | Yes | | | | |
| 66 | | October 24, 2017 Email from A. McClure to E. Stocker and J. Torres re: CoProvider TNs | Yes | | | | |
| 67 | | October 26, 2017 Email from J. Torres to E. Stocker re: AT&T OTT | No | | | | |

11

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 68 | | November 1, 2017 Email from J. Torres to K. Meola, A. Burgess, and A. Miller re: OTT Proposal Information | Yes | | | | |
| 69 | | October 26, 2017 Email from S. Johnson to E. Stocker, R. Tounget, and J. Torres re: AT&T / OTT | Yes | | | | |
| 70 | | February 8, 2018 Email from E. Stocker to A. McClure re: AT&T OTT Calculations | No | | | | |
| 71 | | October 25, 2017 Appointment from E. Stocker to E. Stocker, A. McClure and J. Torres re: Review Revised OTT Data | Yes | | | | |
| 72 | | June 6, 2011 West Corp. Completes Acquisition of Smoothstone IP Communications Printout | No | | | | |
| 73 | | Sorenson Video Relay Service Printout | No | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 74 | | August 3, 2016 Email from A. McClure to M. Robles re: FCC OTT Risk Analysis | Yes | | | | |
| 75 | | December 2, 2016 Appointment from S. McNees to T. Fleischman, E. Stocker, R. Ratliff re: Wireline LRN Findings and OTT Estimates | Yes | | | | |
| 76 | | November 28, 2017 Email from A. McClure to E. Stocker and J. Torres re: OTT Estimate Trending Data AT&T 201701023.xlsx | Yes | | | | |
| 77 | | April 18, 2017 Email from A. McClure to E. Stocker re: OTT Top 20 BY Direction Over 2 Years | Yes | | | | |
| 78 | | Evolve Website Printout | Yes | | | | |
| 79 | | Sorenson Video Relay Service Website Printout | Yes | | | | |
| 80 | | Alianza Website Printout | Yes | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 81 | | Crexendo Website Printout | Yes | | | | |
| 82 | | March 16, 2020 Expert Report of P. Pfautz and accompanying exhibits | Yes | | | | |
| 83 | | May 15, 2020 Expert Rebuttal Report of Penn Pfautz and accompanying exhibits | Yes | | | | |
| 84 | | Dec. 31, 2016 Form 477 Filing Summary | | | | | |
| 85 | | July 11, 2017 Email from C. John re L3 VOIP 07112017.pptx | | | | | |
| | | Additional website materials as necessary | | | | | |
| | | Any exhibit designated for purposes of trial, or used by either party at trial | | | | | |