# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

## AT&T'S DEPOSITION DESIGNATIONS

AT&T's initial deposition designations are set forth below, subject to revision based on ongoing discussions between the parties as to potential stipulations, witness availability, rebuttal evidence, and other issues. These deposition designations relate to a proffer of evidence that AT&T will make at trial relating to the factor issue that Judge Moore previously ruled upon.

1

| Ardell Burgess (February 8, 2019) ||
|---|---|
| Page:Line | Objection(s) |
| 69:2-14 | |
| 87:21-89:1 | |
| 133:21-134:12 | |

| Craig John (September 13, 2019) ||
|---|---|
| Page:Line | Objection(s) |
| 90:15-21 | |
| 143:8-146:25 | |

| Andrew McClure I (August 29, 2019) ||
|---|---|
| Page:Line | Objection(s) |
| Entirety of deposition transcript | |

| Andrew McClure II (November 18, 2019) ||
|---|---|
| Page:Line | Objection(s) |
| 91:5-12 | |

| Andrew McClure III (June 11, 2020) ||
|---|---|
| Page:Line | Objection(s) |
| Entirety of deposition transcript | |

| Kimberly Meola (February 7, 2019) ||
|---|---|
| Page:Line | Objection(s) |
| 110:25-111:8 | |
| 112:9-25 | |
| 165:13-166:15 | |
| 179:18-25 | |
| 198:19-199:14 | |
| 204:8-18 | |
| 205:9-23 | |
| 257:12-18 | |
| 264:16-265:16 | |
| 266:8-21 | |

| Dr. Penn Pfautz (April 28, 2020) ||
|---|---|
| Page:Line | Objection(s) |
| 17:18-21 | |
| 41:7-13 | |
| 59:11-15 | |

| | |
|---|---|
| 91:5-10 | |
| 106:3-11 | |
| 106:14-107:17 | |
| 132:13-15 | |
| 140:16-141:2 | |
| 142:1-7 | |
| 151:15-154:20 | |
| 175:5-25 | |
| 201:8-17 | |
| 216:8-22 | |
| 219:13-18 | |
| 219:22-25 | |
| 221:20-24 | |

| Mike Riederer (November 8, 2019) | |
|---|---|
| Page:Line | Objection(s) |
| 46:21-50:23 | |

| George Sloan (September 24, 2019) | |
|---|---|
| Page:Line | Objection(s) |
| 76:1-77:4 | |

| Jennifer Torres I (August 28, 2019) ||
|---|---|
| Page:Line | Objection(s) |
| 50:14-22 | |
| 66:14-67:18 | |

| Jennifer Torres II (December 12, 2019) ||
|---|---|
| Page:Line | Objection(s) |
| 254:24-255:22 | |
| 318:25-319:16 | |

Dated: May 17, 2021                    By: /s/ Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

5

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

# CERTIFICATE OF SERVICE

I, Justin A. Benson, hereby certify that on May 17, 2021 I served the foregoing document via email to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

/s/ Justin A. Benson
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: jbenson@sidley.com

*Attorney for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*