**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:      Tammy Hoffschildt | Date:      May 20, 2021 |

**CASE NO.   18-cv-00112-RM-MEH**

| Parties | Counsel |
|---|---|
| AT&T CORP.,<br><br>         Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC,<br><br>         Defendant. | Angela Zambrano<br>Michael Hunseder<br>Michael Warden<br>Rebecca DeCook<br><br><br>Douglas Marsh<br>Charles Steese |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**
**Court in session:**            1:03 p.m.

Appearances of counsel by telephone.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case, the pending bench trial date, the Trial Preparation Conference, and the pending motions *in limine*.

**ORDERED:** The Trial Preparation Conference set for May 28, 2021, shall be by Video Teleconference (VTC). **Counsel shall contact the Court's Courtroom Deputy via email (Cathy_pearson@cod.uscourts.gov) by 4:00 PM on May 26, 2021, for instructions on how to proceed with the VTC. Any other individual wishing to attend the hearing may monitor via the public access line.  Those individuals who wish to monitor by telephone are directed to call the Court's conference line as a participant (888.636.3807), Access Code 4296144#, five minutes before the scheduled time.**

**Court in recess:**            1:41 p.m.
**Total in court time:**        00:38      Hearing concluded