IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

CASE CAPTION:  _AT&T Corp, vs. Level 3 Communications, LLC, et al._

CASE NO.:  __18-CV-00112-RM_____

EXHIBIT LIST OF:  _Level 3 Communications, LLC_____
       (Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 01 | | May 2015 Settlement Agreement, Dep. Ex. 21 | Y | | | | |
| 02 | | 2020 DEOT Settlement Agreement | | | | | |
| 03 | | CenturyLink Competitive Operating Companies Tariff F.C.C. No. 4, Dep. Ex. 106 | Y | | | | |
| 04 | | February 11, 2015 Declaratory Ruling, *In the Matter of Connect America Fund,* Dep. Ex. 8 | Y | | | | |
| 05 | | November 18, 2016 D.C. Circuit Opinion, *AT&T v. FCC,* Dep. Ex. 26 | Y | | | | |
| 06 | | December 17, 2019 FCC Order on Remand and Declaratory Ruling (December 2019 OTT Order), Dep. Ex. 109 | Y | | | | |
| 07 | | August 11, 2017 email from J. Torres to E. Stocker *et al.,* CTL_0001586-91 | | | | | |
| 08 | | June 29, 2017 email from Jennifer Torres to Melissa Kellow *et al.*, CTL_0001896–914 | | | | | |
| 09 | | July 6, 2017 email from Shaun Andrews to Jennifer Torres *et al.*, CTL_0002050–51 | | | | | |
| 10 | | August 18, 2017 email from Alison Miller | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
|  |  | to Edwin Stocker *et al.*, CTL_0006112 |  |  |  |  |  |
| 11 |  | August 8, 2017 email from Jennifer Torres to Melissa Kellow *et al.*, CTL_0001707 |  |  |  |  |  |
| 12 |  | August 7, 2017 email from J. Torres to A. Miller *et al.,* ATT_PROD_0005106 |  |  |  |  |  |
| 13 |  | August 9, 2017 email from Ardell Burgess to Alison Miller, ATT_PROD_0005170–87 |  |  |  |  |  |
| 14 |  | August 22, 2017 email from Jennifer Torres to Alison Miller *et al.*, ATT_PROD_0005346 |  |  |  |  |  |
| 15 |  | October 25, 2017 E. Stocker calendar appointment, Dep. Ex. 32 | Y |  |  |  |  |
| 16 |  | September 25, 2017 Alison Miller email to Kim Meola, Dep. Ex. 41 | Y |  |  |  |  |
| 17 |  | August 7, 2017 email from Kimberly Meola to Alison Miller *et al.*, ATT_PROD_0010961–77 |  |  |  |  |  |
| 18 |  | August 29, 2017 email from Allison Miller to Jennifer Torres *et al.*, CTL_0003817–24 |  |  |  |  |  |
| 19 |  | Level 3 Billing Detail Underlying Spreadsheets |  |  |  |  |  |
| 20 |  | Summary of rate elements in usage based charges |  |  |  |  |  |
| 21 |  | Summary showing usage per rate element from January 2019 to April 2021 |  |  |  |  |  |
| 22 |  | April 22, 2020 Defendant/ Counterclaimants' Supplemental Rule | Y |  |  |  |  |

2

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
|  |  | 26(a)(2)(C) Disclosure, Dep. Ex. 112 |  |  |  |  |  |
| 23 |  | May 15, 2020 Level 3 – Rule 26(a)(2)(C) Responsive Disclosure of J. Torres (with damages attachments) |  |  |  |  |  |
| 24 |  | March 9, 2021 Level 3 Damages Spreadsheet |  |  |  |  |  |
| 25 |  | May 17, 2021 Level 3 Damages Spreadsheet |  |  |  |  |  |
| 26 |  | March 12, 2021 AT&T Letter from A. Miller |  |  |  |  |  |
| 27 |  | April 2, 2021 Level 3 response to March 12, 2021 letter, ECF 205-13 |  |  |  |  |  |
| 28 |  | February 18, 2015 Kim Meola email to Ardell Burgess, Dep. Ex. 9 | Y |  |  |  |  |
| 29 |  | April 24, 2015 Steve Ross email to Kim Meola *et al.*, Dep. Ex. 15 | Y |  |  |  |  |
| 30 |  | March 14, 2018 Ardell Burgess email to Alison Miller, Dep. Ex. 44 | Y |  |  |  |  |
| 31 |  | August 17, 2018 Janice Gallagher email to Joanne Xenelis *et al.*, Dep. Ex. 62 | Y |  |  |  |  |
| 32 |  | Excel Spreadsheet ATT_PROD_0014455, Dep. Ex. 63 | Y |  |  |  |  |
| 33 |  | September 14, 2018 Janice Gallagher email to Ardell Burgess, Dep. Ex. 65 | Y |  |  |  |  |
| 34 |  | September 17, 2018 Janice Gallagher email to Ardell Burgess *et al.*, Dep. Ex. 66 | Y |  |  |  |  |
| 35 |  | September 17, 2018 Andrew Jurczak email to Janice Gallagher *et al.*, Dep. Ex. 68 | Y |  |  |  |  |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 36 | | September 17, 2018 Ardell Burgess email to Andrew Jurczak *et al.*, Dep. Ex. 69 | Y | | | | |
| 37 | | September 25, 2018 Janice Gallagher email to Ardell Burgess *et al.*, Dep. Ex. 70 | Y | | | | |
| 38 | | September 25, 2018 Ardell Burgess email to Janice Gallagher *et al.,* Dep. Ex. 71 | Y | | | | |
| 39 | | October 1, 2018 Janice Gallagher email to Ardell Burgess *et al.*, Dep. Ex. 72 | Y | | | | |
| 40 | | April 25, 2019 Michael James email to Debbi Waldbaum *et al.*, Dep. Ex. 77 | Y | | | | |
| 41 | | Excel Spreadsheet ATT_PROD_0014662, Dep. Ex. 79 | Y | | | | |
| 42 | | Excel Spreadsheet ATT_PROD_0014522, Dep. Ex. 80 | Y | | | | |
| 43 | | Excel Spreadsheet ATT_PROD_0014670, Dep. Ex. 81 | Y | | | | |
| 44 | | Excel Spreadsheet ATT_PROD_0014664, Dep. Ex. 82 | Y | | | | |
| 45 | | May 8, 2019 Linda Kreilick email to Jackie Von Schmidt *et al.,* Dep. Ex. 83 | Y | | | | |
| 46 | | July 5, 2019 Janice Gallagher email to Mark Grogan, Dep. Ex. 85 | Y | | | | |
| 47 | | February 19, 2019 Notice of Rule 30(b)(6) Dep. to AT&T, Dep. Ex. 1 | Y | | | | |
| 48 | | May 23, 2018 AT&T's Responses to 1st Set of Interrogatories, Dep. Ex. 2 | Y | | | | |
| 49 | | August 5, 2019 Notice of Rule 30(b)(6) Deposition to TCG, Dep. Ex. 60 | Y | | | | |

4

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 50 | | November 8, 2019 Amended Notice of Rule 30(b)(6) Deposition to TCG, Dep. Ex. 93 | Y | | | | |
| 51 | | November 8, 2019 Amended Notice of Rule 30(b)(6) Deposition to AT&T, Dep. Ex. 94 | Y | | | | |
| | | Demonstrative Exhibits | | | | | |
| | | Rebuttal Exhibits | | | | | |
| | | Impeachment Exhibits | | | | | |
| | | Any unobjectionable exhibit designated by AT&T | | | | | |

5