# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

Case No.   18-cv-00112-RM-MEH          Date:  May 21, 2021

Case Title: AT&T Corp. v. Level 3 Communications, LLC, *et. al.*

   Level 3 Communications, LLC          WITNESS LIST
   (Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Melissa Kellow (Will Call) | June 8 (three hours) |
| Jennifer Torres (Will Call) | June 8 (three hours) |
| Shaun Andrews (May Call) | June 9 (two hours) |
| Edwin Stocker (May Call) | June 9 (two hours) |
| Andrew McClure (May Call) | June 9 (two hours) |
| Ardell Burgess (via deposition) | Transcript to be read in chambers |
| Janice Gallagher (via deposition) | Transcript to be read in chambers |
| Marc Cathey (via deposition) | Transcript to be read in chambers |