\#     **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE RAYMOND P. MOORE**

Case No. __18-cv-00112_____     Date: _May 21, 2021_____

Case Title: AT&T Corp. v. Level 3 Communications

_____Plaintiff AT&T Corp._____   WITNESS LIST
     (Plaintiff/Defendant)

| WITNESS[1] | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Kimberly Meola | June 9, 1-2 hours |
| Alison Miller | June 9, 1-2 hours |
| Jennifer Torres | June 9, 1-2 hours |
| Melissa Kellow | June 9, 1-2 hours |
| Penn Pfautz (by deposition via written proffer) | |
| Andrew McClure (by deposition via written proffer) | |
| Ardell Burgess (by deposition via written proffer) | |
| Craig John (by deposition via written proffer) | |
| Kimberly Meola (by deposition via written proffer) | |
| Michael Riederer (by deposition via written proffer) | |
| George Sloan (by deposition via written proffer) | |
| Jennifer Torres (by deposition via written proffer) | |

---

1 The Parties are currently in the process of stipulating to the damages that Level 3 owes TCG for Level 3's over-withholding on OTT VoIP calls.  AT&T reserves the right to amend this witness list to add witnesses related to TCG's

Respectfully submitted this 21st day of May, 2021.

By: /s/ Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

---

damages calculation subject to the filing of that stipulation.

# CERTIFICATE OF SERVICE

I, Justin A. Benson, hereby certify that on May 21, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

/s/ Justin A. Benson
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: jbenson@sidley.com

*Attorney for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*