IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

### AT&T'S OBJECTIONS TO LEVEL 3 COMMUNICATIONS TRIAL EXHIBITS

Per the Court's Final Pretrial Order and Fed. R. Civ. P. 26(a)(3), Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T"), by and through undersigned counsel, respectively submits these objections to the following trial exhibits identified by Level 3 Communications, LLC.

**OBJECTIONS**

| Exhibit | Brief Description | Objections |
|---|---|---|
| 02 | 2020 DEOT Settlement Agreement | FRE 401, 403, 408 |
| 07 | August 11, 2017 email from J. Torres to E. Stocker *et al.,* CTL_0001586-91 | FRE 401, 403, 408 |

1

| Exhibit | Brief Description | Objections |
|---|---|---|
| 08 | June 29, 2017 email from Jennifer Torres to Melissa Kellow *et al.*, CTL_0001896–914 | FRE 401, 403, 408 |
| 09 | July 6, 2017 email from Shaun Andrews to Jennifer Torres *et al.*, CTL_0002050–51 | FRE 401, 403 |
| 10 | August 18, 2017 email from Alison Miller to Edwin Stocker *et al.*, CTL_0006112 | FRE 401, 403, 408 |
| 11 | August 8, 2017 email from Jennifer Torres to Melissa Kellow *et al.*, CTL_0001707 | FRE 401, 403, 408 |
| 12 | August 7, 2017 email from J. Torres to A. Miller *et al.*, ATT_PROD_0005106 | FRE 401, 403, 408 |
| 13 | August 9, 2017 email from Ardell Burgess to Alison Miller, ATT_PROD_0005170–87 | FRE 401, 403, 408 |
| 14 | August 22, 2017 email from Jennifer Torres to Alison Miller *et al.*, ATT_PROD_0005346 | FRE 401, 403, 408 |
| 15 | October 25, 2017 E. Stocker calendar appointment, Dep. Ex. 32 | FRE 401, 403 |
| 16 | September 25, 2017 Alison Miller email to Kim Meola, Dep. Ex. 41 | FRE 401, 403, 408 |
| 17 | August 7, 2017 email from Kimberly Meola to Alison Miller *et al.*, ATT_PROD_0010961–77 | FRE 401, 403, 408 |
| 18 | August 29, 2017 email from Allison Miller to Jennifer Torres *et al.*, CTL_0003817–24 | FRE 401, 403, 408 |
| 19 | Level 3 Billing Detail Underlying Spreadsheets | FRE 401, 403, 901 |
| 20 | Summary of rate elements in usage based charges | FRE 401, 403, 901 |
| 21 | Summary showing usage per rate element from January 2019 to April 2021 | FRE 401, 403, 901 |
| 22 | April 22, 2020 Defendant/ Counterclaimants' Supplemental Rule 26(a)(2)(C) Disclosure, Dep. Ex. 112 | FRE 401, 403 |
| 23 | May 15, 2020 Level 3 – Rule 26(a)(2)(C) Responsive Disclosure of J. Torres (with damages attachments) | FRE 401, 403 |
| 27 | April 2, 2021 Level 3 response to March 12, 2021 letter, ECF 205-13 | FRE 408, 801 |

| Exhibit | Brief Description | Objections |
|---|---|---|
| 28 | February 18, 2015 Kim Meola email to Ardell Burgess, Dep. Ex. 9 | FRE 401, 403, 801 |
| 29 | April 24, 2015 Steve Ross email to Kim Meola *et al.*, Dep. Ex. 15 | FRE 401, 403, 408 |
| 30 | March 14, 2018 Ardell Burgess email to Alison Miller, Dep. Ex. 44 | FRE 401, 403 |
| 31 | August 17, 2018 Janice Gallagher email to Joanne Xenelis *et al.*, Dep. Ex. 62 | FRE 401, 403 |
| 32 | Excel Spreadsheet ATT_PROD_0014455, Dep. Ex. 63 | FRE 401, 403 |
| 33 | September 14, 2018 Janice Gallagher email to Ardell Burgess, Dep. Ex. 65 | FRE 401, 403 |
| 34 | September 17, 2018 Janice Gallagher email to Ardell Burgess *et al.*, Dep. Ex. 66 | FRE 401, 403 |
| 35 | September 17, 2018 Andrew Jurczak email to Janice Gallagher *et al.*, Dep. Ex. 68 | FRE 401, 403 |
| 36 | September 17, 2018 Ardell Burgess email to Andrew Jurczak *et al.*, Dep. Ex. 69 | FRE 401, 403 |
| 37 | September 25, 2018 Janice Gallagher email to Ardell Burgess *et al.*, Dep. Ex. 70 | FRE 401, 403 |
| 38 | September 25, 2018 Ardell Burgess email to Janice Gallagher *et al.*, Dep. Ex. 71 | FRE 401, 403 |
| 39 | October 1, 2018 Janice Gallagher email to Ardell Burgess *et al.*, Dep. Ex. 72 | FRE 401, 403 |
| 40 | April 25, 2019 Michael James email to Debbi Waldbaum *et al.*, Dep. Ex. 77 | FRE 401, 403 |
| 41 | Excel Spreadsheet ATT_PROD_0014662, Dep. Ex. 79 | FRE 401, 403 |
| 42 | Excel Spreadsheet ATT_PROD_0014522, Dep. Ex. 80 | FRE 401, 403 |
| 43 | Excel Spreadsheet ATT_PROD_0014670, Dep. Ex. 81 | FRE 401, 403 |
| 44 | Excel Spreadsheet ATT_PROD_0014664, Dep. Ex. 82 | FRE 401, 403 |
| 45 | May 8, 2019 Linda Kreilick email to Jackie | FRE 401, 403 |

| Exhibit | Brief Description | Objections |
|---|---|---|
|  | Von Schmidt *et al.,* Dep. Ex. 83 |  |
| 46 | July 5, 2019 Janice Gallagher email to Mark Grogan, Dep. Ex. 85 | FRE 401, 403 |
| 47 | February 19, 2019 Notice of Rule 30(b)(6) Dep. to AT&T, Dep. Ex. 1 | FRE 401, 403 |
| 48 | May 23, 2018 AT&T's Responses to 1st Set of Interrogatories, Dep. Ex. 2 | FRE 401, 403 |
| 49 | August 5, 2019 Notice of Rule 30(b)(6) Deposition to TCG, Dep. Ex. 60 | FRE 401, 403 |
| 50 | November 8, 2019 Amended Notice of Rule 30(b)(6) Deposition to TCG, Dep. Ex. 93 | FRE 401, 403 |
| 51 | November 8, 2019 Amended Notice of Rule 30(b)(6) Deposition to AT&T, Dep. Ex. 94 | FRE 401, 403 |
|  | Demonstrative Exhibits | Reserve right to object |
|  | Rebuttal Exhibits | Reserve right to object |
|  | Impeachment Exhibits | Reserve right to object |

Respectfully submitted this 21st day of May, 2021.

By: /s/ Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW

4

Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

**CERTIFICATE OF SERVICE**

   I, Justin A. Benson, hereby certify that on May 21, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

               /s/ Justin A. Benson
               Justin A. Benson
               SIDLEY AUSTIN LLP
               1501 K ST NW
               Washington, DC 20005
               Telephone: (202) 736-8000
               E-mail: jbenson@sidley.com

               *Attorney for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*