**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

CASE CAPTION: __AT&T Corp. vs. Level 3 Communications, LLC, et al.__

CASE NO.: __18-CV-00112-RM__

AMENDED EXHIBIT LIST OF: __Level 3 Communications, LLC__
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 01 | | May 2015 Settlement Agreement, Dep. Ex. 21 | Y | | | | |
| 02 | | DEOT Settlement Agreement | | | | | |
| 03 | | CenturyLink Competitive Operating Companies Tariff F.C.C. No. 4, Dep. Ex. 106 | Y | | | | |
| 04 | | Declaratory Ruling, *In the Matter of Connect America Fund*, 2/11/15, Dep. Ex. 8 | Y | | | | |
| 05 | | D.C. Circuit 11/18/2016 Opinion, *AT&T v. FCC*, Dep. Ex. 26 | Y | | | | |
| 06 | | December 17, 2019 FCC Order on Remand and Declaratory Ruling (December 2019 OTT Order), Dep. Ex. 109 | Y | | | | |
| 07 | | 8/11/2017 email from J. Torres to E. Stocker *et al.*, CTL_0001586-91 | | | | | |
| 08 | | 6/29/2017 email from Jennifer Torres to Melissa Kellow *et al.*, CTL_0001896–914 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 09 | | 7/6/2017 email from Shaun Andrews to Jennifer Torres *et al.*, CTL_0002050–51 | | | | | |
| 10 | | August 18, 2017 email from Alison Miller to Edwin Stocker *et al.*, CTL_0006112 | | | | | |
| 11 | | August 8, 2017 email from Jennifer Torres to Melissa Kellow *et al.*, CTL_0001707 | | | | | |
| 12 | | August 7, 2017 email from J. Torres to A. Miller *et al.*, ATT_PROD_0005106 | | | | | |
| 13 | | August 9, 2017 email from Ardell Burgess to Alison Miller, ATT_PROD_0005170–87 | | | | | |
| 14 | | August 22, 2017 email from Jennifer Torres to Alison Miller *et al.*, ATT_PROD_0005346 | | | | | |
| 15 | | E. Stocker 10/25/2017 calendar appointment, Dep. Ex. 32 | | | | | |
| 16 | | Alison Miller 9/25/2017 email to Kim Meola, Dep. Ex. 41 | | | | | |
| 17 | | August 7, 2017 email from Kimberly Meola to Alison Miller *et al.*, ATT_PROD_0010961–77 | | | | | |
| 18 | | August 29, 2017 email from Allison Miller to Jennifer Torres *et al.*, CTL_0003817–24 | | | | | |
| 19 | | Level 3 Supplemental Billing Materials | | | | | |
| 20 | | Summary of rate elements in usage based | | | | | |

2

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | charges | | | | | |
| 21 | | Summary showing usage changes from Janauary 2019 to April 2021 | | | | | |
| 22 | | April 22, 2020 Defendant/ Counterclaimants' Supplemental Rule 26(a)(2)(C) Disclosure, Dep. Ex. 112 | | | | | |
| 23 | | May 15, 2020 Level 3 – Rule 26(a)(2)(C) Responsive Disclosure of J. Torres (with damages attachments) | | | | | |
| 24 | | March 9, 2021 Level 3 Damages Spreadsheet | | | | | |
| 25 | | May 17, 2021 Level Damages Spreadsheet | | | | | |
| 26 | | AT&T March 12, 2021 Letter from A. Miller | | | | | |
| 27 | | Level 3 response to 3/12 letter, ECF 205-13 | | | | | |
| 28 | | Kim Meola 2/18/2015 email to Ardell Burgess, Dep. Ex. 9 | | | | | |
| 29 | | Steve Ross 4/24/2015 email to Kim Meola *et al.*, Dep. Ex. 15 | | | | | |
| 30 | | Ardell Burgess 3/14/2018 email to Alison Miller, Dep. Ex. 44 | | | | | |
| 31 | | Janice Gallagher 8/17/2018 email to Joanne Xenelis *et al.*, Dep. Ex. 62 | | | | | |
| 32 | | Excel Spreadsheet ATT_PROD_0014455, Dep. Ex. 63 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 33 | | Janice Gallagher 9/14/2018 email to Ardell Burgess, Dep. Ex. 65 | | | | | |
| 34 | | Janice Gallagher 9/17/2018 email to Ardell Burgess *et al.*, Dep. Ex. 66 | | | | | |
| 35 | | Andrew Jurczak 9/17/2018 email to Janice Gallagher *et al.*, Dep. Ex. 68 | | | | | |
| 36 | | Ardell Burgess 9/17/2018 email to Andrew Jurczak *et al.*, Dep. Ex. 69 | | | | | |
| 37 | | Janice Gallagher 9/25/2018 email to Ardell Burgess *et al.*, Dep. Ex. 70 | | | | | |
| 38 | | Ardell Burgess 9/25/2018 email to Janice Gallagher *et al.*, Dep. Ex. 71 | | | | | |
| 39 | | Janice Gallagher 10/1/2018 email to Ardell Burgess *et al.*, Dep. Ex. 72 | | | | | |
| 40 | | Michael James 4/25/2019 email to Debbi Waldbaum *et al.*, Dep. Ex. 77 | | | | | |
| 41 | | Excel Spreadsheet ATT_PROD_0014662, Dep. Ex. 79 | | | | | |
| 42 | | Excel Spreadsheet ATT_PROD_0014522, Dep. Ex. 80 | | | | | |
| 43 | | Excel Spreadsheet ATT_PROD_0014670, Dep. Ex. 81 | | | | | |
| 44 | | Excel Spreadsheet ATT_PROD_0014664, Dep. Ex. 82 | | | | | |
| 45 | | Linda Kreilick 5/8/2019 email to Jackie Von Schmidt *et al.*, Dep. Ex. 83 | | | | | |
| 46 | | Janice Gallagher 7/5/2019 email to Mark Grogan, Dep. Ex. 85 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 47 | | Notice of Rule 30(b)(6) Dep. to AT&T, Dep. Ex. 1 | | | | | |
| 48 | | AT&T's Responses to 1st Set of Interrogatories, Dep. Ex. 2 | | | | | |
| 49 | | Notice of Rule 30(b)(6) Deposition to TCG | | | | | |
| 50 | | Amended Notice of Rule 30(b)(6) Deposition to TCG | | | | | |
| 51 | | Amended Notice of Rule 30(b)(6) Deposition to AT&T | | | | | |
| | | Demonstrative Exhibits | | | | | |
| | | Rebuttal Exhibits | | | | | |
| | | Impeachment Exhibits | | | | | |
| | | Any unobjectionable exhibit designated by AT&T | | | | | |