IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE RAYMOND P. MOORE

Case No. __18-cv-00112__ Date: __May 24, 2021__

Case Title: <u>AT&T Corp. v. Level 3 Communications</u>

_____AT&T Corp._____ EXHIBIT LIST
(Plaintiff/Defendant)

**AT&T CORP. REVISED EXHIBIT LIST
(WITH LEVEL 3 OBJECTIONS)**

I.   Exhibits to be offered by AT&T (with exhibits to be stipulated into evidence identified)

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Objections** |
|---|---|---|---|---|---|---|---|
| 01 | | October 27, 2017 Email from E. Stocker to A. Burgess and S. Andrews re: OTT Demand Letter | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |

---

[1] Exhibit numbers subject to revision after the Parties meet and confer on their respective exhibit lists, and to reflect exhibits that are removed because they are also on Level 3's list.

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Objections** |
|---|---|---|---|---|---|---|---|
| 02 | | February 16, 2017 Email from E. Stocker to M. Kellow, T. Fleischman, A. McClure, M. Walker, and K. Sena re: AT&T Dispute Talks | Yes | | | | |
| 03 | | April 19, 2017 Email from S. Ross to A. Miller re: Revised Level 3 Settlement Offer | Yes | | | | |
| 04 | | July 28, 2017 Email from J. Torres to E. Stocker and S. Andrews re: AT&T OTT Dispute | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 05 | | June 5, 2017 Email from M. Riederer to G. Black and S. Andrews re: AT&T / Level 3 Follow Up Items | No | | | | Relevance<br>Foundation |
| 06 | | May 26, 2017 letter from D. Waldbaum to S. Erickson and E. Stocker re Failure to Comply with Terms of May 27, 2015 Release and | No | | | | Hearsay<br>Objection, relevance as the exhibit concerns issues the Court resolved on summary |
| 07 | | May 17, 2017 Email from D. Umiker to E. Stocker re: Level 3 OTT Traffic Response | No | | | | |
| 08 | | AT&T Corp. and Teleport Communications Group, Inc.'s Notice of Rule 30(b)(6) Deposition | Yes | | | | |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | Objections |
|---|---|---|---|---|---|---|---|
| 09 | | Level 3 FCC Tariff No. 4 | No | | | | Wrong tariff, relevance |
| 10 | | May 15, 2020 AT&T and TCG Rule 26(e) Disclosure | Yes | | | | |
| 11 | | January 13, 2017 Email from A. Burgess to A. Miller re: AT&T/Level 3 settlement discussion | No | | | | Hearsay<br>Foundation |
| 12 | | October 30, 2017 Email from A. Miller to A. Burgess re: Level 3 settlement offer | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. Hearsay as well |
| 13 | | May 15, 2020 Correspondence from M. Hunseder to C. Steese regarding Expert Rebuttal and Damages | No | | | | Hearsay |
| 14 | | June 10, 2020 Correspondence from M. Hunseder to C. Steese regarding Calculations related to billings and enclosed spreadsheet | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. Hearsay |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Objections** |
