IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

_____

**AT&T MOTION FOR EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**
_____

Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T"), by and through undersigned counsel, respectfully submits this Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law.

Pursuant to D.C. Colo. LCivR 7.1(a), the undersigned certifies that counsel for AT&T has conferred with counsel for Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3") (AT&T and Level 3, collectively the "Parties"), and Level 3 opposes the relief sought in this Motion.

In support of this Motion, AT&T states as follows:

1. Proposed findings of fact and conclusions of law are currently set to be filed with the Court on Wednesday, May 26. *See* Order Setting Case for Trial, ECF No. 201 at 2; *see also* Civ. Practice Standard, V.D.1.

2. Pursuant to D.C. Colo. L. Civ. R. 6.1, AT&T seeks an extension of time of six (6) days, until June 1, 2021.

3. AT&T requests the extension for three principal reasons.

    a. *First*, on May 20, 2021, the Court held a Status Conference to discuss progress in the case and the upcoming trial. During the Status Conference, the Court informed the Parties that there is currently a criminal trial scheduled to begin before the Court the day before the June 8, 2021 trial setting in this matter and that criminal trial could affect the Parties' current trial setting.

    b. *Second*, the Parties are currently working to file an amended pretrial order. To that end, they have exchanged multiple drafts of the proposed amended order. AT&T anticipates filing the amended pretrial order in advance of the May 28, 2021 Trial Preparation Conference.

    c. *Third*, the Parties are currently briefing their respective motions in limine, with replies set to be filed on Tuesday, May 25. Any rulings on the Parties' motions in limine may affect the scope of the trial, and therefore, the Parties' proposed findings of fact and conclusions of law.

4. In light of the uncertainty surrounding the trial date, the Parties' current efforts to finalize an amended pretrial order, and the fact that the Court's rulings on the

Parties' pending motions in limine may further refine the scope of the trial (thereby narrowing the issues to be addressed in proposed findings of fact and conclusions of law)—and thus for good cause being shown—AT&T hereby respectfully requests an extension of six (6) days to file proposed findings of fact, conclusions of law, and orders. If the extension is granted, the proposed findings of fact, conclusions of law, and orders will be due on June 1, 2021.

WHEREFORE, AT&T respectfully requests that the Court extend the deadline to file proposed findings of fact, conclusions of law, and orders by six (6) days—*i.e.*, to June 1, 2021.

Respectfully submitted this 25th day of May, 2021.

By: /s/Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue

3

Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

4

## CERTIFICATE OF SERVICE

      I, Justin A. Benson, hereby certify that on May 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

                                              /s/ Justin A. Benson
                                              Justin A. Benson
                                              SIDLEY AUSTIN LLP
                                              1501 K ST NW
                                              Washington, DC 20005
                                              Telephone: (202) 736-8000
                                              E-mail: jbenson@sidley.com

                                              *Attorney for Plaintiff AT&T Corp. and*
                                              *Counterclaim Defendant Teleport*
                                              *Communications Group*