**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,
      Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,
      Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNCATIONS, INC., and WILTEL COMMUNICATIONS, LLC

      Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

      Counterclaim Defendant

_____

**MOTION FOR TELEPHONIC STATUS CONFERENCE**[1]
_____

Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T"), by and through its undersigned counsel, respectfully submits this Motion for Telephonic Status Conference and, as grounds therefore, states as follows:

1.      At the May 20, 2021 Status Conference, the Court advised the parties that a criminal trial in Case No. 20-CR-00106 is set to commence on June 7, 2021 ("Criminal Case") and that the

---

[1] **Certificate of Conferral:** Per D.C. COLO. LCivR 7.1 counsel of record conferred regarding the relief requested in this Motion. The Defendants/Counterclaimants oppose this Motion.

trial in this matter would likely need to be re-set. As a result, the Court indicated that it would entertain requests for a status conference prior to the Final Trial Preparation Conference scheduled for May 28, 2021.

2. Plaintiff has checked the PACER docket report for the Criminal Case and contacted counsel for the parties in that matter and, to date, the trial in the Criminal Case is still proceeding as scheduled.

3. As a result, Plaintiff respectfully requests the Court schedule a telephonic status conference at its earliest convenience but, if possible, prior to the Final Trial Preparation Conference scheduled on May 28, 2021, to address the status of the trial in this matter and to consider taking any necessary actions, as appropriate, including vacating and re-setting the trial in this matter.

WHEREFORE, Plaintiff respectfully requests the Court schedule a telephonic status conference at the Court's earliest convenience to consider the trial setting for this matter and for such other relief as the Court deems appropriate.

Respectfully submitted this 25th day of May, 2021.

By: _s/ Rebecca B. DeCook_
Rebecca B. DeCook, #14590
Andrew T. Flynn, #43843
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
Telephone: (720) 200-0676
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

        Michael J. Hunseder
        Michael D. Warden
        Justin A. Benson
        Joshua W. Moore
        SIDLEY AUSTIN LLP
        1501 K ST NW
        Washington, DC 20005
        Telephone: (202) 736-8000
        mhunseder@sidley.com
        mwarden@sidley.com
        jbenson@sidley.com
        joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 25th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

Charles W. Steese
Douglas N. Marsh
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC, et al.*

                                                *s/ Carolyn M. Lux*