# **EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

**DECLARATION OF JUSTIN A. BENSON IN SUPPORT OF AT&T'S REPLY IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LEVEL 3'S CLAIMED LATE PAYMENT CHARGES, OR, IN THE ALTERNATIVE, AT&T MOTION TO STRIKE**

---

I, Justin A. Benson, do depose on oath and state as follows in support of the Reply in Support of the Motion of Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") to exclude evidence of Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3") claimed late payment charges or, in the alternative, AT&T Motion to Strike:

1

1. I am an associate in the law firm of Sidley Austin LLP, and am counsel for AT&T in this action.

2. I have personal knowledge of the following facts and, to the best of my knowledge, affirm that they are all true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the CenturyLink Competitive Operating Companies Tariff No. 4. The Tariff was downloaded from the Federal Communications Commission's website on May 21, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of May, 2021 in Washington, D.C.

By: /s/ Justin A. Benson

SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
jbenson@sidley.com