# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

**DECLARATION OF JUSTIN A. BENSON IN SUPPORT OF AT&T'S REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LEVEL 3'S IMPROPER DAMAGES CLAIMS**

    I, Justin A. Benson, do depose on oath and state as follows in support of the Reply in support of Motion of Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") to exclude evidence of Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3") improper damages claims ("Reply"):

1

1. I am an associate in the law firm of Sidley Austin LLP, and am counsel for AT&T in this action.

2. I have personal knowledge of the following facts and, to the best of my knowledge, affirm that they are all true and correct.

3. Attached hereto as Exhibit 1 is a true and correct copy of Level 3's Rule 26(a)(1) Initial Disclosure, dated April 30, 2018.

4. Attached hereto as Exhibit 2 is a true and correct copy of Level 3's Objections and Responses to AT&T's First Set of Interrogatories, dated July 18, 2018.

5. Attached hereto as Exhibit 3 is a true and correct copy of Level 3's Supplemental Rule 26(a)(1) Initial Disclosure, dated January 3, 2020.

6. Fact discovery in this matter closed on December 20, 2019. ECF 131. By agreement of the Parties, Level 3 deposed Marc Cathey, Teleport Communications Group, Inc.'s corporate representative, on February 11, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of May, 2021 in Washington, D.C.

By: /s/ Justin A. Benson

SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
jbenson@sidley.com

2