IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-MEH

AT&T CORPORATION,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**DECLARATION OF CHARLES W. STEESE
IN SUPPORT OF LEVEL 3'S REPLY MOTION IN LIMINE TO
EXCLUDE UNDISCLOSED WITNESSES AND DAMAGES OPINIONS**

    I, Charles W. Steese, do depose on oath and state as follows in support of Defendant Level 3 Communications, LLC's ("Level 3") Reply in Support of its Motion *in limine* to Exclude Evidence on Undisclosed Witnesses and Damages Opinions:

1. I am an partner in the law firm of Armstrong Teasdale LLP and am lead trial counsel for Level 3 in this action.

2. I have personal knowledge of the following facts and affirm that they are all true and correct.

3. The calculations provided in Allison Miller's 26(a)(2) disclosure include calculations AT&T originally sent to Level 3 in the form of an excel spreadsheet.

4. Attached hereto as Exhibit A is a true and correct copy in the form of a screenshot of the spreadsheet provided in Allison Miller's 26(a)(2) disclosure which includes calculating the data

Level 3 provided on what its end office charges were and multiplying those amounts by 65 percent.

5. Level 3 disclosed Melissa Kellow as a witness on January 3, 2020. *See* Exhibit B hereto, which is a true and correct copy of Level 3's January 3, 2020 Supplemental Rule 26(a)(1) disclosures.

6. AT&T's 30(b)(6) witness, Marc Cathey, was deposed on February 11, 2020—over a month after Ms. Kellow's disclosure. *See* Exhibit C hereto, which is a true and correct copy of the cover page of Mr. Cathey's deposition.

7. To date, AT&T has never asked to take Ms. Kellow's deposition.

8. Level 3 produced Ms. Torres's damages disclosures on March 16, 2020, when expert disclosures were due.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of May, 2021 in Denver, Colorado.

By: */s/ Charles W. Steese*
Charles W. Steese, #26924
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@atllp.com