# EXHIBIT C

CONFIDENTIAL

Page 1

1          IN THE UNITED STATES DISTRICT CIRCUIT

2               FOR THE DISTRICT OF COLORADO

3

4    CIVIL ACTION NO: 18-cv-00112-RM-MEH

5

6    AT&T CORPORATION,

7         Plaintiff/Counterclaim Defendant,

8    vs.

9    LEVEL 3 COMMUNICATIONS, LLC,

10        Defendant/Counterclaimant.

11   And

12   CROADWING COMMUNICATIONS, LLC, GLOBAL

13   CROSSING TELECOMMUNICATIONS, INC, and

14   WILTEL COMMUNICATIONS, LLC,

15        Counterclaimants,

16   V.

17   TELEPORT COMMUNICATIONS GROUP, INC.,

18        Counterclaim Defendant.

19

20   DEPOSITION OF:  MARC CATHEY

     DATE:  February 11, 2020

21   TIME:  11:02 a.m.

     PLACE: AT&T Data Center, 1876 Data Drive

22       Hoover, Alabama 35244

     BEFORE:  Jennifer Madaris, CCR, RPR

23   Job No. CS3969039

CONFIDENTIAL

Page 2

1        Deposition of MARC CATHEY called as a
2    witness by the Defendants, before Jennifer
3    Madaris, Certified Court Reporter for the State of
4    Alabama, with principal offices in Jefferson
5    County, commencing at 11:02 a.m., on the 11th day
6    of February, 2020, at 1876 Data Drive, Hoover,
7    Alabama 35244.
8
9    A P P E A R A N C E S
10
11   APPEARING ON BEHALF OF THE PLAINTIFF:
12      SIDLEY AUSTIN
13      Mr. Justin A. Benson
14      Mr. Michael J. Hunseder
15      1501 K St. NW
16      Washington, DC 20005
17
18   APPEARING ON BEHALF OF THE DEFENDANTS:
19      ARMSTRONG TEASDALE
20      Mr. Charles W. Steese
21      4643 South Ulster Street
22      Suite 800
23      Denver, Colorado 80237