IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

      Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant / Counter Claimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC., and
WILTEL COMMUNICATIONS, LLC,

      Counter Claimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

      Counter Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2021**.

      AT&T seeks to restrict access to its Response to Defendant's Motion in Limine (ECF 205). AT&T files the unredacted portions of that Response at ECF 217, and the redacted and unrestricted portions are filed as attachments to ECF 216. Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Plaintiff's Unopposed Motion to Restrict [filed May 18, 2021; ECF 216] is **granted**. The Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 217 until further order of the Court.

      Defendant seeks to restrict access to Exhibit C (ECF 220) of its Response to AT&T's Motion in Limine (ECF 207, 210). (The redacted version of Exhibit C is filed at ECF 219-4.) Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed May 18, 2021; ECF 218] is **granted**. The Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 220 until further order of the Court.

2

      Defendant seeks to restrict access to its Response (ECF 223) to AT&T's Motion in Limine (ECF 209, 211). (The redacted version of the Response is provided at ECF 222.) Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed May 18, 2021; ECF 218] is **granted**. The Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 223 until further order of the Court.

2