# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt | Date: May 26, 2021 |

**CASE NO.   18-cv-00112-RM-MEH**

| Parties | Counsel |
|---|---|
| AT&T CORP., | Angela Zambrano |
| | Michael Warden |
| Plaintiff, | Rebecca DeCook |
| v. | |
| LEVEL 3 COMMUNICATIONS, LLC, | Douglas Marsh |
| | Charles Steese |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**
**Court in session:**        9:30 a.m.

Appearances of counsel by telephone.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case, the pending bench trial date, possibly resetting the bench trial, and pending motions.

**ORDERED:** AT&T's Unopposed Motion to Restrict (Doc. 240) is GRANTED.   The Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 241 until further order of the Court.

**ORDERED:** Level 3's Unopposed Motion to Restrict (Doc. 242) is GRANTED.   The Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 244 until further order of the Court.

**ORDERED:** AT&T's Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law (Doc. 236) is GRANTED in part.   Findings of Fact and Conclusions of Law shall be filed on or before **close of business on May 27, 2021.**

**ORDERED:** **By 4:00 p.m. today, May 26, 2021,** counsel shall file notice with the Court regarding their positions as to the proposed bench trial dates discussed on the record.

**Court in recess:**     **9:42 a.m.**
**Total in court time:**     **00:12**
**Hearing concluded**