**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORPORATION,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

---

## LEVEL 3'S STATEMENT ON TRIAL DATES

Pursuant to the Court's Instructions (*see* ECF No. 248), Level 3 states as follows on its position regarding the date for trial in this matter.

Level 3 has been proceeding with preparations for trial based on the scheduled date of June 8, 2021, notwithstanding the other matter that had been scheduled for trial that week. If the Court is available to try this matter starting on June 9, 2021, Level 3's strong preference would be to hold the trial then.

Respectfully submitted this 26th day of May, 2021.

By: /s/ *Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimants Level 3 Communications, LLC, Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC*

## CERTIFICATE OF SERVICE

I, Charles W. Steese, hereby certify that on May 26, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Rebecca B. DeCook
    Andrew T. Flynn
    Moye White LLP
    1400 16th Street, 6th Floor
    Denver, CO 80202-1027
    becky.decook@moyewhite.com
    andrew.flynn@moyewhite.com

    Michael D. Warden
    Michael J. Hunseder
    Justin A. Benson
    Joshua W. Moore
    SIDLEY AUSTIN LLP
    1501 K ST NW
    Washington, DC 20005
    Telephone: (202) 736-8000
    mwarden@sidley.com
    mhunseder@sidley.com
    jbenson@sidley.com
    joshua.moore@sidley.com

    *Attorneys for Plaintiff AT&T Corp.*

    /s/ *Charles W. Steese*
    Charles W. Steese