# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,
    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,
    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

## AT&T NOTICE REGARDING POTENTIAL BENCH TRIAL DATES

---

Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") and Counterclaim Defendant Teleport Communications Group, Inc. ("TCG"), by and through undersigned counsel, respectfully submit this Notice regarding potential bench trial dates.

In support of this Notice, AT&T and TCG state as follows:

1. In response to the Court's request at the May 26, 2021 status conference, AT&T and TCG hereby respectfully request that this case be re-set for trial beginning July 14, 2021.

2. Because of the potentially-conflicting criminal trial setting as discussed during the May 22, 2021 status conference, there has been substantial uncertainty regarding the June 8-9 trial setting. Re-setting this matter for trial beginning July 14, 2021 will enable AT&T/TCG and their counsel to prepare for trial more effectively and efficiently.

3. Setting this matter for trial in July will also allow the Parties more time to meet and confer on certain disputes between them, potentially further narrowing the issues for trial, including resolving the majority of Counts III, IV, and V of Level 3's Amended Counterclaims (ECF 124).

4. With the exception of local counsel Becky DeCook, all of the counsel and witnesses for AT&T are from outside of Denver. A July trial setting will allow safer and less apprehensive travel to Denver, given the evolving and hopefully improving COVID-19 situation and increasing vaccination rates.

5. Finally, a brief adjournment of the trial to the date certain of July 14 will not prejudice any party.

WHEREFORE, AT&T and TCG respectfully request that this case be set for trial beginning July 14, 2021 for the reasons listed above.

Respectfully submitted this 26th day of May, 2021.

By: /s/Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com

2

andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

## CERTIFICATE OF SERVICE

I, Justin A. Benson, hereby certify that on May 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

/s/ Justin A. Benson
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: jbenson@sidley.com

*Attorney for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*