**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

___

**AT&T UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO LEVEL 3 MOTION IN LIMINE TO EXCLUDE EVIDENCE ON ISSUES RESOLVED ON SUMMARY JUDGMENT**
___

Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T"), by and through undersigned counsel, respectfully submits this unopposed Motion for Extension of Time to File Response to Level 3 Motion in Limine to Exclude Evidence on Issues Resolved on Summary Judgment (the "Motion in Limine") (ECF No. 226).

Pursuant to D.C. Colo. LCivR 7.1(a), the undersigned certifies that counsel for AT&T has conferred with counsel for Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3")

269324666v.1

(AT&T and Level 3, collectively the "Parties"), and Level 3 does not oppose the relief sought in this Motion.

In support of this Motion, AT&T states as follows:

1. Pursuant to D.C. Colo. L. Civ. R. 6.1, AT&T seeks an extension of time of two (2) days to file a response, until June 4, 2021.

2. Level 3 filed its Motion in Limine on May 19, 2021.  (ECF No. 226).  Pursuant to this Court's order setting the case for trial, the timing of the filing of such motion is based on the final trial preparation conference, which was originally scheduled for May 28, 2021.  *See* Order Setting Case for Trial, ECF No. 201 at 2.  Based on that Order, AT&T's response to the Motion in Limine is due on June 2, 2021 – 14 days after the filing of Level 3's Motion.  *See id.*

3. On May 26, 2021, the Court issued an order that vacated the June 8, 2021 trial date and reset the trial for July 14, 2021.  *See* ECF No. 251.  In doing so, the Court also vacated the May 28 trial preparation conference .  The Court noted that "[t]he Trial Preparation Conference will be reset by separate order."  *Id.*  As of the filing of this Motion, the Court has not yet issued an order resetting the trial preparation conference.

4. Level 3 would not suffer prejudice were AT&T granted the extension of time sought.

5. For the reasons listed above—and thus for good cause being shown—AT&T hereby respectfully requests an extension of two (2) days to file its response to Level 3's

Motion in Limine. If the extension is granted, AT&T's response to Level 3's Motion in Limine will be due on June 4, 2021.

WHEREFORE, AT&T respectfully requests that the Court extend the deadline to file its response to Level 3's Motion in Limine by two (2) days—*i.e.*, to June 4, 2021.

Respectfully submitted this 1st day of June, 2021.

By: /s/Justin A. Benson

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

**CERTIFICATE OF SERVICE**

I, Justin A. Benson, hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

/s/ Justin A. Benson
Justin A. Benson
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: jbenson@sidley.com

*Attorney for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*