# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

_____

### [PROPOSED] ORDER GRANTING AT&T'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO LEVEL 3 MOTION IN LIMINE TO EXCLUDE EVIDENCE ON ISSUES RESOLVED ON SUMMARY JUDGMENT
_____

Before the Court is Plaintiff/Counterclaim Defendant AT&T Corp.'s Unopposed Motion for Extension of Time to File Response to Level 3 Motion in Limine to Exclude Evidence on Issues Resolved on Summary Judgment.

Upon consideration of the Motion and the entire record herein, it is hereby ordered that the Motion is Granted. The deadline for AT&T to file its response to Level 3's Motion in Limine to

Exclude Evidence on Issues Resolved on Summary Judgment is extended up to and including June 4, 2021.

 It is SO ORDERED this _____ of _____, 2021.


              _____
              UNITED STATED DISTRICT JUDGE