**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

      Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING
TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

      Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

      Counterclaim Defendant

---

**AT&T'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO THEIR OFFER
OF PROOF**

---

Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") by and through undersigned

counsel, respectively moves this Court for an Order restricting public access to portions of thirty-

three (33) exhibits (the "Exhibits") attached to AT&T's Offer of Proof in order to maintain the

confidentiality of information contained therein.  Counsel for AT&T has conferred with counsel

for Level 3 Communications, LLC ("Level 3") regarding this motion in compliance with D. Colo.

1

L. Civ. R. 7.1 and is authorized to state that Level 3 does not oppose this Motion.  In support of its

Motion, and in compliance with D. Colo. L. Civ. R. 7.2, AT&T states as follows:

1.      AT&T seeks to place portions of Exhibit U under restriction.  Furthermore, at the

request of Level 3, AT&T seeks to place the entirety of Exhibit A, Exhibit B, Exhibit D, Exhibit

E, Exhibit F, Exhibit H, Exhibit I, Exhibit J, Exhibit M, Exhibit N, Exhibit O, Exhibit P, Exhibit

W, Exhibit Y, Exhibit AA, Exhibit BB, Exhibit CC, Exhibit DD, Exhibit EE, Exhibit FF, Exhibit

GG, Exhibit HH, Exhibit II, Exhibit JJ-2, Exhibit JJ-3, Exhibit KK, Exhibit PP, Exhibit QQ,

Exhibit RR, Exhibit UU, Exhibit WW, and Exhibit XX under restriction.  Regarding this latter set

of Exhibits, AT&T does not believe they should be filed under seal, however, Level 3's counsel

informed AT&T that AT&T should treat as confidential all information that Level 3 had previously

indicated is confidential—or all of the Exhibits AT&T now seeks to place entirely under seal.

2.      Per the Stipulated Protective Order Governing Confidential Information, ECF No.

62, ¶ 18 ("Protective Order"), AT&T is required to file these documents under seal.[1]

3.      AT&T's Exhibits contain sensitive information, such as information on traffic

volumes and monetary payments, as well as confidential and/or proprietary business information

which AT&T seeks to maintain as confidential and/or is obligated to maintain as confidential

pursuant to the Protective Order.

4.      If access is not restricted, AT&T will be unable to fulfill its obligation under the

Protective Order to maintain this material as confidential.

---

[1] The Protective Order requires that "[i]n the event it is necessary for the Parties to file Confidential or Highly Confidential Documents with the Court, the Documents shall be filed in accordance with the requirements of D.C.Colo.LCivR 7.2."  Protective Order ¶ 18.

5.      As to whether there are less restrictive alternatives to restriction, AT&T is filing

concurrently with this Motion, on the public docket, Exhibit U with appropriate redactions.

6.      The appropriate level of restriction is Level One—*i.e.*, access should be limited to

the parties and the Court.

Respectfully submitted this 6th day of July, 2021.

By: /s/ Rebecca B. DeCook

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

*Attorneys for Plaintiff AT&T Corp. and
Counterclaim Defendant Teleport
Communications Group*

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

3

## CERTIFICATE OF SERVICE

I, Rebecca B. DeCook, hereby certify that on July 6, 2021, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will send notification of such

filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3
Communications, LLC*

/s/ Rebecca B. DeCook
Rebecca B. DeCook
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com

*Attorney for Plaintiff AT&T Corp. and
Counterclaim Defendant Teleport
Communications Group*

4