# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

## DECLARATION OF REBECCA B. DECOOK IN SUPPORT OF AT&T'S OFFER OF PROOF

I, Rebecca B. DeCook, do depose on oath and state as follows in support of Plaintiff/Counterclaim Defendant AT&T Corp.'s ("AT&T") Offer of Proof:

1. I am a partner in the law firm of Moye White LLP, and am counsel for AT&T in this action.

2. I have personal knowledge of the following facts and, to the best of my knowledge, affirm that they are all true and correct.

1

3. Attached hereto as Exhibit A is a true and correct copy of an email sent from Jennifer Torres to Shaun Andrews on June 28, 2017.

4. Attached hereto as Exhibit B is a true and correct copy of an email sent from Edwin Stocker to Jennifer Torres on October 31, 2014.

5. Attached hereto as Exhibit C is a true and correct copy of an email sent from Alison Miller to Kimberly Meola and Ardell Burgess on March 9, 2017.

6. Attached hereto as Exhibit D is a true and correct copy of an email sent from Jennifer Torres to Edwin Stocker on October 12, 2017.

7. Attached hereto as Exhibit E is a true and correct copy of an email sent from Andrew McClure to Edwin Stocker and Jennifer Torres on October 24, 2017.

8. Attached hereto as Exhibit F is a true and correct copy of an email sent from Jennifer Torres to Edwin Stocker on October 26, 2017.

9. Attached hereto as Exhibit G is a true and correct copy of an email sent from Jennifer Torres to Kimberly Meola, Ardell Burgess, and Alison Miller on November 1, 2017.

10. Attached hereto as Exhibit H is a true and correct copy of an email sent from Scott Johnson to Edwin Stocker, Rhonda Tounget, and Jennifer Torres on October 26, 2017.

11. Attached hereto as Exhibit I is a true and correct copy of an email sent from Edwin Stocker to Andrew McClure on February 8, 2018.

12. Attached hereto as Exhibit J is a true and correct copy of an appointment sent from Edwin Stocker to Edwin Stocker, Andrew McClure, and Jennifer Torres on October 25, 2017.

13. Attached hereto as Exhibit K is a true and correct copy of a press release by West Corporation on June 6, 2011, with the title "West Corporation Completes Acquisition of Smoothstone IP Communications."

14. Attached hereto as Exhibit L is a true and correct copy of a printout regarding Sorenson Video Relay Service.

15. Attached hereto as Exhibit M is a true and correct copy of an email sent from Andrew McClure to Mike Robles on August 3, 2016.

16. Attached hereto as Exhibit N is a true and correct copy of an appointment sent from Stephanie McNees to Todd Fleischman, Edwin Stocker, and Rick Ratliff on December 2, 2016.

17. Attached hereto as Exhibit O is a true and correct copy of an email sent from Andrew McClure to Edwin Stocker and Jennifer Torres on November 28, 2017.

18. Attached hereto as Exhibit P is a true and correct copy of an email sent from Andrew McClure to Edwin Stocker on April 18, 2017.

19. Attached hereto as Exhibit Q is a true and correct copy of a printout from the Evolve website.

20. Attached hereto as Exhibit R is a true and correct copy of a printout from the Sorenson Video Replay Service website.

21. Attached hereto as Exhibit S is a true and correct copy of a printout from the Alianza website.

22. Attached hereto as Exhibit T is a true and correct copy of a printout from the Crexendo website.

23. Attached hereto as Exhibit U is a true and correct copy of the Expert Report of Penn Pfautz, executed on March 16, 2020.

24. Attached hereto as Exhibit V is a true and correct copy of the Expert Rebuttal Report of Penn Pfautz, executed on May 15, 2020.

25. Attached hereto as Exhibit W is a true and correct copy of Level 3's Form 477 filing as of December 31, 2016.

26. Attached hereto as Exhibit X is a true and correct copy of an email sent from Craig John to Ardell Burgess on July 11, 2017.

27. Attached hereto as Exhibit Y is a true and correct copy of an email sent from Andrea Pierantozzi to Melissa Kellow on March 17, 2014.

28. Attached hereto as Exhibit Z is a true and correct copy of a letter sent from Ardell Burgess to Rogier Ducloo and Mack Green on May 9, 2011.

29. Attached hereto as Exhibit AA is a true and correct copy of an email sent from Edwin Stocker to Alison Miller, Ardell Burgess, and Kimberly Meola on May 19, 2017.

30. Attached hereto as Exhibit BB is a true and correct copy of an email sent from Jennifer Torres to Edwin Stocker on August 9, 2017.

31. Attached hereto as Exhibit CC is a true and correct copy of a PDF version of the Excel spreadsheet Level 3 provided to AT&T containing information on the OTT Estimate Trending Data as of April, 2017 (CTL_0008413). Through the use of an automatic document conversion program, AT&T converted the Level 3 spreadsheet into a PDF file (such that each Excel "tab" became a separate PDF page). The substance of the spreadsheet has not been modified in any way.

32. Attached hereto as Exhibit DD is a true and correct copy of a PDF version of the Excel spreadsheet Level 3 provided to AT&T containing information on OTT Estimate Trending Data as of October, 2017 (CTL_0003829). Through the use of an automatic document conversion program, AT&T converted the Level 3 spreadsheet into a PDF file (such that each Excel "tab" became a separate PDF page). The substance of the spreadsheet has not been modified in any way.

33. Attached hereto as Exhibit EE is a true and correct copy of an email sent from Andrew McClure to Edwin Stocker and Jennifer Torres on November 28, 2017.

