# EXHIBIT C



**Message**

**From:** MILLER, ALISON L [am7149@att.com]
**Sent:** 3/9/2017 4:11:08 PM
**To:** MEOLA, KIMBERLY A [km1274@att.com]; BURGESS, ARDELL [ab3696@att.com]
**Subject:** RE: Quick update

Somewhat convenient that their OTT traffic has dropped to less than 20% now that they have basically have no way to overturn the decision, don't you think?

Maybe the best approach would be to ask for what they have been providing towards the Form 477 reports, similar to what we are planning to do with the general disputes? If you agree with that methodology, I can draft a reply with that request in order to try to determine the OTT % approach.

I'm not sure I understand the comments about AT&T following up after court decision, though; I thought we left it that they were going to let us know about their decision on whether or not to pursue Supreme Court avenue?

Also, weren't they supposed to be proposing a settlement offer?

Alison Miller
Lead Carrier Relations Manager
AT&T Global Connection Management
908-234-4015

*This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.*

---

**From:** MEOLA, KIMBERLY A
**Sent:** Thursday, March 09, 2017 10:32 AM
**To:** BURGESS, ARDELL <ab3696@att.com>; MILLER, ALISON L <am7149@att.com>
**Subject:** FW: Quick update

Alison,
Please draft a reply for me to send.
Thanks, Kim

---

**From:** Ross, Steve [mailto:Steve.Ross@level3.com]
**Sent:** Thursday, March 09, 2017 10:27 AM
**To:** MEOLA, KIMBERLY A <km1274@att.com>
**Cc:** Ratliff, Rick <rick.ratliff@level3.com>
**Subject:** Quick update

Kim,

We have been working on some of the OTT data since the 2015 settlement, and wanted to highlight a change in traffic mix that we have seen since that agreement was signed (which we assume AT&T will also be able to view from your call data).

Specifically, we have seen a drop in OTT traffic, particularly from one of the main OTT industry players. In parallel, we have seen a ramp in non-OTT wireless traffic.

The initial evaluation that we have done suggests OTT traffic is <20%.

Has AT&T concluded its next steps on this matter?

**PLAINTIFF'S EXHIBIT**
**39**
18-CV-0112

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0010564

Exhibit 39   Page 1 of 2

I think that, given our latest findings on the lower volumes (assuming AT&T ultimately concludes similar data), we would be open to settling this item and moving on.

That said, we are assuming that AT&T would take the next step following the court decision in terms of communicating with Level 3?

We are still working on the LRN call data, and in parallel, will be sending an offer to Alan today on the LERG project(s).

Many thanks....Steve.

Steve Ross
VP, Wholesale
Global Accounts Division
Level 3 Communications
44633 Guilford Drive
Ashburn, VA, 20147
c: 703 887 2600
e: Steve.Ross@level3.com



Your Level
ADVANTAGE
Alignment. Experience. Results.

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0010565

Exhibit 39  Page 2 of 2