# EXHIBIT G

**EXHIBIT**
Level 3-23
MG 8/28/19

| Message | |
|---|---|
| From: | Torres, Jennifer [jennifer.torres@centurylink.com] |
| Sent: | 11/1/2017 6:04:19 PM |
| To: | MEOLA, KIMBERLY A [km1274@att.com]; BURGESS, ARDELL [ab3696@att.com]; MILLER, ALISON L [am7149@att.com] |
| Subject: | OTT Proposal Information |

Hello Kim, Ardell, and Alison,

As you saw on the note to John we have made an offer to settle OTT historic and prospective through 2019. You will also notice that our OTT factor has moved from 13% to 26%, while our OTT analysis was correct we did not compare the OTT minutes to only end office traffic, it was compared to all traffic. When comparing the OTT customer volume to only end office traffic that significantly increased our factor to 26%.

Additionally, we recognize your request for CDRs with customer level information but we cannot supply this granular level of detail for proprietary reasons. Level 3 has reviewed the end office minutes, what customers are driving those minutes, and their business models. When we were unsure how to interpret business models we reached out to customers to find out more information. Although we cannot supply detailed customer level data to AT&T, that is the basis of how we examined the minutes to determine the 26%.

I wanted to provide you all with a little more granular information based on our past emails.

Please let me know if you have any questions.

Thank you,

Jennifer Torres
**Director, Business Operations**
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

This communication is the property of CenturyLink and may contain confidential or privileged information. Unauthorized use of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.

**PLAINTIFF'S EXHIBIT**
**43**
18-CV-0112

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005865

Exhibit 43  Page 1 of 1