# EXHIBIT K

EXHIBIT
Level 3-31
MG 8/29/19



June 6, 2011

## West Corporation Completes Acquisition of Smoothstone IP Communications

*Creates Leader in Hosted Unified Communications for the Enterprise*

**OMAHA, NE, June 6, 2011** - West Corporation, a leading provider of technology-driven, voice and data solutions, today announced the completion of its acquisition of Smoothstone IP Communications, adding to its market-leading unified communications portfolio. Smoothstone is now part of InterCall in West's Unified Communications operating segment.

Smoothstone is a leading provider of cloud-based communications for the enterprise. They deliver highly flexible and scalable solutions for clients' next-generation IP telephony needs. Infonetics, the international market research and consulting firm, recently ranked Smoothstone among the leaders in its third annual North America Business Voice over IP (VOIP) Services Leadership Scorecard. Smoothstone enjoys a unique position among the companies ranked in the study as the only industry player focused on the enterprise market. The report noted that Smoothstone's continued growth has been fueled "due to a strong focus on execution and its success in driving new customers onto its hosted VOIP platform, resulting in the second largest installed base of seats in 2010."

"We are excited to be joining West and believe that together we can accelerate Smoothstone's growth," said Jeff Wellemeyer, co-founder and president of Smoothstone. "The combined companies have unprecedented experience in deploying unified communications solutions from mid-market companies to the largest enterprises. Both also have deep expertise in the deployment of both Cisco and Microsoft environments."

"The acquisition of Smoothstone positions us as the leader in the enterprise unified communications marketplace," said Todd Strubbe, president of West's Unified Communications operating segment. "Together, we are able to help our clients speed the deployment of unified communications applications and services while helping to minimize the costs, complexities and risks of deploying new technology in dynamic business environments."

The Smoothstone product portfolio will be available to West's large base of clients, adding cloud-based IP telephony to a growing list of unified communications solutions. Smoothstone will continue to offer its full portfolio of applications and services, and will continue in its mission to help leading enterprises transform the way they communicate.

### About West Corporation
West Corporation is a leading provider of technology-driven, voice and data solutions. West offers its clients a broad range of communications and network infrastructure solutions that help them manage or support critical communications. West's customer contact solutions and conferencing services are designed to improve its clients' cost structure and provide reliable, high-quality services. West also provides mission-critical services, such as public safety and emergency communications.

Founded in 1986 and headquartered in Omaha, Nebraska, West serves Fortune 1000 companies and other clients in a variety of industries, including telecommunications, banking, retail, financial, technology and healthcare. West has sales and operations in the United States, Canada, Europe, the Middle East, Asia Pacific and Latin America. For more information on West Corporation, please call 1-800-841-9000 or visit www.west.com.

### About InterCall
InterCall, a subsidiary of West Corporation, is the largest conference and collaborations service provider in the world and a leading provider of global cloud-based unified communications services. Founded in 1991, InterCall offers telephony, messaging, conferencing and collaboration tools for businesses of all sizes, from large global enterprises to small or regional companies. With a global footprint and broad service capabilities, InterCall's flexible models for hosted, managed and on-premises communications services help companies get the most out of their business processes.

InterCall's strong U.S. presence, including four call centers and 26 sales offices, is bolstered by operations in Canada, Mexico, Latin America, the Caribbean, the United Kingdom, Ireland, France, Germany, Australia, New Zealand, China, India, Hong Kong, Singapore and Japan. For more information, please visit www.intercall.com.

PLAINTIFF'S EXHIBIT
47
18-CV-0112

Exhibit 47 Page 1 of 2

**About Smoothstone**

Smoothstone IP Communications is the leading provider of cloud based communications for the enterprise - including MPLS-based application networking, enterprise voice, unified threat management, advanced contact center solutions, unified messaging and collaboration tools - all delivered as a unified suite of cloud-based applications. As part of West's Unified Communications' operating segment, Smoothstone's scalable, on-demand applications and services can be integrated with a customer's existing network and telecommunications infrastructure, operational processes, and employee activities, enabling customers to migrate to unified IP communications as their business requirements dictate. For more information, visit www.smoothstone.com or call 800.773.3037.

At West Corporation:
David Pleiss
(402) 963-1500
dmpleiss@west.com

Exhibit 47 Page 2 of 2