# EXHIBIT L



Apply
Apply for SVRS at Home
Apply for Sorenson at Work
Privacy Policy &
User Agreements

SVRS Advantage
SVRS
Interpreters
Join the Team
Synergy ITP
IEP Award
Outreach
Video Center

Innovative Products
ntouch VP2
ntouch VP
ntouch for Desktop
ntouch for Mobile
Features
Buzz Apps

EXHIBIT
Level 3-32
MG 9/29/17

PLAINTIFF'S EXHIBIT
**48**
18-CV-0112

Exhibit 48 Page 1 of 5



SVRS Community
Social Media
Desktop Wallpapers
Sponsorship Request



Help
Technical Support
Contact Technical Support
User Guides and QuickHelp
Troubleshooting
Customer Service
Contact Customer Service
Compliments/Complaints
Update Your Contact Info
Moving and Reinstallation
Reset Your Password
Request Local Number
Application Status
International Travel Request
Come Back to Sorenson
Frequently Asked Questions
Internet Service Providers
Toll-Free Numbers
Service Outages

Exhibit 48   Page 2 of 5



Careers
Careers at SVRS
Become an Interpreter

SVRS

Sorenson Video Relay Service

Exhibit 48  Page 3 of 5

Sorenson Communications® is the leading provider of Video Relay Service (VRS) for the Deaf. Sorenson Video Relay Service® (SVRS®) provides the highest-quality, professional interpreters and the broadest range of products to deliver an unmatched communication experience.

ntouch® videophones are the only videophones designed specifically for the Deaf. Sorenson provides extensive outreach, technical support and education programs, so users can communicate with anyone, anywhere, anytime.

Through a high-speed internet connection, Deaf individuals using a videophone, computer or mobile device, place SVRS calls to hearing people, who receive the calls on a standard phone. Calls are routed through an interpreting center, where an interpreter, fluent in ASL and spoken English or Spanish, appears on the device. The Deaf caller signs the message to the interpreter, and the interpreter relays the conversation between the two parties. As callers use their native language, communication is smooth and seamless. This 24/7 service is paid for by the government's Telecommunications Relay Service (TRS) fund.



1. Deaf user signs to the interpreter
2. Interpreter speaks to the hearing user
3. Hearing user speaks to interpreter
4. Interpreter signs to the deaf user

If you don't have access to a Sorenson videophone, you can still use SVRS. Dial **1-866-327-8877** from any videophone and you will be connected to the Sorenson video interpreters you trust.

Sorenson also offers SVRS® Español, a 24/7 relay service that connects Deaf callers to hearing individuals who use spoken Spanish.

Request Info



Español | Careers | Comments | Company | Service Outages

Exhibit 48 Page 4 of 5

admin

Privacy Policy | FCC Disclaimer | 911/Legal Disclaimer | Relay User Agreement

   

Sorenson Video Relay Service® (SVRS®) is a service for the Deaf community paid for by the U.S. government's Telecommunications Relay Service (TRS) fund.

© 2019 Sorenson Communications, LLC All rights reserved.

Exhibit 48  Page 5 of 5