# EXHIBIT Q

PLAINTIFF'S EXHIBIT
**53**
18-CV-0112



Contact Us

## Company



# About Us

Evolve IP is The Cloud Strategy Company™

McClure
**64**
RS   06-11-2020



## Why Customers Choose Evolve IP

Evolve IP makes the work experience better. We take the tools you'd typically use at the office, like a phone and the apps on your desktop, and deliver them from a single portal that users can access on any device.  Employers are increasingly aware of the importance of a 'work anywhere' mindset where employees want to be more productive and collaborate in meaningful ways no matter where they are, or what time it is. Evolve IP enables employees to contribute to the business in ways that fit their lifestyles while their company's IT becomes more secure, more dependable and much easier to manage.

Our Purpose-Built® cloud solutions unify collaboration and communications, SaaS and hosted applications, access management, cloud desktops, and contact centers and leverage industry-leading technology partners like

Citrix, VMware, and our own intellectual property. We are fully invested in building lasting relationships with our clients because our success is built around businesses expanding their services within the Evolve IP OneCloud™.

This focus keeps us dedicated to driving successful client outcomes and has resulted in Evolve IP scoring consistently at the top of verified analyst and client satisfaction rankings. It has also led to our solutions being deployed to over 500,000 users around the globe at thousands of enterprises, including some of the world's most well-known brands.

Click on our solutions to learn more: Collaboration, Workspaces, and Contact Centers

**Recommended For You**                                                    X



Remote Work Considerations – Securing the New Corporate Network



IP Phone System Comparison Matrix



Key Findings on Teams and Collaboration



Checklist: Questions to Consider Before Choosing a Business Collaboration Tool

E-Book







Exhibit 53  Page 1 of 7

**Thomas J. Gravina**
Executive Chairman of the Board and Co-Founder

**Michael Peterson**
Vice Chairman and Co-Founder





**Guy Fardone**
Chief Executive Officer and Founding Partner

**Tim Allen**
Chief Sales and Marketing Officer and Founding Partner

**Scott Kinka**
Chief Technical and Product Development Officer and Founding Partner

View Our Leadership Team



## Evolve Cares

Our commitment as an organization has always been to the communities in which we live

Exhibit 53  Page 2 of 7



and work. We strive to participate in local events that will have a positive effect on the families and businesses within those communities. Evolve IP and all of the GPX companies are happy to share our time and talents with numerous local organizations and charities. Since 2009, we have donated over 7,200 volunteer hours to these wonderful causes. Since 2006, we have donated and raised over $6.5 million for these organizations.

+ View All

## Recommended For You



Contact Center Decision-Makers' Guide 2019-20



Checklist: Questions to Consider Before Choosing a Business Collaboration Tool



PBX TCO Calculator



Remote Work Considerations – Securing the New Corporate Network

Exhibit 53  Page 3 of 7

## Compliance is a way to do business … not an afterthought when clients need it.

At Evolve IP we have a dedicated compliance and security practice and work with two of the world's top 3rd-party compliance auditors, Grant Thornton and Ernst & Young, to enable customers to extend their compliance to our fully audited cloud. This focus allows us to deliver the documentation and assurances that other's simply cannot including HIPAA / HITRUST, PCI-DSS (all 12 sections), SOC 2/3 and more. The Compliance Cloud™ includes true client isolation, encryption in transit and at rest, private VLANs, firewalls and dozens of other security measures.

    

## What Our Clients Say

     

● ○ ● ● ●

*"Hey, IT people, As I'm working away in my home office, I just wanted to say thanks to you for all you're doing, and have done in the past, to make it possible for us to run our company virtually. Not many of us JICers have jobs that everyone in the firm sees and could stop us from doing business. But you have this job, and do it well. Thank you for having the foresight and wisdom to get us in a position to succeed in a pandemic! You're awesome."*

*Michael D. Barnes, Esq., CTFA President, Principal*

## What the Experts Think

Our analyst-acclaimed solutions are built on a world-class, compliant architecture that leverages the blue-chip technologies

Exhibit 53  Page 4 of 7

organizations already know and trust.











## Gartner

We deploy best-of-breed solutions including: Disaster Recovery, Contact Center, Unified Communications, DaaS, IaaS. Our services are analyst-acclaimed, vendor-validated, client recommended and award-winning.

## Latest Blog Posts



The Work Anywhere Device Conundrum Series | Part 1

Top 15 Questions to Ask Yourself Before Choosing a Work Anywhere Unified Communications and Collaboration

## Latest Press Releases

Johnson Investment Counsel's Pandemic and Business Continuity Planning Enables Employees to Work Anywhere

*June 2, 2020 / Evolve IP*

[vc_row][vc_column][vc_column_text] Ensures "Seamless Experience" Between Work-From-Home Advisors and Clients With Integrated Collaboration, Communications and Virtual Workspaces From Evolve IP WAYNE, Pa. — June 2, 2020 — Johnson Investment Counsel, one…

Evolve IP has Teamed with Ingram Micro

*May 15, 2020 / Evolve IP*

Evolve IP announced it has teamed with Ingram Micro to make it easier for channel partners to market, sell, and deploy Desktop as a Service (DaaS) to businesses throughout the…

Exhibit 53  Page 5 of 7



Solution



6 Types of Remote Workers and how to support them

View More

Evolve IP Offers Rapid Deployment of Desktop as a Service to Ingram Micro Channel Partners

*May 11, 2020 / Evolve IP*

Teams with Ingram Micro to Enable Channel Partners to Market, Sell and Deploy Full Cloud Desktop Capabilities with VMware Horizon DaaS in Five Days or Less to Businesses in North…

Evolve IP and Pax8 partner to offer Evolve Teams with Enterprise Voice

*April 27, 2020 / Evolve IP*

Cloud distributor Pax8 has partnered with Wayne PA-based Cloud Service Provider [CSP] Evolve IP, to bring Evolve Teams with Enterprise Voice to Pax8's MSP partners across North America. Ideally suited…

View More

---



**Collaboration**

Microsoft Teams

UC-One Connect

**Contact Center**

Contact Center

Omnichannel

Workforce Optimization

Implementation & Training

Features & Options

**Workspaces**

Desktop-as-a-Service

Access Management

Remote Monitoring & Management

Mobile Device Management

Virtual Device Clients

Sales:
☐ - 877.459.4347
☐ - info@evolveip.net

Support:
☐ - 877.459.4347, Opt. 2
☐ - support@evolveip.net


 UK    NL    DE

© 2020 Evolve IP, LLC. All Rights Reserved.

Privacy Policy | Terms & Conditions | Knowledge Base | Site Map

Exhibit 53  Page 6 of 7

Exhibit 53  Page 7 of 7