# EXHIBIT R

McClure
66
RS 06-11-2020




# The VRS leader

PLAINTIFF'S EXHIBIT
54
18-CV-0112

We Don't Sell Your Personal Data | ×



# How it works



Through a high-speed internet connection, Deaf callers use a **videophone, computer, or mobile device,** to place Sorenson Relay calls to hearing people, who receive the calls on a standard phone.



Calls route through an interpreting center, where an **interpreter, fluent in ASL and spoken English or Spanish**, appears on the device.

We Don't Sell Your Personal Data | X









We Don't Sell Your Personal Data | ×

**SIGN UP FOR RELAY**



Products Services Resources About Legal Outage

SIGN UP FOR RELAY
GET AN INTERPRETER

Sorenson Video Relay Service® (SVRS®) is a service for the Deaf community paid for by the U.S. government's Telecommunications Relay Service (TRS) fund.

© 2020 Sorenson Communications, LLC. All rights reserved.

We Don't Sell Your Personal Data | ×