# EXHIBIT S



# Mobility and WiFi

## Extend Your Cloud Communications to LTE and WiFi

Your customers want to communicate anywhere, anytime and with any device. The Alianza Mobility solution allows service providers to extend their residential and business services to smartphones, tablets and PCs with soft clients from our Technology Partners.

We can help you add more value to fixed VoIP services by enabling subscribers to make and receive calls across multiple devices connected in the home or business or while on the go.



The key features of our Residential Voice and Hosted PBX solutions can be made mobile for home phone, mobile office or MVNO VoIP applications. With our user-centric model, you can easily provide a single number with a universal calling plan across numerous devices.

## Bundled with Carrier Services

Our Carrier Network partners provide the local numbers and toll-free numbers along with bundles of local and long distance minutes you need to deliver a complete solution.

Exhibit 55   Page 1 of 3

## Read Our Blog

Find unclouded thinking on VoIP, IMS, NFV, network transformation and more in Call to the Cloud.

## Service Provider VoIP: Next Gen is the Cloud

It's time for a radically better service delivery solution. Discover why in this white paper.

Exhibit 55  Page 2 of 3



## Ready to See a Demo?

Experience our Cloud Voice Platform firsthand and discover how we can help your company.



1064 S North County Blvd
Pleasant Grove, Utah 84062 USA

+1 (801) 802-6400
info@alianza.com

Why Radically Transform Voice

© 2020 Alianza, Inc.. All Rights Reserved.

Privacy Policy | Terms of Use

Exhibit 55  Page 3 of 3