# EXHIBIT T



Menu a

McClure
**68**
RS   06-11-2020

X

Crexendo's response to Coronavirus – Here is how we are assisting our customers and our community | **Learn More**

# CLOUD

Everything Is Moving To The Cloud

PLAINTIFF'S EXHIBIT
**56**
18-CV-0112



Crexendo Business Continuity

Exhibit 56  Page 1 of 3



It's not a matter of IF you move to the cloud, it's when. Ride The Cloud now and take advantage of huge savings and efficiencies!

Everything is moving to the cloud. Smart companies are taking advantage of the flexibility, ease-of-use, and cost savings that come with scalable cloud Communications solutions. Quick-to-market and simple to adopt and support, cloud solutions are fast becoming the go-to solution for businesses that don't want to deal with the hassle and costs of on-site PBX's and other communications equipment.

Here are the Top Ten Reasons to Move Your Business Communications to the Cloud

## Crexendo's Complete Cloud Solution



- Crexendo intuitive web portal gives you the ability to quickly fail over calls to your cell phone or simply route calls to another location.
- Your online portal allows the company to make adjustments on-demand to it's without having to call a third-party specialist.
- Ability to take your business phone and plug it into any internet connection anywhere, your business won't miss a beat.

Exhibit 56  Page 2 of 3

- Internet down? No problem! Crexendo's phone system is still able to answer and return all your calls.

## SCHEDULE A DEMO NOW!

SCHEDULE NOW



QUICK LINKS

Brilliant, Intuitive Communications
© 2019 Crexendo, Inc. All rights reserved.

Solutions

Partners

Company

Blog

News

Contact

Website By Cogent Software, LLC

Exhibit 56 Page 3 of 3