# EXHIBIT X

Message

From: JOHN, CRAIG R [cj3296@att.com]
Sent: 7/11/2017 10:18:21 PM
To: BURGESS, ARDELL [ab3696@att.com]
CC: MEOLA, KIMBERLY A [km1274@att.com]
Subject: L3 VOIP 07112017.pptx



EXHIBIT
AT+T 36
2-7-19

Ardell,

Here are some of the summary data for Level3 obtained from the recent secret shopper studies.

Phone.com appears to be the only OTT vendor that L3 does not provide service to anymore. They moved their business to Bandwidth.com.

Craig John

PLAINTIFF'S EXHIBIT
**60**
18-CV-0112

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

Exhibit 60  Page 1 of 2

ATT_PROD_0012490

## Level3 is a Major Provider of Telephone Numbers to the Largest VOIP Providers

| Name of VOIP Provider | % Telephone Numbers 2015 | % Telephone Numbers 2017 |
|---|---|---|
| Efax.com | 15% | 10% |
| Vonage | 57% | 58% |
| VOIP.com | 30% | 32% |
| Phone.com | 96% | 0% |
| Broadvoice.com | 30% | 43% |
| AXVoice.com | 30% | 20% |
| Thinkbright.net | 71% | 63% |
| OneBox(cloud PBX) | 10% | 24% |
| Evoice.com | 17% | 23% |
| Phonepower.com | | 34% |
| Mightycall.com | | 59% |

AT&T Proprietary (Restricted)
Only for use by authorized individuals within the AT&T companies and not for general distribution

at&t

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

Exhibit 60  Page 2 of 2

ATT_PROD_0012491