# EXHIBIT JJ-2
# (Filed Under Seal)