# EXHIBIT JJ-3
# (Filed Under Seal)