# EXHIBIT LL

Message

**From:** BURGESS, ARDELL [ab3696@att.com]
**Sent:** 11/4/2017 7:42:44 PM
**To:** MILLER, ALISON L [am7149@att.com]
**Subject:** FW: OTT Proposal

*Cant wait for this discussion*

A. Burgess
Director - ATT Global Connection Management
Office: 908-234-5513
Mobile: 908-432-4879
Email: ab3696@att.com

EXHIBIT
AT+T 50
2-8-19

*"This email and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited."*

**From:** NOLAN, JOHN C
**Sent:** Friday, November 03, 2017 7:45 PM
**To:** BURGESS, ARDELL <ab3696@att.com>
**Subject:** FW: OTT Proposal

Let's talk **1ˢᵗ** thing Monday morning.

jcn

**From:** Torres, Jennifer [mailto:jennifer.torres@centurylink.com]
**Sent:** Friday, November 3, 2017 3:25 PM
**To:** BURGESS, ARDELL <ab3696@att.com>; NOLAN, JOHN C <jn696a@att.com>; MEOLA, KIMBERLY A <km1274@att.com>; MILLER, ALISON L <am7149@att.com>
**Cc:** Riederer, Mike <Mike.Riederer@centurylink.com>; Andrews, Shaun <Shaun.Andrews@centurylink.com>; Stocker, Edwin <Edwin.Stocker@centurylink.com>
**Subject:** RE: OTT Proposal

Hello Ardell, as mentioned in the offer email we are attempting to come to an agreement on a number vs a methodology. However, I understand the need for some background, as we've shared previously our OTT methodology calculation is laid out below.

To calculate the OTT volumes are for our end office traffic Level 3 performed a detailed analysis of the post-settlement OTT traffic to determine the actual OTT traffic on the Level 3 network.

• The methodology started by measuring traffic at 5 different points in time since the settlement, updating the data every 6 months: July 2015, January 2016, July 2016, January 2017, July 2017:
1. Pulled the actual End Office minutes by Level 3 customer for each of those four months.
2. Estimated, by level 3 customer, the percentage of traffic that would be OTT and calculated the total OTT minutes.
3. When the customer business model was in question, Level 3 reached out to the customer to get their estimate of OTT traffic terminating to the end users.
4. Divided OTT Minutes by total EO minutes to determine the OTT traffic %.
5. Applied that OTT traffic percentage to the monthly volumes to determine the OTT traffic volume by month
6. Determined on average, 26% of our traffic to be OTT

Thank you,

**PLAINTIFF'S EXHIBIT**
**74**
18-CV-0112

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0010071

Exhibit 74  Page 1 of 4

Jennifer Torres
Director, Business Operations
Global Marketing Organization
CenturyLink
1025 Eldorado Blvd
Broomfield, Colorado
p: 720-888-2133
e: Jennifer.Torres@centurylink.com



**From:** BURGESS, ARDELL [mailto:ab3696@att.com]
**Sent:** Thursday, November 02, 2017 11:17 AM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>; NOLAN, JOHN C <jn696a@att.com>; MEOLA, KIMBERLY A <km1274@att.com>; MILLER, ALISON L <am7149@att.com>
**Cc:** Riederer, Mike <Mike.Riederer@Level3.com>; Andrews, Shaun <Shaun.Andrews@centurylink.com>; Stocker, Edwin <Edwin.Stocker@Level3.com>
**Subject:** RE: OTT Proposal

Jennifer,

This confirms receipt of your email.

Can I expect any additional analytical detail to validate the OTT factors you have presented in your offer?

Thanks,

A. Burgess
Director - ATT Global Connection Management
Office:  908-234-5513
Mobile: 908-432-4879
Email:   ab3696@att.com

"This email and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited."

**From:** Torres, Jennifer [mailto:jennifer.torres@centurylink.com]
**Sent:** Wednesday, November 01, 2017 2:04 PM
**To:** NOLAN, JOHN C <jn696a@att.com>; MEOLA, KIMBERLY A <km1274@att.com>; BURGESS, ARDELL <ab3696@att.com>; MILLER, ALISON L <am7149@att.com>
**Cc:** Riederer, Mike <Mike.Riederer@centurylink.com>; Andrews, Shaun <Shaun.Andrews@centurylink.com>; Stocker, Edwin <Edwin.Stocker@centurylink.com>
**Subject:** RE: OTT Proposal

Hello John,

Per our discussion yesterday agreeing to focus on what number we can both agree to instead of continue analysis, we would like to propose a settlement on the OTT amounts in dispute.

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0010072

Exhibit 74  Page 2 of 4

After careful review of our customers driving our end office volumes we can report that our OTT factor for this traffic is 26%.

We recognize AT&T believes the amount to be higher, for that reason we are prepared to offer the following in order to resolve this issue:
- For traffic from June 2015 – May 2017: OTT traffic 35% of end office charges, we will credit half of this 35% resulting in a credit of approximately $4.4M
- For June 2017 forward: OTT is 26% of our traffic for which Level 3 would credit this amount in full upon quarterly true ups, this would result in approximately $900K additional credit through 2017
- We agree to hold that OTT is 26% of our OTT traffic through December 2019; Level 3 will continue to review it's traffic every 6 months and communicate any changes in this factor when the analysis is complete, upon which time, the two companies will determine if the OTT factor needs modification for go forward credits.

Please let us know if you have any questions.

Jennifer Torres
Director, Business Operations
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com


-----Original Appointment-----
**From:** Riederer, Mike
**Sent:** Tuesday, October 31, 2017 10:34 AM
**To:** Riederer, Mike; Torres, Jennifer; Morche, Edward; Andrews, Shaun; jn696a@att.com
**Subject:** OTT Proposal
**When:** Tuesday, October 31, 2017 4:00 PM-4:30 PM (UTC-07:00) Mountain Time (US & Canada).
**Where:** Skype

## → Join Skype Meeting

Trouble Joining? Try Skype Web App

### Join by phone

1-888-431-1079 United States, access code: 42829027 (USA_Conferencing)    English (United States)
720-888-9891 Broomfield, access code: 42829027 (USA_Conferencing)    English (United States)
08000156286 United Kingdom, access code: 42829027 (USA_Conferencing)    English (United Kingdom)
08001830880 Germany, access code: 42829027 (USA_Conferencing)    German (Germany)
08000223469 Netherlands, access code: 42829027 (USA_Conferencing)    Dutch (Netherlands)
Hong Kong  800 966 162, access code: 42829027 (USA_Conferencing)    English (United Kingdom)
Singapore  800 101 2379, access code: 42829027 (USA_Conferencing)    English (United Kingdom)
China  1 0800 1401410, access code: 42829027 (USA_Conferencing)    Chinese (Simplified, PRC)
Taiwan  0080 1127227, access code: 42829027 (USA_Conferencing)    Chinese (Traditional, Taiwan)
Australia  1 800 017394, access code: 42829027 (USA_Conferencing)    English (Australia)
Japan 0120914080, access code: 42829027 (USA_Conferencing)    Japanese (Japan)

Find a local number

Conference ID: 42829027 (same as access code above)
Forgot your dial-in PIN? | Help

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0010073

Exhibit 74  Page 3 of 4

This communication is the property of CenturyLink and may contain confidential or privileged information. Unauthorized use of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.
This communication is the property of CenturyLink and may contain confidential or privileged information. Unauthorized use of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.
This communication is the property of CenturyLink and may contain confidential or privileged information. Unauthorized use of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0010074

Exhibit 74  Page 4 of 4