# EXHIBIT MM

Message

**From:** BURGESS, ARDELL [ab3696@att.com]
**Sent:** 10/10/2017 7:20:03 PM
**To:** MILLER, ALISON L [am7149@att.com]; MEOLA, KIMBERLY A [km1274@att.com]
**Subject:** RE: OTT

*Can't wait for story time to begin…my blankie is ready…*

A. Burgess
Director - ATT Global Connection Management
Office: 908-234-5513
Mobile: 908-432-4879
Email: ab3696@att.com

"This email and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited."

**From:** MILLER, ALISON L
**Sent:** Tuesday, October 10, 2017 2:54 PM
**To:** BURGESS, ARDELL <ab3696@att.com>; MEOLA, KIMBERLY A <km1274@att.com>
**Subject:** FW: OTT

FYI on response to my request last week for CDRs & TNs for OTT.

*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.

**From:** Torres, Jennifer [mailto:jennifer.torres@level3.com]
**Sent:** Tuesday, October 10, 2017 2:06 PM
**To:** MILLER, ALISON L <am7149@att.com>
**Subject:** RE: OTT

Hi Alison, I wanted to drop you a note to say I'm circling back to OTT now. I'll look into some information and get back with you.

Apologies for the delay.

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

 

**From:** MILLER, ALISON L [mailto:am7149@att.com]
**Sent:** Monday, October 02, 2017 7:25 AM

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005741

Exhibit 75 Page 1 of 10

**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Subject:** RE: OTT

Jennifer,

I wanted to follow-up on this inquiry about the OTT data you provided that does not appear to reflect the volumes associated with EO switching. I don't believe this file will be helpful in determining the OTT percentage. We had previously requested the CDRs and a list of OTT TNs in order to determine the OTT %. Can we get that information?

*Thanks,*
*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

*This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.*

**From:** MILLER, ALISON L
**Sent:** Wednesday, September 20, 2017 11:55 AM
**To:** 'Torres, Jennifer' <jennifer.torres@level3.com>
**Subject:** RE: OTT

For example, EO is not applicable for wireless traffic yet Sprint PCS was identified as having 58% of the volumes for the originating MOUs.

*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

*This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.*

**From:** Torres, Jennifer [mailto:jennifer.torres@level3.com]
**Sent:** Wednesday, September 20, 2017 11:22 AM
**To:** MILLER, ALISON L <am7149@att.com>
**Subject:** RE: OTT

Hi Alison, apologies, I am not following. What portion are you referring to for volumes not including EO switching?

Thank you,

Jennifer Torres
**Director, Business Operations**
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

 

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005742

Exhibit 75  Page 2 of 10

**From:** MILLER, ALISON L [mailto:am7149@att.com]
**Sent:** Wednesday, September 20, 2017 7:44 AM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Subject:** OTT

Jennifer,

Can you help me understand why L3 included volumes in the OTT file that do not incur an end office switching expense by L3?

*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.

**From:** Torres, Jennifer [mailto:jennifer.torres@level3.com]
**Sent:** Tuesday, September 12, 2017 12:43 PM
**To:** MEOLA, KIMBERLY A <km1274@att.com>
**Cc:** Stocker, Edwin <Edwin.Stocker@level3.com>; MILLER, ALISON L <am7149@att.com>; Andrews, Shaun <Shaun.Andrews@level3.com>; BURGESS, ARDELL <ab3696@att.com>
**Subject:** RE: AT&T/Level 3 Settlement document

Hi Kim,

I pulled together a different view of total MOU describing how we determined the OTT percent. As we discussed, the last view providing OTT detail didn't provide an idea on how much of the total MOU we were looking at. This updated view is providing the added information showing just that. This is taking the CDR detail and summarizing the TN information at our customer level. We do have to tread lightly here for CPNI issues, we did receive legal approval to share this view with you but sharing a full CDR view with customer level information for each TN has not been approved.

Let me know your thoughts on this view.

Thank you,

Jennifer Torres
**Director, Business Operations**
**Level 3 Communications**
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

 

**From:** MEOLA, KIMBERLY A [mailto:km1274@att.com]
**Sent:** Tuesday, September 12, 2017 6:12 AM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Cc:** MILLER, ALISON L <am7149@att.com>; Andrews, Shaun <Shaun.Andrews@Level3.com>; BURGESS, ARDELL

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005743

Exhibit 75   Page 3 of 10

<ab3696@att.com>; Stocker, Edwin <Edwin.Stocker@Level3.com>
**Subject:** Re: AT&T/Level 3 Settlement document

Jennifer

Terrific. Thank you. Can you please also let us know the status of the requested info to get our arms around the OTT factor? I would like to get this moving as well

Thank you

Sent from my iPhone

On Sep 11, 2017, at 4:10 PM, Torres, Jennifer <jennifer.torres@level3.com> wrote:

Hi Kim, I think we can make that work. I'll sync up with the team discussing the wholesale items after that discussion.

