# EXHIBIT RR

# (Filed Under Seal)