# EXHIBIT WW

# (Filed Under Seal)