**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE RAYMOND P. MOORE**

CASE CAPTION:  _AT&T Corp, vs. Level 3 Communications, LLC, et al.___

CASE NO.:  __18-CV-00112-RM_____

AMENDED EXHIBIT LIST OF:  _Level 3 Communications, LLC_____
<span>(Name and Party Designation)</span>

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A-1 | | May 2015 Settlement Agreement, Dep. Ex. 21 | Y | | | | |
| A-2 | | DEOT Settlement Agreement | | | | | |
| A-3 | | CenturyLink Competitive Operating Companies Tariff F.C.C. No. 4, Dep. Ex. 106 | Y | | | | |
| A-4 | | Declaratory Ruling, *In the Matter of Connect America Fund,* 2/11/15, Dep. Ex. 8 | Y | | | | |
| A-5 | | 11/18/2016 D.C. Circuit Opinion, *AT&T v. FCC,* Dep. Ex. 26 | Y | | | | |
| A-6 | | 12/17/19 FCC Order on Remand and Declaratory Ruling (December 2019 OTT Order), Dep. Ex. 109 | Y | | | | |
| A-7 | | 8/4/2017 to 8/11/2017 email string between AT&T and Level 3, CTL_0001586-91 | | | | | |
| A-8 | | 5/11/2017 to 8/72017 email string between AT&T and Level 3, CTL_0001896–914 | | | | | |
| A-9 | | 6/29/2017 email from Kim Meola to Shaun Andrews *et al.*, who forwarded to Jennifer Torres, CTL_0002050–51 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| A-10 | | 8/4/2017 to 8/18/2017 email string between AT&T and Level 3, CTL_0006112-6118 | | | | | |
| A-11 | | 5/11/2017 to 8/7/2017 email string between AT&T and Level 3, CTL_0001707-1727 | | | | | |
| A-12 | | 5/11/2017 to 8/7/2017 email string between AT&T and Level 3, ATT_PROD_0005106-5122 | | | | | |
| A-13 | | 5/11/2017 to 8/7/2017 email string between AT&T and Level 3, ATT_PROD_0005170-5187 | | | | | |
| A-14 | | 8/4/2017 to 8/22/2017 email string between AT&T and Level 3, ATT_PROD_0005346-5352 | | | | | |
| A-15 | | E. Stocker 10/25/2017 calendar appointment showing tariff rate elements, Dep. Ex. 32 | | | | | |
| A-16 | | Alison Miller 9/25/2017 email to Kim Meola, Dep. Ex. 41 | | | | | |
| A-17 | | 5/11/2017 to 8/7/2017 email string between AT&T and Level 3, ATT_PROD_0010961-77 | | | | | |
| A-18 | | 8/4/2017 to 8/29/2017 email string between AT&T and Level 3, CTL_0003817-24 | | | | | |
| A-19 | | Level 3 Supplemental Billing Materials, CTL_0014135 | | | | | |
| A-20 | | Summary of rate elements in usage based charges | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| A-21 | | Summary showing usage charges by rate element from January 2019 to April 2021 | | | | | |
| A-22 | | 4/22/2020 Defendant/ Counterclaimants' Supplemental Rule 26(a)(2)(C) Disclosure with Ex. 1, Dep. Ex. 112 | | | | | |
| A-23 | | 5/15/2020 Level 3 – Rule 26(a)(2)(C) Responsive Disclosure of J. Torres (with damages attachments) | | | | | |
| A-24 | | 3/9/2021 Level 3 Damages Spreadsheet | | | | | |
| A-25 | | 5/17/2021 Level 3 Damages Spreadsheet | | | | | |
| A-26 | | 3/12/2021 AT&T Letter from A. Miller | | | | | |
| A-27 | | Intentionally Left Blank | | | | | |
| A-28 | | Kim Meola 2/18/2015 email to Ardell Burgess, Dep. Ex. 9 | | | | | |
| A-29 | | Steve Ross 4/24/2015 email to Kim Meola *et al.*, Dep. Ex. 15 | | | | | |
| A-30 | | 3/13/2018 to 3/14/2018 emails exchanged with AT&T personnel including Alison Miller and Ardell Burgess, Dep. Ex. 44 | | | | | |
| A-31 | | Janice Gallagher 8/17/2018 email to Joanne Xenelis *et al.*, Dep. Ex. 62 | | | | | |
| A-32 | | Janice Gallagher Excel Spreadsheet, ATT_PROD_0014455, Dep. Ex. 63 | | | | | |
| A-33 | | Janice Gallagher 9/14/2018 emails with Ardell Burgess, Dep. Ex. 65 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| A-34 | | Janice Gallagher 9/14/2018 to 9/17/2018 emails with Ardell Burgess *et al.*, Dep. Ex. 66 | | | | | |
| A-35 | | Andrew Jurczak 9/14/2018 to 9/17/2018 emails to Janice Gallagher and others at AT&T, Dep. Ex. 68 | | | | | |
| A-36 | | Ardell Burgess 9/14/2018 to 9/17/2018 emails to Andrew Jurczak and others at AT&T, Dep. Ex. 69 | | | | | |
| A-37 | | Janice Gallagher 9/14/2018 to 9/25/2018 emails to Ardell Burgess and others at AT&T, Dep. Ex. 70 | | | | | |
| A-38 | | Ardell Burgess 9/14/2018 to 9/25/2018 email to Janice Gallagher *et al.,* Dep. Ex. 71 | | | | | |
| A-39 | | Janice Gallagher 9/27/2018 to 10/1/2018 emails to Ardell Burgess *et al.*, Dep. Ex. 72 | | | | | |
| A-40 | | Michael James 4/25/2019 emails to Debbi Waldbaum and Janice Gallagher *et al.*, Dep. Ex. 77 | | | | | |
| A-41 | | Excel Spreadsheet ATT_PROD_0014662, Dep. Ex. 79 | | | | | |
| A-42 | | Excel Spreadsheet ATT_PROD_0014522, Dep. Ex. 80 | | | | | |
| A-43 | | Excel Spreadsheet ATT_PROD_0014670, Dep. Ex. 81 | | | | | |
| A-44 | | Excel Spreadsheet ATT_PROD_0014664, Dep. Ex. 82 | | | | | |
| A-45 | | Linda Kreilick 4/16/29 to 5/8/2019 emails to Jackie Von Schmidt *et al.,* Dep. Ex. 83 | | | | | |

