**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-cv-00112-RM-MEH

AT&T CORP.,

    Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant / Counter Claimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC., and
WILTEL COMMUNICATIONS, LLC,

    Counter Claimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counter Defendant.

---

### GLOSSARY OF TERMS

---

Plaintiff/Counterclaim Defendant AT&T Corp. and Counterclaim Defendant Teleport Communications Group (collectively "AT&T") and Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and WilTel Communications, LLC (collectively, "Level 3"), respectfully submit the following Glossary of Terms pursuant to Civ. Practice Standard V.G.

1

| Term | Definition |
|---|---|
| Billing Account Number ("BAN") | Used by telephone companies to designate a customer or customer location to be billed. A single customer often has multiple or even many BANS. |
| Call Detail Record ("CDR") | A data record produced by telecommunications equipment that documents the details of a telephone call or other telecommunications transaction. |
| Competitive Local Exchange Carrier ("CLEC") | A local exchange carrier that competes against the long-established local exchange carrier, called the incumbent local exchange carrier ("ILEC"). |
| Database Query | An automated request made to retrieve data from a database; in this case, the database that houses information on the carrier assigned to a particular toll-free telephone number (i.e., 1-800, 1-888, etc.). |
| Dedicated End Office Trunk ("DEOT") | A connection directly to an end office switch of a LEC that is dedicated to the transmission of traffic by the customer purchasing the connection. Often the customer is an IXC. |
| End Office Switch | A telecommunications switch that sits between end user customers/subscribers (line side connection) and a carrier (trunk side connection); the last switch inside a central office before the subscriber's phone equipment, which delivers dial tone to the subscriber. |
| Interexchange Carrier ("IXC") | A long-distance carrier. |
| Late Payment Charges ("LPCs") | Charges assessed pursuant to tariff when payment or a portion of payment owed by the customer (often an IXC) is received after the due date. |
| Local Exchange Carrier ("LEC") | A carrier providing local telephone exchange service or exchange access. |
| Location Routing Number ("LRN") | A ten-digit telephone number. |
| Minutes of Use ("MOU") | Many switched access rate elements are billed on a per minute of use basis, and as a result MOUs are tracked. |
| Operating Company Number ("OCN") | A four-character code assigned by the National Exchange Carrier Association which identifies a particular telecommunications provider. |
| Originating Traffic | Calls which are transported, in whole or in part, by the |

|  | local carrier to the designated long-distance carrier. |
|---|---|
| Over-the-Top-VoIP (often just called "OTT") | OTT-VoIP traffic is when a provider delivers traffic to its end user over a broadband or internet connection that is not supplied by the provider. |
| Rate Element | A billed item within the pricing structure of a telecommunications service offering, and sometimes billed on a per MOU basis. |
| Switched Access Charges | Charges assessed by LECs to IXCs for use of LEC's network to originate or terminate long-distance calls. Switched access charges are broken into individual rate elements that are assessed based upon the portion(s) of the LEC's network used to transmit the long-distance call. |
| Tandem Switch | A telecommunications switch that sits between two other switches (it may be the same carrier or different carriers) (e.g., tandem switches serve to interconnect other switches, such as central offices). |
| Time-Division Multiplexing ("TDM") | The protocol for the exchange of telecommunications traffic before VoIP. Many calls are still transmitted in TDM format. |
| Voice over Internet Protocol ("VoIP") | The protocol for the exchange of telecommunications traffic technology over a data network, which allows for the more efficient exchange of traffic. |

DATED: 7th day of July, 2021

By: /s/*Justin A. Benson*

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

By: /s/ *Charles W. Steese*

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Attorneys for Defendant/Counterclaimant Level 3 Communications, LLC and Counterclaimants Broadwing Communications, LLC, Global Crossing Telecommunications, Inc., and Wiltel Communications, LLC*

4