## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE RAYMOND P. MOORE

Case No.  18-cv-00112                                    Date: July 11, 2021

Case Title: AT&T Corp. v. Level 3 Communications

        AT&T Corp.                    AMENDED EXHIBIT LIST
            (Plaintiff/Defendant)

### EXHIBITS

**I.**  **Exhibits to be offered by AT&T (with exhibits to be stipulated into evidence identified)**

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 01 | | October 27, 2017 Email from E. Stocker to A. Burgess and S. Andrews re: OTT Demand Letter | No | | | | |
| 02 | | February 16, 2017 Email from E. Stocker to M. Kellow, T. Fleischman, A. McClure, M. Walker, and K. Sena re: AT&T Dispute Talks | Yes | | | | |
| 03 | | April 19, 2017 Email from S. Ross to A. Miller re: Revised Level 3 Settlement Offer | Yes | | | | |
| 04 | | July 28, 2017 Email from J. Torres to E. Stocker and S. Andrews re: AT&T OTT Dispute | No | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 05 | | June 5, 2017 Email from M. Riederer to G. Black and S. Andrews re: AT&T / Level 3 Follow Up Items | No | | | | |
| 06 | | May 26, 2017 letter from D. Waldbaum to S. Erickson and E. Stocker re Failure to Comply with Terms of May 27, 2015 Release and Settlement | No | | | | |
| 07 | | May 17, 2017 Email from D. Umiker to E. Stocker re: Level 3 OTT Traffic Response | No | | | | |
| 08 | | AT&T Corp. and Teleport Communications Group, Inc.'s Notice of Rule 30(b)(6)Deposition | Yes | | | | |
| 09 | | Level 3 FCC Tariff No. 4 | No | | | | |
| 10 | | May 15, 2020 AT&T and TCG Rule 26(e) Disclosure | Yes | | | | |
| 11 | | January 13, 2017 Email from A. Burgess to A. Miller re: AT&T/Level 3 settlement discussion | No | | | | |
| 12 | | October 30, 2017 Email from A. Miller to A. Burgess re: Level 3 settlement offer | No | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 13 | | May 15, 2020 Correspondence from M. Hunseder to C. Steese regarding Expert Rebuttal and Damages | No | | | | |
| 14 | | June 10, 2020 Correspondence from M. Hunseder to C. Steese regarding Calculations related to billings and enclosed spreadsheet | No | | | | |
| 15 | | 2019 Settlement Agreement | Yes. | | | | |
| 16 | | March 9, 2021 Level 3 Damages Analysis (through Jan. 2021) | Yes | | | | |
| 17 | | April 23, 2021 AT&T Rule26(a)(2) Disclosure of A. Miller and accompanying exhibit | No | | | | |
| 18 | | April 23, 2021 AT&T Rule26(e) disclosure | Yes | | | | |
| 19 | | February 21, 2014 Craig John email to Ardell Burgess | No | | | | |
| 20 | | June 25, 2020 Level 3 Damages Analysis (through March 2020, LPC Amount reduced) | Yes | | | | |

3

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 21 | | June 26, 2020 Declaration of Melissa Kellow | No | | | | |
| 22 | | Exhibit A to June 26, 2020 Declaration of Melissa Kellow | Yes | | | | |
| 23 | | March 12, 2021 AT&T Letter to Level 3 re non OTT disputes | No[1] | | | | |
| 24 | | April 2, 2018 AT&T Initial Disclosure Personswith Knowledge | No | | | | |
| 25 | | April 30, 2018 Level 3 Rule 26(a)(1) Disclosure | No | | | | |
| 26 | | May 2, 2018 AT&T Rule 26(a)(1) Disclosure | No | | | | |
| 27 | | January 8, 2019 Level 3 Production Cover Email | No | | | | |
| 28 | | May 7, 2021 Level 3 Production Cover Email | No | | | | |

---

[1] Dependent upon ruling on Level 3's Motion in Limine.

