**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:      Tammy Hoffschildt | Date:   June 29, 2021 |

**CASE NO.   18-cv-00112-RM-MEH**

| Parties | Counsel |
|---|---|
| AT&T CORP., | Angela Zambrano |
| | Justin Benson |
| Plaintiff, | Michael Hunseder |
| | Michael Warden |
| | Rebecca DeCook |
| v. | |
| LEVEL 3 COMMUNICATIONS, LLC, | Charles Steese |
| | Douglas Marsh |
| Defendant. | |

### *AMENDED* COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE – Video Teleconference (VTC)
Court in session:          3:02 p.m.**

Appearances of counsel by VTC.

Preliminary remarks made by the Court regarding the pending trial date and courthouse COVID protocols.

The Court addresses pending motions *in limine* and states findings on the record.

**ORDERED:**   Level 3's Motion In Limine to Exclude Undisclosed Witnesses and Damages Opinions (Doc. 205) is GRANTED in part and DENIED in part as stated on the record.

**ORDERED:**   AT&T Motion In Limine to Exclude Evidence of Level 3's Claimed Late Payment Charges, or, in the Alternative, AT&T Motion to Strike (Doc. 207) is DENIED as stated on the record.

**ORDERED:**   AT&T's Motion In Limine to Exclude Evidence of Level 3's Improper Damages Claims (Doc. 209) is DENIED as stated on the record.

**ORDERED:** As to Level 3's Motion In Limine to Exclude Evidence on Issues Resolved on Summary Judgment (Doc. 226), ==***the motion is denied as stated on the record.***==  AT&T shall complete their proffer within five (5) days of today's date on the matters the motion seeks to prove, and Level 3 shall have 10 days after receipt of the proffer to file a response.

Discussion held regarding a witness who will testify by VTC, acting Plaintiff for purposes of trial, opening and closing statements, trial schedule, may-call witnesses, use of exhibits, redacting confidential documents.

**Court in recess:**         3:26 p.m.
**Total in court time:**     00:24
**Hearing concluded**