# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

Courtroom Deputy:  Cathy Pearson  
Court Reporter:    Tammy Hoffschildt

Date:   July 14, 2021

**CASE NO.   18-cv-00112-RM-MEH**

| Parties | Counsel |
|---|---|
| AT&T CORP., | Charles Steese |
| | Douglas Marsh |
| Plaintiff/Counter Defendant, | |
| v. | |
| LEVEL 3 COMMUNICATIONS, LLC, | Angela Zambrano |
| | Michael Warden |
| Defendant/Counter Claimant. | Rebecca DeCook |

## COURTROOM MINUTES

**BENCH TRIAL – Day 1**  
**Court in session:**       9:03 a.m.

Appearances of counsel.   Present with Level 3 are Jennifer Torres and Carmel Gill. Present with AT&T are Mark Lewis, Kim Meola, Nancy Cade, and Robert Butcher.

Preliminary remarks made by the Court.

Discussion held regarding the proffer as to summary judgment and use of exhibits during opening statements.

9:11 a.m.    Opening statements presented by Mr. Steese.

9:45 a.m.    Opening statements presented by Ms. Zambrano.

**Court in recess:    10:41 a.m.**  
**Court in session:   10:56 a.m.**

10:57 a.m.    Level 3 witness, Melissa Kellow, is sworn and examined by Mr. Steese.
              Exhibits admitted:   Level 3's Exhibit A-20.
              Stipulated exhibits used:       Level 3's Exhibit A-3.

Discussion held regarding exhibits.

**ORDERED:**   All stipulated exhibits are admitted at this time.

11:03 a.m.   Continued examination of Melissa Kellow by Mr. Steese.
Exhibits admitted:   AT&T's Exhibits 84 and 79; Level 3's Exhibits A-22, A-24, A-25, A-52, A-53.

11:33 a.m.   Mr. Steese reads a stipulation between the parties into the record.

11:35 a.m.   Continued direct examination of Melissa Kellow by Mr. Steese.
Exhibits admitted:   AT&T's Exhibits A-55 (demonstrative - as stated on the record), A-8, A-18.
Stipulated exhibits used:   Level 3's Exhibit A-1.

**Court in recess:   11:59 a.m.**
**Court in session:   1:32 p.m.**

Cross-examination of Melissa Kellow by Ms. Zambrano.
Exhibits used:   Level 3's Exhibit A-20; AT&T's Exhibit 89 (demonstrative); Level 3's Exhibit A-53, A-24, A-8, A-18, A-1.

2:18 p.m.   Redirect examination of Melissa Kellow by Mr. Steese.
Exhibit 95 identified.
Exhibits used:   Level 3's Exhibit A-8, A-18.

2:27 p.m.   Recross-examination of Melissa Kellow by Ms. Zambrano.
Exhibit used: AT&T's Exhibit 79.

2:31 p.m.   Witness is excused.

2:32 p.m.   Level 3's witness, Jennifer Torres, is sworn and examined by Mr. Steese.
Exhibit admitted:   Level 3's Exhibit A-54.
Exhibits used:   Level 3's Exhibit A-1, A-3, A-53, A-22, A-24, A-6.
Exhibit identified:   AT&T's Exhibit 76.

**Court in recess:   3:18 p.m.**
**Court in session:   3:36 p.m.**

Continued direct examination of Jennifer Torres by Mr. Steese.
Exhibits used:   Level 3's Exhibits A-1, A-8, A-18, A-53.
Exhibit admitted:   Level 3's Exhibits A-7, A-9, A-56 (demonstrative – as stated on the record).

| | |
|---|---|
| 4:22 p.m. | Cross-examination of Jennifer Torres by Mr. Warden.<br>Exhibits used:   Level 3's Exhibits A-1. |

**Court in recess:**     **4:40 p.m.**
**Total in court time:**  **5:31**
**Hearing concluded**