**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt | Date: July 15, 2021 |

**CASE NO.   18-cv-00112-RM-MEH**

| Parties | Counsel |
|---|---|
| AT&T CORP., | Charles Steese<br>Douglas Marsh |
| Plaintiff/Counter Defendant, | |
| v. | |
| LEVEL 3 COMMUNICATIONS, LLC, | Angela Zambrano<br>Michael Warden |
| Defendant/Counter Claimant. | Rebecca DeCook |

**COURTROOM MINUTES**

**BENCH TRIAL – Day 2**
**Court in session:**          8:45 a.m.

Appearances of counsel.   Present with Level 3 are Jennifer Torres and Carmel Gill. Present with AT&T are Mark Lewis, Kim Meola, Nancy Cade, and Robert Butcher.

The Court advises Jennifer Torres that she is still subject to the oath administered to her during yesterday's proceedings.

Cross-examination of Jennifer Torres by Mr. Warden.
Exhibits used:       Level 3's Exhibits 34, 35, 84, 76, 3, 15; AT&T's Exhibits A-24, A-25, A-52, A-53, A-56, A-8.
Exhibits admitted:   Level 3's Exhibits 25, 76.

**Court in recess:**     10:13 a.m.
**Court in session:**   10:30 a.m.

Redirect examination of Jennifer Torres by Mr. Steese.
Exhibits used:       Level 3's Exhibits A-53, A-18, A-1; AT&T's Exhibit 35, 3.

10:53 a.m.    Witness is excused.

The Court makes statements regarding the deposition testimony of Ardell Burgess, Janice Gallagher, and Marc Cathey submitted to the Court.

Level 3's Exhibit A-59 is identified and admitted.

10:55 a.m.   Level 3 rests.

10:56 a.m.   Ms. Zambrano moves for judgment pursuant to Fed. R. Civ. P. 52(c) and argues the motion to the Court.

**ORDERED:**   The oral motion for judgment pursuant to Fed. R. Civ. P. 52(c) is DENIED as stated on the record.

10:57 a.m.   AT&T's witness, Kimberly Meola, is sworn and examined by Ms. Zambrano.
Exhibits identified:   AT&T's Exhibits 87, 89, 91.
Exhibits used:   AT&T's Exhibit 15; Level 3's Exhibits A-7, A-1

**Court in recess:   12:02 p.m.**
**Court in session:   1:30 p.m.**

Ms. Zambrano moves to admit the following exhibits:  AT&T's Exhibits 95, 87, 89, and 91.

Discussion held regarding AT&T's Exhibits 91.

**ORDERED:**   AT&T Exhibits 95, 87, 89, and 91 are admitted as stated on the record.

1:35 p.m.   Cross-examination of Kimberly Meola by Mr. Steese.
Exhibits used:   Level 3's Exhibits A-1, A-7, A-9, A-53, A-22; AT&T's Exhibit 89.
Exhibits identified (not admitted):  Level 3's Exhibits A-60, A-19; AT&T's Exhibit 82.
Exhibits admitted:   Level 3's Exhibits A-16.
The witness is provided the original transcript of her deposition testimony taken on February 7, 2019.

2:26 p.m.   Redirect examination of Kimbery Meola by Ms. Zambrano.
Exhibits used:   Level 3's Exhibit A-1; AT&T's Exhibit 89.

2:39 p.m.   Witness is excused.

Discussion held regarding the next witness to be called, who will be by Video Teleconference (VTC).

**Court in recess:   2:40 p.m.**

**Court in session:   3:05 p.m.**

Discussion held regarding the VTC testimony of the next witness.

Mr. Steese moves to admit AT&T's Exhibit 82.

**ORDERED:**   AT&T's Exhibit 82 is admitted.

3:07 p.m.   AT&T's witness, Alison Miller, who is present by VTC, is sworn and examined by Mr. Warden.
   Exhibits admitted:   AT&T's Exhibit 86, 88, 90, 36, 92, 93.
   Exhibits used:   AT&T's Exhibits 87, 89, 82, 76, 79, 84; Level 3's Exhibits A-8, A-18, 82, A-52.

4:48 p.m.   Cross-examination of Alison Miller by Mr. Steese.
   Exhibits used:   AT&T's Exhibit 88, 92.

4:59 p.m.   The witness is instructed to connect to the VTC at 8:55 a.m. Mountain Time.

Discussion held regarding closing arguments.

**Court in recess:**            **5:07 p.m.**
**Total in court time:**        **6:22**
**Hearing concluded**