IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE RAYMOND P. MOORE**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counter Claimant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 16th day of July , 2021.

BY THE COURT:

_____
Raymond P. Moore, U.S. District Judge

_____
Counsel for Level 3 Communications

_____
Counsel for AT&T Corp.