# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt | Date: July 16, 2021 |

**CASE NO.   18-cv-00112-RM-MEH**

| Parties | Counsel |
|---|---|
| AT&T CORP., | Charles Steese<br>Douglas Marsh |
| Plaintiff/Counter Defendant, | |
| v. | |
| LEVEL 3 COMMUNICATIONS, LLC, | Angela Zambrano<br>Michael Warden |
| Defendant/Counter Claimant. | Rebecca DeCook |

## COURTROOM MINUTES

**BENCH TRIAL – Day 3**
**Court in session:        9:00 a.m.**

Appearances of counsel.   Present with Level 3 are Jennifer Torres and Carmel Gill. Present with AT&T are Mark Lewis, Kim Meola, Nancy Cade, and Robert Butcher. **Present by video teleconference (VTC) is AT&T's witness Alison Miller.**

The Court advises Alison Miller that she is still subject to the oath administered to her during yesterday's proceedings.

Continued cross-examination of Alison Miller by Mr. Steese.
Exhibits used:      AT&T's Exhibits 76, 10, 18; Level 3's Exhibit A-22.
Exhibits admitted:   AT&T's Exhibits 13, 17.

9:37 a.m.      Redirect examination of Alison Miller by Mr. Warden.
                       Exhibits used:      AT&T's Exhibit 76; Level 3's Exhibit A-22.

9:43 a.m.      Witness is excused.

**Court in recess:    9:44 a.m.**
**Court in session:   9:51 a.m.**

AT&T rests.   Both sides rest.

Discussion held regarding closing arguments.

Closing arguments will begin at 1:00 p.m. this afternoon.

**Court in recess:     9:53 a.m.**
**Court in session:    12:59 p.m.**

1:00 p.m.     Closing argument presented by Mr. Steese.

2:01 p.m.     Closing argument presented by Mr. Warden.

**Court in recess:     3:01 p.m.**
**Court in session:    3:10 p.m.**

Rebuttal argument presented by Mr. Steese.

The Court requests that each side provide him with their PowerPoint presentations used in closing arguments on or before **July 23, 2021,** and calculations as stated on the record on or before **July 26, 2021.**

The Court takes the matter under advisement.

**Court in recess:          3:30 p.m.**
**Total in court time:     3:08**
**Hearing concluded**