# EXHIBIT 1

**Level 3 Billing to AT&T**

| BILL DATE | RATE ID | MOU | REVENUE | OTT % | OTT - Credit |
|---|---|---|---|---|---|
| 19/02 | EOCTP | 104,498,218 | $ 121,029 | 21% | $ (12,708.01) |
| 19/02 | EOLS2 | 104,597,619 | $ 275,380 | 21% | $ (28,914.93) |
| 19/03 | EOCTP | 89,017,673 | $ 100,852 | 21% | $ (10,589.41) |
| 19/03 | EOLS2 | 89,099,500 | $ 236,307 | 21% | $ (24,812.20) |
| 19/04 | EOCTP | 99,839,413 | $ 116,453 | 21% | $ (12,227.55) |
| 19/04 | EOLS2 | 99,939,506 | $ 263,057 | 21% | $ (27,621.03) |
| 19/05 | EOCTP | 73,143,010 | $ 97,437 | 21% | $ (10,230.87) |
| 19/05 | EOLS2 | 73,304,699 | $ 185,666 | 21% | $ (19,494.93) |
| 19/06 | EOCTP | 80,081,290 | $ 105,699 | 21% | $ (11,098.40) |
| 19/06 | EOLS2 | 80,272,547 | $ 204,690 | 21% | $ (21,492.41) |
| 19/07 | EOCTP | 88,244,113 | $ 110,361 | 21% | $ (11,587.95) |
| 19/07 | EOLS2 | 88,353,186 | $ 229,211 | 21% | $ (24,067.10) |
| 19/08 | CCL2 | 720 | $ 2 | 21% | $ (0.23) |
| 19/08 | EOCTP | 105,177,058 | $ 121,665 | 21% | $ (12,774.87) |
| 19/08 | EOLS2 | 105,331,784 | $ 280,878 | 21% | $ (29,492.21) |
| 19/09 | CCL2 | 908 | $ 3 | 21% | $ (0.28) |
| 19/09 | EOCTP | 110,319,263 | $ 138,177 | 21% | $ (14,508.57) |
| 19/09 | EOLS2 | 110,491,263 | $ 289,354 | 21% | $ (30,382.19) |
| 19/10 | EOCTP | 58,498,128 | $ 83,561 | 21% | $ (8,773.88) |
| 19/10 | EOLS2 | 58,657,171 | $ 148,901 | 21% | $ (15,634.63) |
| 19/11 | EOCTP | 77,703,676 | $ 109,990 | 21% | $ (11,548.90) |
| 19/11 | EOLS2 | 77,925,526 | $ 197,042 | 21% | $ (20,689.37) |
| 19/12 | CCL2 | 381 | $ 3 | 21% | $ (0.36) |
| 19/12 | EOCTP | 78,712,518 | $ 109,402 | 21% | $ (11,487.21) |
| 19/12 | EOLS2 | 79,047,215 | $ 199,633 | 21% | $ (20,961.48) |
| 20/01 | CCL | 193,708 | $ 3,145 | 21% | $ (330.18) |
| 20/01 | CCL2 | 1,276,677 | $ 18,175 | 21% | $ (1,908.42) |
| 20/01 | EOCTP | 78,422,244 | $ 110,475 | 21% | $ (11,599.93) |
| 20/01 | EOLS2 | 78,747,226 | $ 198,206 | 21% | $ (20,811.62) |
| 20/02 | EOCTP | 94,218,295 | $ 132,274 | 21% | $ (13,888.77) |
| 20/02 | EOLS2 | 94,715,029 | $ 238,955 | 21% | $ (25,090.24) |
| 20/03 | CCL2 | 758 | $ 3 | 21% | $ (0.27) |
| 20/03 | EOCTP | 59,264,785 | $ 83,243 | 21% | $ (8,740.47) |
| 20/03 | EOLS2 | 59,426,812 | $ 150,022 | 21% | $ (15,752.36) |
| 20/03 | CCL2 | 464 | $ 2 | 21% | $ (0.33) |
| 20/03 | EOCTP | 36,217,369 | $ 50,870 | 21% | $ (10,682.79) |
| 20/03 | EOLS2 | 36,316,385 | $ 91,680 | 21% | $ (19,252.88) |
| 20/04 | CCL2 | 416 | $ 4 | 21% | $ (0.79) |
| 20/04 | EOCTP | 91,420,141 | $ 137,503 | 21% | $ (28,875.67) |
| 20/04 | EOLS2 | 91,883,512 | $ 232,016 | 21% | $ (48,723.27) |
| 20/05 | CCL | 4 | $ 0 | 21% | $ (0.01) |
| 20/05 | CCL2 | 310 | $ 3 | 21% | $ (0.59) |
| 20/05 | EOCTP | 61,480,579 | $ 108,934 | 21% | $ (22,876.05) |
