# EXHIBIT 2

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Tuesday, July 20, 2021 2:54 PM |
| **To:** | Warden, Mike; jbenson@sidley.com; Zambrano, Angela (angela.zambrano@sidley.com) |
| **Cc:** | Douglas N. Marsh |
| **Subject:** | LPC's on AT&T's (EO only) damages calculation [IWOV-IDOCS.FID3280511] |
| **Attachments:** | Copy of Ex. 76 (with LPCs) Updated 7-20-2021.xlsx |

Counsel:

Attached is Level 3's calculation of Late Payment Charges on AT&T's damages for your consideration. Everything we added to Exhibit 76 is highlighted in green. As you know, this is due to the Court on Monday next week.

I would also like to have a call to discuss the attached this week. Ms. Miller testified that AT&T paid all end office charges on the June invoice (due for payment in July). Level 3's records show that AT&T continues to withhold almost the exact same amounts as it has historically; in other words, Level 3's records do not match Ms. Miller's testimony. If Ms. Miller was mistaken, we need to adjust some of the numbers in the attached. Please provide some form of documentary evidence that AT&T has paid end office charges on the June invoice.

Regards,



Armstrong Teasdale LLP
**Chuck Steese** | Partner
4643 South Ulster, Suite 800, Denver, Colorado 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
DIRECT: 720-200-0677 | Extension: 3805 | CELL: 303-919-0075
csteese@armstrongteasdale.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.