**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-cv-00112-RM-MEH

AT&T CORP.,

    Plaintiff / Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant / Counter Claimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC., and
WILTEL COMMUNICATIONS, LLC,

    Counter Claimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counter Defendant.

---

**AT&T CORP.'S UNOPPOSED MOTION TO SUPPLEMENT THE RECORD**

---

Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") hereby moves to supplement the record. Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3") (collectively with AT&T, the "Parties") does not oppose this motion.

Both Parties agree that Level 3's June 2021 invoices should be included in both Parties'

1

damages analysis. Therefore, AT&T hereby moves that AT&T Exhibit 76 should be supplemented with Level 3's invoices for June 2021 with the attached supplemental AT&T Exhibit 76 (attached as Exhibit 1 to this Motion).

Respectfully Submitted this 26th of July, 2021

By: /s/ *Joshua W. Moore*

Rebecca B. DeCook
Andrew T. Flynn
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

*Attorneys for Plaintiff AT&T Corp*

2

**CERTIFICATE OF SERVICE**

  I, Joshua W. Moore, hereby certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
Email: csteese@armstrongteasdale.com
Email: dmarsh@armstrongteasdale.com

*Attorneys for Defendant Level 3 Communications, LLC*

/s/ *Joshua W. Moore*
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
E-mail: joshua.moore@sidley.com

*Attorney for Plaintiff AT&T Corp.*