# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

## DECLARATION OF ALISON L. MILLER

I, Alison L. Miller, do depose and state as follows:

1. I am the Lead Carrier Relations Manager for Plaintiff AT&T Corp.

2. I have personal knowledge of the following facts.

3. At trial, I testified that I had directed that AT&T discontinue its 65% withholding of end office charges in June 2021 and that AT&T therefore paid 100% of Level 3's end office

1

charges billed on Level 3's June 2021 invoices.  June 2021 invoiced amounts were not included on the damages calculation as reflected on Exhibit 76.

4. After trial, having reviewed documentation in response to questions raised by Level 3, I realized that, in carrying out the change from 65% withholding to full payment of end office charges, I had directed that the price sheets be adjusted for the June 2021 invoice cycle with a usage effective date of 6/1/21.  The usage effective date should have been 5/1/21 or May 1, 2021.

5. As a result of my designation of 6/1/21 as the usage effective date, the 65% withholding of end office charges was still in effect for the June 2021 invoices, but is now no longer in effect for the July 2021 invoices.  End office charges Level 3 billed in June 2021 have been added to Exhibit 76.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of July, 2021 in Hillsborough, New Jersey.

By: /s/ *Alison L. Miller*

Alison L. Miller