# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

---

### DECLARATION OF REBECCA B. DECOOK IN SUPPORT OF AT&T'S OPPOSITION TO LEVEL 3'S MOTION TO AMEND THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(b)

---

    I, Rebecca B. DeCook, do depose on oath and state as follows in support of the Opposition of Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") to Defendant/Counterclaimant Level 3 Communications, LLC's ("Level 3") Motion to Amend the Pleadings Pursuant to Federal Rule of Civil Procedure 15(b) ("Motion"):

1

1. I am a partner in the law firm of Moye White LLP, and am counsel for AT&T in this action.

2. I have personal knowledge of the following facts and, to the best of my knowledge, affirm that they are all true and correct.

3. Attached hereto as Exhibit A is a true and correct copy of Level 3's First Requests for Production of Documents (April 23, 2018).

4. Attached hereto as Exhibit B is a true and correct copy of AT&T's First Requests for Production of Documents (June 11, 2018).

5. Attached hereto as Exhibit C is a true and correct copy of Level 3's Second Requests for Production of Documents (January 21, 2019).

6. Attached hereto as Exhibit D is a true and correct copy of Level 3's Third Requests for Production of Documents (February 5, 2019).

7. Attached hereto as Exhibit E is a true and correct copy of AT&T's Second Requests for Production of Documents (February 26, 2019).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of August, 2021 in Denver, CO.

By: /s/ Rebecca B. DeCook

Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com