**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP., a New York corporation,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC, and
WILTEL COMMUNICATIONS, LLC,

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

---

**ORDER**

---

After a three-day bench trial, this Court resolved the bulk of the issues in this intercarrier compensation dispute on September 14, 2021, when it entered Findings of Fact, Conclusions of Law, and Orders with respect to Defendant's damages stemming from Plaintiff's breach of the parties' settlement agreement. (ECF No. 289.) The Court directed Defendant to file a supplemental damages disclosure on late payment charges that accrued post-June 2021 through

the date of the Court's Order.  It should come to the surprise of no one familiar with this litigation that the parties were unable to agree on the relatively straightforward calculations necessary to determine Defendant's last sliver of damages, arriving at amounts differing by more than $150,000.  (*See* ECF Nos. 290, 292.)

Defendant submitted a calculation based on two "corrections" to an updated exhibit that the Court relied on in determining Defendant's damages.  The updated exhibit was agreed to by the parties, and Plaintiff's Unopposed Motion to Supplement the Record was granted at the same time the Court made its initial damages assessment.  (*See* ECF No 289 at 12.)  The first of those corrections cuts in Plaintiff's favor; the second cuts more substantially in Defendant's favor.  But both pertain to charges from before July 2021, and the Court finds the parties have failed to preserve any argument for "correcting" the exhibit at this late hour.  The Court is not interested in revisiting previously resolved issues while the case is in its current posture.  Accordingly, the Court rejects Defendant's supplemental calculations to the extent they are based on numbers different than ones the parties agreed were correct when the Court made its initial damages determination.

In its Response to Defendant's supplemental calculation, Plaintiff agrees that the first correction is appropriate but suggests the Court should reject Defendant's request to relitigate issues already decided by the Court with respect to the second correction.  Again, the Court is not interested in revisiting previously resolved issues at this stage of the case.  Aside from Plaintiff's apparently inconsistent position with respect to corrections, the Court finds Plaintiff's supplemental calculation of late payment charges of **$67,956.84** per month for July through September 2021 is more credible than Defendant's calculation and that, as a result, Defendant is

entitled to an additional **$203,870.52** in damages related to late payment charges through the date of judgment.

Therefore, the Clerk is directed to enter FINAL JUDGMENT in Defendant's favor in the amount of **$5,356,554.26**, *nunc pro tunc* to September 14, 2021.

DATED this 24th day of November, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

3