**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM-MEH

AT&T CORP., a New York corporation,

    Plaintiff/Counterclaim Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC,
GLOBAL CROSSING TELECOMMUNICATIONS, INC, and
WILTEL COMMUNICATIONS, LLC,

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.,

    Counterclaim Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Findings of Fact, Conclusions of Law, and Orders (Doc. 289) by Judge Raymond P. Moore entered on September 14, 2021, it is hereby

ORDERED that judgment is entered in favor of Defendant, Level 3 Communications, and against Plaintiff, AT&T Corp., in the amount of $5,152,683.74 ($4,013,308.81 for undisputed amounts plus $1,139,374.93 for late payment charges, as set forth in the Order).   It is

FURTHER ORDERED that post-judgment interest shall accrue on the total amount of $1,139,374.93 at the legal rate of 0.08% from the date of entry of judgment nunc pro tunc to September 14, 2021.

Pursuant to the Order (Doc. 293) by Judge Raymond P. Moore entered on November 24, 2021, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Level 3 Communications, LLC, and against Plaintiff, AT&T Corp., in the total amount of $5,356,554.26.   It is

FURTHER ORDERED that post-judgment interest shall accrue on the total amount of $5,356,554.26 at the legal rate of 0.08% from the date of entry of judgment nunc pro tunc to September 14, 2021.   It is

FURTHER ORDERED that this case is closed.

Dated NUNC PRO TUNC to 14th of September, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  Robert R. Keech
Robert R. Keech, Deputy Clerk