Index for Backup to Bill of Costs

| | Date | Cost Desc | Billed Amt | Narrative |
|---|---|---|---|---|
| 1 | 7/25/2021 | Trial | $ 298.90 | VENDOR: Tamara Hoffschildt FCRR, CRR, RMR; INVOICE#: TRIAL TRANSCRIPTS _07/15/21; 07/16/2021, Judge Moore 06/29/2021 |
| | | | **$ 298.90** | **Fees of the Court reporter for all or any part of the transcript necessarily obtained for use in the case** |
| 2 | 2/7/2019 | Copying Expense - Outside | $ 1,499.22 | VENDOR: Litigation Solutions, Inc.; INVOICE#: LSI-007730; DATE: 1/29/2019 |
| 3 | 9/24/2019 | Copying Expense - Outside | $ 175.38 | VENDOR: Litigation Solutions, Inc.; INVOICE#: LSI-008893; DATE: 9/12/2019 |
| 4 | 9/24/2019 | Copying Expense - Outside | $ 609.91 | VENDOR: Litigation Solutions, Inc.; INVOICE#: LSI-008882; DATE: 9/6/2019 |
| 5 | 7/14/2021 | Copying - Trial Expense | $ 100.08 | VENDOR: Vanessa R. Sanchez; INVOICE#: TABS_TRIAL_07/06/21; DATE: 7/6/2021 - 14684/24 Unique tabs for trial binders |
| | | | **$ 2,384.59** | **Fees and Disbursements for Printing** |
| 6 | 3/13/2019 | Deposition Costs | $ 1,962.60 | VENDOR: Veritext; INVOICE#: CS3673092; DATE: 3/8/2019 |
| 7 | 3/15/2019 | Deposition Costs | $ 1,928.65 | VENDOR: Veritext; INVOICE#: CS3673406; DATE: 3/8/2019 |
| 8 | 9/4/2019 | Deposition Costs | $ 13.50 | VENDOR: Patterson Transcription Co; INVOICE#: 105420; DATE: 8/26/2019 |
| 9 | 9/18/2019 | Deposition Costs | $ 142.56 | VENDOR: Chuck Steese; INVOICE#: DEPOSITIONS_9/11/19; DATE: 9/12/2019 |
| 10 | 9/18/2019 | Deposition Costs | $ 796.75 | VENDOR: TSG Reporting, Inc.; INVOICE#: 672335; DATE: 9/18/2019 |
| 11 | 9/25/2019 | Deposition Costs | $ 683.95 | VENDOR: TSG Reporting, Inc.; INVOICE#: 671986; DATE: 9/12/2019 |
| 12 | 10/7/2019 | Deposition Costs | $ 1,764.40 | VENDOR: Veritext; INVOICE#: CS3961627; DATE: 9/27/2019 |
| 13 | 10/7/2019 | Deposition Costs | $ 2,325.82 | VENDOR: Veritext; INVOICE#: CS3958304; DATE: 9/27/2019 |
| 14 | 10/16/2019 | Deposition Costs | $ 475.85 | VENDOR: Veritext; INVOICE#: CS3981004; DATE: 10/10/2019 |
| 15 | 10/17/2019 | Deposition Costs | $ 350.00 | VENDOR: Veritext; INVOICE#: CS3947171; DATE: 9/27/2019 |
| 16 | 10/28/2019 | Deposition Costs | $ 849.86 | VENDOR: Veritext; INVOICE#: CS3985162; DATE: 10/16/2019 |
| 17 | 12/5/2019 | Deposition Costs | $ 346.45 | VENDOR: TSG Reporting, Inc.; INVOICE#: 677091; DATE: 11/22/2019 |
| 18 | 12/19/2019 | Deposition Costs | $ 303.40 | VENDOR: TSG Reporting, Inc.; INVOICE#: 677895; DATE: 12/5/2019 |
| 19 | 12/20/2019 | Deposition Costs | $ 1,800.57 | VENDOR: Veritext; INVOICE#: CS4092405; DATE: 12/16/2019 |
| 20 | 12/31/2019 | Deposition Costs | $ 804.30 | VENDOR: TSG Reporting, Inc.; INVOICE#: 678246; DATE: 12/17/2019 |
| 21 | 1/27/2020 | Deposition Costs | $ 605.45 | VENDOR: TSG Reporting, Inc.; INVOICE#: 679462; DATE: 1/7/2020 |
| 22 | 2/27/2020 | Deposition Costs | $ 647.39 | VENDOR: Veritext; INVOICE#: CS4199123; DATE: 2/26/2020 |
| 23 | 6/12/2020 | Deposition Costs | $ 3,311.13 | VENDOR: Veritext; INVOICE#: CS4306658; DATE: 5/28/2020 |
| 24 | 7/17/2020 | Deposition Costs | $ 49.25 | VENDOR: TSG Reporting, Inc.; INVOICE#: 2023402; DATE: 7/15/2020 |
| 25 | 7/20/2020 | Deposition Costs | $ 1,564.25 | VENDOR: Lexitas; INVOICE#: 136972; DATE: 6/24/2020 |
| 26 | 7/8/2021 | Deposition Costs | $ 14.40 | VENDOR: Tamara Hoffschildt FCRR, CRR, RMR; INVOICE#: COPIES_06/29/21; DATE: 6/29/2021 |
| 27 | 2/12/2019 | Travel Expense | $ 1,792.07 | VENDOR: Chuck Steese; INVOICE#: NEWYORK_02/06-08 |
| 28 | 9/18/2019 | Travel Expense | $ 1,582.48 | VENDOR: Chuck Steese; INVOICE#: NEWJERSEY_9/11-9/13 |
| 29 | 9/18/2019 | Travel Expense | $ 2,173.12 | VENDOR: Douglas Marsh; INVOICE#: NEW_JERSEY_09/11/19; DATE: 9/11/2019; Airfare, parking, Ubers, lodging and meals |
| 30 | 10/2/2019 | Travel Expense | $ 657.48 | VENDOR: Chuck Steese; INVOICE#: ATLANTA_09/23/19; DATE: 9/23/2019; Airfare, parking, Ubers, lodging and meals |
| 31 | 11/6/2019 | Travel Expense | $ 5.99 | VENDOR: Chuck Steese; INVOICE#: TRAVEL_EXP_9/11/19; DATE: 9/11/2019 - Flight stop charge during travel |
| 32 | 11/25/2019 | Travel Expense | $ 1,318.68 | VENDOR: Chuck Steese; INVOICE#: BIRMINGHAM_112019; DATE: 11/20/2019; Airfare, parking, Ubers, lodging and meals |
| | | | **$ 28,270.35** | **Costs incident to taking of depositions** |

July 25, 2021
Tamara Hoffschildt, FCRR, CRR, RMR
12150 Forest Street
Thornton, CO  80241


18-cv-112, Level 3 v AT & T


Alison Miller's testimony and Court's remarks after closing arguments.


Total Number of Pages     98


Realtime rate $3.05


**TOTAL DUE: $298.90**


THANK YOU

Vanessa Sanchez requested these transcripts



LITIGATION
SOLUTIONS
INCORPORATED

TRUSTED. RESPONSIVE. EXPERIENCED.

*DTC*

# INVOICE

| Date | Invoice # |
|---|---|
| 1/29/2019 | LSI-007730 |

**Greenwood Village, Colorado(303) 820-2000www.lsilegal.com**

Please Note Our New Address: Litigation Solutions, Inc. 5995 Greenwood Plaza Blvd Suite 160 Greenwood Village, CO 80111 We Accept Payment With Credit Cards

**Job #: 1901144**

| **Bill To** |
|---|
| Connie Parrish |
| Armstrong Teasdale |
| 4643 S. Olster Street, Suite 800 |
| Denver, CO 80237 |

| Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|
| IWOV-iDocs.FID3266695 | Net 30 | RMaest | Elizabeth Alavi |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Paper Discovery Services:Blowback: 8.5x11 B&W | 5310 | $0.120 | $637.20T |
| Paper Discovery Services:Blowback: 8.5x11 Color | 699 | $1.000 | $699.00T |
| Paper Discovery Services:Supplies: Manila Folder | 96 | $0.500 | $48.00T |

RECEIVED

FEB 01 2019

A/P-STL

*608525257*

LSI retains client data for a period of 30 days. All client data will be purged after 30 days unless a written retention request is received.

Your signature is an agreement that the above described work has been authorized and received. Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment.

**Customer Signature:**
**Session ID:**

**Date: 1/29/2019**

| Subtotal: | $1,384.20 |
|---|---|
| Tax(0.0831): | $115.02 |
| **Total:** | **$1,499.22** |

Tax ID Number:
84-1612777



**DTC**

V402224
14
00070

# INVOICE

| Date | Invoice # |
|------|-----------|
| 9/12/2019 | LSI-008893 |

**www.lsilegal.com**

**303.820.2000**

Litigation Solutions, Inc.
5995 Greenwood Plaza Blvd, Suite 160
Greenwood Village, CO 80111

**To pay with credit card please call 303.820.2000**
**We Accept VISA, MasterCard & American Express**

| Bill To |
|---------|
| Connie Parrish
Armstrong Teasdale
4643 S. Olster Street, Suite 800
Denver, CO 80237 |

**Job #: 1909043**

| Client Ref. # | Terms | Rep | Ordered By |
|---------------|-------|-----|------------|
| 14684.24 | Net 30 | RMaest | Elizabeth Alavi |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Paper Discovery Services:Blowback 8.5x11 B&W | 416 | $0.120 | $49.92T |
| Paper Discovery Services:Blowback 8.5x11 Color | 112 | $1.000 | $112.00T |

Print x4 requested by Elizabeth on 9/10/2019.





LSI retains client data for a period of 30 days. All client data will be purged after 30 days unless a written retention request is received.

Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment.

| | |
|---|---|
| **Subtotal:** | $161.92 |
| **Tax(0.0831):** | $13.46 |
| **Total:** | $175.38 |

**Customer Signature:**
**Session ID:**

**Date:  9/12/2019**

Tax ID Number:
84-1612777



**L**ITIGATION
**S**OLUTIONS
**I**NCORPORATED

TRUSTED. RESPONSIVE. EXPERIENCED.

*www.lsilegal.com*

**303.820.2000**

DTC

46224
14
00670

# INVOICE

| Date | Invoice # |
|------|-----------|
| 9/6/2019 | LSI-008882 |

**Litigation Solutions, Inc.**
5995 Greenwood Plaza Blvd, Suite 160
Greenwood Village, CO 80111

**To pay with credit card please call 303.820.2000**
**We Accept VISA, MasterCard & American Express**

**Job #: 1909021**

| Bill To |
|---------|
| Connie Parrish |
| Armstrong Teasdale |
| 4643 S. Olster Street, Suite 800 |
| Denver, CO 80237 |

| Client Ref. # | Terms | Rep | Ordered By |
|---------------|-------|-----|-----------|
| 14684.24 | Net 30 | RMaest | Elizabeth Alavi |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Paper Discovery Services:Supplies Index Tabs | 200 | $0.250 | $50.00T |
| Paper Discovery Services:Blowback 8.5x11 B&W | 976 | $0.120 | $117.12T |
| Paper Discovery Services:Blowback 8.5x11 Color | 348 | $1.000 | $348.00T |
| Paper Discovery Services:View Binders (3-Ring) - 1 1/2 " | 4 | $12.000 | $48.00T |

Print x4 requested by Elizabeth on 9/5/2019.



RECEIVED
SEP 0 9 2019
A/P-STL

**LSI retains client data for a period of 30 days. All client data will be purged after 30 days unless a written retention request is received.**

Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment.

**Customer**
**Signature:**           *Date: 9/6/2019*
**Session ID:**

| Subtotal: | $563.12 |
|-----------|---------|
| Tax(0.0831): | $46.79 |
| Total: | $609.91 |

Tax ID Number:
84-1612777

**ACCOUNTING USE ONLY**
Vendor ID _____
1099 Y/N _____
Fed. ID _____
Due Date _____
G/L # _____
_____
Attorney # _____
Reference _____

# CHECK REQUEST

PLEASE HAVE CHECK AVAILABLE:      DATE:   7/13/21          FOR:   $ 100.08

PAYABLE TO:      Vanessa Sanchez

CLIENT NAME:      CenturyLink                              CLIENT NUMBER:      14684

MATTER NAME:      AT&T Corp.                               MATTER NUMBER:      24

ADDITIONAL EXPLANATION:      Unique tabs for trial binders

DISBURSEMENT CODE:      _____

REQUEST MUST BE SIGNED BY REQUESTING ATTORNEY/PARALEGAL

Signature      s/Vanessa Sanchez

Approval Signature      _____
(if required)

Please refer to Policy 47, "REQUESTS FOR CONTRIBUTIONS, REIMBURSEMENTS FOR CLIENT ENTERTAINMENT, BUSINESS DEVELOPMENT AND BUSINESS EXPENSE", for details regarding approvals required before submission to Accounts Payable.


* 6 2 1 6 2 7 3 *

RECEIVED
JUL 0 7 2021
A/P-STL



## Office DEPOT
## OfficeMax

Denver - (303) 323-4578
07/06/2021   9:45 AM

V7VTIJAYP64Q5Y4FEH

SALE               3362-1-5581-B92803-21.6.2
595747  DIV,12TB,5/PK,
   2 @ 45.99                    91.98
          You Pay                 91.98SS
572398  REWARDS ENROLL    0.01
   Promotion                    -0.01
          You Pay                  0.00SS
          Subtotal:              91.98
          Sales Tax:              8.10
            Total:              100.08
      Debit Card 3544:         100.08


AUTH CODE 096696
TDS Chip Read
AID A0000000980840   US DEBIT
TVR 8000048000
CVS PIN Verified *

Total Savings:
$0.01
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below:
P60P AE7N XAXC
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx



**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

*V# 44352*

RECEIVED

MAR 11 2019

A/P-STL

**Bill To:** Charles W. Steese Esq.  *1003*
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS3673092 |
| **Invoice Date:** | 3/8/2019 |
| **Balance Due:** | $1,962.60 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3213055 | Job Date: 2/8/2019 | Delivery: Normal |
| **Billing Atty:** | Charles W. Steese Esq. |
| **Location:** | AT&T |
| | One AT&T Way |
| | Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. | Armstrong Teasdale LLP |

*00710*

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 317.00 | $4.10 | $1,299.70 |
| | Attendance Fee - Per Session | 1 | 2.00 | $50.00 | $100.00 |
| Ardell Burgess | Exhibits | Per Page | 23.00 | $0.35 | $8.05 |
| | Rough Draft | Page | 317.00 | $1.55 | $491.35 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,962.60 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,962.60 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



\* 6 0 8 9 9 3 9 \*

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3673092 |
| **Job #:** | 3213055 |
| **Invoice Date:** | 3/8/2019 |
| **Balance:** | $1,962.60 |

V# 44352

## Veritext Corporate Services, Inc.



290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

00710

RECEIVED

MAR 1 2 2019

A/P-STL

| **Bill To:** | Elizabeth Schoenung<br>Armstrong Teasdale LLP<br>4643 S Ulster St<br>Ste 800<br>Denver, CO, 80237 |
|---|---|

| | |
|---|---|
| **Invoice #:** | CS3673406 |
| **Invoice Date:** | 3/8/2019 |
| **Balance Due:** | $1,928.65 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3213054 \| Job Date: 2/7/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Schoenung |
| **Location:** | AT&T |
| | One AT&T Way<br>Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

C lm# 14684-24

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 381.00 | $4.10 | $1,562.10 |
| | Attendance Fee - Per Session | 1 | 2.00 | $50.00 | $100.00 |
| | Surcharge - Extended Pages | Page | 190.50 | $0.50 | $95.25 |
| Kimberly Meola | Exhibits - Color | Per Page | 143.00 | $0.35 | $50.05 |
| | Exhibits | Per Page | 165.00 | $0.35 | $57.75 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $1,928.65 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,928.65 |

