Index for Backup to Bill of Costs

| PDF Page | Date | Cost Desc | Billed Amt | Narrative |
|---|---|---|---|---|
| 3 | 7/25/2021 | Trial | $ 298.90 | VENDOR: Tamara Hoffschildt FCRR, CRR, RMR; Inv.Trial Transcripts 07/15/21; 07/16/21, Judge Moore 06/29/21 |
| | | | $ 298.90 | **Fees of the Court reporter for all or any part of the transcript necessarily obtained for use in the case**<br><br>**Legal Support:** 28 U.S.C. § 1920(2); Nero v. Amer. Fam. Mutual Ins. Co., No. 11-CV-02717-PAB-MJW, 2013 WL 5323262, at 5 (D.Colo. Sept. 23, 2013) |

| PDF Page | Date | Cost Desc | Billed Amt | Narrative |
|---|---|---|---|---|
| 4 | 2/7/2019 | Copying Expense Outside | $ 1,499.22 | VENDOR: Litigation Solutions, Inc.; Inv. LSI-007730; 1/29/2019 |
| 5 | 9/24/2019 | Copying Expense Outside | $ 175.38 | VENDOR: Litigation Solutions, Inc.; Inv. LSI-008893; 9/12/2019 |
| 6 | 9/24/2019 | Copying Expense Outside | $ 609.91 | VENDOR: Litigation Solutions, Inc.; Inv.LSI-008882; 9/6/2019 |
| 7 | 7/14/2021 | Copying Trial Expense | $ 100.08 | VENDOR: Vanessa R. Sanchez; Inv. 07/06/21;  Unique tabs for trial binders |
| | | | $ 2,384.59 | **Fees and Disbursements for Printing**<br><br>**Legal Support:** 28 U.S.C. § 1920(3); In re Williams Sec. Litig.-WCG Subclass, 558 F.3d 1144, 1149 (10th Cir. 2009) |

| PDF Page | Date | Cost Desc | Billed Amt | Narrative |
|---|---|---|---|---|
| 9 | 3/13/2019 | Depo Costs | $ 1,962.60 | VENDOR: Veritext; Inv.CS3673092; 3/8/2019 |
| 10 | 3/15/2019 | Depo Costs | $ 1,928.65 | VENDOR: Veritext; Inv.CS3673406; 3/8/2019 |
| 11 | 9/4/2019 | Depo Costs | $ 13.50 | VENDOR: Patterson Transcription Co; Inv.105420; 8/26/2019 |

Index for Backup to Bill of Costs

| PDF Page | Date | Cost Desc | Billed Amt | Narrative |
|---|---|---|---|---|
| 12 | 9/18/2019 | Depo Costs | $ 142.56 | VENDOR: Chuck Steese; Inv. Depos. 9/11/19; 9/12/2019 |
| 14 | 9/18/2019 | Depo Costs | $ 796.75 | VENDOR: TSG Reporting, Inc.; Inv.672335; 9/18/2019 |
| 15 | 9/25/2019 | Depo Costs | $ 683.95 | VENDOR: TSG Reporting, Inc.; Inv.671986; 9/12/2019 |
| 16 | 10/7/2019 | Depo Costs | $ 1,764.40 | VENDOR: Veritext; Inv.CS3961627; 9/27/2019 |
| 17 | 10/7/2019 | Depo Costs | $ 2,325.82 | VENDOR: Veritext; Inv.CS3958304; 9/27/2019 |
| 18 | 10/16/2019 | Depo Costs | $ 475.85 | VENDOR: Veritext; Inv.CS3981004; 10/10/2019 |
| 19 | 10/17/2019 | Depo Costs | $ 350.00 | VENDOR: Veritext; Inv.CS3947171; 9/27/2019 |
| 20 | 10/28/2019 | Depo Costs | $ 849.86 | VENDOR: Veritext; Inv.CS3985162; 10/16/2019 |
| 21 | 12/5/2019 | Depo Costs | $ 346.45 | VENDOR: TSG Reporting, Inc.; Inv.677091; 11/22/2019 |
| 22 | 12/19/2019 | Depo Costs | $ 303.40 | VENDOR: TSG Reporting, Inc.; Inv.677895; 12/5/2019 |
| 23 | 12/20/2019 | Depo Costs | $ 1,800.57 | VENDOR: Veritext; Inv.CS4092405; 12/16/2019 |
| 24 | 12/31/2019 | Depo Costs | $ 804.30 | VENDOR: TSG Reporting, Inc.; Inv.678246; 12/17/2019 |
| 25 | 1/27/2020 | Depo Costs | $ 605.45 | VENDOR: TSG Reporting, Inc.; Inv.679462; 1/7/2020 |
| 26 | 2/27/2020 | Depo Costs | $ 647.39 | VENDOR: Veritext; Inv.CS4199123; 2/26/2020 |
| 27 | 6/12/2020 | Depo Costs | $ 3,311.13 | VENDOR: Veritext; Inv.CS4306658; 5/28/2020 |
| 29 | 7/17/2020 | Depo Costs | $ 49.25 | VENDOR: TSG Reporting, Inc.; Inv.2023402; 7/15/2020 |
| 30 | 7/20/2020 | Depo Costs | $ 1,564.25 | VENDOR: Lexitas; Inv.136972; 6/24/2020 |
| 31 | 7/8/2021 | Depo Costs | $ 14.40 | VENDOR: Tamara Hoffschildt FCRR, CRR, RMR; COPIES 6/29/2021 |
| | | | $ 20,740.53 | **Costs incident to taking depositions**<br><br>**Legal Support:** 28 U.S.C. § 1920(2); Hein v. AT&T Operations, Inc., No. 09-CV-00291-WYD-CBS, 2011 WL 1930638, at *3 (D. Colo. Apr. 20, 2011) |

