**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00112-RM

AT&T CORP.,

    Plaintiff/Counter Defendant,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant/Counterclaimant,

and

BROADWING COMMUNICATIONS, LLC, GLOBAL CROSSING TELECOMMUNICATIONS, INC., and WILTEL COMMUNICATIONS, LLC

    Counterclaimants,

v.

TELEPORT COMMUNICATIONS GROUP, INC.

    Counterclaim Defendant

**AT&T CORP.'S NOTICE OF APPEAL FROM FINAL JUDGMENT**

Notice is hereby given that Plaintiff/Counterclaim Defendant AT&T Corp. ("AT&T") appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment in this action entered on November 24, 2021 (ECF No. 294), and all rulings, findings, and orders incorporated therein, including but not limited to the Order on Summary Judgment (ECF No. 204) and the Findings of Fact, Conclusions of Law, and Orders (ECF No. 289).

1

Dated: December 23, 2021

Respectfully submitted,

/s/ *Rebecca B. DeCook*
Rebecca B. DeCook
Andrew T. Flynn
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1027
becky.decook@moyewhite.com
andrew.flynn@moyewhite.com

Michael J. Hunseder
Michael D. Warden
Justin A. Benson
Joshua W. Moore
SIDLEY AUSTIN LLP
1501 K ST NW
Washington, DC 20005
Telephone: (202) 736-8000
mhunseder@sidley.com
mwarden@sidley.com
jbenson@sidley.com
joshua.moore@sidley.com

Angela C. Zambrano
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
angela.zambrano@sidley.com

*Attorneys for Plaintiff AT&T Corp. and Counterclaim Defendant Teleport Communications Group*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Charles W. Steese, #26924
>Douglas N. Marsh, #45964
>ARMSTRONG TEASDALE LLP
>4643 South Ulster Street, Suite 800
>Denver, Colorado 80237
>Telephone: (720) 200-0676
>Email: csteese@armstrongteasdale.com
>Email: dmarsh@armstrongteasdale.com
>
>*Attorneys for Defendant Level 3 Communications, LLC*

/s/ *Carolyn M. Lux*
Carolyn M. Lux