UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

December 28, 2021

Ms. Rebecca B. DeCook
Moye White
1400 16th Street, Suite 600
Denver, CO 80202

Mr. Michael J. Hunseder
Mr. Michael Warden
Sidley Austin
1501 K Street, NW
Washington, DC 20005

Ms. Angela C. Zambrano
Sidley Austin
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

RE:   21-1443, AT&T Corp. v. Level 3 Communications, LLC, et al
      Dist/Ag docket: 1:18-CV-00112-RM-MEH

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance.

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Martin Jose Estevao
      Douglas Nelson Marsh
      Charles W Steese

CMW/na