**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

FILED
United States Court of Appeals
Tenth Circuit

**March 31, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>    Plaintiff Counterclaim Defendant - Appellant/Cross-Appellee,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>    Defendant Counterclaimant - Appellee/Cross-Appellant,<br><br>and<br><br>BROADWING COMMUNICATIONS, LLC; GLOBAL CROSSING TELECOMMUNICATIONS, INC.; WILTEL COMMUNICATIONS, LLC,<br><br>    Counterclaimants/Cross-Appellants,<br><br>v.<br><br>TELEPORT COMMUNICATIONS GROUP, INC.,<br><br>    Counterclaim Defendant. | Nos. 21-1443 & 22-1002<br>(D.C. No. 1:18-CV-00112-RM-MEH)<br>(D. Colo.) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeals, these appeals are dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk