UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
| --- | --- | --- |
| Clerk of Court | | Chief Deputy Clerk |

March 31, 2022

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Ms. Rebecca B. DeCook
Moye White
1400 16th Street, Suite 600
Denver, CO 80202

Mr. Michael J. Hunseder
Sidley Austin
1501 K Street, NW
Washington, DC 20005

Mr. Douglas Nelson Marsh
Mr. Charles W Steese
Armstrong Teasdale
4643 South Ulster Street, Suite 800
Denver, CO 80237

Mr. Jason Paul Steed
Kilpatrick Townsend & Stockton
2001 Ross Avenue, Suite 4400
Dallas, TX 75201

Mr. Thurston Holderness Webb
AT&T
SW 1434 E
One CNN Center
Atlanta, GA 30303

Ms. Angela C. Zambrano
Sidley Austin
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

**RE:**   **21-1443, 22-1002, AT&T Corp. v. Level 3 Communications, et al**
　　　　Dist/Ag docket: 1:18-CV-00112-RM-MEH

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　Christopher M. Wolpert
　　　　　　　　　　　　　　　　　　　Clerk of Court

CMW/sds