|---|---|---|---|---|---|---|---|
| 15 | | 2019 Settlement Agreement | Yes. | | | | |
| 16 | | March 9, 2021 Level 3 Damages Analysis (through Jan. 2021) | Yes | | | | |
| 17 | | April 23, 2021 AT&T Rule 26(a)(2) Disclosure of A. Miller and accompanying exhibit | No | | | | Motion in Limine |
| 18 | | April 23, 2021 AT&T Rule 26(e) disclosure | Yes | | | | |
| 19 | | February 21, 2014 Craig John email to Ardell Burgess | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. Hearsay Foundation |
| 20 | | June 25, 2020 Level 3 Damages Analysis (through March 2020, LPC Amount reduced) | Yes | | | | |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | Objections |
|---|---|---|---|---|---|---|---|
| 21 | | June 26, 2020 Declaration of Melissa Kellow | No | | | | Hearsay |
| 22 | | Exhibit A to June 26, 2020 Declaration of Melissa Kellow | Yes | | | | |
| 23 | | March 12, 2021 AT&T Letter to Level 3 re non OTT disputes | No[2] | | | | Motion in Limine |
| 24 | | April 2, 2018 AT&T Initial Disclosure Persons with Knowledge | No | | | | Relevance<br>Hearsay<br>Motion in Limine<br>Foundation |
| 25 | | April 30, 2018 Level 3 Rule 26(a)(1) Disclosure | No | | | | Relevance<br>Hearsay<br>Motion in Limine<br>Foundation |
| 26 | | May 2, 2018 AT&T Rule 26(a)(1) Disclosure | No | | | | Relevance<br>Hearsay<br>Motion in Limine<br>Foundation |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Objections** |
|---|---|---|---|---|---|---|---|
| 27 | | January 8, 2019 Level 3 Production Cover Email | No | | | | Relevance<br>Hearsay<br>Motion in Limine<br>Foundation |
| 28 | | May 7, 2021 Level 3 Production Cover Email | No | | | | Relevance<br>Hearsay<br>Motion in Limine<br>Foundation |
| 29 | | Aug. 8, 2012 Email from A. Burgess re Aug_6_12_L3_tlkpts.pptx | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. Hearsay |
| 30 | | January 5, 2018 email from J. Torres re FW: OTT; Re: OTT (CTL_0012796) | Yes. | | | | |
| 31 | | April 19, 2018 email from E. Stocker re ICC Financial Tracker_Jan 2018.xlsx (CTL_0015989) | Yes | | | | |
| 32 | | ICC Financial Tracker_Jan 2018.xlsx (CTL_0015991) | Yes | | | | |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | **Objections** |
|---|---|---|---|---|---|---|---|
| 33 | | AT&T Corp.'s Notice of Rule 30(b)(6) Deposition | Yes | | | | |
| 34 | | July 18, 2018 Level 3 Objections and Responses to AT&T Corp's First Set of Interrogatories | Yes | | | | |
| 35 | | January 3, 2020 Level 3 Supplemental Rule 26(a)(1) Disclosure | Yes | | | | |
| 36 | | March 27, 2018 email from A. Miller to G. Potter re FW: Level 3 Price Sheet – NEW EO Update Request, and attached excel spreadsheet | | | | | Hearsay |
| | | Additional website materials as necessary | | | | | Hearsay<br>Foundation<br>Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| | | Any unobjectionable exhibit designated by Level 3 | | | | | |