34. Attached hereto as Exhibit FF is a true and correct copy of a PDF version of the Excel spreadsheet Level 3 provided to AT&T containing information on OTT Estimate Trending Data as of November, 2017 (CTL_0014135). Through the use of an automatic document conversion program, AT&T converted the Level 3 spreadsheet into a PDF file (such that each Excel "tab" became a separate PDF page). Further, to comply with filing requirements, the PDF version has been divided into two exhibits: FF-1 and FF-2. The substance of the spreadsheet has not been modified in any way.

35. Attached hereto as Exhibit GG is a true and correct copy of an email sent from Edwin Stocker to Rick Ratliff, Kenneth Sena, and Andrew McClure on March 3, 2017.

36. Attached hereto as Exhibit HH is a true and correct copy of an email sent from Jennifer Torres to Scott Johnson and Rhonda Tounget (CTL_0013474).

37. Attached hereto as Exhibit II is a true and correct copy of an email sent from Edwin Stocker to Scott Johnson, Jennifer Torres, and Rhonda Tounget on December 14, 2017.

38. Attached hereto as Exhibit JJ-1 is a true and correct copy of Level 3's Rule 26(a)(2)(C) Disclosure and accompanying attachments, submitted on March 16, 2020.

39. Attached hereto as Exhibit JJ-2 is a true and correct copy of a PDF version of the Excel spreadsheet that was Exhibit 1 to Level 3's Rule 26(a)(2)(C) Disclosure, submitted on March 16, 2020.  Through the use of an automatic document conversion program, AT&T converted the Level 3 spreadsheet into a PDF file (such that each Excel "tab" became a separate PDF page).  The substance of the spreadsheet has not been modified in any way.

40. Attached hereto as Exhibit JJ-3 is a true and correct copy of a PDF version of the Excel spreadsheet that was Exhibit 2 to Level 3's Rule 26(a)(2)(C) Disclosure, submitted on March 16, 2020.  Through the use of an automatic document conversion program, AT&T converted the Level 3 spreadsheet into a PDF file (such that each Excel "tab" became a separate PDF page).  Further, to comply with filing requirements, the PDF version has been divided into three exhibits: JJ-3a, JJ-3b, and JJ-3c.  The substance of the spreadsheet has not been modified in any way.

41. Attached hereto as Exhibit KK is a true and correct copy of Level 3's Rule 26(a)(2)(C) Responsive Disclosure of Andrew McClure, submitted on May 15, 2020.

42. Attached hereto as Exhibit LL is a true and correct copy of an email sent from Ardell Burgess to Alison Miller on November 4, 2017.

43. Attached hereto as Exhibit MM is a true and correct copy of an email sent from Ardell Burgess to Alison Miller and Kimberly Meola on October 10, 2017.

44. Attached hereto as Exhibit NN is a true and correct copy of excerpts of the transcript of a deposition taken of Ardell Burgess on February 8, 2019, with highlighting added.  AT&T

intends to designate the following page:line references from the transcript: 69:2-14, 87:21-89:1, 133:21-134:12.

45. Attached hereto as Exhibit OO is a true and correct copy of excerpts of the transcript of a deposition taken of Craig John on September 13, 2019, with highlighting added. AT&T intends to designate the following page:line references from the transcript: 90:15-21, 143:8-146:25.

46. Attached hereto as Exhibit PP is a true and correct copy of the transcript of a deposition taken of Andrew McClure on June 11, 2020, with highlighting added. AT&T intends to designate the entire deposition transcript.

47. Attached hereto as Exhibit QQ is a true and correct copy of the transcript of a deposition taken of Andrew McClure on August 29, 2019, with highlighting added. AT&T intends to designate the entire deposition transcript.

48. Attached hereto as Exhibit RR is a true and correct copy of excerpts of the transcript of a deposition taken of Andrew McClure on November 18, 2019, with highlighting added. AT&T intends to designate the following page:line reference from the transcript: 91:5-12.

49. Attached hereto as Exhibit SS is a true and correct copy of excerpts of the transcript of a deposition taken of Kimberly Meola on February 7, 2019, with highlighting added. AT&T intends to designate the following page:line references from the transcript: 110:25-111:8, 112:9-25, 165:13-166:15, 179:18-180:1 198:19-199:14, 204:8-18, 205:9-23, 257:12-18, 264:16-265:16, 266:8-21.

50. Attached hereto as Exhibit TT is a true and correct copy of excerpts of the transcript of a deposition taken of Dr. Penn Pfautz on April 28, 2020, with highlighting added. AT&T

intends to designate the following page:line references from the transcript: 17:18-21, 41:7-13, 59:11-15, 91:5-10, 106:3-11, 106:14-107:17, 132:13-15, 140:16-141:2, 142:1-7, 151:15-154:20, 175:5-25, 201:8-17, 216:8-22, 219:13-18, 219:22-25, 221:20-24.

51. Attached hereto as Exhibit UU is a true and correct copy of excerpts of the transcript of a deposition taken of Mike Riederer on November 8, 2019, with highlighting added. AT&T intends to designate the following page:line reference from the transcript: 46:21-50:23.

52. Attached hereto as Exhibit VV is a true and correct copy of excerpts of the transcript of a deposition taken of George Sloan on September 24, 2019, with highlighting added. AT&T intends to designate the following page:line reference from the transcript: 76:1-77:4.

53. Attached hereto as Exhibit WW is a true and correct copy of excerpts of the transcript of a deposition taken of Jennifer Torres on August 28, 2019, with highlighting added. AT&T intends to designate the following page:line references from the transcript: 50:14-22, 66:14-67:18.

54. Attached hereto as Exhibit XX is a true and correct copy of excerpts of the transcript of a deposition taken of Jennifer Torres on December 12, 2019, with highlighting added. AT&T intends to designate the following page:line references from the transcript: 254:24-255:22, 318:25-319:16.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July, 2021 in Denver, CO.

By: *Rebecca B. DeCook*

Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com