Thank you,

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

<image001.png>                                    <image002.png>

**From:** MEOLA, KIMBERLY A [mailto:km1274@att.com]
**Sent:** Monday, September 11, 2017 2:00 PM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>; MILLER, ALISON L <am7149@att.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@Level3.com>; BURGESS, ARDELL <ab3696@att.com>; Stocker, Edwin <Edwin.Stocker@Level3.com>
**Subject:** RE: AT&T/Level 3 Settlement document

Hello Jennifer,
Alison has provided you feedback on the Comcast double bill issue, to try to close that out.
The Wholesale team had a call today with L3 and they are shooting to have the Wholesale issues wrapped up by the end of the week.
That would be great if we could shoot to have all of these closed out by the end of the week.

We look forward to hearing back from you,
Kim

**From:** Torres, Jennifer [mailto:jennifer.torres@level3.com]
**Sent:** Thursday, September 07, 2017 10:38 AM
**To:** MILLER, ALISON L <am7149@att.com>; MEOLA, KIMBERLY A <km1274@att.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@level3.com>; BURGESS, ARDELL <ab3696@att.com>; Stocker, Edwin <Edwin.Stocker@level3.com>
**Subject:** RE: AT&T/Level 3 Settlement document

Hello Kim, in regards to the voicemail that you left Shaun yesterday, I sent a note to Mike to get a status of where we're at from his point of view on the items he was discussing with John.

In regards to the IntraMTA, CPN, and 8yy items, does AT&T agree with the outlines below to be able to move forward with signatures of both the IntraMTA document and the document for the LRN and 8YY issues? If so, then from our

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005744

Exhibit 75   Page 4 of 10

point of view we can move forward with signature on those two documents to be able to close out these 3 items and get focused back on OTT.

Thank you,

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

<image001.png>                                                    <image002.png>


**From:** Torres, Jennifer
**Sent:** Thursday, August 31, 2017 1:18 PM
**To:** MILLER, ALISON L <am7149@att.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@Level3.com>; BURGESS, ARDELL <ab3696@att.com>; MEOLA, KIMBERLY A <km1274@att.com>
**Subject:** RE: AT&T/Level 3 Settlement document

Hi Alison,

I was able to get the traffic study internally showing us the amount of Comcast originated 8YY traffic coming into our network and being sent to AT&T. The attached workbook has a tab labeled "traffic study" showing the percent of the call quantities either from Comcast directly or from a wholesale customer (but still originating from a "Comcast" owned TN per a LERG or NPAC lookup), you will see that we range from 3%-14% of Comcast originated traffic is not received directly from Comcast.

I agree that the timeframe of when we seem to no longer have issues looks to be more around the August 2016 bill date time frame, in the interest of settling this to move forward I propose the following:
- Reducing your dispute amounts by the actual known call quantities not received from Comcast directly 3/2015-5/2016 and 3/2016-8/2016 bill dates.
- For bill dates 6/2015-2/2016 using the Level 3 calculated overbilled amounts
- This brings the Level 3 settlement offer up to $757,263 (detail in the attached)

I have updated the attached settlement document to reflect this new amount.

For IntraMTA, I do not know where the issues of ASC Cancellations and LPC stand but do know Mike Riederer is trying to connect with John Nolan, Mike thought we were further off on those two disputes. Since we are in agreement on IntraMTA we would like to propose we move forward without including the ASC Cancellation and LPC disputes in the IntraMTA document to continue to clean up historic items. I am re-attaching the IntraMTA document previously shared.

Thank you,

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

<image001.png>                                                    <image002.png>

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005745

Exhibit 75  Page 5 of 10

**From:** Torres, Jennifer
**Sent:** Wednesday, August 30, 2017 3:17 PM
**To:** MILLER, ALISON L <am7149@att.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@Level3.com>; BURGESS, ARDELL <ab3696@att.com>; MEOLA, KIMBERLY A <km1274@att.com>
**Subject:** RE: AT&T/Level 3 Settlement document

Hi Alison, I've been working with teams to pull more information internally. Our revenue assurance team is sure that the issue was fixed in Feb so I'm trying to figure out some reasons why our time period post Feb 2016 would be so far apart. I'll send you an update tomorrow, hopefully I'll have something.