4

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| A-46 | | Janice Gallagher 7/5/2019 email to Mark Grogan, Dep. Ex. 85 | | | | | |
| A-47 | | Notice of Rule 30(b)(6) Dep. to AT&T, Dep. Ex. 1 | | | | | |
| A-48 | | AT&T's Responses to 1st Set of Interrogatories, Dep. Ex. 2 | | | | | |
| A-49 | | Notice of Rule 30(b)(6) Deposition to TCG, Dep. Ex. 60 | | | | | |
| A-50 | | Amended Notice of Rule 30(b)(6) Deposition to TCG, Dep. Ex. 93 | | | | | |
| A-51 | | Amended Notice of Rule 30(b)(6) Deposition to AT&T, Dep. Ex. 94 | | | | | |
| A-52 | | June 16, 2021 Level 3 Damages Spreadsheet (through May 2021) | | | | | |
| A-53 | | Anticipated July 2021 Level 3 Damages Spreadsheet (through June 2021) | | | | | |
| A-54 | | Jennifer Torres CV | | | | | |
| A-55 | | Level 3 Demonstrative: Detailed Explanation of Ex. A-52 tab ATT Balances Owed to Level 3 | | | | | |
| A-56 | | Level 3 Demonstrative: Comparisons to Validate Damages | | | | | |
| A-57 | | Deposition Designation Transcript for Ardell Burgess | | | | | |
| A-58 | | Deposition Designation Transcript for Janice Gallagher | | | | | |
| | | Rebuttal Exhibits | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| | | Impeachment Exhibits | | | | | |
| | | Any unobjectionable exhibit designated by AT&T | | | | | |