4

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 29 | | Aug. 8, 2012 Email from A. Burgess re Aug_6_12_L3_tlkpts.pptx | No | | | | |
| 30 | | January 5, 2018 email from J. Torres re FW: OTT; re:OTT (CTL_0012796) | Yes | | | | |
| 31 | | April 19, 2018 email from E. Stocker re ICC Financial Tracker_Jan 2018.xlsx (CTL_0015989) | Yes | | | | |
| 32 | | ICC Financial Tracker_Jan 2018.xlsx (CTL_0015991) | Yes | | | | |
| 33 | | AT&T Corp.'s Notice of Rule 30(b)(6) Deposition | Yes | | | | |
| 34 | | July 18, 2018 Level 3 Objections and Responses to AT&T Corp's First Set of Interrogatories | Yes | | | | |
| 35 | | January 3, 2020 Level 3 Supplemental Rule 26(a)(1) Disclosure | Yes | | | | |
| 36 | | March 27, 2018 email from A. Miller to G. Potter re FW: Level 3 Price Sheet – NEW EO Update Request, and attached excel spreadsheet (ATT_PROD_0010330-10332) | | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 76 | | Updated AT&T Damages Analysis Spreadsheet | | | | | |
| 77 | | AT&T Average Withholding on Level 3 End-Office Switching Charges | | | | | |
| 78 | | AT&T Connectivity Billing Management Dispute Notification | | | | | |
| 79 | | AT&T Connectivity Billing Management Dispute Notification | | | | | |
| 80 | | AT&T Connectivity Billing Management Dispute Notification | | | | | |
| 81 | | AT&T Connectivity Billing Management Dispute Notification | | | | | |
| 82 | | Offsets For OTT Percentage for Level 3 Bills | | | | | |
| 83 | | Access Data Warehouse Billing Data | | | | | |

6

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 84 | | AT&T Backbilling Bill Dispute | | | | | |
| 85 | | OCN Composite Issue | | | | | |
| 86 | | Mechanized Payment System - Paid Unit Cost (Demonstrative) | | | | | |
| 87 | | Traditional Telephone Call Flow (Demonstrative) | | | | | |
| 88 | | Mechanized Payment System - End User Call (Demonstrative) | | | | | |
| 89 | | Level 3 Third Party Tandem Switching – End User and Third Party Call Flow (Demonstrative) | | | | | |
| 90 | | Mechanized Payment System - Combined End Office & End User and Third Party Tandem Paid Unit Cost (Demonstrative) | | | | | |
| 91 | | Timeline of OTT Dispute (Demonstrative) | | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 92 | | Mechanized Payment System - Paid Unit Cost with OTT Percentage (Demonstrative) | | | | | |
| 93 | | AT&T Billing Analysis (Demonstrative) | | | | | |
| 94 | | ADW Billing Data (Demonstrative) | | | | | |
| | | Additional website materials as necessary | | | | | |
| | | Any unobjectionable exhibit designated by Level 3 | | | | | |
| | | Any document relied upon by any expert designated by the parties | | | | | |
| | | Summaries of evidence, including charts, tables, or timelines | | | | | |
| | | Demonstrative Exhibits | | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| | | Rebuttal Exhibits | | | | | |
| | | Impeachment Exhibits | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---------|---------|-------------|-------------|---------|----------|---------|--------------------|
|         |         |             |             |         |          |         |                    |
|         |         |             |             |         |          |         |                    |
|         |         |             |             |         |          |         |                    |
|         |         |             |             |         |          |         |                    |

II. **Exhibits related to a proffer of evidence that AT&T will make at trial relating to the factor issue that Judge Moore previously ruled upon (with exhibits to be stipulated into evidence identified)**