| 20/05 | EOLS2 | 63,393,951 | $ 162,871 | 21% | $ (34,202.87) |
| 20/06 | CCL | 3 | $ 0 | 21% | $ (0.01) |
| 20/06 | CCL2 | 286 | $ 3 | 21% | $ (0.54) |
| 20/06 | EOCTP | 56,991,621 | $ 96,097 | 21% | $ (20,180.28) |
| 20/06 | EOLS2 | 58,693,596 | $ 146,634 | 21% | $ (30,793.13) |
| 20/07 | CCL | 55 | $ 1 | 21% | $ (0.19) |
| 20/07 | CCL2 | 305 | $ 3 | 21% | $ (0.58) |
| 20/07 | EOCTP | 59,487,136 | $ 101,318 | 21% | $ (21,276.73) |
| 20/07 | EOLS2 | 61,001,687 | $ 152,036 | 21% | $ (31,927.58) |
| 20/08 | CCL | 27 | $ 1 | 21% | $ (0.21) |
| 20/08 | CCL2 | 404 | $ 4 | 21% | $ (0.77) |
| 20/08 | EOCTP | 65,648,916 | $ 111,685 | 21% | $ (23,453.92) |
| 20/08 | EOLS2 | 67,299,799 | $ 167,339 | 21% | $ (35,141.25) |
| 20/09 | CCL | 24 | $ 1 | 21% | $ (0.14) |
| 20/09 | CCL2 | 404 | $ 4 | 21% | $ (0.76) |
| 20/09 | EOCTP | 69,174,592 | $ 117,220 | 21% | $ (24,616.26) |
| 20/09 | EOLS2 | 70,803,763 | $ 175,565 | 21% | $ (36,868.69) |
| 20/10 | CCL | 31 | $ 1 | 21% | $ (0.17) |
| 20/10 | CCL2 | 421 | $ 4 | 21% | $ (0.80) |
| 20/10 | EOCTP | 63,739,394 | $ 101,570 | 21% | $ (21,329.70) |
| 20/10 | EOLS2 | 65,320,556 | $ 161,770 | 21% | $ (33,971.72) |
| 20/11 | CCL | 48 | $ 1 | 21% | $ (0.23) |
| 20/11 | CCL2 | 184 | $ 2 | 21% | $ (0.35) |
| 20/11 | EOCTP | 65,801,418 | $ 107,114 | 21% | $ (22,493.86) |
| 20/11 | EOLS2 | 67,529,326 | $ 168,352 | 21% | $ (35,353.83) |
| 20/12 | CCL | 616 | $ 11 | 21% | $ (2.23) |
| 20/12 | CCL2 | 153 | $ 1 | 21% | $ (0.29) |
| 20/12 | EOCTP | 54,609,549 | $ 95,882 | 21% | $ (20,135.16) |
| 20/12 | EOLS2 | 56,172,519 | $ 141,166 | 21% | $ (29,644.94) |
| 21/01 | CCL | 734 | $ 13 | 21% | $ (2.65) |
| 21/01 | CCL2 | 99 | $ 1 | 21% | $ (0.19) |
| 21/01 | EOCTP | 51,130,195 | $ 93,748 | 21% | $ (19,687.19) |
| 21/01 | EOLS2 | 52,654,321 | $ 133,371 | 21% | $ (28,007.89) |
| 21/02 | CCL | 355 | $ 6 | 21% | $ (1.30) |
| 21/02 | CCL2 | 34 | $ 0 | 21% | $ (0.07) |
| 21/02 | EOCTP | 45,029,375 | $ 86,042 | 21% | $ (18,068.90) |
| 21/02 | EOLS2 | 46,590,782 | $ 116,636 | 21% | $ (24,493.46) |
| 21/03 | CCL | 260 | $ 4 | 21% | $ (0.94) |
| 21/03 | CCL2 | 41 | $ 0 | 21% | $ (0.08) |
| 21/03 | EOCTP | 39,822,605 | $ 74,981 | 21% | $ (15,746.03) |
| 21/03 | EOLS2 | 41,396,596 | $ 102,544 | 21% | $ (21,534.27) |
| 21/04 | CCL | 404 | $ 7 | 21% | $ (1.51) |
| 21/04 | CCL2 | 42 | $ 0 | 21% | $ (0.08) |
| 21/04 | EOCTP | 41,216,893 | $ 79,126 | 21% | $ (16,616.52) |
| 21/04 | EOLS2 | 42,960,723 | $ 106,306 | 21% | $ (22,324.17) |
| 21/05 | CCL | 402 | $ 7 | 21% | $ (1.54) |
| 21/05 | CCL2 | 90 | $ 1 | 21% | $ (0.17) |
| 21/05 | EOCTP | 38,840,638 | $ 73,669 | 21% | $ (15,470.40) |
| 21/05 | EOLS2 | 40,483,720 | $ 100,322 | 21% | $ (21,067.67) |
| 21/06 | CCL | 463 | $ 8.15 | 21% | $ (1.71) |