\* 6 0 9 0 5 6 9 \*

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3673406 |
| **Job #:** | 3213054 |
| **Invoice Date:** | 3/8/2019 |
| **Balance:** | $1,928.65 |

55414



*V 476/9 14*

Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
scheduling@pattersontranscription.com
303-755-4536

# INVOICE

ARMSTRONG TEASDALE, LLP-DENVER
ATTN: Douglas Nelson Marsh, Esq.
4643 South Ulster Street
Suite 800
Denver, CO 80237

**Invoice Number:** **105420**
Invoice Date: 08/26/2019

---

In Re:   At&T Corp. v. Level 3 Communications, LLC
Witness(s): Discovery Conference
Attendance Date: 08/01/2019, 12:30 p.m.
Reporter: Dyann Patterson

---

| Description | Ext |
|---|---|
| Audio Transcript (Copy) | 13.50 |

*14684-24*   *14*   *00710*   Invoice Total:   13.50

---

Carol Patterson
Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
303-755-4536

scheduling@pattersontranscription.com

---

**RECEIVED**

AUG 2 ? 2019

**A/P-STL**

Tax ID: 84-0979302

*6 1 0 8 3 2 8*

ACCOUNTING USE ONLY
Vendor ID _____
1099 Y/N _____
Fed. ID _____
Due Date _____
G/L # _____
_____
Attorney # _____
Reference _____

# CHECK REQUEST

PLEASE HAVE CHECK AVAILABLE:       DATE:   2019-09-11          FOR:   $ 142.56

PAYABLE TO:     Chuck Steese

CLIENT NAME:     Qwest                                CLIENT NUMBER:   14684

MATTER NAME:     Level 3                              MATTER NUMBER:   24

ADDITIONAL EXPLANATION:   Depositions for Qwest/Level 3

DISBURSEMENT CODE:   DO720

REQUEST MUST BE SIGNED BY REQUESTING ATTORNEY/PARALEGAL

**\* 6 1 1 0 8 8 4 \***

**RECEIVED**
SEP 12 2019
**A/P-STL**

Attorney Signature   /s/Charles W. Steese

Attorney Number                1003

Approval Signature
(if required)

Please refer to Policy 47, "REQUESTS FOR CONTRIBUTIONS, REIMBURSEMENTS FOR CLIENT ENTERTAINMENT, BUSINESS DEVELOPMENT AND BUSINESS EXPENSE", for details regarding approvals required before submission to Accounts Payable.



## DPAC Garage

DPAC Garage
1055 13th Street
Denver, CO 80204
303 607 9098

### Full Statement

P/S #09      A Payment No.00000117
T/O #12            Ticket No.062007
Entry Time  08/28/2019 (Wed)  7:29
Exit Time   08/28/2019 (Wed) 16:14
Parking Time               8:45
Parking Fee     Rate C      $9.00

Visa
  Account #     ************8533
  Slip #                    13186
  Authority #              067780
  Credit Card Amount       $9.00
==================================
  Cash Amount              $0.00
  Total                    $9.00
    Thank You for Your Visit

---

Welcome to Centrylink Cafe at Broomfield

ORDER # 570

Name: C. STEESE

Device: POS2
Cashier: POS2
Origin: SelfCheckout
Order ID: 91573
Date: 08/27/2019
Time: 11:57 AM
              Take Out

1 Clamshell - Large              $15.72

1 Soda Mountain Dew Diet 20oz Bottl  $1.75

1 Soda Mountain Dew Diet 20oz Bottl  $1.75

Sub-Total                        $19.22
Sales Tax                        $1.57
TOTAL - Plus Tax                 $20.79
Customer Name:
Paid - Card#: ************2001
AMEX                             $20.79
                                 $0.00
Balance

Thank you for Dining with us.

---

Osteria Marco
1453 Larimer St.
Denver, CO 80202
303.534.5855

Server: David              DOB: 08/28/2019
01:09 PM                        08/28/2019
72/1                            1/10007

                SALE

AMEX                              1048585
Card #XXXXXXXXXXX2001
Magnetic card present: STEESE CHUCK
Card Entry Method:  S

Approval: 507882

        Amount:        $88.37

        + Tip: _____

        = Total:    _103.77_

    I agree to pay the above
   total amount according to the
      card issuer agreement.

            Level 3

Fee Computer Number:                   2
Cashier:                          Id #210
Transaction Number:                 3101
Entered:               08/26/2019 07:22
Exited:                08/26/2019 16:09
Ticket #82157           Dispenser #12
Lot:                            Lot 13
Area:                          Main R
Rate:                          Main R
Parking Fee:                  $ 9.00
Total Fee:                    $ 9.00
Visa                    A     $ 9.00
Credit Card Number:    *************9538
Total Paid:                   $ 9.00



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 9/18/2019
**INVOICE #** 672335
**JOB #** 166465

**Bill To:**
Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

RECEIVED
SEP 23 2019
A/P-STL

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Jennifer Torres (30B6: Level 3 Communications)
**DATE:** 8/28/2019
**LOCATION:** Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 215 | $3.45 | $741.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $741.75 |
| | SHIPPING & HANDLING | | $55.00 |
| | TOTAL | | $796.75 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



* 6 1 1 4 5 8 3 *



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

*[handwritten: 39146 14 00720 141084-24]*

# INVOICE

**DATE:** 9/12/2019
**INVOICE #** 671986
**JOB #** 166466

**Bill To:**
Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

*[stamp: RECEIVED SEP 20 2019 A/P-ST]*

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Andrew McClure (30B6: Level 3 Communications)
**DATE:** 8/29/2019
**LOCATION:** Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 176 | $3.45 | $607.20 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 39 | $0.25 | $9.75 |
| Exhibits - Scanned & Hyperlinked - Color | 12 | $1.00 | $12.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $628.95 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $683.95 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



*6110804*

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



RECEIVED
SEP 3 0 2019
A/P-STL

**Bill To:** Elizabeth Alavi
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS3961627 |
| **Invoice Date:** | 9/27/2019 |
| **Balance Due:** | $1,764.40 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3495719 \| Job Date: 9/13/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | One AT&T Way |
| | Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Craig Robert John | Original with 1 Certified Transcript | Page | 179.00 | $733.90 |
| | Exhibits - Color | Per Page | 1.00 | $0.35 |
| | Exhibits | Per Page | 142.00 | $56.80 |
| | Rough Draft | Page | 179.00 | $277.45 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| Janice Gallagher , Volume II | Original with 1 Certified Transcript | Page | 77.00 | $315.70 |
| | Attendance Fee - Per Session | 1 | 2.00 | $100.00 |
| | Exhibits | Per Page | 29.00 | $11.60 |
| | Rough Draft | Page | 77.00 | $119.35 |
| | Surcharge-Expert/Medical/Technical | Page | 77.00 | $38.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $42.75 |

**Notes:**

*611 4679*

| | |
|---|---|
| **Invoice Total:** | $1,764.40 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,764.40 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

55414

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS3961627 |
| **Job #:** | 3495719 |
| **Invoice Date:** | 9/27/2019 |
| **Balance:** | $1,764.40 |

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Elizabeth Alavi |
|---|---|
| | Armstrong Teasdale LLP |
| | 4643 S Ulster St |
| | Ste 800 |
| | Denver, CO, 80237 |

| | |
|---|---|
| **Invoice #:** | CS3958304 |
| **Invoice Date:** | 9/27/2019 |
| **Balance Due:** | $2,325.82 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3495724 \| Job Date: 9/12/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | One AT&T Way |
| | Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Alison Miller | Original with 1 Certified Transcript | Page | 179.00 | $733.90 |
| | Attendance Fee - Per Session | 1 | 2.00 | $100.00 |
| | Exhibits | Per Page | 128.00 | $51.20 |
| | Rough Draft | Page | 179.00 | $277.45 |
| | Surcharge-Expert/Medical/Technical | Page | 179.00 | $89.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| Janice Maureen Gallagher , Volume 1 | Original with 1 Certified Transcript | Page | 144.00 | $590.40 |
| | Exhibits | Per Page | 96.00 | $38.40 |
| | Rough Draft | Page | 144.00 | $223.20 |
| | Surcharge-Expert/Medical/Technical | Page | 144.00 | $72.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $47.77 |

**Notes:**

║║║║ 6 1 1 4 6 8 1 ★

| | |
|---|---|
| **Invoice Total:** | $2,325.82 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,325.82 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3958304 |
| **Job #:** | 3495724 |
| **Invoice Date:** | 9/27/2019 |
| **Balance:** | $2,325.82 |

55414

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Charles W. Steese Esq. | **Invoice #:** CS3981004 |
| Armstrong Teasdale LLP | **Invoice Date:** 10/10/2019 |
| 4643 S Ulster St | **Balance Due:** $475.85 |
| Ste 800 | |
| Denver, CO, 80237 | |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3532263 | Job Date: 9/24/2019 | Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | 1025 Lenox Park Blvd. NE, Atlanta, GA 30319 |
| **Sched Atty:** | Charles W. Steese Esq. | Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Amount |
|---------|-------------|-------|----------|--------|
| | Original with 1 Certified Transcript | Page | 99.00 | $391.05 |
| | Exhibits - Color | Per Page | 42.00 | $42.00 |
| George Sloan | Exhibits | Per Page | 22.00 | $8.80 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $0.00 |

| Notes: | | |
|--------|---|---|
| | **Invoice Total:** | $475.85 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $475.85 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

RECEIVED
OCT 1 4 2019
A/P-STL



\* 6 1 1 8 1 9 8 \*

| | | |
|---|---|---|
| To pay online, go to | **Please remit payment to:** | **Invoice #:** CS3981004 |
| www.veritext.com | **Veritext** | **Job #:** 3532263 |
| | **P.O. Box 71303** | **Invoice Date:** 10/10/2019 |
| Veritext accepts all major credit cards | **Chicago IL 60694-1303** | **Balance:** $475.85 |
| (American Express, Mastercard, Visa, Discover) | | |

55414

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**VERITEXT**
LEGAL SOLUTIONS

RECEIVED

OCT 1 6 2019

A/P-STL

**Bill To:** Elizabeth Alavi
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS3947171 |
| **Invoice Date:** | 9/27/2019 |
| **Balance Due:** | $350.00 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3495724 \| Job Date: 9/12/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | One AT&T Way |
| | Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Cancellation Fee | 1 | 1.00 | $350.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $350.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $350.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



* 6 1 1 8 2 5 0 *

**To pay online, go to**
**www.veritext.com**

55414       Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3947171 |
| **Job #:** | 3495724 |
| **Invoice Date:** | 9/27/2019 |
| **Balance:** | $350.00 |

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
## LEGAL SOLUTIONS

**RECEIVED**

**OCT 17 2019**

**A/P-STL**

44352
CC730 /4

**Bill To:** Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS3985162 |
| **Invoice Date:** | 10/16/2019 |
| **Balance Due:** | $849.86 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3532263 \| Job Date: 9/24/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | 1025 Lenox Park Blvd. NE, Atlanta, GA 30319 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Amount |
|---------|-------------|-------|----------|--------|
| George Sloan | Video - Initial Fee | 1 | 1.00 | $250.00 |
| | Video - Additional Hours | Hour | 2.00 | $190.00 |
| | Video Exhibits- Linked (LEF, PTZ, XMEF, SBF) | | 1.00 | $110.00 |
| | Video - Media and Cloud Services | Per disk | 2.00 | $84.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 2.00 | $180.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.86 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $849.86 |
| 14454-24 | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $849.86 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services full-services/services-information



\* 6 1 1 8 4 0 1 \*

| | | |
|---|---|---|
| **To pay online, go to** **www.veritext.com** | **Please remit payment to:** **Veritext** P.O. Box 71303 Chicago IL 60694-1303 | **Invoice #:** CS3985162 |
| | | **Job #:** 3532263 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | **Invoice Date:** 10/16/2019 |
| | | **Balance:** $849.86 |

55414



# INVOICE

**DATE:** 11/22/2019
**INVOICE #** 677091
**JOB #** 171542

**Bill To:**
Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Mike Riederer
**DATE:** 11/8/2019
**LOCATION:** Broomfield, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 81 | $3.45 | $279.45 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 16 | $0.25 | $4.00 |
| Exhibits - Scanned & Hyperlinked - Color | 23 | $1.00 | $23.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $306.45 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $346.45 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

RECEIVED
DEC 0 3 2019
A/P-STL



* 6 1 2 5 3 2 7 *

39146


**REPORTING**

**Worldwide - 24 Hours**
**(877) 702-9580**
www.tsgreporting.com



**DATE:** 12/5/2019
**INVOICE #** 677895
**JOB #** 171981

**Bill To:**
Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

00710

**RECEIVED**

DEC 1 2 2019

**A/P-STL**

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Andrew McClure (30B6: Level 3 Communications) cont w/ pg ?
**DATE:** 11/19/2019
**LOCATION:** Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 52 | $3.45 | $179.40 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 84 | **$1.00** | **$84.00** |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $263.40 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $303.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**


**\* 6 1 2 8 1 7 0 \***

## Veritext Corporate Services LLC

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
## LEGAL SOLUTIONS

-14    44352

**Bill To:** Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS4092405 |
| **Invoice Date:** | 12/16/2019 |
| **Balance Due:** | $1,800.57 |

RECEIVED
DEC 1 7 2019
A P-STL

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3661884 \| Job Date: 11/21/2019 \| Delivery: Expedited |
| **Billing Atty:** | Charles W. Steese Esq. |
| **Location:** | AT&T |
| | 3196 Highway 280 East |
| | Birmingham, AL 35243 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---------|-------------|-------|----------|-------|--------|
| | Original with 1 Certified Transcript | Page | 230.00 | $3.10 | $713.00 |
| | Transcript - Expedited Fee | Page | 230.00 | $2.17 | $499.10 |
| | Attendance Fee - Per Session | 1 | 2.00 | $40.00 | $80.00 |
| Marc Cathey | Exhibits - Color | Per Page | 231.00 | $1.00 | $231.00 |
| | Exhibits | Per Page | 514.00 | $0.40 | $205.60 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $37.87 | $37.87 |

**Notes:**

14684 - 24

| | |
|---|---|
| **Invoice Total:** | $1,800.57 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,800.57 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



**★ 6 1 2 7 0 9 5 ★**

| | | | |
|---|---|---|---|
| **To pay online, go to** **www.veritext.com** | **Please remit payment to:** **Veritext** P.O. Box 71303 **Chicago IL 60694-1303** | **Invoice #:** | CS4092405 |
| | | **Job #:** | 3661884 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | **Invoice Date:** | 12/16/2019 |
| | | **Balance:** | $1,800.57 |

55414



# INVOICE

**DATE:** 12/17/2019
**INVOICE #** 678246
**JOB #** 171980

**Bill To:**
Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Edwin Stocker / Andrew McClure
**DATE:** 11/18/2019
**LOCATION:** Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 214 | $3.45 | $738.30 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 80 | $0.25 | $20.00 |
| Exhibits - Scanned & Hyperlinked - Color | 6 | $1.00 | $6.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $764.30 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $804.30 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



*6127341*



Rcvd 1/14/20



# INVOICE

**DATE:** 1/7/2020
**INVOICE #** 679462
**JOB #** 173629

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**Bill To:**  Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

14684-24

**RECEIVED**
JAN 1 4 2020
**A/P-STL**

√39144
OC72C

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Jennifer Torres cont w/ pg 216 (30B6. Level 3 Communications, LLC)
**DATE:** 12/19/2019
**LOCATION:** Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 136 | $3.45 | $469.20 |
| Certified Transcript - Early AM Pages | 50 | $1.25 | $62.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 135 | $0.25 | $33.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $565.45 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $605.45 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc. PO Box 95568 Grapevine, TX 76099-9708
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG
**THANK YOU FOR YOUR BUSINESS!**