July 25, 2021
Tamara Hoffschildt, FCRR, CRR, RMR
12150 Forest Street
Thornton, CO  80241


18-cv-112, Level 3 v AT & T


Alison Miller's testimony and Court's remarks after closing arguments.


Total Number of Pages     98


Realtime rate $3.05


**TOTAL DUE: $298.90**


THANK YOU

Vanessa Sanchez requested these transcripts



**LITIGATION SOLUTIONS INCORPORATED**

TRUSTED. RESPONSIVE. EXPERIENCED.

*DTC*

# INVOICE

| Date | Invoice # |
|------|-----------|
| 1/29/2019 | LSI-007730 |

**Greenwood Village, Colorado(303) 820-2000www.lsilegal.com**

**Please Note Our New Address: Litigation Solutions, Inc. 5995 Greenwood Plaza Blvd Suite 160 Greenwood Village, CO 80111 We Accept Payment With Credit Cards**

| Bill To |
|---------|
| Connie Parrish |
| Armstrong Teasdale |
| 4643 S. Olster Street, Suite 800 |
| Denver, CO 80237 |

**Job #: 1901144**

| Client Ref. # | Terms | Rep | Ordered By |
|---------------|-------|-----|------------|
| IWOV-iDocs.FID3266695 | Net 30 | RMaest | Elizabeth Alavi |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Paper Discovery Services:Blowback: 8.5x11 B&W | 5310 | $0.120 | $637.20T |
| Paper Discovery Services:Blowback: 8.5x11 Color | 699 | $1.000 | $699.00T |
| Paper Discovery Services:Supplies: Manila Folder | 96 | $0.500 | $48.00T |

RECEIVED

FEB 0 1 2019

A/P-STL

*6085257*

LSI retains client data for a period of 30 days. All client data will be purged after 30 days unless a written retention request is received.

Your signature is an agreement that the above described work has been authorized and received. Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment.

**Customer Signature:**
**Session ID:**

**Date: 1/29/2019**

| Subtotal: | $1,384.20 |
|-----------|-----------|
| Tax(0.0831): | $115.02 |
| Total: | $1,499.22 |

Tax ID Number:
84-1612777



**DTC**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 9/12/2019 | LSI-008893 |

*www.lsilegal.com*

**303.820.2000**

**Litigation Solutions, Inc.**
**5995 Greenwood Plaza Blvd, Suite 160**
**Greenwood Village, CO 80111**

**To pay with credit card please call 303.820.2000**
**We Accept VISA, MasterCard & American Express**

| Bill To |
|---------|
| Connie Parrish<br>Armstrong Teasdale<br>4643 S. Olster Street, Suite 800<br>Denver, CO 80237 |

**Job #: 1909043**

| Client Ref. # | Terms | Rep | Ordered By |
|---------------|-------|-----|------------|
| 14684.24 | Net 30 | RMaest | Elizabeth Alavi |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Paper Discovery Services:Blowback 8.5x11 B&W | 416 | $0.120 | $49.92T |
| Paper Discovery Services:Blowback 8.5x11 Color | 112 | $1.000 | $112.00T |

Print x4 requested by Elizabeth on 9/10/2019.





LSI retains client data for a period of 30 days. All client data will be purged after 30 days unless a written retention request is received.

Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment.

| | |
|---|---|
| **Subtotal:** | $161.92 |
| **Tax(0.0831):** | $13.46 |

**Customer**
**Signature:**          **Date:  9/12/2019**
**Session ID:**

| **Total:** | $175.38 |

Tax ID Number:
84-1612777



**DTC**

46224
14
00070

# INVOICE

| Date | Invoice # |
|------|-----------|
| 9/6/2019 | LSI-008882 |

## www.lsilegal.com

## 303.820.2000

**Litigation Solutions, Inc.**
5995 Greenwood Plaza Blvd, Suite 160
Greenwood Village, CO 80111

**To pay with credit card please call 303.820.2000**
**We Accept VISA, MasterCard & American Express**

| Bill To |
|---------|
| Connie Parrish |
| Armstrong Teasdale |
| 4643 S. Olster Street, Suite 800 |
| Denver, CO 80237 |

**Job #: 1909021**

| Client Ref. # | Terms | Rep | Ordered By |
|---------------|-------|-----|------------|
| 14684.24 | Net 30 | RMaest | Elizabeth Alavi |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Paper Discovery Services:Supplies Index Tabs | 200 | $0.250 | $50.00T |
| Paper Discovery Services:Blowback 8.5x11 B&W | 976 | $0.120 | $117.12T |
| Paper Discovery Services:Blowback 8.5x11 Color | 348 | $1.000 | $348.00T |
| Paper Discovery Services:View Binders (3-Ring) - 1 1/2 " | 4 | $12.000 | $48.00T |

Print x4 requested by Elizabeth on 9/5/2019.



RECEIVED
SEP 09 2019
A/P-STL

LSI retains client data for a period of 30 days. All client data will be purged after 30 days unless a
written retention request is received.

| | |
|---|---|
| Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment. | **Subtotal:** $563.12 |
| **Customer Signature:**    *Date:* 9/6/2019 | **Tax(0.0831):** $46.79 |
| **Session ID:** | **Total:** $609.91 |

Tax ID Number:
84-1612777

ACCOUNTING USE ONLY
Vendor ID _____
1099 Y/N _____
Fed. ID _____
Due Date _____
G/L # _____
_____
Attorney # _____
Reference _____

# CHECK REQUEST

PLEASE HAVE CHECK AVAILABLE:      DATE:   7/13/21                FOR:   $ 100.08

PAYABLE TO:       Vanessa Sanchez

CLIENT NAME:      CenturyLink                           CLIENT NUMBER:      14684

MATTER NAME:      AT&T Corp.                             MATTER NUMBER:      24

ADDITIONAL EXPLANATION:      Unique tabs for trial binders

DISBURSEMENT CODE:           _____

REQUEST MUST BE SIGNED BY REQUESTING ATTORNEY/PARALEGAL

                              Signature      s/Vanessa Sanchez

                     Approval Signature      _____
                          (if required)

Please refer to Policy 47, "REQUESTS FOR CONTRIBUTIONS, REIMBURSEMENTS FOR CLIENT
ENTERTAINMENT, BUSINESS DEVELOPMENT AND BUSINESS EXPENSE", for details regarding approvals
required before submission to Accounts Payable.



* 6 2 1 6 2 7 3 *

RECEIVED

JUL 0 7 2021

A/P-STL



**Office DEPOT**
**OfficeMax**

Denver ~ (303) 323-4578
07/06/2021  9:45 AM

V7VTIJAYP64Q5Y4FFH

SALE              3362-1-5581-B92803-21.6.2
595747  DIV,12TB,5/PK,
  2 @ 45.99                    91.98
         **You Pay**                 91.98SS
572398  REWARDS ENROLL       0.01
  Promotion                  -0.01
         **You Pay**                  0.00SS
         Subtotal:             91.98
         Sales Tax:             8.10
         Total:              100.08
    Debit Card 3544:         100.08


AUTH CODE 096696
TDS Chip Read
AID A0000000980840   US DEBIT
TVR 8000048000
CVS PIN Verified *

Total Savings:
**$0.01**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below:
**P60P AE7N XAXC**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

V#44352

## Veritext Corporate Services, Inc.



290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

RECEIVED

MAR 11 2019

A/P-STL

**Bill To:** Charles W. Steese Esq. 1003
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS3673092 |
| **Invoice Date:** | 3/8/2019 |
| **Balance Due:** | $1,962.60 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3213055 \| Job Date: 2/8/2019 \| Delivery: Normal |
| **Billing Atty:** | Charles W. Steese Esq. |
| **Location:** | AT&T |
| | One AT&T Way |
| | Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

00710

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ardell Burgess | Original with 1 Certified Transcript | Page | 317.00 | $4.10 | $1,299.70 |
| | Attendance Fee - Per Session | 1 | 2.00 | $50.00 | $100.00 |
| | Exhibits | Per Page | 23.00 | $0.35 | $8.05 |
| | Rough Draft | Page | 317.00 | $1.55 | $491.35 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,962.60 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,962.60 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