| Exhibit[1] | Witness | Description | Stipulation | Offered | Admitted | Refused | Objections |
|---|---|---|---|---|---|---|---|
| | | Any document relied upon by any expert designated by the parties | | | | | |
| | | Summaries of evidence, including charts, tables, or timelines | | | | | |
| | | Demonstrative Exhibits | | | | | |
| | | Rebuttal Exhibits | | | | | |
| | | Impeachment Exhibits | | | | | |

II.   Exhibits related to a proffer of evidence that AT&T will make at trial relating to the factor issue that Judge Moore previously ruled upon (with exhibits to be stipulated into evidence identified)

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 37 | | June 28, 2017 Email from J. Torres to S. Andrews re: Level 3 Form 477 | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 38 | | October 31, 2014 Email from E. Stocker to J. Torres re: Big favor!!! Please | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 39 | | March 9, 2017 Email from A. Miller to K. Meola and A. Burgess re: Quick update | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. Hearsay |
| 40 | | October 12, 2017 Email from J. Torres to E. Stocker re: Conversation with Stocker, Edwin | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 41 | | October 24, 2017 Email from A. McClure to E. Stocker and J. Torres re: CoProvider TNs | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 42 | | October 26, 2017 Email from J. Torres to E. Stocker re: AT&T OTT | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 43 | | November 1, 2017 Email from J. Torres to K. Meola, A. Burgess, and A. Miller re: OTT Proposal Information | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 44 | | October 26, 2017 Email from S. Johnson to E. Stocker, R. Tounget, and J. Torres re: AT&T / OTT | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 45 | | February 8, 2018 Email from E. Stocker to A. McClure re: AT&T OTT Calculations | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 46 | | October 25, 2017 Appointment from E. Stocker to E. Stocker, A. McClure and J. Torres re: Review Revised OTT Data | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 47 | | June 6, 2011 West Corp. Completes Acquisition of Smoothstone IP Communications Printout | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. Hearsay Foundation |
| 48 | | Sorenson Video Relay Service Printout | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 49 | | August 3, 2016 Email from A. McClure to M. Robles re: FCC OTT Risk Analysis | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 50 | | December 2, 2016 Appointment from S. McNees to T. Fleischman, E. Stocker, R. Ratliff re: Wireline LRN Findings and OTT Estimates | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 51 | | November 28, 2017 Email from A. McClure to E. Stocker and J. Torres re: OTT Estimate Trending Data AT&T 201701023.xlsx | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 52 | | April 18, 2017 Email from A. McClure to E. Stocker re: OTT Top 20 BY Direction Over 2 Years | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. |
| 53 | | Evolve Website Printout | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment. Hearsay Foundation |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 54 | | Sorenson Video Relay Service Website Printout | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment.<br>Hearsay<br>Foundation |
| 55 | | Alianza Website Printout | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment.<br>Hearsay<br>Foundation |
| 56 | | Crexendo Website Printout | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment.<br>Hearsay<br>Foundation |
| 57 | | March 16, 2020 Expert Report of P. Pfautz and accompanying exhibits | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment.<br>Hearsay<br>Foundation |
| 58 | | May 15, 2020 Expert Rebuttal Report of Penn Pfautz and accompanying exhibits | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment.<br>Hearsay<br>Foundation |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 59 | | Dec. 31, 2016 Form 477 Filing Summary | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment.<br>Hearsay<br>Foundation |
| 60 | | July 11, 2017 Email from C. John re L3 VOIP 07112017.pptx | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment.<br>Hearsay<br>Foundation |
| 61 | | March 17, 2014 Email from A. Pierantozzi to M. Kellow re: AT&T Discussions | No | | | | |
| 62 | | May 9, 2011 Correspondence from A. Burgess to R. Ducloo and M. Green re: Bill Dispute Notification | No | | | | |
| 63 | | May 19, 2017 Email from E. Stocker to A. Miller, A. Burgess and K. Meola re: Level 3 OTT Traffic Follow-UP | No | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 64 | | August 9, 2017 Email from J. Torres to E. Stocker re: AT&T Dispute Settlement 1Q 2017 V3 (002).pptx | No | | | | |
| 65 | | OTT Estimate Trending Data AT&T April, 2017 – (CTL_0008413) | No | | | | |
| 66 | | OTT Estimate Trending Data AT&T October, 2017 (CTL_0003820) | No | | | | |
| 67 | | November 28, 2017 Email from A. McClure to E. Stocker and J. Torres re: OTT Estimate Trending Data A&T 201701023.xlsx | No | | | | |
| 68 | | OTT Estimate Trending Data AT&T November, 2017 (CTL_0014135) | No | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 69 | | March 3, 2017 Email from E. Stocker to R. Ratliff, K. Sena and A. McClure re: OTT Measurement | No | | | | |
| 70 | | Email from J. Torres to S. Johnson, R. Tounget re: AT&T/OTT | No | | | | |
| 71 | | December 14, 2017 Email from E. Stocker to S. Johnson, J. Tprres, R. Tounget re: AT&T / OTT | No | | | | |
| 72 | | March 16, 2020 Level 3 Rule 26(a)(2)(C) Disclosure and accompanying attachments | Yes in part[1] | | | | |

---

[1] Objection to McClure's attachment.

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 73 | | May 15, 2020 Level 3 Rule 26(a)(2)(C) Responsive Disclosure – A. McClure | No | | | | |
| 74 | | November 4, 2017 Email from A. Burgess to A. miller re: OTT Proposal | No | | | | |
| 75 | | October 10, 2017 Email from A. Burgess to A. Miller, K. Meola re: OTT | No | | | | |
| | | Additional website materials as necessary | No | | | | Objection, relevance as the exhibit concerns issues the Court resolved on summary judgment.<br>Hearsay<br>Foundation |
| | | Any exhibit designated for purposes of trial, or used by either party at trial | No | | | | |