Thank you,

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

<image001.png>                               <image002.png>

**From:** MILLER, ALISON L [mailto:am7149@att.com]
**Sent:** Wednesday, August 30, 2017 3:09 PM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@Level3.com>; BURGESS, ARDELL <ab3696@att.com>; MEOLA, KIMBERLY A <km1274@att.com>
**Subject:** RE: AT&T/Level 3 Settlement document

Jennifer,

Have you had a chance to review this proposal? If so, and you agree, I will update the draft settlement agreement accordingly.

*Thanks,*
*Alison Miller*
*Lead Carrier Relations Manager*
*AT&T Global Connection Management*
*908-234-4015*

This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.

**From:** MILLER, ALISON L
**Sent:** Monday, August 28, 2017 5:48 PM
**To:** Torres, Jennifer <jennifer.torres@level3.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@level3.com>; BURGESS, ARDELL <ab3696@att.com>; MEOLA, KIMBERLY A <km1274@att.com>
**Subject:** RE: AT&T/Level 3 Settlement document

Jennifer,

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005746

Exhibit 75   Page 6 of 10

I have reviewed the excel information you provided, however it doesn't include any of the supporting detail that would be needed to validate.

In the meantime, I decided to look at the Teoco dispute data that was provided to Level 3 and I reached out to Comcast to discuss the claim you made. Comcast noted that they are not actively engaged in this wholesale market. Additionally, given the information you provided about the inventory issue being corrected in Feb 2016, I expected to see a drop in query billing after this timeframe. However, the claim data suggests the issue continued beyond February, as reflected in the pivot below. The disputes are still considerable after the February 16 bill date. It appears the issue continued until at least August, and the total claim value through August is $941,192.85.

In lieu of exchanging call detail information and completing exhaustive analytics, I would like to propose the following to settle this matter. AT&T will reduce its' dispute value through June 2017 to $940K based upon the information presented, and Level 3 would net the value of this credit against the $900K payment due for the Non-Level 3 CPN dispute.

Please let me know if you agree, and we can include this in the current draft settlement.

| Row Labels | Sum of Dispute Amount |
|---|---|
| 7/1/2015 | $16,925.32 |
| 8/1/2015 | $16,925.32 |
| (blank) | |
| Grand Total | $33,850.64 |

| Row Labels | Sum of Dispute Amt |
|---|---|
| 3/1/2015 | $1,794.04 |
| 4/1/2015 | $2,932.72 |
| 5/1/2015 | $21,939.93 |
| 6/1/2015 | $39,174.52 |
| 10/1/2015 | $21.02 |
| 11/1/2015 | $227,495.62 |
| 12/1/2015 | $83,152.40 |
| 1/1/2016 | $105,584.55 |
| 2/1/2016 | $68,340.45 |
| 3/1/2016 | $89,830.86 |
| 4/1/2016 | $105,675.23 |
| 5/1/2016 | $71,554.09 |
| 6/1/2016 | $32,802.61 |
| 7/1/2016 | $31,875.44 |
| 8/1/2016 | $25,168.73 |
| 9/1/2016 | $550.85 |
| 10/1/2016 | $525.77 |
| 11/1/2016 | $2,568.14 |
| 12/1/2016 | $5,935.24 |
| (blank) | |
| Grand Total | $916,922.21 |

| Row Labels | Sum of Dispute Amt |
|---|---|
| 1/1/2017 | $6,694.10 |
| 2/1/2017 | $9,164.55 |
| 3/1/2017 | $8,109.51 |
| 4/1/2017 | $12,742.59 |
| 5/1/2017 | $5,633.11 |

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005747

Exhibit 75 Page 7 of 10

| | |
|---|---|
| 6/1/2017 | $12,560.42 |
| (blank) | |
| **Grand Total** | **$54,904.28** |

Alison Miller
Lead Carrier Relations Manager
AT&T Global Connection Management
908-234-4015

*This message and any attachments to it contain confidential business information intended solely for recipients. If you have received this email in error please do not forward or distribute it to anyone else, but telephone (908) 234-4015 to report the error, and then delete this message from your system.*

**From:** Torres, Jennifer [mailto:jennifer.torres@level3.com]
**Sent:** Friday, August 25, 2017 3:49 PM
**To:** MEOLA, KIMBERLY A <km1274@att.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@level3.com>; BURGESS, ARDELL <ab3696@att.com>; MILLER, ALISON L <am7149@att.com>; HANDAL, DAVID <dh6491@att.com>
**Subject:** RE: AT&T/Level 3 Settlement document

Hi Kim, attached you find our mark up to the document provided yesterday (there are some additional comments in the margin as well), a document with the IntraMTA language, and additional detail around the 8YY double billing amounts.