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 37 | | June 28, 2017 Email from J. Torres to S. Andrewsre: Level 3 Form 477 | No | | | | |
| 38 | | October 31, 2014 Email from E. Stocker to J. Torres re: Big favor!!! Please | No | | | | |
| 39 | | March 9, 2017 Email from A. Miller to K. Meola and A. Burgess re: Quickupdate | No | | | | |
| 40 | | October 12, 2017 Email from J. Torres to E. Stocker re: Conversation with Stocker, Edwin | No | | | | |
| 41 | | October 24, 2017 Emailfrom A. McClure to E. Stocker and J. Torres re:CoProvider TNs | No | | | | |
| 42 | | October 26, 2017 Email from J. Torres to E. Stocker re: AT&T OTT | No | | | | |
| 43 | | November 1, 2017 Email from J. Torres to K. Meola, A. Burgess, and A.Miller re: OTT | No | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| | | Proposal Information | | | | | |
| 44 | | October 26, 2017 Email from S. Johnson to E. Stocker, R. Tounget, and J.Torres re: AT&T / OTT | No | | | | |
| 45 | | February 8, 2018 Email from E. Stocker to A. McClure re: AT&T OTT Calculations | No | | | | |
| 46 | | October 25, 2017 Appointment from E. Stocker to E. Stocker, A. McClure and J. Torres re: Review Revised OTT Data | No | | | | |
| 47 | | June 6, 2011 West Corp. Completes Acquisition of Smoothstone IP Communications Printout | No | | | | |
| 48 | | Sorenson Video Relay Service Printout | No | | | | |
| 49 | | August 3, 2016 Email from A. McClure to M. Robles re: FCC OTT RiskAnalysis | No | | | | |
| 50 | | December 2, 2016 Appointment from S. McNees to T. Fleischman, E. Stocker, R. Ratliff re:Wireline LRN Findingsand OTT Estimates | No | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 51 | | November 28, 2017 Email from A. McClure to E. Stocker and J. Torres re: OTT EstimateTrending Data AT&T 201701023.xlsx | No | | | | |
| 52 | | April 18, 2017 Email from A. McClure to E. Stockerre: OTT Top 20 BY Direction Over 2 Years | No | | | | |
| 53 | | Evolve Website Printout | No | | | | |
| 54 | | Sorenson Video Relay Service Website Printout | No | | | | |
| 55 | | Alianza Website Printout | No | | | | |
| 56 | | Crexendo Website Printout | No | | | | |
| 57 | | March 16, 2020 ExpertReport of P. Pfautz and accompanying exhibits | No | | | | |
| 58 | | May 15, 2020 Expert Rebuttal Report of Penn Pfautz and accompanying exhibits | No | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 59 | | Dec. 31, 2016 Form 477 Filing Summary | No | | | | |
| 60 | | July 11, 2017 Email from C. John re L3 VOIP07112017.pptx | No | | | | |
| 61 | | March 17, 2014 Email from A. Pierantozzi to M. Kellow re: AT&T Discussions | No | | | | |
| 62 | | May 9, 2011 Correspondence from A. Burgess to R. Ducloo and M. Green re: Bill Dispute Notification | No | | | | |
| 63 | | May 19, 2017 Email from E. Stocker to A. Miller, A. Burgess, and K. Meola re: Level 3 OTT Traffic Follow- Up | No | | | | |
| 64 | | August 9, 2017 Email from J. Torres to E. Stocker re: AT&T Dispute Settlement 1Q 2017 V3 (002).pptx | No | | | | |
| 65 | | OTT Estimate Trending Data AT&T April, 2017 – (CTL_0008413) | No | | | | |
| 66 | | OTT Estimate Trending Data AT&T October, 2017 (CTL_0003829) | No | | | | |

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 67 | | November 28, 2017 Email from A. McClure to E. Stocker and J. Torres re: OTT Estimate Trending Data AT&T 201701023.xlsx | No | | | | |
| 68 | | OTT Estimate Trending Data AT&T November, 2017 (CTL_0014135) | No | | | | |
| 69 | | March 3, 2017 Email from E. Stocker to R. Ratliff, K. Sena and A. McClure re: OTT Measurement | No | | | | |
| 70 | | Email from J. Torres to S. Johnson, R. Tounget re: AT&T/OTT | No | | | | |
| 71 | | December 14, 2017 Email from E. Stocker to S. Johnson, J. Torres, R. Tounget re: AT&T / OTT | No | | | | |
| 72 | | March 16, 2020 Level 3 Rule 26(a)(2)(C) Disclosure and accompanying attachments | Yes in part[2] | | | | |
| 73 | | May 15, 2020 Level 3 Rule 26(a)(2)(C) Responsive Disclosure – A. McClure | No | | | | |
| 74 | | November 4, 2017 Email from A. Burgess to A. Miller re: OTT Proposal | No | | | | |

---

[2] Object to McClure's attachment.

15

| Exhibit | Witness | Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 75 | | October 10, 2017 Email from A. Burgess to A. Miller, K. Meola re: OTT | No | | | | |
| | | Additional website materials as necessary | No | | | | |
| | | Any exhibit designated for purposes of trial, or used by either party at trial | No | | | | |

Respectfully submitted this 11th day of July, 2021

By: /s/ Joshua W. Moore

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

CERTIFICATE OF SERVICE

      I, Joshua W. Moore, hereby certify that on July 11, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

/s/ Joshua W. Moore
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: joshua.moore@sidley.com

*Attorney for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*