| 21/06 | CCL2 | 76 | $ 0.69 | 21% | $ (0.14) |
| 21/06 | EOCTP | 34,152,319 | $ 66,521.16 | 21% | $ (13,969.44) |
| 21/06 | EOLS2 | 35,802,920 | $ 88,922.69 | 21% | $ (18,673.76) |
| 21/07 | CCL | 377 | $ 6 | 21% | $ (1.36) |
| 21/07 | CCL2 | 87 | $ 1 | 21% | $ (0.17) |
| 21/07 | EOCTP | 35,690,507 | $ 65,905 | 21% | $ (13,840.07) |
| 21/07 | EOLS2 | 37,292,417 | $ 92,195 | 21% | $ (19,360.90) |
| | | | Total Credit Due | $ | (1,309,903.36) |

**AT&T Calculation at 21% OTT**

| Bill Date | L3 EO MOUs | L3 EO Amount Billed | L3 EO Overcharge at 21% OTT | Level 3 EO Properly Billed at 21% OTT | AT&T Withheld EO | AT&T Paid EO | Additional EO Payment at 21% OTT | Tandem Add-back | LPC |
|---|---|---|---|---|---|---|---|---|---|
| Feb-19 | 104,597,619 | $ 396,408.98 | $ 41,622.94 | $ 354,786.04 | $ 257,665.84 | $ 138,743.14 | $ 216,042.89 | 12,716.09 | |
| Mar-19 | 89,099,500 | $ 337,158.23 | $ 35,401.61 | $ 301,756.62 | $ 219,152.85 | $ 118,005.38 | $ 183,751.24 | 10,840.96 | $ 3,431.38 |
| Apr-19 | 99,939,506 | $ 379,510.27 | $ 39,848.58 | $ 339,661.69 | $ 246,681.68 | $ 132,828.59 | $ 206,833.10 | 12,200.76 | $ 6,350.27 |
| May-19 | 73,304,699 | $ 283,102.87 | $ 29,725.80 | $ 253,377.07 | $ 184,016.87 | $ 99,086.00 | $ 154,291.06 | 9,023.96 | $ 9,635.78 |
| Jun-19 | 80,272,547 | $ 310,388.72 | $ 32,590.82 | $ 277,797.90 | $ 201,752.67 | $ 108,636.05 | $ 169,161.85 | 9,832.42 | $ 12,085.50 |
| Jul-19 | 88,353,186 | $ 339,571.93 | $ 35,655.05 | $ 303,916.88 | $ 220,721.75 | $ 118,850.18 | $ 185,066.70 | 9,490.78 | $ 14,770.42 |
| Aug-19 | 105,331,784 | $ 402,545.72 | $ 42,267.30 | $ 360,278.42 | $ 261,654.72 | $ 140,891.00 | $ 219,387.42 | 11,271.57 | $ 17,688.78 |
| Sep-19 | 110,491,263 | $ 427,533.76 | $ 44,891.04 | $ 382,642.72 | $ 277,896.94 | $ 149,636.82 | $ 233,005.90 | 11,931.87 | $ 21,148.66 |
| Oct-19 | 58,657,171 | $ 232,461.98 | $ 24,408.51 | $ 208,053.47 | $ 151,100.29 | $ 81,361.69 | $ 126,691.78 | 5,854.73 | $ 24,822.73 |
| Nov-19 | 77,925,526 | $ 307,031.13 | $ 32,238.27 | $ 274,792.86 | $ 199,570.23 | $ 107,460.90 | $ 167,331.97 | 8,043.21 | $ 26,810.93 |
| Dec-19 | 79,047,215 | $ 309,038.58 | $ 32,449.05 | $ 276,589.53 | $ 200,875.08 | $ 108,163.50 | $ 168,426.03 | 9,916.00 | $ 29,441.55 |
| Jan-20 | 78,747,226 | $ 330,001.44 | $ 34,650.15 | $ 295,351.29 | $ 214,500.94 | $ 115,500.50 | $ 179,850.78 | 10,005.25 | $ 32,116.68 |
| Feb-20 | 94,715,029 | $ 371,228.72 | $ 38,979.02 | $ 332,249.70 | $ 241,298.67 | $ 129,930.05 | $ 202,319.65 | 11,910.57 | $ 34,964.52 |
| Mar-20 | 59,426,812 | $ 233,267.53 | $ 24,493.09 | $ 208,774.44 | $ 151,623.89 | $ 81,643.64 | $ 127,130.80 | 4,053.88 | $ 38,177.98 |
| Mar-20 | 36,316,385 | $ 142,552.38 | $ 29,936.00 | $ 112,616.38 | $ 92,659.05 | $ 49,893.33 | $ 62,723.05 | 3,027.90 | $ 40,145.75 |