*6 1 3 4 2 5 2 *

**Veritext Corporate Services LLC**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** Charles W. Steese Esq. | |
| Armstrong Teasdale LLP | **Invoice #:** CS4199123 |
| 4643 S Ulster St | **Invoice Date:** 2/26/2020 |
| Ste 800 | **Balance Due:** $647.39 |
| Denver, CO, 80237 | |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3969039 | Job Date: 2/11/2020 | Delivery: Expedited |
| **Case #:** | 18CV112RMMEH |
| **Billing Atty:** | Charles W. Steese Esq. |
| **Location:** | AT&T |
| | 3196 Highway 280 East |
| | Birmingham, AL 35243 |
| **Sched Atty:** | Charles W. Steese Esq. | Armstrong Teasdale LLP |

RECEIVED
FEB 2 7 2020
A/P-STL

| Witness | Description | Unit | | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 107.00 | $331.70 |
| | Transcript - Expedited Fee | Page | 107.00 | $199.02 |
| | Attendance Fee - Per Session | 1 | 1.00 | $40.00 |
| | Exhibits | Per Page | 58.00 | $26.10 |
| Marc Cathey | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $35.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $19.50 |

| | | |
|---|---|---|
| **Notes:** Courtesy Discount Applied | | $719.32 |
| | | ($71.93) |
| | | $647.39 |
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |
| | | $647.39 |

*6137403*

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS4199123 |
| **Job #:** | 3969039 |
| **Invoice Date:** | 2/26/2020 |
| **Balance:** | $647.39 |

55414

## Veritext Corporate Services LLC

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
## LEGAL SOLUTIONS

**RECEIVED**

v44352
00720
14--14684/24

JUN 0 1 2020

**A/P-STL**

**Bill To:** Charles W. Steese Esq
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS4306658 |
| **Invoice Date:** | 5/28/2020 |
| **Balance Due:** | $3,311.13 |

| | | | |
|---|---|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC | **Third Party:** | Misc. 3rd Pty |
| **Job #:** | 4083362 | Job Date: 4/28/2020 | Delivery: Expedited | **3rd-Party/Ins. Co.:** | BILL DIRECT |
| **Case #:** | 18CV112RMMEH | | |
| **Billing Atty:** | Charles W. Steese Esq | | |
| **Location:** | Remote Depo by Virtual Zoom - LA | | |
| | Los Angeles, CA 90017 | | |
| **Sched Atty:** | Charles W. Steese Esq | Armstrong Teasdale LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 21.00 | $91.35 |
| Penn Pfautz-Confidential | Exhibits | Per Page | 22.00 | $11.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $40.00 |
| | Original with 1 Certified Transcript | Page | 282.00 | $1,226.70 |
| | Transcript - Expedited Fee | Page | 282.00 | $857.28 |
| | Attendance Fee - Per Session | 1 | 2.00 | $80.00 |
| Penn Pfautz-Non Confidential | Exhibits | Per Page | 753.00 | $376.50 |
| | Rough Draft | Page | 282.00 | $465.30 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $40.00 |
| | Surcharge - Extended Hours (Pages) | Page | 40.00 | $20.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $35.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $40.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 |



* 6 1 4 0 7 6 3 *

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS4306658 |
| **Job #:** | 4083362 |
| **Invoice Date:** | 5/28/2020 |
| **Balance:** | $3,311.13 |

55414

## Veritext Corporate Services LLC

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,311.13 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,311.13 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

55414    Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS4306658 |
| **Job #:** | 4083362 |
| **Invoice Date:** | 5/28/2020 |
| **Balance:** | $3,311.13 |



## TSG

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

REPORTING

V-39146
D C0710

**INVOICE**

**INVOICE DATE:** 7/15/2020
**INVOICE #:** 2023402
**JOB #:** 166465

−10745 − 14

**BILL TO:**   Elizabeth Alavi
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, CO 80237 US

**SHIP TO:**
**CASE:**   AT&T Corp v. Level 3 Communications, LLC
**WITNESS:**   Jennifer Torres
**JOB DATE:**   8/28/2019
**LOCATION:**   16 Market Square 6th Floor, 1400 16th Street, Denver, CO, 80202, US

**RECEIVED**
JUL 16 2020
**A/P-STL**

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
| --- | --- | --- | --- |

| Services | Qty | Pages | Rate | Amount |
| --- | --- | --- | --- | --- |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 149 | $0.25 | $37.25 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 12 | $1.00 | $12.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $49.25 |
| | | | TOTAL | $49.25 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.



*6159923*



P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P:(844) 359-1173 F: 267.775.3310

| v46445 |
| 00710 |
| 14 |
| 14684-24 |

# INVOICE

**Invoice No:** 136972

**Invoice Date:** 06/24/2020

**Payment Terms:** Net 30

**BILL TO:**
Chuck Steese
Armstrong Teasdale LLP - Denver
6400 S. Fiddlers Green Circle, Suite 1820
Denver, Colorado  80111
United States

**Case Name:** AT&T v. Level 3 Communications, LLC
**Witness:** Andrew McClure
**Event Date:** 06/11/2020
**Location:** LegalView - All parties appearing remotely

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Video Testimony | 269 | $1,210.50 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 45 | $47.25 |
| LegalView Connectivity Fee | 1 | $195.00 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

To pay this invoice by credit card, visit
https://www.lexitaslegal.com/bill-pay
and enter job #2020-86250

| Total Due | $1,564.25 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $1,564.25 |



\* 6 1 5 2 4 6 5 \*



Tamara Hoffschildt, FCRR, CRR, RMR
12150 Forest Street
Thornton, CO  80241
EIN-45-4436424

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 18-cv-112-RM
AT&T CORPORATION,
Plaintiff,
vs.
LEVEL 3 COMMUNICATIONS, LLC,
Defendant.

Copy of June 29, 2021 Hearing

.90 per page   16 pages

TOTAL DUE $14.40

THANK YOU





\* 6 1 9 5 5 0 8 \*

## Armstrong Teasdale LLP
## Travel Expense Report Form

| Charles W. Steese | 1003 |
|---|---|
| Name | Attorney# |

| 2019.02.11 | 2019.02.06-2019.02.08 |
|---|---|
| Today's Date | Dates of Travel |

Destination: Denver to NY

Charge  Client Name: Qwest
Client/Matter #: 14684.24

OR  Firm*:
Business Purpose
G/L # (AP use only):

TOTAL EXPENSES.................................. $1,792.07
LESS CASH ADVANCE.........................
LESS DIRECT BILLED.............................. $0.00
NET DUE TO TRAVELER OR
REFUND DUE TO ATLLP...................... $1,792.07

RECEIVED A/P-ST FEB 11 2019

*A CLIENT AND BUSINESS DEVELOPMENT PRE-APPROVAL FORM OR
AN APPLICATION FOR CLE/PROFESSIONAL DEVELOPMENT MUST
BE ATTACHED.

| | | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| **AIRFARE*** | | | | | Click in yellow area below to indicate Departure and Return days | | | | |
| Direct Billed to AT American Express Card | | | | | | | | | $0.00 |
| Paid by AT Personnel | | √$875.96 | | | | Departure | Return | | $875.96 |
| **AUTOMOBILE** | | | | | | | | | |
| Mileage if travel on or after Jan 1, 2019: | X (.58) | $0.00 | | | | | | | $0.00 |
| Mileage if travel on or before Dec 31, 2018: | x (.545) | $0.00 | | | | | | | $0.00 |
| Car Rental | | | | | | | | | $0.00 |
| Fuel | | | | | | | | | $0.00 |
| Parking | | | | | | | √$75.00 | | $75.00 |
| Taxi | | | | | | √$82.43 | √$75.48 | | $157.91 |
| **LODGING - Report Meals Separately Below** | | | | | | | | | |
| Direct Billed to AT | | | | | | | | | $0.00 |
| Paid by AT Personnel | | | | | √$180.15 | √$180.15 | √$194.18 | | $554.48 |
| **MISCELLANEOUS** | | | | | | | | | |
| Please identify: | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| **SUBTOTAL** | | $875.96 | $0.00 | $0.00 | $180.15 | $262.58 | $344.66 | $0.00 | $1,663.35 |
| **MEALS** | | | | | | | | | |
| MEALS, on travel status (alone or other traveling firm members only) | B | | | | | | √$35.95 | | $35.95 |
| | L | | | | √$15.64 | √$6.37 | √$6.78 | | $28.79 |
| | D | | | | | √$5.78 | √$58.20 | | $63.98 |

MEALS W/CLIENT: Meals with clients, other non-firm members or non-traveling firm members can NO LONGER be reported on this form. The Meal & Entertainment Expense Report must be used.

| | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| **SUBTOTAL - Meals** | $0.00 | $0.00 | $0.00 | $15.64 | $12.15 | $100.93 | $0.00 | $128.72 |
| **GRAND TOTAL** | $875.96 | $0.00 | $0.00 | $195.79 | $274.73 | $445.59 | $0.00 | $1,792.07 |

$25.00 must be attached (originals if possible).  No Check Request Form is required, provided the above is completed.


*6 0 8 5 8 4 8*

## Elizabeth Alavi

**From:** Chuck Steese <csteese@s-elaw.com>
**Sent:** Tuesday, February 05, 2019 8:39 AM
**To:** Elizabeth Alavi
**Subject:** FW: Charles Walter Steese's 02/06 New York/Newark trip (KM8966): Your reservation is confirmed.

---

**From:** Southwest Airlines [mailto:southwestairlines@ifly.southwest.com]
**Sent:** Friday, February 01, 2019 4:22 PM
**To:** Chuck Steese
**Subject:** Charles Walter Steese's 02/06 New York/Newark trip (KM8966): Your reservation is confirmed.



Here's your itinerary and other important travel information.
View our mobile site | View in browser

Manage Flight | Flight Status | My Account

## Hi Charles Walter,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**FEBRUARY 6 - FEBRUARY 8**

# DEN □ EWR

Denver to New York/Newark

Confirmation # **KM8966**                          Confirmation date: 02/01/2019

| PASSENGER | **Charles Walter Steese** |
| RAPID REWARDS # | 216293501 |

1

TICKET #            5262434881131
EXPIRATION[1]       February 1, 2020
EST. POINTS EARNED  7,983

Rapid Rewards® points are only estimations.

# Your itinerary

| Flight 1:  Wednesday, 02/06/2019    Est. Travel Time: 3h 30m    Business Select® |

| FLIGHT # 0724 | **DEPARTS** **DEN 05:30PM** Denver | | **ARRIVES** **EWR 11:00PM** New York/Newark |

| Flight 2:  Friday, 02/08/2019    Est. Travel Time: 4h 35m    Wanna Get Away® |

| FLIGHT # 1348 | **DEPARTS** **EWR 06:10PM** New York/Newark | | **ARRIVES** **DEN 08:45PM** Denver |

# Payment information

| Total cost | | | Payment |
|---|---|---|---|

**Air - KM8966**

| Base Fare | $ | 788.24 | **Amer Express ending in 2001** |
| U.S. Transportation Tax | $ | 59.12 | Date: February 1, 2019 |
| U.S. 9/11 Security Fee | $ | 11.20 | **Payment Amount: $875.96** |
| U.S. Flight Segment Tax | $ | 8.40 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | **$** | **875.96** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262434881131

# Prepare for takeoff

**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.

**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

See more travel tips

## Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >

**Earn up to 10,000 Rapid Rewards® points per night**

Choose a hotel in New York/Newark

Book hotel >

**Have questions about your upcoming trip?**

Get all the answers before you leave for the airport

Prepare now >

5262434881131: NONTRANSFERABLE -BG WN DEN WN NYC542.03WN DEN246.21USD788.24END ZP DEN4.20EWR4.20 XF DEN4.5EWR4.5

KZBP
HLN7PNR

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward

travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

## Need help?

### Connect with us

## Contact us

Customer service | FAQs

Get the mobile app

' All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

**Southwest Airlines**
**2702 Love Field Drive**
**Dallas, TX 75235**
**1-800-I-FLY-SWA (1-800-435-9792)**

© Copyright 2019 Southwest Airlines Co. All Rights Reserved.

# COURTYARD
### BY MARRIOTT

**Courtyard by Marriott®** Basking Ridge Courtyard
595 Martinsville Road, Basking Ridge, NJ 07920 P 908.542.0300
Marriott.com/SOSSM

| Charles/Walter Steese | Room: 133 |
| Business | Room Type: GENR |
| | Number of Guests: 1 |
| | Rate: $169.00    Clerk: JCJ |

| Arrive: 06Feb19 | Time: 01:00AM | Depart: 08Feb19 | Time: 01:06PM | Folio Number: 87552 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 06Feb19 | Room Charge | 314.00 | |
| 06Feb19 | Occupancy Tax | 20.80 | 360.30 |
| 06Feb19 | State Occupancy Tax | 25.12 | |
| 07Feb19 | Market Beverage | 2.68 FOOD | |
| 07Feb19 | Occupancy Tax | 0.17 | |
| 07Feb19 | State Occupancy Tax | 0.21 | |
| 07Feb19 | Market Packaged Food | 3.15 FOOD | |
| 07Feb19 | Occupancy Tax | 0.21 | |
| 07Feb19 | State Occupancy Tax | 0.25 | 194.18 |
| 07Feb19 | Room Charge | 169.00 | |
| 07Feb19 | Occupancy Tax | 11.20 | |
| 07Feb19 | State Occupancy Tax | 13.52 | |
| 08Feb19 | American Express | | 560.26 |

Card #: AXXXXXXXXXXXXX2001/XXXX
Amount:  560.26  Auth: 545678  Signature on File
This card was electronically swiped on 07Feb19

**BALANCE:    0.00**

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

It was our pleasure to have you stay with us at the Basking Ridge Courtyard by Marriott. For Express Check-Out, please dial '0' from your guestroom telephone. We look forward to seeing you in the future and hope that when your travels bring you to the Basking Ridge area you choose us again. For additional reservations, call our toll-free reservation number, (800) 321-2211.

See our "Privacy & Cookie Statement" on Marriott.com.

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Thursday, February 07, 2019 6:52 AM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Thursday morning trip with Uber |
| **Attachments:** | map_aec3e48e-16ce-4d11-b30d-c4432cceaa86.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** February 7, 2019 at 12:59:08 AM EST
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Thursday morning trip with Uber**



Total: $56.21
Thu, Feb 07, 2019

# Thanks for riding, Charles

We hope you enjoyed your ride this morning.



# Total                            $56.21

| Trip Fare | $52.36 |
|---|---|
| Subtotal | $52.36 |

1

| | |
|---|---|
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $3.35 |

**Amount Charged**

•••• 8538 | Switch                  $56.21

Download PDF
Download link expires 3/9/19

You rode with Xiomara

4.9 Rating

How was your ride?

RATE OR TIP

**Top Driver Compliment**

"Excellent Service"

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

2

**UberX**   25.93 mi | 32 min

12:26am
Terminal A, 3 Brewster Rd,
Newark, NJ

12:58am
595 Martinsville Rd, Basking
Ridge, NJ

Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

REPORT LOST ITEM    |    CONTACT SUPPORT    |    MY TRIPS

FAQ
Forgot password

Privacy

3

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Thursday, February 07, 2019 10:34 AM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Thursday afternoon trip with Uber |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** February 7, 2019 at 12:31:48 PM EST
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Thursday afternoon trip with Uber**



Total: $11.98
Thu, Feb 07, 2019

# Thanks for riding, Charles

We hope you enjoyed your ride
this afternoon.