*608993 9*

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS3673092 |
| **Job #:** | 3213055 |
| **Invoice Date:** | 3/8/2019 |
| **Balance:** | $1,962.60 |

55414

V# 44352

**Veritext Corporate Services, Inc.**

# VERITEXT
## LEGAL SOLUTIONS

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

CO710

RECEIVED

MAR 1 2 2019

A/P-STL

**Bill To:** Elizabeth Schoenung
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS3673406 |
| **Invoice Date:** | 3/8/2019 |
| **Balance Due:** | $1,928.65 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3213054 | Job Date: 2/7/2019 | Delivery: Normal |
| **Billing Atty:** | Elizabeth Schoenung |
| **Location:** | AT&T |
| | One AT&T Way |
| | Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. | Armstrong Teasdale LLP |

C lm# 14684-24

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 381.00 | $4.10 | $1,562.10 |
| | Attendance Fee - Per Session | 1 | 2.00 | $50.00 | $100.00 |
| | Surcharge - Extended Pages | Page | 190.50 | $0.50 | $95.25 |
| Kimberly Meola | Exhibits - Color | Per Page | 143.00 | $0.35 | $50.05 |
| | Exhibits | Per Page | 165.00 | $0.35 | $57.75 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:**

*6090569*

| | |
|---|---|
| **Invoice Total:** | $1,928.65 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,928.65 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Visa, Discover)

55414

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3673406 |
| **Job #:** | 3213054 |
| **Invoice Date:** | 3/8/2019 |
| **Balance:** | $1,928.65 |



V 47619
14

Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
scheduling@pattersontranscription.com
303-755-4536

## INVOICE

ARMSTRONG TEASDALE, LLP-DENVER
ATTN: Douglas Nelson Marsh, Esq.
4643 South Ulster Street
Suite 800
Denver, CO 80237

**Invoice Number:**    **105420**
Invoice Date:    08/26/2019

In Re:    At&T Corp. v. Level 3 Communications, LLC
Witness(s): Discovery Conference
Attendance Date: 08/01/2019, 12:30 p.m.
Reporter: Dyann Patterson

| Description | Ext |
|---|---|
| Audio Transcript (Copy) | 13.50 |

14684-24     14     00710     Invoice Total:    13.50

Carol Patterson
Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
303-755-4536

scheduling@pattersontranscription.com

RECEIVED

AUG 2 7 2019

A/P-STL

Tax ID: 84-0979302

*  6 1 0 8 3 2 8  *

ACCOUNTING USE ONLY
Vendor ID _____
1099 Y/N _____
Fed. ID _____
Due Date _____
G/L # _____
_____
Attorney # _____
Reference _____

# CHECK REQUEST

PLEASE HAVE CHECK AVAILABLE:      DATE:   2019-09-11        FOR:   $ 142.56

PAYABLE TO:      Chuck Steese

CLIENT NAME:      Qwest                                    CLIENT NUMBER:   14684

MATTER NAME:      Level 3                                  MATTER NUMBER:   24

ADDITIONAL EXPLANATION:   Depositions for Qwest/Level 3

DISBURSEMENT CODE:   DO720

REQUEST MUST BE SIGNED BY REQUESTING ATTORNEY/PARALEGAL

‖‖‖‖‖‖‖‖‖‖‖‖‖
* 6 1 1 0 8 8 4 *

## RECEIVED

SEP 1 2 2019

## A/P-STL

Attorney Signature   /s/Charles W. Steese

Attorney Number   1003

Approval Signature
(if required)

Please refer to Policy 47, "REQUESTS FOR CONTRIBUTIONS, REIMBURSEMENTS FOR CLIENT ENTERTAINMENT, BUSINESS DEVELOPMENT AND BUSINESS EXPENSE", for details regarding approvals required before submission to Accounts Payable.



## DPAC Garage

DPAC Garage
1055 13th Street
Denver, CO 80204
303 607 9098

### Full Statement

P/S #09        A Payment No.00000117
T/O #12              Ticket No.062007
Entry Time   08/28/2019 (Wed)  7:29
Exit Time    08/28/2019 (Wed) 16:11
Parking Time                    8:4?
Parking Fee       Rate C       $9.00

Visa
   Account #        ***********853?
   Slip #               13186
   Authority #          067780
   Credit Card Amount   $9.00
======================================
   Cash Amount          $0.00
   **Total             $9.00**
      Thank You for Your Visit

---

Welcome to Centrylink Cafe at Broomfield

ORDER # 570

Name: C. STEESE

Device: POS2
Cashier: POS2
Origin: SelfCheckout
Order ID: 91573
Date: 08/27/2019
Time: 11:57 AM          Take Out

1 Clamshell - Large              $15.72

1 Soda Mountain Dew Diet 20oz Bottl  $1.75

1 Soda Mountain Dew Diet 20oz Bottl  $1.75

Sub-Total                        $19.22
Sales Tax                         $1.57
TOTAL - Plus Tax                 $20.79
Customer Name:
Paid - Card#: ************2001
AMEX                             $20.79
                                  $0.00
Balance

Thank you for Dining with us.