In regards to the 8YY double billing detail, you will see 6/2015 – 2/2016 called out because that is the timeline of when we know we had an inventory issue and efforts to correct it. During that time frame we billed $784K for DBQ associated to Comcast telephone numbers; ATT disputed $557K, Level 3 validated $538K of overbilled charges. The dispute variance comes from the Comcast wholesale traffic we have discussed, calls that are not from Comcast or a Comcast end user. Comcast is active in the wholesale market and has resold TN's to other carriers. The other carrier may choose to route their 800 traffic through Level 3's tandem with no Comcast involvement. In this call flow level 3 is performing and will bill for the DBQ.

I am not familiar with the ASE Cancellation charges and the LPC dispute items. I am tracking down updates on those internally to send you info ASAP.

Thank you,

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

<image001.png>                    <image002.png>

**From:** MEOLA, KIMBERLY A [mailto:km1274@att.com]
**Sent:** Friday, August 25, 2017 7:04 AM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@Level3.com>; BURGESS, ARDELL <ab3696@att.com>; MILLER, ALISON L <am7149@att.com>; HANDAL, DAVID <dh6491@att.com>
**Subject:** RE: AT&T/Level 3 Settlement document

Jennifer and Shaun,

Thanks for the reply. I think we have used the previously shared IA MTA language, so no need to resend.

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005748

Exhibit 75  Page 8 of 10

I understand there was a call with AT&T Wholesale and L3 yesterday. I haven't had an opportunity to talk to that team, but I did receive an email saying they are looking to close out the ASE Cancellation charges and LPC dispute along with the IAMTA issue (so in essence with these items).

Can you please help me understand where L3 is with responding to these offers so we can socialize timing to our Executives.

I know Mike Riederer suggested we should target completion of the low hanging fruit by end of this week. I need to reset expectations and re-prioritize if necessary.

Thanks for your help in advance. If a call makes sense, I am glad to make time ASAP.
Kim

**From:** Torres, Jennifer [mailto:jennifer.torres@level3.com]
**Sent:** Thursday, August 24, 2017 5:26 PM
**To:** MEOLA, KIMBERLY A <km1274@att.com>
**Cc:** Andrews, Shaun <Shaun.Andrews@level3.com>; BURGESS, ARDELL <ab3696@att.com>; MILLER, ALISON L <am7149@att.com>
**Subject:** FW: AT&T/Level 3 Settlement document

Hello Kim,

I wanted to get you an update that we have reviewed the document shared, made some modifications and have our legal team reviewing now. I hope to get you an updated version tomorrow.

In regards to IntraMTA being pulled into a separate agreement, we are pulling together our previously shared language to send to AT&T in a separate document. Are there additional people we need to send that to for execution due to AT&T structure you mention below? We are fine with handling the items on separate papers but we will need to ensure that we're executing the IntraMTA agreement along with the non IntraMTA items outlined below.

Thank you,

Jennifer Torres
Director, Business Operations
Level 3 Communications
1025 Eldorado Blvd
Broomfield CO 80021
p: 720-888-2133
e: Jennifer.Torres@level3.com

<image001.png>                    <image002.png>

**From:** Andrews, Shaun
**Sent:** Thursday, August 24, 2017 6:14 AM
**To:** Torres, Jennifer <jennifer.torres@Level3.com>
**Subject:** Fwd: AT&T/Level 3 Settlement document

Begin forwarded message:

**From:** "MEOLA, KIMBERLY A" <km1274@att.com>
**Date:** August 24, 2017 at 5:27:06 AM MDT
**To:** "Andrews, Shaun" <Shaun.Andrews@level3.com>
**Cc:** "MILLER, ALISON L" <am7149@att.com>, "BURGESS, ARDELL" <ab3696@att.com>
**Subject:** AT&T/Level 3 Settlement document

Shaun,

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005749

Exhibit 75  Page 9 of 10

Based on AT&T's structure, it has been decided to put IAMTA into a separate document.
Attached is a draft settlement covering:

- 8YY Back Billing
- 8YY Duplicate Comcast Billing – *we have provided the details from TEOCO and have not gotten and further details other that would prove a change to this dispute value. I have added this in, in hopes that it is resolved but certainly open to review other details if necessary.*
- Level 3 CPN-less traffic

We are working on the IAMTA agreement and will get that to you shortly. I will also send you Exhibit's 1,2 an 3 which is a listing of the BAU billing disputes that are excluded from this settlement.

Further, our request for telephone numbers remains open on OTT in an effort to identify the current percent of OTT. If L3 is not agreeable to that approach, please let me know so we can look for alternatives to resolving this dispute.

I look forward to hearing back from you.
Kim

CONFIDENTIAL
Subject to Stipulated Protective Order
Case No. 1:18-cv-00112-RM-MEH, D. Colo.

ATT_PROD_0005750

Exhibit 75  Page 10 of 10