| Apr-20 | 91,883,512 | $ 369,522.54 | $ 77,599.73 | $ 291,922.81 | $ 240,189.65 | $ 129,332.89 | $ 162,589.92 | 22,751.47 | $ 41,132.01 |
| May-20 | 63,393,951 | $ 271,807.25 | $ 57,079.52 | $ 214,727.73 | $ 176,674.71 | $ 95,132.54 | $ 119,595.19 | 14,399.41 | $ 43,912.13 |
| Jun-20 | 58,693,596 | $ 242,733.12 | $ 50,973.96 | $ 191,759.16 | $ 157,776.53 | $ 84,956.59 | $ 106,802.57 | 13,414.48 | $ 45,922.05 |
| Jul-20 | 61,001,687 | $ 253,357.52 | $ 53,205.08 | $ 200,152.44 | $ 164,682.39 | $ 88,675.13 | $ 111,477.31 | 13,853.33 | $ 47,725.31 |
| Aug-20 | 67,299,799 | $ 279,029.26 | $ 58,596.14 | $ 220,433.12 | $ 181,369.02 | $ 97,660.24 | $ 122,772.87 | 15,044.06 | $ 49,605.27 |
| Sep-20 | 70,803,763 | $ 292,789.77 | $ 61,485.85 | $ 231,303.92 | $ 190,313.35 | $ 102,476.42 | $ 128,827.50 | 16,162.83 | $ 51,672.52 |
| Oct-20 | 65,320,556 | $ 263,344.71 | $ 55,302.39 | $ 208,042.32 | $ 171,174.06 | $ 92,170.65 | $ 115,871.67 | 15,302.10 | $ 53,847.38 |
| Nov-20 | 67,529,326 | $ 275,467.97 | $ 57,848.27 | $ 217,619.70 | $ 179,054.18 | $ 96,413.79 | $ 121,205.91 | 15,674.60 | $ 55,814.98 |
| Dec-20 | 56,172,519 | $ 237,060.12 | $ 49,782.63 | $ 187,277.49 | $ 154,089.08 | $ 82,971.04 | $ 104,306.45 | 14,827.11 | $ 57,868.19 |
| Jan-21 | 52,654,321 | $ 227,132.94 | $ 47,697.92 | $ 179,435.02 | $ 147,636.41 | $ 79,496.53 | $ 99,938.49 | 11,900.31 | $ 59,655.19 |
| Feb-21 | 46,590,782 | $ 202,684.39 | $ 42,563.72 | $ 160,120.67 | $ 131,744.85 | $ 70,939.54 | $ 89,181.13 | 10,506.78 | $ 61,332.78 |
| Mar-21 | 41,396,596 | $ 177,530.07 | $ 37,281.31 | $ 140,248.76 | $ 115,394.55 | $ 62,135.52 | $ 78,113.23 | 9,602.16 | $ 62,828.09 |
| Apr-21 | 42,960,723 | $ 185,439.37 | $ 38,942.27 | $ 146,497.10 | $ 120,535.59 | $ 64,903.78 | $ 81,593.32 | 9,978.21 | $ 64,143.83 |
| May-21 | 40,483,720 | $ 173,998.93 | $ 36,539.78 | $ 137,459.15 | $ 113,099.30 | $ 60,899.63 | $ 76,559.53 | 9,404.98 | $ 65,517.40 |
| Jun-21 | 35,802,920 | $ 155,452.69 | $ 32,645.06 | $ 122,807.63 | $ 101,044.25 | $ 54,408.44 | $ 68,399.18 | 8,265.77 | $ 66,806.87 |
| Jul-21 | 37,292,417 | $ 158,107.11 | $ - | $ 158,107.11 | $ - | $ 158,107.11 | $ - | $ - | $ 67,956.84 |
| Total | 2,135,505,656 | $ 8,567,260.00 | $ 1,276,700.87 | $ 7,290,559.13 | $ 5,465,949.38 | $ 3,101,310.62 | $ 4,189,248.51 | 341,207.53 | $ 1,207,331.77 |

| | |
|---|---|
| Level 3 EO Amount Billed | $ 8,567,260.00 |
| Level 3 EO Overcharge at 21% OTT | $ 1,276,700.87 |
| Level 3 EO Properly Billed at 21% OTT | $ 7,290,559.13 |
| AT&T Paid EO | $ 3,101,310.62 |
| Additional EO Payment at 21% OTT | $ 4,189,248.51 |
| Plus Tandem Add-back ($341,207.53) | $ 4,530,456.04 |
| Plus LPCs (R37) | $ 5,737,787.81 |

Feb Usage 1-18
Feb Usage 19-29