## Total                    $11.98

Trip Fare                                          $9.13

Subtotal                                           $9.13

State Surcharge                                    $0.50

1

Tolls, Surcharges, and Fees 🔲                                    $2.35

---

## Amount Charged

🔲  •••• 8538 │ Switch                                           **$11.98**

Download PDF
Download link expires 3/9/19

**You rode with Elliot**

4.94 │ Rating

**How was your ride?**

RATE OR TIP

**Top Driver Compliment**
"Excellent Service"

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

2

UberX   6.29 mi | 12 min

12:19pm
166 County Rd 525, Basking Ridge, NJ

12:31pm
1 At&T Way, Bedminster Township, NJ



Map data ©2019 Google

Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

REPORT LOST ITEM    |    CONTACT SUPPORT    |    MY TRIPS

FAQ

Uber Technologies

3



**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Thursday, February 07, 2019 6:51 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Thursday evening trip with Uber |
| **Attachments:** | map_aa00de0f-0f1e-4720-9530-2c18a0540b5a.png; map_aa00de0f-0f1e-4720-9530-2c18a0540b5a_wide.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** February 7, 2019 at 8:47:10 PM EST
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Thursday evening trip with Uber**



Total: $14.24
Thu, Feb 07, 2019

# Thanks for riding, Charles

We hope you enjoyed your ride this evening.

| Total | $14.24 |
|---|---|
| | |
| Trip Fare | $11.39 |
| | |
| Subtotal | $11.39 |

1

| | |
|---|---|
| State Surcharge  | $0.50 |
| Tolls, Surcharges, and Fees | $2.35 |

### Amount Charged

•••• 8538 | Switch  $14.24

Download PDF
Download link expires 3/10/19

**You rode with Diana**

4.93 ⭐Rating

**How was your ride?**

RATE OR TIP

**Top Driver Compliment**
"Excellent Service"

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

2

**UberX**   7.42 mi | 12 min

08:31pm
AT&T Way, Bedminster,
Bedminster Township, NJ

08:43pm
166 County Rd 525, Basking
Ridge, NJ

### Invite your friends and family.

Get $5 off your next ride when you refer a friend to
try Uber. Share code: charless1034

REPORT LOST ITEM          CONTACT SUPPORT          MY TRIPS

FAQ
Forgot password

Privacy

3

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Friday, February 08, 2019 6:15 AM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Friday morning trip with Uber |
| **Attachments:** | map_ff78294e-41b8-4c3e-aa66-7755d059a1b7_wide.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** February 8, 2019 at 8:13:26 AM EST
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Friday morning trip with Uber**



Total: $15.24
Fri, Feb 08, 2019

# Thanks for riding, Charles

We hope you enjoyed your ride this morning.



# Total                                 $15.24

Trip Fare                                        $12.39

Subtotal                                         $12.39

1



State Surcharge                                    $0.50

Tolls, Surcharges, and Fees                        $2.35

Amount Charged

•••• 8538 | Switch                                 $15.24

Download PDF
Download link expires 3/10/19

**You rode with Lawrence**

4.93 ☆Rating

**How was your ride?**

RATE OR TIP

Top Driver Compliment

"Excellent Service"

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

UberX   6.31 mi | 11 min

08:01am
166 County Rd 525, Basking Ridge, NJ

08:13am
1 At&T Way, Bedminster Township, NJ

Map data ©2019 Google

Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

REPORT LOST ITEM    CONTACT SUPPORT    MY TRIPS

FAQ

3

Forgot password

Privacy

Terms

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Friday, February 08, 2019 6:21 AM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Friday morning trip receipt |
| **Attachments:** | map_ff78294e-41b8-4c3e-aa66-7755d059a1b7.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** February 8, 2019 at 8:20:10 AM EST
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Thanks for tipping! We've updated your Friday morning trip receipt**



## Uber

Total: $17.24
Fri, Feb 08, 2019

# Thanks for tipping, Charles

Here's your updated Friday morning ride receipt.

| Total | $17.24 |
|---|---|
| | |
| Trip Fare | $12.39 |

1

| | |
|---|---|
| Subtotal | $12.39 |
| State Surcharge ❓ | $0.50 |
| Tolls, Surcharges, and Fees ❓ | $2.35 |
| Tip | $2.00 |

**Amount Charged**

| | |
|---|---|
| VISA •••• 8538 ⦙ Switch | $15.24 |
| VISA •••• 8538 ⦙ Switch | $2.00 |

**Download PDF**
Download link expires 3/10/19

**You rode with Lawrence**

 

4.93 ⭐ Rating

Top Driver Compliment
"Excellent Service"



Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

2

**UberX**   6.31 mi | 11 min



08:01am
**166 County Rd 525, Basking Ridge, NJ**

08:13am
**1 At&T Way, Bedminster Township, NJ**



### Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

REPORT LOST ITEM         CONTACT SUPPORT         MY TRIPS

# Uber

FAQ

Forgot password

Privacy

## Elizabeth Alavi

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Friday, February 08, 2019 2:24 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Friday afternoon trip with Uber |
| **Attachments:** | map_d4456b8b-8690-4970-b432-ce24001fcdfd.png; map_d4456b8b-8690-4970-b432-ce24001fcdfd_wide.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** February 8, 2019 at 4:11:10 PM EST
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Friday afternoon trip with Uber**

# Uber

Total: $43.00
Fri, Feb 08, 2019

# Thanks for riding, Charles

We hope you enjoyed your ride this afternoon.



| Total | $43.00 |
|---|---|

| | |
|---|---|
| Trip Fare | $39.15 |
| Subtotal | $39.15 |

1

State Surcharge ❓                          $0.50

Tolls, Surcharges, and Fees ❓            $3.35

---

**Amount Charged**

**VISA** •••• 8538 | Switch                 **$43.00**

Download PDF
Download link expires 3/10/19

**You rode with Frank**



4.89 ★ Rating

Top Driver Compliment

"Excellent Service"

**How was your ride?**

RATE OR TIP

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

**Allstate.**

**UberX**   30.89 mi | 34 min

03:35pm
1 At&T Way, Bedminster
Township, NJ

04:10pm
Terminal A, 3 Brewster Rd,
Newark, NJ





**Invite your friends and family.**

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

REPORT LOST ITEM            CONTACT SUPPORT            MY TRIPS

# Uber

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

AREAS USA EWR, L.C.
Currito
Newark Liberty Int'l Airport

TABLE#        34/4
SERVER     8219/Ileana
CHECK#       2852
2019/02/08 07:44:36
*****Authorize*****
MERC ID:00754200080311344336901
REF No: 209004436
CT No: ***********2001
EXP:     XX/XX
CARD:   AMERICAN EXPRESS
CheckNo:2852
TableNo:34/4
APPROVAL CODE: 527961
Subtotal: $27.71

Tip: _____

Total: $4.71

X _____
SIGNATURE

---

Denver International Airport (3102)
Big Bowl and Magic Pan
Denver CO 80249

3571 Puspa
------------------------------------
CHK 546                          GST 1
2/6/2019 4:40 PM
------------------------------------
1 SESAME CHICKEN BOWL          11.99
1 COMBO EGG                     2.49
American Express               $15.64
AT880506 XXX2001

Food                          $14.48
Tax                            $1.16
Payment                       $15.64
Change  Due                    $0.00

---------- Check Closed ----------
2/6/2019 4:41 PM

---

DENVER INTERNATIONAL
AIRPORT

8500 Pena Blvd.
Denver, CO 80249
Customer Service:
303 342-4083

Card Account : XXXXXXXXXXX2001
Card Type : American
Authorization Code :

Cashier : 597    Seq # 11426
License Plate : 121FMO
Ent : 15:57 02/06/19 Lane 3
Exit: 07:02 02/09/19 Lane 32
Durations 20(s) 0H(s) 5M(s)
Rate Code: 49  Shift: 162

FEE       $    75.00
AMOUNT TEND  $    75.00
CASH    $     0.00
CREDIT CARD  $    75.00
CHECK   $     0.00
CHANGE CALC  $     0.00

PAID AT.CT  $    75.00

---

AT&T BEDMINSTER
CAFE
181700022 MARY
------------------------------------
5876
07FEB'19 12:45PM
------------------------------------
RETAIL
012000001345
1 MOUNTAIN DEW DT              1.99
012000001345
1 MOUNTAIN DEW DT              1.99
075720008513
1 PLND SPRG 200Z               1.99
SUBTOTAL                       5.97
TAX                            0.40
PAYMENT                      6.37
T534541 XXX2001

```
        AT&T BEDMINSTER
              CAFE
181700017 BLANCA
- - - - - - - - - - - - - - - - - - - - - - - - -
6142
        08FEB'19  8:27AM
- - - - - - - - - - - - - - - - - - - - - - - - -
    RETAIL
    012000001345
  1 MOUNTAIN DEW DT         1.99
    012000001345
  1 MOUNTAIN DEW DT         1.99
    SUBTOTAL                3.98
    TAX                     0.26
    PAYMENT              4 . 2 4
```

```
        Jersey Mike's
    Newark International Airport
        708-531-1694
2/8/2019                    16:24
==================================
        60813 EWA
Check: 2073214
Server: Jamylet
Terminal: 207
Jersey Mike's

    ** ORDER#: 283906 **
==================================
        608 EWA
  1 Philly Steak           9.09
    JMR White

        Subtotal           9.09
           Tax             0.60
         Total             9.69


American Express           9.69
XXXXXXXXXXX2001 - STEESE/CHUCK

    GRAND TOTAL            9.69

==================================
T207 C84355 2/8/2019 16:28
==================================
```

Plus $45-
per note on
back of receipt

```
        AT&T BEDMINSTER
              CAFE
181700017 BLANCA
- - - - - - - - - - - - - - - - - - - - - - - -
6611
        08FEB'19 12:48PM
- - - - - - - - - - - - - - - - - - - - - - - -
    RETAIL
    0.85 lb
    - 0.07 lb TARE
    0.78 lb @ $8.16/lb
  1 SALAD BAR L CTNR        6.36
    SUBTOTAL                6.36
    TAX                     0.42
    PAYMENT              6 . 7 8
    AT574290 XXX2001
    AMERICAN EXPRESS        6.78
 -181700017 Closed FEB08 12:48PM-

    - - - - - - - - - - - - - - - - - -
            THANK YOU!

*******************************
        HOURS OF OPERATIONS
        7:00am to 3:00pm

>>>:
```

```
            SSP   America
        Gateside Market  A1
              EWR
- - - - - - - - - - - - - - - - - - - - - - -
  237 Aurelie
- - - - - - - - - - - - - - - - - - - - - - -
Chk 1340 Feb08'19 06:04P  Gst  0
- - - - - - - - - - - - - - - - - - - - - - -
      * * T O   G O * *
  1 20z Mtn Dew Diet        3.29
  XXXXXXXXXXXXXXX2001
    Amex                    3.51

    NA Bev                  3.29
    Tax                     0.22
    Payment                 3.51

  Win a  $500 Amazon Gift Card
  Go to the website to tell us
    about your visit
        our
          9
```

Armstrong Teasdale LLP
Travel Expense Report Form

| Name | Chuck Steese | | Attorney# | 1003 |
|---|---|---|---|---|
| Today's Date | 9/16/2019 | | Dates of Travel | 2019.09.11-2019-09-13 |

Destination: Denver to NJ

**Charge**  Client Name: Qwest  Client/Matter #: Level 3  111501-21 *(handwritten: 111601-21)*

**OR**  Firm*:
Business Purpose
G/L # (AP use only)

TOTAL EXPENSES................................. $1,582.48
LESS CASH ADVANCE.............................
LESS DIRECT BILLED............................. $0.00
NET DUE TO TRAVELER OR
REFUND DUE TO ATLLP...................... $1,582.48

RECEIVED
SEP 1 7 2019
A/P-STL

*A CLIENT AND BUSINESS DEVELOPMENT PRE-APPROVAL FORM OR AN APPLICATION FOR CLE/PROFESSIONAL DEVELOPMENT MUST BE ATTACHED.

| | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | | | |
| Direct Billed to AT American Express Card | | | | | | | | $0.00 |
| Paid by AT Personnel | ✓$877.97 | | | | Departure | Return | | $877.97 |
| **AUTOMOBILE** | | | | | | | | |
| Mileage if travel on or after Jan 1, 2019  X (.58)  $0.00 | | | | | | | | $0.00 |
| Mileage if travel on or before Dec 31, 2018:  x (.545)  $0.00 | | | | | | | | $0.00 |
| Car Rental | | | | | | | | $0.00 |
| Fuel | | | | | | | | $0.00 |
| Parking | | | | | | ✓$81.00 | | $81.00 |
| Taxi | | | | | ✓$97.95 | ✓$33.59 | | $131.54 |
| **LODGING - Report Meals Separately Below** | | | | | | | | |
| Direct Billed to AT | | | | | | | | $0.00 |
| Paid by AT Personnel | | | | | | ✓$228.10 | | $228.10 |
| **MISCELLANEOUS** | | | | | | | | |
| Please identify: | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| **SUBTOTAL** | $877.97 | $0.00 | $0.00 | $0.00 | $97.95 | $342.69 | $0.00 | $1,318.61 |
| **MEALS** | | | | | | | | |
| B | | | | | | ✓$4.24 | ✓$4.24 | | $8.48 |
| L | | | | | | ✓$16.19 | ✓$5.73 | | $21.92 |
| D | | | | ✓$18.13 | ✓$191.96 | ✓$23.38 | | $233.47 |

**MEALS W/CLIENT**: Meals with clients, other non-firm members or non-traveling firm members can NO LONGER be reported on this form. The Meal & Entertainment Expense Report must be used.

| SUBTOTAL Meals | $0.00 | $0.00 | $0.00 | $18.13 | $191.96 | $33.35 | $0.00 | $263.87 |
| **GRAND TOTAL** | $877.97 | $0.00 | $0.00 | $18.13 | | $376.04 | $0.00 | $1,582.48 |

*611 3787*

5.00 must be attached (originals if possible)   No Check Request Form is required, provided the above is completed.