---

Osteria Marco
1453 Larimer St.
Denver, CO 80202
303.534.5855

Server: David          DOB: 08/28/2019
01:09 PM                     08/28/2019
72/1                          1/10007

                SALE

AMEX                         1048585
Card #XXXXXXXXXXX2001
Magnetic card present: STEESE CHUCK
Card Entry Method:  S

Approval: 507882

        Amount:        $88.37

        + Tip: _____

        = Total: ____103.77____

     I agree to pay the above
   total amount according to the
        card issuer agreement.

---

*Level 3*

Fee Computer Number:                    2
Cashier:                          Id #210
Transaction Number:                  3101
Entered:                08/29/2019 07:22
Exited:                 08/29/2019 16:09
Ticket #82157             Dispenser #12
Lot:                             Lot 13
Area:                            Main A 1
Rate:                             Main R
Parking Fee:                      $ 9.00
Total Fee:                        $ 9.00
Visa                       A      $ 9.00
Credit Card Number:    *********8536
Total Paid:                       $ 9.00



# INVOICE

**DATE:** 9/18/2019
**INVOICE #** 672335
**JOB #** 166465

**Bill To:** Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

RECEIVED
SEP 23 2019
A/P-STL

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Jennifer Torres (30B6: Level 3 Communications)
**DATE:** 8/28/2019
**LOCATION:** Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 215 | $3.45 | $741.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $741.75 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $796.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



*611 4583*



**TSG REPORTING**

Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

*39146*
*14*
*00720*
*141184-24*

# INVOICE

**DATE:** 9/12/2019
**INVOICE #** 671986
**JOB #** 166466

**Bill To:**
Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

RECEIVED
SEP 20 2019
A/P-STL

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Andrew McClure (30B6: Level 3 Communications)
**DATE:** 8/29/2019
**LOCATION:** Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 176 | $3.45 | $607.20 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 39 | $0.25 | $9.75 |
| Exhibits - Scanned & Hyperlinked - Color | 12 | $1.00 | $12.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $628.95 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $683.95 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



*6 1 1 0 8 0 4 *

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913





**Bill To:**  Elizabeth Alavi
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS3961627 |
| **Invoice Date:** | 9/27/2019 |
| **Balance Due:** | $1,764.40 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3495719 \| Job Date: 9/13/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | One AT&T Way |
| | Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 179.00 | $733.90 |
| | Exhibits - Color | Per Page | 1.00 | $0.35 |
| Craig Robert John | Exhibits | Per Page | 142.00 | $56.80 |
| | Rough Draft | Page | 179.00 | $277.45 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| | Original with 1 Certified Transcript | Page | 77.00 | $315.70 |
| | Attendance Fee - Per Session | 1 | 2.00 | $100.00 |
| Janice Gallagher , Volume II | Exhibits | Per Page | 29.00 | $11.60 |
| | Rough Draft | Page | 77.00 | $119.35 |
| | Surcharge-Expert/Medical/Technical | Page | 77.00 | $38.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $42.75 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,764.40 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,764.40 |

*6 1 1 4 6 7 9 *

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS3961627 |
| **Job #:** | 3495719 |
| **Invoice Date:** | 9/27/2019 |
| **Balance:** | $1,764.40 |

55414

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
## LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Elizabeth Alavi | **Invoice #:** | CS3958304 |
| Armstrong Teasdale LLP | **Invoice Date:** | 9/27/2019 |
| 4643 S Ulster St | **Balance Due:** | $2,325.82 |
| Ste 800 | | |
| Denver, CO, 80237 | | |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3495724 \| Job Date: 9/12/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | One AT&T Way |
| | Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |



| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Alison Miller | Original with 1 Certified Transcript | Page | 179.00 | $733.90 |
| | Attendance Fee - Per Session | 1 | 2.00 | $100.00 |
| | Exhibits | Per Page | 128.00 | $51.20 |
| | Rough Draft | Page | 179.00 | $277.45 |
| | Surcharge-Expert/Medical/Technical | Page | 179.00 | $89.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| Janice Maureen Gallagher , Volume 1 | Original with 1 Certified Transcript | Page | 144.00 | $590.40 |
| | Exhibits | Per Page | 96.00 | $38.40 |
| | Rough Draft | Page | 144.00 | $223.20 |
| | Surcharge-Expert/Medical/Technical | Page | 144.00 | $72.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $47.77 |

| **Notes:** | | | |
|---|---|---|---|
| | **Invoice Total:** | $2,325.82 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,325.82 |