Ultramar Invoice 660592                                             Page 1 of 2

Prepared For:

## STEESE/CHARLES WALTER

**eInvoice: 660592**
Wednesday , 04 Sep

Reservation Code: CPPZIX
Created: 2019-09-04 12:06:00

 Armstrong Teasdale

| Client Contact | Delivery Address | Invoice Information | |
|---|---|---|---|
| CHARLES STEESE<br>4643 S. ULSTER ST.<br>SUITE 800<br>DENVER CO 80327<br>US | E-Ticket | Sales Person: | 4Y |
| | | Invoice Number: | 660592 |
| | | Invoice Issue Date: | 2019-09-04 19:55:07 |
| | | Record Locator: | CPPZIX |
| | | Customer #: | 996000ARMS |

## Ticket Information

| Type | Flight/Vendor | Ticket/Conf # | Issue Date | Passenger | Billed To | Amount |
|---|---|---|---|---|---|---|
| TICKET | Southwest Airlines | 2116329129 | 2019-09-04 | STEESE/CHARLES WALTER | AX XXXXXXXXXXX2001 | 283.99 USD |
| | | | | | Sub Total | 283.99 USD |
| SERVICE FEE | ARC | 0772708640 | 2019-09-04 | STEESE/CHARLES WALTER | AX XXXXXXXXXXX2001 | 10.00 USD |
| | | | | | **Billed Total** | **293.99 USD** |
| | | | | | Net Credit Card Billing | 293.99 USD * |
| | | | | | Total Amount Due | 0.00 USD |

## Itinerary

✈ **Air • Depart: Wednesday, 11 Sep**                          Please verify flight times prior to departure

| SOUTHWEST AIRLINES<br>WN 223 | DEN<br>Denver Intl | EWR<br>Newark Liberty Intl | Aircraft: Boeing 737 | | |
|---|---|---|---|---|---|
| Status: Confirmed | Terminal:<br>Terminal Info Not Available | Terminal:<br>Terminal Info Not Available | Distance: | Flight Time: | Stops: |
| | | | 1621 miles | 5h 40m | 0 |
| | Departing:<br>5:20 PM<br>Wednesday, 11 Sep | Arriving:<br>11:00 PM<br>Wednesday, 11 Sep | | | |

| Passenger Name: | Seats (Status): | Class: | Meal: | eTicket Receipt(s): | Frequent Flyer #: |
|---|---|---|---|---|---|
| STEESE/CHARLES WALTER | (Confirmed) | Economy Class | | 2116329129 | 216293501/WN |

FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM WITHIN THE US OR CANADA CALL 888.681.3746
FROM OUTSIDE THE US OR CANADA CALL 720.359.8529

EMERGENCY "AFTER HOURS" SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888.681.3746

THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
SOUTHWEST DOES NOT PRE-ASSIGN SEATS
Z*CLIQCID-145024
CLIQUSER-CSTEESE@ARMSTRONGTEASDALE.COM
DL 2211568387 HK DL 1.1 STEESE/CHARLES WALTER
F9 10101412193 HK F9 1 1 STEESE/CHARLES WALTER
UA UNX57804 HK UA 1.1 STEESE/CHARLES WALTER
WN 216293501 HK WN 1.1 STEESE/CHARLES WALTER
CONFIRMATION CODE - QTESMT
CLIENT MATTER NUMBER-9999-99999
RECONFIRMATION FOR SOUTHWEST AIRLINES CALL 800 435 9792
CARRIER LOCATOR-QTESMT
MANUAL TKT-NON GDS CARRIER

Ultramar Invoice 660592

Ultramar Invoice 660591                                                                          Page 1 of 2

Prepared For:

## STEESE/CHARLES WALTER

**eInvoice: 660591**
Wednesday, 04 Sep

Reservation Code: KVIURJ
Created: 2019-09-04 12:01:00

 Armstrong Teasdale

| Client Contact | Delivery Address | Invoice Information | |
|---|---|---|---|
| CHARLES STEESE<br>4643 S. ULSTER ST.<br>SUITE 800<br>DENVER CO 80327<br>US | E-Ticket | Sales Person: | 4Y |
| | | Invoice Number: | 660591 |
| | | Invoice Issue Date: | 2019-09-04 19:54:05 |
| | | Record Locator: | KVIURJ |
| | | Customer #: | 996000ARMS |

## Ticket Information

| Type | Flight/Vendor | Ticket/Conf # | Issue Date | Passenger | Billed To | Amount |
|---|---|---|---|---|---|---|
| TICKET | Southwest Airlines | 2116326936 | 2019-09-04 | STEESE/CHARLES WALTER | AX XXXXXXXXXXX2001 | 573.98 USD |
| | | | | | Sub Total | 573.98 USD |
| SERVICE FEE | ARC | 0772708639 | 2019-09-04 | STEESE/CHARLES WALTER | AX XXXXXXXXXXX2001 | 10.00 USD |
| | | | | | Billed Total | 583.98 USD |
| | | | | | Net Credit Card Billing | 583.98 USD * |
| | | | | | Total Amount Due | 0.00 USD |

## Itinerary

✈ **Air · Depart: Friday, 13 Sep**                            Please verify flight times prior to departure

| SOUTHWEST AIRLINES<br>WN 1219<br><br>Status: Confirmed | EWR<br>Newark Liberty Intl<br><br>**Terminal:**<br>Terminal Info Not Available<br><br>**Departing:**<br>5:45 PM<br>Friday, 13 Sep | DEN<br>Denver Intl<br><br>**Terminal:**<br>Terminal Info Not Available<br><br>**Arriving:**<br>8:10 PM<br>Friday, 13 Sep | Aircraft: Boeing 737-700 Winglets 136 Seats<br><br>Distance: 1621 miles   Flight Time: 2h 25m   Stops: 0 |
|---|---|---|---|

| Passenger Name: | Seats (Status): | Class: | Meal: | eTicket Receipt(s): | Frequent Flyer #: |
|---|---|---|---|---|---|
| STEESE/CHARLES WALTER | (Confirmed) | Economy Class | | 2116326936 | 216293501/WN |

FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM WITHIN THE US OR CANADA CALL 888.681.3746
FROM OUTSIDE THE US OR CANADA CALL 720.359.8529

EMERGENCY "AFTER HOURS" SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888.681.3746

SOUTHWEST DOES NOT PRE-ASSIGN SEATS
Z*CLIQCID-145024
CLIQUSER-CSTEESE@ARMSTRONGTEASDALE.COM
DL 2211568387 HK DL 1.1 STEESE/CHARLES WALTER
F9 10101412193 HK F9 1.1 STEESE/CHARLES WALTER
UA UNX57804 HK UA 1.1 STEESE/CHARLES WALTER
WN 216293501 HK WN 1.1 STEESE/CHARLES WALTER
CONFIRMATION CODE - QSV5GT
CLIENT MATTER NUMBER-9999-99999
RECONFIRMATION FOR SOUTHWEST AIRLINES CALL 800 435 9792.
CARRIER LOCATOR-QSV5GT
MANUAL TKT-NON GDS CARRIER

Ultramar Invoice 660591

**Ultramar** travel and transport.

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Concur Travel <TravelWizard@concursolutions.com> |
| **Sent:** | Wednesday, August 28, 2019 9:46 AM |
| **To:** | Chuck Steese; tdavidson@armstrongteasdale.com; Elizabeth Alavi; Elizabeth Alavi |
| **Subject:** | Cliqbook Itinerary: HOTEL RESERVATION AT 595 MARTINSVILLE ROAD, BASKING RIDGE, NJ 07920, USA |
| **Attachments:** | ConcurCalendarEntry.ics; Courtyard by Marriott Basking Ridge.vcf |

**CAUTION: External Email - Verify sender before clicking links or opening attachments.**

## Trip Overview



**Trip Name:** Hotel Reservation at 595 MARTINSVILLE ROAD, BASKING RIDGE, NJ 07920, USA
**Start Date:** September 11, 2019
**End Date:** September 13, 2019
**Created:** August 28, 2019, Charles Steese *(Modified: August 28, 2019)*
**Description:** Level 3 Depositions
**Agency Record Locator:** LGPNJO
**Reservation for:** Charles Walter Steese
**Total Estimated Cost: $588.00** USD

**Agency Name:** Travel and Transport (Armstrong Teasdale)

## Reservations
## Wednesday, September 11, 2019

### Courtyard by Marriott Basking Ridge

595 Martinsville Rd
Basking Ridge, New Jersey, 07920
US
908-542-0300

**Checking In: Wed Sep 11**
Room 1, Days 2, Guests 1

**Checking Out: Fri Sep 13**

**Additional Information**
Rate:
 **Sep 11 - Sep 12**  $379.00 USD
 **Sep 12 - Sep 13**  $209.00 USD

**Room Details**
Room Description: RoomDescriptionCodeREGA00
Special Instructions: Nonsmoking Deskiatecheckin

**Cancellation Policy**
Must Cancel 2 Day(S) Prior To Arrival

*chuck was NOT charged 9/11 - 9/12 due to Marriott having plumbing issues - see attached re this*

**Confirmation:** 96199921
Status:Confirmed
Frequent Guest Number:257701610

- NO CHARGE -

1



## Total Estimated Cost

| | |
|---|---|
| **Hotel:** | **$588.00** USD |

**Total Estimated Cost: $588.00** USD

## Remarks

```
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM WITHIN THE US OR CANADA CALL 888.681.3746
FROM OUTSIDE THE US OR CANADA CALL 720.359.8529
-----------------------------------------------------
-----------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888.681.3746
-----------------------------------------------------
```

# COURTYARD®
### BY MARRIOTT

**Courtyard by Marriott® Basking Ridge Courtyard**
595 Martinsville Road, Basking Ridge, NJ 07920 P 908.542.0300
**Marriott.com/SOSSM**

| | |
|---|---|
| Charles Steese | Room: WLK |
| 5000 S Albion St | Room Type: HSE |
| Cherry HI Vlg CO 80121-2006 | Number of Guests: 0 |
| Walk | Rate: $0.00          Clerk: EMT |
| Arrive: 11Sep19     Time: 02:30AM     Depart: 12Sep19 | Time: 02:59PM     Folio Number: 21712 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| | | **BALANCE:** 0.00 | |

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

It was our pleasure to have you stay with us at the Basking Ridge Courtyard by Marriott. For Express Check-Out, please dial '0' from your guestroom telephone. We look forward to seeing you in the future and hope that when your travels bring you to the Basking Ridge area you choose us again. For additional reservations, call our toll-free reservation number, (800) 321-2211.

See our "Privacy & Cookie Statement" on Marriott.com.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

**E L**

E M B A S S Y   S U I T E S
H O T E L S
by Hilton

| EMBASSY SUITES BY HILTON BERKELEY HEIGHTS |
| 250 CONNELL DR |
| BERKELEY HEIGHTS, NJ 07922 |
| United States of America |
| TELEPHONE 908-897-1970 • FAX 908-897-1950 |
| Reservations |
| www.hilton.com or 1 800 HILTONS |

STEESE, CHARLES

5000 SOUTH ALBION ST

CHERRY HILL CO 80121
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 821/NQSDG |
| Arrival Date: | 9/11/2019 2:05:00 AM |
| Departure Date: | 9/13/2019 9:16:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | KILE |
| Room Rate: | 239.00 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 98631 B |

Confirmation Number: 91462230

EMBASSY SUITES BY HILTON BERKELEY HEIGHTS 9/16/2019 2:57:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 9/12/2019 | 451770 | PANTRY #3777 | $5.06 |
| 9/12/2019 | 452024 | GUEST ROOM | $199.00 |
| 9/12/2019 | 452024 | RM STATE OCCUPANCY FEE | $9.95 |
| 9/12/2019 | 452024 | RM MUNICIPAL OCCUPANCY TAX | $5.97 |
| 9/12/2019 | 452024 | RM STATE SALES TAX | $13.18 |
| 9/13/2019 | 452130 | AX *2001 | ($5.06) |
| 9/13/2019 | 452170 | AX *2001 | ($228.10) |
| | | **BALANCE** | $0.00 |

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 109436 | MERCHANT ID | 2299781468 |
| CARD NUMBER | AX *2001 | EXP DATE | 04/24 |
| TRANSACTION ID | 452130 | TRANS TYPE | Sale |

233.16

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Thursday, September 12, 2019 12:15 AM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Thursday morning trip with Uber |
| **Attachments:** | map_6c2cb251-3361-4118-8813-7fd191a7d175.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 12, 2019 at 2:01:12 AM EDT
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Thursday morning trip with Uber**

CAUTION:   EXTERNAL EMAIL

Total: **$35.48**
Thu, Sep 12, 2019

# Thanks for riding, Charles

We're glad to have you as an Uber Rewards Gold Member.

# Total                    $35.48

You earned 70 points on this trip

| | |
|---|---|
| Base Fare | $1.16 |
| Time | $6.33 |
| Distance | $16.84 |
| **Normal Fare** | **$24.33** |
| Surge x1.3 | $7.30 |
| Subtotal | $31.63 |
| Booking Fee | $2.35 |
| Uber Airport Surcharge | $1.00 |
| State Surcharge | $0.50 |

### Amount Charged

•••• 2001   Switch                          **$35.48**

### You rode with Sakir

4.92   Rating

How was your ride?

**RATE OR TIP**

**Sakir is known for:**

Excellent Service

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

**UberX**   19.14 mi | 27 min

**01:33am**

Terminal A, 3 Brewster Rd, Newark, NJ

**02:00am**

250 Connell Dr, Berkeley Heights, NJ

Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app.  Learn more

REPORT LOST ITEM          CONTACT SUPPORT          MY TRIPS

FAQ
Forgot password

Privacy
Terms

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Thursday. September 12, 2019 6:46 AM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Thursday morning trip with Uber |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 12, 2019 at 8:42:29 AM EDT
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Thursday morning trip with Uber**

CAUTION:   EXTERNAL EMAIL

Total: **$21.63**
Thu, Sep 12, 2019

# Thanks for riding, Charles

We're glad to have you as an Uber
Rewards Gold Member.

# Total                                    $21.63

You earned 43 points on this trip

Trip Fare                                                                    $18.78

| | |
|---|---|
| Subtotal | $18.78 |
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $2.35 |

Amount Charged

| | |
|---|---|
| •••• 2001   Switch | $21.63 |

You rode with Donna

4.8 Rating

**Donna is known for:**

Excellent Service

How was your ride?

RATE OR TIP

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.



UberX   14.93 mi | 20 min

**08:21am**
250 Connell Dr, Berkeley
Heights, NJ

**08:42am**
1 At&T Way, Bedminster, NJ

Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app. Learn more



**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Thursday, September 12, 2019 5:39 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Thursday evening trip with Uber |
| **Attachments:** | map_f3810a5e-048a-4ad3-8c09-bd2bc7c3191b_wide.png; map_f3810a5e-048a-4ad3-8c09-bd2bc7c3191b.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 12, 2019 at 5:59:27 PM EDT
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Thursday evening trip with Uber**

CAUTION:   EXTERNAL EMAIL

Total: **$11.27**
Thu, Sep 12, 2019

# Thanks for riding, Charles

We're glad to have you as an Uber Rewards Gold Member.

# Total                $11.27

You earned 22 points on this trip

1

| | |
|---|---|
| Trip Fare | $8.42 |
| | |
| Subtotal | $8.42 |
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $2.35 |

Amount Charged

| | |
|---|---|
| •••• 2001   Switch | $11.27 |

You rode with Francis

4.89  Rating

How was your ride?

**RATE OR TIP**

**Francis is known for:**

Excellent Service

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

**UberX**   4.03 mi | 9 min

**05:49pm**
1 At&T Way, Bedminster, NJ

**05:59pm**
89 Main St, Gladstone, NJ

### Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

### Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app. Learn more

REPORT LOST ITEM          CONTACT SUPPORT          MY TRIPS



**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Thursday, September 12, 2019 6:22 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Thursday evening trip with Uber |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 12, 2019 at 8:03:31 PM EDT
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Thursday evening trip with Uber**

CAUTION:   EXTERNAL EMAIL



Total: **$29.57**
Thu, Sep 12, 2019

# Thanks for riding, Charles

We're glad to have you as an Uber
Rewards Gold Member.



# Total                                              $29.57

You earned 59 points on this trip

Trip Fare                                              $25.60

1

| Subtotal | $25.60 |
| State Surcharge | $0.50 |
| Wait Time | $1.12 |
| Tolls, Surcharges, and Fees | $2.35 |

## Amount Charged

•••• 2001   Switch                              $29.57

A temporary hold of $28.45 was placed on your payment method •••• 2001 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

## You rode with Ferney

Rating

**How was your ride?**

RATE OR TIP

**Ferney is known for:**

Excellent Service

Every rideshare trip starting in New Jersey is insured by

Allstate. Learn more.



UberX   18.92 mi | 24 min

**07:38pm**
87 Main St, Peapack, NJ

**08:03pm**
250 Connell Dr, Berkeley
Heights, NJ



Invite your friends and family.

Get $5 off your next ride when you refer a friend to
try Uber. Share code: charless1034

Save up to 5% when you purchase Uber
Cash

Choose the smart way to pay for Uber. You can

purchase directly in the Uber app.  Learn more

REPORT LOST ITEM             CONTACT SUPPORT             MY TRIPS

FAQ

Forgot password

Uber Technologies

1455 Market St.

San Francisco, CA 94103

Privacy

Terms

## Elizabeth Alavi

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Friday, September 13, 2019 1:50 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Receipt for canceled trip on Friday afternoon |
| **Attachments:** | map_8c14b6b7-f9c3-453e-92a0-76e3942041be.png; map_8c14b6b7-f9c3-453e-92a0-76e3942041be_wide.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 13, 2019 at 3:45:01 PM EDT
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Receipt for canceled trip on Friday afternoon**

**CAUTION:   EXTERNAL EMAIL**



We'll connect another time, Charles

Here's the receipt for your canceled trip.

Total                     $6.82

To compensate drivers for the inconvenience, a fee is charged if you cancel a request 2 minutes after a driver accepts your ride. If you need to cancel a ride request, do so before the grace period to avoid a fee.