*6114681*

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS3958304 |
| **Job #:** | 3495724 |
| **Invoice Date:** | 9/27/2019 |
| **Balance:** | $2,325.82 |

55414   Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
### LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Charles W. Steese Esq.<br>Armstrong Teasdale LLP<br>4643 S Ulster St<br>Ste 800<br>Denver, CO, 80237 | **Invoice #:** CS3981004<br>**Invoice Date:** 10/10/2019<br>**Balance Due:** $475.85 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3532263 \| Job Date: 9/24/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | 1025 Lenox Park Blvd. NE,<br>Atlanta, GA 30319 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 99.00 | $391.05 |
| | Exhibits - Color | Per Page | 42.00 | $42.00 |
| George Sloan | Exhibits | Per Page | 22.00 | $8.80 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $0.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $475.85 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $475.85 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

RECEIVED

OCT 1 4 2019

A/P-STL



*6118198*

| | |
|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br><br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** |

| | |
|---|---|
| **Invoice #:** | CS3981004 |
| **Job #:** | 3532263 |
| **Invoice Date:** | 10/10/2019 |
| **Balance:** | $475.85 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**V E R I T E X T**
LEGAL SOLUTIONS

RECEIVED

OCT 1 6 2019

A/P-STL

**Bill To:** Elizabeth Alavi
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS3947171 |
| **Invoice Date:** | 9/27/2019 |
| **Balance Due:** | $350.00 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3495724 \| Job Date: 9/12/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | One AT&T Way |
| | Bedminster, NJ 07921 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Cancellation Fee | 1 | 1.00 | $350.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $350.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $350.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



**\* 6 1 1 8 2 5 0 \***

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

55414

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3947171 |
| **Job #:** | 3495724 |
| **Invoice Date:** | 9/27/2019 |
| **Balance:** | $350.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
### LEGAL SOLUTIONS

RECEIVED

OCT 1 7 2019

A/P-STL

44352
CC72C 114

**Bill To:** Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS3985162 |
| **Invoice Date:** | 10/16/2019 |
| **Balance Due:** | $849.86 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3532263 \| Job Date: 9/24/2019 \| Delivery: Normal |
| **Billing Atty:** | Elizabeth Alavi |
| **Location:** | AT&T |
| | 1025 Lenox Park Blvd. NE, Atlanta, GA 30319 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Initial Fee | 1 | 1.00 | $250.00 |
| | Video - Additional Hours | Hour | 2.00 | $190.00 |
| George Sloan | Video Exhibits- Linked (LEF, PTZ, XMEF, SBF) | | 1.00 | $110.00 |
| | Video - Media and Cloud Services | Per disk | 2.00 | $84.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 2.00 | $180.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.86 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $849.86 |
| | **Payment:** | $0.00 |
| 14414-24 | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $849.86 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



*611840 1*

| | |
|---|---|
| **To pay online, go to** | **Please remit payment to:** |

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3985162 |
| **Job #:** | 3532263 |
| **Invoice Date:** | 10/16/2019 |
| **Balance:** | $849.86 |

55414



# INVOICE

**DATE:** 11/22/2019
**INVOICE #** 677091
**JOB #** 171542

**Bill To:**
Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Mike Riederer
**DATE:** 11/8/2019
**LOCATION:** Broomfield, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 81 | $3.45 | $279.45 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 16 | $0.25 | $4.00 |
| Exhibits - Scanned & Hyperlinked - Color | 23 | $1.00 | $23.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $306.45 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $346.45 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

RECEIVED
DEC 0 3 2019
A/P-STL


* 6 1 2 5 3 2 7 *

39146



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 12/5/2019
**INVOICE #** 677895
**JOB #** 171981

**Bill To:**
Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

00710

# RECEIVED

DEC 12 2019

A/P-STL

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Andrew McClure (30B6: Level 3 Communications) cont w/ pg ?
**DATE:** 11/19/2019
**LOCATION:** Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 52 | $3.45 | $179.40 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 84 | $1.00 | $84.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $263.40 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $303.40 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



*6128170*

# Veritext Corporate Services LLC

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

VERITEXT
LEGAL SOLUTIONS

-14   44352

**Bill To:** Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS4092405 |
| **Invoice Date:** | 12/16/2019 |
| **Balance Due:** | $1,800.57 |