Time                                                        $1.68

Distance                                                    $5.14

Subtotal                                                    $6.82

Amount Charged

▦ •••• 2001 ┊ Switch                                       $6.82



**UberX**   Ride cancelled

**03:37pm**
Request accepted

**03:44pm**
Request canceled

Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

REPORT LOST ITEM   |   CONTACT SUPPORT   |   MY TRIPS

FAQ
Forgot password

Privacy

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Friday, September 13, 2019 1:51 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Receipt for canceled trip on Friday afternoon |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 13, 2019 at 3:36:03 PM EDT
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Receipt for canceled trip on Friday afternoon**

CAUTION:    EXTERNAL EMAIL



1

location. To avoid this fee in the future, only request when you're ready to go.

Cancellation Fee                                                      $5.00

Subtotal                                                             $5.00

Amount Charged

☒ •••• 2001 | Switch                                                  $5.00

UberX   **Ride cancelled**

**03:18pm**
Request accepted

**03:35pm**
Request canceled

☒ _____   **Invite your friends and family.**

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Saturday, September 14, 2019 5:04 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Friday morning trip with Uber |
| **Attachments:** | map_e6daea29-964c-44fe-b298-6d0b50108d35.png |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 14, 2019 at 4:50:36 PM MDT
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Friday morning trip with Uber**

CAUTION:   EXTERNAL EMAIL

Total: **$21.77**
Fri, Sep 13, 2019

# Thanks for riding, Charles

We're glad to have you as an Uber
Rewards Gold Member.

# Total                      $21.77

You earned 43 points on this trip

| | |
|---|---|
| Trip Fare | $18.92 |
| | |
| Subtotal | $18.92 |
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $2.35 |

Amount Charged

•••• 2001  Switch                                           $21.77

You rode with Roderson

4.9  Rating

**How was your ride?**

**RATE OR TIP**

**Roderson is known for:**

Excellent Service

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

**UberX**   15.11 mi | 21 min

**08:21am**
250 Connell Dr, Berkeley Heights, NJ

**08:42am**
1 At&T Way, Bedminster, NJ

### Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

### Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app. Learn more

REPORT LOST ITEM          CONTACT SUPPORT          MY TRIPS



## AT&T Kiosk

466 Way
Bedminster, NJ  07921

9/12/19    10:26 AM    Receipt #:    095193
Ticket System              Store:      KS1
Administrator
Terminal:      01

112146B5      Diet Mountain Dew      1.99  T
14904600      Diet Coke 20oz         1.99  T

SUBTOTAL                3.98
SALES TAX 6.625         0.26
TOTAL                   4.24
Credit                  4.24
TOTAL TENDERED          4.24

Change                  0.00

CREDIT CARD INFORMATION:

Name:        CHUCK STEESE
Card Type:   AMEX
Account:     2001
Amount:      4.24
Approval #:  582855
Date:        9/12/19
Refer

---

Ted's Montana Grill
5370 Greenwood Plaza Blvd
303-771-3038

Server: Sarah              DOB: 09/13/2019
09:27 PM                         09/13/2019
Chuck/1                           2/20078

SALE

AMEX                       2097189
Card #XXXXXXXXXXX2001
Magnetic card present: STEESE CHUCK

Card Entry Method:  S

Approval: 584883

Amount:        $20.38

+ Gratuity: _____

= Total: _____
                    2338

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

Tell us how you enjoyed your
recent visit to Ted's and you could
win one of 2 $500 Ted's Gift Cards.
Go to https://www.TedsSurvey.com
within 7 days of your visit and
enter the survey code above.
Thank you for your patronage.

Ted's Copy
(REPRINT)

---

Denver International Airport (3102)
Big Bowl and Magic Pan
Denver CO 80249

5854 D'Shaya
-------------------------------------
CHK 417                         GST 1
          9/11/2019 4:49 PM
-------------------------------------

1 EVIAN 500ML WATER          2.49
1 KUNG PAO CHICKEN          11.99
1 COMBO EGG                  2.49
  American Express          $18.13
  aT841683 XXX2001

Food                       $14.48
Retail                      $2.49
Tax                         $1.16
Payment                    $18.13
Change Due                  $0.00

--------- Check Closed ----------
          9/11/2019 4:49 PM

```
              AT&T BEDMINSTER
                   CAFE
       181700017 BLANCA
       --------------------------------
       7133
              12SEP'19  1:07PM
       --------------------------------
          RETAIL
        1 ENT BEEF W TWO        8.39
        1 ENT BEEF              6.79
          SUBTOTAL             15.18
          TAX                   1.01
          PAYMENT           16.19
          AT562804 XXX2001
          AMERICAN EXPRESS     16.19
       -181700017 Closed SEP12 01:07PM-

              --------------------------
                  THANK YOU!

       ******************************
              HOURS OF OPERATIONS
                7:00am to 3:00pm


       >>>>>>>>>>>>>><<<<<<<<<<<<<<<<
              FR:09/12/19 13:07:21
              GU:tMrWJiKQpOq7ixXVZ/XEY
```

IL MONELLO RISTORANTE
89 MAIN ST
PEAPACK, NJ 07977

09/12/2019                    19:37:10

CREDIT CARD

AMEX SALE

Card #                     XXXXXXXXXX2001
Chip Card:                 AMERICAN EXPRESS
AID:                       A000000025010801
SEQ #:                     231
Batch #:                   626
INVOICE                    231
Approval Code:             827245
Entry Method:              Chip Read
Mode:                      Issuer

PRE-TIP AMT        $154.90

TIP                 $32.00

TOTAL AMOUNT       $186.90

---

**DENVER INTERNATIONAL AIRPORT**

8500 Peña Blvd.
Denver, CO 80249
Customer Service:
303-342-4083

Card Account : XXXXXXXXXX8538
Card Type : Visa
Authorization Code : O2663D

Cashier : 668    Seq # 43071
License Plate : 121FMQ
Ent : 16:01 09/11/19 Lane 2
Exit: 20:57 09/13/19 Lane 41
Duration: 2D(s) 4H(s) 56M(s)
Rate Code: 49  Shift: 48

         FEE     $    81.00
AMOUNT TEND       $    81.00
        CASH      $     0.00
CREDIT CARD       $    81.00
       CHECK      $     0.00
CHANGE CALC       $     0.00

PAID AT CT  $    81.00
*** Thank You ***

*** Customer Copy ***

---

# AT&T Kiosk
1 AT&T Way
Bedminster, NJ 07921

7/13/19   10:42 AM   Receipt #:  095306
Clerk: System            Store:      RS1
Administrator
                        Terminal:    01

14/15405     Diet Mountain Dew    1.99  T
14904:00     Diet Coke 20oz       1.99  T

         SUBTOTAL                  3.98
         SALES TAX 6.625           0.26
         TOTAL                     4.24
         Credit                    4.24
         TOTAL TENDERED            4.24

         Change                    0.00

---

# AT&T Kiosk
1 AT&T Way
Bedminster, NJ 07921

9   12:44 PM   Receipt #:   095318
System              Store:      RS1
Administrator
                   Terminal:    01

09     Reeses               1.39  T
05     Diet Mountain Dew    1.99  T
00     Diet Coke 20oz       1.99  T

       SUBTOTAL             5.37
       SALES TAX 6.625      0.36
       TOTAL                5.73
       Credit               5.73
       TOTAL TENDERED       5.73

       Change               0.00

CREDIT CARD INFORMATION:

       CHECK ITEMS
       AMEX
       5.73

**Brittany A. Carothers**

| | |
|---|---|
| **From:** | Elizabeth Alavi |
| **Sent:** | Monday, September 16, 2019 5:31 PM |
| **To:** | Accounts Payable |
| **Subject:** | 2019.09.16 Travel Expense Report from 2019.09.11-2019.09.13 from Denver to NJ_CM 14684.24_C. Steese.pdf [IWOV-iDocs.FID3030517] |
| **Attachments:** | 2019.09.16 Travel Expense Report from 2019.09.11-2019.09.13 from Denver to NJ_CM 14684.24_C. Steese.pdf |

Please find the attached re CM 14684.24 for C. Steese.
Since this is submitted today, Monday, please make sure this is reimbursed to Chuck by this Friday, 9/20.
Much appreciated!

*also, the first night, you will see the hotel did NOT charge Chuck.

Thank you kindly,

Elizabeth



Armstrong Teasdale LLP
**Elizabeth L. Alavi** | Legal Secretary
4643 South Ulster Street, Suite 800, Denver, CO 80237
MAIN PHONE: 720.200.0676 | MAIN FAX: 720.200.0679
Extension: 3812
ealavi@armstrongteasdale.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

**Douglas Marsh** A
Name

**1069** (14)
Attorney#

2019.09.16
Today's Date

2019.09.11-2019.09.13
Dates of Travel

**RECEIVED**
**SEP 17 2019**
**A/P-STL**

Destination: Denter to NJ *New Jersey*

Charge  Client Name: Qwest
Client/Matter #: 14684.24

OR  Firm*:
Business Purpose
G/L # (AP use only): 00550

TOTAL EXPENSES................................. **$2,173.12**
LESS CASH ADVANCE.............................
LESS DIRECT BILLED............................ $603.98
NET DUE TO TRAVELER OR
REFUND DUE TO ATLLP...................... **$1,569.14**

*2,123.12*

*A CLIENT AND BUSINESS DEVELOPMENT PRE-APPROVAL FORM OR AN APPLICATION FOR CLE/PROFESSIONAL DEVELOPMENT MUST BE ATTACHED.

| | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | | | |
| Direct Billed to AT American Express Card | $603.98 | | | | | | | $603.98 |
| Paid by AT Personnel | $692.70 | | | | | | | $692.70 |
| **AUTOMOBILE** | | | | | | | | |
| Mileage if travel on or after Jan 1, 2019: | | X (.58) | $0.00 | | | | | $0.00 |
| Mileage if travel on or before Dec 31, 2018: | | x (.545) | $0.00 | | | | | $0.00 |
| Car Rental | | | | | | | | $0.00 |
| Fuel | | | | | | | | $0.00 |
| Parking | | | | | | $51.00 | | $51.00 |
| Taxi | | | | $34.98 | $26.23 | $52.99 | | $114.20 |
| **LODGING** | | | | | | | | |
| Direct Billed to AT | | | | | | | | $0.00 |
| Paid by AT Personnel | | | | $434.43 | $239.57 | | | $674.00 |
| **MISCELLANEOUS** | | | | | | | | |
| Please identify: | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| **SUBTOTAL** | $1,296.68 | $0.00 | $0.00 | $469.41 | $265.80 | $103.99 | $0.00 | $2,135.88 |
| **MEALS** | | | | | | | | |
| B | | | | | | | | $0.00 |
| L | | | | | | | | $0.00 |
| D | | | | $20.79 | | $16.45 | | $37.24 |

(handwritten over airfare) 130 0 (603 98) EWR-DEN incl Return $30 ARC
84020 $30 ARC Departure

barcode: * 6 1 1 6 2 5 7 *

**MEALS W/CLIENT**: Meals with clients, other non-firm members or non-traveling firm members can NO LONGER be reported on this form. The Meal & Entertainment Expense Report must be used.

| | | | | SUBTOTAL | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**GRAND TOTAL** ... $2,173.12

Note:  Receipts for expenditures over $25.00 must be attached (originals if possible)  No Check Request Form is required, provided the above is completed.

Ultramar Invoice 656325                                          Page 1 of 1

Prepared For:
## MARSH/DOUGLAS

**eInvoice: 656325**
Wednesday , 28 Aug

Reservation Code: MMGRZV
Created: 2019-08-28 14:51:00



| Client Contact | Delivery Address | Invoice Information | |
|---|---|---|---|
| DOUGLAS MARSH<br>4643 SOUTH ULSTER STREET SUITE 800<br>DENVER CO 80237<br>US<br>ARMSTRONG TEASDALE | E-Ticket | Sales Person: | MY |
| | | Invoice Number: | 656325 |
| | | Invoice Issue Date: | 2019-08-28 19:58:21 |
| | | Record Locator: | MMGRZV |
| | | Customer #: | 996000ARMS |

## Ticket Information

| Type | Flight/Vendor | Ticket/Conf # | Issue Date | Passenger | Billed To | Amount |
|---|---|---|---|---|---|---|
| TICKET | United Airlines | 7394518863 | 2019-08-28 | MARSH/DOUGLAS | VI XXXXXXXXXX2524 | 336.35 USD |
| | | | | | Sub Total | 336.35 USD |
| SERVICE FEE | ARC | 0772382247 | 2019-08-28 | MARSH/DOUGLAS | VI XXXXXXXXXX2524 | 10.00 USD |
| | | | | | **Billed Total** | **346.35 USD** |
| | | | | | Net Credit Card Billing | 346.35 USD |
| | | | | | Total Amount Due | 0.00 USD |

## Itinerary

✈ **Air • Depart: Wednesday, 11 Sep**                Please verify flight times prior to departure

| **UNITED AIRLINES**<br>**UA  749**<br><br>Carrier Locator: LBPPJF<br><br>Status: OK | **DEN**<br>Denver Intl<br><br>**Terminal:**<br>Terminal Info Not Available<br><br>**Departing:**<br>**1:25 PM**<br>Wednesday, 11 Sep | **EWR**<br>Newark Liberty Intl<br><br>**Terminal:**<br>Terminal Info Not Available<br><br>**Arriving:**<br>**7:15 PM**<br>Wednesday, 11 Sep | Aircraft: Boeing 737-900<br><br>| Distance: | Flight Time: | Stops: |<br>|---|---|---|<br>| 1621 miles | 5h 50m | 0 | |
|---|---|---|---|

| Passenger Name: | Seats (Status) | Class: | Meal: | eTicket Receipt(s): | Frequent Flyer #: |
|---|---|---|---|---|---|
| MARSH/DOUGLAS | 36F(OK ) | Economy Class | Food For Purchase | 7394518863 | |

FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM WITHIN THE US OR CANADA CALL 888.681.3746
FROM OUTSIDE THE US OR CANADA CALL 720.359.8529

EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888.681.3746

THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
Z*CLIQCID-145024
CLIQUSER-DMARSH@ARMSTRONGTEASDALE.COM
WN 20531850334 HK WN 1.1 MARSH/DOUGLAS
CLIENT MATTER NUMBER-0146-8424
RECONFIRMATION FOR UNITED AIRLINES CALL 800 241 6522.



Ultramar Invoice 656328                                          Page 1 of 1

**Prepared For:**
# MARSH/DOUGLAS

**eInvoice: 656328**
Wednesday . 28 Aug

Reservation Code: YNCIBS
Created: 2019-08-28 14:40:00

Armstrong Teasdale

### Client Contact

DOUGLAS MARSH
4643 SOUTH ULSTER STREET SUITE 800
DENVER CO 80237
US
ARMSTRONG TEASDALE

### Delivery Address

E-Ticket

### Invoice Information

| | |
|---|---|
| Sales Person: | MY |
| Invoice Number: | 656328 |
| Invoice Issue Date: | 2019-08-28 19:58:28 |
| Record Locator: | YNCIBS |
| Customer #: | 996000ARMS |

## Ticket Information

| Type | Flight/Vendor | Ticket/Conf # | Issue Date | Passenger | Billed To | Amount |
|---|---|---|---|---|---|---|
| TICKET | United Airlines | 7394518866 | 2019-08-28 | MARSH/DOUGLAS | VI XXXXXXXXXX2524 | 336.35 USD |
| | | | | | Sub Total | 336.35 USD |
| SERVICE FEE | ARC | 0772382249 | 2019-08-28 | MARSH/DOUGLAS | VI XXXXXXXXXX2524 | 10.00 USD |
| | | | | | **Billed Total** | **346.35 USD** |
| | | | | | Net Credit Card Billing | 346.35 USD |
| | | | | | Total Amount Due | 0.00 USD |

## Itinerary

✈ **Air • Depart: Friday, 13 Sep**          Please verify flight times prior to departure

| **UNITED AIRLINES** **UA  2217** Carrier Locator: LB6MFE Status: OK | **EWR** Newark Liberty Intl **Terminal:** Terminal Info Not Available **Departing:** **9:30 PM** Friday, 13 Sep | **DEN** Denver Intl **Terminal:** Terminal Info Not Available **Arriving:** **11:46 PM** Friday, 13 Sep | Aircraft: Boeing 737-800 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Distance:** | **Flight Time:** | **Stops:** | |
| 1621 miles | 2h  15m | 0 | |

| Passenger Name: | Seats (Status): | Class: | Meal: | eTicket Receipt(s): | Frequent Flyer #: |
|---|---|---|---|---|---|
| MARSH/DOUGLAS | 36A(OK ) | Economy Class | Food For Purchase | 7394518866 | |

FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM WITHIN THE US OR CANADA CALL 888.681.3746
FROM OUTSIDE THE US OR CANADA CALL 720.359.8529

EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888.681.3746

THIS TICKET IS NON-REFUNDABLE. CHANGES WILL RESULT
IN A HIGHER FARE AND/OR INCUR A CHANGE FEE
Z*CLIQCID-145024
CLIQUSER-DMARSH@ARMSTRONGTEASDALE.COM
WN 2053185O334 HK WN 1.1 MARSH/DOUGLAS
CLIENT MATTER NUMBER-0146-8424
RECONFIRMATION FOR UNITED AIRLINES CALL 800 241 6522.