RECEIVED
DEC 17 2019
A/P-STL

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3661884 \| Job Date: 11/21/2019 \| Delivery: Expedited |
| **Billing Atty:** | Charles W. Steese Esq. |
| **Location:** | AT&T |
| | 3196 Highway 280 East |
| | Birmingham, AL 35243 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 230.00 | $3.10 | $713.00 |
| | Transcript - Expedited Fee | Page | 230.00 | $2.17 | $499.10 |
| | Attendance Fee - Per Session | 1 | 2.00 | $40.00 | $80.00 |
| Marc Cathey | Exhibits - Color | Per Page | 231.00 | $1.00 | $231.00 |
| | Exhibits | Per Page | 514.00 | $0.40 | $205.60 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $37.87 | $37.87 |

| | |
|---|---|
| **Invoice Total:** | $1,800.57 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,800.57 |

**Notes:**

14684-24

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



\* 6 1 2 7 0 9 5 \*

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS4092405 |
| **Job #:** | 3661884 |
| **Invoice Date:** | 12/16/2019 |
| **Balance:** | $1,800.57 |

55414



# INVOICE

**DATE:** 12/17/2019
**INVOICE #** 678246
**JOB #** 171980

**Bill To:**
Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Edwin Stocker / Andrew McClure
**DATE:** 11/18/2019
**LOCATION:** Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 214 | $3.45 | $738.30 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 80 | $0.25 | $20.00 |
| Exhibits - Scanned & Hyperlinked - Color | 6 | $1.00 | $6.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $764.30 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $804.30 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**





RECEIVED
DEC 3 0 2019
A/P-STL

Rcvd 1/14/20



**REPORTING**

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 1/7/2020
**INVOICE #** 679462
**JOB #** 173629

**Bill To:**   Charles W. Steese Esq.
Armstrong Teasdale LLP
4643 South Ulster Street
Suite 800
Denver, CO 80237

14684-24

RECEIVED

JAN 1 4 2020

A/P-STL

√39144
00720

**CASE:**   AT&T Corp v. Level 3 Communications, LLC
**WITNESS:**   Jennifer Torres cont w/ pg 216 (30B6: Level 3 Communications, LLC)
**DATE:**   12/19/2019
**LOCATION:**   Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 136 | $3.45 | $469.20 |
| Certified Transcript - Early AM Pages | 50 | $1.25 | $62.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 135 | $0.25 | $33.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $565.45 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $605.45 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



* 6  1  3  4  2  5  2 *

## Veritext Corporate Services LLC

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** Charles W. Steese Esq.<br>Armstrong Teasdale LLP<br>4643 S Ulster St<br>Ste 800<br>Denver, CO, 80237 | **Invoice #:** CS4199123<br>**Invoice Date:** 2/26/2020<br>**Balance Due:** $647.39 |

| | |
|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC |
| **Job #:** | 3969039 \| Job Date: 2/11/2020 \| Delivery: Expedited |
| **Case #:** | 18CV112RMMEH |
| **Billing Atty:** | Charles W. Steese Esq. |
| **Location:** | AT&T |
| | 3196 Highway 280 East<br>Birmingham, AL 35243 |
| **Sched Atty:** | Charles W. Steese Esq. \| Armstrong Teasdale LLP |

RECEIVED
FEB 2 7 2020
A/P-STL

| Witness | Description | Unit | Quantity | Amount |
|---|---|---|---|---|
| Marc Cathey | Original with 1 Certified Transcript | Page | 107.00 | $331.70 |
| | Transcript - Expedited Fee | Page | 107.00 | $199.02 |
| | Attendance Fee - Per Session | 1 | 1.00 | $40.00 |
| | Exhibits | Per Page | 58.00 | $26.10 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $34.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $35.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $34.00 |
| | Shipping & Handling | Package | 1.00 | $19.50 |

| | |
|---|---|
| **Notes:** Courtesy Discount Applied | Invoice Total $719.32 |
| | Courtesy Discount ($71.93) |
| | Subtotal $647.39 |
| | Payment $0.00 |
| | Credit $0.00 |
| | Interest $0.00 |
| | Balance Due $647.39 |

\* 6 1 3 7 4 0 3 \*

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

55414

| Please remit payment to: | |
|---|---|
| **Veritext**<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** CS4199123<br>**Job #:** 3969039<br>**Invoice Date:** 2/26/2020<br>**Balance:** $647.39 |