Ultramar Invoice 659964

Page 1 of 1

**Prepared For:**
# MARSH/DOUGLAS

**eInvoice: 659964**
Wednesday 04 Sep

Reservation Code: DRPIVR
Created: 2019-09-04 12:19:00

**AT** Armstrong Teasdale

| Client Contact | Delivery Address | Invoice Information | |
|---|---|---|---|
| DOUGLAS MARSH<br>4643 SOUTH ULSTER STREET SUITE 800<br>DENVER CO 80237<br>US | E-Ticket | Sales Person:<br>Invoice Number:<br>Invoice Issue Date:<br>Record Locator:<br>Customer #: | 5D<br>659964<br>2019-09-04 14:20:04<br>DRPIVR<br>100000ARMS |

## Ticket Information

| Type | Flight/Vendor | Ticket/Conf # | Issue Date | Passenger | Billed To | Amount |
|---|---|---|---|---|---|---|
| TICKET | Southwest Airlines | 2104524196 | 2019-09-04 | MARSH/DOUGLAS | AX XXXXXXXXXX1017 | 573.98 USD |
| | | | | | Sub Total | 573.98 USD |
| SERVICE FEE | ARC | 0772673001 | 2019-09-04 | MARSH/DOUGLAS | AX XXXXXXXXXX1017 | 30.00 USD |
| | | | | | Billed Total | 603.98 USD |
| | | | | | Net Credit Card Billing | 603.98 USD |
| | | | | | Total Amount Due | 0.00 USD |

## Itinerary

✈ **Air • Depart: Friday, 13 Sep**    Please verify flight times prior to departure

| **SOUTHWEST AIRLINES**<br>**WN  1219**<br><br>Carrier Locator: QUE5M9<br><br>Status: Confirmed | **EWR**<br>Newark Liberty Intl<br><br>Terminal:<br>Terminal Info Not Available<br><br>Departing:<br>**5:45 PM**<br>Friday, 13 Sep | **DEN**<br>Denver Intl<br><br>Terminal:<br>Terminal Info Not Available<br><br>Arriving:<br>**8:10 PM**<br>Friday, 13 Sep | Aircraft: Boeing 737-700 Winglets 136 Seats<br><br>Distance: 1621 miles   Flight Time: 2h 25m   Stops: 0 |
|---|---|---|---|

| Passenger Name: | Seats (Status): | Class: | Meal: | eTicket Receipt(s): | Frequent Flyer #: |
|---|---|---|---|---|---|
| MARSH/DOUGLAS | (Confirmed) | Economy Class | | 2104524196 | 20531850334/WN |

FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM WITHIN THE US OR CANADA CALL 888.681.3746
FROM OUTSIDE THE US OR CANADA CALL 720.359.8529

EMERGENCY "AFTER HOURS" SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888.681.3746

SOUTHWEST DOES NOT PRE-ASSIGN SEATS
Z*CLIQCID-145024
CLIQUSER-DMARSH@ARMSTRONGTEASDALE.COM
WN 20531850334 HK WN 1 1 MARSH/DOUGLAS
RECONFIRMATION FOR SOUTHWEST AIRLINES CALL 800 435 9792.
CLIENT MATTER NUMBER-0146-8424
MANUAL TKT-NON GDS CARRIER



# COURTYARD
### BY MARRIOTT

**Courtyard by Marriott®** Basking Ridge Courtyard
595 Martinsville Road, Basking Ridge, NJ 07920 **P** 908.542.0300
**Marriott.com/SOSSM**

Douglas Marsh
21558 Omaha Ave
Parker CO 80138-7238
Armstrong Tea Sale

Room: 119
Room Type: GENR
Number of Guests: 1
Rate: $209.00                                    Clerk: JCJ

Arrive: 11Sep19        Time: 09:02PM        Depart: 13Sep19        Time: 08:11AM        Folio Number: 61156

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 11Sep19 | Room Charge | 379.00 | |
| 11Sep19 | Occupancy Tax | 25.11 | |
| 11Sep19 | State Occupancy Tax | 30.32 | |
| 12Sep19 | Room Charge | 209.00 | |
| 12Sep19 | Occupancy Tax | 13.85 | |
| 12Sep19 | State Occupancy Tax | 16.72 | |
| 13Sep19 | Visa | | 674.00 ✓ |

*Card #: VIXXXXXXXXXXXXX2524/XXXX*
*Amount:  674.00  Auth: 67811D  Signature on File*
*This card was electronically swiped on 11Sep19*

**BALANCE:       0.00**

**Marriott Bonvoy Account # XXXXX2556.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

It was our pleasure to have you stay with us at the Basking Ridge Courtyard by Marriott. For Express Check-Out, please dial '0' from your guestroom telephone. We look forward to seeing you in the future and hope that when your travels bring you to the Basking Ridge area you choose us again. For additional reservations, call our toll-free reservation number, (800) 321-2211.

See our "Privacy & Cookie Statement" on Marriott.com.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Douglas N. Marsh |
| **Sent:** | Wednesday, September 11, 2019 9:23 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Wednesday evening trip with Uber |
| **Attachments:** | map_75b1600b-b9d8-4ffe-bb17-6a6f34c05515_wide.png |

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 11, 2019 at 9:00:27 PM EDT
> **To:** <dmarsh@armstrongteasdale.com>
> **Subject: Your Wednesday evening trip with Uber**

CAUTION:   EXTERNAL EMAIL



Total: $34.98
Wed, Sep 11, 2019

Thanks for riding, Doug

We're glad to have you as an Uber
Rewards Blue Member.

# Total                    $34.98

You earned 69 points on this trip

Trip Fare                    $31.13

| | |
|---|---|
| Subtotal | $31.13 |
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $3.35 |

•••• 6221   Switch                                    $34.98

A temporary hold of $34.98 was placed on your payment method •••• 6221 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

## You rode with Harsimran



4.91 Rating

**How was your ride?**

RATE OR TIP

**Harsimran is known for:**

Excellent Service

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

2



UberX   25.29 mi | 26 min

**08:33pm**

Newark, NJ

**09:00pm**

166 County Rd 525, Basking Ridge, NJ

### Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: dougm6916ue

### Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app.  Learn more

3



## Elizabeth Alavi

**From:** Douglas N. Marsh
**Sent:** Thursday, September 12, 2019 6:35 AM
**To:** Elizabeth Alavi
**Subject:** Fwd: Your Thursday morning trip with Uber
**Attachments:** map_9a65c80e-61a1-4f59-bf15-b62d85acba20.png

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 12, 2019 at 8:32:46 AM EDT
> **To:** <dmarsh@armstrongteasdale.com>
> **Subject: Your Thursday morning trip with Uber**

CAUTION:   EXTERNAL EMAIL



Total Total $12.08
Thu, Sep 12, 2019

# Thanks for riding, Doug
We're glad to have you as an Uber Rewards Blue Member.

| Total | $12.08 |
|---|---|

You earned 24 points on this trip

Trip Fare                                                    $9.23

1

Subtotal                                                    $9.23

State Surcharge ☐                                           $0.50

Tolls, Surcharges, and Fees ☐                               $2.35

☒ •••• 6221   Switch                                        $12.08

A temporary hold of $12.08 was placed on your payment method •••• 6221 at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement
shortly. Learn More

You rode with Ekaterina



4.92 ☐ Rating
_____

How was your ride?

**RATE OR TIP**

**Ekaterina is known for:**

Excellent Service

Every rideshare trip starting in New Jersey is insured by
Allstate. Learn more

**UberX**   6.31 mi | 13 min

**08:19am**
168 County Rd 525, Basking Ridge, NJ

**08:32am**
1 At&T Way, Bedminster, NJ

### Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: dougm6916ue

### Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app.  Learn more

REPORT LOST ITEM          CONTACT SUPPORT          MY TRIPS

3



FAQ

Forget password

Privacy

Terms

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Douglas N. Marsh |
| **Sent:** | Thursday, September 12, 2019 6:00 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Thursday evening trip with Uber |
| **Attachments:** | map_a6261dd0-f03c-4b9b-bd94-f1a77fe31584_wide.png |

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 12, 2019 at 7:53:53 PM EDT
> **To:** <dmarsh@armstrongteasdale.com>
> **Subject: Your Thursday evening trip with Uber**

CAUTION:   EXTERNAL EMAIL



Total: $14.15
Thu, Sep 12, 2019

Thanks for riding, Doug

We're glad to have you as an Uber
Rewards Blue Member.

# Total                         $14.15 ✓

You earned 28 points on this trip

Trip Fare                                            $11.23

1

| Subtotal | $11.23 |
| State Surcharge  | $0.50 |
| Wait Time | $0.07 |
| Tolls, Surcharges, and Fees | $2.35 |

•••• 6221   Switch                                      $14.15

A temporary hold of $14.08 was placed on your payment method •••• 6221 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

You rode with Segun

4.84   Rating

How was your ride?

RATE OR TIP

Segun is known for:

Excellent Service

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.



**Uber X**    8.49 mi | 16 min

**07:37pm**

89 Main St, Peapack, NJ

**07:53pm**

166 County Rd 525, Basking Ridge, NJ

Map data ©2019

### Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: dougm6916ue

### Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app.  Learn more

3



REPORT LOST ITEM                   CONTACT SUPPORT                   MY TRIPS

FAQ
Forgot password

Privacy
Terms

4

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Douglas N. Marsh |
| **Sent:** | Friday, September 13, 2019 6:29 AM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Friday morning trip with Uber |
| **Attachments:** | map_30f433ad-1adb-48bd-a987-1f9d754d08b3_wide.png |

Begin forwarded message:

**From:** Uber Receipts <uber.us@uber.com>
**Date:** September 13, 2019 at 8:26:19 AM EDT
**To:** <dmarsh@armstrongteasdale.com>
**Subject: Your Friday morning trip with Uber**

CAUTION:   EXTERNAL EMAIL



Total: $11.97
Fri, Sep 13, 2019

# Thanks for riding, Doug

We're glad to have you as an Uber
Rewards Blue Member.

# Total                    $11.97 ✓

You earned 23 points on this trip

Trip Fare                               $9.12

1

| | |
|---|---|
| Subtotal | $9.12 |
| State Surcharge | $0.50 |
| Tolls, Surcharges, and Fees | $2.35 |

| | |
|---|---|
| •••• 6221   Switch | $11.97 |

A temporary hold of $11.97 was placed on your payment method •••• 6221 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

You rode with Jemolt



4.89  Rating

**Jemolt is known for:**

Excellent Service

How was your ride?

**RATE OR TIP**

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.



6.27 mi | 11 min

**08:14am**

168 County Rd 525, Basking Ridge, NJ

**08:26am**

1 At&T Way, Bedminster, NJ

Map data ©2019

Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: dougm6916ue

Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app.  Learn more

3



**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Douglas N. Marsh |
| **Sent:** | Friday, September 13, 2019 2:15 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Friday afternoon trip with Uber |

Begin forwarded message:

**From:** Uber Receipts <uber.us@uber.com>
**Date:** September 13, 2019 at 4:14:27 PM EDT
**To:** <dmarsh@armstrongteasdale.com>
**Subject: Your Friday afternoon trip with Uber**

CAUTION:   EXTERNAL EMAIL



Total: $41.02
Fri, Sep 13, 2019

Thanks for riding, Doug

We're glad to have you as an Uber
Rewards Blue Member.

# Total                                $41.02 ✓

---

Trip Fare                                      $37.17

Subtotal                                       $37.17

1

State Surcharge □ $0.50

Tolls, Surcharges, and Fees □ $3.35

□ •••• 6221   Switch $41.02

A temporary hold of $41.02 was placed on your payment method •••• 6221 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly. Learn More

You rode with Ronald

4.96 □ Rating

How was your ride?

**RATE OR TIP**

**Ronald is known for:**

Excellent Service

Every rideshare trip starting in New Jersey is insured by Allstate. Learn more.

2



30.96 mi | 33 min

**03:40pm**

1 At&T Way, Bedminster, NJ

**04:14pm**

Terminal A, 3 Brewster Rd, Newark, NJ

### Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: dougm6916ue

### Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app. Learn more









DENVER INTERNATIONAL
AIRPORT

8500 Peña Blvd.
Denver, CO 80249
Customer Service:
303-342-4083

Card Account : XXXXXXXXXXXX6221
Card Type : Master
Authorization Code : 83550P

Cashier : 668   Seq # 19015
License Plate : NO-PLATE
Ent : 11:27 09/11/19 Lane 6
Exit: 20:38 09/13/19 Lane 53
Duration: 2D(s) 9H(s) 11M(s)
Rate Code: 51  Shift: 186

|                 |   |        |
|-----------------|---|--------|
| FEE             | $ | 51.00  |
| AMOUNT TEND     | $ | 51.00  |
| CASH            | $ | 0.00   |
| CREDIT CARD     | $ | 51.00  |
| CHECK           | $ | 0.00   |
| CHANGE CALC     | $ | 0.00   |
|                 |   |        |
| PAID AT CT      | $ | 6      |

*** Thank You ***


*** Customer Copy ***

V44277

## Armstrong Teasdale LLP
## Travel Expense Report Form

| | |
|---|---|
| Chuck Steese  EP | 1003  (14) |
| Name | Attorney# |
| 2019.09.30 | 2019.09.23-2019.09.24 |
| Today's Date | Dates of Travel |

Destination: Denver to ATL

RECEIVED

SEP 3 0 2019

A/P-STL

Charge Client Name: Qwest
Client/Matter #: 14684.24
OR Firm*:
Business Purpose
G/L # (AP use only) 00580

TOTAL EXPENSES.................................. $657.48
LESS CASH ADVANCE..........................
LESS DIRECT BILLED........................... $0.00
**NET DUE TO TRAVELER OR**
**REFUND DUE TO ATLLP.....................** $657.48

*A CLIENT AND BUSINESS DEVELOPMENT PRE-APPROVAL FORM OR AN APPLICATION FOR CLE/PROFESSIONAL DEVELOPMENT MUST BE ATTACHED.

| | | | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| **AIRFARE*** | | | | Click in yellow area below to indicate Departure and Return days | | | | | | $0.00 |
| Direct Billed to AT American Express Card | | | | | | | | | | $0.00 |
| Paid by AT Personnel | | | $267.96 | | Departure | Return | | | | $267.96 |
| **AUTOMOBILE** | | | | | | | | | | |
| Mileage if travel on or after Jan 1, 2019: | X (.58) | $0.00 | | | | | | | | $0.00 |
| Mileage if travel on or before Dec 31, 2018: | x (.545) | $0.00 | | | | | | | | $0.00 |
| | | Car Rental | | | | | | | | $0.00 |
| | | Fuel | | | | | | | | $0.00 |
| | | Parking | | | $28.00 | | | | | $28.00 |
| | | Taxi | | $32.05 | $25.96 | | | | | $58.01 |
| **LODGING - Report Meals Separately Below** | | | | | | | | | | |
| | | Direct Billed to AT | | | | | | | | $0.00 |
| | | Paid by AT Personnel | | $266.86 | | | | | | $266.86 |
| **MISCELLANEOUS** | | | | | | | | | | |
| Please identify: | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| | | **SUBTOTAL** | $267.96 | $298.91 | $53.96 | $0.00 | $0.00 | $0.00 | $0.00 | $620.83 |
| **MEALS** | | | | | | | | | | |
| **MEALS, on travel status (alone or other traveling firm members only)** | | B | | | | | | | | $0.00 |
| | | L | | | $12.40 | | | | | $12.40 |
| | | D | | $24.25 | | | | | | $24.25 |
| **MEALS W/CLIENT:** Meals with clients, other non-firm members or non-traveling firm members can NO LONGER be reported on this form. The Meal & Entertainment Expense Report must be used. | | | | | | | | | | |
| | | **SUBTOTAL - Meals** | $0.00 | $24.25 | $12.40 | $0.00 | $0.00 | $0.00 | $0.00 | $36.65 |
| | | **GRAND TOTAL** | $267.96 | $323.16 | $66.36 | $0.00 | $0.00 | $0.00 | $0.00 | $657.48 |

*6116890*

Note: Receipts for expenditures over $25.00 must be attached (originals if possible). No Check Request Form is required, provided the above is completed.