## Veritext Corporate Services LLC

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
## LEGAL SOLUTIONS

**RECEIVED**

v44352
00720
14--14684/24

**JUN 0 1 2020**

**A/P-STL**

**Bill To:** Charles W. Steese Esq
Armstrong Teasdale LLP
4643 S Ulster St
Ste 800
Denver, CO, 80237

| | |
|---|---|
| **Invoice #:** | CS4306658 |
| **Invoice Date:** | 5/28/2020 |
| **Balance Due:** | $3,311.13 |

| | | | |
|---|---|---|---|
| **Case:** | AT&T Corporation v. Level 3 Communications, LLC | **Third Party:** | Misc. 3rd Pty |
| **Job #:** | 4083362 | Job Date: 4/28/2020 | Delivery: Expedited | **3rd-Party/Ins. Co.:** | BILL DIRECT |
| **Case #:** | 18CV112RMMEH | | |
| **Billing Atty:** | Charles W. Steese Esq | | |
| **Location:** | Remote Depo by Virtual Zoom - LA | | |
| | Los Angeles, CA 90017 | | |
| **Sched Atty:** | Charles W. Steese Esq | Armstrong Teasdale LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 21.00 | $91.35 |
| Penn Pfautz-Confidential | Exhibits | Per Page | 22.00 | $11.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $40.00 |
| | Original with 1 Certified Transcript | Page | 282.00 | $1,226.70 |
| | Transcript - Expedited Fee | Page | 282.00 | $857.28 |
| | Attendance Fee - Per Session | 1 | 2.00 | $80.00 |
| Penn Pfautz-Non Confidential | Exhibits | Per Page | 753.00 | $376.50 |
| | Rough Draft | Page | 282.00 | $465.30 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $40.00 |
| | Surcharge - Extended Hours (Pages) | Page | 40.00 | $20.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $35.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $40.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 |



\* 6 1 4 0 7 6 3 \*

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

55414

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS4306658 |
| **Job #:** | 4083362 |
| **Invoice Date:** | 5/28/2020 |
| **Balance:** | $3,311.13 |

**Veritext Corporate Services LLC**



290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| Notes: | | Invoice Total: | $3,311.13 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $3,311.13 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

55414

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS4306658 |
| **Job #:** | 4083362 |
| **Invoice Date:** | 5/28/2020 |
| **Balance:** | $3,311.13 |



V-39146
D C0710

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

**INVOICE DATE:** 7/15/2020
**INVOICE #:** 2023402
**JOB #:** 166465

−10745 - 14

**BILL TO:**
Elizabeth Alavi
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, CO 80237 US

**SHIP TO:**
**CASE:** AT&T Corp v. Level 3 Communications, LLC
**WITNESS:** Jennifer Torres
**JOB DATE:** 8/28/2019
**LOCATION:** 16 Market Square 6th Floor, 1400 16th Street, Denver, CO, 80202, US

**NOTES:**

RECEIVED

JUL 1 6 2020

A/P-STL

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 149 | $0.25 | $37.25 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | 12 | $1.00 | $12.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $49.25 |
| | | | TOTAL | $49.25 |

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceed the legal limit. If you have any questions, please call TSG.



*6159923*



# INVOICE

P.O. Box 734298
Dept. 2012
Dallas, TX 75373-4298
P:(844) 359-1173 F: 267.775.3310

| v46445 |
| 00710 |
| 14 |
| 14684-24 |

**Invoice No:** 136972

**Invoice Date:** 06/24/2020

**Payment Terms:** Net 30

**BILL TO:**
Chuck Steese
Armstrong Teasdale LLP - Denver
6400 S. Fiddlers Green Circle, Suite 1820
Denver, Colorado  80111
United States

**Case Name:** AT&T v. Level 3 Communications, LLC
**Witness:** Andrew McClure
**Event Date:** 06/11/2020
**Location:** LegalView - All parties appearing remotely

| DESCRIPTION/SERVICE | QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Video Testimony | 269 | $1,210.50 |
| Mini / Condensed Transcript | 1 | $29.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | N/C |
| Exhibits | 45 | $47.25 |
| LegalView Connectivity Fee | 1 | $195.00 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Processing, Handling & Archiving | 1 | $35.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | N/C |

Tax ID: 46-4363191          1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

To pay this invoice by credit card, visit
https://www.lexitaslegal.com/bill-pay
and enter job #2020-86250

| Total Due | $1,564.25 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,564.25** |



* 6 1 5 2 4 6 5 *



Tamara Hoffschildt, FCRR, CRR, RMR
12150 Forest Street
Thornton, CO  80241
EIN-45-4436424

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 18-cv-112-RM
AT&T CORPORATION,
Plaintiff,
vs.
LEVEL 3 COMMUNICATIONS, LLC,
Defendant.

Copy of June 29, 2021 Hearing

.90 per page   16 pages

TOTAL DUE $14.40

THANK YOU




★ 6 1 9 5 5 0 8 ★