TICKET #              5262122520765
EXPIRATION†          September 19, 2020
EST POINTS EARNED    1,337

Rapid RewardsÂ® points are only estimations

# Your itinerary



**Flight 1:**  Monday, 09 23 2019    Est. Travel Time 2h 50m

| | DEPARTS | | ARRIVES | |
|---|---|---|---|---|
| FLIGHT # 1489 | **DEN 07:05**PM Denver | | **ATL 11:55**PM Atlanta | |

**Flight 2:**  Tuesday, 09 24 2019    Est. Travel Time 3h 15m

| | DEPARTS | | ARRIVES | |
|---|---|---|---|---|
| FLIGHT # 0690 | **ATL 09:35**PM Atlanta | | **DEN 10:50**PM Denver | |

# Payment Information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - JWTQCO** | | | Amer Express ending in 2001 | |
| Base Fare | $ | 222.66 | Date: September 20, 2019 | |
| U.S. Transportation Tax | $ | 16.70 | **Payment Amount: $267.96** | |
| U.S. 9/11 Security Fee | $ | 11.20 | | |
| U.S. Flight Segment Tax | $ | 8.40 | | |
| U.S. Passenger Facility Chg | $ | 9.00 | | |
| **Total** | **$** | **267.96** | | |

This means, if you choose not to check in online to your current itinerary, if your ticket is a Business Select or Anytime, you will not be issued with travel funds that are non-refundable. Unless specified as such, travel funds for your unused tickets deducted will be individually named on the tickets, as long as the travel funds are purchased by the expiration date.

Your ticket number: 5262122520765

# Prepare for takeoff

**24 hours** before your departure:

Check-in on Southwest.comÂ® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

**30 minutes** before your departure:

Arrive at the gate prepared to board.



**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

**See more travel tips**

## Don't miss out on automatic check-in

Early Bird Check-in® reserves your boarding position at 36 hours before your flight, earlier than regular check-in

Get it now >

### Have questions about your upcoming trip?

Get all the answers before you have your trip.

Prepare now >

5262122520785: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN DEN WN ATL 182.49WN DEN50.17USD222.66END ZP DEN4 20ATL4.20 XF DEN4.5ATL4.5

SLN3TNF
ALN3TNF

**No Show Policy:** you must notify Southwest® at least ten (10) minutes prior to your flight's scheduled departure if you do not plan to travel on your flight. Customers who fail to cancel reservations for a Wanna Get Away® fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining unused Wanna Get Away funds will be forfeited. All remaining unused Business Select® and Anytime funds will be converted to reusable travel funds. If you no show your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of reusable travel funds under the name of the traveler(s).

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have

3

the amount applied from the gift card held as travel funds for use by the Customer on a future Southwest Airlines flight.

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**

**Get the mobile app**

· All travel involving funds from this Confirmation Number must be completed by the expiration date.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier informaciÃ³n publicitaria, promocional o de mercadotecnia contenida en este correo electrÃ³nico sÃ³lo serÃ¡ efectiva y Ãºnicamente serÃ¡ aplicable en los Estados Unidos de AmÃ©rica.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2019 Southwest Airlines Co. All Rights Reserved.



**M A R R I O T T**

ATLANTA BUCKHEAD MARRIOTT

GUEST FOLIO

| 716 | STEESE/C | | | 09/24/19 | 12:00 | | 12506 |
|------|----------|--|--|----------|-------|--|-------|
| ROOM | NAME | | RATE | DEPART | TIME | | ACCT# |
| CK | | | | 09/23/19 | 00:45 | | |
| TYPE | | | | ARRIVE | TIME | | |
| 30 | | | | | | | |
| ROOM CLERK | ADDRESS | | PAYMENT | | | | MBV#:   XXXXX1610 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|--|---------|---------|--------------|
| 09/23 | ROOM | 716, 1 | 224.00 | | |
| 09/23 | STATE TA | 716, 1 | 19.94 | A | |
| 09/23 | OCC TAX | 716, 1 | 17.92 | B | |
| 09/23 | GATAXFEE | 716, 1 | 5.00 | F | |
| 09/24 | AX CARD | | | $266.86 | |

TO BE SETTLED TO:   AMERICAN EXPRESS CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR
TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.
==================================== SUMMARY OF TAXES ====================================

| | DESCRIPTION | | TAXED AMOUNT | TAX |
|--|-------------|--|--------------|-----|
| A | STATE SALES TAX | | .00 | 19.94 |
| B | CITY OCC TAX | | .00 | 17.92 |
| D | HONOR BAR TAX | | .00 | .00 |
| | NET CHARGES | TAX | CREDITS | FOLIO |
| | 229.00 | 37.86 | .00 | 266.86 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



ATLANTA BUCKHEAD MARRIOTT
3405 LENOX RD NE
ATLANTA GA  30326
PH# 404-261-9250 FAX# 404-848-7301

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. The credit card company will bill in the usual manner; if for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 45 days after check-out you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

OPERATED UNDER LICENSE FROM MARRIOTT INTERNATIONAL, INC. OR ONE OF ITS AFFILIATES



**MARRIOTT**

**ATLANTA BUCKHEAD MARRIOTT**

**GUEST FOLIO**

| 716 | STEESE/CHARLES | | 09/24/19 | 13:09 | 12506 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| CK | 5000 S ALBION ST | | 09/23/19 | 00:45 | |
| TYPE | | | ARRIVE | TIME | |
| 37 | CHERRY HL VL CO 801212006 | | | | |
| ROOM CLERK | ADDRESS | | AXXXXXXXXXXXXX2001 PAYMENT | | MBV#:   257701610 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 09/23 | ROOM          716, 1 | 224.00 | | |
| 09/23 | STATE TA     716, 1 | 19.94 | A | |
| 09/23 | OCC TAX      716, 1 | 17.92 | B | |
| 09/23 | GATAXFEE   716, 1 | 5.00 | F | |
| 09/24 | CCARD-AX | | 266.86 | |
| | PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX2001 | | | .00 |

================================= SUMMARY OF TAXES ==============================

| | DESCRIPTION | | TAXED AMOUNT | TAX |
|---|---|---|---|---|
| A | STATE SALES TAX | | .00 | 19.94 |
| B | CITY OCC TAX | | .00 | 17.92 |
| D | HONOR BAR TAX | | .00 | .00 |
| | NET CHARGES | TAX | CREDITS | FOLIO |
| | 229.00 | 37.86 | 266.86 | .00 |

================================= EXP. REPORT SUMMARY ==============================

| 09/23 | ROOM | 224.00 |
|---|---|---|
| | STATE TA | 19.94 |
| | OCC TAX | 17.92 |
| | GATAXFEE | 5.00 |

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



**MARRIOTT**

ATLANTA BUCKHEAD MARRIOTT
3405 LENOX RD NE
ATLANTA GA  30326
PH# 404-261-9250 FAX# 404-848-7301

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry is the reference notation above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

OPERATED UNDER LICENSE FROM MARRIOTT INTERNATIONAL, INC. OR ONE OF ITS AFFILIATES

**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Tuesday, September 24, 2019 6:38 AM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Thanks for tipping! We've updated your Tuesday morning trip receipt |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 24, 2019 at 8:32:45 AM EDT
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Thanks for tipping! We've updated your Tuesday morning trip receipt**

CAUTION:   EXTERNAL EMAIL



Total                              $32.05 ✓

You earned 55 points on this trip

| | |
|---|---|
| Trip Fare | $20.62 |
| Subtotal | $20.62 |
| Tolls, Surcharges, and Fees | $7.25 |
| Tip | $4.18 |

Amount Charged

•••• 2001   Switch                                            $27.87

•••• 2001   Switch                                            $4.18

You rode with Dexter



4.9  Rating

**Dexter is known for:**

Excellent Service

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.



18.81 mi | 23 min

**12:19am**

N Terminal Pkwy, College Park, GA

**12:42am**

3405 Lenox Rd NE, Atlanta, GA

Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app. Learn more

3



**Elizabeth Alavi**

| | |
|---|---|
| **From:** | Chuck Steese |
| **Sent:** | Tuesday, September 24, 2019 12:09 PM |
| **To:** | Elizabeth Alavi |
| **Subject:** | Fwd: Your Tuesday afternoon trip with Uber |

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** September 24, 2019 at 1:52:46 PM EDT
> **To:** <csteese@armstrongteasdale.com>
> **Subject: Your Tuesday afternoon trip with Uber**

CAUTION:   EXTERNAL EMAIL

Total: **$25.96**
Tue, Sep 24, 2019

# Thanks for riding, Charles

We're glad to have you as an Uber
Rewards Gold Member.

| Total | $25.96 |
|---|---|

You earned 51 points on this trip

| Trip Fare | $22.56 |
|---|---|

1

Subtotal                                          $22.56

Tolls, Surcharges, and Fees         $3.40

Amount Charged

•••• 2001   Switch                             $25.96

You rode with Frederick



4.95 | Rating

How was your ride?

RATE OR TIP

**Frederick is known for:**

Excellent Service

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.



**UberX**   20.11 mi | 27 min

**01:24pm**
1025 Lenox Park Blvd NE,
Atlanta, GA

**01:52pm**
Domestic Terminal, 6000 N
Terminal Pkwy, Atlanta, GA

Invite your friends and family.

Get $5 off your next ride when you refer a friend to try Uber. Share code: charless1034

Save up to 5% when you purchase Uber Cash

Choose the smart way to pay for Uber. You can purchase directly in the Uber app.  Learn more

3



REPORT LOST ITEM     CONTACT SUPPORT     MY TRIPS

FAQ

Forgot password

Privacy

Terms

4



Einstein Bros Bagels
Denver International Airport -DD
3100 Pena Blvd.
Concourse C
303-342-6670

## ORDER #665

| Host: Cashier 2 | 09/23/2011 |
| ORDER #665 | 5:53 PM |
| | 2058 |

| Soda | 2.59 |
| Chocolate Croissant | 3.39 |
| Subtotal | 5.98 |
| Tax | 0.48 |

## TO GO Total          6.46

| AMEX #XXXXXXXXXX2001 | 6.46 |
| Auth:547850 | |

OPERATED BY

**HMS**
H O S T

CHICK-FIL-A
ATLANTA INTERNATIONAL AIRPORT

389650 Melita

-------------------------------
CHK 6094

SEP24'19  2:14PM
-------------------------------
TO GO

CHUCK
1 GUEST NAME                    0.00
1 SAND CHIX                     4.09

SUBTOTAL                        4.09
FOODTX ADD207001                0.33
AMOUNT PAID                   **4.42**
CASH                            5.00
CHANGE                          0.58
--389650 Closed SEP24 2:18PM--

DENVER INTERNATIONAL
AIRPORT

8500 Pena Blvd.
Denver, CO 80249
Customer Service:
303-342-4083

Card Account : XXXXXXXXXX2001
Card Type : American
Authorization Code : 533791

Cashier : 160   Seq # 22380
License Plate : 121FMQ
Ent : 17:22 09/23/19 Lane 1
Exit: 16:30 09/24/19 Lane 33
Duration: 0D(s) 23H(s) 8M(s)
Rate Code: 49   Shift: 154

| FEE | $ | 28.00 |
| **AMOUNT TEND** | $ | 28.00 |
| CASH | $ | 0.00 |
| CREDIT CARD | $ | 28.00 |
| CHECK | $ | 0.00 |
| CHANGE CALC | $ | 0.00 |
| PAID AMT | $ | 28.00 |

*** Thank You ***

Transaction #    4856533
Date:  9/24/2019  Time:  2.25.41 PM
Cashier   7115    Register #:   1

| Item | Description | Amount |
| --- | --- | --- |
| 01213405 | Diet Mtn Dew 20o | $2.69 |

| Sub Total | $2.69 |
| State Tax | $0.22 |
| Total | $2.91 |

| Cash Tendered | $3.00 |
| Change Back | $0.09 |

OPERATED BY

HMS HOST

Denver International Airport (3102)
Big Bowl and Magic Pan
Denver CO 80249

5840 Mark

----------------------------------------
CHK 189                          GST 1
          9/23/2019 5:58 PM
----------------------------------------
1 CHICKEN TERIYAKI          11.99
1 LO MEIN NOODLES            1.99
1 COMBO EGG                  2.49
  American Express         $17.79
  aT837503 XXX2001

  Food                     $16.47
  Tax                       $1.32
  Payment                  $17.79
**Change Due             $0.00**

EL TACO
ATLANTA INTERNATIONAL AIRPORT

28840 Ana

----------------------------------------
CHK 4349
          SEP24'19  2:27PM
----------------------------------------
     DINE IN

  1 TACO PO LO ASADO       4.69

    SUBTOTAL               4.69
    FOODTX AD9207001       0.38
    AMOUNT PAID          5.07
    AT813556 XXX2001
    AMEX CC                5.07
---28840 Closed SEP24 02:28PM---

ACCOUNTING USE ONLY
Vendor ID _____
1099 Y/N _____
Fed. ID _____
Due Date _____
G/L # _____
_____
Attorney # _____
Reference _____

# CHECK REQUEST

PLEASE HAVE CHECK AVAILABLE:    DATE:  2019.11.05    FOR:  $ 5.99

PAYABLE TO:    Chuck Steese    *EP*

CLIENT NAME:    Qwest    CLIENT NUMBER:    14684

MATTER NAME:    Level 3    MATTER NUMBER:    24

ADDITIONAL EXPLANATION:    Charge at Flight Stop during travel

DISBURSEMENT CODE:    00550

**RECEIVED**

REQUEST MUST BE SIGNED BY REQUESTING ATTORNEY/PARALEGAL

NOV 0 5 2019

**A/P-STL**

Attorney Signature    /s/Charles W. Steese

Attorney Number    1003

Approval Signature _____
(if required)

Please refer to Policy 47, "REQUESTS FOR CONTRIBUTIONS, REIMBURSEMENTS FOR CLIENT ENTERTAINMENT, BUSINESS DEVELOPMENT AND BUSINESS EXPENSE", for details regarding approvals required before submission to Accounts Payable.



*6 1 2 0 2 6 0 *

14 684.24

